| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS | |
| Case number (if known) | Chapter 7 |

FILED
APR 28 2023
CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | McClain Feed Yard, Inc. | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-0752422 | |
| 4. | Debtor's address | **Principal place of business**<br><br>4010 FM 1057<br>Hereford, TX 76655<br>Number, Street, City, State & ZIP Code<br><br>**Deaf Smith**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>Cattle, feed and other perishable assets are located in:<br>Hereford, Deaf Smith County, Friona, Parmer County, TX Bento<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **McClain Feed Yard, Inc.**     Case number (*if known*)
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __11__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor  **McClain Feed Yard, Inc.**     Case number (*if known*)
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
| District | When | Case number, if known |

**11. Why is the case filed in this district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☑ Other    **Real Estate**

Where is the property?
    Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☑ Yes.   Insurance agency   **Unknown**
      Contact name
      Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor  **McClain Feed Yard, Inc.**  _____  Case number (*if known*) _____
        Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **McClain Feed Yard, Inc.**                                                    Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 28, 2023**
　　　　　　　　MM / DD / YYYY

X **/s/ Glen Karlberg**                                               **Glen Karlberg**
Signature of authorized representative of debtor                       Printed name

Title   **Chief Restructuring Officer**

**18. Signature of attorney**

X **/s/ Max R. Tarbox**                                               Date **April 28, 2023**
Signature of attorney for debtor                                           MM / DD / YYYY

**Max R. Tarbox 19639950**
Printed name

**Tarbox Law, P.C.**
Firm name

**2301 Broadway**
**Lubbock, TX 79401**
Number, Street, City, State & ZIP Code

Contact phone **(806) 686-4448**   Email address **jessica@tarboxlaw.com**

**19639950 TX**
Bar number and State

### Fill in this information to identify the case:

Debtor name **McClain Feed Yard, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 28, 2023**     X **/s/ Glen Karlberg**
Signature of individual signing on behalf of debtor

**Glen Karlberg**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:　§
　　　　　§
**McClain Feed Yard, Inc.**　§　Case No.:
　　　　　§
　　　　　§
　　　Debtor(s)　§
　　　　　§

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.2, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

Date: **April 28, 2023**　　　**/s/ Glen Karlberg**
　　　　　　　　　　　　　　**Glen Karlberg/Chief Restructuring Officer**
　　　　　　　　　　　　　　Signer/Title

Date: **April 28, 2023**　　　**/s/ Max R. Tarbox**
　　　　　　　　　　　　　　Signature of Attorney
　　　　　　　　　　　　　　**Max R. Tarbox 19639950**
　　　　　　　　　　　　　　**Tarbox Law, P.C.**
　　　　　　　　　　　　　　**2301 Broadway**
　　　　　　　　　　　　　　**Lubbock, TX 79401**
　　　　　　　　　　　　　　**(806) 686-4448　Fax: (806) 368-9785**

　　　　　　　　　　　　　　**27-0752422**
　　　　　　　　　　　　　　Debtor's Social Security/Tax ID No.

　　　　　　　　　　　　　　Joint Debtor's Social Security/Tax ID No.

2B Farms, Inc.
9012 County Rd. 3114
Snyder, TX 79549

Acey Livestock, LLC
211 Old Orchard Road
Perryville, KY 40468

AgTexas Farm Credit Services
2001 S. Soney Road
Amarillo, TX 79124

AgTexas, PCA
2001 S. Soney Road
Amarillo, TX 79124

Angela Powell
86 B Commerce Blvd.
Benton, KY 42025

Arnold Braun (or the Arnold Braun Trust)
4932 E. SR 70
Grandview, IN 47615

Bar D Ranch Land & Cattle, LLC
4458 South US Highway 441
Lake City, FL 32025

Big Seven Capital Partners LLC
200 Rock Vista Run
Austin, TX 78737

Bo Robinson
9397 County Rd. 3114
Snyder, TX 79549

```
Bryan Blackman
4553 Texas Street
Healdton, OK 73438


C Heart Ranch, LLC
454 Daniels Lane
Ardmore, OK 73401


Cactus Feeders Finance LLC
PO Box 3050
Amarillo, TX 79116


Cactus Operating LLC
2209 SW 7th Avenue
Amarillo, TX 79106


Caleb Little
672 Nelson Trl.
Dexter, KY 42036


Carl Pickett
524 Travis Street/ 650 FM 163 Rd.
Liberty, TX 77575


Carr, Riggs, & Ingram, LLC
2424 Louisiana Blvd. NW
Suite 300
Albuquerque, NM 87110


Carraway Cattle
200 Rock Vista Run
Austin, TX 78737


Caterpillar Financial Services Corporati
2120 West End Avenue
Nashville, TN 37203-0986
```

Chelsea Waters McClain
824 Mullins Lane
Benton, KY 42025


Clint Quarles
Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601


Cody L. Simmons
P.O. Box 180
Canyon, TX 79015


Cody Smith
Simmons Smith Brown
PO Box 273
Hereford, TX 79045


Colton Long
2001 S. Soney Road
Amarillo, TX 79124


Community Financial Services Bank
100 Dick Castleman Bypass
Mayfield, KY 42066


Community Financial Services Bank
PO Box 467
Benton, KY 42025-0467


Cory Don Priest
Priest Cattle Company, Ltd.
899 Rosenthal Road
Lorena, TX 76655


Crystal McClain
824 Mullins Lane
Benton, KY 42025

Curtis Jones Farms LLC
1720 W. 13th Ave.
Emporia, KS 66801

David L. LeBas
8310 N. Capital of Texas HWY
Austin, TX 78731

David Rainey
88 CR 640
Corinth, MS 38834

Death Creek Farms LLC
10150 Highway 47
West Point, MS 39773

Don Jones
2434 Road Y
Reading, KS 66868

Don Jones Farm, Inc.
2434 Road Y
Reading, KS 66868

Douglas C. Pritchett
19601 FM 1541
Canyon, TX 79015

Dr. Arnold Braun
4932 E. SR 70
Grandview, IN 47615

Dwight Jesko
112 Rr 5/ 3970 FM 1057
Hereford, TX 79045

Eric Dejarnatt
1115 CR 1024
Cunningham, KY 42035


First Kentucky Bank, Inc.
605 Main Street
Benton, KY 42025


FirstCapital Bank of Texas, N.A.
3900 S. Soncy Road
Amarillo, TX 79119


Friona Industries
PO Box 15568
Amarillo, TX 79105


Friona Industries, L.P.
500 S. Taylor Street, Suite 601
Amarillo, TX 79101


Frontier Farm Credit
2009 Vanesta Place
Manhattan, KS 66503


Garwood Cattle Company LLC
2538 Middleton Road
Columbiana, OH 44408


J. Brent Burnett
1612 Sanderson Rd.
Mayfield, KY 42066


Jake Rininger
2828 S. Co. Rd. 200 W.
Rockport, IN 47635

Jared Lesh Cowhorses Inc.
10801 E. Highway 82
Whitesboro, TX 76273


Jared Wayne Lesh
10801 E. Highway 82
Whitesboro, TX 76273


Jed Goad
1775 Wadesboro Rd. S
Benton, KY 42025


Jed Goad
JLE Trucking, Inc.
PO Box 451
Red Boiling Springs, TN 37150


Jimmy D. Greer
3209 Wrather Rd.
Murray, KY 42071


John Dale Tidwell
209 Duffers Ln
Mayfield, KY 42066


John Massouh
Sprouse Shrader Smith PLLC
Box 15008
Amarillo, TX 79101


Jordan and Jan Lesh
10400 N. Perkins Road
Stillwater, OK 74075


Jordan Robert Lesh
10400 N. Perkins Rd.
Stillwater, OK 74075

Julie Whitlock
Whitlock CPA, LLC
P.O. Box 389
Mayfield, KY 42066


Keeling Cattle Feeders, Inc.
2799 County Road 3
Hereford, TX 79045


Keith Harris Farms, Inc.
703 Waller Cemetery Road
Benton, KY 42025


Kenneth Netardus
P.O. Box 3280
Amarillo, TX 79106


Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601


Lazy J Arena, LLC
1419 W. 80th Street
Stillwater, OK 74074


Lazy J. Cattle
1515 W. 80th Street
Stillwater, OK 74074


Lesh Family Trust
19700 County Road 200
Perry, OK 73077


Lesh Trucking`
10400 N. Perkins Rd.
Stillwater, OK 74075

Lyndal Vanbuskirk
P.O. Box 778
Ringling, OK 73456


MAP Enterprises Inc.
P.O. Box 1045
Mayfield, KY 42066


Meagan B. Goad
1775 Wadesboro Rd. S
Benton, KY 42025


Meagan B. Powell
621 Mullins Ln.
Benton, KY 42025


Mechanics Bank
18400 Von Karman Avenue
Suite 1100
Irvine, CA 92612


Michael Gourley
P.O. Box 1045
Mayfield, KY 42066


Michael Johnson
Ray Quinney and Nebeker, P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84111


Mykel Linn Tidwell
66 Lake Terry Dr.
Mayfield, KY 42066


Northland Capital Financial Services, LL
PO Box 7278
Saint Cloud, MN 56301

```
Oklahoma AgCredit
601 East Kenosha
Broken Arrow, OK 74012


Open A Arena LLC
14500 S. Fm 1258
Amarillo, TX 79118


Patty Priest
899 Rosenthal Road
Lorena, TX 76655


Priest Cattle and Land Company, Inc.
899 Rosenthal Road
Lorena, TX 76655


Priest Cattle Company, Ltd
899 Rosenthal Road
Lorena, TX 76655


Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655


Producers Credit Corporation
8351 N. High Street, Suite 250
Columbus, OH 43235


Rabo Agrifiance LLC
14676 Outer 40 Road
Ste. 400
Chesterfield, MO 63017


Rabo Agrifiance LLC
1402 Technology Parkway
Cedar Falls, IA 50613
```

Rapp Ranch
400 Smith Trail
Weatherford, TX 76088

Rick Rodgers
786 Sutton Ln.
Mayfield, KY 42066

Riley Livestock
250 Brittian Lane
Mayfield, KY 42066

River Valley AgCredit
1401 North 12th Street
Benton, KY 42025

Robert Braun
12307 E. Co Rd. 1160 N
Evanston, IN 47531

Samuel S. Brown
3430 St. Rt 45 S
Mayfield, KY 42066

Scarlet & Black Cattle, LLC
5402 Walesa Court
Amarillo, TX 79119

Scott Livestock Company (Steve Scott)
10150 Highway 47
West Point, MS 39773

Sherman Trucking
2098 Symsonia Highway/
5508 Oak Level Road
Benton, KY 42025

Spencer Clift
BAKER, DONELSON, BEARMAN, CALDWELL & BER
165 Madison Ave.
Memphis, TN 38103

Stanley Ayers
6200 Ross Rd.
Rockford, OH 45882

Steve T. Scott Farms, Inc.
10150 Highway 47
West Point, MS 39773

Steven L. Hoard
Mullin Hoard & Brown, LLP
P. O. Box 31656
Amarillo, TX 79120-1656

Takeuchi Financial Services,
a program of Bank of the West
1625 West Fountainhead Parkway, AZ-FTN-1
Tempe, AZ 85282

Terry Burnett
210 Bethel Church Rd.
Melber, KY 42069

TGF Ranch
1585 E M-79 Hwy
Hastings, MI 49058

Thorlakson Feedyards
273131 Rr 284
Airdrie, Alberta, T4A 0H4
Canada

Tom Thorlakson
2548 CR 15
Friona, TX 79035

```
W. Heath Hendricks
UNDERWOOD LAW FIRM
500 S. Taylor Street
Ste. 1200
Amarillo, TX 79101


Wildforest Cattle Company LLC
1206 Paris Road
Mayfield, KY 42066


WJ Performance Horses, Inc.
524 Travis Street
Liberty, TX 77575
```