**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | McClain Feed Yard, Inc. <br> Name | EIN: 27–0752422 |
| United States Bankruptcy Court | Northern District of Texas | Date case filed for chapter: 7  4/28/23 |
| Case number: | 23–20084–rlj7 | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | McClain Feed Yard, Inc. | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4010 FM 1057 <br> Hereford, TX 76655 | |
| 4. | **Debtor's attorney** <br> Name and address | Max Ralph Tarbox <br> Tarbox Law, P.C. <br> 2301 Broadway <br> Lubbock, TX 79401 | Contact Phone: (806)686–4448 <br> Email: jessica@tarboxlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Kent David Ries <br> Kent Ries, Trustee <br> PO Box 3100 <br> Amarillo, TX 79116–3100 | Contact Phone: 806–242–7437 <br> Email: trustee@kentries.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 306 Federal Building <br> 1205 Texas Avenue <br> Lubbock, TX 79401 | Hours open: <br> Mon.–Fri. 8:30–4:30 <br><br> Contact Phone: 806–324–2302 <br><br> Date: 4/28/23 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **June 14, 2023 at 10:30 AM** <br><br> **BY TELEPHONE** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: **Kent David Ries** <br> Toll free number: **877–405–3151** <br> Alternate number: **517–386–5464** <br> Participant Code: **5994267** |
| | **Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting.** | | |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships)   **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

## INFORMATION FOR THE TELEPHONIC § 341 MEETING OF CREDITORS

Because of developing issues with the COVID−19 virus and the national declaration of emergency by the President of the United States, § 341 Meetings of Creditors (?Meetings?) will be conducted telephonically. The telephone call in numbers and participant code are found on the enclosed Notice.

**Additional Dial−In Information:**

(1) You must use a touch−tone phone to participate.

(2) <u>Landline preferred</u>. If you have a choice, use a landline phone, instead of a cell phone. Do not use a speaker phone.

(3) Dial the call−in number and then enter the participant code, which consists of 7 numbers and is followed by a # sign. Immediately place your phone on mute.

(4) Make the call from a quiet area where there is as little background noise as possible.

(5) As more than one Meeting will be held during this period, listen for your case to be called. When your case is called, unmute your phone and identify yourself.

(6) When speaking during your case, identify yourself.

(7) Do not put the phone on hold at any time after the call is connected.

(8) If any party is attending the Meeting from the same location as another party, use separate touch−tone phones to participate.

(9) Once the case Meeting is finished, hang up.

(10) If you become disconnected before your Meeting is finished, call back.

**Bankruptcy Documents:**

Debtors should have their bankruptcy documents available in the event there are questions about the information in the documents.

**Recording:** The Meetings will be recorded by the trustee or United States Trustee.

United States Bankruptcy Court

Northern District of Texas

In re: Case No. 23-20084-rlj

McClain Feed Yard, Inc. Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-2      User: admin      Page 1 of 3
Date Rcvd: Apr 28, 2023      Form ID: 309C      Total Noticed: 98

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | McClain Feed Yard, Inc., 4010 FM 1057, Hereford, TX 79045-7386 |
| 20138259 | + | Acey Livestock, LLC, 211 Old Orchard Road, Perryville, KY 40468-9782 |
| 20138260 | + | AgTexas Farm Credit Services, 2001 S. Soney Road, Amarillo, TX 79124-2407 |
| 20138261 | + | AgTexas, PCA, 2001 S. Soney Road, Amarillo, TX 79124-2407 |
| 20138262 | + | Angela Powell, 86 B Commerce Blvd., Benton, KY 42025-1110 |
| 20138263 | + | Arnold Braun or Arnold Braun Trust, 4932 E SR 70, Grandview, IN 47615-9620 |
| 20138264 | + | Bar D Ranch Land & Cattle, LLC, 4458 South US Highway 441, Lake City, FL 32025-0306 |
| 20138265 | + | Big Seven Capital Partners LLC, 200 Rock Vista Run, Austin, TX 78737-2843 |
| 20138266 | + | Bo Robinson, 9397 County Rd. 3114, Snyder, TX 79549-1379 |
| 20138267 | + | Bryan Blackman, 4553 Texas Street, Healdton, OK 73438-2906 |
| 20138268 | + | C Heart Ranch, LLC, 454 Daniels Lane, Ardmore, OK 73401-5304 |
| 20138269 | + | Cactus Feeders Finance LLC, PO Box 3050, Amarillo, TX 79116-3050 |
| 20138270 | + | Cactus Operating LLC, 2209 SW 7th Avenue, Amarillo, TX 79106-6769 |
| 20138271 | + | Caleb Little, 672 Nelson Trl, Dexter, KY 42036-9402 |
| 20138272 | | Carl Pickett, 524 Travis Street/650 FM 163 Rd, Liberty, TX 77575 |
| 20138273 | | Carr, Riggs, & Ingram, LLC, 2424 Louisiana Blvd. NW, Suite 300, Albuquerque, NM 87110 |
| 20138274 | + | Carraway Cattle, 200 Rock Vista Run, Austin, TX 78737-2843 |
| 20138390 | + | Chelsea Waters McClain, 824 Mullins Lane, Benton, KY 42025-4702 |
| 20138391 | + | Clint Quarles, Kentucky Department of Agriculture, 105 Corporate Drive, Frankfort, KY 40601-8332 |
| 20138392 | + | Cody L. Simmons, P.O. Box 180, Canyon, TX 79015-0180 |
| 20138393 | + | Colton Long, 2001 S. Soney Road, Amarillo, TX 79124-2407 |
| 20138396 | #+ | Cory Don Priest, 899 Rosenthal Road, Lorena, TX 76655-9665 |
| 20138398 | + | Curtis Jones Farms LLC, 1720W. 13th Ave., Emporia, KS 66801-5659 |
| 20138399 | + | David L. LeBas, 8310 N. Capital of Texas HWY, Austin, TX 78731-1011 |
| 20138400 | | David Rainey 88 CR 640, Corinth, MS 38834 |
| 20138401 | + | Death Creek Farms LLC, 10150 Highway 47, West Point, MS 39773-4802 |
| 20138402 | + | Don Jones 2434 Road Y, Reading, KS 66868-9006 |
| 20138403 | + | Don Jones Farm, Inc. 2434 Road Y, Reading, KS 66868-9006 |
| 20138404 | + | Douglas C. Pritchett, 19601 FM 1541, Canyon, TX 79015-6387 |
| 20138405 | + | Dr. Arnold Bra1,1n, 4932 E. SR 70, Grandview, IN 47615-9620 |
| 20138406 | | Dwight Jesko, 112 Rr 5/ 3970 FM 1057, Hereford, TX 79045 |
| 20138407 | + | Eric Dejarnatt 1115 CR 1024, Cunningham, KY 42035-9309 |
| 20138408 | + | First Capital Bank of Texas, 3900 Soncy Road, Amarillo, TX 79119-6673 |
| 20138409 | + | First Kentucky Bank, Inc., 605 Main Street, Benton, KY 42025-1236 |
| 20138411 | + | Friona Industries, L.P., 500 S. Taylor Street, Suite 601, Amarillo, TX 79101-2447 |
| 20138413 | + | Garwood Cattle Company LLC, 2538 Middleton Road, Columbiana, OH 44408-9550 |
| 20138414 | + | J. Brent Burnett, 1612 Sanderson Rd., Mayfield, KY 42066-9108 |
| 20138415 | + | Jake Rininger, 2828 S. Co. Rd. 200 W., Rockport, IN 47635-8252 |
| 20138416 | | Jared Lesh Cowhorses Inc., 10801 E. Highway 82, Whitesboro, TX 76273 |
| 20138417 | | Jared Wayne Lesh, 10801 E. Highway 82, Whitesboro, TX 76273 |
| 20138418 | + | Jed Goad, JLE Trucking, Inc., PO Box 451, Red Boiling Springs, TN 37150-0451 |
| 20138420 | + | Jimmy D. Greer, 3209 Wrather Rd., Murray, KY 42071-7417 |

Case 23-20084-rlj7   Doc 4   Filed 04/30/23   Entered 04/30/23 23:19:01   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0539-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 28, 2023 | Form ID: 309C | Total Noticed: 98 |

| | | |
|---|---|---|
| 20138421 | + | John Dale Tidwell, 209 Duffers Ln, Mayfield, KY 42066-1201 |
| 20138422 | + | John Massouh, Sprouse Shrader Smith PLLC, Box 15008, Amarillo, TX 79105-5008 |
| 20138424 | + | Jordan Robert Lesh, 10400 N. Perkins Rd., Stillwater, OK 74075-1860 |
| 20138423 | + | Jordan and Jan Lesh, 10400 N. Perkins Road, Stillwater, OK 74075-1860 |
| 20138425 | + | Julie Whitlock, P.O. Box 389, Mayfield, KY 42066-0029 |
| 20138426 | | Keeling Cattle Feeders, Inc., 2799 County Road 3, Hereford, TX 79045 |
| 20138427 | + | Keith Harris Farms, Inc., 703 Waller Cemetery Road, Benton, KY 42025-4770 |
| 20138428 | + | Kenneth Netardus, P.O. Box 3280, Amarillo, TX 79116-3280 |
| 20138429 | + | Kentucky Department of Agriculture, 105 Corporate Drive, Frankfort, KY 40601-8332 |
| 20138430 | + | Lazy J Arena, LLC, 1419 W. 80th Street, Stillwater, OK 74074-8164 |
| 20138431 | + | Lazy J. Cattle, 1515 W. 80th Street, Stillwater, OK 74074-8186 |
| 20138432 | + | Lesh Family Trust, 19700 County Road 200, Perry, OK 73077-8530 |
| 20138433 | + | Lesh Trucking', 10400 N. Perkins Rd., Stillwater, OK 74075-1860 |
| 20138434 | + | Lyndal Vanbuskirk, P.0 Box 778, Ringling, OK 73456-0778 |
| 20138435 | + | MAP Enterprises Inc., P.0. Box 1045, Mayfield, KY 42066-0041 |
| 20138436 | + | Meagan B. Goad, 1775 Wadesboro Rd., S Benton, KY 42025-4777 |
| 20138437 | #+ | Meagan B. Powell, 621 Mullins Ln., Benton, KY 42025-4762 |
| 20138439 | + | Michael Gourley, P.O. Box 1045, Mayfield, KY 42066-0041 |
| 20138440 | + | Michael Johnson, Ray Quinney and Nebeker, P.C., 36 South State Street, Suite 1400, Salt Lake City, UT 84111-1451 |
| 20138441 | + | Mykel Linn Tidwell, 66 Lake Terry Dr., Mayfield, KY 42066-6982 |
| 20138442 | + | Northland Capital Financial Services, LL, P.0. Box 7278, Saint Cloud, MN 56302-7278 |
| 20138443 | + | Oklahoma AgCredit, 601 East Kenosha, Broken Arrow, OK 74012-2002 |
| 20138444 | + | Open A Arena LLC, 14500 S. Fm 1258, Amarillo, TX 79118-4610 |
| 20138445 | #+ | Patty Priest, 899 Rosenthal Road, Lorena, TX 76655-9665 |
| 20138447 | #+ | Priest Cattle Company, Ltd, 899 Rosenthal Road, Lorena, TX 76655-9665 |
| 20138446 | #+ | Priest Cattle and Land Company, Inc., 899 Rosenthal Road, Lorena, TX 76655-9665 |
| 20138448 | + | Priest Victory Investment LLC, 899 Rosenthal Road, Lorena, TX 76655-9665 |
| 20138449 | + | Producers Credit Corporation, 8351 N. High Street, Suite 250, Columbus, OH 43235-1440 |
| 20138450 | | Rabo Agrifinance LLC, 146.76 Outer 40 Road Ste. 400, Chesterfield, MO 63017 |
| 20138452 | + | Rapp Ranch, 400 Smith Trail, Weatherford, TX 76088-1606 |
| 20138453 | + | Rick Rodgers 786 Sutton Ln., Mayfield, KY 42066-6551 |
| 20138454 | + | Riley Livestock, 250 Brittian Lane, Mayfield, KY 42066-4617 |
| 20138455 | | River Valley AgCredit, 1401 North 12th Street, Benton, KY 42025 |
| 20138456 | + | Robert Braun, 12307 E. Co Rd. 1160 N, Evanston, IN 47531-8076 |
| 20138457 | + | Samuel S. Brown, 3430 St. Rt 45 S, Mayfield, KY 42066-6135 |
| 20138458 | + | Scarlet & Black Cattle, LLC, 5402 Walesa Court, Amarillo, TX 79119-6285 |
| 20138459 | + | Scott Livestock Company (Steve Scott), 10150 Highway 47, West Point, MS 39773-4802 |
| 20138460 | + | Sherman Trucking, 2098 Symsonia Highway/ 5508 Oak Level Ro, Benton, KY 42025-5024 |
| 20138461 | + | Spencer Clift, BAKER, DONELSON, BEARMAN, CALDWELL & BER, 165 Madison Ave., Memphis, TN 38103-2799 |
| 20138463 | + | Steve T. Scott Farms, Inc., 10150 Highway 4 7, West Point, MS 39773-4802 |
| 20138464 | | Steven L. Hoard, Mullin Hoard & Brown, LLP, 500 S. Taylor79101, Suite, 800 Amarillo National Bank Plaza II, Amarillo, TX 79101 |
| 20138467 | + | TGF Ranch, 1585 E M-79 Hwy, Hastings, MI 49058-8895 |
| 20138465 | | Takeuchi Financial Services, a program of Bank, 1625 West Fountainhead Parkway,, AZ-FTN-1, Temp e,AZ 85282-2371 |
| 20138466 | + | Terry Burnett, 210 Bethel Church Rd ., Melber, KY 42069-8826 |
| 20138468 | | Thorlakson Feedyards, 273131 Rr 284, Airdrie, Alberta, T4A 0H4 Canada |
| 20138469 | + | Tom Thorlakson, 2548 CR 15, Friona,TX 79035-7034 |
| 20138470 | + | W. Heath Hendricks UNDERWOOD LAW FIRM, 500 S. Taylor Street Ste. 1200, Amarillo, TX 79101-2401 |
| 20138472 | + | WJ Performance Horses, Inc., 524 Travis Street, Liberty, TX 77575-4824 |
| 20138471 | + | Wildforest Cattle Company LLC, 1206 Paris Road, Mayfield, KY 42066-4989 |

TOTAL: 91

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: tami@tarboxlaw.com | Apr 28 2023 21:13:00 | Max Ralph Tarbox, Tarbox Law, P.C., 2301 Broadway, Lubbock, TX 79401 |
| tr | EDI: BKDRIES | Apr 29 2023 01:09:00 | Kent David Ries, Kent Ries, Trustee, PO Box 3100, Amarillo, TX 79116-3100 |
| 20138275 | Email/Text: fpdbankruptcynoticesgroup@cat.com | Apr 28 2023 21:13:00 | Caterpillar Financial Services Corporation, 2120 West End Avenue, Nashville, TX 37203-0986 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 20138395 | | Email/Text: bankruptcy@cfsvcs.com | Apr 28 2023 21:13:00 | Community Financial Services Bank, POBox467, Benton, KY 42025-0467 |
| 20138412 | | Email/Text: CreditandResolutionsLitigation@fcsamerica.com | Apr 28 2023 21:13:00 | Frontier Farm Credit, 2009 Vanesta Place, Manhattan, KS 66503 |
| 20138438 | + | Email/Text: SPECIAL_SERVICES@mechanicsbank.com | Apr 28 2023 21:14:00 | Mechanics Bank, 18400 Von Karman Avenue Suite 1100, Irvine, CA 92612-0517 |
| 20138451 | | Email/Text: fm.us.RAFCFLegal@raboag.com | Apr 28 2023 21:13:00 | Rabo Agrifinance LLC, 1402 Technology Parkway, Cedar Falls, IA 50613 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20138462 | | Stanley Ayers, 6200 Ross Rd. Rockford,OH |
| 20138419 | *+ | Jed Goad, JLE Trucking, Inc., PO Box 451, Red Boiling Springs, TN 37150-0451 |
| 20138258 | ##+ | 2B Farms Inc, 9012 County Rd. 3114, Snyder, TX 79549-1318 |
| 20138394 | ##+ | Community Financial Services Bank, 100 Dick Castleman Bypass, Mayfield, KY 42066-5006 |
| 20138397 | ##+ | Crystal McClain, 824 Mullins Lane, Benton, KY 42025-4702 |
| 20138410 | ##+ | Friona Industries, PO Box 15568, Amarillo, TX 79105-5568 |

TOTAL: 1 Undeliverable, 1 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2023           Signature:      /s/Gustava Winters