UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 24055651
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: Tom.Riney@uwlaw.com
Email: Heath.Hendricks@uwlaw.com

and

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (*Pro Hac Vice Pending*)
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: MJohnson@rqn.com

*ATTORNEYS FOR RABO AGRIFINANCE LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC. | § | CASE NO. 23-20084-rlj7 |
| | § | |
| *Debtor.* | § | |

## ENTRY OF APPEARANCE OF LOCAL COUNSEL
## FOR RABO AGRIFINANCE, LLC

TO THE HONORABLE COURT:

THOMAS C. RINEY and W. HEATH HENDRICKS of the UNDERWOOD LAW FIRM, P.C., enter their appearance as additional counsel of record for RABO AGRIFINANCE, LLC in this action:

> Thomas C. Riney
>   Texas Bar No. 16935100
>   Tom.Riney@uwlaw.com
> W. Heath Hendricks
>   Texas Bar No. 24055651
>   Heath.Hendricks@uwlaw.com
> UNDERWOOD LAW FIRM, P.C.
> 500 S. Taylor, Suite 1200
> Amarillo, Texas 79101
> (806) 376-5613; Fax (806) 379-0316

MICHAEL R. JOHNSON of the firm RAY QUINNEY & NEBEKER P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111 will serve as attorney in charge for RABO AGRIFINANCE, LLC and is submitting an application for admission pro hac vice.  Thomas C. Riney and W. Heath Hendricks request that they receive all future communications from the Court and other parties.

Respectfully submitted,

 */s/ W. Heath Hendricks*
Thomas C. Riney
State Bar No. 16935100
Tom.Riney@uwlaw.com
W. Heath Hendricks
State Bar No. 24055651
Heath.Hendricks@uwlaw.com
UNDERWOOD LAW FIRM, P.C.
500 S. Taylor, Suite 1200
Amarillo, Texas 79101
Phone:(806) 376-5613
Fax: (806) 379-0316

and

Michael Johnson – PRO HAC VICE PENDING
mjohnson@rqn.com
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Phone: (801) 532-1500
Fax: (801) 532-7543

*ATTORNEYS FOR RABO AGRIFINANCE, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May 2023, the above **Entry of Appearance of Local Counsel for Rabo AgriFinance, LLC** was filed with the Clerk of the Court using the CM/ECF system, which sent notice of electronic filing to the following electronic filing users in this case:

Max Ralph Tarbox
TARBOX LAW, P.C.
2301 Broadway
Lubbock, Texas 79401

*ATTORNEY FOR MCCLAIN FEED YARD, INC.*

*/s/W. Heath Hendricks*
W. Heath Hendricks