# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

MCCLAIN FEED YARD, INC.

Debtor(s)

§
§
§
§
§
§
§

Case No.: 23-20084-rlj7

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Johnson, Michael R.
   *Last          First          MI*

2. Firm Name: Ray Quinney & Nebeker P.C.

3. Address: 36 South State Street, Suite 1400
   Salt Lake City, Utah 84111

4. Phone: 801-532-1500   FAX: 801-532-7543

   Email: mjohnson@rqn.com

5. Name used to sign *all* pleadings: Michael R. Johnson

6. Retained by: Rabo AgriFinance, LLC

7. Admitted on May 31, 1995 and presently a member in good standing of the bar of the highest court of the state of Utah and issued the bar license number of 7070.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | (see attached list) | |
   | | |
   | | |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☒ Yes ☐ No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | | |
    | | |
    | | |

13. Local counsel of record: Thomas C. Riney and W. Heath Hendricks

14. Local counsel's address: Underwood Law Firm, P.C., 500 S. Taylor, Suite 1200
    Amarillo, Texas 79101

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒   I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐   I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the  $100.00 filing fee on _____.

Michael R. Johnson
_____
Printed Name of Applicant

May 1, 2023
_____
Date

_____
Signature of Applicant

| Court | Admission Date |
|---|---|
| Supreme Court of Utah | 05/31/1995 |
| Supreme Court of Arizona | 10/22/1994 |
| United States District Court, Utah | 08/07/1996 |
| United States District Court, Arizona | 01/22/1996 |
| United States District Court, Colorado | 04/05/2016 |
| U.S. Court of Appeals, 10th Circuit | 02/11/2004 |
| U.S. Court of Appeals, 11th Circuit | 10/05/2001 |
| U.S. Bankruptcy Court, Utah | 08/17/1996 |
| Tenth Circuit Bankruptcy Appellate Panel | 02/11/2004 |
| United States District Court, Central District Illinois | 10/17/2017 |

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 5/1/2023

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Michael R Johnson

This is to certify that Michael R Johnson, Utah State Bar No. 7070 was admitted to practice law in Utah on 5/31/1995.

Michael R  Johnson is currently an ACTIVE member of the Utah State Bar in good standing.  "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Nancy J. Sylvester
General Counsel
Utah State Bar

No.2023 -1009850
verify by email at cogsrequest@utahbar.org