Kent Ries, Attorney at Law
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC. | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtor. | § | |

## MOTION FOR APPROVAL OF EMPLOYMENT OF
## COUNSEL FOR TRUSTEE

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy estate, and files this Motion for Approval of Employment of Counsel for Trustee and in support thereof would respectfully show unto the Court as follows:

1. Debtor filed for relief under Chapter 7 of the United States Bankruptcy Code on April 28, 2023. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estate.

2. This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §§ 327.

3. Trustee will administer this case as an asset case.

4. Trustee asserts it is necessary to employ counsel, pursuant to 11 U.S.C. § 327(a), to perform the following described necessary legal services in the administration of this estate:

**MOTION FOR APPROVAL OF EMPLOYMENT OF COUNSEL FOR TRUSTEE – PAGE 1**

  A. Preparation of all applications, notices, orders and legal papers necessary to comply with the Bankruptcy Code and Federal Rules of Bankruptcy Procedure.

  B. Counseling with the Trustee regarding potential assets and claims of the estate.

  C. Preparation of pleadings and documents with respect to property to be liquidated by the estate, or claims against the estate.

5. Trustee desires that he be authorized to employ the law firm of Kent Ries for such compensation and reimbursement of expenses as is just pursuant to 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure. Kent Ries is an attorney admitted to practice in this Court with knowledge and experience in bankruptcy practice and is duly qualified to render necessary legal services.

6. Pursuant to 11 U.S.C. § 327(d), the "court may authorize the trustee to act as attorney . . . for the estate if such authorization is in the best interest of the estate." 11 U.S.C. § 327(d). However, if the court authorizes the employment of the trustee as a professional, 11 U.S.C. § 328(b) specifies that the trustee receive professional compensation only for the performance of those professional tasks that are not generally performed by a trustee without the assistance of an attorney. The House Report on Section 328(b) states:

> Subsection (b) limits a trustee that has been authorized to serve as his own counsel to only one fee for each service. The purpose of permitting the trustee to serve as his own counsel is to reduce costs. It is not included to provide the trustee with a bonus by permitting him to receive two fees for the same service or to avoid the maxima fixed in section 326. Thus, this subsection requires the court to differentiate between the trustee's services as trustee, and his services as trustee's counsel, and to fix compensation accordingly. Services that a trustee normally performs for an estate without assistance of counsel are to be compensated under the limits fixed in section 326. Only services that he performs that are normally performed by trustee's counsel may be compensated under the maxima imposed by this section.

H.R. Rep. No. 95-595, 95th Cong., 1st Sess. 329 (1977).

7. Trustee would show the Court that employment of his firm is in the best interest of this Chapter 7 bankruptcy estate. Additional factors, which support employment of Trustee's law firm as counsel in this case, are as follows:

    A. In addition to the legal services required by the Trustee of his law firm as described above, there will be some need for services in connection with the filing of objections to claims and other general legal services. Such work does not justify the effort and expense of hiring an outside law firm.

    B. Appointment of Trustee's own law firm in this case will result in a significant reduction of attorney fees. The estate has already benefited from the Trustee's review of the petition, conferences with Debtor's counsel regarding the major assets in the case and conference with multiple parties in interest in the case. Employment of outside counsel would result in needless duplication of these efforts which would be further compounded by unnecessary attorney/client conferences and correspondence.

8. Normal hourly rates for legal services provided debtors, creditors and trustees in bankruptcy proceedings are $350.00 for attorneys and $75.00 for paraprofessionals of the law firm of Kent Ries. It is difficult, if not impossible, to accurately project the fees to be incurred in connection with this particular bankruptcy proceeding given the early stages in which this application is filed and the uncertainty as to the causes of action to be pursued. Trustee asserts that he and his law firm are extremely sensitive to fees incurred in Chapter 7 proceedings and represent to the Court that all efforts to minimize fees, either by use of paraprofessionals or election of the most economic alternative for dispute resolution, will be employed.

9. The law firm of Kent Ries has never served as an examiner to the estate; and to the best of the Trustee's knowledge, the law firm of Kent Ries is a disinterested party having no connection with the Debtor, creditors, or any other party in interest. Attached hereto and incorporated herein as Exhibit "A" is the Affidavit of Kent Ries concerning the qualifications and disinterestedness of the law firm of Kent Ries.

**WHEREFORE, PREMISES CONSIDERED,** Kent Ries, Trustee herein, respectfully prays for an Order of this Court approving the employment of the law firm of Kent Ries as attorneys to perform professional services in this proceeding, and for such other relief, at law or in equity, to which the Trustee may show himself justly entitled.

Respectfully submitted,

Kent Ries, Attorney at Law
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440-Fax


By: /s/ Kent Ries
    Kent Ries
    State Bar No. 1691450

COUNSEL FOR TRUSTEE

## **CERTIFICATE OF SERVICE**

I certify that on the 4th day of May, 2023, a true and correct copy of the foregoing Motion for Approval of Employment of Counsel for Trustee was sent either electronically via ECF or mailed in the United States mail, postage prepaid, to the parties listed on the attached mailing matrix:

/s/   Kent Ries
Kent Ries

```
2B Farms Inc                      306 Federal Building              Acey Livestock, LLC
9012 County Rd. 3114              1205 Texas Avenue                 211 Old Orchard Road
Snyder, TX 79549-1318             Lubbock, TX 79401-4037            Perryville, KY 40468-9782


AgTexas Farm Credit Services      AgTexas, PCA                      Angela Powell
2001 S. Soney Road                2001 S. Soney Road                86 B Commerce Blvd.
Amarillo, TX 79124-2407           Amarillo, TX 79124-2407           Benton, KY 42025-1110


Arnold Braun or Arnold Braun Trust   Bar D Ranch Land & Cattle, LLC   Big Seven Capital Partners LLC
4932 E SR 70                      4458 South US Highway 441         200 Rock Vista Run
Grandview, IN 47615-9620          Lake City, FL 32025-0306          Austin, TX 78737-2843


Bo Robinson                       Bryan Blackman                    C Heart Ranch, LLC
9397 County Rd. 3114              4553 Texas Street                 454 Daniels Lane
Snyder, TX 79549-1379             Healdton, OK 73438-2906           Ardmore, OK 73401-5304


Cactus Feeders Finance LLC        Cactus Operating LLC              Caleb Little
PO Box 3050                       2209 SW 7th Avenue                672 Nelson Trl
Amarillo, TX 79116-3050           Amarillo, TX 79106-6769           Dexter, KY 42036-9402


Carl Pickett                      Carr, Riggs, & Ingram, LLC        Carraway Cattle
524 Travis Street/650 FM 163 Rd   2424 Louisiana Blvd. NW           200 Rock Vista Run
Liberty, TX 77575                 Suite 300                         Austin, TX 78737-2843
                                  Albuquerque, NM 87110


Caterpillar Financial Services    Chelsea Waters McClain            Clint Quarles
Corporation                       824 Mullins Lane                  Kentucky Department of Agriculture
2120 West End Avenue              Benton, KY 42025-4702             105 Corporate Drive
Nashville, TX 37203-0986                                            Frankfort, KY 40601-8332


Cody L. Simmons                   Colton Long                       COMMUNITY FINANCIAL SERVICES BANK
P.O. Box 180                      2001 S. Soney Road                ATTN ATTN LOSS MITIGATION
Canyon, TX 79015-0180             Amarillo, TX 79124-2407           P O BOX 467
                                                                    BENTON, KY 42025-0467


Community Financial Services Bank  Cory Don Priest                  Crystal McClain
100 Dick Castleman Bypass         899 Rosenthal Road                824 Mullins Lane
Mayfield, KY 42066-5006           Lorena, TX 76655-9665             Benton, KY 42025-4702


Curtis Jones Farms LLC            David L. LeBas                    David Rainey
1720W. 13th Ave.                  8310 N. Capital of Texas HWY      88 CR 640
Emporia, KS 66801-5659            Austin, TX 78731-1011             Corinth, MS 38834
```

```
Death Creek Farms LLC            Don Jones                          Don Jones Farm, Inc.
10150 Highway 47                 2434 Road Y                        2434 Road Y
West Point, MS 39773-4802        Reading, KS 66868-9006             Reading, KS 66868-9006



Douglas C. Pritchett             Dr. Arnold Bra1,1n                 Dwight Jesko
19601 FM 1541                    4932 E. SR 70                      112 Rr 5/ 3970 FM 1057
Canyon, TX 79015-6387            Grandview, IN 47615-9620           Hereford, TX 79045



Eric Dejarnatt                   First Capital Bank of Texas        First Kentucky Bank, Inc.
 1115 CR 1024                    3900 Soncy Road                    605 Main Street
Cunningham, KY 42035-9309        Amarillo, TX 79119-6673            Benton, KY 42025-1236



Friona Industries                Friona Industries, L.P.            Frontier Farm Credit
PO Box 15568                     500 S. Taylor Street, Suite 601    2009 Vanesta Place
Amarillo, TX 79105-5568          Amarillo, TX 79101-2447            Manhattan, KS 66503



FRONTIER FARM CREDIT             Garwood Cattle Company LLC         J. Brent Burnett
PO BOX 2409                      2538 Middleton Road                1612 Sanderson Rd.
OMAHA, NE 68103-2409             Columbiana, OH 44408-9550          Mayfield, KY 42066-9108



Jake Rininger                    Jared Lesh Cowhorses Inc.          Jared Wayne Lesh
2828 S. Co. Rd. 200 W.           10801 E. Highway 82                10801 E. Highway 82
Rockport, IN 47635-8252          Whitesboro, TX 76273               Whitesboro, TX 76273



Jed Goad
JLE Trucking, Inc.               Jimmy D. Greer                     John Dale Tidwell
PO Box 451                       3209 Wrather Rd.                   209 Duffers Ln
Red Boiling Springs, TN 37150-0451   Murray, KY 42071-7417          Mayfield, KY 42066-1201



John Massouh
Sprouse Shrader Smith PLLC       Jordan and Jan Lesh                Julie Whitlock
Box 15008                        10400 N. Perkins Road              P.O. Box 389
Amarillo, TX 79105-5008          Stillwater, OK 74075-1860          Mayfield, KY 42066-0029



Keeling Cattle Feeders, Inc.     Keith Harris Farms, Inc.           Kenneth Netardus
2799 County Road 3               703 Waller Cemetery Road           P.O. Box 3280
Hereford, TX 79045               Benton, KY 42025-4770              Amarillo, TX 79116-3280



Kent David Ries
Kent Ries, Trustee               Kentucky Department of Agriculture Lazy J Arena, LLC
PO Box 3100                      105 Corporate Drive                1419 W. 80th Street
Amarillo, TX 79116-3100          Frankfort, KY 40601-8332           Stillwater, OK 74074-8164
```

| | | |
|---|---|---|
| Lazy J. Cattle<br>1515 W. 80th Street<br>Stillwater, OK 74074-8186 | Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077-8530 | Lesh Trucking'<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 |
| Lyndal Vanbuskirk<br>P.0 Box 778<br>Ringling, OK 73456-0778 | MAP Enterprises Inc.<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 |
| McClain Feed Yard, Inc.<br>4010 FM 1057<br>Hereford, TX 79045-7386 | Meagan B. Goad<br>1775 Wadesboro Rd.<br>S Benton, KY 42025-4777 | Meagan B. Powell<br>621 Mullins Ln.<br>Benton, KY 42025-4762 |
| Mechanics Bank<br>18400 Von Karman Avenue Suite 1100<br>Irvine, CA 92612-0517 | Michael Gourley<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | Michael Johnson<br>Ray Quinney and Nebeker, P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111-1451 |
| Mykel Linn Tidwell<br>66 Lake Terry Dr.<br>Mayfield, KY 42066-6982 | Northland Capital Financial<br>Services, LL<br>P.O. Box 7278<br>Saint Cloud, MN 56302-7278 | Oklahoma AgCredit<br>601 East Kenosha<br>Broken Arrow, OK 74012-2002 |
| Open A Arena LLC<br>14500 S. Fm 1258<br>Amarillo, TX 79118-4610 | Patty Priest<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Priest Cattle and Land Company, Inc.<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 |
| Priest Cattle Company, Ltd<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Priest Victory Investment LLC<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Producers Credit Corporation<br>8351 N. High Street, Suite 250<br>Columbus, OH 43235-1440 |
| Rabo Agrifinance LLC<br>1402 Technology Parkway<br>Cedar Falls, IA 50613 | Rabo Agrifinance LLC<br>146.76 Outer 40 Road Ste. 400<br>Chesterfield, MO 63017 | Rapp Ranch<br>400 Smith Trail<br>Weatherford, TX 76088-1606 |
| Rick Rodgers<br>786 Sutton Ln.<br>Mayfield, KY 42066-6551 | Riley Livestock<br>250 Brittian Lane<br>Mayfield, KY 42066-4617 | River Valley AgCredit<br>1401 North 12th Street<br>Benton, KY 42025 |
| Robert Braun<br>12307 E. Co Rd. 1160 N<br>Evanston, IN 47531-8076 | Samuel S. Brown<br>3430 St. Rt 45 S<br>Mayfield, KY 42066-6135 | Scarlet & Black Cattle, LLC<br>5402 Walesa Court<br>Amarillo, TX 79119-6285 |

Scott Livestock Company (Steve Scott)
10150 Highway 47
West Point, MS 39773-4802

Sherman Trucking
2098 Symsonia Highway/ 5508 Oak Level Ro
Benton, KY 42025-5024

Spencer Clift
BAKER, DONELSON, BEARMAN, CALDWELL & BER
165 Madison Ave.
Memphis, TN 38103-2799

Stanley Ayers
6200 Ross Rd. Rockford,OH

Steve T. Scott Farms, Inc.
10150 Highway 4 7
West Point, MS 39773-4802

Steven L. Hoard
Mullin Hoard & Brown, LLP
500 S. Taylor79101, Suite 800 Amarillo National Bank Plaza II
Amarillo, TX 79101

Takeuchi Financial Services, a program of
1625 West Fountainhead Parkway, AZ-FTN-1
Temp e, AZ 85282-2371

Terry Burnett
210 Bethel Church Rd .
Melber, KY 42069-8826

TGF Ranch
1585 E M-79 Hwy
Hastings, MI 49058-8895

Thomas C. Riney
Underwood Law Firm, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101-2446

Thorlakson Feedyards
273131 Rr 284
Airdrie, Alberta, T4A 0H4 Canada

Tom Thorlakson
2548 CR 15
Friona, TX 79035-7034

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

W. Heath Hendricks UNDERWOOD LAW FIRM
500 S. Taylor Street Ste. 1200
Amarillo, TX 79101-2401

Wildforest Cattle Company LLC
1206 Paris Road
Mayfield, KY 42066-4989

WJ Performance Horses, Inc.
524 Travis Street
Liberty, TX 77575-4824

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF POTTER | § | |

## AFFIDAVIT OF KENT RIES

Before me, the undersigned authority, on this day personally appeared Kent Ries of the law firm of Kent Ries, Amarillo, Texas, being by me duly sworn, upon oath deposed and said:

1. I am a resident of Amarillo, Potter County, Texas; am over the age of 21 years and am of sound mind and have never been convicted of an offense.

2. I am an attorney admitted to practice in the State of Texas and possess all of the qualifications of an attorney or counselor of law in the State of Texas.

3. I have reviewed the *Motion* by the Trustee for approval to retain the law firm of Kent Ries as counsel in this Chapter 7 bankruptcy proceeding. I am an attorney admitted to practice with extensive knowledge and experience in bankruptcy practice and procedure and am in all respects qualified to render the necessary legal services requested by the Trustee.

4. The law firm of Kent Ries is disinterested and has no connection with the Debtor, creditors of the estate, any party in the United States Trustee's office or any other parties. The law firm of Kent Ries does not have an interest adverse to the Estate.

FURTHER AFFIANT SAITH NOT.

_____
Kent Ries

SWORN TO AND SUBSCRIBED BEFORE ME this 4th day of May 2023.

_____
Notary Public, State of Texas

LYNZIE DANIELLE NORTON
Notary Public, State of Texas
Notary ID #13318182-1
My Commission Expires 06-28-2025

EXHIBIT "A"