

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 4, 2023**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC. | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtor. | § | |

### ORDER APPROVING EMPLOYMENT OF COUNSEL FOR TRUSTEE

Kent Ries, Trustee of the referenced Chapter 7 bankruptcy estate, has filed a Motion seeking approval and authorization to employ counsel to assist in the administration of this estate. It appears to the Court that the law firm of Kent Ries is qualified to provide the professional services required by the Trustee, and that such employment is in the best interest of the estate. The Court has further determined that it is necessary that the Trustee employ such counsel in connection with this bankruptcy proceeding. The Court is of the opinion that the law firm of Kent Ries does not represent any interest adverse to the Estate, and that the employment of such attorney should be approved. It is therefore

**ORDERED, ADJUDGED AND DECREED**, that the Trustee is hereby authorized to employ the law firm of Kent Ries as counsel in the bankruptcy proceeding and it is further stated that the fees and expenses of said attorneys will be determined upon appropriate applications pursuant to Section 330 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure.

# # # End of Order # # #

Prepared By:

Kent Ries, Attorney at Law
State Bar No.  16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE