**John R. Lane, Jr.**
State Bar No. 11879475
**Matthew J. Countryman**
State Bar No. 24069540
**LANE & COUNTRYMAN**
**ATTORNEYS AT LAW**
1045 Cheever Blvd., Ste. 103
San Antonio, Texas 78217
(210) 828-8900 (Telephone)
(210) 804-2339 (Facsimile)
**ATTORNEYS FOR CREDITORS**
**ROBERT STEWART &**
**RACHEL CONWAY STEWART**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

---------------------------------------------------------x
| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| MCCLAIN FEED YARD, INC. ) | |
| ) | |
| ) | |
| ) | Case No. 23-20084-RLJ7 |
| ) | |
| Debtor ) | |

---------------------------------------------------------x

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
### OF NOTICES AND PLEADINGS

Please take notice that the undersigned counsel hereby enters an appearance on behalf of Robert Stewart & Rachel Conway Stewart creditors in this proceeding.

The undersigned counsel for Robert Stewart & Rachel Conway Stewart requests that copies of all notices on all matters and all papers served or required to be served in this case, including all documents required to be served upon all creditors pursuant to Bankruptcy Rules 2002 and 3017, be given to and served upon the undersigned counsel at the address set forth below.

---

Respectfully submitted,

**LANE & COUNTRYMAN**
**ATTORNEYS AT LAW**
1045 Cheever Blvd., Ste. 103
San Antonio, Texas 78217
(210) 828-8900 - telephone
(210) 804-2339 - facsimile
Email: johnlane@jrl-law.com
Email: mcountryman@jrl-law.com

*/s/ John R. Lane, Jr.*
John R. Lane, Jr.
State Bar No. 11879475
Matthew J. Countryman
State Bar No. 24069540

ATTORNEYS FOR CREDITORS,
ROBERT STEWART AND
RACHEL CONWAY STEWART

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument has been furnished on this 8th day of May 2023 via electronic filing and/or regular U.S. mail to the following:

**Debtor's Counsel**
**Max Ralph Tarbox**
Tarbox Law, P.C.
2301 Broadway
Lubbock, Texas 79401

**Trustee**
**Kent David Ries**
Kent Ries, Attorney at Law
P.O. Box 3100
Amarillo, Texas 79116-3100

**U.S. Trustee**
United States Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75202

                                                 */s/ John R. Lane, Jr.*
                                                 John R. Lane, Jr.