John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300; (806) 373-3454 FAX

*ATTORNEYS FOR DENNIS BUSS, BUSS FAMILY TRUST,*
*EDDIE BRYANT, ROBERT E. GRAY,*
*RONNIE GRAY, GRAY BROTHERS,*
*CRAIG SUTTON, AMY SUTTON, STEVE RYAN,*
*JANICE LAWHON, AJ JACQUES LIVING TRUST,*
*GUNGOLL CATTLE, LLC, LEAH GUNGOLL,*
*MORRISON CAFÉ, LLC, GARY LESH, JAN LESH,*
*LESH FAMILY TRUST, JARED LESH,*
*JORDAN LESH, LLC, JOEL BROOKSHIRE,*
*GENE BROOKSHIRE FAMILY, LP,*
*DOUGLAS FINLEY, SCARLET AND BLACK CATTLE, LLC,*
*BRYAN BLACKMAN, STEVE T SCOTT FARM, INC.,*
*SCOTT LIVESTOCK COMPANY, INC.,*
*ARNOLD BRAUN TRUST, ROBERT BRAUN,*
*JIM RININGER, ROBERT SPRING, MICHAEL EVANS,*
*MIRANDA EVANS, CHARLES LOCKWOOD,*
*COLE LOCKWOOD, SHERLE LOCKWOOD,*
*NIKKI LOCKWOOD, LYNDAL VAN BUSKIRK,*
*JANET VAN BUSKIRK, COLBY VAN BUSKIRK,*
*SUSAN VAN BUSKIRK, JIMMY GREER,*
*DUSTIN JOHNSON AND DORA BLACKMAN*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| McCLAIN FEED YARD, INC. | § | NO. 23-20084-rlj7 |
| | § | |
| Debtor | § | |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

*DENNIS BUSS, BUSS FAMILY TRUST, EDDIE BRYANT, ROBERT E. GRAY, RONNIE GRAY, GRAY BROTHERS, CRAIG SUTTON, AMY SUTTON, STEVE RYAN, JANICE LAWHON, AJ JACQUES LIVING TRUST, GUNGOLL CATTLE, LLC, LEAH GUNGOLL, MORRISON CAFÉ, LLC, GARY LESH, JAN LESH, LESH FAMILY TRUST, JARED LESH, JORDAN LESH, LLC, JOEL BROOKSHIRE, GENE BROOKSHIRE FAMILY, LP, DOUGLAS FINLEY, SCARLET AND BLACK CATTLE, LLC, BRYAN BLACKMAN, STEVE T SCOTT FARM, INC., SCOTT LIVESTOCK COMPANY, INC., ARNOLD BRAUN TRUST, ROBERT BRAUN, JIM RININGER, ROBERT SPRING, MICHAEL EVANS, MIRANDA EVANS, CHARLES LOCKWOOD, COLE LOCKWOOD, SHERLE LOCKWOOD, NIKKI LOCKWOOD, LYNDAL VAN BUSKIRK, JANET VAN BUSKIRK, COLBY VAN BUSKIRK, SUSAN VAN BUSKIRK, JIMMY GREER, DUSTIN JOHNSON AND DORA BLACKMAN* hereby request that all notices given or required to be given in this case, and all papers served or required to be served on creditors or parties-in-interest in this case, be given to and served upon its attorney of record, John Massouh, Sprouse Shrader Smith PLLC, P.O. Box 15008, Amarillo, Texas 79105. This request includes all notices, copies, and pleadings referred to in the applicable provisions of the United States Code or in the Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully submitted,

John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300; (806) 373-3454 FAX

*/s/ John Massouh*
John Massouh

*ATTORNEYS FOR DENNIS BUSS, BUSS FAMILY TRUST, EDDIE BRYANT, ROBERT E. GRAY, RONNIE GRAY, GRAY BROTHERS, CRAIG SUTTON, AMY SUTTON, STEVE RYAN, JANICE LAWHON, AJ JACQUES LIVING TRUST, GUNGOLL CATTLE, LLC, LEAH GUNGOLL, MORRISON CAFÉ, LLC, GARY LESH, JAN LESH, LESH FAMILY TRUST, JARED LESH, JORDAN LESH, LLC, JOEL BROOKSHIRE, GENE BROOKSHIRE FAMILY, LP, DOUGLAS FINLEY, SCARLET AND BLACK CATTLE, LLC, BRYAN BLACKMAN, STEVE T SCOTT FARM, INC., SCOTT LIVESTOCK COMPANY, INC., ARNOLD BRAUN TRUST, ROBERT BRAUN, JIM RININGER, ROBERT SPRING, MICHAEL EVANS, MIRANDA EVANS, CHARLES LOCKWOOD, COLE LOCKWOOD, SHERLE LOCKWOOD, NIKKI LOCKWOOD, LYNDAL VAN BUSKIRK, JANET VAN BUSKIRK, COLBY VAN BUSKIRK, SUSAN VAN BUSKIRK, JIMMY GREER, DUSTIN JOHNSON AND DORA BLACKMAN*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail on May 8, 2023, upon all parties entitled to such notice as provided by the ECF filing system.

*/s/ John Massouh*
John Massouh

105859.01/1377702