Steven L. Hoard
500 South Taylor, Suite 800, LB #213
P.O. Box 31656 Amarillo, TX 79120-1656
Tel:    806-372-5050
Fax:    806-372-5086
shoard@mhba.com
*Attorneys for the Jones Group*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| McClain Feed Yard, Inc., | § | No. 23-20084-rlj7 |
| | § | |
| Debtor. | § | |
| | § | |

### NOTICE OF ENTRY OF APPEARANCE OF STEVEN L. HOARD

TO:    The bankruptcy clerk, debtor, debtor's attorney, the trustee, the U.S. Trustee, and all interested parties.

COME NOW, Don Jones, Curtis Jones, Kinsey Jones, Don Jones Trucking, Inc., Curtis Jones Farms, and Don Jones Farm, Inc. ("the Jones Group"), and file this Notice of Entry of Appearance of Steven L. Hoard of Mullin Hoard & Brown, L.L.P., as their attorney of record:

1.    The Jones Group has retained Steven L. Hoard to serve in this cause as their attorney of record.

2.    Steven L. Hoard is a licensed attorney in good standing with the State Bar of Texas and is admitted to practice before this Court. Mr. Hoard's address, telephone number, facsimile number, email address, and Texas state bar number are as follows:

>Steven L. Hoard, TSB No. 09736600
>MULLIN HOARD & BROWN, L.L.P.
>500 South Taylor, Suite 800
>P. O. Box 31656
>Amarillo, Texas 79120-1656
>Telephone: (806) 372-5050
>Facsimile: (806) 372-5086
>shoard@mhba.com

3. The Jones Group hereby notify the Court, the parties, and all parties' attorneys of record that Steven L. Hoard enters his appearance as their attorney of record.

4. The undersigned law firm of Mullin Hoard & Brown, LLP, represents the interest of the Jones Group in the captioned case and, as applicable, under the FEDERAL RULES OF BANKRUPTCY PROCEDURE, and hereby requests that all notices required in this case and all papers required to be served in this case be given to and served upon Steven L. Hoard.

5. Please take further notice that under 11 U.S.C. § 101 *et seq.*, as applicable, the foregoing request includes not only the notices and papers referred to in the applicable FEDERAL RULES OF BANKRUPTCY PROCEDURE, but also includes, without limitation, notice of any application, complaint, demand, hearing, motion, petition, settlement, pleading, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed, by mail, hand delivery, telephone, facsimile, or otherwise filed by hand or CM/ECF electronically.

Respectfully submitted,

**MULLIN HOARD & BROWN, LLP**
Steven L. Hoard, TSB No. 09736600
500 South Taylor, Suite 800, LB #213
P.O. Box 31656
Amarillo, TX 79120-1656
Tel:    806-372-5050
Fax:    806-372-5086
shoard@mhba.com

By:    */s/ Steven L. Hoard*
*Attorneys for Don Jones, Curtis Jones, Kinsey Jones, Don Jones Trucking, Inc., Curtis Jones Farms, and Don Jones Farm, Inc.*

## CERTIFICATE OF SERVICE

I, Steven L. Hoard, do hereby certify that on May 8, 2023, the date of filing of this instrument, the above and foregoing was sent to all parties entitled to same, including the following, electronically under the ECF filing system.

*/s/ Steven L. Hoard*