B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

In re **McClain Feed Yard, Inc.**     Case No. **23-20084**
Debtor(s)     Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **16,666.67** |
   | Prior to the filing of this statement I have received | $ **16,666.67** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):    **No other payments will be made.**

3. The source of compensation to be paid to me is:

   ☐ Debtor     ■ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **All services reasonably necessary to fully inform the Debtor of the Debtor's rights and responsibilities under the Bankruptcy Laws that best serve the Debtor's needs and desires; Filing of any motions to avoid non-purchase money liens on exempt household goods and judgment liens that impair exempt property; Assisting the Debtor in carrying out the Debtor's Statement of Intentions, provided that the Debtor pays the Non-Base Fee for any redemptions; Representing the Debtor in any contested motion to avoid any type of a lien or judgment; representing the Debtor in any contested matters or adversary proceedings related to the enforcement of the Automatic Stay by a creditor; Representing the Debtor in any motions related to the enforcement of Sections 707(a) or( 707(b) of the Bankruptcy Code. [Dismiss or Convert]; Filing any amendments to the Schedules.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Not applicable.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **May 9, 2023** | **/s/ Max R. Tarbox** |
| *Date* | **Max R. Tarbox 19639950** |
| | *Signature of Attorney* |
| | **Tarbox Law, P.C.** |
| | **2301 Broadway** |
| | **Lubbock, TX 79401** |
| | **(806) 686-4448  Fax: (806) 368-9785** |
| | **jessica@tarboxlaw.com** |
| | *Name of law firm* |