IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

In Re:                    §

                            §

McClain Feed Yard, Inc.,      §    Case No. 23-20084-rlj-7

                            §

     *Debtor.*            §

                            §

**ORDER GRANTING EXTENSION OF TIME TO FILE
BANKRUPTCY SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

On this day came to be considered the *Motion for Extension of Time to File Bankruptcy Schedules and Statement of Financial Affairs* filed by McClain Feed Yard, Inc., Debtor in the above referenced bankruptcy proceeding ("Debtor"), seeking an extension of time to file its bankruptcy schedules, statement of financial affairs, and other documents required by Bankruptcy Rule 1007(b), and the Court having considered the Debtors' request and being of the opinion that an extension is necessary and should be granted; it is

THEREFORE ORDERED, ADJUDGED AND DECREED  that the Debtors are hereby granted June 7, 2023 to file it bankruptcy schedules, statement of financial affairs, and other documents required by Bankruptcy Rule 1007(b).

### End of Order ###

Submitted for Approval:


 /s/ Max R. Tarbox
Max R. Tarbox SBN 19639950
TARBOX LAW, P.C.
2301 Broadway
Lubbock, TX 79401
(806) 686-4448; (806) 368-9785 FAX