| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-2<br>Case 23-20084-rlj7<br>Northern District of Texas<br>Amarillo<br>Wed May 10 11:55:06 CDT 2023 | AJ Jacques Living Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Arnold Braun Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Buss Family Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Gene Brookshire Family, LP<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Gray Brothers<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Gungoll Cattle, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jordan Lesh, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Lesh Family Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| McClain Feed Yard, Inc.<br>4010 FM 1057<br>Hereford, TX 79045-7386 | Morrison Cafe, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Scarlet and Black Cattle, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Scott Livestock Company, Inc.<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Steve T Scott Farm, Inc.<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | U.S. Attorney<br>1100 Commerce, 3rd Floor<br>Dallas, TX 75242-1074 |
| U.S. Attorney General<br>Department of Justice<br>Washington, DC 20001 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | 2B Farms Inc<br>9012 County Rd. 3114<br>Snyder, TX 79549-1318 |
| Acey Livestock, LLC<br>211 Old Orchard Road<br>Perryville, KY 40468-9782 | AgTexas Farm Credit Services<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 | AgTexas, PCA<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 |
| Angela Powell<br>86 B Commerce Blvd.<br>Benton, KY 42025-1110 | Arnold Braun or Arnold Braun Trust<br>4932 E SR 70<br>Grandview, IN 47615-9620 | Bar D Ranch Land & Cattle, LLC<br>4458 South US Highway 441<br>Lake City, FL 32025-0306 |
| Big Seven Capital Partners LLC<br>200 Rock Vista Run<br>Austin, TX 78737-2843 | Bo Robinson<br>9397 County Rd. 3114<br>Snyder, TX 79549-1379 | Bryan Blackman<br>4553 Texas Street<br>Healdton, OK 73438-2906 |
| C Heart Ranch, LLC<br>454 Daniels Lane<br>Ardmore, OK 73401-5304 | Cactus Feeders Finance LLC<br>PO Box 3050<br>Amarillo, TX 79116-3050 | Cactus Operating LLC<br>2209 SW 7th Avenue<br>Amarillo, TX 79106-6769 |

| | | |
|---|---|---|
| Caleb Little<br>672 Nelson Trl<br>Dexter, KY 42036-9402 | Carl Pickett<br>524 Travis Street/650 FM 163 Rd<br>Liberty, TX 77575 | Carr, Riggs, & Ingram, LLC<br>2424 Louisiana Blvd. NW<br>Suite 300<br>Albuquerque, NM 87110 |
| Carraway Cattle<br>200 Rock Vista Run<br>Austin, TX 78737-2843 | (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Chelsea Waters McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 |
| Clint Quarles<br>Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 | Cody L. Simmons<br>P.O. Box 180<br>Canyon, TX 79015-0180 | Colton Long<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 |
| Community Financial Services Bank<br>100 Dick Castleman Bypass<br>Mayfield, KY 42066-5006 | (p)COMMUNITY FINANCIAL SERVICES BANK<br>ATTN ATTN LOSS MITIGATION<br>P O BOX 467<br>BENTON KY 42025-0467 | Cory Don Priest<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 |
| Crystal McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 | Curtis Jones Farms LLC<br>1720W. 13th Ave.<br>Emporia, KS 66801-5659 | David L. LeBas<br>8310 N. Capital of Texas HWY<br>Austin, TX 78731-1011 |
| David Rainey 88 CR 640<br>Corinth, MS 38834 | Death Creek Farms LLC<br>10150 Highway 47<br>West Point, MS 39773-4802 | Don Jones 2434 Road Y<br>Reading, KS 66868-9006 |
| Don Jones Farm, Inc. 2434 Road Y<br>Reading, KS 66868-9006 | Douglas C. Pritchett<br>19601 FM 1541<br>Canyon, TX 79015-6387 | Dr. Arnold Bra1,1n<br>4932 E. SR 70<br>Grandview, IN 47615-9620 |
| Dwight Jesko<br>112 Rr 5/ 3970 FM 1057<br>Hereford, TX 79045 | Eric Dejarnatt 1115 CR 1024<br>Cunningham, KY 42035-9309 | First Capital Bank of Texas<br>3900 Soncy Road<br>Amarillo, TX 79119-6673 |
| First Kentucky Bank, Inc.<br>605 Main Street<br>Benton, KY 42025-1236 | Friona Industries<br>PO Box 15568<br>Amarillo, TX 79105-5568 | Friona Industries, L.P.<br>500 S. Taylor Street, Suite 601<br>Amarillo, TX 79101-2447 |
| (p)FRONTIER FARM CREDIT<br>PO BOX 2409<br>OMAHA NE 68103-2409 | Garwood Cattle Company LLC<br>2538 Middleton Road<br>Columbiana, OH 44408-9550 | J. Brent Burnett<br>1612 Sanderson Rd.<br>Mayfield, KY 42066-9108 |

| | | |
|---|---|---|
| Jake Rininger<br>2828 S. Co. Rd. 200 W.<br>Rockport, IN 47635-8252 | Jared Lesh Cowhorses, Inc.<br>10801 E. Highway 82<br>Whitesboro, TX 76273 | Jared Wayne Lesh<br>10801 E. Highway 82<br>Whitesboro, TX 76273 |
| Jed Goad<br>JLE Trucking, Inc.<br>PO Box 451<br>Red Boiling Springs, TN 37150-0451 | Jimmy D. Greer<br>3209 Wrather Rd.<br>Murray, KY 42071-7417 | John Dale Tidwell<br>209 Duffers Ln<br>Mayfield, KY 42066-1201 |
| John Massouh<br>Sprouse Shrader Smith PLLC<br>Box 15008<br>Amarillo, TX 79105-5008 | Jordan Robert Lesh<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 | Jordan and Jan Lesh<br>10400 N. Perkins Road<br>Stillwater, OK 74075-1860 |
| Julie Whitlock<br>P.O. Box 389<br>Mayfield, KY 42066-0029 | Keeling Cattle Feeders, Inc.<br>2799 County Road 3<br>Hereford, TX 79045 | Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025-4770 |
| Kenneth Netardus<br>P.O. Box 3280<br>Amarillo, TX 79116-3280 | Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 | Lazy J Arena, LLC<br>1419 W. 80th Street<br>Stillwater, OK 74074-8164 |
| Lazy J. Cattle<br>1515 W. 80th Street<br>Stillwater, OK 74074-8186 | Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077-8530 | Lesh Trucking'<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 |
| Lyndal Vanbuskirk<br>P.0 Box 778<br>Ringling, OK 73456-0778 | MAP Enterprises Inc.<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | Meagan B. Goad<br>1775 Wadesboro Rd.<br>S Benton, KY 42025-4777 |
| Meagan B. Powell<br>621 Mullins Ln.<br>Benton, KY 42025-4762 | Mechanics Bank<br>18400 Von Karman Avenue Suite 1100<br>Irvine, CA 92612-0517 | Michael Gourley<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 |
| Michael Johnson<br>Ray Quinney and Nebeker, P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111-1451 | Mykel Linn Tidwell<br>66 Lake Terry Dr.<br>Mayfield, KY 42066-6982 | Northland Capital Financial Services, LL<br>P.O. Box 7278<br>Saint Cloud, MN 56302-7278 |
| Northland Capital Financial Services, LLC<br>333 33rd Ave South<br>St. Cloud, MN 56301-5495 | Oklahoma AgCredit<br>601 East Kenosha<br>Broken Arrow, OK 74012-2002 | Open A Arena LLC<br>14500 S. Fm 1258<br>Amarillo, TX 79118-4610 |

| | | |
|---|---|---|
| Patty Priest<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Priest Cattle Company, Ltd.<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Priest Cattle and Land Company, Inc.<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 |
| Priest Victory Investment LLC<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Producers Credit Corporation<br>8351 N. High Street, Suite 250<br>Columbus, OH 43235-1440 | (p)RABO AGRIFINANCE LLC<br>1402 TECHNOLOGY DR<br>CEDAR FALLS IA 50613-1233 |
| Rabo Agrifinance LLC<br>146.76 Outer 40 Road Ste. 400<br>Chesterfield, MO 63017 | Rapp Ranch<br>400 Smith Trail<br>Weatherford, TX 76088-1606 | Rick Rodgers 786 Sutton Ln.<br>Mayfield, KY 42066-6551 |
| Riley Livestock<br>250 Brittian Lane<br>Mayfield, KY 42066-4617 | River Valley AgCredit<br>1401 North 12th Street<br>Benton, KY 42025 | Robert Braun<br>12307 E. Co Rd. 1160 N<br>Evanston, IN 47531-8076 |
| Samuel S. Brown<br>3430 St. Rt 45 S<br>Mayfield, KY 42066-6135 | Scarlet & Black Cattle, LLC<br>5402 Walesa Court<br>Amarillo, TX 79119-6285 | Scott Livestock Company (Steve Scott)<br>10150 Highway 47<br>West Point, MS 39773-4802 |
| Sherman Trucking<br>2098 Symsonia Highway/ 5508 Oak Level Ro<br>Benton, KY 42025-5024 | Spencer Clift<br>BAKER, DONELSON, BEARMAN, CALDWELL & BER<br>165 Madison Ave.<br>Memphis, TN 38103-2799 | Steve T. Scott Farms, Inc.<br>10150 Highway 4 7<br>West Point, MS 39773-4802 |
| Steven L. Hoard<br>Mullin Hoard & Brown, LLP<br>500 S. Taylor79101, Suite<br>800 Amarillo National Bank Plaza II<br>Amarillo,  TX 79101 | TGF Ranch<br>1585 E M-79 Hwy<br>Hastings, MI 49058-8895 | Takeuchi Financial Services,  a program  of<br>1625 West Fountainhead Parkway,<br>AZ-FTN-1<br>Temp e,AZ 85282-2371 |
| Terry Burnett<br>210 Bethel Church Rd .<br>Melber, KY 42069-8826 | Thomas C. Riney<br>Underwood Law Firm, P.C.<br>500 S. Taylor, Suite 1200<br>Amarillo, TX 79101-2446 | Thorlakson Feedyards<br>273131 Rr 284<br>Airdrie, Alberta, T4A 0H4 Canada |
| Tom Thorlakson<br>2548 CR 15<br>Friona,TX 79035-7034 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | W. Heath Hendricks UNDERWOOD LAW FIRM<br>500 S. Taylor Street Ste. 1200<br>Amarillo, TX 79101-2401 |
| WJ Performance Horses, Inc.<br>524 Travis Street<br>Liberty, TX 77575-4824 | Wildforest Cattle Company LLC<br>1206 Paris Road<br>Mayfield, KY 42066-4989 | Amy Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |

| | | |
|---|---|---|
| Bryan Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Charles Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Colby Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Cole Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Craig Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Curtis Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| David Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Dennis Buss<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Don Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Dora Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Douglas Finley<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Dustin Johnson<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Eddie Bryant<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Gary Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jan Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Janet Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Janice Lawhon<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jared Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Jim Rininger<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jimmy Greer<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Joel Brookshire<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 | Kinsey Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | Leah Gungoll<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Lyndal Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 | Michael Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Miranda Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Nikki Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Robert Braun<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |

| | | |
|---|---|---|
| Robert Spring<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Robert E Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Robert & Rachel Stewart<br>Lane & Countryman<br>1045 Cheever Blvd.<br>Ste. 103<br>San Antonio, TX 78217-6223 |
| Ronnie Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Sherle Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Steve Ryan<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Steven Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Susan Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caterpillar Financial Services Corporation<br>2120 West End Avenue<br>Nashville, TX 37203-0986 | Community Financial Services Bank<br>POBox467<br>Benton, KY 42025-0467 | Frontier Farm Credit<br>2009 Vanesta Place<br>Manhattan, KS 66503 |
| Rabo Agrifinance LLC<br>1402 Technology Parkway<br>Cedar Falls, IA 50613 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Curtis Jones Farms | (u)Don Jones Farms, Inc. | (u)Don Jones Trucking, Inc. |
| (u)Hines Cattle Company, LLC | (u)Hines Farms, LLC | (u)Rabo AgriFinance, LLC |
| (u)Stanley Ayers<br>6200 Ross Rd. Rockford,OH | End of Label Matrix<br>Mailable recipients   157<br>Bypassed recipients     7<br>Total                164 | |