CRENSHAW, DUPREE & MILAM, LLP
Amber S. Miller, SBN 24050320
P. O. Box 64479
Lubbock, TX   79464-4479
Telephone: (806) 762-5281
Facsimile: (806) 762-3510

***Counsel for Ridgefield Capital Group, LLC;***
***Robert Ellis; Andrew Phillips; Barry Phillips;***
***Big Seven Capital Partners, LLC;***
***Richard Carraway; Scott Stewart***

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **Chapter 11** |
| MCCLAIN FEEDYARD, INC.,| § | |
| | § | **Case No. 23-20084-rlj7** |
| Debtor. | § | |

**NOTICE OF ENTRY OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

Please take notice that the undersigned firm is appearing as counsel for Ridgefield Capital

Group, LLC; Robert Ellis; Andrew Phillips; Barry Phillips; Big Seven Capital Partners, LLC;

Richard Carraway; and, Scott Stewart, creditors and parties in interest in the above-referenced

proceeding.

The undersigned counsel, on behalf of the parties listed above, hereby request that all

notices given or required to be given in this proceeding and all papers served or required to served

in this proceeding, be given to and served upon the undersigned at the address and telephone

number set forth below.

The foregoing request includes all copies, notices, and pleadings referred to in the applicable provisions of the United States Code, or in the Bankruptcy Rules including, without limitation, notice of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, and any other documents brought before the Court in this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, deliver, telephone, telegraph, telex, or otherwise.

Respectfully Submitted,

CRENSHAW DUPREE & MILAM, L.L.P.

/s/ Amber S. Miller
AMBER S. MILLER
Texas Bar No. 24050320
P. O. Box 64479
Lubbock, TX   79464-4479
amiller@cdmlaw.com
(806) 762-5281 Telephone
(806) 762-3510  Facsimile
**Counsel for Ridgefield Capital Group, LLC;**
**Robert Ellis; Andrew Phillips; Barry Phillips; Big**
**Seven Capital Partners, LLC; Richard Carraway;**
**Scott Stewart**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Notice of Appearance was served via ECF on this 11th day of May 2023 to those parties that have consented to such service, including Counsel for Debtor.

/s/ Amber S. Miller
AMBER S. MILLER