

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 11, 2023**

_____
**United States Bankruptcy Judge**
_____


### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC.,<br><br>Debtor. | **CASE NO. 23-20084-7-rlj**<br><br>**Chapter 7** |
| IN RE:<br><br>McCLAIN FARMS, INC.,<br><br>*Debtor*. | **CASE NO. 23-20085-7-rlj**<br><br>**Chapter 7** |
| IN RE:<br><br>7M CATTLE FEEDERS, INC.,<br><br>*Debtor*. | **CASE NO. 23-20086-7-rlj**<br><br>**Chapter 7** |

**ORDER GRANTING RULE 2004 MOTION AND AUTHORIZING THE ISSUANCE OF DOCUMENT SUBPOENAS TO VARIOUS THIRD PARTIES**

This matter is before the Court on the *Ex Parte Motion for Rule 2004 Order Authorizing the Issuance of Document Subpoenas to Various Third Parties* (the "**Rule 2004 Motion**") filed in all three of the above-entitled Chapter 7 cases by Rabo AgriFinance LLC ("**Rabo**").

The Court, having reviewed the Rule 2004 Motion and the subpoena riders attached thereto as Exhibit "A," pursuant to the provisions of Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, and for good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. The Rule 2004 Motion shall be, and it hereby is, granted.

2. Rabo shall be, and hereby is, authorized to issue document subpoenas to the following persons or entities for the compelled production of the records and documents identified in the subpoena riders attached to the Rule 2004 Motion:

    A. Mechanics Bank;

    B. Texas and Southwestern Cattle Raisers Association (TSCRA);

    C. Chelsea McClain;

    D. Crystal McClain;

    E. Meagan B. Goad, aka Meagan B. Powell;

    F. Kinsey Moreland;

    G. MAP Enterprises, Inc.;

    H. Wildforest Cattle Company, Inc.;

    I. 2B Farms, Inc.;

    J. Community Financial Services Bank; and

    K. Whitlock CPA, PLLC.

3. Rabo shall provide each party served with a subpoena pursuant to this Order with at least 14 days' notice of the date and time for any required production of records, documents and things.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF ORDER\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

***Order Submitted by:***

| | |
|---|---|
| */s/ Michael R. Johnson* | Dated: May 11, 2023 |
| Michael R. Johnson | |
| RAY QUINNEY & NEBEKER P.C. | |
| 36 South State Street, Suite 1400 | |
| Salt Lake City, Utah 84111 | |
| Telephone: (801) 532-1500 | |
| Facsimile: (801) 532-7543 | |
| Email: mjohnson@rqn.com | |