Timothy T. Pridmore
Todd J. Johnston
MCWHORTER, COBB & JOHNSON, LLP
P.O. Box 2547
Lubbock, Texas 79408
Telephone: (806) 762-0214
Facsimile: (806) 762-8014
tpridmore@mcjllp.com
tjohnston@mcjllp.com
*Attorneys for 2B Farms, a Texas General Partnership, and
Terry Robinson and Rebecca Robinson*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN RE: <br><br> McClain Feed Yard, Inc., <br><br>      Debtor. | Case No. 23-20084-rlj7 |
| IN RE: <br><br> McClain Farms, Inc., <br><br>      Debtor. | Case No. 23-20085-rlj7 |
| IN RE: <br><br> 7M Cattle Feeders, Inc., <br><br>      Debtor. | Case No. 23-20086-rlj7 |

## **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appear as the attorneys of record for 2B Farms, a Texas General Partnership, Terry Robinson and Rebecca Robinson, creditors and/or parties-in-interest in these bankruptcy proceedings. Pursuant to Bankruptcy Rules 2002 and 9010, the undersigned hereby request notice of all matters which may come before the Court, including all notices and all papers served concerning the above-named Debtors, and requests that such notices be addressed to the following:

Timothy T. Pridmore
Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P. O. Box 2547
Lubbock, Texas 79408
(806) 762-0214
(806) 762-8014 fax
tpridmore@mcjllp.com
tjohnston@mcjllp.com

PLEASE TAKE FURTHER NOTICE that this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, all orders and notices of any application, motion, petition, pleading, requests, complaint, or demand, statement of affairs, operating reports, schedules of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, index, email or otherwise.

Respectfully submitted,

**McWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway (79401)
P.O. Box 2547
Lubbock, Texas 79408
806-762-0214 - Telephone
806-762-8014 - Facsimile

Timothy T. Pridmore
SBN 00788224
tpridmore@mcjllp.com
Todd J. Johnston
SBN 24050837
tjohnston@mcjllp.com

By:   /s/ Todd J. Johnston
        Todd J. Johnston
*Attorneys for 2B Farms, a Texas General Partnership,*
*and Terry Robinson and Rebecca Robinson*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail this 15th day of May, 2023, upon all parties entitled to such notice as provided by the ECF filing system.

/s/ Todd J. Johnston
Todd J. Johnston