**David Weitman, Esq.**
**Texas State Bar No. 21116200**
**K&L GATES LLP**
**1717 Main Street, Suite 2800**
**Dallas, Texas 75201**
**Telephone: (214) 939-5427**
**Telecopy: (214) 939-5849**
**david.weitman@klgates.com**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC.,<br><br>    Debtor. | Chapter 7<br><br>CASE NO. 23 -20084-7- rlj |
| IN RE:<br><br>McCLAIN FARMS, INC.,<br><br>    Debtor. | Chapter 7<br><br>CASE NO. 23 -20085-7- rlj |
| IN RE:<br><br>7M CATTLE FEEDERS, INC.,<br><br>    Debtor. | Chapter 7<br><br>CASE NO. 23 -20086-7- rlj |

**NOTICE OF APPEARANCE UNDER BANKRUPTCY
RULE 9010(b) COMBINED WITH REQUEST FOR ALL
COPIES PURSUANT TO BANKRUPTCY RULE 2002
AND REQUEST FOR COPIES OF ALL PLEADINGS**

Please take notice of the appearance of David Weitman, Esq., and his law firm K&L Gates

LLP, as a party-in-interest in the above-entitled and numbered cases. We request that copies of all

**NOTICE OF APPEARANCE AND REQUEST, etc.** - Page 1

1054121401.3 0955700-00814

notices, formal and informal, and pleadings pursuant to Rules 9010(b) and 2002(a) and (b) of the Fed. R. Bankr. P. be served upon the following party:

> David Weitman, Esq.
> K&L GATES LLP
> 1717 Main Street, Suite 2800
> Dallas, Texas  75201
> Phone:  (214) 939-5427
> Fax:  (214) 939-5849
> david.weitman@klgates.com

**DATED** this 15th day of May, 2023.

> Respectfully submitted,
>
> **K&L GATES LLP**
>
> By:   /s/ *David Weitman*
> David Weitman, Esq.
> Texas State Bar No. 21116200
>
> 1717 Main Street, Suite 2800
> Dallas, Texas 75201
> Phone: (214) 939-5427
> FAX: (214) 939-5849

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the above and foregoing Notice of Appearance was sent to all parties receiving electronic service from the Court, via email, on this 15th day of May, 2023.

>  /s/ *David Weitman*
> David Weitman