Jeff Prostok
State Bar No. 16352500
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY PROSTOK LLP
777 Main St. Suite 1550
Fort Worth, Texas 76102
817-877-8855 Telephone
817-877-4151 Facsimile
jprostok@forsheyprostok.com
dross@forsheyprostok.com

*Attorneys for MAP Enterprises, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| McClain Feed Yard, Inc., | ) ) ) | Case No. 23-20084-rlj7 |
| Debtor. | ) ) ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby enters their appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) in the above-captioned case as counsel to **MAP Enterprises, Inc.** a creditor and party-in-interest in the above-captioned case, and requests that, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, all notices given or required to be given in this case be given and served upon:

> Jeff P. Prostok
> Dylan T.F. Ross
> FORSHEY & PROSTOK, LLP
> 777 Main Street, Suite 1550
> Fort Worth, TX 76102
> 817-877-8855 Telephone
> 817-877-4151 Facsimile
> jprostok@forsheyprostok.com
> dross@forsheyprostok.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the

- 1 -

Rules and sections cited above, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, electronically or otherwise filed or served with regard to the referenced case and proceedings therein.

This Notice of Appearance shall not be deemed or construed to be a waiver of any rights, including, without limitation, the right (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) any consent to the exercise of the Court's jurisdiction, or (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or any other rights, claims, actions, defenses, setoffs, or recoupment in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupment are hereby expressly reserved.

Dated:  May 18, 2023.                                Respectfully submitted,

                                                                    FORSHEY & PROSTOK, LLP

                                                                    */s/ Jeff P. Prostok*
                                                                    Jeff P. Prostok
                                                                    State Bar No. 16352500
                                                                    Dylan T.F. Ross
                                                                    State Bar No. 24104435
                                                                    FORSHEY & PROSTOK LLP
                                                                    777 Main St., Suite 1550
                                                                    Ft. Worth, TX  76102
                                                                    Telephone: (817) 877-8855
                                                                    Facsimile: (817) 877-4151
                                                                    jprostok@forsheyprostok.com
                                                                    dross@forsheyprostok.com

                                                                    ***Attorneys for MAP Enterprises, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via ECF electronic Notice on May 18, 2023.

                                                                    */s/ Jeff P. Prostok*
                                                                    Jeff P. Prostok