LEIGHA SIMONTON
UNITED STATES ATTORNEY
Dawn Whalen Theiss
Assistant United States Attorney
Texas Bar No. 24051755
1100 Commerce St., Ste. 300
Dallas, Texas 75242
dawn.theiss@usdoj.gov
Telephone: 214-659-8600
Facsimile:  214-659-8807
Attorneys for
United States of America
U.S. Department of Agriculture

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| In re: | |
| MCCLAIN FEED YARD INC., | CASE NO. 23-20084-RLJ-7 |
| Debtor. | CHAPTER 7 |

**NOTICE OF APPEARANCE OF USDA**
**AND REQUEST FOR SERVICE OF PAPERS**

Please take notice that the undersigned counsel is appearing for the following governmental unit in the above-styled and numbered bankruptcy case:  United States of America on behalf of the U.S. Department of Agriculture (USDA).   The USDA is a creditor and a party in interest.

Pursuant to Bankruptcy Rules that include 2002, 3017(a), and 9010(b) and N.D. Tex. L.B.R. 2002-1(j) all notices given or required to be given to the IRS and all papers served or required to be served on this agency in this case are requested to be served on the undersigned counsel.

This appearance is on behalf of the agency or instrumentality identified above only, and

**Notice of Appearance of USDA – Page 1**

neither extends to nor constitutes an appearance by any other agency, instrumentality, branch, or subdivision of the United States of America, and, further, this Appearance does not constitute a waiver of the requirements of proper and full service on such other agency, instrumentality, branch, or subdivision of the United States of America.

DATED May 18, 2023.

        Respectfully submitted,

        LEIGHA SIMONTON
        UNITED STATES ATTORNEY

        */s/ Dawn Whalen Theiss*
        Dawn Whalen Theiss
        Assistant United States Attorney
        Texas Bar No. 24051755
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone:  214-659-8628
        Facsimile:  214-659-8807
        dawn.theiss@usdoj.gov

        Attorneys for U.S. Department of Agriculture

## Certificate of Service

On May 18, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. Bankruptcy Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Dawn Whalen Theiss*
        Dawn Whalen Theiss
        Assistant United States Attorney