# EXHIBIT E

# Michael Johnson

| | |
|---|---|
| **From:** | Kent Ries <kent@kentries.com> |
| **Sent:** | Wednesday, May 17, 2023 9:08 AM |
| **To:** | Michael Johnson |
| **Subject:** | FW: McClain Equipment List |
| **Attachments:** | Equipment Inventory.docx |

CAUTION: **EXTERNAL EMAIL**

I assume this is one of the people you asked to take possession of the equipment.

He is very impatient about holding it. Since most if not all of this is your clients collateral, or some other secured creditor, I am not going to get very involved in that process. I have asked him to let me know if any of these items are licensed or titled, to verify liens on those titles.

I think the personal property beyond cattle issue needs to be addressed soon, including who has first liens on what, and where their collateral is located, and then get motions to lift stay filed and foreclose.

Let me know, thanks.

Kent Ries
PO Box 3100
Amarillo, TX 79116
806-242-7437

**From:** Jim Akers <jakers@bgstockyards.com>
**Sent:** Tuesday, May 16, 2023 3:52 PM
**To:** Kent Ries <kent@kentries.com>
**Cc:** Byron Amburgey <byronamburgey@yahoo.com>
**Subject:** McClain Equipment List

I had a little time today to take pictures and inventory the McClain equipment that is stored in Lexington. This list does not include any of the shop equipment that is stored in Mt. Sterling, we will get that inventoried the first opportunity.

1

## McClain Estate/Bankruptcy

## Equipment Inventory for Sale

2018 IH HV International Dual Tandem w/Harsh 575H Feed Body

1999 IH 8100 Cab and Chassis w/gooseneck ball

IH 1086 Tractor

JD 7330 4WD tractor w self-leveling loader and grapple bucket, rear wheel weights

Kubota M&-152 4WD tractor w LM2605 Loader

Kubota SVL 75-2 skid loader on tracks

Cat 259D3 skid loader on tracks

Komatsu WA200PZ Loader

JD 569 Megawide Plus Baler with Net Wrap

Knight Slinger 8124 Manure Spreader

3 - Rhino 2615 mowers

2- 4 basket folding hay tedders

MF DM1309 disk mower

Kuhn 9 foot disk mower

Jaylor 4425 TMR wagon

Durabilt 8' Landscraper

Rice Lake 8 x 12 Livestock scales

Silencer hydraulic squeeze chute

Assorted skid loader attachments -6 buckets, scraper, grapple, hay spear

24' Dovetail with foldup ramps, flatbed gooseneck trailer

2- Miller Bobcat Welders

2- Titan Diesel Generators

Cattle Panels, T posts, fence wire

2- Frost free cattle waterers

Water tank

2- fuel tanks

Diamond W Portable Corral Panels