# EXHIBIT F

# UPCOMING AUCTION

## Sale Date Pending

Located: 3 1/2 Miles North of Plainview, Texas on I-27 to Exit 54 Then Across
the Overpass to West Side (5 Star Harvest Sale Lot)

Selling: 3 Wheel Loaders, 4 Feed Trucks, 3 Tractors, Lee Spider Sprayer, 20 Pieces Farm Equipment, Kubota Track Skid Steer, 2 Kawasaki Mules, Kubota RTV

CONSIGNMENTS WELCOME - PLEASE CALL FIRST - NO SMALL ITEMS

NEC of FM Road 1057 and CR 9
Hereford, Texas 79045

7M Cattle
2548 CR 15
Friona, Texas 79035

Equipment lists:
McClain Feed Yard – Hereford, TX
☐ Komatsu WA200 Wheel Loader
☐ 2010 GMC Half-Ton Pickup Truck
☐ 2008 Peterbilt Feed Truck
☐ 24x6 Gooseneck Stock Trailer
☐ Caterpillar 259D Compact Track Loader
☐ Kawasaki Mule 600 Side X Side


7M Cattle Feeders – Friona, TX
☐ Wheel Loaders (2)
o Komatsu WA320 Wheel Loader
o Komatsu WA200 Wheel Loader
☐ Feed Mixer Trucks (3)
o Roto-Mix Model 720-16 Commercial Series Horizontal Rotary Feed Mixer
o Roto-Mix Model 620-16XD Commercial Series Horizontal Rotary Feed Mixer
o Roto-Mix Model 620-16 Commercial Series Horizontal Rotary Feed Mixer
☐ Kubota RTV X900 Full-Sized Diesel Utility Vehicle
☐ Takeuchi TL8 Skid Steer
☐ John Deere 7330 Tractor
☐ Garfield Drag Scraper / Landleveler
☐ ~~Bush Hog~~ *Fits Skid Steer, Mower/Shredder*
☐ Extra Loader Bucket

After reviewing the addresses could you please let me know how soon you could have the equipment removed and thoughts on when you'd have the auction.

Thanks,
Jeff

**Jeff Hanson**
Sr. Financial Restructuring Manager

**Rabo AgriFinance**
Cell Phone: (763) 244-7651
Email: jeff.hanson@rabo.com