# EXHIBIT G




























2 loaders
3 feedtrucks
Scrapper
Bush hog
Extra loader bucket
John deer tractor
Kubota
Skid steer








