UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

    -and-

Michael R. Johnson (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com

*Attorneys for Creditor Rabo AgriFinance LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC.,<br><br>   Debtor. | **CASE NO. 23-20084-7-rlj**<br><br>**Chapter 7** |
| IN RE:<br><br>McCLAIN FARMS, INC.,<br><br>   *Debtor*. | **CASE NO. 23-20085-7-rlj**<br><br>**Chapter 7** |

| | |
|---|---|
| IN RE:<br><br>7M CATTLE FEEDERS, INC.,<br><br>*Debtor*. | **CASE NO. 23-20086-7-rlj**<br><br>**Chapter 7** |

## NOTICE OF DOCKET CALL ON RABO'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE AND PARTIES IN INTEREST:

**PLEASE BE NOTIFIED** that a hearing is set for a VIDEO DOCKET CALL on June 21, 2023 at 1:30 p.m., via WebEx to consider the following matter:

- Rabo AgriFinance LLC's Motion for Relief from the Automatic Stay filed on May 22, 2023 in each of the above-referenced Chapter 7 cases.

Objections to the Motion must be filed by June 9, 2023.

DATED: May 22, 2023.

UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

--and--

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson *(Pro Hac Vice)*
36 South State, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com

*/s/ Michael R. Johnson*
Michael R. Johnson
*Attorneys for Rabo AgriFinance LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22nd, 2023, the foregoing Notice of Docket Call was filed with the Clerk of the Court in each of the foregoing Chapter 7 cases using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in each case.

                                        */s/ Michael R. Johnson*
                                        Michael R. Johnson

1638755