UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

    -and-

Michael R. Johnson (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com

*Attorneys for Creditor Rabo AgriFinance LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC.,<br><br>   Debtor. | **CASE NO. 23-20084-7-rlj**<br><br>**Chapter 7** |
| IN RE:<br><br>McCLAIN FARMS, INC.,<br><br>   *Debtor*. | **CASE NO. 23-20085-7-rlj**<br><br>**Chapter 7** |

| | |
|---|---|
| IN RE:<br><br>7M CATTLE FEEDERS, INC.,<br><br>*Debtor*. | **CASE NO. 23-20086-7-rlj**<br><br>**Chapter 7** |

## CERTIFICATE OF SERVICE OF RABO'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY and NOTICE OF HEARING

I certify that on May 22, 2023, I caused to be served the pleadings described below upon the parties reflected on Exhibit A attached hereto by first class U.S. mail, postage prepaid:

1. Rabo's Motion for Relief from the Automatic Stay with Exhibits A through I and proposed order;

2. Notice of Docket Call on Rabo's Motion for Relief from the Automatic Stay set for June 21, 2023, at 1:30 p.m.

DATED this 23rd day of May, 2023.

> UNDERWOOD LAW FIRM, P.C.
> Thomas C. Riney, SBN: 16935100
> W. Heath Hendricks, SBN: 240556451
> 500 South Taylor, Suite 1200, LB 233
> Amarillo, Texas 79101
> Telephone: (806) 376-5613
> Facsimile: (806) 379-0316
> Email: tom.riney@uwlaw.com
> Email: heath.hendricks@uwlaw.com
>
> --and--

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson *(Pro Hac Vice)*
36 South State, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com


*/s/ Michael R. Johnson*
Michael R. Johnson
*Attorneys for Rabo AgriFinance LLC*

**EXHIBIT A**

McClain Feed Yard, Inc.
4010 FM 1057
Hereford, Texas 76655

7M Cattle Feeders, Inc.
2546 CR 15
Friona, Texas 79035

McClain Farms, Inc.
824 Mullin Lane
Benton, Kentucky 42025

Northland Capital Financial Services, LLC
P.O. Box 7278
Saint Cloud, MN 56302

Willis Kleinjan, RA
333 33rd Ave. So., #100
Saint Cloud, MN 56301

First Kentucky Bank
605 Main Street
Benton, KY 42025

Caterpillar Financial Services Corp
2120 West End Ave.
Nashville, TN 37203

First Capital Bank of Texas
3900 S. Soncy Road
Amarillo, TX 79119

Takeuchi Financial Services, a program of Bank of the West
1625 W. Fountainhead Pkwy AZ-FTN-10C-A
Tempe, AZ  85282

United State Trustee
1100 Commerce Street
Room 976
Dallas, Texas 75202

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2023, a true and correct copy of the foregoing CERTIFICATE OF SERVICE was electronically filed and therefore served via ECF upon all electronic filing users in this case.

/s/      Carrie Hurst

1638688