LOVELL, LOVELL, ISERN & FARABOUGH, LLP
John H. Lovell, SBN: 12609300
Matthew S. Marriott, SBN: 24100846
112 West 8th Avenue, Suite 1000
Amarillo, Texas 79101

*Attorneys for HTLF Bank, successor in interest to First Bank & Trust*

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION

| | |
|---|---|
| IN RE: <br><br> McCLAIN FEED YARD, INC., <br><br> Debtor. | **CASE NO. 23-20084-7-rlj** <br><br> **Chapter 7** |
| IN RE: <br><br> McCLAIN FARMS, INC., <br><br> *Debtor*. | **CASE NO. 23-20085-7-rlj** <br><br> **Chapter 7** |
| IN RE: <br><br> 7M CATTLE FEEDERS, INC., <br><br> *Debtor*. | **CASE NO. 23-20086-7-rlj** <br><br> **Chapter 7** |

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICES OF PAPERS

**PLEASE TAKE NOTICE** THAT THE LAW FIRM OF Lovell, Lovell, Isern & Farabough, L.L.P. ("Lovell"), appearing on behalf of HTLF Bank, successor in interest to First Bank & Trust, a party-in-interest in the above-referenced case, hereby submits this Notice of Appearance in the above-captioned case, and requests notice of all hearings and conferences herein

and make demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010, and §342 of the Bankruptcy Code.  All notices given or required to be given in this case shall be served upon Lovell as follows:

>John H. Lovell
>LOVELL LOVELL ISERN & FARABOUGH, LLP
>112 West 8th Avenue, Suite 1000
>Amarillo, Texas 79101-2314
>john@lovell-law.net
>
>Matthew S. Marriott
>LOVELL LOVELL ISERN & FARABOUGH, LLP
>112 West 8th Avenue, Suite 1000
>Amarillo, Texas 79101-2314
>matthew@lovell-law.net

This Notice of Appearance is not a waiver of any right to challenge the eligibility of the Debtor for relief under the Bankruptcy Code or a submission to the jurisdiction of the Bankruptcy Court.

DATED this 25th day of May, 2023.

>Respectfully submitted,
>LOVELL LOVELL ISERN & FARABOUGH, LLP
>John H. Lovell, State Bar No. 123609300
>john@lovell-law.net
>Matthew S. Merriott, State Bar No. 24100846
>matthew@lovell-law.net
>112 West 8th Avenue, Suite 1000
>Amarillo, Texas 79101-2314
>Phone:  (806) 373-1515
>Fax:     (806) 379-7176
>
>By:     /s/John H. Lovell
>            John H. Lovell
>*Attorneys for Plaintiff, Cactus Feeders, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2023, a true and correct copy of the foregoing was served electronically by the Court's PACER system.

                                    */s/John H. Lovell*
                                    John H. Lovell