C. Dunham Biles
STEPTOE & JOHNSON PLLC
500 North Akard St.
Suite 3200
Dallas, TX  75201
Telephone:  214.251.8514
Facsimile: 214.393.4099
*dunham.biles@steptoe-johnson.com*
*Attorneys for HTLF Bank*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McClain Feed Yard.,<br><br>     Debtor. | Case No. 23-20084-rlj7 |
| IN RE:<br><br>McClain Farms, Inc.,<br><br>     Debtor. | Case No. 23-20085-rlj7 |
| IN RE:<br><br>McClain Feed Yard.,<br><br>     Debtor. | Case No. 23-20086-rlj7 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that the undersigned hereby appears as the attorney of record for HTLF Bank as successor to First Bank & Trust, a creditor and party-in-interest in these bankruptcy proceedings.  Pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby enters his appearance and requests that notices given or required to be given in the Bankruptcy cases, and all papers served or required to be served in the Bankruptcy cases, be served upon the undersigned counsel at the following address:

Notice should be sent to:

C. Dunham Biles
Steptoe & Johnson PLLC
500 North Akard Street
Suite 3200
Dallas, TX  75201
Telephone:  214.251.8514
Facsimile: 214.393.4099
Email:  dunham.biles@steptoe-johnson.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 1 U.S.C. §1109(b) and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, motions, applications, complaints, demands, notices of motions, notices of applications, notices of hearing, petitions, objections, claims, orders, and all other pleadings, filings, or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, other commercial carrier, hand delivery, facsimile, telegraph, telex, e-mail, telephone, or otherwise.

Dated: May 26, 2023

                                                          Respectfully submitted,

                                                          **STEPTOE & JOHNSON PLLC**

                                                 /s/    *C. Dunham Biles*
                                                C. Dunham Biles, TX Bar# 24042407
                                                Steptoe & Johnson PLLC
                                                500 North Akard St.
                                                Suite 3200
                                                Dallas, TX  75201
                                                Telephone:  214.251.8514
                                                Facsimile: 214.393.4099
                                                dunham.biles@steptoe-johnson.com

                                                *Attorney for the HTFL Bank*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| IN RE: <br><br> McClain Feed Yard., <br><br>     Debtor. | Case No. 23-20084-rlj7 |
| IN RE: <br><br> McClain Farms, Inc., <br><br>     Debtor. | Case No. 23-20085-rlj7 |
| IN RE: <br><br> McClain Feed Yard., <br><br>     Debtor. | Case No. 23-20086-rlj7 |

## **CERTIFICATE OF SERVICE**

       I hereby certify that on the 26th day of May, 2023, a copy of this *Notice of Appearance* was sent via ECF Noticing to all parties that are registered to receive CM/ECF Notices in these Chapter 7 cases.

       /s/   *C. Dunham Biles*
       C. Dunham Biles, TX Bar #24042407
       Steptoe & Johnson PLLC
       500 North Akard St.
       Suite 3200
       Dallas, TX  75201
       Telephone:  214.251.8514
       Facsimile: 214.393.4099
       dunham.biles@steptoe-johnson.com