James D. Bradbury
State Bar No. 02814500
jim@bradburycounsel.com
Kyle K. Weldon
State Bar No. 24097192
kyle@bradburycounsel.com
**JAMES D. BRADBURY, PLLC**
201 Main Street, Suite 600
Fort Worth, Texas 76102
Telephone:     817-339-1105
Fax:                817-886-3495

*Attorneys for Wiley Roby Russell, Jr.,*
*W. Robbie Russell Living Trust, and Eddie Stewart*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| McCLAIN FEEDYARD, INC. | § | NO. 23-20084-rlj7 |
| | § § | |
| *Debtor* | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Wiley Roby Russell, Jr., W. Robbie Russell Living Trust, and Eddie Stewart hereby request that all notices given or required to be given in this case, and all papers served or required to be served on creditors or parties-in-interest in this case, be given to and served upon the undersigned counsel at the address set forth below. This request includes all notices, copies, and pleadings referred to in the applicable provisions of the United States Code or in the Bankruptcy Rules, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, or otherwise filed by hand or CM/ECF electronically.

Respectfully submitted,

*/s/ James D. Bradbury*
James D. Bradbury
State Bar No. 02814500
jim@bradburycounsel.com
Kyle K. Weldon
State Bar No. 24097192
kyle@bradburycounsel.com
**JAMES D. BRADBURY, PLLC**
201 Main Street, Suite 600
Fort Worth, Texas 76102
Telephone:   817-339-1105
Fax:              817-886-3495

*Attorneys for Wiley Roby Russell, Jr., W. Robbie Russell Living Trust, and Eddie Stewart*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 26, 2023, a copy of the foregoing was served via electronic mail upon all parties entitled to such notice as provided by the CM/ECF filing system.

*/s/ James D. Bradbury*
James D. Bradbury