## AFFIDAVIT OF SERVICE

**State of Texas**          **County of Northern**          **District Court**

Case Number: 23-20084/85/86-7-RLJ

In re:
**McClain Feed Yard, Inc.; McClain Farms, Inc.; 7M Cattle Feeders, Inc.**

For:
MEMPHIS OFFICE
BAKER DONELSON
165 Madison Ave Ste 2000
Memphis, TN 38103

Received by Kentucky Process Service Inc. on the 18th day of May, 2023 at 4:24 pm to be served on **Meagan B Goads, 1775 Wadesboro Rd. S., Benton, KY 42025.**

I, Nicholas Wyatt, being duly sworn, depose and say that on the **22nd day of May, 2023 at 4:11 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Cover Letter; Subpoena; Exhibit A; Exhibit B** to: **Meagan B Goads** at the address of: **1775 Wadesboro Rd. S., Benton, KY 42025**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 36, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 140, Hair: Dark Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 23rd day of May, 2023 by the affiant who is personally known to me.

NOTARY PUBLIC

Andrea D. Rue
Notary Public, ID KYNP28992
State at Large, Kentucky
My Commission Expires on May 12, 2025

**Nicholas Wyatt**
Process Server
05/23/2023
Date

**Kentucky Process Service Inc.**
**128 S. Locust Street**
**Versailles, KY 40383**
**(859) 489-0726**

Our Job Serial Number: KPM-2023003191

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r

Doc ID: 8548bf0876462dd7a43106e17684fe130a898822

B2540 (Form 2540 – Subpoena for Rule 2004 Examination (12/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION

In re   McCLAIN FEED YARD, INC.              Case No. 23-20084-7-rlj
        McCLAIN FARMS, INC.                   Case No. 23-20085-7-rlj
        7M CATTLE FEEDERS, INC.               Case No. 23-20086-7-rlj

                                              Chapter     7

### SUBPOENA FOR RULE 2004 PRODUCTION OF DOCUMENTS

TO:  Meagan B. Goad, aka Meagan B. Powell
     1775 Wadesboro Rd. S                    621 Mullins Lane
     Benton, KY 42025            OR          Benton, KY 42025

*(Name of person to whom the subpoena is directed)*

☐ **TESTIMONY:** YOU ARE COMMANDED to appear at the time, date and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
|  |  |

☒ **PRODUCTION:** You must produce by **5:00 p.m. on or before Monday, June 5, 2023**, at the law offices of Ray Quinney & Nebeker, P.C. at 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, the following documents, electronically stored information or objects, and must permit inspection, copying, testing, or sampling of the material:

### SEE EXHIBITS "A" AND "B" ATTACHED HERETO.

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – rule 45 (c), relating to the place of compliance; Rule 45 (d), relating to our protection as a person subject to a subpoena; and Rule 45(e) and 45 (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature]* <br><br> MICHAEL R. JOHNSON <br> RAY QUINNEY & NEBEKER P.C. <br> 36 South State Street, Suite 1400 <br> Salt Lake City, UT 84111 <br> 801-532-1500 | 5-16-2023 |

*Attorneys for Rabo AgriFinance LLC*

Doc ID: 8548bf0876462dd7a43106e17684fe130a898822

B2540 (Form 2540 – Subpoena for Rule 2004 Examination.   (Page 2)

---

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

### PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: Meagan B. Goads
on *(date)* 05/18/2023.

☒ I served the subpoena by delivering a copy to the named person as follows: Personally to Meagan B. Goads
at 1775 Wadesboro Rd. S., Benton, KY 42025
on *(date)* 05/23/2023 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ .

My fees are $ for travel and $ for services, for a total of $ .

I declare under penalty of perjury that this information is true and correct.

Date: 05/23/2023

*Server's signature*

Nicholas Wyatt-Process Server
*Printed name and title*

128 S. Locust St., Versailles, KY 40383
*Server's address*

Additional information concerning attempted service, etc.:

Doc ID: 8548bf0876462dd7a43106e17684fe130a898822