**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE: <br><br> McClain Feed Yard, Inc. <br><br>   Debtor. | **Case No. 23-20084-7-rlj** <br><br> **Chapter 7** |
| IN RE: <br><br> McClain Farms, Inc. <br><br>   Debtor. | **Case No. 23-20085-7-rlj** <br><br> **Chapter 7** |
| IN RE: <br><br> 7M Cattle Feeders, Inc. <br><br>   Debtor. | **Case No. 23-20086-7-rlj** <br><br> **Chapter 7** |

**ACCEPTANCE OF SERVICE OF SUBPOENA FOR RULE 2004 PRODUCTION OF DOCUMENTS**

---

    I, David Kelly of Keuler, Kelly, Hutchins, Blankenship & Sigler LLP, on behalf of Wildforest Cattle Company LLC, hereby accept service of a ***Subpoena for Rule 2004 Production of Documents***, in the above captioned case.

    DATED this <u>18th</u> day of May 2023.

                                                Keuler, Kelly, Hutchins, Blankenship & Sigler LLP

                                                By: <u>/s/David L Kelly</u>
                                                      David Kelly
                                                      100 South Fourth Street, Suite 400
                                                      Paducah, KY 42001
                                                      Tel: (270) 448-8888
                                                      Fax: (270) 448-0998
                                                      Email: dkelly@kkhblaw.com

                                                 ***Attorney for Wildforest Cattle Company LLC***

4867-1291-6245