**Equipment List:  McClain Feed Yard – Hereford, TX**

Komatsu WA200 Wheel Loader

2010 GMC Half-Ton Pickup Truck

2008 Peterbilt Feed Truck

24x6 Gooseneck Stock Trailer

Caterpillar 259D Compact Track Loader

Kawasaki Mule 600 Side X Side