**Fill in this information to identify the case:**

Debtor name: **McClain Feed Yard, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF TEXAS

Case number (if known): **23-20084**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property  12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim (Do not deduct the value of collateral.) | Column B — Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Cactus Feeders Finance LLC** — Creditor's Name<br>600 S. Tyler Street, Suite 2800<br>Amarillo, TX 79101<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred: **Unknown**<br>Last 4 digits of account number: **Unknown**<br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Cattle**<br><br>**Describe the lien**<br>**Security Interest**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| **2.2** **Don Jones Farm, Inc.** — Creditor's Name<br>2434 Road Y<br>Reading, KS 66868<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred: **Unknown**<br>Last 4 digits of account number: **Unknown**<br>Do multiple creditors have an interest in the same property? | **Describe debtor's property that is subject to a lien**<br>**Cattle**<br><br>**Describe the lien**<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is: Check all that apply | **Unknown** | **$0.00** |

Debtor **McClain Feed Yard, Inc.**
Name

Case number (if known) **23-20084**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First Capital Bank of Texas** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

Creditor's Name

**Equipment**

**3900 S Soncy Road**
**Amarillo, TX 79119**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No

**Date debt was incurred**
**6/29/2018**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Friona Industries, L.P.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$0.00** |

Creditor's Name

**Cattle**

**500 S. Taylor Street, Suite 601**
**Amarillo, TX 79101**
Creditor's mailing address

**Describe the lien**
**Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**
**Unknown**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Priest Cattle and Land Company, Inc.** | **Describe debtor's property that is subject to a lien** | **Unknown** | **Unknown** |

Creditor's Name

**Cattle**

**899 Rosenthal Road**
**Lorena, TX 76655**
Creditor's mailing address

**Describe the lien**
**Security Interest**

Debtor **McClain Feed Yard, Inc.** Case number (if known) **23-20084**
Name

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Unknown**

**Last 4 digits of account number**
**Unknown**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Rabo Agrifiance LLC** | **Describe debtor's property that is subject to a lien** | **$51,345,671.00** | **Unknown** |

Creditor's Name
**14676 Outer 40 Road**
**Ste. 400**
**Chesterfield, MO 63017**
Creditor's mailing address

**All real and personal property of Debtor**

**Describe the lien**
**Mortgage, Secuity Interests**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**unknown**

**Last 4 digits of account number**
**redi**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Rabo Agrifiance LLC** | **Describe debtor's property that is subject to a lien** | **$187,867.00** | **$600,000.00** |

Creditor's Name
**14676 Outer 40 Road**
**Ste. 400**
**Chesterfield, MO 63017**
Creditor's mailing address

**Cattle Feed Yard Facility**
**NEC FM Rd 1057 CR 9**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Unknown**

**Last 4 digits of account number**
**oan1**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor **McClain Feed Yard, Inc.**
Name

Case number (if known) **23-20084**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
  **1. Rabo Agrifiance LLC**
  **2. Rabo Agrifinance LLC**
  **3. Rabo Agrifinance LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Rabo Agrifinance LLC** | **Describe debtor's property that is subject to a lien** | $179,476.00 | $600,000.00 |

Creditor's Name
**14676 Outer 40 Road Ste. 400**
**Chesterfield, MO 63017**
Creditor's mailing address

**Cattle Feed Yard Facility**
**NEC FM Rd 1057 CR 9**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Unknown**
**Last 4 digits of account number**
**oan2**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Rabo Agrifinance LLC** | **Describe debtor's property that is subject to a lien** | $898,720.00 | $600,000.00 |

Creditor's Name
**14676 Outer 40 Road Ste. 400**
**Chesterfield, MO 63017**
Creditor's mailing address

**Cattle Feed Yard Facility**
**NEC FM Rd 1057 CR 9**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**Unknown**
**Last 4 digits of account number**
**oan3**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.7**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$52,611,734.00**

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

| Debtor | **McClain Feed Yard, Inc.** | Case number (if known) | **23-20084** |
|---|---|---|---|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Michael Johnson**<br>**Ray Quinney and Nebeker, P.C.**<br>**36 South State Street**<br>**Suite 1400**<br>**Salt Lake City, UT 84111** | Line __2.6__ | |