6/07/23 4:21PM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **McClain Feed Yard, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **23-20084** |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | $0.00 | $0.00 |
| 2.2 | Priority creditor's name and mailing address<br>**IRS**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☒ No<br>☐ Yes | | Unknown | $0.00 |

Debtor **McClain Feed Yard, Inc.** Case number (if known) **23-20084**
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Texas Attorney General**<br>**P.O. Box 12548**<br>**Austin, TX 78711** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **U.S. Attorney General**<br>**U.S. Department of Justice**<br>**10th & Pennsylvania Ave**<br>**Washington, DC 20530** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **U.S. Attorney's Office**<br>**1205 Texas Ave. Room 700**<br>**Lubbock, TX 79401** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,062,709.27 |
|---|---|---|---|
| | **2B Farms, Inc.**<br>**Bo Robinson**<br>**9397 CR 3114**<br>**Snyder, TX 79549** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred **02/23 to 04/05/2023**<br>Last 4 digits of account number __ | Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **McClain Feed Yard, Inc.** | Case number (if known) | **23-20084** |
|---|---|---|---|
| | Name | | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**AJ Jacques Living Trust**<br>**AJ Jacques - Trust**<br>**4025 W Deer Crossing Dr.**<br>**Stillwater, OK 74074**<br><br>Date(s) debt was incurred  **01/06/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$122,018.06** |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Amy & Craig Sutton**<br>**1546 Cliff Creek Dr.**<br>**Allen, TX 75002**<br><br>Date(s) debt was incurred  **01/06/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$122,018.06** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Amy & Craig Sutton**<br>**1546 Cliff Creek Dr.**<br>**Allen, TX 75002**<br><br>Date(s) debt was incurred  **03/31/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$172,794.07** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Angie Robinson**<br>**9012 CR 3114**<br>**Snyder, TX 79549**<br><br>Date(s) debt was incurred  **03/21/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$16,909.81** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Buss Family Trust**<br>**Edwin D. Buss - Trustee**<br>**2228 Crooked Oak**<br>**Shawnee, OK 74804**<br><br>Date(s) debt was incurred  **11/30/22 to 03/29/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$162,503.68** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**C Heart Ranch, LLC**<br>**Colette Lesh, Manager**<br>**454 Daniels Lane**<br>**Ardmore, OK 73401**<br><br>Date(s) debt was incurred  **Unknown**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |

| Debtor | McClain Feed Yard, Inc. | Case number (if known) | 23-20084 |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Cameron Weddington**<br>**40 Plainsfield Pl**<br>**Jackson, TN 38305**<br>Date(s) debt was incurred  **11/11/2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$20,600.75** |
|---|---|---|

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Charles Lockwood**<br>**30789 E 1920 Rd**<br>**Ringling, OK 73456**<br>Date(s) debt was incurred  **04/05/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$218,596.63** |
|---|---|---|

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Chris Prince**<br>**206 Urbana Dr.**<br>**Blackwell, OK 74631**<br>Date(s) debt was incurred  **12/19/2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$6,727.33** |
|---|---|---|

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Cory Jesko**<br>**3970 FM 1057**<br>**Hereford, TX 79045**<br>Date(s) debt was incurred  **01/02/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$28,168.07** |
|---|---|---|

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Curtis Jones Farms LLC**<br>**Attn: Curtis Jones**<br>**1720 W. 13th Ave.**<br>**Emporia, KS**<br>Date(s) debt was incurred  **09/2029/22 to 01/20/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$952,777.50** |
|---|---|---|

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**David Rainey**<br>**88 CR 640**<br>**Corinth, MS 38834**<br>Date(s) debt was incurred  **10/19/2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$0.00** |
|---|---|---|

| Debtor | McClain Feed Yard, Inc. | Case number (if known) | 23-20084 |
|---|---|---|---|
| | Name | | |

| 3.14 | Nonpriority creditor's name and mailing address<br>**Dennis Buss**<br>**403 E Grand**<br>**Tonkawa, OK 74653**<br>Date(s) debt was incurred **04/14/2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$133,552.26** |
|---|---|---|
| 3.15 | Nonpriority creditor's name and mailing address<br>**Don Jones Farm, Inc.**<br>**Don Jones, President**<br>**2434 Road Y**<br>**Reading, KS 66868**<br>Date(s) debt was incurred **09/29/2022 to 03/17/2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$3,534,569.00** |
| 3.16 | Nonpriority creditor's name and mailing address<br>**Don Jones Trucking**<br>**Don Jones, President**<br>**2434 Road Y**<br>**Reading, KS 66868**<br>Date(s) debt was incurred **10/18/2022 to 12/12/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$575,416.50** |
| 3.17 | Nonpriority creditor's name and mailing address<br>**Dora Blackman**<br>**25335 N Midwest Blvd.**<br>**Orlando, OK 73073**<br>Date(s) debt was incurred **03/28/2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$17,883.79** |
| 3.18 | Nonpriority creditor's name and mailing address<br>**Doug Finley**<br>**3321 South Louisville**<br>**Tulsa, OK 74135**<br>Date(s) debt was incurred **11/08/2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$43,194.13** |
| 3.19 | Nonpriority creditor's name and mailing address<br>**Douglas C. Pritchett - DAC83**<br>**2200 4th Street #131**<br>**Canyon, TX 79015**<br>Date(s) debt was incurred **01/05/2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$62,344.05** |

| Debtor | McClain Feed Yard, Inc. | Case number (if known) | 23-20084 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**Douglas Pritchett - Open Area Arenan LLC**<br>**19601 FM 1541**<br>**Canyon, TX 79015**<br>Date(s) debt was incurred  **10/18/2022 - 01/04/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$381,518.01** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Dufurrena Cutting Horses**<br>**Ed Dufurrena**<br>**820 CR 133**<br>**Gainesville, TX 76240**<br>Date(s) debt was incurred  **12/16/2022 to 12/31/2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$156,600.00** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Dustin Johnson**<br>**28081 Hwy 12**<br>**McCool, MS 39108**<br>Date(s) debt was incurred  **01/06/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$71,148.93** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Dwight Jesko**<br>**112 Rr 5/ 3970 FM 1057**<br>**Hereford, TX 79045**<br>Date(s) debt was incurred  **01/10/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$103,182.72** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Eddie Bryant**<br>**100 Fox Bend Way**<br>**Prosper, TX 75078**<br>Date(s) debt was incurred  **11/30/2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$94,039.74** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Eddie Stewart**<br>**c/o Kyle K. Weldon**<br>**James E. Bradbury, PLLC**<br>**201 Main St.  Ste. 600**<br>**Fort Worth, TX 76102**<br>Date(s) debt was incurred  **12/15/2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$105,755.45** |

| Debtor | McClain Feed Yard, Inc. | Case number (if known) | 23-20084 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Garwood Cattle Company LLC**<br>**2538 Middleton Road**<br>**Columbiana, OH 44408**<br>Date(s) debt was incurred  **5/25/22 to 3/13/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Gray Brothers Cattle**<br>**Robert & Ronny Gray**<br>**348500 E 3700 Rd**<br>**Ralston, OK 74650**<br>Date(s) debt was incurred  **01/10/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$161,315.31** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Gungoll Cattle Co.**<br>**Bradley Gungoll**<br>**3818 S. Sangre Rd.**<br>**Stillwater, OK 74074**<br>Date(s) debt was incurred  **01/06/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$165,216.33** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Jace Harrold**<br>**650 FM 163**<br>**Cleveland, TX 77327**<br>Date(s) debt was incurred  **04/18/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$76,674.78** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**James McCuan**<br>**Kingdom Trust**<br>**Address Unknown**<br>Date(s) debt was incurred  **12/28/2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$414,156.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Jan & Gary Lesh**<br>**19700 CR 200**<br>**Perry, OK 73077**<br>Date(s) debt was incurred  **01/07/2023 to 03/15/2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim:  **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$107,929.61** |

| Debtor | McClain Feed Yard, Inc. | Case number (if known) | 23-20084 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Janet Van Buskirk**<br>**PO Box 778**<br>**Ringling, OK 73456**<br>Date(s) debt was incurred **12/20/2022 to 03/03/2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset? ■ No  ☐ Yes | $110,690.51 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Janice E. Lawson**<br>**912 S. 1st St.**<br>**Blackwell, OK 74631**<br>Date(s) debt was incurred **03/30/2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset? ■ No  ☐ Yes | $63,321.70 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Jared Lesh**<br>**10801 E Hwy 92**<br>**Whitesboro, TX 76273**<br>Date(s) debt was incurred **07/15/2022 to 04/01/2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,078,869.41 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Jean Nix**<br>**PO Box 1527**<br>**Mont Belvieu, TX 77580**<br>Date(s) debt was incurred **11/07/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset? ■ No  ☐ Yes | $95,924.62 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Joel Brookshire**<br>**907 Reidland Rd.**<br>**Crosby, TX 77532**<br>Date(s) debt was incurred **04/10/2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset? ■ No  ☐ Yes | $103,798.04 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Joel Brookshire**<br>**Gene Brookshire Family, LP**<br>**907 Reidland Rd.**<br>**Crosby, TX 77532**<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,176,630.00 |

6/07/23 4:21PM

| Debtor | McClain Feed Yard, Inc. | Case number (if known) | 23-20084 |
|---|---|---|---|
| | Name | | |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>**Justin Stuever**<br>**PO Box 22**<br>**Morrison, OK 73061**<br>Date(s) debt was incurred **12/17/2022**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$13,459.14** |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>**Kensey Jones**<br>**30308 S. Carlson Rd.**<br>**Reading, KS 66868**<br>Date(s) debt was incurred **12/29/2022**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$176,915.75** |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Lyndal Van Buskirk**<br>**P.O. Box 778**<br>**Ringling, OK 73456**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>**03/16/2023 to 03/20/2023     $413,413.08**<br>**03/16/2023 to 03/20/2023  $1,588,697.33**<br>**12/07/2023                       $42,933.33**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$2,045,143.74** |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Mark J Reisz**<br>**514 Americas Way, PMB 13812**<br>**Box Elder, SD 57719**<br>Date(s) debt was incurred **12/28/2022-03/28/2023**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$89,694.44** |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Morgan & Cody Perry**<br>**8242 N Main St.**<br>**Braman, OK 74632**<br>Date(s) debt was incurred **02/21/2023**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$74,910.99** |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Nancy Weddington**<br>**3486 Hwy 70E**<br>**Brownsville, TN 38012**<br>Date(s) debt was incurred **11/11/2023**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$17,261.98** |

| Debtor | McClain Feed Yard, Inc. | Case number (if known) | 23-20084 |
|---|---|---|---|
| | Name | | |

| 3.44 | Nonpriority creditor's name and mailing address<br>**Natalie S. Martus**<br>**111 Post Oak Dr.**<br>**Krugerville, TX 76227**<br>Date(s) debt was incurred **12/16/2002**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$51,226.86** |
|---|---|---|---|
| 3.45 | Nonpriority creditor's name and mailing address<br>**Priest Cattle and Land Company, Inc.**<br>**Cory Priest**<br>**899 Rosenthal Road**<br>**Lorena, TX 76655**<br>Date(s) debt was incurred **04/01/2023**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$236,560.26** |
| 3.46 | Nonpriority creditor's name and mailing address<br>**Priest Victory Investment LLC**<br>**Cory Priest**<br>**899 Rosenthal Road**<br>**Lorena, TX 76655**<br>Date(s) debt was incurred **04/01/2023**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$72,760.45** |
| 3.47 | Nonpriority creditor's name and mailing address<br>**Ralph Reisz**<br>**4062 Keller Rd.**<br>**Owensboro, KY 42301**<br>Date(s) debt was incurred **12/28/2022 to 03/28/2023**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$352,125.36** |
| 3.48 | Nonpriority creditor's name and mailing address<br>**Rapp Ranch**<br>**Phillip E. Rapp**<br>**400 Smith Trail**<br>**Weatherford, TX 76088**<br>Date(s) debt was incurred **Unknown**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$101,902.95** |
| 3.49 | Nonpriority creditor's name and mailing address<br>**Robert Gray**<br>**348500 E 3700 Rd.**<br>**Ralston, OK 74650**<br>Date(s) debt was incurred **12/29/2022**<br>Last 4 digits of account number **_** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$86,741.67** |

| Debtor | McClain Feed Yard, Inc. | Case number (if known) | 23-20084 |
|---|---|---|---|
| | Name | | |

---

**3.50** **Nonpriority creditor's name and mailing address**
Robert J. Spring
PO Box 2096
Edmond, OK 73083

Date(s) debt was incurred  07/07/2022
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Claims Under Packers & Stockyards Act - Filed with USDA

Is the claim subject to offset? ■ No  ☐ Yes

**$49,937.58**

---

**3.51** **Nonpriority creditor's name and mailing address**
Ronny Gray
27 36th St.  Hwy 18
Fairfax, OK 74637

Date(s) debt was incurred  01/10/2023
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Claims Under Packers & Stockyards Act - Filed with USDA

Is the claim subject to offset? ■ No  ☐ Yes

**$74,073.08**

---

**3.52** **Nonpriority creditor's name and mailing address**
Russell Trust
Wiley Roby Russell, Jr.  Trustee
c/o Kyle Weldon  James D. Bradbury, PLLC
201 Main Street  Ste. 600
Fort Worth, TX 76102

Date(s) debt was incurred  12/01/2022 to 03/01/2023
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Claims Under Packers & Stockyards Act - Filed with USDA

Is the claim subject to offset? ■ No  ☐ Yes

**$488,277.67**

---

**3.53** **Nonpriority creditor's name and mailing address**
Russell-Stewart
Robbie Russell & Eddie Stewart
c/o Kyle K. Weldon James Bradbury, PLLC
201 Main St.  Ste. 600
Fort Worth, TX 76102

Date(s) debt was incurred  11/29/2022-03/15/2023
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Claims Under Packers & Stockyards Act - Filed with USDA

Is the claim subject to offset? ■ No  ☐ Yes

**$706,911.67**

---

**3.54** **Nonpriority creditor's name and mailing address**
Scarlet & Black Cattle, LLC
5402 Walesa Court
Amarillo, TX 79119

Date(s) debt was incurred  01/12 to 03/31/2023
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Claims Under Packers & Stockyards Act - Filed with USDA

Is the claim subject to offset? ■ No  ☐ Yes

**$1,085,621.49**

---

**3.55** **Nonpriority creditor's name and mailing address**
Scott Livestock Company
Steve Scott
10150 Highway 47
West Point, MS 39773

Date(s) debt was incurred  12/29/2023 to 03/29/2023
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Claims Under Packers & Stockyards Act - Filed with USDA

Is the claim subject to offset? ■ No  ☐ Yes

**$1,686,418.79**

---

| Debtor | McClain Feed Yard, Inc. | Case number (if known) | 23-20084 |
|---|---|---|---|
| | Name | | |

| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Stanley Ayers**<br>**6200 Ross Rd.**<br>**Rockford, OH**<br><br>Date(s) debt was incurred **11/9/2022 to 11/15/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$836,570.28** |
|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Steve Ryan**<br>**4214 Topaz Circle**<br>**Yukon, OK 73099**<br><br>Date(s) debt was incurred **04/14/2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$92,683.96** |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Susan & Colby Van Buskirk**<br>**PO Box 778**<br>**Ringling, OK 73456**<br><br>Date(s) debt was incurred **03/31/2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$200,402.33** |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Thorlakson Diamond T Feeders**<br>**Thomas Thorlakson, V.P.**<br>**2548 CR 15**<br>**Friona, TX 79035**<br><br>Date(s) debt was incurred **11/18/2022-03/18/2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$3,332,356.00** |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**William A. Weddington**<br>**3486 HWY 70E**<br>**Brownsville, TN 38012**<br><br>Date(s) debt was incurred **11/11/2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$235,719.59** |
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**WJ Performance Horses, Inc.**<br>**Westen Raub, President**<br>**650 FM 163**<br>**Cleveland, TX 77327**<br><br>Date(s) debt was incurred **02/16/2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **Claims Under Packers & Stockyards Act - Filed with USDA**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$200,077.56** |

**Part 3:** List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

Debtor  **McClain Feed Yard, Inc.**　　　　　　　　　　　　　　　　　　　Case number (if known)  **23-20084**
Name

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**1100 Commerce Street**<br>**M/S 5026 DAL**<br>**Dallas, TX 75242** | Line  **2.2**<br><br>☐   Not listed. Explain ____ | _ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---:|
| **5a. Total claims from Part 1** | 5a.   $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 29,027,307.71 |
| **5c. Total of Parts 1 and 2**<br>　　Lines 5a + 5b = 5c. | 5c.    $ | 29,027,307.71 |