**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **McClain Feed Yard, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | **23-20084** |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **McClain Farms, Inc.** | **824 Mullin Lane Benton, KY 42025** | **Priest Cattle and Land Company, Inc.** | ■ D  **2.5** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 | **McClain Farms, Inc.** | **824 Mullin Lane Benton, KY 42025** | **Rabo Agrifiance LLC** | ■ D  **2.6** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 | **McClain Farms, Inc.** | **824 Mullin Lane Benton, KY 42025** | **Rabo Agrifiance LLC** | ■ D  **2.7** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 | **McClain Farms, Inc.** | **824 Mullin Lane Benton, KY 42025** | **Rabo Agrifinance LLC** | ■ D  **2.9** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5 | **McClain Farms, Inc.** | **824 Mullin Lane Benton, KY 42025** | **Rabo Agrifinance LLC** | ■ D  **2.8** <br> ☐ E/F ____ <br> ☐ G ____ |

Debtor **McClain Feed Yard, Inc.** Case number *(if known)* **23-20084**

☐ **Additional Page to List More Codebtors**
**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **McClain Farms, Inc.** | **824 Mullin Lane**<br>**Benton, KY 42025** | **Don Jones Farm, Inc.** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **McClain Farms, Inc.** | **824 Mullin Lane**<br>**Benton, KY 42025** | **Friona Industries, L.P.** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **McClain Feed Yard, Inc.** | **4010 FM 1057**<br>**Hereford, TX 76655** | **Priest Cattle and Land Company, Inc.** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **McClain Feed Yard, Inc.** | **4010 FM 1057**<br>**Hereford, TX 76655** | **Rabo Agrifiance LLC** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **McClain Feed Yard, Inc.** | **4010 FM 1057**<br>**Hereford, TX 76655** | **Rabo Agrifiance LLC** | ■ D __2.7__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **McClain Feed Yard, Inc.** | **4010 FM 1057**<br>**Hereford, TX 76655** | **Rabo Agrifinance LLC** | ■ D __2.9__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **McClain Feed Yard, Inc.** | **4010 FM 1057**<br>**Hereford, TX 76655** | **Rabo Agrifinance LLC** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |