**Fill in this information to identify the case:**

Debtor name **McClain Feed Yard, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF TEXAS

Case number (if known)  **23-20084**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $74,850,117.00 |
| **For prior year:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | $224,550,351.00 |
| **For year before that:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $211,310,966.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

| Debtor | **McClain Feed Yard, Inc.** | | Case number *(if known)* **23-20084** |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **2B Farms, Inc.**<br>**Bo Robinson**<br>**9397 CR 3114**<br>**Snyder, TX 79549** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$5,186,752.04** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |
| 3.2. | **Bettye Butler**<br>**Address Unknown** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$40,772.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |
| 3.3. | **Big Seven Capital Partners LLC**<br>**200 Rock Vista Run**<br>**Austin, TX 78737** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$593,433.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |
| 3.4. | **BJM Sales and Services**<br>**PO Box 1073**<br>**Hereford, TX 79045** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$8,688.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Brooks Farms**<br>**Keith Brooks**<br>**4778 Albert Owens Rd.**<br>**South Fulton, TN 38257** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$76,327.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |
| 3.6. | **Cargill, Inc.**<br>**PO Box 9300**<br>**Minneapolis, MN 55440-9300** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$79,945.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Carraway Cattle, LLC**<br>**Robert Carraway, Manager**<br>**6809 Main St. Ste. 101**<br>**Cincinnati, OH 45244** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$381,157.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |

| Debtor | **McClain Feed Yard, Inc.** | | | | Case number *(if known)* **23-20084** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.8. **Chad Trigg** 481 Herbert Trigg Rd Seminary, MS 39479 | **January 28, 2023 - April 28, 2023** | $213,385.59 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Cattle Feeding Agreement** |
| 3.9. **Corey Jesko** 3970 FM 1057 Hereford, TX 79045 | **January 28, 2023 - April 28, 2023** | $91,401.30 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Cattle Feeding Agreement** |
| 3.10. **Craig & Amy Sutton** 1546 Cliff Creek Dr. Allen, TX 75002 | **January 28, 2023 - April 28, 2023** | $214,687.49 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Cattle Feeding Agreement** |
| 3.11. **Dennis Buss** 403 E Grand Tonkawa, OK 74653 | **January 28, 2023 - April 28, 2023** | $198,443.21 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Cattle Feeding Agreement** |
| 3.12. **Duluth Trading Company** 3651 Interstate 35 N Denton, TX 76207 | **January 28, 2023 - April 28, 2023** | $29,589.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.13. **Dwight Jesko** 112 Rr 5/ 3970 FM 1057 Hereford, TX 79045 | **January 28, 2023 - April 28, 2023** | $332,914.16 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Cattle Feeding Agreement** |
| 3.14. **Ed Buss** Address Unknown | **January 28, 2023 - April 28, 2023** | $324,102.48 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Cattle Feeding Agreement** |

Debtor   **McClain Feed Yard, Inc.**                                                      Case number *(if known)*  **23-20084**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.15. **Edwin Stewart**<br>**c/o Kyle K. Weldon**<br>**James E. Bradbury, PLLC**<br>**201 Main St.  Ste. 600**<br>**Fort Worth, TX 76102** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$662,702.57** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |
| 3.16. **Gene Brookshire Family LP**<br>**Joel Brookshire**<br>**907**<br>**Reidland Rd**<br>**Crosby, TX 77532** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$204,372.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |
| 3.17. **Heartland Co-op**<br>**PO Box 850**<br>**Bovina, TX 79009** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$72,755.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Hefner Cattle, LLC/Hefner Feedyard**<br>**LLC**<br>**2405 CR 10**<br>**Friona, TX 79035** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$72,027.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Jared Lesh**<br>**10801 E Hwy 92**<br>**Whitesboro, TX 76273** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$88,382.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |
| 3.20. **Janice Lowhan**<br>**912 1st St.**<br>**Blackwell, OK 74631** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$129,448.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |
| 3.21. **Jared Lesh**<br>**10801 E Hwy 92**<br>**Whitesboro, TX 76273** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$510,550.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |

Debtor    **McClain Feed Yard, Inc.**

Case number *(if known)* **23-20084**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.22 **Joiel & Carla Brookshire**<br>**907 Reidland Rd.**<br>**Crosby, TX 77532** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$180,798.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Cattle Feeding Agreement** |
| 3.23 **Jordon Lesh**<br>**Unknown Address** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$427,822.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Cattle Feeding Agreement** |
| 3.24 **Kendrik Oil Co.**<br>**801 Main St.**<br>**Friona, TX 79035** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$3,909.02** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25 **Land O'Lakes Ag Services**<br>**4001 Lexington Ave. N**<br>**Arden Hills, MN 55126** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$40,171.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26 **Mark Reisz**<br>**514 Americas Way, PMB 13812**<br>**Box Elder, SD 57719** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$138,890.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Cattle Feeding Agreement** |
| 3.27 **Odom Livestock Supply**<br>**3349 State Route 45 S**<br>**Mayfield, KY 42066** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$3,828.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28 **Open A Arena LLC**<br>**Doug Prichett**<br>**14500 S. Fm 1258**<br>**Amarillo, TX 79118** | **January 28,**<br>**2023 - April**<br>**28, 2023** | **$387,958.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **CFA** |

Debtor   **McClain Feed Yard, Inc.**                                    Case number *(if known)* **23-20084**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.29. **Performance Feed**<br>**10790 Newark Rd.**<br>**Nashport, OH 43830** | **January 28, 2023 - April 28, 2023** | **$30,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. **Rabo Agrifiance LLC**<br>**14676 Outer 40 Road**<br>**Ste. 400**<br>**Chesterfield, MO 63017** | **January 28, 2023 - April 28, 2023** | **$925,424.60** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. **Ralph Reisz**<br>**4062 Keller Rd.**<br>**Owensboro, KY 42301** | **January 28, 2023 - April 28, 2023** | **$378,543.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |
| 3.32. **Rapp Ranch**<br>**Phillip E. Rapp**<br>**400 Smith Trail**<br>**Weatherford, TX 76088** | **January 28, 2023 - April 28, 2023** | **$67,654.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |
| 3.33. **Reinart Hay**<br>**Address Unknown** | **January 28, 2023 - April 28, 2023** | **$29,800.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.34. **Richard Carraway**<br>**2427 Hwy 51 South**<br>**Dyersburg, TN 38024** | **January 28, 2023 - April 28, 2023** | **$67,627.17** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |
| 3.35. **Ridgefiled Capital Asset Mgmt.**<br>**James Giordano, CFO**<br>**PO Box 389**<br>**Ridgefield, CT 06877** | **January 28, 2023 - April 28, 2023** | **$1,097,399.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Cattle Feeding Agreement** |

Debtor    **McClain Feed Yard, Inc.**                                    Case number *(if known)*  **23-20084**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.36. | **Scarlet & Black Cattle, LLC**<br>**5402 Walesa Court**<br>**Amarillo, TX 79119** | **January 28,<br>2023 - April<br>28, 2023** | **$2,684,942.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Cattle Feeding**<br>**Agreement** |
| 3.37. | **Scott Stewart**<br>**3767 Montclair Dr.**<br>**Memphis, TN 38111** | **January 28,<br>2023 - April<br>28, 2023** | **$79,516.53** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Cattle Feeding**<br>**Agreement** |
| 3.38. | **Thorlakson Diamond T Feeders**<br>**Thomas Thorlakson, V.P.**<br>**2548 CR 15**<br>**Friona, TX 79035** | **January 28,<br>2023 - April<br>28, 2023** | **$7,269,755.32** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Cattle Feeding**<br>**Agreement** |
| 3.39. | **Travis Miller Farms**<br>**113 Hiett Lane**<br>**Benton, KY 42025** | **January 28,<br>2023 - April<br>28, 2023** | **$15,289.60** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. | **Vet Industries Feed & Supply**<br>**PO Box 1657**<br>**Hereford, TX 79045** | **January 28,<br>2023 - April<br>28, 2023** | **$64,358.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.41. | **WJ Performance Horses, Inc.**<br>**524 Travis Street**<br>**Liberty, TX 77575** | **January 28,<br>2023 - April<br>28, 2023** | **$794,432.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Cattle Feeding**<br>**Agreement** |
| 3.42. | **WR Russell Jr.**<br>**c/o Kyle K. Weldon**<br>**James Bradbury, PLLC**<br>**201 Main St.    Ste. 600**<br>**Fort Worth, TX 76102** | **January 28,<br>2023 - April<br>28, 2023** | **$1,476,295.69** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  **Cattle Feeding**<br>**Agreement** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount
   may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor    **McClain Feed Yard, Inc.**                                          Case number *(if known)*  **23-20084**

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Estate - Brian McClain** c/o Robert Prince, Esq. 1005 Main St. Benton, KY 42025 **Estate is owner** | 2/2 to 4/7/2023 | $1,210,612.42 | **Payroll - $10,722.58 Transfers - $1,199,889.84** |
| 4.2. **Meagan B. Goad** 1775 Wadesboro Rd. S Benton, KY 42025 **Daughter** | 1/9/23 to 3/13/23 | $667,003.90 | **Transfers** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Rabo Agrifiance LLC 14676 Outer 40 Road Ste. 400 Chesterfield, MO 63017** | **Cattle** | 04/25/2023 | $442,542.80 |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **AJ Jacques Living Trust AJ Jacques - Trustee 4025 W Deer Crossing Dr Stillwater, OK 74074** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Amy & Craig Sutton 1546 Cliff Creek Dr. Allen, TX 75002** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending ☐ On appeal ☐ Concluded |

| Debtor | **McClain Feed Yard, Inc.** | | Case number *(if known)* | **23-20084** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Angie Robinson**<br>**9012 County Rd 3114**<br>**Snyder, TX 79549** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Bo Robinson / 2B Farms**<br>**9397 CR 3114**<br>**Snyder, TX** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Buss Family Trust**<br>**Edwin D. Buss - Trustee**<br>**2228 Crooked Oak**<br>**Shawnee, OK 74804** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **C Heart Ranch, LLC**<br>**Colette Lesh, Manager**<br>**454 Daniels Ln**<br>**Ardmore, OK 73401** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Cameron Weddington**<br>**40 Plainsfield Pl**<br>**Jackson, TN 38305** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Charles Lockwood**<br>**30789 E 1920 Rd**<br>**Ringling, OK 73456** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **Chris Prince**<br>**206 Urbana Dr.**<br>**Blackwell, OK 74631** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Cory Jesko**<br>**3970 FM 1057**<br>**Hereford, TX 79045** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Curtis Jones Farms**<br>**Curtis Jones**<br>**1720 W 13th Ave.**<br>**Emporia, KS 66801** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor  **McClain Feed Yard, Inc.**                                      Case number *(if known)*  **23-20084**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.12. **Dennis Buss**<br>**403 E Grand**<br>**Tonkawa, OK 74653** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **Don Jones Farm, Inc.**<br>**Don Jones, President**<br>**2434 Road Y**<br>**Reading, KS 66868** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. **Don Jones Trucking**<br>**Don Jones, President**<br>**2434 Road Y**<br>**Reading, KS 66868** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **Dora Blackman**<br>**25335 N Midwest Blvd.**<br>**Orlando, OK 73073** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **Doug Finley**<br>**3321 South Lousiville**<br>**Tulsa, OK 74135** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. **Doug Pritchett - DAC83**<br>**2200 4th Ave #131**<br>**Canyon, TX 79015** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. **Doug Pritchett - Open A Arena LLC**<br>**19601 FM 1541**<br>**Canyon, TX 79015** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. **Dufurrena Cutting Horses**<br>**Ed Dufurrena**<br>**820 CR 133**<br>**Gainsville, TX 76240** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. **Dustin Johnson**<br>**28081 Hwy 12**<br>**McCool, MS 39108** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **McClain Feed Yard, Inc.** | | Case number *(if known)* **23-20084** |
|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.21. | **Dwight Jesko**<br>**3970 FM 1057**<br>**Hereford, TX 79045** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St. Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Eddie Bryant**<br>**100 Fox Bend Way**<br>**Prosper, TX 75078** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St. Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Eddie Stewart**<br>**c/o Kyle K. Weldon**<br>**James D. Bradbury, PLLC**<br>**201 Main St., Suite 600**<br>**Ft. Worth, TX 76102** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St. Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Garwood Cattle Co**<br>**Justin Garwood - Member**<br>**2538 Middleton Rd**<br>**Columbia, OH 44408** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St. Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **Gray Brothers Cattle**<br>**Robert & Ronnie Gray**<br>**348500 E 3700 Rd**<br>**Ralston, OK 74650** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St. Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | **Robert Gray**<br>**348500 E 3700 Rd**<br>**Ralston, OK 74650** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St. Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | **Gungoll Cattle Co**<br>**Bradley Gungoll**<br>**3818South Sangre Rd.**<br>**Stillwater, OK 74074** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St. Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | **James McCuan**<br>**Kingdom Trust**<br>**Address Unknown** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St. Ste. 200**<br>**Aurora, CO 80011** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | **Jan & Gary Lesh**<br>**19700 County Road 200**<br>**Perry, OK 73077** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St. Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **McClain Feed Yard, Inc.** | | Case number *(if known)* **23-20084** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.30. | **Janet Van Buskirk**<br>**PO Box 778**<br>**Ringling, OK 73456** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | **Janice E Lawson**<br>**912 S. 1st**<br>**Blackwell, OK 74631** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | **Jared Lesh**<br>**10801 E Hwy 82**<br>**Whitesboro, TX 76273** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. | **Jean Nix**<br>**PO Box 1527**<br>**Mont Belvieu, TX 77580** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. | **Joel Brookshire**<br>**907 Reidland Rd**<br>**Crosby, TX 77532** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.35. | **Joel Brookshire**<br>**Gene Brookshire Family, LP**<br>**907 Reidland Rd**<br>**Crosby, TX 77532** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.36. | **Justin Stuever**<br>**PO Box 22**<br>**Morrison, OK 73061** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.37. | **Kinsey Jones**<br>**30308 S. Carlson Rd.**<br>**Reading, KS 66868** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.38. | **Lyndal Van Buskirk**<br>**PO Box 778**<br>**Ringling, OK 73456** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St.  Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   **McClain Feed Yard, Inc.**      Case number *(if known)* **23-20084**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.39. | **Mark J Reisz**<br>**514 Americas Way, PMB 13812**<br>**Box Elder, SD 57719** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St. Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.40. | **Morgan & Cody Perry**<br>**8242 N Main St.**<br>**Braman, OK 74632** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St. Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.41. | **Nancy Weddington**<br>**3486 Hwy 70E**<br>**Brownsville, TN 38012** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St. Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.42. | **Natalie S Martus**<br>**111 Post Oak Dr** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St. Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.43. | **Priest Cattle Company, Ltd.**<br>**Cory Priest**<br>**899 Rosenthal Rd**<br>**Lorena, TX 76655** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St. Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.44. | **Priest Victory Investment**<br>**Cory Priest**<br>**899 Rosenthal Rd**<br>**Lorena, TX 76655** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St. Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.45. | **Ralph Reisz**<br>**4062 Keller Rd.**<br>**Owensboro, KY 42301** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St. Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.46. | **Rapp Ranch**<br>**Philip E. Rapp**<br>**400 Smith Trail**<br>**Weatherford, TX 76088** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St. Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.47. | **Robert J Spring**<br>**PO Box 2096**<br>**Edmond, OK 73083** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service Western Regional Office 3950 Lewiston St. Ste. 200 Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **McClain Feed Yard, Inc.** | Case number *(if known)* | **23-20084** |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.48<br>· | **Ronnie Gray**<br>**27  36th St Hwy 18**<br>**Fairfax, OK 74637** | **Claim for**<br>**Non-Payment**<br>**Under Packers &**<br>**Stockyards Act -**<br>**Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.49<br>· | **Russell Trust**<br>**Wiley Roby Russell, Jr. -**<br>**Trustee**<br>**c/o Kyle K. Weldon**<br>**James D. Bradbury, PLLC**<br>**201 Main St., Suite 600**<br>**Ft. Worth, TX 76102** | **Claim for**<br>**Non-Payment**<br>**Under Packers &**<br>**Stockyards Act -**<br>**Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.50<br>· | **Russell - Stewart**<br>**Robbie Russell & Eddie**<br>**Stewart**<br>**c/o Kyle K. Weldon**<br>**James D. Bradbury, PLLC**<br>**201 Main St., Suite 600**<br>**Ft. Worth, TX 76102** | **Claim for**<br>**Non-Payment**<br>**Under Packers &**<br>**Stockyards Act -**<br>**Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.51<br>· | **Scarlet & Black Cattle Co**<br>**Colton Long**<br>**5402 Walesa Ct.**<br>**Amarillo, TX 79119** | **Claim for**<br>**Non-Payment**<br>**Under Packers &**<br>**Stockyards Act -**<br>**Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.52<br>· | **Scott Livestock Co.**<br>**Steve T Scott**<br>**10150 Hwy 47**<br>**West Point, MS 39773** | **Claim for**<br>**Non-Payment**<br>**Under Packers &**<br>**Stockyards Act -**<br>**Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.53<br>· | **Stan E Ayers, Jr.**<br>**6200 Ross Rd**<br>**Rockford, OH 45882** | **Claim for**<br>**Non-Payment**<br>**Under Packers &**<br>**Stockyards Act -**<br>**Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.54<br>· | **Steve Ryan**<br>**4214 Topaz Circle**<br>**Yukon, OK 73099** | **Claim for**<br>**Non-Payment**<br>**Under Packers &**<br>**Stockyards Act -**<br>**Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.55<br>· | **Susan & Colby Van Buskirk**<br>**PO Box 778**<br>**Ringling, OK 73456** | **Claim for**<br>**Non-Payment**<br>**Under Packers &**<br>**Stockyards Act -**<br>**Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.56<br>· | **Thorlakson Diamond T**<br>**Feeders LP**<br>**Thomas Thorlakson, V.P.**<br>**2548 CR 15**<br>**Friona, TX 79035** | **Claim for**<br>**Non-Payment**<br>**Under Packers &**<br>**Stockyards Act -**<br>**Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **McClain Feed Yard, Inc.** | | Case number *(if known)* | **23-20084** |
| --- | --- | --- | --- | --- |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- | --- |
| 7.57. | **William A Weddington**<br>**3486 Hwy 70E**<br>**Brownsville, TN 38012** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.58. | **WJ Performance Horses, Inc.**<br>**Weston Raub, President**<br>**650 FM 163**<br>**Cleveland, TX 77327** | **Claim for Non-Payment Under Packers & Stockyards Act - Filed with USDA** | **Agricultural Mktg. Service**<br>**Western Regional Office**<br>**3950 Lewiston St.  Ste. 200**<br>**Aurora, CO 80011** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.59. | **Rabo v. McClain Farms, Feed Yard & 7M, et al**<br>**5:23CV-55-BJB** | **Default under Loan Documents & Obligations** | **U.S. District Court, KY**<br>**Paducah Div.**<br>**501 Broadway**<br>**Paducah, KY 42001** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| **Cattle**<br>**Texas Rangers allowed people to take cattle from site with no proof of ownership** | **None** | **4/18/23 to 4/21/23** | **$2,060,000.00** |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **McClain Feed Yard, Inc.**                                                          Case number *(if known)*  **23-20084**

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Tarbox Law, P.C.**<br>**2301 Broadway**<br>**Lubbock, TX 79401** | | **4/27/2023** | **$16,666.00** |
| **Email or website address**<br>**max@tarboxlaw.com** | | | |
| **Who made the payment, if not debtor?**<br>**McClain Farms, Inc.** | | | |
| 11.2.  **Glenn B Karlberg**<br>**Chief Restructuring Officer**<br>**15029 N Thompson Peak**<br>**#B111-643**<br>**Scottsdale, AZ 85268** | | **4/27/2023** | **$16,666.00** |
| **Email or website address**<br>**gkarlberg@ampleo.com** | | | |
| **Who made the payment, if not debtor?**<br>**McClain Farms, Inc.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **McClain Feed Yard, Inc.**                                        Case number *(if known)*  **23-20084**

---

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Mechanics Bank**<br>**PO Box 6010**<br>**Santa Maria, CA 93456** | **XXXX-0197** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5/15/2023 | $0.00 |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

---

| Debtor | **McClain Feed Yard, Inc.** | Case number *(if known)* | **23-20084** |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor    **McClain Feed Yard, Inc.**    Case number *(if known)*    **23-20084**

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Megan Goad** <br> **1775 Wadesboro Rd S** <br> **Benton, KY 42025** | **Unknown start to 4/18/23** |
| 26a.2.    **Angela Powell** <br> **86 B Commerce Blvd.** <br> **Benton, KY 42025** | **Unknown start to 4/18/23** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Carr, Riggs, & Ingram, LLC** <br> **2424 Louisiana Blvd. NW** <br> **Suite 300** <br> **Albuquerque, NM 87110** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Glenn B Karlberg** <br> **Chief Restructuring Officer** <br> **15029 N Thompson Peak** <br> **#B111-643** <br> **Scottsdale, AZ 85268** | |
| 26c.2.    **Focus Management Group** <br> **6585 N. Avondale Ave.** <br> **Chicago, IL 60631** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1.    **Rabo Agrifiance LLC** <br> **14676 Outer 40 Road** <br> **Ste. 400** <br> **Chesterfield, MO 63017** | |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐  No
■  Yes. Give the details about the two most recent inventories.

Debtor   **McClain Feed Yard, Inc.**                                      Case number *(if known)*   **23-20084**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Focus Management Group** | **04/04/2023** **04/18/2023** | **Cattle Headcount:** **2,376          1,604** |
| | **Name and address of the person who has possession of inventory records** | | |
| | **Focus Management Group** **6585 N. Avondale Ave.** **Chicago, IL 60631** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Glenn B Karlberg | **Chief Restructuring Officer** **15029 N Thompson Peak** **#B111-643** **Scottsdale, AZ 85268** | | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brian McClain | deceased | **Brian McClain gave up all operational control over the company to the Chief Restructuring Officer on approximately 4/13/23** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See SOFA Item 11** | | | |
| | **Relationship to debtor** | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor    **McClain Feed Yard, Inc.**                                                    Case number *(if known)*  **23-20084**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  7, 2023**

**/s/ Glenn Karlberg**                              **Glenn Karlberg**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes