# UCC FINANCING STATEMENT AMENDMENT

Name and address of filer:

Northland Capital Financial Services, LLC
333 33rd Ave s
St. Cloud, MN 56301

**2019-3038884-16.02**
Kentucky Secretary of State
File Date    8/28/2019 2:52:36 PM
Status    Active
Fee    $5.00

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

INITIAL FINANCING STATEMENT FILE #
2019-3038884-16

Type of Amendment
**Change Secured Party**

SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Northland Capital Financial Services, LLC | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS | CITY | POSTAL CODE | COUNTRY |
| PO Box 7278 | St. Cloud | MN 56302 | |

NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Northland Capital Financial Services, LLC | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

## UCC FINANCING STATEMENT

Name and address of filer:

Northland Capital Financial Services, LLC
333 33rd Ave S
St. Cloud, MN 56301

**2019-3038884-16.01**
**Kentucky Secretary of State**
File Date    8/20/2019 9:42:17 AM
Status    Active
Fee    $5.00

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

| DEBTOR'S EXACT FULL LEGAL NAME | | | |
|---|---|---|---|
| a. ORGANIZATION'S NAME<br>7M Cattle Feeders, Inc. | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS<br>3548 County Road 15 | CITY<br>Friona | POSTAL CODE<br>TX    79035 | COUNTRY |

| SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) | | | |
|---|---|---|---|
| a. ORGANIZATION'S NAME<br>Northland Capital Financial Services, LLC | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS<br>PO Box 7278 | CITY<br>St. Cloud | POSTAL CODE<br>MN    56301 | COUNTRY |

4. This FINANCING STATEMENT covers the following collateral:

   2013 Rotomix 620-16 Feed Mixer SN: 810339423 mounted on a 2013 Peterbilt Semi-Tractor SN: 2NP2HN7X0DM209788

5. ALTERNATIVE DESIGNATION:    Lessee/Lessor