## UCC FINANCING STATEMENT

Name and address of filer:

Northland Capital
333 33rd Ave S
Saint Cloud, MN 56301

**2021-3185293-26.01**
Kentucky Secretary of State
File Date    12/27/2021 12:46:03 PM
Status    Active
Fee    $5.00

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

### DEBTOR'S EXACT FULL LEGAL NAME

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7M Cattle Feeders, Inc. | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS | CITY | POSTAL CODE | COUNTRY |
| 3548 County Road 15 | Friona    TX | 79035 | USA |

### SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Northland Capital Financial Services, LLC | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS | CITY | POSTAL CODE | COUNTRY |
| PO BOX 7278 | Saint Cloud    MN | 56302 | USA |

4. This FINANCING STATEMENT covers the following collateral:

   2008 Rotomix 620 Mixer Box SN: 400887795 mounted on a 2009 International Semi Tractor SN: 1HTWAAAN29J131948

5. ALTERNATIVE DESIGNATION: Lessee/Lessor