# UCC FINANCING STATEMENT

Name and address of filer:

NORTHLAND CAPITAL FINANCIAL SERVICES, LLC
333 33rd Ave S
Saint Cloud, MN 56301

**2021-3184040-55.01**
Kentucky Secretary of State
File Date   12/16/2021 12:31:47 PM
Status   Active
Fee   $5.00

This document is a representation of a filing made electronically at the Kentucky Secretary of State's web site

**DEBTOR'S EXACT FULL LEGAL NAME**

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 7M Cattle Feeders, Inc. | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS: 3548 County Road 15 | CITY: Friona | TX  POSTAL CODE: 79035 | COUNTRY |

**SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)**

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| Northland Capital Financial Services, LLC | | | |
| b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| c. MAILING ADDRESS: PO BOX 7278 | CITY: Saint Cloud | MN  POSTAL CODE: 56302 | COUNTRY: United St |

4. This FINANCING STATEMENT covers the following collateral:

   2015 Rotomix 720-16 Mixer Box SN: 410650339 mounted on a 2016 Kenworth Construction T370 Semi Tractor SN: 3BKHLJ9X5GF105604

5. ALTERNATIVE DESIGNATION:   Lessee/Lessor