ntcclm (rev. 12/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
McClain Feed Yard, Inc. § Case No.: 23−20084−rlj7
 § Chapter No.: 7
Debtor(s) §

# NOTICE TO FILE CLAIM

**TO THE DEBTOR, CREDITORS AND OTHER PARTIES IN INTEREST:**

1. Notice was previously given that an order for the relief under the U.S. Bankruptcy Code had been entered on a petition filed by or against the above referenced debtor.
2. The original notice states that there were no apparent assets and the creditors should not file proofs of claim. However, assets have now been recovered from which it appears that payment to creditors may be possible. Accordingly, **September 13, 2023** is fixed as the last day for filing proofs of claim. Governmental units should refer to 11 USC section 502(b)(9) to determine the last day for filing a proof of claim.
3. A creditor must now file a proof of claim within the time limit in order to share in any distribution from the estate, except as provided in 11 U.S.C Section 501(c). A proof of claim must conform substantially to Official Form 410. A Proof of Claim form ("Official Form 410") can be filed online at the Bankruptcy Court's Website: (http://www.txnb.uscourts.gov) or at any bankruptcy clerk's office. It is necessary to file a claim even if the debtor has scheduled you correctly as a creditor on the lists filed with the Court. If you have previously filed a proof of claim in this case, this notice does not require you to refile your claim. To receive acknowledgement of receipt by the clerk, enclose a copy of the claim and an adequate sized self−addressed stamped envelope.
4. Claims must be filed with the:

    U.S. Bankruptcy Court 306 Federal Building
    1205 Texas Avenue
    Lubbock, TX 79401

**FILE YOUR CLAIM ONLINE**

The United States Bankruptcy Court for the Northern District of Texas now accepts claims in all cases electronically via the Online Claim Filing System. The Court strongly encourages e−Filing your Proof of Claim.

E−filing is fast, free and does not require a login or password.

To learn more and begin filing your Proof of Claim, please visit our website at:
http://www.txnb.uscourts.gov

CLAIMS ADDRESSED OR SENT TO THE DEBTOR, TRUSTEE, OR UNITED STATES TRUSTEE WILL NOT BE FILED.


DATED:  6/16/23              FOR THE COURT:
                             Robert P. Colwell, Clerk of Court

                             by: /s/Chris Tello, Deputy Clerk

Trustee: Kent David Ries

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-20084-rlj |
| McClain Feed Yard, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 10 |
| Date Rcvd: Jun 16, 2023 | Form ID: NOA | Total Noticed: 207 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | McClain Feed Yard, Inc., 4010 FM 1057, Hereford, TX 79045-7386 |
| cr | + | 2B Farms, a Texas General Partnership, and Terry a, c/o Todd J. Johnston, McWhorter, Cobb & Johnson, LLP, P.O. Box 2547, Lubbock, TX 79408-2547 |
| cr | + | AJ Jacques Living Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Amy Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Arnold Braun Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Bryan Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Buss Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Charles Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Colby Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Cole Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Craig Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| intp | + | Crystal McClain, c/o Marcus H. Herbert, Attorney at Law, 416 South 5th Street, Paducah, KY 42003-1530 |
| cr | + | Curtis Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | David Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Dennis Buss, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Don Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | Dora Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Douglas Finley, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Dustin Johnson, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Eddie Bryant, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Eddie Stewart, 1571 Upper Zion Road, Brownsville, TN 38012-8064 |
| cr | + | Gary Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gene Brookshire Family, LP, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gray Brothers, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gungoll Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jan Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Janet Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Janice Lawhon, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jared Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jim Rininger, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jimmy Greer, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Joel Brookshire, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jordan Lesh, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Kinsey Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | Leah Gungoll, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Lesh Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Lyndal Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Michael Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Miranda Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Morrison Cafe, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Nikki Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Northland Capital Financial Services, LLC, c/o Jenkins & Kling, P.C., 150 N. Meramec Ave., Suite 400, St. Louis, MO 63105-3753 |
| cr | + | Robert & Rachel Stewart, Lane & Countryman, 1045 Cheever Blvd., Ste. 103, San Antonio, TX 78217-6223 |
| cr | + | Robert Braun, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 2 of 10 |
| Date Rcvd: Jun 16, 2023 | Form ID: NOA | Total Noticed: 207 |

| | | |
|---|---|---|
| cr | + | Robert E Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Robert Spring, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Ronnie Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Scarlet and Black Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Scott Livestock Company, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Sherle Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steve Ryan, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steve T Scott Farm, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steven Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Susan Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | W. Robbie Russell Living Trust, 414 Preston Drive, Brownsville, TX 38012-2468 |
| cr | + | Wiley Roby Russell, Jr., 414 Preston Drive, Brownsville, TN 38012-2468 |
| 20151050 | + | AJ JACQUES LIVING TRUST, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151047 | + | AMY SUTTON, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151066 | + | ARNOLD BRAUN TRUST, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138259 | + | Acey Livestock, LLC, 211 Old Orchard Road, Perryville, KY 40468-9782 |
| 20138260 | + | AgTexas Farm Credit Services, 2001 S. Soney Road, Amarillo, TX 79124-2407 |
| 20138261 | + | AgTexas, PCA, 2001 S. Soney Road, Amarillo, TX 79124-2407 |
| 20138262 | + | Angela Powell, 86 B Commerce Blvd., Benton, KY 42025-1110 |
| 20138263 | + | Arnold Braun or Arnold Braun Trust, 4932 E SR 70, Grandview, IN 47615-9620 |
| 20138399 | + | Atten: David L. LeBas, Naman Howell Smith & Lee, Attorneys at Law, 8310 N. Capital of Texas HWY, Ste 490 Austin, TX 78731-1081 |
| 20154189 | + | BJM Sales & Service, PO Box 1073, Hereford, TX 79045-1073 |
| 20151063 | + | BRYAN BLACKMAN, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151041 | + | BUSS FAMILY TRUST, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20156722 | | Bar D Ranch Land & Cattle, 4458 S. U.S. Highway 441, Lake City, FL 32025-0306 |
| 20138264 | + | Bar D Ranch Land & Cattle, LLC, 4458 South US Highway 441, Lake City, FL 32025-0306 |
| 20138265 | + | Big Seven Capital Partners LLC, 200 Rock Vista Run, Austin, TX 78737-2843 |
| 20138266 | + | Bo Robinson, 9397 County Rd. 3114, Snyder, TX 79549-1379 |
| 20138267 | + | Bryan Blackman, 4553 Texas Street, Healdton, OK 73438-2906 |
| 20138268 | + | C Heart Ranch, LLC, 454 Daniels Lane, Ardmore, OK 73401-5304 |
| 20151072 | + | CHARLES LOCKWOOD, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151078 | + | COLBY VAN BUSKIRK, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151073 | + | COLE LOCKWOOD, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151046 | + | CRAIG SUTTON, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138269 | + | Cactus Feeders Finance LLC, PO Box 3050, Amarillo, TX 79116-3050 |
| 20138270 | + | Cactus Operating LLC, Robert M Kettle, Agent, 600 S. Tyler St., Suite 280, Amarillo, TX 79101-2353 |
| 20138271 | + | Caleb Little, 672 Nelson Trl, Dexter, KY 42036-9402 |
| 20138272 | | Carl Pickett, 524 Travis Street/650 FM 163 Rd, Liberty, TX 77575 |
| 20138273 | | Carr, Riggs, & Ingram, LLC, 2424 Louisiana Blvd. NW, Suite 300, Albuquerque, NM 87110 |
| 20138274 | + | Carraway Cattle, 200 Rock Vista Run, Austin, TX 78737-2843 |
| 20138390 | + | Chelsea Waters McClain, 824 Mullins Lane, Benton, KY 42025-4702 |
| 20138391 | + | Clint Quarles, Kentucky Department of Agriculture, 105 Corporate Drive, Frankfort, KY 40601-8332 |
| 20138392 | + | Cody L. Simmons, P.O. Box 180, Canyon, TX 79015-0180 |
| 20138393 | + | Colton Long, 2001 S. Soney Road, Amarillo, TX 79124-2407 |
| 20138396 | + | Cory Don Priest, 6010 East FM 597, Abernathy, Texas 79311-5424 |
| 20156912 | + | Curtis Jones Farms, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| 20138398 | + | Curtis Jones Farms LLC, 1720W. 13th Ave., Emporia, KS 66801-5659 |
| 20151040 | + | DENNIS BUSS, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151082 | + | DORA BLACKMAN, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151061 | + | DOUGLAS FINLEY, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151081 | + | DUSTIN JOHNSON, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138400 | | David Rainey 88 CR 640, Corinth, MS 38834 |
| 20138401 | + | Death Creek Farms LLC, 10150 Highway 47, West Point, MS 39773-4802 |
| 20138402 | + | Don Jones 2434 Road Y, Reading, KS 66868-9006 |
| 20138403 | + | Don Jones Farm, Inc. 2434 Road Y, Reading, KS 66868-9006 |
| 20156897 | + | Don Jones Trucking, Inc., 2434 Road Y, Reading, KS 66868-9006 |
| 20138404 | + | Douglas C. Pritchett, 19601 FM 1541, Canyon, TX 79015-6387 |
| 20138405 | + | Dr. Arnold Bra1,1n, 4932 E. SR 70, Grandview, IN 47615-9620 |
| 20138406 | | Dwight Jesko, 112 Rr 5/ 3970 FM 1057, Hereford, TX 79045 |
| 20151042 | + | EDDIE BRYANT, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138407 | + | Eric Dejarnatt 1115 CR 1024, Cunningham, KY 42035-9309 |

Case 23-20084-rlj7   Doc 61   Filed 06/18/23   Entered 06/18/23 23:16:40   Desc
Imaged Certificate of Notice   Page 4 of 11

| District/off: 0539-2 | User: admin | Page 3 of 10 |
| --- | --- | --- |
| Date Rcvd: Jun 16, 2023 | Form ID: NOA | Total Noticed: 207 |

| | | |
| --- | --- | --- |
| 20138408 | + | First Capital Bank of Texas, 3900 Soncy Road, Amarillo, TX 79119-6673 |
| 20138409 | + | First Kentucky Bank, Inc., 605 Main Street, Benton, KY 42025-1236 |
| 20138411 | + | Friona Industries, L.P., 500 S. Taylor Street, Suite 601, Amarillo, TX 79101-2447 |
| 20151054 | + | GARY LESH, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151060 | + | GENE BROOKSHIRE FAMILY, LP, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151045 | + | GRAY BROTHERS, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151051 | + | GUNGOLL CATTLE, LLC, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138413 | + | Garwood Cattle Company LLC, 2538 Middleton Road, Columbiana, OH 44408-9550 |
| 20149630 | + | Heartland Co-op, 2829 Westown Parkway, Suite 350, West Des Moines, IA 50266-1340 |
| 20156847 | + | Hines Cattle Company, LLC, 12609 NW 298th St., High Springs, FL 32643-4911 |
| 20156863 | + | Hines Farms, LLC, 1019 NE 90th Ave., High Springs, FL 32643-5121 |
| 20138414 | + | J. Brent Burnett, 1612 Sanderson Rd., Mayfield, KY 42066-9108 |
| 20151055 | + | JAN LESH, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151077 | + | JANET VAN BUSKIRK, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151049 | + | JANICE LAWHON, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151057 | + | JARED LESH, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151068 | + | JIM RININGER, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151080 | + | JIMMY GREER, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151059 | + | JOEL BROOKSHIRE, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151058 | + | JORDAN LESH, LLC, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138415 | + | Jake Rininger, 2828 S. Co. Rd. 200 W., Rockport, IN 47635-8252 |
| 20138416 | | Jared Lesh Cowhorses Inc., 10801 E. Highway 82, Whitesboro, TX 76273 |
| 20138417 | | Jared Wayne Lesh, 10801 E. Highway 82, Whitesboro, TX 76273 |
| 20138418 | + | Jed Goad, JLE Trucking, Inc., PO Box 451, Red Boiling Springs, TN 37150-0451 |
| 20138420 | + | Jimmy D. Greer, 3209 Wrather Rd., Murray, KY 42071-7417 |
| 20138421 | + | John Dale Tidwell, 209 Duffers Ln, Mayfield, KY 42066-1201 |
| 20138422 | + | John Massouh, Sprouse Shrader Smith PLLC, Box 15008, Amarillo, TX 79105-5008 |
| 20138424 | + | Jordan Robert Lesh, 10400 N. Perkins Rd., Stillwater, OK 74075-1860 |
| 20138423 | + | Jordan and Jan Lesh, 10400 N. Perkins Road, Stillwater, OK 74075-1860 |
| 20138425 | + | Julie Whitlock, P.O. Box 389, Mayfield, KY 42066-0029 |
| 20152159 | + | Justin Stuever, P.O. Box 22, Morrison OK 73061-0022 |
| 20138426 | + | Keeling Cattle Feeders, Inc., PO Box 1853, Hereford, Texas 79045-1853 |
| 20138427 | + | Keith Harris Farms, Inc., 703 Waller Cemetery Road, Benton, KY 42025-4770 |
| 20138428 | + | Kenneth Netardus, P.O. Box 3280, Amarillo, TX 79116-3280 |
| 20138429 | + | Kentucky Department of Agriculture, 105 Corporate Drive, Frankfort, KY 40601-8332 |
| 20156887 | + | Kinsey Jones, 30308 S. Carlson Rd., Reading, KS 66868-9055 |
| 20151052 | + | LEAH GUNGOLL, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151056 | + | LESH FAMILY TRUST, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151076 | + | LYNDAL VAN BUSKIRK, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138430 | + | Lazy J Arena, LLC, 1419 W. 80th Street, Stillwater, OK 74074-8164 |
| 20138431 | + | Lazy J. Cattle, 1515 W. 80th Street, Stillwater, OK 74074-8186 |
| 20138432 | + | Lesh Family Trust, 19700 County Road 200, Perry, OK 73077-8530 |
| 20138433 | + | Lesh Trucking', 10400 N. Perkins Rd., Stillwater, OK 74075-1860 |
| 20138434 | + | Lyndal Vanbuskirk, P.0 Box 778, Ringling, OK 73456-0778 |
| 20138435 | + | MAP Enterprises Inc., P.0. Box 1045, Mayfield, KY 42066-0041 |
| 20152072 | + | MAP Enterprises, Inc., c/o Jeff P. Prostok, 777 Main Street, Suite 1550, Fort Worth, TX 76102-5384 |
| 20151070 | + | MICHAEL EVANS, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151071 | + | MIRANDA EVANS, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151053 | + | MORRISON CAF LLC, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138436 | + | Meagan B. Goad, 1775 Wadesboro Rd., S Benton, KY 42025-4777 |
| 20138439 | + | Michael Gourley, P.O. Box 1045, Mayfield, KY 42066-0041 |
| 20138440 | + | Michael Johnson, Ray Quinney and Nebeker, P.C., 36 South State Street, Suite 1400, Salt Lake City, UT 84111-1451 |
| 20138441 | + | Mykel Linn Tidwell, 66 Lake Terry Dr., Mayfield, KY 42066-6982 |
| 20151075 | + | NIKKI LOCKWOOD, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138442 | + | Northland Capital Financial Services, LL, P.0. Box 7278, Saint Cloud, MN 56302-7278 |
| 20143839 | + | Northland Capital Financial Services, LLC, 333 33rd Ave South, St. Cloud, MN 56301-5495 |
| 20138443 | + | Oklahoma AgCredit, 601 East Kenosha, Broken Arrow, OK 74012-2002 |
| 20138444 | + | Open A Arena LLC, 14500 S. Fm 1258, Amarillo, TX 79118-4610 |
| 20138445 | + | Patti Priest, 6010 East FM 597, Abernathy, TEXAS 79311-5424 |
| 20138447 | + | Priest Cattle Company, Ltd, 6010 East FM 597, Abernathy, Texas 79311-5424 |
| 20138446 | + | Priest Cattle and Land Company, Inc., 6010 East FM 597, Abernathy, Texas 79311-5424 |

Case 23-20084-rlj7  Doc 61  Filed 06/18/23  Entered 06/18/23 23:16:40  Desc
Imaged Certificate of Notice  Page 5 of 11

| District/off: 0539-2 | User: admin | Page 4 of 10 |
| --- | --- | --- |
| Date Rcvd: Jun 16, 2023 | Form ID: NOA | Total Noticed: 207 |

| | | |
| --- | --- | --- |
| 20138448 | + | Priest Victory Investment LLC, 6010 East FM 597, Abernathy, Texas 79311-5424 |
| 20138449 | + | Producers Credit Corporation, 8351 N. High Street, Suite 250, Columbus, OH 43235-1440 |
| 20158794 | | Purina Animal Nutrition LLC, 4001 Lexington Avenue North, Arden Hills, MN 55126-2998 |
| 20151067 | + | ROBERT BRAUN, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151043 | + | ROBERT E. GRAY, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151069 | + | ROBERT SPRING, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151044 | + | RONNIE GRAY, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138450 | | Rabo Agrifinance LLC, 146.76 Outer 40 Road Ste. 400, Chesterfield, MO 63017 |
| 20138452 | + | Rapp Ranch, 400 Smith Trail, Weatherford, TX 76088-1606 |
| 20138453 | + | Rick Rodgers 786 Sutton Ln., Mayfield, KY 42066-6551 |
| 20138454 | + | Riley Livestock, 250 Brittian Lane, Mayfield, KY 42066-4617 |
| 20138456 | + | Robert Braun, 12307 E. Co Rd. 1160 N, Evanston, IN 47531-8076 |
| 20151062 | + | SCARLET AND BLACK CATTLE, LLC, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151065 | + | SCOTT LIVESTOCK COMPANY, INC., c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151074 | + | SHERLE LOCKWOOD, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151048 | + | STEVE RYAN, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151064 | + | STEVE T SCOTT FARM, INC., c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151079 | + | SUSAN VAN BUSKIRK, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138457 | + | Samuel S. Brown, 3430 St. Rt 45 S, Mayfield, KY 42066-6135 |
| 20138458 | + | Scarlet & Black Cattle, LLC, 5402 Walesa Court, Amarillo, TX 79119-6285 |
| 20138459 | + | Scott Livestock Company (Steve Scott), 10150 Highway 47, West Point, MS 39773-4802 |
| 20156730 | + | Shaw & Shaw Farms Partnership, LLC, 11605 NW 140 St., Alachua, FL 32615-6435 |
| 20138460 | + | Sherman Trucking, 2098 Symsonia Highway/ 5508 Oak Level Ro, Benton, KY 42025-5024 |
| 20138461 | + | Spencer Clift, BAKER, DONELSON, BEARMAN, CALDWELL & BER, 165 Madison Ave., Memphis, TN 38103-2799 |
| 20138463 | + | Steve T. Scott Farms, Inc., 10150 Highway 4 7, West Point, MS 39773-4802 |
| 20138464 | | Steven L. Hoard, Mullin Hoard & Brown, LLP, 500 S. Taylor79101, Suite, 800 Amarillo National Bank Plaza II, Amarillo, TX 79101 |
| 20138467 | + | TGF Ranch, 1585 E M-79 Hwy, Hastings, MI 49058-8895 |
| 20138465 | + | Takeuchi Financial Services, a program of Bank, 1625 West Fountainhead Parkway,, AZ-FTN-1, Temp e,AZ 85282-2371 |
| 20138466 | + | Terry Burnett, 210 Bethel Church Rd ., Melber, KY 42069-8826 |
| 20140869 | + | Thomas C. Riney, Underwood Law Firm, P.C., 500 S. Taylor, Suite 1200, Amarillo, TX 79101-2446 |
| 20138468 | | Thorlakson Feedyards, 273131 Rr 284, Airdrie, Alberta, T4A 0H4 Canada |
| 20138469 | + | Tom Thorlakson, 2548 CR 15, Friona,TX 79035-7034 |
| 20138470 | + | W. Heath Hendricks UNDERWOOD LAW FIRM, 500 S. Taylor Street Ste. 1200, Amarillo, TX 79101-2401 |
| 20138472 | + | WJ Performance Horses, Inc., 524 Travis Street, Liberty, TX 77575-4824 |
| 20138471 | + | Wildforest Cattle Company LLC, 1206 Paris Road, Mayfield, KY 42066-4989 |

TOTAL: 201

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
| --- | --- | --- | --- | --- |
| 20138275 | | Email/Text: fpdbankruptcynoticesgroup@cat.com | | |
| | | | Jun 16 2023 21:34:00 | Caterpillar Financial Services Corporation, 2120 West End Avenue, Nashville, TX 37203-0986 |
| 20138394 | | Email/Text: bankruptcy@cfsvcs.com | | |
| | | | Jun 16 2023 21:34:00 | Community Financial Services Bank, 221 W 5th Street, Benton, KY 42025 |
| 20138395 | | Email/Text: bankruptcy@cfsvcs.com | | |
| | | | Jun 16 2023 21:34:00 | Community Financial Services Bank, POBox467, Benton, KY 42025-0467 |
| 20138412 | | Email/Text: CreditandResolutionsLitigation@fcsamerica.com | | |
| | | | Jun 16 2023 21:34:00 | Frontier Farm Credit, 2009 Vanesta Place, Manhattan, KS 66503 |
| 20138438 | + | Email/Text: SPECIAL_SERVICES@mechanicsbank.com | | |
| | | | Jun 16 2023 21:35:00 | Mechanics Bank, 18400 Von Karman Avenue Suite 1100, Irvine, CA 92612-0517 |
| 20138451 | | Email/Text: fm.us.RAFCFLegal@raboag.com | | |
| | | | Jun 16 2023 21:34:00 | Rabo Agrifinance LLC, 1402 Technology Parkway, Cedar Falls, IA 50613 |

TOTAL: 6

| District/off: 0539-2 | User: admin | Page 5 of 10 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: NOA | Total Noticed: 207 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 20138462 |  | Stanley Ayers, 6200 Ross Rd. Rockford,OH |
| 20138419 | *+ | Jed Goad, JLE Trucking, Inc., PO Box 451, Red Boiling Springs, TN 37150-0451 |
| 20138258 | ##+ | 2B Farms Inc, 9012 County Rd. 3114, Snyder, TX 79549-1318 |
| 20138397 | ##+ | Crystal McClain, 824 Mullins Lane, Benton, KY 42025-4702 |
| 20138410 | ##+ | Friona Industries, PO Box 15568, Amarillo, TX 79105-5568 |
| 20138437 | ##+ | Meagan B. Powell, 621 Mullins Ln., Benton, KY 42025-4762 |

TOTAL: 1 Undeliverable, 1 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2023              Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abel Angel Leal | on behalf of Creditor Steve Ryan abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Scott Livestock Company  Inc. abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Robert Spring abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Robert Braun abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gungoll Cattle  LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jordan Lesh  LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gary Lesh abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jan Lesh abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | |

Case 23-20084-rlj7 Doc 61 Filed 06/18/23 Entered 06/18/23 23:16:40 Desc
Imaged Certificate of Notice Page 7 of 11

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 6 of 10 |
| Date Rcvd: Jun 16, 2023 | Form ID: NOA | Total Noticed: 207 |

| | |
|---|---|
| | on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gene Brookshire Family LP abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Michael Evans abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jim Rininger abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Craig Sutton abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Douglas Finley abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Dora Blackman abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Steve T Scott Farm Inc. abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Dennis Buss abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Miranda Evans abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Morrison Cafe LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gray Brothers abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jared Lesh abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Amy Sutton abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Scarlet and Black Cattle LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |

Case 23-20084-rlj7   Doc 61   Filed 06/18/23   Entered 06/18/23 23:16:40   Desc
Imaged Certificate of Notice   Page 8 of 11

| District/off: 0539-2 | User: admin | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: NOA | Total Noticed: 207 |

Abel Angel Leal
    on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Robert E Gray abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Amber Miller
    on behalf of Creditor Robert Ellis amiller@cdmlaw.com mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Big Seven Capital Partners LLC amiller@cdmlaw.com, mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Ridgefield Capital Group LLC amiller@cdmlaw.com, mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Barry Phillips amiller@cdmlaw.com mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Andrew Phillips amiller@cdmlaw.com mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Richard Carraway amiller@cdmlaw.com mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Scott Stewart amiller@cdmlaw.com mlong@cdmlaw.com

Charles Dunham Biles
    on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust dunham.biles@steptoe-johnson.com, rachel.ramezan@steptoe-johnson.com

Daniel P. Callahan
    on behalf of Creditor Northland Capital Financial Services LLC dpc@kesslercollins.com, gld@kesslercollins.com

David Weitman
    on behalf of Interested Party David Weitman david.weitman@klgates.com

David L. LeBas
    on behalf of Creditor AgTexas Farm Credit Services AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
    on behalf of Creditor Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
    on behalf of Creditor Thorlackson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

Dawn Whalen Theiss
    on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dylan Tanner Franklin Ross
    on behalf of Creditor MAP Enterprises Inc. dross@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;khartogh@forsheyprostok.com

Jeff P. Prostok
    on behalf of Creditor MAP Enterprises Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com; khartogh@ecf.courtdrive.com

John F. Massouh
    on behalf of Creditor Michael Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Steve T Scott Farm Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert Spring john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gene Brookshire Family LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

| John F. Massouh | on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
|---|---|
| John F. Massouh | on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jordan Lesh LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Robert Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Morrison Cafe LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |

Case 23-20084-rlj7  Doc 61  Filed 06/18/23  Entered 06/18/23 23:16:40  Desc
Imaged Certificate of Notice  Page 10 of 11

| District/off: 0539-2 | User: admin | Page 9 of 10 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: NOA | Total Noticed: 207 |

| | |
|---|---|
| John F. Massouh | on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John H. Lovell | on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust john@lovell-law.net, paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net |
| John R. Lane, Jr. | on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com  mcountryman@jrl-law.com;rdaniel@jrl-law.com |
| Kent David Ries | on behalf of Trustee Kent David Ries trustee@kentries.com  TX41@ecfcbis.com |
| Kent David Ries | trustee@kentries.com  TX41@ecfcbis.com |
| Kyle Weldon | on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Wiley Roby Russell  Jr. kyle@bradburycounsel.com |
| Marcus Herbert | on behalf of Interested Party Crystal McClain herbertlaw@vci.net |
| Max Ralph Tarbox | on behalf of Debtor McClain Feed Yard  Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Michael R. Johnson | on behalf of Creditor Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com |
| Nicole E. Gorovsky | on behalf of Creditor Northland Capital Financial Services  LLC ngorovsky@jenkinskling.com, cwoods@jenkinskling.com |
| Steven Lee Hoard | on behalf of Creditor Curtis Jones Farms shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Farms  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Curtis Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones Farms  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Cattle Company  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones Trucking  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com |

| District/off: 0539-2 | User: admin | Page 10 of 10 |
|---|---|---|
| Date Rcvd: Jun 16, 2023 | Form ID: NOA | Total Noticed: 207 |

Steven Lee Hoard
on behalf of Creditor Steven Hines shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
on behalf of Creditor David Hines shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Todd Jeffrey Johnston
on behalf of Creditor 2B Farms  a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com, tlofgren@mcjllp.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

William Heath Hendricks
on behalf of Creditor Rabo AgriFinance  LLC heath.hendricks@uwlaw.com, roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

TOTAL: 126