Kent Ries, Attorney at Law
State Bar No.  16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC. | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtor. | § | |
| IN RE: | § | |
| | § | |
| MCCLAIN FARMS, INC. | § | CASE NO. 23-20085-RLJ-7 |
| | § | |
| Debtor. | § | |
| IN RE: | § | |
| | § | |
| 7M CATTLE FEEDERS, INC. | § | CASE NO. 23-20086-RLJ-7 |
| | § | |
| Debtor. | § | |

**MOTION OF TRUSTEE FOR AN ORDER (1) DIRECTING JOINT ADMINISTRATION PURSTANT TO BANKRUPTCY RULE 1015(b); AND (2) WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION 342(c)(1) AND BANKRUPTCY RULES 1005 AND 2002(n) WITH SHORTENED NOTICE**

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy estates, and files this Motion for an Order (1) *Directing Joint Administration Pursuant to Bankruptcy Rule 1015(b); and (2) Waiving Requirements of Bankruptcy Code Section 342(c)(1)*

*and Bankruptcy Rules 1005 and 2002(n) with Shortened Notice* (this "Motion") and in support thereof would respectfully show unto the Court as follows:

**Jurisdiction and Venue**

1. This Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §§ 157(b)(2)(A) and 1334.

2. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The statutory basis for the relief requested herein are section 342(c)(1), Title 11 of the United States Code (the "Bankruptcy Code"), Rules 1005, 1015(b), and 2002(n) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and Rule 1015-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas (the "Local Rules").

**Background**

4. On April 28, 2023 (the "Petition Date"), the Debtors commenced these Chapter 7 cases by each filing voluntary petitions for relief under Chapter 7 of the Bankruptcy Code. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estate.

5. Trustee will administer these cases as asset cases.

6. Each of the Debtors operated a cattle feedlot and/or growyard. All three of the Debtors were solely owned by Brain Keith McClain of Benton, Kentucky. Mr. McClain committed suicide on April 18, 2023. Mr. McClain turned over management of the Debtors to CFO Solutions, LLC d/b/a Ampleo on April 9, 2023. Glenn Karlberg of Ampleo has acted as the Debtors' Chief Restructuring Officer (the "CRO") since April 9, 2023, including authorizing the Debtors' bankruptcy filings and signing their filed Schedules and Statement of Financial Affairs.

7. The Debtors' business operations have significant overlap, including one major secured creditor (Rabo AgriFinance LLC) whose claim exceeds $53,000,000.00 pursuant to its recent motion for relief from the automatic stay. Rabo claims cross collateralization of all three Debtor's assets. Further, many of the same vendors, customers and investors did business with all three Debtors.

8. To date, many of the parties filing pleadings in these cases are filing the same motions, responses, notices, etc. in all three Debtor cases. This process is inefficient and cumbersome for the parties and this Court. In response to party motions, this Court has had to enter the same Order in all three cases as well.

## Relief Requested

9. Pursuant to Bankruptcy Rule 1015(b), the Trustee seeks joint administration of these Chapter 7 Cases, which include McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ), and implementation of the following procedures:

a. One docket shall be maintained for the Debtors' cases, under the case number assigned to McClain Feed Yard, Inc.

b. The caption of all pleadings, orders, and other papers filed shall be modified as follows to reflect the joint administration of these cases:

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,1** | § | **CASE NO. 23-20084-RLJ-7** |
| | § | |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

1 The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

**MOTION OF TRUSTEE FOR AN ORDER (1) DIRECTING JOINT ADMINISTRATION PURSTANT TO BANKRUPTCY RULE 1015(b); AND (2) WAIVING REQUIREMENTS OF BANKRUPTCY CODE SECTION 342(c)(1) AND BANKRUPTCY RULES 1005 AND 2002(n) WITH SHORTENED NOTICE – PAGE 3**

c. A notation substantially similar to the following shall be entered on the docket for the other two Debtors to reflect that each of the Debtors' Chapter 7 cases shall be jointly administered under the MCCLAIN FEED YARD, INC., Chapter 7 case:

> An Order has been entered in this case directing joint administration of this case with the Chapter 7 bankruptcy case of MCCLAIN FEED YARD, INC., Case No. 23-20084-RLJ solely for procedural purposes. The docket for MCCLAIN FEED YARD, INC. should be consulted for all matters affecting this case.

d. Each of the Debtors shall file separate Schedules of Assets and Liabilities and Statements of Financial Affairs;

e. Proofs of claim filed by creditors of any of the Debtors shall reflect the caption and case number of the Debtor to which the claim relates and in whose case such claim is to be filed;

f. Separate claims registers shall be maintained for each of the Debtors.

10. The Trustee additionally requests waiver of the need to include the Debtors' full tax identification numbers in pleading captions. See 11 U.S.C. § 342(c)(1); FED. R. BANKR. P. 1005 & 2002(n).

11. Bankruptcy Rule 1015 authorizes this Court to order the joint administration of the estates of a debtor and its affiliates. "If a joint petition or two or more petitions are pending in the same court by … (4) a debtor and an affiliate, the court may order a joint administration of the estates." Each of the above-captioned Debtors are affiliates of one another. See 11 U.S.C. § 101(2). They are sister entities, as the same person, Brian McClain, was the sole shareholder of each Debtor.

12. Joint administration of these cases will save considerable time and expense for the Debtors, their creditors, their estates, the United States Trustee, and this Court. The relief requested from this Court will be common to each of the Debtors and joint administration will therefore prevent duplicative pleadings, notices, and orders.

13. Creditors will not be adversely affected by joint administration of these cases. The Trustee is not seeking substantive consolidation. Each creditor will be required to file a claim against each particular Debtor's estate, separate claims registers will be maintained, and each of the estate's assets will be subject only to the claims of creditors of that estate.

14. In addition, omitting the Debtors' tax identification number and address from pleading captions is purely procedural and will not affect any party's rights as this information is available already on the Debtors' Chapter 7 petitions.

15. The Trustee has recently held the Debtors 341 meetings on a joint basis, with the approval of the United States Trustee. The Trustee has also filed in each Debtor case a notation of the 341 meeting being held and concluded with assets. A bar date has been assigned for filing claims in each case. The Trustee intends at this time to file any final report separately in each Debtor's case.

## CONCLUSION

WHEREFORE, the Debtors respectfully request that the Court enter an Order substantially in the form annexed hereto, (a) ordering the joint administration of these bankruptcy cases, and (b) granting such other and further relief as is just and proper.

Respectfully submitted,

Kent Ries, Attorney at Law
PO Box 3100

        Amarillo, Texas 79116
        (806) 242-7437
        (806) 242-7440-Fax

        By:  /s/ Kent Ries
           Kent Ries
           State Bar No. 1691450

        COUNSEL FOR TRUSTEE

## CERTIFICATE OF CONFERENCE

The Trustee has conferred with numerous parties in this case regarding this motion, including the major secured creditor, several substantial unsecured creditors and counsel for the United States Trustee. All parties are in favor of the Motion, no parties have raised any objections to the Motion. Counsel for the United States Trustee authorized the Trustee to conduct the 341 meetings for all three cases jointly, which did occur on June 14, 2023.

## SHORTENED NOTICE OF RESPONSE REQUIRED

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 205 SOUTHEAST FIFTH AVENUE, ROOM 201D, AMARILLO, TEXAS 79101, BEFORE 4:30 P.M. ON JUNE 26, 2023.**

**ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

## CERTIFICATE OF SERVICE

I certify that on the 19th day of June 2023, a true and correct copy of the foregoing Motion for Approval of Employment of Counsel for Trustee was sent either electronically via ECF or mailed in the United States mail, postage prepaid, to the parties listed on the attached mailing matrix:

/s/   Kent Ries
Kent Ries

| | | |
|---|---|---|
| 2B Farms Inc<br>9012 County Rd. 3114<br>Snyder, TX 79549-1318 | 2B Farms, a Texas General Partnership, and T<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>P.O. Box 2547<br>Lubbock, TX 79408-2547 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| Acey Livestock, LLC<br>211 Old Orchard Road<br>Perryville, KY 40468-9782 | AgTexas Farm Credit Services<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 | AJ Jacques Living Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| AJ JACQUES LIVING TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015-0180 | Amy Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | AMY SUTTON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015-0180 |
| Angela Powell<br>86 B Commerce Blvd.<br>Benton, KY 42025-1110 | Arnold Braun or Arnold Braun Trust<br>4932 E SR 70<br>Grandview, IN 47615-9620 | Arnold Braun Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| ARNOLD BRAUN TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015-0180 | Atten: David L. LeBas<br>Naman Howell Smith & Lee<br>Attorneys at Law<br>8310 N. Capital of Texas HWY<br>Ste 490<br>Austin, TX 78731-1081 | Bar D Ranch Land & Cattle<br>4458 S. U.S. Highway 441<br>Lake City, FL 32025-0306 |
| Big Seven Capital Partners LLC<br>200 Rock Vista Run<br>Austin, TX 78737-2843 | BJM Sales & Service<br>PO Box 1073<br>Hereford, TX 79045-1073 | Bo Robinson<br>9397 County Rd. 3114<br>Snyder, TX 79549-1379 |
| Bryan Blackman<br>4553 Texas Street<br>Healdton, OK 73438-2906 | Bryan Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | BUSS FAMILY TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015-0180 |
| Buss Family Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | C Heart Ranch, LLC<br>454 Daniels Lane<br>Ardmore, OK 73401-5304 | Cactus Feeders Finance LLC<br>PO Box 3050<br>Amarillo, TX 79116-3050 |
| Cactus Operating LLC<br>Robert M Kettle, Agent<br>600 S. Tyler St., Suite 280<br>Amarillo, TX 79101-2353 | Caleb Little<br>672 Nelson Trl<br>Dexter, KY 42036-9402 | Carl Pickett<br>524 Travis Street/650 FM 163 Rd<br>Liberty, TX 77575 |
| Carr, Riggs, & Ingram, LLC<br>2424 Louisiana Blvd. NW<br>Suite 300<br>Albuquerque, NM 87110 | Carraway Cattle<br>200 Rock Vista Run<br>Austin, TX 78737-2843 | CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE, TN 37203-5341 |

Charles Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

CHARLES LOCKWOOD
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Chelsea Waters McClain
824 Mullins Lane
Benton, KY 42025-4702

Clint Quarles
Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601-8332

Cody L. Simmons
P.O. Box 180
Canyon, TX 79015-0180

COLBY VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Colby Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

COLE LOCKWOOD
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Cole Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Colton Long
2001 S. Soney Road
Amarillo, TX 79124-2407

COMMUNITY FINANCIAL SERVICES BANK
ATTN ATTN LOSS MITIGATION
P O BOX 467
BENTON, KY 42025-0467

Community Financial Services Bank
221 W 5th Street
Benton, KY 42025

Community Financial Services Bank
POBox467
Benton, KY 42025-0467

Cory Don Priest
6010 East FM 597
Abernathy, TX 79311-5424

CRAIG SUTTON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Craig Sutton
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Crystal McClain
c/o Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42003-1530

Crystal McClain
824 Mullins Lane
Benton, KY 42025-4702

Curtis Jones Farms
1720 W. 13th Ave.
Emporia, KS 66801-5659

David Hines
12609 NW 298th St.
High Springs, FL 32643-4911

David Rainey
88 CR 640
Corinth, MS 38834

Death Creek Farms LLC
10150 Highway 47
West Point, MS 39773-4802

DENNIS BUSS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Dennis Buss
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Don Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Don Jones
2434 Road Y
Reading, KS 66868-9006

Dora Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

DORA BLACKMAN
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Douglas C. Pritchett
19601 FM 1541
Canyon, TX 79015-6387

DOUGLAS FINLEY
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

```
Douglas Finley                    Dr. Arnold Bra1,1n                Dustin Johnson
c/o John Massouh                  4932 E. SR 70                     c/o John Massouh
PO Box 15008                      Grandview, IN 47615-9620          PO Box 15008
Amarillo, TX 79105-5008                                             Amarillo, TX 79105-5008


DUSTIN JOHNSON                                                      EDDIE BRYANT
c/o Abel Leal                     Dwight Jesko                      c/o Abel Leal
SIMMONS SMITH BROWN, PLLC         112 Rr 5/ 3970 FM 1057             SIMMONS SMITH BROWN, PLLC
400 13th Street                   Hereford, TX 79045                400 13th Street
PO Box 180                                                          PO Box 180
Canyon, TX 79015-0180                                               Canyon, TX 79015-0180


Eddie Bryant                      Eddie Stewart                     Eric Dejarnatt
c/o John Massouh                  1571 Upper Zion Road              1115 CR 1024
PO Box 15008                      Brownsville, TN 38012-8064        Cunningham, KY 42035-9309
Amarillo, TX 79105-5008


First Capital Bank of Texas       First Kentucky Bank, Inc.         Friona Industries
3900 Soncy Road                   605 Main Street                   PO Box 15568
Amarillo, TX 79119-6673           Benton, KY 42025-1236             Amarillo, TX 79105-5568


Friona Industries, L.P.           FRONTIER FARM CREDIT              Frontier Farm Credit
500 S. Taylor Street, Suite 601   PO BOX 2409                       2009 Vanesta Place
Amarillo, TX 79101-2447           OMAHA, NE 68103-2409              Manhattan, KS 66503


                                  GARY LESH
                                  c/o Abel Leal                     Gary Lesh
Garwood Cattle Company LLC        SIMMONS SMITH BROWN, PLLC         c/o John Massouh
2538 Middleton Road               400 13th Street                   PO Box 15008
Columbiana, OH 44408-9550         PO Box 180                        Amarillo, TX 79105-5008
                                  Canyon, TX 79015-0180


                                  GENE BROOKSHIRE FAMILY, LP        GRAY BROTHERS
Gene Brookshire Family, LP        c/o Abel Leal                     c/o Abel Leal
c/o John Massouh                  SIMMONS SMITH BROWN, PLLC         SIMMONS SMITH BROWN, PLLC
PO Box 15008                      400 13th Street                   400 13th Street
Amarillo, TX 79105-5008           PO Box 180                        PO Box 180
                                  Canyon, TX 79015-0180             Canyon, TX 79015-0180


                                  GUNGOLL CATTLE, LLC
Gray Brothers                     c/o Abel Leal                     Gungoll Cattle, LLC
c/o John Massouh                  SIMMONS SMITH BROWN, PLLC         c/o John Massouh
PO Box 15008                      400 13th Street                   PO Box 15008
Amarillo, TX 79105-5008           PO Box 180                        Amarillo, TX 79105-5008
                                  Canyon, TX 79015-0180


Heartland Co-op                   Hines Cattle Company, LLC         Hines Farms, LLC
2829 Westown Parkway, Suite 350   12609 NW 298th St.                1019 NE 90th Ave.
West Des Moines, IA 50266-1340    High Springs, FL 32643-4911       High Springs, FL 32643-5121


                                                                    Jan Lesh
J. Brent Burnett                  Jake Rininger                     c/o John Massouh
1612 Sanderson Rd.                2828 S. Co. Rd. 200 W.            PO Box 15008
Mayfield, KY 42066-9108           Rockport, IN 47635-8252           Amarillo, TX 79105-5008
```

```
JAN LESH                         Janet Van Buskirk               JANET VAN BUSKIRK
c/o Abel Leal                    c/o John Massouh                c/o Abel Leal
SIMMONS SMITH BROWN, PLLC        PO Box 15008                    SIMMONS SMITH BROWN, PLLC
400 13th Street                  Amarillo, TX 79105-5008         400 13th Street
PO Box 180                                                       PO Box 180
Canyon, TX 79015-0180                                            Canyon, TX 79015-0180


Janice Lawhon                    JANICE LAWHON                   Jared Lesh
c/o John Massouh                 c/o Abel Leal                   c/o John Massouh
PO Box 15008                     SIMMONS SMITH BROWN, PLLC       PO Box 15008
Amarillo, TX 79105-5008          400 13th Street                 Amarillo, TX 79105-5008
                                 PO Box 180
                                 Canyon, TX 79015-0180


JARED LESH                                                       Jed Goad
c/o Abel Leal                    Jared Lesh Cowhorses Inc.       JLE Trucking, Inc.
SIMMONS SMITH BROWN, PLLC        10801 E. Highway 82             PO Box 451
400 13th Street                  Whitesboro, TX 76273            Red Boiling Springs, TN 37150-0451
PO Box 180
Canyon, TX 79015-0180


JIM RININGER                     Jim Rininger
c/o Abel Leal                    c/o John Massouh                Jimmy D. Greer
SIMMONS SMITH BROWN, PLLC        PO Box 15008                    3209 Wrather Rd.
400 13th Street                  Amarillo, TX 79105-5008         Murray, KY 42071-7417
PO Box 180
Canyon, TX 79015-0180


JIMMY GREER                      Jimmy Greer                     Joel Brookshire
c/o Abel Leal                    c/o John Massouh                c/o John Massouh
SIMMONS SMITH BROWN, PLLC        PO Box 15008                    PO Box 15008
400 13th Street                  Amarillo, TX 79105-5008         Amarillo, TX 79105-5008
PO Box 180
Canyon, TX 79015-0180


JOEL BROOKSHIRE                                                  John Massouh
c/o Abel Leal                    John Dale Tidwell               Sprouse Shrader Smith PLLC
SIMMONS SMITH BROWN, PLLC        209 Duffers Ln                  Box 15008
400 13th Street                  Mayfield, KY 42066-1201         Amarillo, TX 79105-5008
PO Box 180
Canyon, TX 79015-0180


                                                                 JORDAN LESH, LLC
Jordan and Jan Lesh              Jordan Lesh, LLC                c/o Abel Leal
10400 N. Perkins Road            c/o John Massouh                SIMMONS SMITH BROWN, PLLC
Stillwater, OK 74075-1860        PO Box 15008                    400 13th Street
                                 Amarillo, TX 79105-5008         PO Box 180
                                                                 Canyon, TX 79015-0180


Jordan Robert Lesh               Julie Whitlock                  Justin Stuever
10400 N. Perkins Rd.             P.O. Box 389                    P.O. Box 22
Stillwater, OK 74075-1860        Mayfield, KY 42066-0029         Morrison, OK 73061-0022


Keeling Cattle Feeders, Inc.     Keith Harris Farms, Inc.        Kenneth Netardus
PO Box 1853                      703 Waller Cemetery Road        P.O. Box 3280
Hereford, TX 79045-1853          Benton, KY 42025-4770           Amarillo, TX 79116-3280


Kent David Ries
Kent Ries, Trustee               Kentucky Department of Agriculture   Kinsey Jones
PO Box 3100                      105 Corporate Drive             30308 S. Carlson Rd.
Amarillo, TX 79116-3100          Frankfort, KY 40601-8332        Reading, KS 66868-9055
```

Kinsey Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Lazy J Arena, LLC
1419 W. 80th Street
Stillwater, OK 74074-8164

Lazy J. Cattle
1515 W. 80th Street
Stillwater, OK 74074-8186

LEAH GUNGOLL
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Leah Gungoll
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Lesh Family Trust
19700 County Road 200
Perry, OK 73077-8530

Lesh Family Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

LESH FAMILY TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Lesh Trucking'
10400 N. Perkins Rd.
Stillwater, OK 74075-1860

LYNDAL VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Lyndal Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Lyndal Vanbuskirk
P.0 Box 778
Ringling, OK 73456-0778

MAP Enterprises Inc.
P.O. Box 1045
Mayfield, KY 42066-0041

MAP Enterprises, Inc.
c/o Jeff P. Prostok
777 Main Street, Suite 1550
Fort Worth, TX 76102-5384

Max Ralph Tarbox
Tarbox Law, P.C.
2301 Broadway
Lubbock, TX 79401-2916

McClain Feed Yard, Inc.
4010 FM 1057
Hereford, TX 79045-7386

Meagan B. Goad
1775 Wadesboro Rd.
S Benton, KY 42025-4777

Meagan B. Powell
621 Mullins Ln.
Benton, KY 42025-4762

Mechanics Bank
18400 Von Karman Avenue Suite 1100
Irvine, CA 92612-0517

Michael Evans
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

MICHAEL EVANS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Michael Gourley
P.O. Box 1045
Mayfield, KY 42066-0041

Michael Johnson
Ray Quinney and Nebeker, P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84111-1451

MIRANDA EVANS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Miranda Evans
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

MORRISON CAF LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Morrison Cafe, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Mykel Linn Tidwell
66 Lake Terry Dr.
Mayfield, KY 42066-6982

Nikki Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

NIKKI LOCKWOOD
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

```
Northland Capital Financial      Northland Capital Financial      Northland Capital Financial
Services, LL                     Services, LLC                    Services, LLC
P.O. Box 7278                    333 33rd Ave South               c/o Jenkins & Kling, P.C.
Saint Cloud, MN 56302-7278       St. Cloud, MN 56301-5495         150 N. Meramec Ave., Suite 400
                                                                  St. Louis, MO 63105-3753


Oklahoma AgCredit                Open A Arena LLC                 Priest Cattle and Land Company,
601 East Kenosha                 14500 S. Fm 1258                 Inc.
Broken Arrow, OK 74012-2002      Amarillo, TX 79118-4610          6010 East FM 597
                                                                  Abernathy, TX 79311-5424


Priest Cattle Company, Ltd       Priest Victory Investment LLC    Producers Credit Corporation
6010 East FM 597                 899 Rosenthal Road               8351 N. High Street, Suite 250
Abernathy, TX 79311-5424         Lorena, TX 76655-9665            Columbus, OH 43235-1440


Purina Animal Nutrition LLC      Rabo Agrifinance LLC             Rabo Agrifinance LLC
4001 Lexington Avenue North      1402 Technology Parkway          146.76 Outer 40 Road Ste. 400
Arden Hills, MN 55126-2998       Cedar Falls, IA 50613            Chesterfield, MO 63017


RABO AGRIFINANCE LLC             Rapp Ranch                       Rick Rodgers
1402 TECHNOLOGY DR               400 Smith Trail                  786 Sutton Ln.
CEDAR FALLS, IA 50613-1233       Weatherford, TX 76088-1606       Mayfield, KY 42066-6551


                                 Robert & Rachel Stewart
Riley Livestock                  Lane & Countryman                Robert Braun
250 Brittian Lane                1045 Cheever Blvd.               c/o John Massouh
Mayfield, KY 42066-4617          Ste. 103                         PO Box 15008
                                 San Antonio, TX 78217-6223       Amarillo, TX 79105-5008


                                 ROBERT BRAUN
Robert Braun                     c/o Abel Leal                    Robert E Gray
12307 E. Co Rd. 1160 N           SIMMONS SMITH BROWN, PLLC        c/o John Massouh
Evanston, IN 47531-8076          400 13th Street                  PO Box 15008
                                 PO Box 180                       Amarillo, TX 79105-5008
                                 Canyon, TX 79015-0180


ROBERT E. GRAY                   ROBERT SPRING
c/o Abel Leal                    c/o Abel Leal                    Robert Spring
SIMMONS SMITH BROWN, PLLC        SIMMONS SMITH BROWN, PLLC        c/o John Massouh
400 13th Street                  400 13th Street                  PO Box 15008
PO Box 180                       PO Box 180                       Amarillo, TX 79105-5008
Canyon, TX 79015-0180            Canyon, TX 79015-0180


                                 RONNIE GRAY
Ronnie Gray                      c/o Abel Leal
c/o John Massouh                 SIMMONS SMITH BROWN, PLLC        Samuel S. Brown
PO Box 15008                     400 13th Street                  3430 St. Rt 45 S
Amarillo, TX 79105-5008          PO Box 180                       Mayfield, KY 42066-6135
                                 Canyon, TX 79015-0180


                                 SCARLET AND BLACK CATTLE, LLC
                                 c/o Abel Leal                    Scarlet and Black Cattle, LLC
Scarlet & Black Cattle, LLC      SIMMONS SMITH BROWN, PLLC        c/o John Massouh
5402 Walesa Court                400 13th Street                  PO Box 15008
Amarillo, TX 79119-6285          PO Box 180                       Amarillo, TX 79105-5008
                                 Canyon, TX 79015-0180
```

| | | |
|---|---|---|
| Scott Livestock Company (Steve Scott)<br>10150 Highway 47<br>West Point, MS 39773-4802 | SCOTT LIVESTOCK COMPANY, INC.<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015-0180 | Scott Livestock Company, Inc.<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Shaw & Shaw Farms Partnership, LLC<br>11605 NW 140 St.<br>Alachua, FL 32615-6435 | SHERLE LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015-0180 | Sherle Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Sherman Trucking<br>2098 Symsonia Highway/ 5508 Oak Level Ro<br>Benton, KY 42025-5024 | Spencer Clift<br>BAKER, DONELSON, BEARMAN, CALDWELL & BER<br>165 Madison Ave.<br>Memphis, TN 38103-2799 | STEVE RYAN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015-0180 |
| Steve Ryan<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | STEVE T SCOTT FARM, INC.<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015-0180 | Steve T Scott Farm, Inc.<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Steve T. Scott Farms, Inc.<br>10150 Highway 4 7<br>West Point, MS 39773-4802 | Steven Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Steven L. Hoard<br>Mullin Hoard & Brown, LLP<br>500 S. Taylor79101, Suite 800 Amarillo National Bank Plaza II<br>Amarillo, TX 79101 |
| SUSAN VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015-0180 | Susan Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Takeuchi Financial Services, a program of<br>1625 West Fountainhead Parkway, AZ-FTN-1<br>Temp e, AZ 85282-2371 |
| Terry Burnett<br>210 Bethel Church Rd .<br>Melber, KY 42069-8826 | TGF Ranch<br>1585 E M-79 Hwy<br>Hastings, MI 49058-8895 | Thomas C. Riney<br>Underwood Law Firm, P.C.<br>500 S. Taylor, Suite 1200<br>Amarillo, TX 79101-2446 |
| Thorlakson Feedyards<br>273131 Rr 284<br>Airdrie, Alberta, T4A 0H4 Canada | Tom Thorlakson<br>2548 CR 15<br>Friona, TX 79035-7034 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| W. Heath Hendricks UNDERWOOD LAW FIRM<br>500 S. Taylor Street Ste. 1200<br>Amarillo, TX 79101-2401 | W. Robbie Russell Living Trust<br>414 Preston Drive<br>Brownsville, TX 38012-2468 | Wildforest Cattle Company LLC<br>1206 Paris Road<br>Mayfield, KY 42066-4989 |
| Wiley Roby Russell Jr.<br>414 Preston Drive<br>Brownsville, TN 38012-2468 | WJ Performance Horses, Inc.<br>524 Travis Street<br>Liberty, TX 77575-4824 | |

```
Ag Texas Farm Credit Services      Caterpillar Financial Services     Caterpillar Financial Services
PO Box 50060                       John R. Nelson                     Michelle D. Esparza
Amarillo, TX 79159-0060            Dickinson Wright PLLC              Dickinson Wright PLLC
                                   221 N. Kansas St., Suite 200       221 N. Kansas St., Suite 2000
                                   El Paso, TX 79901-1443             El Paso, TX 79901-1472

Caterpillar Financial Services
Corporation                                                           First Kentucky Bank
c/o Dickinson Wright PLLC          Cory Don Priest                    C/O Tom Blankenship
Attention: John Nelson             899 Rosenthal Road                 PO Box 571
607 W. 3rd Street                  Lorena, TX 76655-9665              Blankenship & Edwards
Suite 2500                                                            Benton, KY 42025-0571
Austin, TX 78701-4713


Stanley Ayers
6200 Ross Rd.
Rockford, OH 45882-9523
```