


CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed June 27, 2023

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § § | |
| **MCCLAIN FEED YARD, INC.** | § § § | **CASE NO. 23-20084-RLJ-7** |
| Debtor. | § § § | |
| **IN RE:** | § § | |
| **MCCLAIN FARMS, INC.** | § § § | **CASE NO. 23-20085-RLJ-7** |
| Debtor. | § § § | |
| **IN RE:** | § § | |
| **7M CATTLE FEEDERS, INC.** | § § § | **CASE NO. 23-20086-RLJ-7** |
| Debtor. | § § § § | |

## ORDER GRANTING JOINT ADMINISTRATION OF CASES

COMES NOW the Motion of Trustee for an Order (1) Directing Joint Administration Pursuant to Bankruptcy Rule 1015(b); and (2) Waiving Requirements of Bankruptcy Code Section 342(c)(1) and Bankruptcy Rules 1005 and 2002(n) with Shortened Notice (the "Motion"), which was filed by Kent Ries, the case trustee ("Trustee"). This Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that consideration of the Motion is a core proceeding pursuant to 28 U.S.C. §157(b); that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; that due and proper notice of the Motion has been provided to the necessary parties; that no other or further notice need be provided; that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors, and all parties in interest; that joint administration would serve judicial economy and is appropriate under Rule 1015; that the Trustee has established just cause for the relief requested in the Motion; and that the Court after due deliberation finds sufficient cause appearing therefore, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the above three captioned cases are consolidated for procedural purposes only, and nothing contained in this Order shall be deemed or construed as directing a substantive consolidation of the above captioned cases; and it is further

ORDERED that the above three captioned cases shall be jointly administered under the case number assigned to MCCLAIN FEED YARD, INC., Case No. 23-20084-RLJ; and it is further

ORDERED that the caption in all pleadings and orders filed shall read as follows:

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,**1 | § | **CASE NO. 23-20084-RLJ-7** |
| | § | |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

1 The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

and it is further

ORDERED that all docket entries of such pleadings and orders shall be made in the case of MCCLAIN FEED YARD, INC.; and it is further

ORDERED that a docket entry shall be made in the other two Debtors' Chapter 7 cases substantially as follows:

> An Order has been entered in this case directing joint administration of this case with the Chapter 7 bankruptcy case of MCCLAIN FEED YARD, INC., Case No. 23-20084-RLJ solely for procedural purposes. The docket for MCCLAIN FEED YARD, INC. should be consulted for all matters affecting this case.

ORDERED that each of the Debtors shall file separate Schedules of Assets and Liabilities and Statements of Financial Affairs in the specific case for which they are applicable; and it is further

ORDERED that all proofs of claim filed by creditors of any of the Debtors shall reflect the caption and case number of the specific Debtor to which the claim relates, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, but only in the amount which the creditor may make a claim against that estate; and it is further

ORDERED that separate claims registers shall be maintained for each of the Debtors; and it is further

ORDERED that parties may request joint hearings on matters pending in any of the jointly administered cases; and it is further

ORDERED that the requirement that the Debtors include their full tax identification numbers in pleading captions is hereby waived; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order.

### End of Order ###

Prepared By:

Kent Ries, Attorney at Law
State Bar No.  16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-20084-rlj |
| McClain Feed Yard, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Jun 29, 2023 | Form ID: pdf012 | Total Noticed: 58 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | McClain Feed Yard, Inc., 4010 FM 1057, Hereford, TX 79045-7386 |
| cr | + | 2B Farms, a Texas General Partnership, and Terry a, c/o Todd J. Johnston, McWhorter, Cobb & Johnson, LLP, P.O. Box 2547, Lubbock, TX 79408-2547 |
| cr | + | AJ Jacques Living Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Amy Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Arnold Braun Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Bryan Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Buss Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Charles Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Colby Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Cole Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Craig Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| intp | + | Crystal McClain, c/o Marcus H. Herbert, Attorney at Law, 416 South 5th Street, Paducah, KY 42003-1530 |
| cr | + | Curtis Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | David Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Dennis Buss, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Don Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | Dora Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Douglas Finley, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Dustin Johnson, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Eddie Bryant, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Eddie Stewart, 1571 Upper Zion Road, Brownsville, TN 38012-8064 |
| cr | + | Gary Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gene Brookshire Family, LP, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gray Brothers, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gungoll Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jan Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Janet Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Janice Lawhon, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jared Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jim Rininger, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jimmy Greer, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Joel Brookshire, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jordan Lesh, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Kinsey Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | Leah Gungoll, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Lesh Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Lyndal Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Michael Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Miranda Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Morrison Cafe, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Nikki Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Northland Capital Financial Services, LLC, c/o Jenkins & Kling, P.C., 150 N. Meramec Ave., Suite 400, St. Louis, MO 63105-3753 |
| cr | #+ | Priest Cattle Company, Ltd., 899 Rosenthal Road, Lorena, TX 76655-9665 |
| cr | + | Priest Victory Investment LLC, 899 Rosenthal Road, Lorena, TX 76655-9665 |
| cr | + | Robert & Rachel Stewart, Lane & Countryman, 1045 Cheever Blvd., Ste. 103, San Antonio, TX 78217-6223 |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 2 of 7 |
| Date Rcvd: Jun 29, 2023 | Form ID: pdf012 | Total Noticed: 58 |

| | | |
|---|---|---|
| cr | + | Robert Braun, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Robert E Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Robert Spring, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Ronnie Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Scarlet and Black Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Scott Livestock Company, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Sherle Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steve Ryan, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steve T Scott Farm, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steven Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Susan Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | W. Robbie Russell Living Trust, 414 Preston Drive, Brownsville, TX 38012-2468 |
| cr | + | Wiley Roby Russell, Jr., 414 Preston Drive, Brownsville, TN 38012-2468 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 01, 2023                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abel Angel Leal | on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jared Lesh abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Amy Sutton abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Scarlet and Black Cattle  LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 3 of 7 |
| Date Rcvd: Jun 29, 2023 | Form ID: pdf012 | Total Noticed: 58 |

| | |
|---|---|
| | on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Robert E Gray abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Scott Livestock Company Inc. abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jordan Lesh LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gary Lesh abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jan Lesh abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gene Brookshire Family LP abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Craig Sutton abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jim Rininger abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Dennis Buss abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gray Brothers abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Steve Ryan abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Robert Spring abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Robert Braun abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gungoll Cattle LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |

District/off: 0539-2 User: admin Page 4 of 7
Date Rcvd: Jun 29, 2023 Form ID: pdf012 Total Noticed: 58

| Name | Representation |
|---|---|
| Abel Angel Leal | on behalf of Creditor Michael Evans abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Douglas Finley abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Dora Blackman abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Steve T Scott Farm Inc. abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Miranda Evans abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Morrison Cafe LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Amber Miller | on behalf of Creditor Big Seven Capital Partners LLC amiller@cdmlaw.com, mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Barry Phillips amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Andrew Phillips amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Scott Stewart amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Robert Ellis amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Ridgefield Capital Group LLC amiller@cdmlaw.com, mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Richard Carraway amiller@cdmlaw.com mlong@cdmlaw.com |
| Charles Dunham Biles | on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust dunham.biles@steptoe-johnson.com, rachel.ramezan@steptoe-johnson.com;Lori.Tiner@Steptoe-Johnson.com;Luke.Helms@Steptoe-Johnson.com;Sarah.Ellis@Steptoe-Johnson.com;Vince.Holzhall@Steptoe-Johnson.com |
| Daniel P. Callahan | on behalf of Creditor Northland Capital Financial Services LLC dpc@kesslercollins.com, gld@kesslercollins.com |
| David Weitman | on behalf of Interested Party David Weitman david.weitman@klgates.com |
| David Weitman | on behalf of Interested Party Consolidated Feeders LLC david.weitman@klgates.com |
| David L. LeBas | on behalf of Creditor Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com |
| David L. LeBas | on behalf of Creditor Thorlackson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com |
| David L. LeBas | on behalf of Creditor AgTexas Farm Credit Services AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com |
| Dawn Whalen Theiss | on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |
| Dylan Tanner Franklin Ross | on behalf of Creditor MAP Enterprises Inc. dross@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;kdelany@forsheyprostok.com |
| Jeff P. Prostok | on behalf of Creditor MAP Enterprises Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.courtdrive.com |
| John F. Massouh | on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 5 of 7 |
| Date Rcvd: Jun 29, 2023 | Form ID: pdf012 | Total Noticed: 58 |

John F. Massouh
    on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

| | |
|---|---|
| John F. Massouh | on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Scarlet and Black Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Scott Livestock Company Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Gene Brookshire Family LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jordan Lesh LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John H. Lovell | on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust john@lovell-law.net, paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net |
| John R. Lane, Jr. | on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com |
| John Robert Nelson | on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com mdallaire@dickinsonwright.com |
| Kent David Ries | on behalf of Trustee Kent David Ries trustee@kentries.com TX41@ecfcbis.com |
| Kent David Ries | trustee@kentries.com TX41@ecfcbis.com |
| Kyle Weldon | on behalf of Creditor Wiley Russell Jr. kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Wiley Roby Russell Jr. kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Priest Cattle Company Ltd. kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Robbie Russell kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Priest Victory Investment LLC kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com |
| Marcus Herbert | on behalf of Interested Party Crystal McClain herbertlaw@vci.net |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 7 of 7 |
| Date Rcvd: Jun 29, 2023 | Form ID: pdf012 | Total Noticed: 58 |

Max Ralph Tarbox
    on behalf of Debtor 7M Cattle Feeders Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox
    on behalf of Debtor McClain Farms Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox
    on behalf of Debtor McClain Feed Yard Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Michael R. Johnson
    on behalf of Creditor Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michelle D. Esparza
    on behalf of Creditor Caterpillar Financial Services Corporation mesparza@dickinsonwright.com hkott@dickinson-wright.com

Nicole E. Gorovsky
    on behalf of Creditor Northland Capital Financial Services LLC ngorovsky@jenkinskling.com, cwoods@jenkinskling.com

Steven Lee Hoard
    on behalf of Creditor Don Jones Trucking Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Don Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Hines Farms LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Curtis Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Don Jones Farms Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Hines Cattle Company LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Steven Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor David Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Hines Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Curtis Jones Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Kinsey Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Todd Jeffrey Johnston
    on behalf of Creditor 2B Farms a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com, tlofgren@mcjllp.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

William Heath Hendricks
    on behalf of Creditor Rabo AgriFinance LLC heath.hendricks@uwlaw.com, roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

TOTAL: 136