**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

In re:

| | |
|---|---|
| McCLAIN FARMS, INC., | Case No. 23-20084-rlj7 |
| | Chapter 7 |
| | Hon. Robert L. Jones |
| Debtor. | |
| _____/ | |

**NOTICE OF HEARING
ON CREDITOR CATERPILLAR FINANCIAL SERVICES CORPORATION'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY [ECF NO. 76]**

**PLEASE TAKE NOTICE** that a hearing is scheduled at the U. S. Courthouse, 205 Southeast 5th Ave., Amarillo, Texas 79101-1559, on Creditor Caterpillar Financial Services Corporation's Motion for Relief from the Automatic Stay, filed by Attorney Michelle D. Esparza of Dickinson Wright, PLLC, on the following dates and times:

| | |
|---|---|
| **FORMAT:** | Virtual, through Cisco WebEx Meetings application |
| **LINK:** | Check the Court's website at this link one week prior to the hearing for the hearing WebEx link information, https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-jones-hearing-dates |
| **DATE:** | Wednesday, July 12, 2023 |
| **TIME:** | 1:30 P.M. (CT) |
| **LENGTH OF HEARING:** | 30 minutes |

Respectfully Submitted,

DICKINSON WRIGHT PLLC

By: /s/ Michelle D. Esparza
      **John R. Nelson / TBN 00797144**
      607 W. 3rd Street, Ste. 2500
      Austin, TX 78701
      (512) 770-4214
      jnelson@dickinsonwright.com
      **Michelle D. Esparza / TBN 24116329**
      221 N. Kansas Street, Ste. 2000
      El Paso, TX 79901
      (915) 541-9315
      mesparza@dickinsonwright.com
      *Attorneys for Caterpillar Financial*
Dated: July 6, 2023      *Services Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2023, I served **CATERPILLAR FINANCIAL SERVICE CORPORATION'S NOTICE OF HEARING ON ITS MOTION FOR RELIEF FROM THE AUTOMATIC STAY [ECF NO. 76];** and **CERTIFICATE OF SERVICE** via the Court's ECF system which will send electronic notice thereof to the following:

| | |
|---|---|
| Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, Texas 79401<br>(806) 686-4448<br>jessica@tarboxlaw.com<br>*Attorneys for Debtor* | Kent David Ries<br>Kent Ries, Trustee<br>P.O. Box 3100<br>Amarillo, Texas 79116<br>(806) 242-7437<br>kent@kentries.com<br>*Chapter 7 Trustee* |
| McClain Farms, Inc.<br>824 Mullin Lane<br>Benton, KY 42-25<br>*\*Served via US Mail\** | US Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, Texas 75202<br>(214) 767-8967<br>*\*Served via US Mail\** |
| Underwood Law Firm P.C.<br>Thomas C. Riney, SBN: 16935100<br>W. Heath Hendricks, SBN: 240556451<br>500 South Taylor, Suite 1200, LB 233<br>Amarillo, Texas 79101<br>(806) 376-5613<br>Tom.riney@uwlaw.com<br>Heath.hendricks@uwlaw.com<br>*Counsel for Rabo AgriFinance LLC* | Michael R. Johnson (Pro Hac Vice)<br>Ray, Quincy & Nebeker P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, Utah 84111<br>(801) 532-1500<br>mjohnson@rqn.com<br>*Counsel for Rabo AgriFinance LLC* |

DICKINSON WRIGHT PLLC

By: /s/ Michelle D. Esparza
**John R. Nelson / TBN 00797144**
607 W. 3rd Street, Ste. 2500
Austin, TX 78701
(512) 770-4214
jnelson@dickinsonwright.com

|  |  |
|---|---|
| Dated: July 6, 2023 | **Michelle D. Esparza / TBN 24116329**<br>221 N. Kansas Street, Ste. 2000<br>El Paso, TX 79901<br>(915) 541-9315<br>mesparza@dickinsonwright.com<br>*Attorneys for Caterpillar Financial Services Corporation* |