



**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 6, 2023**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER APPROVING EMPLOYMENT OF COMPUTER CONSULTING SERVICES FOR TRUSTEE

Kent Ries, Trustee of the referenced Chapter 7 Estate, has filed a Motion seeking approval and authorization to employ computer consulting services to perform necessary computer consulting services in the obtaining and investigating records and information of the Debtors, and investigating and pursuing litigation claims of the Debtors' bankruptcy estates. It appears to the Court that Canyon Rim Consulting, LLC, 301 S. Polk St., Suite 815, Amarillo,

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

Texas 79101 ("Canyon Rim"), is qualified to provide the professional services required by the Trustee, and that such employment is in the best interest of the Estates; that it is necessary that the Trustee employ such consultants in these cases; that Canyon Rim does not represent any material interests adverse to the bankruptcy estates, and that the employment of such consultants should be approved. It is therefore

ORDERED, ADJUDGED AND DECREED, that the Trustee is hereby authorized to employ Canyon Rim as computer consultants, pursuant to the terms of the motion.

# # # End of Order # # #

Prepared By:

**Kent Ries, Attorney at Law**
State Bar No.  16914050
PO Box 3100
Amarillo, Texas 79116
 (806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE