

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 6, 2023**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | Jointly Administered |

## ORDER APPROVING EMPLOYMENT OF COMPUTER CONSULTING SERVICES FOR TRUSTEE

Kent Ries, Trustee of the referenced Chapter 7 Estate, has filed a Motion seeking approval and authorization to employ computer consulting services to perform necessary computer consulting services in the obtaining and investigating records and information of the Debtors, and investigating and pursuing litigation claims of the Debtors' bankruptcy estates. It appears to the Court that Canyon Rim Consulting, LLC, 301 S. Polk St., Suite 815, Amarillo,

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

Texas 79101 ("Canyon Rim"), is qualified to provide the professional services required by the Trustee, and that such employment is in the best interest of the Estates; that it is necessary that the Trustee employ such consultants in these cases; that Canyon Rim does not represent any material interests adverse to the bankruptcy estates, and that the employment of such consultants should be approved. It is therefore

ORDERED, ADJUDGED AND DECREED, that the Trustee is hereby authorized to employ Canyon Rim as computer consultants, pursuant to the terms of the motion.

### # # # End of Order # # #

Prepared By:

**Kent Ries, Attorney at Law**
State Bar No.  16914050
PO Box 3100
Amarillo, Texas 79116
 (806) 242-7437
(806) 242-7440 - Fax

COUNSEL FOR TRUSTEE

United States Bankruptcy Court

Northern District of Texas

In re:     Case No. 23-20084-rlj

McClain Feed Yard, Inc.     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-2     User: admin     Page 1 of 6

Date Rcvd: Jul 07, 2023     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| op | + | Canyon Rim Consulting, LLC, 301 S Polk St., Ste 815, Amarillo, TX 79101-1408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abel Angel Leal | on behalf of Creditor Craig Sutton abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jim Rininger abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Dennis Buss abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gray Brothers abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 2 of 6 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf012 | Total Noticed: 1 |

Abel Angel Leal
    on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Michael Evans abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Steve Ryan abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Douglas Finley abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Dora Blackman abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Steve T Scott Farm  Inc. abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Miranda Evans abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Morrison Cafe  LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Robert Spring abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Jared Lesh abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Amy Sutton abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Scarlet and Black Cattle  LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 3 of 6 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf012 | Total Noticed: 1 |

Abel Angel Leal
    on behalf of Creditor Robert E Gray abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Robert Braun abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Scott Livestock Company  Inc. abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Jordan Lesh  LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Gary Lesh abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Jan Lesh abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Gene Brookshire Family  LP abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Gungoll Cattle  LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Amber Miller
    on behalf of Creditor Barry Phillips amiller@cdmlaw.com  mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Andrew Phillips amiller@cdmlaw.com  mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Scott Stewart amiller@cdmlaw.com  mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Robert Ellis amiller@cdmlaw.com  mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Ridgefield Capital Group  LLC amiller@cdmlaw.com, mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Richard Carraway amiller@cdmlaw.com  mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Big Seven Capital Partners  LLC amiller@cdmlaw.com, mlong@cdmlaw.com

Charles Dunham Biles
    on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust dunham.biles@steptoe-johnson.com, rachel.ramezan@steptoe-johnson.com;Lori.Tiner@Steptoe-Johnson.com;Luke.Helms@Steptoe-Johnson.com;Sarah.Ellis@Steptoe-Johnson.com;Vince.Holzhall@Steptoe-Johnson.com

Daniel P. Callahan
    on behalf of Creditor Northland Capital Financial Services  LLC dpc@kesslercollins.com, gld@kesslercollins.com

David Weitman
    on behalf of Interested Party Consolidated Feeders LLC david.weitman@klgates.com

David Weitman
    on behalf of Interested Party David Weitman david.weitman@klgates.com

David L. LeBas
    on behalf of Creditor AgTexas Farm Credit Services AgTexas  PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
    on behalf of Creditor Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
    on behalf of Creditor Thorlackson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

Dawn Whalen Theiss
    on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dylan Tanner Franklin Ross
    on behalf of Creditor MAP Enterprises  Inc. dross@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;khartogh@forsheyprostok.com

Jeff P. Prostok
    on behalf of Creditor MAP Enterprises  Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com;

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 4 of 6 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf012 | Total Noticed: 1 |

khartogh@ecf.courtdrive.com

John F. Massouh
    on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf012 | Total Noticed: 1 |

John F. Massouh
    on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John H. Lovell
    on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust john@lovell-law.net, paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John R. Lane, Jr.
    on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com

John Robert Nelson
    on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com  mdallaire@dickinsonwright.com

Kent David Ries
    on behalf of Trustee Kent David Ries trustee@kentries.com  TX41@ecfcbis.com

Kent David Ries
    trustee@kentries.com  TX41@ecfcbis.com

Kyle Weldon
    on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Wiley Roby Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Robbie Russell kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Priest Victory Investment LLC kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Wiley Russell  Jr. kyle@bradburycounsel.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 6 of 6 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf012 | Total Noticed: 1 |

Kyle Weldon
    on behalf of Creditor Priest Cattle Company Ltd. kyle@bradburycounsel.com

Marcus Herbert
    on behalf of Interested Party Crystal McClain herbertlaw@vci.net

Max Ralph Tarbox
    on behalf of Debtor McClain Feed Yard Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox
    on behalf of Debtor 7M Cattle Feeders Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox
    on behalf of Debtor McClain Farms Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Michael R. Johnson
    on behalf of Creditor Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michelle D. Esparza
    on behalf of Creditor Caterpillar Financial Services Corporation mesparza@dickinsonwright.com hkott@dickinson-wright.com

Nicole E. Gorovsky
    on behalf of Creditor Northland Capital Financial Services LLC ngorovsky@jenkinskling.com, cwoods@jenkinskling.com

Steven Lee Hoard
    on behalf of Creditor Curtis Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Don Jones Farms Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Hines Cattle Company LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Kinsey Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Steven Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor David Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Hines Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Don Jones Trucking Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Don Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Curtis Jones Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Hines Farms LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Todd Jeffrey Johnston
    on behalf of Creditor 2B Farms a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com, tlofgren@mcjllp.com

United States Trustee
    ustpregion06.da.ecf@usdoj.gov

William Heath Hendricks
    on behalf of Creditor Rabo AgriFinance LLC heath.hendricks@uwlaw.com, roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

TOTAL: 136