

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 6, 2023**

**United States Bankruptcy Judge**

___

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL FOR TRUSTEE

Kent Ries, Trustee of the referenced Chapter 7 Estate, has filed a Motion seeking approval and authorization to employ special counsel to perform necessary legal services in obtaining and investigating records and information of the Debtors, and investigating and pursuing litigation claims of the Debtors' bankruptcy estates. It appears to the Court that Quilling, Selander, Lownds, Winslett & Moser, 2001 Bryan Street, Suite 1800, Dallas, TX 75201

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

(the "Quilling Firm"), is qualified to provide the professional services required by the Trustee, and that such employment is in the best interest of the Estates; that it is necessary that the Trustee employ such counsel in these cases; that the Quilling Firm does not represent any material interests adverse to the bankruptcy estates, and that the employment of such attorneys should be approved. It is therefore

ORDERED, ADJUDGED AND DECREED, that the Trustee is hereby authorized to employ the Quilling Firm as special counsel, pursuant to the terms of the Motion and the engagement agreement attached thereto.

# # # End of Order # # #

Prepared By:

**Kent Ries, Attorney at Law**
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
 (806) 242-7437
(806) 242-7440 – Fax

COUNSEL FOR TRUSTEE

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-20084-rlj |
| McClain Feed Yard, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| res | + | Quilling, Selander, Lownds, Winslet & Moser, 2001 Bryan Street, Ste 1800, Dallas, TX 75201-3070 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023                Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abel Angel Leal | on behalf of Creditor Craig Sutton abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jim Rininger abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Dennis Buss abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gray Brothers abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 2 of 6 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf012 | Total Noticed: 1 |

Abel Angel Leal
    on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Michael Evans abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Steve Ryan abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Douglas Finley abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Dora Blackman abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Steve T Scott Farm Inc. abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Miranda Evans abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Morrison Cafe LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Robert Spring abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Jared Lesh abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Amy Sutton abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Scarlet and Black Cattle LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Case 23-20084-rlj7  Doc 78  Filed 07/09/23  Entered 07/09/23 23:14:19  Desc
Imaged Certificate of Notice  Page 5 of 8

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 3 of 6 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| Abel Angel Leal | on behalf of Creditor Robert E Gray abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Robert Braun abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Scott Livestock Company Inc. abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jordan Lesh LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gary Lesh abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jan Lesh abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gene Brookshire Family LP abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gungoll Cattle LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Amber Miller | on behalf of Creditor Barry Phillips amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Andrew Phillips amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Scott Stewart amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Robert Ellis amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Ridgefield Capital Group LLC amiller@cdmlaw.com, mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Richard Carraway amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Big Seven Capital Partners LLC amiller@cdmlaw.com, mlong@cdmlaw.com |
| Charles Dunham Biles | on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust dunham.biles@steptoe-johnson.com, rachel.ramezan@steptoe-johnson.com;Lori.Tiner@Steptoe-Johnson.com;Luke.Helms@Steptoe-Johnson.com;Sarah.Ellis@Steptoe-Johnson.com;Vince.Holzhall@Steptoe-Johnson.com |
| Daniel P. Callahan | on behalf of Creditor Northland Capital Financial Services LLC dpc@kesslercollins.com, gld@kesslercollins.com |
| David Weitman | on behalf of Interested Party Consolidated Feeders LLC david.weitman@klgates.com |
| David Weitman | on behalf of Interested Party David Weitman david.weitman@klgates.com |
| David L. LeBas | on behalf of Creditor AgTexas Farm Credit Services AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com |
| David L. LeBas | on behalf of Creditor Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com |
| David L. LeBas | on behalf of Creditor Thorlackson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com |
| Dawn Whalen Theiss | on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |
| Dylan Tanner Franklin Ross | on behalf of Creditor MAP Enterprises Inc. dross@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;khartogh@forsheyprostok.com |
| Jeff P. Prostok | on behalf of Creditor MAP Enterprises Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com; |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 4 of 6 |
| Date Rcvd: Jul 07, 2023 | Form ID: pdf012 | Total Noticed: 1 |

khartogh@ecf.courtdrive.com

John F. Massouh
    on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Morrison Cafe LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Scarlet and Black Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Scott Livestock Company Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gene Brookshire Family LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jordan Lesh LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

| | |
|---|---|
| John F. Massouh | on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com |
| John H. Lovell | on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust john@lovell-law.net, paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net |
| John R. Lane, Jr. | on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com |
| John Robert Nelson | on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com  mdallaire@dickinsonwright.com |
| Kent David Ries | on behalf of Trustee Kent David Ries trustee@kentries.com  TX41@ecfcbis.com |
| Kent David Ries | trustee@kentries.com  TX41@ecfcbis.com |
| Kyle Weldon | on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Wiley Roby Russell  Jr. kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Robbie Russell kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Priest Victory Investment LLC kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Wiley Russell  Jr. kyle@bradburycounsel.com |

District/off: 0539-2 | User: admin | Page 6 of 6
Date Rcvd: Jul 07, 2023 | Form ID: pdf012 | Total Noticed: 1

| | |
|---|---|
| Kyle Weldon | on behalf of Creditor Priest Cattle Company Ltd. kyle@bradburycounsel.com |
| Marcus Herbert | on behalf of Interested Party Crystal McClain herbertlaw@vci.net |
| Max Ralph Tarbox | on behalf of Debtor McClain Feed Yard Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Max Ralph Tarbox | on behalf of Debtor 7M Cattle Feeders Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Max Ralph Tarbox | on behalf of Debtor McClain Farms Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Michael R. Johnson | on behalf of Creditor Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com |
| Michelle D. Esparza | on behalf of Creditor Caterpillar Financial Services Corporation mesparza@dickinsonwright.com hkott@dickinson-wright.com |
| Nicole E. Gorovsky | on behalf of Creditor Northland Capital Financial Services LLC ngorovsky@jenkinskling.com, cwoods@jenkinskling.com |
| Steven Lee Hoard | on behalf of Creditor Curtis Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones Farms Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Cattle Company LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Kinsey Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Steven Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor David Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones Trucking Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Curtis Jones Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Farms LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Todd Jeffrey Johnston | on behalf of Creditor 2B Farms a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com, tlofgren@mcjllp.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| William Heath Hendricks | on behalf of Creditor Rabo AgriFinance LLC heath.hendricks@uwlaw.com, roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com |

TOTAL: 136