```
Label Matrix for local noticing         2B Farms, a Texas General Partnership, and T   AJ Jacques Living Trust
0539-2                                   c/o Todd J. Johnston                          c/o John Massouh
Case 23-20084-rlj7                       McWhorter, Cobb & Johnson, LLP                PO Box 15008
Northern District of Texas               P.O. Box 2547                                 Amarillo, TX 79105-5008
Amarillo                                 Lubbock, TX 79408-2547
Tue Jul 11 12:45:50 CDT 2023

Arnold Braun Trust                       Buss Family Trust                             Canyon Rim Consulting, LLC
c/o John Massouh                         c/o John Massouh                              301 S Polk St., Ste 815
PO Box 15008                             PO Box 15008                                  Amarillo, TX 79101-1408
Amarillo, TX 79105-5008                  Amarillo, TX 79105-5008


Caterpillar Financial Services Corporation   Gene Brookshire Family, LP                Gray Brothers
c/o Dickinson Wright PLLC                c/o John Massouh                              c/o John Massouh
ATTN: John Nelson                        PO Box 15008                                  PO Box 15008
607 W. 3rd Street, Ste. 2500             Amarillo, TX 79105-5008                       Amarillo, TX 79105-5008
Austin, TX 78701-4713


Gungoll Cattle, LLC                      Jordan Lesh, LLC                              LainFaulkner
c/o John Massouh                         c/o John Massouh                              400 N St. Paul, Ste 600
PO Box 15008                             PO Box 15008                                  Dallas, TX 75201-6897
Amarillo, TX 79105-5008                  Amarillo, TX 79105-5008


Lesh Family Trust                        McClain Feed Yard, Inc.                       Morrison Cafe, LLC
c/o John Massouh                         4010 FM 1057                                  c/o John Massouh
PO Box 15008                             Hereford, TX 79045-7386                       PO Box 15008
Amarillo, TX 79105-5008                                                                Amarillo, TX 79105-5008


Northland Capital Financial Services, LLC   Priest Cattle Company, Ltd.                Priest Victory Investment LLC
c/o Jenkins & Kling, P.C.                899 Rosenthal Road                            899 Rosenthal Road
150 N. Meramec Ave., Suite 400           Lorena, TX 76655-9665                         Lorena, TX 76655-9665
St. Louis, MO 63105-3753


Quilling, Selander, Lownds, Winslet & Moser   Scarlet and Black Cattle, LLC            Scott Livestock Company, Inc.
2001 Bryan Street, Ste 1800              c/o John Massouh                              c/o John Massouh
Dallas, TX 75201-3070                    PO Box 15008                                  PO Box 15008
                                         Amarillo, TX 79105-5008                       Amarillo, TX 79105-5008


Steve T Scott Farm, Inc.                 W. Robbie Russell Living Trust                306 Federal Building
c/o John Massouh                         414 Preston Drive                             1205 Texas Avenue
PO Box 15008                             Brownsville, TX 38012-2468                    Lubbock, TX 79401-4037
Amarillo, TX 79105-5008


 AJ JACQUES LIVING TRUST                  ARNOLD BRAUN TRUST                            BRYAN BLACKMAN
c/o Abel Leal                            c/o Abel Leal                                 c/o Abel Leal
SIMMONS SMITH BROWN, PLLC                SIMMONS SMITH BROWN, PLLC                     SIMMONS SMITH BROWN, PLLC
400 13th Street                          400 13th Street                               400 13th Street
PO Box 180                               PO Box 180                                    PO Box 180
Canyon, Texas 79015-0180                 Canyon, Texas 79015-0180                      Canyon, Texas 79015-0180

 CHARLES LOCKWOOD                         COLE LOCKWOOD                                 DOUGLAS FINLEY
c/o Abel Leal                            c/o Abel Leal                                 c/o Abel Leal
SIMMONS SMITH BROWN, PLLC                SIMMONS SMITH BROWN, PLLC                     SIMMONS SMITH BROWN, PLLC
400 13th Street                          400 13th Street                               400 13th Street
PO Box 180                               PO Box 180                                    PO Box 180
Canyon, Texas 79015-0180                 Canyon, Texas 79015-0180                      Canyon, Texas 79015-0180
```

| | | |
|---|---|---|
| DUSTIN JOHNSON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | GUNGOLL CATTLE, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JAN LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| JANET VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JARED LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JIM RININGER<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| JIMMY GREER<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JOEL BROOKSHIRE<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | LEAH GUNGOLL<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| LESH FAMILY TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | LYNDAL VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | MICHAEL EVANS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| MIRANDA EVANS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | NIKKI LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | SCOTT LIVESTOCK COMPANY, INC.<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| SUSAN VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | 2B Farms Inc<br>9012 County Rd. 3114<br>Snyder, TX 79549-1318 | AMY SUTTON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Acey Livestock, LLC<br>211 Old Orchard Road<br>Perryville, KY 40468-9782 | AgTexas Farm Credit Services<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 | AgTexas, PCA<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 |
| Andrew Phillips<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Angela Powell<br>86 B Commerce Blvd.<br>Benton, KY 42025-1110 | Arnold Braun or Arnold Braun Trust<br>4932 E SR 70<br>Grandview, IN 47615-9620 |
| Atten: David L. LeBas<br>Naman Howell Smith & Lee<br>Attorneys at Law<br>8310 N. Capital of Texas HWY<br>Ste 490<br>Austin, TX 78731-1081 | BJM Sales & Service<br>PO Box 1073<br>Hereford, TX 79045-1073 | BUSS FAMILY TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Bar D Ranch Land & Cattle<br>4458 S. U.S. Highway 441<br>Lake City, FL 32025-0306 | Bar D Ranch Land & Cattle, LLC<br>4458 South US Highway 441<br>Lake City, FL 32025-0306 | Barry Phillips<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |

Big Seven Capital Partners LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Bo Robinson
9397 County Rd. 3114
Snyder, TX 79549-1379

Bryan Blackman
4553 Texas Street
Healdton, OK 73438-2906

C Heart Ranch, LLC
454 Daniels Lane
Ardmore, OK 73401-5304

COLBY VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

CRAIG SUTTON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Cactus Feeders Finance LLC
PO Box 3050
Amarillo, TX 79116-3050

Cactus Operating LLC
Robert M Kettle, Agent
600 S. Tyler St., Suite 280
Amarillo, TX 79101-2353

Caleb Little
672 Nelson Trl
Dexter, KY 42036-9402

Carl Pickett
524 Travis Street/650 FM 163 Rd
Liberty, TX 77575

Carr, Riggs, & Ingram, LLC
2424 Louisiana Blvd. NW
Suite 300
Albuquerque, NM 87110

Carraway Cattle, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Caterpillar Financial Services Corporation
c/o Dickinson Wright PLLC
Attention: Michelle Esparza
221 N. Kansas St. Ste. 2000
El Paso, Texas 79901-1472

Chelsea Waters McClain
824 Mullins Lane
Benton, KY 42025-4702

Clint Quarles
Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601-8332

Cody L. Simmons
P.O. Box 180
Canyon, TX 79015-0180

Colton Long
2001 S. Soney Road
Amarillo, TX 79124-2407

(p)COMMUNITY FINANCIAL SERVICES BANK
ATTN ATTN LOSS MITIGATION
P O BOX 467
BENTON KY 42025-0467

Cory Don Priest
6010 East FM 597
Abernathy, Texas 79311-5424

Crystal McClain
824 Mullins Lane
Benton, KY 42025-4702

Curtis Jones Farms
1720 W. 13th Ave.
Emporia, KS 66801-5659

Curtis Jones Farms LLC
1720W. 13th Ave.
Emporia, KS 66801-5659

DENNIS BUSS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

DORA BLACKMAN
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

David Rainey 88 CR 640
Corinth, MS 38834

Death Creek Farms LLC
10150 Highway 47
West Point, MS 39773-4802

Don Jones 2434 Road Y
Reading, KS 66868-9006

Don Jones Farm, Inc. 2434 Road Y
Reading, KS 66868-9006

Don Jones Trucking, Inc.
2434 Road Y
Reading, KS 66868-9006

Douglas C. Pritchett
19601 FM 1541
Canyon, TX 79015-6387

| | | |
|---|---|---|
| Dr. Arnold Bra1,1n<br>4932 E. SR 70<br>Grandview, IN 47615-9620 | Dwight Jesko<br>112 Rr 5/ 3970 FM 1057<br>Hereford, TX 79045 | EDDIE BRYANT<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Eric Dejarnatt 1115 CR 1024<br>Cunningham, KY 42035-9309 | First Capital Bank of Texas<br>3900 Soncy Road<br>Amarillo, TX 79119-6673 | First Kentucky Bank, Inc.<br>605 Main Street<br>Benton, KY 42025-1236 |
| Friona Industries<br>PO Box 15568<br>Amarillo, TX 79105-5568 | Friona Industries, L.P.<br>500 S. Taylor Street, Suite 601<br>Amarillo, TX 79101-2447 | (p)FRONTIER FARM CREDIT<br>PO BOX 2409<br>OMAHA NE 68103-2409 |
| GARY LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | GENE BROOKSHIRE FAMILY, LP<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | GRAY BROTHERS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Garwood Cattle Company LLC<br>2538 Middleton Road<br>Columbiana, OH 44408-9550 | Heartland Co-op<br>2829 Westown Parkway, Suite 350<br>West Des Moines, IA 50266-1340 | Hines Cattle Company, LLC<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 |
| Hines Farms, LLC<br>1019 NE 90th Ave.<br>High Springs, FL 32643-5121 | J Brent Burnett<br>1612 Sanderson Rd<br>Mayfield, KY 42066-9108 | JANICE LAWHON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| JORDAN LESH, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Jake Rininger<br>2828 S. Co. Rd. 200 W.<br>Rockport, IN 47635-8252 | Jared Lesh Cowhorses Inc.<br>10801 E. Highway 82<br>Whitesboro, TX 76273 |
| Jared Wayne Lesh<br>10801 E. Highway 82<br>Whitesboro, TX 76273 | Jed Goad<br>JLE Trucking, Inc.<br>PO Box 451<br>Red Boiling Springs, TN 37150-0451 | Jimmy D. Greer<br>3209 Wrather Rd.<br>Murray, KY 42071-7417 |
| Joe Burnett<br>187 Peachtree Rd<br>Melber, KY 42069-8824 | John Dale Tidwell<br>209 Duffers Ln<br>Mayfield, KY 42066-1201 | John Massouh<br>Sprouse Shrader Smith PLLC<br>Box 15008<br>Amarillo, TX 79105-5008 |
| Jordan Robert Lesh<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 | Jordan and Jan Lesh<br>10400 N. Perkins Road<br>Stillwater, OK 74075-1860 | Julie Whitlock<br>P.O. Box 389<br>Mayfield, KY 42066-0029 |

| | | |
|---|---|---|
| Justin Stuever<br>P.O. Box 22<br>Morrison OK 73061-0022 | Keeling Cattle Feeders, Inc.<br>PO Box 1853<br>Hereford, Texas 79045-1853 | Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025-4770 |
| Kenneth Netardus<br>P.O. Box 3280<br>Amarillo, TX 79116-3280 | Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 | Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868-9055 |
| Lazy J Arena, LLC<br>1419 W. 80th Street<br>Stillwater, OK 74074-8164 | Lazy J. Cattle<br>1515 W. 80th Street<br>Stillwater, OK 74074-8186 | Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077-8530 |
| Lesh Trucking'<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 | Lyndal Vanbuskirk<br>P.O Box 778<br>Ringling, OK 73456-0778 | MAP Enterprises Inc.<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 |
| MAP Enterprises, Inc.<br>c/o Jeff P. Prostok<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102-5384 | MORRISON CAF LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Meagan B. Goad<br>1775 Wadesboro Rd.<br>S Benton, KY 42025-4777 |
| Meagan B. Powell<br>621 Mullins Ln.<br>Benton, KY 42025-4762 | Mechanics Bank<br>18400 Von Karman Avenue Suite 1100<br>Irvine, CA 92612-0517 | Michael Gourley<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 |
| Michael Johnson<br>Ray Quinney and Nebeker, P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111-1451 | Mykel Linn Tidwell<br>66 Lake Terry Dr.<br>Mayfield, KY 42066-6982 | Northland Capital Financial Services, LL<br>P.O. Box 7278<br>Saint Cloud, MN 56302-7278 |
| Northland Capital Financial Services, LLC<br>333 33rd Ave South<br>St. Cloud, MN 56301-5495 | Oklahoma AgCredit<br>601 East Kenosha<br>Broken Arrow, OK 74012-2002 | Open A Arena LLC<br>14500 S. Fm 1258<br>Amarillo, TX 79118-4610 |
| Patti Priest<br>6010 East FM 597<br>Abernathy, TEXAS 79311-5424 | Priest Cattle Company, Ltd<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 | Priest Cattle and Land Company, Inc.<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 |
| Priest Victory Investment LLC<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 | Producers Credit Corporation<br>8351 N. High Street, Suite 250<br>Columbus, OH 43235-1440 | Purina Animal Nutrition LLC<br>4001 Lexington Avenue North<br>Arden Hills, MN 55126-2998 |

| | | |
|---|---|---|
| ROBERT BRAUN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | ROBERT E. GRAY<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | ROBERT SPRING<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| RONNIE GRAY<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | (p)RABO AGRIFINANCE LLC<br>1402 TECHNOLOGY DR<br>CEDAR FALLS IA 50613-1233 | Rabo Agrifinance LLC<br>146.76 Outer 40 Road Ste. 400<br>Chesterfield, MO 63017 |
| Rapp Ranch<br>400 Smith Trail<br>Weatherford, TX 76088-1606 | Richard Carraway<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Rick Rodgers 786 Sutton Ln.<br>Mayfield, KY 42066-6551 |
| Ridgefield Capital Group, LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Riley Livestock<br>250 Brittian Lane<br>Mayfield, KY 42066-4617 | Riley Livestock, Inc.<br>Attn: Mary Ann Hunter<br>P.O. Box 663<br>Mayfield, KY 42066-0033 |
| Robert Braun<br>12307 E. Co Rd. 1160 N<br>Evanston, IN 47531-8076 | Robert Ellis<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | SCARLET AND BLACK CATTLE, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| SHERLE LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | STEVE RYAN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | STEVE T SCOTT FARM, INC.<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Samuel S. Brown<br>3430 St. Rt 45 S<br>Mayfield, KY 42066-6135 | Scarlet & Black Cattle, LLC<br>5402 Walesa Court<br>Amarillo, TX 79119-6285 | Scott Livestock Company (Steve Scott)<br>10150 Highway 47<br>West Point, MS 39773-4802 |
| Scott Stewart<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Shaw & Shaw Farms Partnership, LLC<br>11605 NW 140 St.<br>Alachua, FL 32615-6435 | Sherman Trucking<br>2098 Symsonia Highway/ 5508 Oak Level Ro<br>Benton, KY 42025-5024 |
| Spencer Clift<br>BAKER, DONELSON, BEARMAN, CALDWELL & BER<br>165 Madison Ave.<br>Memphis, TN 38103-2799 | Steve T. Scott Farms, Inc.<br>10150 Highway 4 7<br>West Point, MS 39773-4802 | Steven L. Hoard<br>Mullin Hoard & Brown, LLP<br>500 S. Taylor79101, Suite<br>800 Amarillo National Bank Plaza II<br>Amarillo, TX 79101 |
| TGF Ranch<br>1585 E M-79 Hwy<br>Hastings, MI 49058-8895 | Takeuchi Financial Services, a program of<br>1625 West Fountainhead Parkway,<br>AZ-FTN-1<br>Temp e,AZ 85282-2371 | Terry Burnett<br>210 Bethel Church Rd .<br>Melber, KY 42069-8826 |

| | | |
|---|---|---|
| Thomas C. Riney<br>Underwood Law Firm, P.C.<br>500 S. Taylor, Suite 1200<br>Amarillo, TX 79101-2446 | Thorlakson Feedyards<br>273131 Rr 284<br>Airdrie, Alberta, T4A 0H4 Canada | Tom Thorlakson<br>2548 CR 15<br>Friona, TX 79035-7034 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | W. Heath Hendricks UNDERWOOD LAW FIRM<br>500 S. Taylor Street Ste. 1200<br>Amarillo, TX 79101-2401 | WJ Performance Horses, Inc.<br>524 Travis Street<br>Liberty, TX 77575-4824 |
| Wildforest Cattle Company LLC<br>1206 Paris Road<br>Mayfield, KY 42066-4989 | Amy Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Bryan Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Charles Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Colby Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Cole Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Craig Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Crystal McClain<br>c/o Marcus H. Herbert<br>Attorney at Law<br>416 South 5th Street<br>Paducah, KY 42003-1530 | Curtis Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| David Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Dennis Buss<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Don Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Dora Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Douglas Finley<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Dustin Johnson<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Eddie Bryant<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Eddie Stewart<br>1571 Upper Zion Road<br>Brownsville, TN 38012-8064 | Gary Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Jan Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Janet Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Janice Lawhon<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Jared Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jim Rininger<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jimmy Greer<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |

| | | |
|---|---|---|
| Joel Brookshire<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 | Kinsey Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Leah Gungoll<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Lyndal Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 |
| Michael Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Miranda Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Nikki Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Robert Braun<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Robert Spring<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Robert E Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Robert & Rachel Stewart<br>Lane & Countryman<br>1045 Cheever Blvd.<br>Ste. 103<br>San Antonio, TX 78217-6223 | Ronnie Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Sherle Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Steve Ryan<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Steven Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Susan Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Wiley Roby Russell Jr.<br>414 Preston Drive<br>Brownsville, TN 38012-2468 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Community Financial Services Bank<br>221 W 5th Street<br>Benton, KY 42025 | (d)Community Financial Services Bank<br>POBox467<br>Benton, KY 42025-0467 | Frontier Farm Credit<br>2009 Vanesta Place<br>Manhattan, KS 66503 |
| Rabo Agrifinance LLC<br>1402 Technology Parkway<br>Cedar Falls, IA 50613 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AgTexas Farm Credit Services AgTexas, PCA | (u)Big Seven Capital Partners, LLC | (u)Curtis Jones Farms |
| (u)Don Jones Farms, Inc. | (u)Don Jones Trucking, Inc. | (u)HTLF Bank, successor in interest to First |
| (u)Hines Cattle Company, LLC | (u)Hines Farms, LLC | (u)MAP Enterprises, Inc. |
| (u)Rabo AgriFinance, LLC | (u)Ridgefield Capital Group, LLC | (u)Thorlackson Diamond T Feeders, LP |
| (u)Thorlakson Diamond T Feeders, LP | (u)U.S. Department of Agriculture | (d)J. Brent Burnett<br>1612 Sanderson Rd.<br>Mayfield, KY 42066-9108 |
| (u)Stanley Ayers<br>6200 Ross Rd. Rockford,OH | (u)Andrew Phillips | (u)Barry Phillips |
| (u)David Weitman | (u)Richard Carraway | (u)Robert Ellis |
| (u)Scott Stewart | End of Label Matrix<br>Mailable recipients 228<br>Bypassed recipients  22<br>Total              250 | |