```
Label Matrix for local noticing      2B Farms, a Texas General Partnership, and T      AJ Jacques Living Trust
0539-2                               c/o Todd J. Johnston                              c/o John Massouh
Case 23-20084-rlj7                   McWhorter, Cobb & Johnson, LLP                    PO Box 15008
Northern District of Texas           P.O. Box 2547                                     Amarillo, TX 79105-5008
Amarillo                             Lubbock, TX 79408-2547
Tue Jul 11 12:45:50 CDT 2023

Arnold Braun Trust                   Buss Family Trust                                 Canyon Rim Consulting, LLC
c/o John Massouh                     c/o John Massouh                                  301 S Polk St., Ste 815
PO Box 15008                         PO Box 15008                                      Amarillo, TX 79101-1408
Amarillo, TX 79105-5008              Amarillo, TX 79105-5008


Caterpillar Financial Services Corporation   Gene Brookshire Family, LP                Gray Brothers
c/o Dickinson Wright PLLC            c/o John Massouh                                  c/o John Massouh
ATTN: John Nelson                    PO Box 15008                                      PO Box 15008
607 W. 3rd Street, Ste. 2500         Amarillo, TX 79105-5008                           Amarillo, TX 79105-5008
Austin, TX 78701-4713


Gungoll Cattle, LLC                  Jordan Lesh, LLC                                  LainFaulkner
c/o John Massouh                     c/o John Massouh                                  400 N St. Paul, Ste 600
PO Box 15008                         PO Box 15008                                      Dallas, TX 75201-6897
Amarillo, TX 79105-5008              Amarillo, TX 79105-5008


Lesh Family Trust                    McClain Feed Yard, Inc.                           Morrison Cafe, LLC
c/o John Massouh                     4010 FM 1057                                      c/o John Massouh
PO Box 15008                         Hereford, TX 79045-7386                           PO Box 15008
Amarillo, TX 79105-5008                                                                Amarillo, TX 79105-5008


Northland Capital Financial Services, LLC   Priest Cattle Company, Ltd.                Priest Victory Investment LLC
c/o Jenkins & Kling, P.C.            899 Rosenthal Road                                899 Rosenthal Road
150 N. Meramec Ave., Suite 400       Lorena, TX 76655-9665                             Lorena, TX 76655-9665
St. Louis, MO 63105-3753


Quilling, Selander, Lownds, Winslet & Moser   Scarlet and Black Cattle, LLC            Scott Livestock Company, Inc.
2001 Bryan Street, Ste 1800          c/o John Massouh                                  c/o John Massouh
Dallas, TX 75201-3070                PO Box 15008                                      PO Box 15008
                                     Amarillo, TX 79105-5008                           Amarillo, TX 79105-5008


Steve T Scott Farm, Inc.             W. Robbie Russell Living Trust                    306 Federal Building
c/o John Massouh                     414 Preston Drive                                 1205 Texas Avenue
PO Box 15008                         Brownsville, TX 38012-2468                        Lubbock, TX 79401-4037
Amarillo, TX 79105-5008


 AJ JACQUES LIVING TRUST              ARNOLD BRAUN TRUST                                BRYAN BLACKMAN
c/o Abel Leal                        c/o Abel Leal                                     c/o Abel Leal
SIMMONS SMITH BROWN, PLLC            SIMMONS SMITH BROWN, PLLC                         SIMMONS SMITH BROWN, PLLC
400 13th Street                      400 13th Street                                   400 13th Street
PO Box 180                           PO Box 180                                        PO Box 180
Canyon, Texas 79015-0180             Canyon, Texas 79015-0180                          Canyon, Texas 79015-0180


 CHARLES LOCKWOOD                     COLE LOCKWOOD                                     DOUGLAS FINLEY
c/o Abel Leal                        c/o Abel Leal                                     c/o Abel Leal
SIMMONS SMITH BROWN, PLLC            SIMMONS SMITH BROWN, PLLC                         SIMMONS SMITH BROWN, PLLC
400 13th Street                      400 13th Street                                   400 13th Street
PO Box 180                           PO Box 180                                        PO Box 180
Canyon, Texas 79015-0180             Canyon, Texas 79015-0180                          Canyon, Texas 79015-0180
```

| | | |
|---|---|---|
| DUSTIN JOHNSON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | GUNGOLL CATTLE, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JAN LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| JANET VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JARED LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JIM RININGER<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| JIMMY GREER<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JOEL BROOKSHIRE<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | LEAH GUNGOLL<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| LESH FAMILY TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | LYNDAL VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | MICHAEL EVANS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| MIRANDA EVANS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | NIKKI LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | SCOTT LIVESTOCK COMPANY, INC.<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| SUSAN VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | 2B Farms Inc<br>9012 County Rd. 3114<br>Snyder, TX 79549-1318 | AMY SUTTON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Acey Livestock, LLC<br>211 Old Orchard Road<br>Perryville, KY 40468-9782 | AgTexas Farm Credit Services<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 | AgTexas, PCA<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 |
| Andrew Phillips<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Angela Powell<br>86 B Commerce Blvd.<br>Benton, KY 42025-1110 | Arnold Braun or Arnold Braun Trust<br>4932 E SR 70<br>Grandview, IN 47615-9620 |
| Atten: David L. LeBas<br>Naman Howell Smith & Lee<br>Attorneys at Law<br>8310 N. Capital of Texas HWY<br>Ste 490<br>Austin, TX 78731-1081 | BJM Sales & Service<br>PO Box 1073<br>Hereford, TX 79045-1073 | BUSS FAMILY TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Bar D Ranch Land & Cattle<br>4458 S. U.S. Highway 441<br>Lake City, FL 32025-0306 | Bar D Ranch Land & Cattle, LLC<br>4458 South US Highway 441<br>Lake City, FL 32025-0306 | Barry Phillips<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |

```
Big Seven Capital Partners LLC          Bo Robinson                             Bryan Blackman
C/o Amber Miller                        9397 County Rd. 3114                    4553 Texas Street
Crenshaw, Dupree & Milam, LLP           Snyder, TX 79549-1379                   Healdton, OK 73438-2906
P.O. Box 64479
Lubbock, Texas 79464-4479


C Heart Ranch, LLC                      COLBY VAN BUSKIRK                       CRAIG SUTTON
454 Daniels Lane                        c/o Abel Leal                           c/o Abel Leal
Ardmore, OK 73401-5304                  SIMMONS SMITH BROWN, PLLC               SIMMONS SMITH BROWN, PLLC
                                        400 13th Street                         400 13th Street
                                        PO Box 180                              PO Box 180
                                        Canyon, Texas 79015-0180                Canyon, Texas 79015-0180


Cactus Feeders Finance LLC              Cactus Operating LLC                    Caleb Little
PO Box 3050                             Robert M Kettle, Agent                  672 Nelson Trl
Amarillo, TX 79116-3050                 600 S. Tyler St., Suite 280             Dexter, KY 42036-9402
                                        Amarillo, TX 79101-2353


Carl Pickett                            Carr, Riggs, & Ingram, LLC              Carraway Cattle, LLC
524 Travis Street/650 FM 163 Rd         2424 Louisiana Blvd. NW                 C/o Amber Miller
Liberty, TX 77575                       Suite 300                               Crenshaw, Dupree & Milam, LLP
                                        Albuquerque, NM 87110                   P.O. Box 64479
                                                                                Lubbock, Texas 79464-4479


Caterpillar Financial Services Corporation   Chelsea Waters McClain             Clint Quarles
c/o Dickinson Wright PLLC               824 Mullins Lane                        Kentucky Department of Agriculture
Attention: Michelle Esparza             Benton, KY 42025-4702                   105 Corporate Drive
221 N. Kansas St. Ste. 2000                                                     Frankfort, KY 40601-8332
El Paso, Texas 79901-1472


Cody L. Simmons                         Colton Long                             (p)COMMUNITY FINANCIAL SERVICES BANK
P.O. Box 180                            2001 S. Soney Road                      ATTN ATTN LOSS MITIGATION
Canyon, TX 79015-0180                   Amarillo, TX 79124-2407                 P O BOX 467
                                                                                BENTON KY 42025-0467


Cory Don Priest                         Crystal McClain                         Curtis Jones Farms
6010 East FM  597                       824 Mullins Lane                        1720 W. 13th Ave.
Abernathy, Texas 79311-5424             Benton, KY 42025-4702                   Emporia, KS 66801-5659


Curtis Jones Farms LLC                  DENNIS BUSS                             DORA BLACKMAN
1720W. 13th Ave.                        c/o Abel Leal                           c/o Abel Leal
Emporia, KS 66801-5659                  SIMMONS SMITH BROWN, PLLC               SIMMONS SMITH BROWN, PLLC
                                        400 13th Street                         400 13th Street
                                        PO Box 180                              PO Box 180
                                        Canyon, Texas 79015-0180                Canyon, Texas 79015-0180


David Rainey 88 CR 640                  Death Creek Farms LLC                   Don Jones 2434 Road Y
Corinth, MS 38834                       10150 Highway 47                        Reading, KS 66868-9006
                                        West Point, MS 39773-4802


Don Jones Farm, Inc. 2434 Road Y        Don Jones Trucking, Inc.                Douglas C. Pritchett
Reading, KS 66868-9006                  2434 Road Y                             19601 FM 1541
                                        Reading, KS 66868-9006                  Canyon, TX 79015-6387
```

Dr. Arnold Bra1,1n
4932 E. SR 70
Grandview, IN 47615-9620

Dwight Jesko
112 Rr 5/ 3970 FM 1057
Hereford, TX 79045

EDDIE BRYANT
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Eric Dejarnatt 1115 CR 1024
Cunningham, KY 42035-9309

First Capital Bank of Texas
3900 Soncy Road
Amarillo, TX 79119-6673

First Kentucky Bank, Inc.
605 Main Street
Benton, KY 42025-1236

Friona Industries
PO Box 15568
Amarillo, TX 79105-5568

Friona Industries, L.P.
500 S. Taylor Street, Suite 601
Amarillo, TX 79101-2447

(p)FRONTIER FARM CREDIT
PO BOX 2409
OMAHA NE 68103-2409

GARY LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

GENE BROOKSHIRE FAMILY, LP
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

GRAY BROTHERS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Garwood Cattle Company LLC
2538 Middleton Road
Columbiana, OH 44408-9550

Heartland Co-op
2829 Westown Parkway, Suite 350
West Des Moines, IA 50266-1340

Hines Cattle Company, LLC
12609 NW 298th St.
High Springs, FL 32643-4911

Hines Farms, LLC
1019 NE 90th Ave.
High Springs, FL 32643-5121

J Brent Burnett
1612 Sanderson Rd
Mayfield, KY 42066-9108

JANICE LAWHON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

JORDAN LESH, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Jake Rininger
2828 S. Co. Rd. 200 W.
Rockport, IN 47635-8252

Jared Lesh Cowhorses Inc.
10801 E. Highway 82
Whitesboro, TX 76273

Jared Wayne Lesh
10801 E. Highway 82
Whitesboro, TX 76273

Jed Goad
JLE Trucking, Inc.
PO Box 451
Red Boiling Springs, TN 37150-0451

Jimmy D. Greer
3209 Wrather Rd.
Murray, KY 42071-7417

Joe Burnett
187 Peachtree Rd
Melber, KY 42069-8824

John Dale Tidwell
209 Duffers Ln
Mayfield, KY 42066-1201

John Massouh
Sprouse Shrader Smith PLLC
Box 15008
Amarillo, TX 79105-5008

Jordan Robert Lesh
10400 N. Perkins Rd.
Stillwater, OK 74075-1860

Jordan and Jan Lesh
10400 N. Perkins Road
Stillwater, OK 74075-1860

Julie Whitlock
P.O. Box 389
Mayfield, KY 42066-0029

| | | |
|---|---|---|
| Justin Stuever<br>P.O. Box 22<br>Morrison OK 73061-0022 | Keeling Cattle Feeders, Inc.<br>PO Box 1853<br>Hereford, Texas 79045-1853 | Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025-4770 |
| Kenneth Netardus<br>P.O. Box 3280<br>Amarillo, TX 79116-3280 | Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 | Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868-9055 |
| Lazy J Arena, LLC<br>1419 W. 80th Street<br>Stillwater, OK 74074-8164 | Lazy J. Cattle<br>1515 W. 80th Street<br>Stillwater, OK 74074-8186 | Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077-8530 |
| Lesh Trucking'<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 | Lyndal Vanbuskirk<br>P.O Box 778<br>Ringling, OK 73456-0778 | MAP Enterprises Inc.<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 |
| MAP Enterprises, Inc.<br>c/o Jeff P. Prostok<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102-5384 | MORRISON CAF LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Meagan B. Goad<br>1775 Wadesboro Rd.<br>S Benton, KY 42025-4777 |
| Meagan B. Powell<br>621 Mullins Ln.<br>Benton, KY 42025-4762 | Mechanics Bank<br>18400 Von Karman Avenue Suite 1100<br>Irvine, CA 92612-0517 | Michael Gourley<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 |
| Michael Johnson<br>Ray Quinney and Nebeker, P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111-1451 | Mykel Linn Tidwell<br>66 Lake Terry Dr.<br>Mayfield, KY 42066-6982 | Northland Capital Financial Services, LL<br>P.O. Box 7278<br>Saint Cloud, MN 56302-7278 |
| Northland Capital Financial Services, LLC<br>333 33rd Ave South<br>St. Cloud, MN 56301-5495 | Oklahoma AgCredit<br>601 East Kenosha<br>Broken Arrow, OK 74012-2002 | Open A Arena LLC<br>14500 S. Fm 1258<br>Amarillo, TX 79118-4610 |
| Patti Priest<br>6010 East FM 597<br>Abernathy, TEXAS 79311-5424 | Priest Cattle Company, Ltd<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 | Priest Cattle and Land Company, Inc.<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 |
| Priest Victory Investment LLC<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 | Producers Credit Corporation<br>8351 N. High Street, Suite 250<br>Columbus, OH 43235-1440 | Purina Animal Nutrition LLC<br>4001 Lexington Avenue North<br>Arden Hills, MN 55126-2998 |

| | | |
|---|---|---|
| ROBERT BRAUN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | ROBERT E. GRAY<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | ROBERT SPRING<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| RONNIE GRAY<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | (p)RABO AGRIFINANCE LLC<br>1402 TECHNOLOGY DR<br>CEDAR FALLS IA 50613-1233 | Rabo Agrifinance LLC<br>146.76 Outer 40 Road Ste. 400<br>Chesterfield, MO 63017 |
| Rapp Ranch<br>400 Smith Trail<br>Weatherford, TX 76088-1606 | Richard Carraway<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Rick Rodgers 786 Sutton Ln.<br>Mayfield, KY 42066-6551 |
| Ridgefield Capital Group, LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Riley Livestock<br>250 Brittian Lane<br>Mayfield, KY 42066-4617 | Riley Livestock, Inc.<br>Attn: Mary Ann Hunter<br>P.O. Box 663<br>Mayfield, KY 42066-0033 |
| Robert Braun<br>12307 E. Co Rd. 1160 N<br>Evanston, IN 47531-8076 | Robert Ellis<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | SCARLET AND BLACK CATTLE, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| SHERLE LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | STEVE RYAN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | STEVE T SCOTT FARM, INC.<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Samuel S. Brown<br>3430 St. Rt 45 S<br>Mayfield, KY 42066-6135 | Scarlet & Black Cattle, LLC<br>5402 Walesa Court<br>Amarillo, TX 79119-6285 | Scott Livestock Company (Steve Scott)<br>10150 Highway 47<br>West Point, MS 39773-4802 |
| Scott Stewart<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Shaw & Shaw Farms Partnership, LLC<br>11605 NW 140 St.<br>Alachua, FL 32615-6435 | Sherman Trucking<br>2098 Symsonia Highway/ 5508 Oak Level Ro<br>Benton, KY 42025-5024 |
| Spencer Clift<br>BAKER, DONELSON, BEARMAN, CALDWELL & BER<br>165 Madison Ave.<br>Memphis, TN 38103-2799 | Steve T. Scott Farms, Inc.<br>10150 Highway 4 7<br>West Point, MS 39773-4802 | Steven L. Hoard<br>Mullin Hoard & Brown, LLP<br>500 S. Taylor79101, Suite<br>800 Amarillo National Bank Plaza II<br>Amarillo, TX 79101 |
| TGF Ranch<br>1585 E M-79 Hwy<br>Hastings, MI 49058-8895 | Takeuchi Financial Services, a program of<br>1625 West Fountainhead Parkway,<br>AZ-FTN-1<br>Temp e,AZ 85282-2371 | Terry Burnett<br>210 Bethel Church Rd .<br>Melber, KY 42069-8826 |

```
Thomas C. Riney                     Thorlakson Feedyards              Tom Thorlakson
Underwood Law Firm, P.C.            273131 Rr 284                     2548 CR 15
500 S. Taylor, Suite 1200           Airdrie, Alberta, T4A 0H4 Canada  Friona,TX 79035-7034
Amarillo, TX 79101-2446


United States Trustee               W. Heath Hendricks UNDERWOOD LAW FIRM   WJ Performance Horses, Inc.
1100 Commerce Street                500 S. Taylor Street Ste. 1200    524 Travis Street
Room 976                            Amarillo, TX 79101-2401           Liberty, TX 77575-4824
Dallas, TX 75242-0996


Wildforest Cattle Company LLC       Amy Sutton                        Bryan Blackman
1206 Paris Road                     c/o John Massouh                  c/o John Massouh
Mayfield, KY 42066-4989             PO Box 15008                      PO Box 15008
                                    Amarillo, TX 79105-5008           Amarillo, TX 79105-5008


Charles Lockwood                    Colby Van Buskirk                 Cole Lockwood
c/o John Massouh                    c/o John Massouh                  c/o John Massouh
PO Box 15008                        PO Box 15008                      PO Box 15008
Amarillo, TX 79105-5008             Amarillo, TX 79105-5008           Amarillo, TX 79105-5008


Craig Sutton                        Crystal McClain                   Curtis Jones
c/o John Massouh                    c/o Marcus H. Herbert             1720 W. 13th Ave.
PO Box 15008                        Attorney at Law                   Emporia, KS 66801-5659
Amarillo, TX 79105-5008             416 South 5th Street
                                    Paducah, KY 42003-1530


David Hines                         Dennis Buss                       Don Jones
12609 NW 298th St.                  c/o John Massouh                  1720 W. 13th Ave.
High Springs, FL 32643-4911         PO Box 15008                      Emporia, KS 66801-5659
                                    Amarillo, TX 79105-5008


Dora Blackman                       Douglas Finley                    Dustin Johnson
c/o John Massouh                    c/o John Massouh                  c/o John Massouh
PO Box 15008                        PO Box 15008                      PO Box 15008
Amarillo, TX 79105-5008             Amarillo, TX 79105-5008           Amarillo, TX 79105-5008


Eddie Bryant                        Eddie Stewart                     Gary Lesh
c/o John Massouh                    1571 Upper Zion Road              c/o John Massouh
PO Box 15008                        Brownsville, TN 38012-8064        PO Box 15008
Amarillo, TX 79105-5008                                               Amarillo, TX 79105-5008


Jan Lesh                            Janet Van Buskirk                 Janice Lawhon
c/o John Massouh                    c/o John Massouh                  c/o John Massouh
PO Box 15008                        PO Box 15008                      PO Box 15008
Amarillo, TX 79105-5008             Amarillo, TX 79105-5008           Amarillo, TX 79105-5008


Jared Lesh                          Jim Rininger                      Jimmy Greer
c/o John Massouh                    c/o John Massouh                  c/o John Massouh
PO Box 15008                        PO Box 15008                      PO Box 15008
Amarillo, TX 79105-5008             Amarillo, TX 79105-5008           Amarillo, TX 79105-5008
```

| | | |
|---|---|---|
| Joel Brookshire<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 | Kinsey Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Leah Gungoll<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Lyndal Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 |
| Michael Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Miranda Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Nikki Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Robert Braun<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Robert Spring<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Robert E Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Robert & Rachel Stewart<br>Lane & Countryman<br>1045 Cheever Blvd.<br>Ste. 103<br>San Antonio, TX 78217-6223 | Ronnie Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Sherle Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Steve Ryan<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Steven Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Susan Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Wiley Roby Russell Jr.<br>414 Preston Drive<br>Brownsville, TN 38012-2468 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Community Financial Services Bank<br>221 W 5th Street<br>Benton, KY 42025 | (d)Community Financial Services Bank<br>POBox467<br>Benton, KY 42025-0467 | Frontier Farm Credit<br>2009 Vanesta Place<br>Manhattan, KS 66503 |
| Rabo Agrifinance LLC<br>1402 Technology Parkway<br>Cedar Falls, IA 50613 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AgTexas Farm Credit Services AgTexas, PCA | (u)Big Seven Capital Partners, LLC | (u)Curtis Jones Farms |
| (u)Don Jones Farms, Inc. | (u)Don Jones Trucking, Inc. | (u)HTLF Bank, successor in interest to First |
| (u)Hines Cattle Company, LLC | (u)Hines Farms, LLC | (u)MAP Enterprises, Inc. |
| (u)Rabo AgriFinance, LLC | (u)Ridgefield Capital Group, LLC | (u)Thorlackson Diamond T Feeders, LP |
| (u)Thorlakson Diamond T Feeders, LP | (u)U.S. Department of Agriculture | (d)J. Brent Burnett<br>1612 Sanderson Rd.<br>Mayfield, KY 42066-9108 |
| (u)Stanley Ayers<br>6200 Ross Rd. Rockford,OH | (u)Andrew Phillips | (u)Barry Phillips |
| (u)David Weitman | (u)Richard Carraway | (u)Robert Ellis |
| (u)Scott Stewart | End of Label Matrix<br>Mailable recipients   228<br>Bypassed recipients    22<br>Total                 250 | |