**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,** | § | **CASE NO. 23-20084-RLJ-7** |
| | § | |
| | § | |
| **Debtors,** | § | **Jointly Administered** |

### NOTICE OF HEARING ON MOTION TO TRANSFER
### JOINTLY ADMINISTERED CASES
\* \* \*    \* \* \*    \* \* \*

PLEASE TAKE NOTICE that a hearing will be held via WebEx on **Wednesday, August 16, 2023, at 1:30 p.m.** on Meagan Goad and Kinsey Moreland's Motion to Transfer Jointly Administered Case. The meeting/dial-in-information for this docket can be found on the Court's website (www.txnb.uscourts.gov) under Judge Jones' "Hearing Dates and Calendar" tab prior to the hearing.

Respectfully submitted,

**Boerner, Dennis & Franklin, PLLC**
Attorneys at Law
P.O. Box 1738
Lubbock, Texas 79408-1738
(806) 763-0044
(806) 763-2084 (fax)
Email: bfranklin@bdflawfirm.com
Email: cpatterson@bdflawfirm.com
Email: ohutchin@bdflawfirm.com

*/S/ William A. Franklin*
_____
William A. Franklin
State Bar No. 24007200
Chandler Patterson
State Bar No. 24121293
Orion Hutchin
State Bar No. 24122288

ATTORNEYS FOR MEAGAN GOAD AND KINSEY MORELAND

**Certificate of Service**

I hereby certify that on July 18, 2023, the foregoing Notice of Hearing was filed with the Clerk of Court using the CM/ECF system, and the foregoing instrument has been served upon all parties receiving electronic notice via the Court's CM/ECF system and those parties listed in the Matrix.

*/s/ William A. Franklin*
WILLIAM A. FRANKLIN