BTXN 104a (rev. 09/12)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: McClain Feed Yard, Inc., et al.,

§
§ Case No.: 23-20084-RLJ-7
§
§
§
§
Debtor(s) §

APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Bird_____ __Charity_____ __S._____
                Last                          First                         MI

2. Firm Name: Kaplan Johnson Abate & Bird, LLP

3. Address: 710 W. Main Street, 4th Floor
   Louisville, Kentucky 40202

4. Phone: 502-540-8285    FAX: _____
   Email: cbird@kaplanjohnsonlaw.com

5. Name used to sign *all* pleadings: Charity S. Bird

6. Retained by: Meagan Goad and Kinsey Moreland

7. Admitted on October 31, 2008 and presently a member in good standing of the bar of the highest court of the state of Kentucky and issued the bar license number of 92622.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | See Attached List | |
   | | |
   | | |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | N/A | |
    | | |
    | | |

13. Local counsel of record: William A. Franklin

14. Local counsel's address: Boerner, Dennis & Franklin, PLLC
    920 Avenue Q, Lubbock, Texas 79401

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. V Commerce Savs. & Loan Ass'n*, 121 F.D.R. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $25.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $25.00 filing fee on _____.

Charity S. Bird
Printed Name of Applicant

7/19/2023
Date

*[signature]*
Signature of Applicant

## **List of Admitted Courts**

State Bar of Georgia, October 2005; Ga Bar License 153021

United States District Court for the Northern District of Georgia, October 2005

United States Bankruptcy Court for the Northern District of Georgia, October 2005

United States District Court for the Western District of Kentucky, November 2008

United States Bankruptcy Court for the Western District of Kentucky, November 2008

United States District Court for the Eastern District of Kentucky, November 2008

United States Bankruptcy Court for the Eastern District of Kentucky, November 2008

United States District Court for the Southern District of Indiana, November 2008

United States Bankruptcy Court for the Southern District of Indiana, November 2008

United States Bankruptcy Court for the Eastern District of Tennessee, May 2010