**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| IN THE MATTER OF:<br><br>MCCLAIN FEED YARD, INC.,<br><br>  Debtor. | **CASE NO. 23-20084-7-rlj** |
| IN THE MATTER OF:<br><br>MCCLAIN FARMS, INC.,<br><br>  Debtor. | **CASE NO. 23-20085-7-rlj** |
| IN THE MATTER OF:<br><br>7M CATTLE FEEDERS, INC.,<br><br>  Debtor. | **CASE NO. 23-20086-7-rlj** |

**AGREED ORDER FOR RELIEF FROM THE**
**AUTOMATIC STAY AS TO EQUIPMENT**

On this day, came on consideration the Motion for Relief from Automatic Stay as to Equipment (the "Motion") filed by Northland Financial Services, LLC ("Northland") in all three of the above-titled Chapter 7 cases. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that proper notice was given.

Based upon the foregoing, pursuant to 11 U.S.C. § 362, Federal Rule of Bankruptcy Procedure 4001, and Local Rule 4001-1, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The Motion shall be, and hereby is, granted in all three cases as to all three Debtors and their bankruptcy estates.

2. The Motion filed by Northland Financial Services, LLC is hereby GRANTED, and the automatic stay imposed by Section 362(a) is hereby lifted to allow Northland to take immediate possession of the Equipment to the extent necessary and without further notice:

   (1) 2013 Rotomix 620-16 Feed Mixer (S/N 810339423) mounted on a Peterbilt Semi-Tractor (S/N 2NP2HN7X0DM209788);

   (2) 2008 Rotomix 620 Mixer Box S/N 400887795 mounted on a 2009 International Semi Tractor (S/N 1HTWAAAN29J131948); and

   (3) 2015 Rotomix 720-16 Mixer Box (S/N 410650339) mounted on a Kenworth Construction T370 Semi Tractor (S/N 3BKHLJ9X5GF105604).

3. Nothing set forth herein shall constitute a determination or finding concerning the lien validity or priority of any other creditor or party in interest with respect to the Equipment, including but not limited to the lien priority between Northland Capital Financial Services and Rabo AgriFinance LLC, Caterpillar Financial Services Corporation, or First Kentucky Bank, and lien priority in the Equipment shall be determined in conformance with applicable non-bankruptcy law, including applicable provisions of the Uniform Commercial Code.

4. This Order be and hereby is effective immediately upon entry.

5. The fourteen (14) day stay period established by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived, and this Order shall take effect immediately upon its entry on the Court's docket.

**PROPOSED AGREED ORDER FOR RELIEF FROM THE AUTOMATIC STAY - Page 2**

6. This Court shall, and hereby does, retain judgment to enforce and interpret this order.

Signed on _____.

                                                    Honorable U.S. Bankruptcy Judge Presiding

Prepared By:
Daniel P. Callahan
Kessler & Collins, P.C.
500 N. Akard Street, Suite 3700 Dallas, Texas 75201
(214) 379-0722 Office
(214) 373-4714 Facsimile
dpc@kesslercollins.com
Nicole E. Gorovsky
ngorovsky@jenkinskling.com
Attorney for Northland Financial Services, LLC

***Approved as to Form:***

*/s/ Kent Ries*    Dated: July 19, 2023
Kent Ries, Chapter 7 Trustee
kent@kentries.com