**Exhibit "B"**

**Claims:  McClain Feed Yard, Inc.**

| Creditors' Name | City/State | Texas | Kentucky | Oklahoma | Other |
|---|---|---|---|---|---|
| 2B Farms, Inc. | Snyder, TX | 4,062,709.27 | | | |
| AJ Jacques Living Trust | Stillwater, OK | | | 122,018.06 | |
| Amy & Craig Sutton | Allen, TX | 122,018.06 | | | |
| Amy & Craig Sutton | Allen, TX | 172,794.07 | | | |
| Angie Robinson | Snyder, TX | 16,909.81 | | | |
| Buss Family Trust | Shawnee, OK | | | 162,503.68 | |
| C Heart Ranch, LLC | Ardore, OK | | | - | |
| Cameron Weddington | Jackson, TN | | | | 20,600.75 |
| Charles Lockwood | Ringling, OK | | | 218,596.63 | |
| Chris Prince | Blackwell, OK | | | 6,727.33 | |
| Cory Jesko | Hereford, TX | 28,168.07 | | | |
| Curtis Jones Farms | Emporia, KS | | | | 952,777.50 |
| David Rainey | Corinth, MS | | | | - |
| Dennis Buss | Tonkawa, OK | | | 133,552.26 | |
| Don Jones Farm, Inc. | Reading, KS | | | | 3,534,569.00 |
| Don Jones Trucking | Reading, KS | | | | 575,416.50 |
| Dora Blackman | Orlando, OK | | | 17,883.79 | |
| Doug Finley | Tulsa, OK | | | 43,194.13 | |
| Douglas C. Pritchett - DAC83 | Canyon, TX | 62,344.05 | | | |
| Douglas Pritchett - Open Area Arena | Canyon, TX | 381,518.01 | | | |
| Dufurrena Cutting Horses | Gainesville, TX | 156,600.00 | | | |
| Dufurrena Cutting Horses | McCool, MS | | | | 71,148.93 |
| Dwight Jesko | Hereford, TX | 103,182.72 | | | |
| Eddie Bryant | Prosper, TX | 94,039.74 | | | |
| Eddie Stewart | Fort Worth, TX | 105,755.45 | | | |
| Garwood Cattle Company LLC | Columbiana, OH | | | | - |
| Gray Brothers Cattle | Ralston, OK | | | 161,315.31 | |
| Gungoll Cattle Co. | Stillwater, OK | | | 165,216.33 | |
| Jace Harrold | Cleveland, TX | 76,674.78 | | | |
| James McCuan - Kingdom Trust | Murray, KY | | 414,156.00 | | |
| Janet Van Buskirk | Ringling, OK | | | 110,690.51 | |

| Creditors' Name | City/State | Texas | Kentucky | Oklahoma | Other |
|---|---|---|---|---|---|
| Janice E. Lawson | Blackwell, OK | | | 63,321.70 | |
| Jared Lesh | Whitesboro, TX | 2,078,869.41 | | | |
| Jean Nix | Mont Belvieu, TX | 95,924.62 | | | |
| Joel Brookshire | Crosby, TX | 103,798.04 | | | |
| Joel Brookshire for Gene Brookshire Family, LP | Crosby, TX | 2,176,630.00 | | | |
| Justin Stuever | Morrison, OK | | | 13,159.14 | |
| Kensey Jones | Reading, KS | | | | 176,915.75 |
| Lyndal Van Buskirk | Ringling, OK | | | 2,015,143.74 | |
| Mark J Reisz | Box Elder, SD | | | | 86,694.44 |
| Morgan & Cody Perry | Braman, OK | | | 74,910.99 | |
| Nancy Weddington | Brownsville, TN | | | | 17,261.98 |
| Natalie S. Martus | Krugerville, TX | 51,226.86 | | | |
| Priest Cattle and Land Company, Inc. | Lorena, TX | 236,560.26 | | | |
| Priest Victory Investment LLC | Lorena, TX | 72,760.45 | | | |
| Ralph Reisz | Owensboro, KY | | 352,125.36 | | |
| Rapp Ranch | Weatherford, TX | 101,902.95 | | | |
| Robert Gray | Ralston, OK | | | 86,841.67 | |
| Robert J. Spring | Edmond, OK | | | 49,937.58 | |
| Ronny Gray | Fairfax, OK | | | 74,073.08 | |
| Russell Trust | Fort Worth, TX | 488,277.67 | | | |
| Russell-Stewart | Fort Worth, TX | 706,911.67 | | | |
| Scarlet & Black Cattle, LLC | Amarillo, TX | 1,085,621.49 | | | |
| Scott Livestock Company | West Point, MS | | | | 1,686,418.79 |
| Stanley Ayers | Rockford, OH | | | | 836,570.28 |
| Steve Ryan | Yukon, OK | | | 92,683.96 | |
| Susan & Colby Van Buskirk | Ringling, OK | | | 200,402.33 | |
| Thorlakson Diamond T Feeders | Friona, TX | 3,332,356.00 | | | |
| William A. Weddington | Brownsville, TN | | | | 235,719.59 |
| WJ Performance Horses, Inc. | Cleveland, TX | 200,077.56 | | | |
| Total | | $16,113,631.01 | $766,281.36 | $3,812,172.22 | $8,194,093.51 |
| State Percentages | | 55.78% | 2.65% | 13.20% | 28.37% |
| Claims Nos. | | 25 | 3 | 21 | 14 |
| State Percentages | | 39.68% | 4.76% | 33.33% | 22.22% |