**Exhibit "C"**

**Claims: McClain Farms, Inc.**

| Creditors' Name | City/State | Texas | Kentucky | Oklahoma | Other |
|---|---|---|---|---|---|
| 2B Farms, Inc. | Snyder, TX | 4,062,709.27 | | | |
| Acey Livestock | Perryville, KY | | 1,622,659.52 | | |
| AJ Jacques Living Trust | Stillwater, OK | | | 122,018.06 | |
| Amy & Craig Sutton | Allen, TX | 172,794.07 | | | |
| Bar D Ranch Land & Cattle, LLC | Lake City, FL | | | | 92,053.76 |
| Barrett's Livestock, Inc. | Dublin, GA | | | | 98,862.41 |
| Barry Phillips | Ridgeland, MS | | | | 416,216.47 |
| Big Seven Capital Partners LLC | Cincinnati, OH | | | | 594,403.47 |
| Brent Burnett | Mayfield, KY | | 175,115.51 | | |
| Brooks Farms | South Fulton, TN | | | | 174,115.31 |
| Buss Family Trust | Shawnee, OK | | | 162,503.68 | |
| C Heart Ranch, LLC | Ardmore, OK | | | - | |
| Cameron Weddington | Jackson, TN | | | | 20,600.75 |
| Carraway Cattle, LLC | Cincinnati, OH | | | | 489,298.48 |
| Carraway Trust | Austin, TX | 67,320.34 | | | |
| Charles Lockwood | Ringling, OK | | | 218,596.63 | |
| Chris Prince | Blackwell, OK | | | 6,727.33 | |
| Cory Jesko | Hereford, TX | 28,167.07 | | | |
| Curtis Jones Farms LLC | Emporia, KS | | | | 952,777.50 |
| David Rainey | Corinth, MS | | | | 75,510.52 |
| Dennis Buss | Tonkawa, OK | | | 133,552.56 | |
| Don Jones Farm, Inc. | Reading, KS | | | | 575,416.50 |
| Don Jones Trucking | Reading, KS | | | | 575,416.50 |
| Dora Blackman | Orlando, OK | | | 17,883.79 | |
| Doug Finley | Tulsa, OK | | | 43,194.13 | |
| Douglas C. Pritchett - DAC83 | Canyon, TX | 62,344.05 | | | |
| Douglas Pritchett - Open Area Arena | Canyon, TX | 381,518.01 | | | |
| Drew Phillips | Jackson, TN | | | | 517,777.89 |
| Dufurrena Cutting Horses | Gainesville, TX | 156,600.00 | | | |
| Dustin Johnson | McCool, MS | | | | 71,148.93 |
| Dwight Jesko | Hereford, TX | 103,182.72 | | | |

| Creditors' Name | City/State | Texas | Kentucky | Oklahoma | Other |
|---|---|---|---|---|---|
| Eddie Bryant | Whitesboro | 2,078,869.41 | | | |
| Eddie Stewart | Fort Worth, TX | 105,755.45 | | | |
| Eric Deyarnatt | Cunningham, KY | | 67,011.56 | | |
| Garwood Cattle Company LLC | Columbiana, OH | | | | - |
| Gray Brothers Cattle | Ralston, OK | | | 161,315.31 | |
| Gungoll Cattle Co. | Stillwater, OK | | | 165,216.53 | |
| Hines Farms & Hines Cattle Co. | High Springs, FL | | | | 615,908.37 |
| Jace Harrold | Cleveland,TX | 76,674.78 | | | |
| Jan & Gary Lesh | Perry, OK | | | 107,929.61 | |
| Janet Van Buskirk | Ringling, OK | | | 110,690.51 | |
| Janice E. Lawson | Blackwell, OK | | | 63,321.70 | |
| Jared Lesh | Whitesboro, TX | 2,078,869.41 | | | |
| Jean Nix | Mont Belview, TX | 95,924.62 | | | |
| Jimmy D. Greer | Murray, KY | | 354,918.73 | | |
| Joe Burnett | Melber, KY | | 206,442.05 | | |
| Joel Brookshire | Crosby, TX | 103,795.04 | | | |
| Joel Brookshire for Gene Brookshire Family, LP | Crosby, TX | 2,176,630.00 | | | |
| John Dale Tidwell | Mayfield, KY | | 247,727.59 | | |
| Justin Stuever | Morrison, OK | | | 13,459.14 | |
| Kinsey Jones | Reading, KS | | | | 176,915.75 |
| Lyndal Van Buskirk | Ringling, OK | | | 2,045,043.74 | |
| MAP Enterprises Inc. | Mayfield, KY | | 9,155,847.81 | | |
| Mark J Reisz | Box Elder, SD | | | | 86,694.44 |
| Michael Evans | Clinton, KY | | 200,812.14 | | |
| Morgan & Cody Perry | Braman, OK | | | 74,910.99 | |
| Mykel Linn Tidwell | Mayfield, KY | | 501,987.04 | | |
| Nancy Weddington | Brownsville, TN | | | | 17,261.98 |
| Phillip Sullivan | Mayfield, KY | | 190,000.00 | | |
| Priest Cattle Company | Lorena, TX | 236,560.26 | | | |
| Priest Victory Investment | Lorena, TX | 72,760.45 | | | |
| Ralph Reisz | Owensboro, KY | | 352,125.36 | | |
| Rapp Ranch | Weatherford, TX | 101,902.95 | | | |
| Richard Carraway | Dyersburg, TN | | | | 322,320.25 |
| Rick Rodgers | Mayfield, KY | | 1,816,094.00 | | |
| Ridgefield Capital Asset Mgmt. | Ridgefield, CT | | | | 2,182,751.53 |

| Creditors' Name | City/State | | Texas | Kentucky | Oklahoma | Other |
|---|---|---|---|---|---|---|
| Riley Livestock | Mayfield, KY | | | 69,405,928.00 | | |
| Rita May Dufurrena | Gainesville, TX | | 134,960.07 | | | |
| Robert Ellis | Easton, MD | | | | | 249,776.44 |
| Robert Gray | Ralston, OK | | | | 87,741.67 | |
| Robert J. Spring | Edmond, OK | | | | 49,937.58 | |
| Ronny Gray | Fairfax, OK | | | | 74,073.08 | |
| Russell Trust | Fort Worth, TX | | 488,277.67 | | | |
| Russell-Stewart | Fort Worth, TX | | 706,911.67 | | | |
| Scarlet & Black Cattle, LLC | Amarillo, TX | | 1,085,621.49 | | | |
| Scott Livestock Company | West Point, MS | | | | | 1,686,418.79 |
| Scott Stewart | Memphis, TN | | | | | 77,089.36 |
| Shaw & Shaw Farms | Alachua ,FL | | | | | 120,911.37 |
| Starnes Cattle | Williston, FL | | | | | 30,006.43 |
| Steve Ryan | Yukon, OK | | | | 92,683.96 | |
| Susan & Colby Van Buskirk | Ringling, OK | | | | 200,402.33 | |
| Terry Burnett | Melber, KY | | | 194,489.97 | | |
| TGF Ranch, LLC | Hastings, MI | | | | | 1,159,266.05 |
| Thorlakson Diamond T Feeders | Friona, TX | | 3,332,356.00 | | | |
| Tindal Truck Sales | Mayfield, KY | | | 598,490.58 | | |
| University of Florida | Gainesville, FL | | | | | 21,300.00 |
| Wildforest Cattle Company LLC | Mayfield, KY | | | 5,382,859.66 | | |
| William A. Weddington | Brownsville, TN | | | | | 235,715.59 |
| WJ Performance Horses, Inc. | Cleveland,TX | | 200,077.56 | | | |
| Total | | | $31,886,033.09 | $90,472,509.52 | $8,230,149.85 | $15,678,924.96 |
| State Percentages | | | 21.80% | 61.85% | 5.63% | 10.72% |
| Claims Nos. | | | 32 | 20 | 29 | 34 |
| State Percentages | | | 27.83% | 17.39% | 25.22% | 29.57% |