**7M Cattle Feeders, Inc.**

**Exhibit "D"**

**Claims:  7M Cattle Feeders, Inc.**

| Creditors' Name | City/State | Amount: | Texas | Kentucky | Oklahoma | Other |
|---|---|---|---|---|---|---|
| 2B Farms, Inc. | Snyder, TX | | 4,062,709.27 | | | |
| AJ Jacques - Trust | Stillwater, OK | | | | 122,018.06 | |
| Amy & Craig Sutton | Allen, TX | | 172,794.07 | | | |
| Anjie Robinson | Snyder, TX | | 66,909.81 | | | |
| Buss Family Trust | Shawnee, OK | | | | 162,503.68 | |
| C Heart Range, LLC | Ardmore, OK | | | | Unk | |
| Cameron Weddington | Jackson, TN | | | | | 20,600.75 |
| Charles Lockwood | Ringling, OK | | | | 218,596.63 | |
| Charles Prince | Blackwell, OK | | | | 6,727.33 | |
| Cory Jesko | Hereford, TX | | 25,168.07 | | | |
| Dennis Buss | Tonkawa, OK | | | | 133,552.56 | |
| Dora Blackman | Orlando, OK | | | | 17,883.79 | |
| Doug Finley | Tulsa, OK | | | | 43,194.13 | |
| Douglas C. Pritcher | Canyon, TX | | 62,344.05 | | | |
| Doug Pritchett - Open Area Arena | Canyon, TX | | 381,518.01 | | | |
| Dufurrena Cutting Horses | Gainesville, TX | | 156,600.00 | | | |
| Dustin Johnson | McCool, MS | | | | | 71,148.93 |
| Dwight Jesko | Hereford, TX | | 103,182.72 | | | |
| Ed Dufurrena | Gainesville, TX | | 658,692.28 | | | |
| Eddie Bryant | Prosper, TX | | 94,039.74 | | | |
| Eddie Stewart | Fort Worth, TX | | 105,755.45 | | | |
| Garwood Cattle Company | Columbiana, OH | | | | | - |
| Gray Brothers Cattle | Ralston, OK | | | | 161,315.31 | |
| Gungoll Cattle Co. | Stillwater, OK | | | | 165,216.33 | |
| Jace Harrold | Cleveland, TX | | 76,674.18 | | | |
| Jan & Gary Lesh | Perry, OK | | | | 107,929.61 | |
| Jan Van Buskirk | Ringling, OK | | | | 110,690.51 | |
| Janice E. Lawson | Blackwell, OK | | | | 63,321.70 | |
| Jared Lesh | Whiteboro, TX | | 2,078,869.41 | | | |
| Jean Nix | Mont Belvieu, TX | | 95,924.62 | | | |

| Creditors' Name | City/State | Amount: | Texas | Kentucky | Oklahoma | Other |
|---|---|---|---|---|---|---|
| Joel Brookshire | Crosby, TX | | 103,795.04 | | | |
| Justin Stuever | Morrison, OK | | 13,459.14 | | | |
| Lyndal Van Buskirk | Ringling, OK | | | | 2,045,043.74 | |
| Mark J Reisz | Box Elder, SD | | | | | 89,694.44 |
| Nancy Weddington | Brownsville, TN | | | | | 17,261.98 |
| Natalie S. Martus | Krugerville, TX | | 51,226.86 | | | |
| Priest Catle & Land Company | Lorena, TX | | 236,560.26 | | | |
| Priest Victory Investment | Lorena, TX | | 72,760.45 | | | |
| Rapp Ranch | Weatherford, TX | | 101,902.95 | | | |
| Rita May Dufurrena | Gainesville, TX | | 134,960.07 | | | |
| Robbie Russell & Eddie Stewart | Fort Worth, TX | | 706,911.67 | | | |
| Robert Gray | Ralston, OK | | | | 86,741.67 | |
| Robert J. Spring | Edmond, OK | | | | 49,937.58 | |
| Ronnie Gray | Fairfax, OK | | | | 74,073.08 | |
| Russell Trust | Fort Worth, TX | | 488,277.67 | | | |
| Scarlet & Black Cattle | Amarillo, TX | | 1,085,621.49 | | | |
| Scott Livestock Company | West Point, MS | | | | | 1,686,418.79 |
| Steve Ryan | Yukon, OK | | | | 92,683.96 | |
| Susan & Colby Van Buskirk | Ringling, OK | | | | 200,402.33 | |
| Thorlakson Daimond T Feeders | Friona, TX | | 332,356.00 | | | |
| William A. Weddington | Brownsville, TN | | | | | 235,719.59 |
| WJ Performance Horses | Cleveland, TX | | 200,077.56 | | | |
| Total | | | $11,669,090.84 | $0.00 | $3,861,832.00 | $2,120,844.48 |
| State Percentages | | | 66.11% | 0.00% | 21.88% | 12.01% |
| Claims Nos. | | | 26 | - | 18 | 7 |
| State Percentages | | | 50.98% | 0.00% | 35.29% | 13.73% |