Label Matrix for local noticing
0539-2
Case 23-20086-rlj7
Northern District of Texas
Amarillo
Thu Jul 27 13:38:34 CDT 2023

2B Farms, a Texas General Partnership, and T
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408-2547

7M Cattle Feeders, Inc.
2546 CR 15
Friona, TX 79035

AJ Jacques Living Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Arnold Braun Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Buss Family Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gene Brookshire Family, LP
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gray Brothers
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gungoll Cattle, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jordan Lesh, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Lesh Family Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Morrison Cafe, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Northland Capital Financial Services, LLC
c/o Jenkins & Kling, P.C.
150 N. Meramec Ave., Suite 400
St. Louis
St. Louis, MO 63105-3753

Priest Cattle Company, Ltd.
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655-9665

Scarlet and Black Cattle, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Scott Livestock Company, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Steve T Scott Farm, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

W. Robbie Russell Living Trust
414 Preston Drive
Brownsville, TN 38012-2468

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

11605 NW 140 St.
Alachua, FL 32615-6435

2B Farms, Inc.
9012 County Rd. 3114
Snyder, TX 79549-1318

Acey Livestock, LLC
211 Old Orchard Road
Perryville, KY 40468-9782

Ag Texas Farm Credit Services
PO Box 50060
Amarillo, TX 79159-0060

AgTexas, PCA
2001 S. Soncy Road
Amarillo, TX 79124-2407

Angela Powell
86 B Commerce Blvd.
Benton, KY 42025-1110

Arnold Braun (of the Arnold Braun Trust)
4932 E. SR 70
Grandview, IN 47615-9620

Atten: David L. LeBas
Nathan Howell Smith & Lee
Attorneys at Law
8310 N. Capital of Texas HWY
Ste 490
Austin, TX 78731-1081

| | | |
|---|---|---|
| Bar D Ranch Land & Cattle<br>4458 S. U.S. Highway 441<br>Lake City, FL 32025-0306 | Bar D Ranch Land & Cattle, LLC<br>4458 South US Highway 441<br>Lake City, FL 32025-0306 | Big Seven Capital Partners LLC<br>200 Rock Vista Run<br>Austin, TX 78737-2843 |
| Bo Robinson<br>9397 County Rd. 3114<br>Snyder, TX 79549-1379 | Bryan Blackman<br>4553 Texas Street<br>Healdton, OK 73438-2906 | C Heart Ranch, LLC<br>454 Daniels Lane<br>Ardmore, OK 73401-5304 |
| Cactus Feeders Finance LLC<br>600 S. Tyler Street, Suite 2800<br>Amarillo, TX 79101-2353 | Cactus Operating LLC<br>Robert M Kettle, Agent<br>600 S. TYLER ST., SUITE 280<br>Amarillo, TX 79101-2353 | Caleb Little<br>672 Nelson Trl.<br>Dexter, KY 42036-9402 |
| Carl Pickett<br>524 Travis Street/ 650 FM 163 Rd.<br>Liberty, TX 77575 | Carr, Riggs, & Ingram, LLC<br>2424 Louisiana Blvd. NW Suite 300<br>Albuquerque, NM 87110 | Carraway Cattle 200 Rock Vista Run<br>Austin, TX 78737-2843 |
| (p)CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE TN 37203-5341 | Chelsea Waters McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 | Clint Quarles<br>Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 |
| Cody L. Simmons<br>P.O. Box 180<br>Canyon, TX 79015-0180 | Colton Long<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 | (p)COMMUNITY FINANCIAL SERVICES BANK<br>ATTN ATTN LOSS MITIGATION<br>P O BOX 467<br>BENTON KY 42025-0467 |
| Cory Don Priest<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Crystal McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 | Curtis Jones Farms<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Curtis Jones Farms LLC<br>1720W. 13th Ave.<br>Emporia, KS 66801-5659 | David Rainey 88 CR 640<br>Corinth, MS 38834 | Death Creek Farms LLC<br>10150 Highway 47<br>West Point, MS 39773-4802 |
| Don Jones<br>2434 Road Y<br>Reading, KS 66868-9006 | Don Jones Farm, Inc.<br>2434 Road Y<br>Reading, KS 66868-9006 | Don Jones Trucking, Inc.<br>2434 Road Y<br>Reading, KS 66868-9006 |
| Douglas C. Pritchett<br>19601 FM 1541<br>Canyon, TX 79015-6387 | Dr. Arnold Bral,1n<br>4932 E. SR 70<br>Grandview, IN 47615-9620 | Dwight Jesko<br>112 Rr 5/ 3970 FM 1057<br>Hereford, TX 79045 |

| | | |
|---|---|---|
| Eric DeJarnett<br>1115 County Road 1024<br>Cunningham, KY 42035-9309 | Eric Dejarnatt<br>1115 CR 1024<br>Cunningham, KY 42035-9309 | First Capital Bank of Texas<br>3900 Soncy Road<br>Amarillo, TX 79119-6673 |
| First Kentucky Bank, Inc.<br>605 Main Street<br>Benton, KY 42025-1236 | Friona Industries<br>PO Box 15568<br>Amarillo, TX 79105-5568 | Friona Industries, L.P.<br>500 S. Taylor Street, Suite 601<br>Amarillo, TX 79101-2447 |
| (p)FRONTIER FARM CREDIT<br>PO BOX 2409<br>OMAHA NE 68103-2409 | Garwood Cattle Company LLC<br>2538 Middleton Road<br>Columbiana, OH 44408-9550 | Heartland Co-op<br>2829 Westown Parkway, Suite 350<br>West Des Moines, IA 50266-1340 |
| Hines Cattle Company, LLC<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Hines Farms, LLC<br>1019 NE 90th Ave.<br>High Springs, FL 32643-5121 | J Brent Burnett<br>1612 Sanderson Rd<br>Mayfield, KY 42066-9108 |
| Jake Rininger<br>2828 S. Co. Rd. 200 W.<br>Rockport, IN 47635-8252 | Jared Lesh Cowhorses Inc.<br>10801 E. Highway 82<br>Whitesboro, TX 76273 | Jared Wayne Lesh<br>10801 E. Highway 82<br>Whitesboro, TX 76273 |
| Jed Goad<br>JLE Trucking, Inc.<br>PO Box 451<br>Red Boiling Springs, TN 37150-0451 | Jimmy D. Greer<br>3209 Wrather Rd.<br>Murray, KY 42071-7417 | Joe Burnett<br>187 Peachtree Rd<br>Melber, KY 42069-8824 |
| John Dale Tidwell<br>209 Duffers Ln<br>Mayfield, KY 42066-1201 | John Massouh<br>Sprouse Shrader Smith PLLC<br>Box 15008<br>Amarillo, TX 79105-5008 | Jordan Robert Lesh<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 |
| Jordan and Jan Lesh<br>10400 N. Perkins Road<br>Stillwater, OK 74075-1860 | Julie Whitlock<br>P.O. Box 389<br>Mayfield, KY 42066-0029 | Justin Stuever<br>P.O. Box 22<br>Morrison OK 73061-0022 |
| Keeling Cattle Feeders, Inc.<br>PO Box 1853<br>Hereford, Texas 79045-1853 | Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025-4770 | Kenneth Netardus<br>P.O. Box 3280<br>Amarillo, TX 79116-3280 |
| Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 | Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868-9055 | Lazy J Arena, LLC<br>1419 W. 80th Street<br>Stillwater, OK 74074-8164 |

Lazy J. Cattle
1515 W. 80th Street
Stillwater, OK 74074-8186

Lesh Family Trust
19700 County Road 200
Perry, OK 73077-8530

Lesh Trucking'
10400 N. Perkins Rd.
Stillwater, OK 74075-1860

Lyndal Vanbuskirk
P.O. Box 778
Ringling, OK 73456-0778

MAP Enterprises Inc.
P.O. Box 1045
Mayfield, KY 42066-0041

MAP Enterprises, Inc.
c/o Jeff P. Prostok
777 Main Street, Suite 1550
Fort Worth, TX 76102-5384

Meagan B. Goad
1775 Wadesboro Rd.
S Benton, KY 42025-4777

Meagan B. Powell
621 Mullins Ln.
Benton, KY 42025-4762

Mechanics Bank
18400 Von Karman Avenue Suite 1100
Irvine, CA 92612-0517

Michael Gourley
P.O. Box 1045
Mayfield, KY 42066-0041

Michael Johnson
Ray Quinney and Nebeker, P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84111-1451

Mykel Linn Tidwell
66 Lake Terry Dr.
Mayfield, KY 42066-6982

Northland Capital Financial Services, LL
P.O. Box 7278
Saint Cloud, MN 56302-7278

Northland Capital Financial Services, LLC
333 33rd Ave South
St. Cloud, MN 56301-5495

Oklahoma AgCredit
601 East Kenosha
Broken Arrow, OK 74012-2002

Open A Arena LLC
14500 S. Fm 1258
Amarillo, TX 79118-4610

Patty Priest
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Cattle and Land Company, Inc.
899 Rosenthal Road
Lorena, TX 76655-9665

Producers Credit Corporation
8351 N. High Street, Suite 250
Columbus, OH 43235-1440

(p)RABO AGRIFINANCE LLC
1402 TECHNOLOGY DR
CEDAR FALLS IA 50613-1233

Rabo Agrifinance LLC
146.76 Outer 40 Road Ste. 400
Chesterfield, MO 63017

Rapp Ranch
400 Smith Trail
Weatherford, TX 76088-1606

Rick Rodgers
786 Sutton Ln.
Mayfield, KY 42066-6551

Riley Livestock
250 Brittian Lane
Mayfield, KY 42066-4617

Riley Livestock, Inc.
Attn: Mary Ann Hunter
P.O. Box 663
Mayfield, KY 42066-0033

Robert Braun
12307 E. Co Rd. 1160 N
Evanston, IN 47531-8076

Samuel S. Brown
3430 St. Rt 45 S
Mayfield, KY 42066-6135

Scarlet & Black Cattle, LLC
5402 Walesa Court
Amarillo, TX 79119-6285

Scott Livestock Company (Steve Scott)
10150 Highway 47
West Point, MS 39773-4802

Shaw & Shaw Farms Partnership, LLC
11605 NW 140 St.
Alachua, FL 32615-6435

| | | |
|---|---|---|
| Sherman Trucking<br>2098 Symsonia Highway/ 5508 Oak Level Ro<br>Benton, KY 42025-5024 | Spencer Clift<br>BAKER, DONELSON, BEARMAN, CALDWELL & BER<br>165 Madison Ave.<br>Memphis, TN 38103-2799 | Steve T. Scott Farms, Inc.<br>10150 Highway 4 7<br>West Point, MS 39773-4802 |
| Steven L. Hoard<br>Mullin Hoard & Brown, LLP<br>500 S. Taylor79101, Suite 800<br>Amarillo National Bank Plaza II<br>Amarillo, TX 79101 | TGF Ranch<br>1585 E M-79 Hwy<br>Hastings, MI 49058-8895 | Takeuchi Financial Services, a program of<br>1625 West Fountainhead Parkway,<br>AZ-FTN-1<br>Tempe,AZ 85282-2371 |
| Terry Burnett<br>210 Bethel Church Rd .<br>Melber, KY 42069-8826 | Thomas C. Riney<br>Underwood Law Firm, P.C.<br>500 S. Taylor, Suite 1200<br>Amarillo, Texas 79101-2446 | Thorlakson Feedyards<br>273131 Rr 284<br>Airdrie, Alberta, T4A 0H4 Canada |
| Tom Thorlakson<br>2548 CR 15<br>Friona,TX 79035-7034 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | W. Heath Hendricks UNDERWOOD LAW FIRM<br>500 S. Taylor Street Ste. 1200<br>Amarillo, TX 79101-2401 |
| WJ Performance Horses, Inc.<br>524 Travis Street<br>Liberty, TX 77575-4824 | Wildforest Cattle Company LLC<br>1206 Paris Road<br>Mayfield, KY 42066-4989 | Amy Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Bryan Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Charles Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Colby Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Cole Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Craig Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Crystal McClain<br>c/o Marcus H. Herbert<br>Attorney at Law<br>416 South 5th Street<br>Paducah, KY 42003-1530 |
| Curtis Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | David Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Dennis Buss<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Don Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | Dora Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Douglas Finley<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Dustin Johnson<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Eddie Bryant<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Eddie Stewart<br>1571 Upper Zion Road<br>Brownsville, TN 38012-8064 |

Gary Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jan Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Janet Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Janice Lawhon
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jared Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jim Rininger
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jimmy Greer
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Joel Brookshire
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Kent Ries
PO Box 3100
Amarillo, TX 79116-3100

Kent David Ries
Kent Ries, Trustee
PO Box 3100
Amarillo, TX 79116-3100

Kinsey Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Leah Gungoll
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Lyndal Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Max Ralph Tarbox
Tarbox Law, P.C.
2301 Broadway
Lubbock, TX 79401-2916

Michael Evans
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Miranda Evans
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Nikki Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Robbie Russell
414 Preston Drive
Brownsville, TN 38012-2468

Robert Braun
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Robert Spring
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Robert E Gray
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Robert & Rachel Stewart
Lane & Countryman
1045 Cheever Blvd.
Ste. 103
San Antonio, TX 78217-6223

Ronnie Gray
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Sherle Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Steve Ryan
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Steven Hines
12609 NW 298th St.
High Springs, FL 32643-4911

Susan Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203-0986

Community Financial Services Bank
221 W 5th Street
Benton, KY 42025

(d)Community Financial Services Bank
PO Box467
Benton, KY 42025-0467

Frontier Farm Credit
2009 Vanesta Place
Manhattan, KS 66503

Rabo Agrifinance LLC
1402 Technology Parkway
Cedar Falls, IA 50613

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AgTexas Farm Credit Services AgTexas, PCA

(u)Big Seven Capital Partners, LLC

(u)Consolidated Feeders LLC

(u)Curtis Jones Farms

(u)Don Jones Farms, Inc.

(u)Don Jones Trucking, Inc.

(u)HTLF Bank, successor in interest to First

(u)Hines Cattle Company, LLC

(u)Hines Farms, LLC

(u)MAP Enterprises, Inc.

(u)Rabo AgriFinance, LLC

(u)Ridgefield Capital Group, LLC

(u)Thorlackson Diamond T Feeders, LP

(u)Thorlakson Diamond T Feeders, LP

(u)U.S. Department of Agriculture

(d)J. Brent Burnett
1612 Sanderson Rd.
Mayfield, KY 42066-9108

(d)Priest Cattle Company, Ltd
899 Rosenthal Road
Lorena, TX 76655-9665

(d)Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655-9665

(u)Stanley Ayers
6200 Ross Rd. Rockford,OH

(u)Andrew Phillips

(u)Barry Phillips

| | | |
|---|---|---|
| (u)Richard Carraway | (u)Robert Ellis | (u)Scott Stewart |

**End of Label Matrix**
Mailable recipients 176
Bypassed recipients  24
Total                200