Label Matrix for local noticing
0539-2
Case 23-20085-rlj7
Northern District of Texas
Amarillo
Thu Jul 27 13:37:49 CDT 2023

2B Farms, a Texas General Partnership, and T
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408-2547

AJ Jacques Living Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Arnold Braun Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Buss Family Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Caterpillar Financial Services Corporation
c/o Dickinson Wright PLLC
Attention: John Nelson
607 W. 3rd Street
Suite 2500
Austin, TX 78701-4713

First Kentucky Bank
C/O Tom Blankenship
PO Box 571
Blankenship & Edwards
Benton, KY 42025-0571

Gene Brookshire Family, LP
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gray Brothers
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gungoll Cattle, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jordan Lesh, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Lesh Family Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

McClain Farms, Inc.
824 Mullin Lane
Benton, KY 42025-4702

Morrison Cafe, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Northland Capital Financial Services, LLC
c/o Jenkins & Kling, P.C.
150 N. Meramec Ave., Suite 400
St. Louis
St. Louis, MO 63105 United States 63105-3753

Priest Cattle Company, Ltd.
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655-9665

Scarlet and Black Cattle, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Scott Livestock Company, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Steve T Scott Farm, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

U.S. Attorney
1100 Commerce, 3rd Floor
Dallas, TX 75242-1074

U.S. Attorney General
Department of Justice
Washington, DC 20001

W. Robbie Russell Living Trust
414 Preston Drive
Brownsville, TN 38012-2468

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

2B Farms, Inc.
9012 County Rd. 3114
Snyder, TX 79549-1318

Acey Livestock, LLC
211 Old Orchard Road
Perryville, KY 40468-9782

Ag Texas Farm Credit Services
PO Box 50060
Amarillo, TX 79159-0060

AgTexas, PCA
2001 S. Soncy Road
Amarillo, TX 79124-2407

Angela Powell
86 B Commerce Blvd.
Benton, KY 42025-1110

Arnold Braun of the Arnold Braun Trust
4932 E. SR 70
Grandview, IN 47615-9620

Atten: David L. LeBas
Naman Howell Smith & Lee
Attorneys at Law
8310 N. Capital of Texas Hwy
Ste 490
Austin, TX 78731-1081

Bar D Ranch Land & Cattle, LLC
4458 South US Highway 441
Lake City, FL 32025-0306

Bar D Ranch Land and Cattle
4458 S. US Highway 441
Lake City, FL 32025-0306

Big Seven Capital Partners LLC
200 Rock Vista Run
Austin, TX 78737-2843

Bo Robinson
9397 County Rd. 3114
Snyder, TX 79549-1379

Bryan Blackman
4553 Texas Street
Healdton, OK 73438-2906

C Heart Ranch, LLC
454 Daniels Lane
Ardmore, OK 73401-5304

Cactus Feeders Finance LLC
600 S. Tyler Street, Suite 2800
Amarillo, TX 79101-2353

Cactus Operating LLC
Robert M Kettle, Agent
600 S. TYLER ST., SUITE 280
Amarillo, TX 79101-2353

Caleb Little
672 Nelson Trl.
Dexter, KY 42036-9402

Carl Pickett
524 Travis Street
650 FM 163 Rd.
Liberty, TX 77575

Carr, Riggs, & Ingram, LLC
2424 Louisiana Blvd. NW Suite 300
Albuquerque, NM 87110

Carraway Cattle
200 Rock Vista Run
Austin, TX 78737-2843

Caterpillar Financial Services
John R. Nelson
Dickinson Wright PLLC
221 N. Kansas St., Suite 200
El Paso, TX 79901-1443

Caterpillar Financial Services
Michelle D. Esparza
Dickinson Wright PLLC
221 N. Kansas St., Suite 2000
El Paso, TX 79901-1472

(p)CATERPILLAR FINANCIAL SERVICES CORPORATION
2120 WEST END AVENUE
NASHVILLE TN 37203-5341

Caterpillar Financial Services Corporation
c/o Dickinson Wright PLLC
Attention: John Nelson
607 W. 3rd Street, Ste. 2500
Austin, Texas 78701-4713

Chelsea Waters McClain
824 Mullins Lane
Benton, KY 42025-4702

Clint Quarles
Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601-8332

Cody L. Simmons
P.O. Box 180
Canyon, TX 79015-0180

Colton Long
2001 S. Soney Road
Amarillo, TX 79124-2407

(p)COMMUNITY FINANCIAL SERVICES BANK
ATTN ATTN LOSS MITIGATION
P O BOX 467
BENTON KY 42025-0467

Cory Don Priest
899 Rosenthal Road
Lorena, TX 76655-9665

Crystal McClain
824 Mullins Lane
Benton, KY 42025-4702

Curtis Jones Farms
1720 W. 13th Ave.
Emporia, KS 66801-5659

Curtis Jones Farms LLC
1720W. 13th Ave.
Emporia, KS 66801-5659

David Rainey
88 CR 640
Corinth, MS 38834

Death Creek Farms LLC
10150 Highway 47
West Point, MS 39773-4802

Don Jones
2434 Road Y
Reading, KS 66868-9006

Don Jones Farm, Inc.
2434 Road Y
Reading, KS 66868-9006

| | | |
|---|---|---|
| Don Jones Trucking, Inc.<br>2434 Road Y<br>Reading, KS 66868-9006 | Douglas C. Pritchett<br>19601 FM 1541<br>Canyon, TX 79015-6387 | Dr. Arnold Braun<br>4932 E. SR 70<br>Grandview, IN 47615-9620 |
| Dwight Jesko<br>112 Rr 5/ 3970 FM 1057<br>Hereford, TX 79045 | Eric DeJarnett<br>1115 County Road 1024<br>Cunningham, KY 42035-9309 | Eric Dejarnatt<br>1115 CR 1024<br>Cunningham, KY 42035-9309 |
| First Capital Bank of Texas<br>3900 Soncy Road<br>Amarillo, TX 79119-6673 | First Kentucky Bank, Inc.<br>605 Main Street<br>Benton, KY 42025-1236 | Friona Industries<br>PO Box 15568<br>Amarillo, TX 79105-5568 |
| Friona Industries, L.P.<br>500 S. Taylor Street, Suite 601<br>Amarillo, TX 79101-2447 | (p)FRONTIER FARM CREDIT<br>PO BOX 2409<br>OMAHA NE 68103-2409 | Garwood Cattle Company LLC<br>2538 Middleton Road<br>Columbiana, OH 44408-9550 |
| Hines Cattle Company, LLC<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Hines Farms, LLC<br>1019 NE 90th Ave.<br>High Springs, FL 32643-5121 | J Brent Burnett<br>1612 Sanderson Rd<br>Mayfield, KY 42066-9108 |
| Jake Rininger<br>2828 S. Co. Rd. 200 W.<br>Rockport, IN 47635-8252 | Jared Lesh Cowhorses Inc.<br>10801 E. Highway 82<br>Whitesboro, TX 76273 | Jared Wayne Lesh<br>10801 E. Highway 82<br>Whitesboro, TX 76273 |
| Jed Goad<br>JLE Trucking, Inc.<br>PO Box 451<br>Red Boiling Springs, TN 37150-0451 | Jimmy D. Greer<br>3209 Wrather Rd.<br>Murray, KY 42071-7417 | John Dale Tidwell<br>209 Duffers Ln<br>Mayfield, KY 42066-1201 |
| John Massouh<br>Sprouse Shrader Smith PLLC<br>Box 15008<br>Amarillo, TX 79105-5008 | Jordan Robert Lesh<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 | Jordan and Jan Lesh<br>10400 N. Perkins Road<br>Stillwater, OK 74075-1860 |
| Julie Whitlock<br>P.O. Box 389<br>Mayfield, KY 42066-0029 | Justin Stuever<br>P.O. Box 22<br>Morrison, OK 73061-0022 | Keeling Cattle Feeders, Inc.<br>PO Box 1853<br>Hereford, Texas 79045-1853 |
| Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025-4770 | Kenneth Netardus<br>P.O. Box 3280<br>Amarillo, TX 79116-3280 | Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 |

| | | |
|---|---|---|
| Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868-9055 | Lazy J Arena, LLC 1419<br>W. 80th Street<br>Stillwater, OK 74074 | Lazy J. Cattle 1515<br>W. 80th Street<br>Stillwater, OK 74074 |
| Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077-8530 | Lesh Trucking<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 | Lyndal Vanbuskirk<br>P.O. Box 778<br>Ringling, OK 73456-0778 |
| MAP Enterprises Inc.<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | MAP Enterprises, Inc.<br>c/o Jeff P Prostok<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102-5384 | Mark J. Reisz<br>514 Americas Way #13812<br>Box Elder, SD 57719-7600 |
| Meagan B. Goad<br>1775 Wadesboro Rd. S<br>Benton, KY 42025-4777 | Meagan B. Powell<br>621 Mullins Ln.<br>Benton, KY 42025-4762 | Mechanics Bank<br>18400 Von Karman Avenue<br>Suite 1100<br>Irvine, CA 92612-0517 |
| Michael Gourley<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | Michael Johnson<br>Ray Quinney and Nebeker, P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111-1451 | Mykel Linn Tidwell<br>66 Lake Terry Dr.<br>Mayfield, KY 42066-6982 |
| Northland Capital Financial Services, LL<br>P.O. Box 7278<br>Saint Cloud, MN 56302-7278 | Northland Capital Financial Services, LLC<br>333 33rd Ave South<br>St. Cloud, MN 56301-5495 | Oklahoma AgCredit<br>601 East Kenosha<br>Broken Arrow, OK 74012-2002 |
| Open A Arena LLC<br>14500 S. Fm 1258<br>Amarillo, TX 79118-4610 | Patty Priest<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Priest Cattle and Land Company, Inc.<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 |
| Producers Credit Corporation<br>8351 N. High Street, Suite 250<br>Columbus, OH 43235-1440 | (p)RABO AGRIFINANCE LLC<br>1402 TECHNOLOGY DR<br>CEDAR FALLS IA 50613-1233 | Rabo Agrifinance LLC<br>146.76 Outer 40 Road Ste. 400<br>Chesterfield, MO 63017 |
| Rapp Ranch<br>400 Smith Trail<br>Weatherford, TX 76088-1606 | Rick Rodgers<br>786 Sutton Ln.<br>Mayfield, KY 42066-6551 | Riley Livestock<br>250 Brittian Lane<br>Mayfield, KY 42066-4617 |
| Riley Livestock, Inc.<br>Attn: Mary Ann Hunter<br>P.O. Box 663<br>Mayfield, KY 42066-0033 | Robert Braun<br>12307 E. Co Rd. 1160 N<br>Evanston, IN 47531-8076 | Samuel S. Brown<br>3430 St. Rt 45 S<br>Mayfield, KY 42066-6135 |

Scarlet & Black Cattle, LLC
5402 Walesa Court
Amarillo, TX 79119-6285

Scott Livestock Company
Steve Scott
10150 Highway 47
West Point, MS 39773-4802

Shaw & Shaw Farms Partnership, LLC
11605 NW 140 St.
Alachua, FL 32615-6435

Sherman Trucking
2098 Symsonia Highway
5508 Oak Level Road
Benton, KY 42025-5253

Spencer Clift
BAKER, DONELSON, BEARMAN, CALDWELL & BER
165 Madison Ave.
Memphis, TN 38103-2799

Stanley Ayers
6200 Ross Rd.
Rockford, OH 45882-9523

Steve T. Scott Farms, Inc.
10150 Highway 47
West Point, MS 39773-4802

Steven L. Hoard
Mullin Hoard & Brown, LLP
500 S. Taylor79101,
Suite 800
Amarillo National Bank Plaza II
Amarillo, TX 79101

TGF Ranch
1585 E M-79 Hwy
Hastings, MI 49058-8895

Takeuchi Financial Services,
a program of Bank of the West
1625 West Fountainhead Parkway,
AZ-FTN-1
Temp e,AZ 85282-2371

Terry Burnett
210 Bethel Church Rd
Melber, KY 42069-8826

Thomas C. Riney
Underwood Law Firm, P.C.
500 S. Taylor, Suite 1200
Amarillo, Texas 79101-2446

Thorlakson Feedyards
273131 Rr 284
Airdrie, Alberta, T4A 0H4 Canada

Tom Blankenship
PO Box 571
909 Main Street
Benton, KY 42025-1425

Tom Thorlakson
2548 CR 15
Friona,TX 79035-7034

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

W. Heath Hendricks
UNDERWOOD LAW FIRM
500 S. Taylor Street Ste. 1200
Amarillo, TX 79101-2401

WJ Performance Horses, Inc.
524 Travis Street
Liberty, TX 77575-4824

Wildforest Cattle Company LLC
1206 Paris Road
Mayfield, KY 42066-4989

Amy Sutton
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Bryan Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Charles Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Colby Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Cole Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Craig Sutton
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Crystal McClain
c/o Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42003-1530

Curtis Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

David Hines
12609 NW 298th St.
High Springs, FL 32643-4911

Dennis Buss
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Don Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Dora Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Douglas Finley
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Dustin Johnson
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Eddie Bryant
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Eddie Stewart
1571 Upper Zion Road
Brownsville, TN 38012-8064

Gary Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jan Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Janet Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Janice Lawhon
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jared Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jim Rininger
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jimmy Greer
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Joel Brookshire
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Kent Ries
PO Box 3100
Amarillo, TX 79116-3100

Kent David Ries
Kent Ries, Trustee
PO Box 3100
Amarillo, TX 79116-3100

Kinsey Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Leah Gungoll
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Lyndal Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Max Ralph Tarbox
Tarbox Law, P.C.
2301 Broadway
Lubbock, TX 79401-2916

Michael Evans
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Miranda Evans
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Nikki Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Robert Braun
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Robert Spring
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Robert E Gray
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Robert & Rachel Stewart
Lane & Countryman
1045 Cheever Blvd.
Ste. 103
San Antonio, TX 78217-6223

Ronnie Gray
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Sherle Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Steve Ryan
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Steven Hines
12609 NW 298th St.
High Springs, FL 32643-4911

| | | |
|---|---|---|
| Susan Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Wiley Russell Jr.<br>414 Preston Drive<br>Brownsville, TN 38012-2468 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caterpillar Financial Services Corp.<br>2120 West End Avenue<br>Nashville, TN 37203-0986 | Community Financial Services Bank<br>221 W 5th Street<br>Benton, KY 42025 | (d)Community Financial Services Bank<br>POBox 467<br>Benton, KY 42025-0467 |
| Frontier Farm Credit<br>2009 Vanesta Place<br>Manhattan, KS 66503 | Rabo Agrifinance LLC<br>1402 Technology Parkway<br>Cedar Falls, IA 50613 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AgTexas Farm Credit Services AgTexas, PCA | (u)Big Seven Capital Partners, LLC | (u)Curtis Jones Farms |
| (u)Don Jones Farms, Inc. | (u)Don Jones Trucking, Inc. | (u)HTLF Bank, successor in interest to First |
| (u)Hines Cattle Company, LLC | (u)Hines Farms | (u)MAP Enterprises, Inc. |
| (u)Rabo AgriFinance, LLC | (u)Ridgefield Capital Group, LLC | (u)Thorlackson Diamond T Feeders, LP |
| (u)Thorlakson Diamond T Feeders, LP | (u)U.S. Department of Agriculture | (d)J. Brent Burnett<br>1612 Sanderson Rd.<br>Mayfield, KY 42066-9108 |

| | | |
|---|---|---|
| (d)Priest Cattle Company, Ltd<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | (d)Priest Victory Investment LLC<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | (u)Andrew Phillips |
| (u)Barry Phillips | (u)David Weitman | (u)Richard Carraway |
| (u)Robert Ellis | (u)Scott Stewart | End of Label Matrix<br>Mailable recipients   181<br>Bypassed recipients    23<br>Total                 204 |