```
Label Matrix for local noticing          2B Farms, a Texas General Partnership, and T   AJ Jacques Living Trust
0539-2                                   c/o Todd J. Johnston                           c/o John Massouh
Case 23-20084-rlj7                       McWhorter, Cobb & Johnson, LLP                 PO Box 15008
Northern District of Texas               P.O. Box 2547                                  Amarillo, TX 79105-5008
Amarillo                                 Lubbock, TX 79408-2547
Thu Jul 27 13:35:50 CDT 2023

Arnold Braun Trust                       Buss Family Trust                              Canyon Rim Consulting, LLC
c/o John Massouh                         c/o John Massouh                               301 S Polk St., Ste 815
PO Box 15008                             PO Box 15008                                   Amarillo, TX 79101-1408
Amarillo, TX 79105-5008                  Amarillo, TX 79105-5008


Caterpillar Financial Services Corporation   Citizens Bank NA                           Gene Brookshire Family, LP
c/o Dickinson Wright PLLC                c/o Brady Law Firm                             c/o John Massouh
ATTN: John Nelson                        6136 Frisco Square Blvd., Suite 400            PO Box 15008
607 W. 3rd Street, Ste. 2500             Frisco, TX 75034-3251                          Amarillo, TX 79105-5008
Austin, TX 78701-4713


Gray Brothers                            Gungoll Cattle, LLC                            Jordan Lesh, LLC
c/o John Massouh                         c/o John Massouh                               c/o John Massouh
PO Box 15008                             PO Box 15008                                   PO Box 15008
Amarillo, TX 79105-5008                  Amarillo, TX 79105-5008                        Amarillo, TX 79105-5008


LainFaulkner                             Lesh Family Trust                              McClain Feed Yard, Inc.
400 N St. Paul, Ste 600                  c/o John Massouh                               4010 FM 1057
Dallas, TX 75201-6897                    PO Box 15008                                   Hereford, TX 79045-7386
                                         Amarillo, TX 79105-5008


Morrison Cafe, LLC                       Northland Capital Financial Services, LLC      Priest Cattle Company, Ltd.
c/o John Massouh                         c/o Jenkins & Kling, P.C.                      899 Rosenthal Road
PO Box 15008                             150 N. Meramec Ave., Suite 400                 Lorena, TX 76655-9665
Amarillo, TX 79105-5008                  St. Louis, MO 63105-3753


Priest Victory Investment LLC            Quilling, Selander, Lownds, Winslet & Moser    Scarlet and Black Cattle, LLC
899 Rosenthal Road                       2001 Bryan Street, Ste 1800                    c/o John Massouh
Lorena, TX 76655-9665                    Dallas, TX 75201-3070                          PO Box 15008
                                                                                        Amarillo, TX 79105-5008


Scott Livestock Company, Inc.            Steve T Scott Farm, Inc.                       U.S. Attorney
c/o John Massouh                         c/o John Massouh                               1100 Commerce, 3rd Floor
PO Box 15008                             PO Box 15008                                   Dallas, TX 75242-1074
Amarillo, TX 79105-5008                  Amarillo, TX 79105-5008


U.S. Attorney General                    W. Robbie Russell Living Trust                 306 Federal Building
Department of Justice                    414 Preston Drive                              1205 Texas Avenue
Washington, DC 20001                     Brownsville, TX 38012-2468                     Lubbock, TX 79401-4037


 AJ JACQUES LIVING TRUST                  ARNOLD BRAUN TRUST                             BRYAN BLACKMAN
c/o Abel Leal                            c/o Abel Leal                                  c/o Abel Leal
SIMMONS SMITH BROWN, PLLC                SIMMONS SMITH BROWN, PLLC                      SIMMONS SMITH BROWN, PLLC
400 13th Street                          400 13th Street                                400 13th Street
PO Box 180                               PO Box 180                                     PO Box 180
Canyon, Texas 79015-0180                 Canyon, Texas 79015-0180                       Canyon, Texas 79015-0180
```

| | | |
|---|---|---|
| CHARLES LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | COLE LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | DOUGLAS FINLEY<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| DUSTIN JOHNSON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | GUNGOLL CATTLE, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JAN LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| JANET VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JARED LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JIM RININGER<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| JIMMY GREER<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JOEL BROOKSHIRE<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | LEAH GUNGOLL<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| LESH FAMILY TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | LYNDAL VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | MICHAEL EVANS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| MIRANDA EVANS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | NIKKI LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | SCOTT LIVESTOCK COMPANY, INC.<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| SUSAN VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | 2B Farms Inc<br>9012 County Rd. 3114<br>Snyder, TX 79549-1318 | AMY SUTTON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Acey Livestock, LLC<br>211 Old Orchard Road<br>Perryville, KY 40468-9782 | AgTexas Farm Credit Services<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 | AgTexas, PCA<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 |
| Andrew Phillips<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Angela Powell<br>86 B Commerce Blvd.<br>Benton, KY 42025-1110 | Arnold Braun or Arnold Braun Trust<br>4932 E SR 70<br>Grandview, IN 47615-9620 |
| Atten: David L. LeBas<br>Naman Howell Smith & Lee<br>Attorneys at Law<br>8310 N. Capital of Texas HWY<br>Ste 490<br>Austin, TX 78731-1081 | BJM Sales & Service<br>PO Box 1073<br>Hereford, TX 79045-1073 | BUSS FAMILY TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |

| | | |
|---|---|---|
| Bar D Ranch Land & Cattle<br>4458 S. U.S. Highway 441<br>Lake City, FL 32025-0306 | Bar D Ranch Land & Cattle, LLC<br>4458 South US Highway 441<br>Lake City, FL 32025-0306 | Barry Phillips<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| Big Seven Capital Partners LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Bo Robinson<br>9397 County Rd. 3114<br>Snyder, TX 79549-1379 | Bryan Blackman<br>4553 Texas Street<br>Healdton, OK 73438-2906 |
| C Heart Ranch, LLC<br>454 Daniels Lane<br>Ardmore, OK 73401-5304 | COLBY VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | CRAIG SUTTON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Cactus Feeders Finance LLC<br>PO Box 3050<br>Amarillo, TX 79116-3050 | Cactus Operating LLC<br>Robert M Kettle, Agent<br>600 S. Tyler St., Suite 280<br>Amarillo, TX 79101-2353 | Caleb Little<br>672 Nelson Trl<br>Dexter, KY 42036-9402 |
| Carl Pickett<br>524 Travis Street/650 FM 163 Rd<br>Liberty, TX 77575 | Carr, Riggs, & Ingram, LLC<br>2424 Louisiana Blvd. NW<br>Suite 300<br>Albuquerque, NM 87110 | Carraway Cattle, LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| Caterpillar Financial Services Corporation<br>c/o Dickinson Wright PLLC<br>Attention: Michelle Esparza<br>221 N. Kansas St. Ste. 2000<br>El Paso, Texas 79901-1472 | Chelsea Waters McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 | Clint Quarles<br>Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 |
| Cody L. Simmons<br>P.O. Box 180<br>Canyon, TX 79015-0180 | Colton Long<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 | (p)COMMUNITY FINANCIAL SERVICES BANK<br>ATTN ATTN LOSS MITIGATION<br>P O BOX 467<br>BENTON KY 42025-0467 |
| Cory Don Priest<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 | Crystal McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 | Curtis Jones Farms<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Curtis Jones Farms LLC<br>1720W. 13th Ave.<br>Emporia, KS 66801-5659 | DENNIS BUSS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | DORA BLACKMAN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| David Rainey 88 CR 640<br>Corinth, MS 38834 | Death Creek Farms LLC<br>10150 Highway 47<br>West Point, MS 39773-4802 | Don Jones 2434 Road Y<br>Reading, KS 66868-9006 |

| | | |
|---|---|---|
| Don Jones Farm, Inc. 2434 Road Y<br>Reading, KS 66868-9006 | Don Jones Trucking, Inc.<br>2434 Road Y<br>Reading, KS 66868-9006 | Douglas C. Pritchett<br>19601 FM 1541<br>Canyon, TX 79015-6387 |
| Dr. Arnold Bra1,1n<br>4932 E. SR 70<br>Grandview, IN 47615-9620 | Dwight Jesko<br>112 Rr 5/ 3970 FM 1057<br>Hereford, TX 79045 | EDDIE BRYANT<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Eric DeJarnett<br>1115 County Road 1024<br>Cunningham, KY 42035-9309 | Eric Dejarnatt 1115 CR 1024<br>Cunningham, KY 42035-9309 | First Capital Bank of Texas<br>3900 Soncy Road<br>Amarillo, TX 79119-6673 |
| First Kentucky Bank, Inc.<br>605 Main Street<br>Benton, KY 42025-1236 | Friona Industries<br>PO Box 15568<br>Amarillo, TX 79105-5568 | Friona Industries, L.P.<br>500 S. Taylor Street, Suite 601<br>Amarillo, TX 79101-2447 |
| (p)FRONTIER FARM CREDIT<br>PO BOX 2409<br>OMAHA NE 68103-2409 | GARY LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | GENE BROOKSHIRE FAMILY, LP<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| GRAY BROTHERS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Garwood Cattle Company LLC<br>2538 Middleton Road<br>Columbiana, OH 44408-9550 | Heartland Co-op<br>2829 Westown Parkway, Suite 350<br>West Des Moines, IA 50266-1340 |
| Hines Cattle Company, LLC<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Hines Farms, LLC<br>1019 NE 90th Ave.<br>High Springs, FL 32643-5121 | J Brent Burnett<br>1612 Sanderson Rd<br>Mayfield, KY 42066-9108 |
| JANICE LAWHON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JORDAN LESH, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Jake Rininger<br>2828 S. Co. Rd. 200 W.<br>Rockport, IN 47635-8252 |
| Jared Lesh Cowhorses Inc.<br>10801 E. Highway 82<br>Whitesboro, TX 76273 | Jared Wayne Lesh<br>10801 E. Highway 82<br>Whitesboro, TX 76273 | Jed Goad<br>JLE Trucking, Inc.<br>PO Box 451<br>Red Boiling Springs, TN 37150-0451 |
| Jimmy D. Greer<br>3209 Wrather Rd.<br>Murray, KY 42071-7417 | Joe Burnett<br>187 Peachtree Rd<br>Melber, KY 42069-8824 | John Dale Tidwell<br>209 Duffers Ln<br>Mayfield, KY 42066-1201 |

| | | |
|---|---|---|
| John Massouh<br>Sprouse Shrader Smith PLLC<br>Box 15008<br>Amarillo, TX 79105-5008 | Jordan Robert Lesh<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 | Jordan and Jan Lesh<br>10400 N. Perkins Road<br>Stillwater, OK 74075-1860 |
| Julie Whitlock<br>P.O. Box 389<br>Mayfield, KY 42066-0029 | Justin Stuever<br>P.O. Box 22<br>Morrison OK 73061-0022 | Keeling Cattle Feeders, Inc.<br>PO Box 1853<br>Hereford, Texas 79045-1853 |
| Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025-4770 | Kenneth Netardus<br>P.O. Box 3280<br>Amarillo, TX 79116-3280 | Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 |
| Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868-9055 | Lazy J Arena, LLC<br>1419 W. 80th Street<br>Stillwater, OK 74074-8164 | Lazy J. Cattle<br>1515 W. 80th Street<br>Stillwater, OK 74074-8186 |
| Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077-8530 | Lesh Trucking'<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 | Lyndal Vanbuskirk<br>P.O Box 778<br>Ringling, OK 73456-0778 |
| MAP Enterprises Inc.<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | MAP Enterprises, Inc.<br>c/o Jeff P. Prostok<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102-5384 | MORRISON CAF LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Meagan B. Goad<br>1775 Wadesboro Rd.<br>S Benton, KY 42025-4777 | Meagan B. Powell<br>621 Mullins Ln.<br>Benton, KY 42025-4762 | Mechanics Bank<br>18400 Von Karman Avenue Suite 1100<br>Irvine, CA 92612-0517 |
| Michael Gourley<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | Michael Johnson<br>Ray Quinney and Nebeker, P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111-1451 | Mykel Linn Tidwell<br>66 Lake Terry Dr.<br>Mayfield, KY 42066-6982 |
| Northland Capital Financial Services, LL<br>P.O. Box 7278<br>Saint Cloud, MN 56302-7278 | Northland Capital Financial Services, LLC<br>333 33rd Ave South<br>St. Cloud, MN 56301-5495 | Oklahoma AgCredit<br>601 East Kenosha<br>Broken Arrow, OK 74012-2002 |
| Open A Arena LLC<br>14500 S. Fm 1258<br>Amarillo, TX 79118-4610 | Patti Priest<br>6010 East FM 597<br>Abernathy, TEXAS 79311-5424 | Priest Cattle Company, Ltd<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 |

| | | |
|---|---|---|
| Priest Cattle and Land Company, Inc.<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 | Priest Victory Investment LLC<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 | Producers Credit Corporation<br>8351 N. High Street, Suite 250<br>Columbus, OH 43235-1440 |
| Purina Animal Nutrition LLC<br>4001 Lexington Avenue North<br>Arden Hills, MN 55126-2998 | ROBERT BRAUN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | ROBERT E. GRAY<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| ROBERT SPRING<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | RONNIE GRAY<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | (p)RABO AGRIFINANCE LLC<br>1402 TECHNOLOGY DR<br>CEDAR FALLS IA 50613-1233 |
| Rabo Agrifinance LLC<br>146.76 Outer 40 Road Ste. 400<br>Chesterfield, MO 63017 | Rapp Ranch<br>400 Smith Trail<br>Weatherford, TX 76088-1606 | Richard Carraway<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| Rick Rodgers 786 Sutton Ln.<br>Mayfield, KY 42066-6551 | Ridgefield Capital Group, LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Riley Livestock<br>250 Brittian Lane<br>Mayfield, KY 42066-4617 |
| Riley Livestock, Inc.<br>Attn: Mary Ann Hunter<br>P.O. Box 663<br>Mayfield, KY 42066-0033 | Robert Braun<br>12307 E. Co Rd. 1160 N<br>Evanston, IN 47531-8076 | Robert Ellis<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| SCARLET AND BLACK CATTLE, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | SHERLE LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | STEVE RYAN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| STEVE T SCOTT FARM, INC.<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Samuel S. Brown<br>3430 St. Rt 45 S<br>Mayfield, KY 42066-6135 | Scarlet & Black Cattle, LLC<br>5402 Walesa Court<br>Amarillo, TX 79119-6285 |
| Scott Livestock Company (Steve Scott)<br>10150 Highway 47<br>West Point, MS 39773-4802 | Scott Stewart<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Shaw & Shaw Farms Partnership, LLC<br>11605 NW 140 St.<br>Alachua, FL 32615-6435 |
| Sherman Trucking<br>2098 Symsonia Highway/ 5508 Oak Level Ro<br>Benton, KY 42025-5024 | Spencer Clift<br>BAKER, DONELSON, BEARMAN, CALDWELL & BER<br>165 Madison Ave.<br>Memphis, TN 38103-2799 | Steve T. Scott Farms, Inc.<br>10150 Highway 4 7<br>West Point, MS 39773-4802 |

Steven L. Hoard
Mullin Hoard & Brown, LLP
500 S. Taylor79101, Suite
800 Amarillo National Bank Plaza II
Amarillo, TX 79101

TFE Ranch
1585 E M-79 Hwy
Hastings, MI 49058-8895

Takeuchi Financial Services, a program of
1625 West Fountainhead Parkway,
AZ-FTN-1
Temp e,AZ 85282-2371

Terry Burnett
210 Bethel Church Rd .
Melber, KY 42069-8826

Thomas C. Riney
Underwood Law Firm, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101-2446

Thorlakson Feedyards
273131 Rr 284
Airdrie, Alberta, T4A 0H4 Canada

Tom Thorlakson
2548 CR 15
Friona,TX 79035-7034

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

W. Heath Hendricks UNDERWOOD LAW FIRM
500 S. Taylor Street Ste. 1200
Amarillo, TX 79101-2401

WJ Performance Horses, Inc.
524 Travis Street
Liberty, TX 77575-4824

Wildforest Cattle Company LLC
1206 Paris Road
Mayfield, KY 42066-4989

Amy Sutton
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Bryan Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Charles Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Colby Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Cole Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Craig Sutton
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Crystal McClain
c/o Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42003-1530

Curtis Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

David Hines
12609 NW 298th St.
High Springs, FL 32643-4911

Dennis Buss
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Don Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Dora Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Douglas Finley
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Dustin Johnson
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Eddie Bryant
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Eddie Stewart
1571 Upper Zion Road
Brownsville, TN 38012-8064

Gary Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jan Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Janet Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

| | | |
|---|---|---|
| Janice Lawhon<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jared Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jim Rininger<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Jimmy Greer<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Joel Brookshire<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 |
| Kinsey Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | Kinsey Moreland<br>c/o Boerner, Dennis & Franklin<br>P.O. Box 1738<br>Lubbock, TX 79408-1738 | Leah Gungoll<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Lyndal Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 | Meagan B. Goad<br>c/o Boerner, Dennis & Franklin<br>P.O. Box 1738<br>Lubbock, TX 79408-1738 |
| Michael Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Miranda Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Nikki Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Robert Braun<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Robert Spring<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Robert E Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Robert & Rachel Stewart<br>Lane & Countryman<br>1045 Cheever Blvd.<br>Ste. 103<br>San Antonio, TX 78217-6223 | Ronnie Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Sherle Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Steve Ryan<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Steven Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Susan Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Wiley Roby Russell Jr.<br>414 Preston Drive<br>Brownsville, TN 38012-2468 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Community Financial Services Bank<br>221 W 5th Street<br>Benton, KY 42025 | (d)Community Financial Services Bank<br>POBox467<br>Benton, KY 42025-0467 | Frontier Farm Credit<br>2009 Vanesta Place<br>Manhattan, KS 66503 |
| Rabo Agrifinance LLC<br>1402 Technology Parkway<br>Cedar Falls, IA 50613 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AgTexas Farm Credit Services AgTexas, PCA | (u)Big Seven Capital Partners, LLC | (u)Curtis Jones Farms |
| (u)Don Jones Farms, Inc. | (u)Don Jones Trucking, Inc. | (u)HTLF Bank, successor in interest to First |
| (u)Hines Cattle Company, LLC | (u)Hines Farms, LLC | (u)MAP Enterprises, Inc. |
| (u)Rabo AgriFinance, LLC | (u)Ridgefield Capital Group, LLC | (u)Thorlackson Diamond T Feeders, LP |
| (u)Thorlakson Diamond T Feeders, LP | (u)U.S. Department of Agriculture | (d)J. Brent Burnett<br>1612 Sanderson Rd.<br>Mayfield, KY 42066-9108 |
| (u)Stanley Ayers<br>6200 Ross Rd. Rockford,OH | (u)Andrew Phillips | (u)Barry Phillips |
| (u)David Weitman | (u)Richard Carraway | (u)Robert Ellis |

End of Label Matrix

Mailable recipients   234
Bypassed recipients    22
Total                 256