Charity S. Bird, *Pro Hac Vice*
KY State Bar 92622
GA State Bar 153021
cbird@kaplanjohnsonlaw.com
**KAPLAN JOHNSON ABATE & BIRD, LLP**
710 W. Main Street
4th Floor
Louisville, Kentucky 40202
Telephone: (502) 540-8285
*Counsel for Meagan Goad and*
*Kinsey Moreland*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors, | § | Jointly Administered. |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF PAPERS**
\* \* \*   \* \* \*   \* \* \*

Meagan B. Goad ("Goad") and Kinsey Moreland ("Moreland" and together with Goad, "Interested Parties"), hereby request that all notices given or required to be given in this case, and all papers served or required to be served on creditors or parties-in-interest in this case, be given to and served upon their additional attorney of record, *Pro Hac Vice*, Charity S. Bird, Kaplan Johnson Abate & Bird, LLP, 710 W. Main Street, 4th Floor, Louisville, Kentucky 40202. This request includes all notices, copies, and pleadings referred to in the applicable provisions of the United States Code or Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

document brought before this Court in this case, whether formal or informal, written or oral, transmitted by mail, delivery, telephone, telegraph, telex, or otherwise.

        Respectfully submitted,

        */s/ Charity S. Bird*
        CHARITY S. BIRD
        **Kaplan Johnson Abate & Bird, LLP**
        710 West Main Street, 4th Floor
        Louisville, Kentucky 40202
        Telephone 502.416.1630
        Email: cbird@kaplanjohnsonlaw.com
        *Counsel for Interested Parties, Pro Hac Vice*

**Certificate of Service**

I hereby certify that on July 28, 2023, the foregoing document was filed with the Clerk of the Court in the above-captioned case using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in the case.

                                                 */s/ Charity S. Bird*
                                                 CHARITY S. BIRD