# Hudson Jobe

| | |
|---|---|
| **From:** | Charity S. Bird <cbird@kaplanjohnsonlaw.com> |
| **Sent:** | Wednesday, August 2, 2023 3:14 PM |
| **To:** | Hudson Jobe; bfranklin@bdflawfirm.com |
| **Cc:** | Kent Ries; Orion Hutchin; Chandler Patterson; Michael Johnson; Nita Chancellor |
| **Subject:** | RE: [EXTERNAL] - FW: McClain Venue motion |

◎ External email ⟩

Mr. Jobe,

Todd Farmer and I are lead counsel for Movants in this matter. Ordinarily we would be happy to agree to the continuance of a hearing. However, due to the nature of the relief requested in our motion, we have to oppose. Perhaps someone else from your firm could attend.

Regarding the depositions, we are not aware of any basis for the Trustee's request for depositions on a motion to transfer venue. Likewise, not only do the document requests appear to be largely irrelevant to the pending motion, we are not aware of any basis for the discovery requested. At this time, Movants do not plan on appearing at any proposed depositions nor responding to the proposed discovery requests.

Regards,

Charity

*Charity S. Bird*
**Kaplan Johnson Abate & Bird LLP**
710 West Main Street
4th Floor
Louisville, KY 40202
502-540-8285 Direct Dial
502-540-8282 Facsimile
cbird@kaplanjohnsonlaw.com

This communication may contain information which is privileged and/or confidential under applicable law. Any dissemination, copy or disclosure, other than by the intended recipient, is strictly prohibited. If you have received this communication in error, please immediately notify us via return e-mail to cbird@kaplanjohnsonlaw.com and delete this communication without making any copies. Thank you for your cooperation.

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Wednesday, August 2, 2023 3:12 PM
**To:** bfranklin@bdflawfirm.com
**Cc:** Kent Ries <kent@kentries.com>; Orion Hutchin <OHutchin@bdflawfirm.com>; Chandler Patterson <cpatterson@bdflawfirm.com>; Charity S. Bird <cbird@kaplanjohnsonlaw.com>; Michael Johnson <MJohnson@rqn.com>; Nita Chancellor <nchancellor@qslwm.com>
**Subject:** RE: [EXTERNAL] - FW: McClain Venue motion



1

Exhibit C    Page 2 of 4

[External email]

I have not received a response to this inquiry – who is the appropriate attorney contact for me to follow up with on behalf of the movants?

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

---

**From:** Hudson Jobe
**Sent:** Friday, July 28, 2023 4:50 PM
**To:** bfranklin@bdflawfirm.com
**Cc:** Kent Ries <kent@kentries.com>; Orion Hutchin <OHutchin@bdflawfirm.com>; Chandler Patterson <cpatterson@bdflawfirm.com>; Charity S. Bird <cbird@kaplanjohnsonlaw.com>; Michael Johnson <MJohnson@rqn.com>; Nita Chancellor <nchancellor@qslwm.com>
**Subject:** RE: [EXTERNAL] - FW: McClain Venue motion

Mr. Franklin –

I am outside counsel for the Trustee. Attached please find the Trustee's request for production relative to the venue motion.

I am assisting the Trustee in the venue hearing and deposition, and not available August 7-17 due to family travel. Due to my schedule and the needed discovery, the Trustee will be requesting this to be moved to September. The Court typically moves to the standing Amarillo docket on Sept 7. Please advise if your client is agreeable to this continuance.

With respect to discovery, we will need to coordinate another depo date and an expedited production date depending on the ultimate date for the hearing. Let me know the position on the continuance and we can discuss deposition scheduling depending on the intended hearing date.

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

---

**From:** William Franklin <bfranklin@bdflawfirm.com>
**Sent:** Thursday, July 27, 2023 3:25 PM
**To:** Kent Ries <kent@kentries.com>; Orion Hutchin <OHutchin@bdflawfirm.com>; Chandler Patterson <cpatterson@bdflawfirm.com>; Charity S. Bird <cbird@kaplanjohnsonlaw.com>
**Cc:** Hudson Jobe <hjobe@qslwm.com>; Michael Johnson <MJohnson@rqn.com>
**Subject:** RE: McClain Venue motion

Mr. Ries:

My clients are available for zoom depositions on August 10th. Please let me know if that works for you. Charity Bird will be handling the depositions on our side, as such I have copied her with this email. With regard to your request to move the hearing date, we do not see the need to move it at this time.

Please let me know if you have any questions.

Thanks,

Bill

**William A. (Bill) Franklin**
**BOERNER, DENNIS & FRANKLIN, PLLC**
P.O. Box 1738 • Lubbock, Texas 79408
920 Ave. Q • Lubbock, Texas 79401
Telephone: 806.763.0044
Facsimile: 806.763.2084
E-mail:   bfranklin@bdflawfirm.com
Website: www.bdflawfirm.com



The information contained in this transmission is privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, then you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, then do not read it. Please immediately reply to the sender that you have received this communication in error, and delete it. Thank you.

IRS Circular 230 Notice - To ensure compliance with Treasury Department regulations, we advise you that, unless otherwise expressly indicated, any federal tax advice contained in this message or any attachments is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or applicable state or local tax law provisions or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.

**From:** Kent Ries <kent@kentries.com>
**Sent:** Tuesday, July 25, 2023 1:44 PM
**To:** Orion Hutchin <OHutchin@bdflawfirm.com>; William Franklin <bfranklin@bdflawfirm.com>; Chandler Patterson <cpatterson@bdflawfirm.com>
**Cc:** Hudson Jobe <hjobe@qslwm.com>; Michael Johnson <MJohnson@rqn.com>
**Subject:** RE: McClain Venue motion

???????

3

Kent Ries
PO Box 3100
Amarillo, TX 79116
806-242-7437

---

**From:** Kent Ries
**Sent:** Wednesday, July 19, 2023 3:39 PM
**To:** Orion Hutchin <OHutchin@bdflawfirm.com>; William Franklin <bfranklin@bdflawfirm.com>; Chandler Patterson <cpatterson@bdflawfirm.com>
**Cc:** Hudson Jobe <hjobe@qslwm.com>; Michael Johnson <MJohnson@rqn.com>
**Subject:** McClain Venue motion

Please give me some dates when your client can be available for a deposition in this contested matter.  I am not available the week of 7/31/23.

Also, we may well be sending some written discovery in this matter as well.  In any event, a hearing per your notice does not provide the time needed to prepare.  Are you agreeable to a continuance to the Court's September Amarillo docket?

Thanks.

Kent Ries
PO Box 3100
Amarillo, TX 79116
806-242-7437