| Party Name | Party Address | Attorney Name | Attorney Firm Name and Address | 7 M Cattle Feeders, Inc. 23-20086-rlj7 | McClain Farms, Inc. 23-20085-rlj7 | McClain Feed Yard, Inc. 23-20084-rlj7 |
|---|---|---|---|---|---|---|
| HTLF Bank (successor to First Bank & Trust) | | Charles Biles<br><br>John H. Lovell<br>Matthew Marriott | Steptoe & Johnson PLLC<br>500 N. Akard St., Suite 3200<br>Dallas, TX 75201<br><br>Lovell, Lovell, Isern & Farabough, LLP<br>112 S.W. 8th Ave., Suite 1000<br>Amarillo, TX 79101 | 36 | 39, 40 | 33, 34 |
| Northland Capital Financial Services, LLC | | Daniel Callahan<br><br><br>Nicole Gorovsky | Kessler & Collins, PC<br>500 N. Akard, Suite 3700<br>Dallas, TX 75201<br><br>Jenkins & Kling, P.C.<br>150 N. Meramec Ave.<br>Ste. 400<br>St. Louis, MO 63105 | 1, 55, 86<br><br><br>1, 53<br><br>Claim 1, 2, 3 | 1, 67<br><br><br>1, 58<br><br>Claim 1, 2, 2 Amended, 3 | 1, 57<br><br><br>1, 51<br><br>Claim 1, 2, 3 |
| Rabo AgriFinance, LLC | 1402 Technology Parkway<br>Cedar Falls, IA 50613<br><br>146.76 Outer 40 Road<br>Ste. 400<br>Chesterfield, MO 63017 | William Hendricks<br>Thomas Riney<br><br><br>Michael R. Johnson | Underwood Law<br>500 S. Taylor, Suite 1200<br>Amarillo, TX 79101<br><br>Ray Quinney & Nebeker, P.C.<br>36 South State Street, Suite 1400, Salt Lake City, UT 84111 | 1, 8, 9, | 1, 6, 7, | 1, 6, 7, |
| Ag Texas Farm Credit Services | PO Box 850060<br>Amarillo, TX 79159-0060 | | | | | |
| W. Robbie Russell Living Trust | 414 Preston Drive<br>Brownsville, TX 38012 | Kyle Weldon<br>James Bradbury | James D. Bradbury, PLLC<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102 | 37 | 41 | 35 |
| 2B Farms, Inc. | 9012 County Rd. 3114<br>Synder, TX 79549 | Todd Johnston | McWhorter Cobb & Johnson<br>PO Box 2547<br>Lubbock, TX 79408 | 25 | 1, 27 | 1, 23 |
| Acey Livestock, LLC | 211 Old Orchard Road<br>Perryville, KY 40468 | | | 1 | 1 | 1 |
| AgTexas Farm Credit Services | 2001 S. Soney Road<br>Amarillo, TX 79124 | David LeBas | Naman Howell Smith & Lee<br>8310 N. Capital of Texas Hwy.<br>Ste. 490<br>Austin, TX 78731 | 21 | 1, 23 | 1, 19 |
| AgTexas, PCA | 2001 S. Soney Road | David LeBas | Naman Howell Smith & Lee<br>8310 N. Capital of Texas Hwy. | 21 | 1, 23 | 1, 19 |


EXHIBIT A

| Name | Address | Attorney | Attorney Address | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| | Amarillo, TX 79124 | | Ste. 490<br>Austin, TX 78731 | | | |
| Angela Powell | 86 B Commerce Blvd.<br>Benton, KY 42025 | | | 1 | 1 | 1 |
| Arnold Braun<br>Arnold Braun Trust | 4932 E SR 70<br>Grandview, IN 47615 | John Massouh<br><br>Abel Leal | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008<br><br>Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | 14, 27 | 16, 29 | 13, 25 |
| BJM Sales & Service | PO Box 1073<br>Hereford, TX 79045-1073 | | | | | Claim 6 |
| Bar D Ranch Land & Cattle, LLC | 4458 S. U.S. Highway 441<br>Lake City, FL 32025 | | | 1<br>Claim 6 | 1<br>Claim 5 | 1<br>Claim 7 |
| Big Seven Capital Partners LLC | 200 Rock Vista Run<br>Austin, TX 78737 | Amber S. Miller | Crenshaw, Dupree & Milam<br>PO Box 64479<br>Lubbock, TX 79464 | 22 | 1, 24 | 1, 20 |
| Bo Robinson | 9397 County Rd. 3114<br>Synder, TX 79549 | | | 1 | 1 | 1 |
| Bryan Blackman | 4553 Texas Street<br>Healdton, OK 73438 | John Massouh<br><br>Abel Leal | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008<br><br>Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | 14, 27 | 1, 16, 29 | 1, 13, 25 |
| C Heart Ranch LLC | 454 Daniels Lane<br>Ardmore, OK 73401 | | | 1 | 1 | 1 |
| Cactus Feeders Finance LLC | PO Box 3050<br>Amarillo, TX 79116-3050 | | | 1 | 1 | 1 |
| Cactus Operating LLC | Robert M. Kettle, Agent<br>600 S. Tyler Street<br>Suite 280<br>Amarillo, TX 79101 | | | 1 | 1 | 1 |
| Caleb Little | 672 Nelson Trl.<br>Dexter, KY 42036 | | | 1 | 1 | 1 |
| Carl Pickett | 524 Travis Street | | | 1 | 1 | 1 |

| Name | Address | Contact | Attorney | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| | Liberty, TX 77575 | | | | | |
| Carr, Riggs & Ingram, LLC | 2424 Louisiana Blvd., NW Suite 300 Albuquerque, NM 87110 | | | 1 | 1 | 1 |
| Carraway Cattle | 200 Rock Vista Run Austin, TX 78737 | | | 1 | 1 | 1 |
| Caterpillar Financial Services Corp. | 2120 West End Avenue Nashville, TN 37203 | | | 1 | 1 | 1 |
| Charles Waters McClain | 824 Mullins Lane Benton, KY 42025 | | | 1 | 1 | 1 |
| Clint Quarles, Kentucky Department of Agriculture | 105 Corporate Drive Frankfort, KY 40601 | | | 1 | 1 | 1 |
| Cody L. Simmons | PO Box 180 Canyon, TX 79015-0180 | | | 1 | 1 | 1 |
| Colton Long | 2001 S. Soney Road Amarillo, TX 79124 | | | 1 | 1 | 1 |
| Community Financial Services Bank | Attn: Loss Mitigation PO Box 467 Benton, KY 42025-0467 | | | 1 | 1 | 1 |
| Cory Don Priest | 6010 East FM 597 Abernathy, TX 79311 | | | 1 | 1 | 1 |
| Crystal McClain | 824 Mullins Lane Benton, KY 42025 | Marcus Herbert | Marcus H. Herbert 416 South 5th Street Paducah, KY 42002 | | 1, 66 | 1, 54 |
| Curtis Jones Farms | 1720 W. 13th Ave. Emporia, KS 66801 | Steven Hoard | 500 South Taylor Suite 800, LB #213 PO Box 31656 Amarillo, TX 79120-1656 | 1, 17 Claim 13 | 1, 19 Claim 12 | 1, 15 Claim 14 |
| David Rainey | 88 CR 640 Corinth, MS 38834 | | | 1 | 1 | 1 |
| Death Creek Farms LLC | 10150 Highway 47 West Point, MS 39773 | | | 1 | 1 | 1 |
| Don Jones | 2434 Road Y Reading, KS 66868 | Steven Hoard | 500 South Taylor Suite 800, LB #213 PO Box 31656 Amarillo, TX 79120-1656 | 1, 17 | 1, 19 | 1, 15 |
| Don Jones Farm, Inc. | 2434 Road Y Reading, KS 66868 | Steven Hoard | 500 South Taylor Suite 800, LB #213 PO Box 31656 | 1, 17 Claim 12 | 1, 19 Claim 11 | 1, 15 Claim 13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Amarillo, TX 79120-1656 | | | |
| Don Jones Trucking, Inc. | 2434 Road Y Reading, KS 66868 | Steven Hoard | 500 South Taylor Suite 800, LB #213 PO Box 31656 Amarillo, TX 79120-1656 | 17 Claim 11 | 19 Claim 10 | 15 Claim 12 |
| Douglas C. Pritchett | 19601 FM 1541 Canyon, TX 79015 | | | 1 | 1 | 1 |
| Dr. Arnold Braun | 4932 E. SR 70 Grandview, IN 47615 | | | 1 | 1 | 1 |
| Dwight Jesko | 112 RR 5 / 3970 FM 1057 Hereford, TX 79045 | | | 1 | 1 | 1 |
| Eric DeJarnatt | 1115 CR 1024 Cunningham, KY 42035 | | | 1 Claim 17 | 1 Claim 18 | 1 Claim 21 |
| First Capital Bank of Texas | 3900 Soncy Road Amarillo, TX 79119 | | | 1 | 1 | 1 |
| First Kentucky Bank, Inc. | 605 Main Street Benton, KY 42025 | Tom Blankenship | Blankenship & Edwards PO Box 571 909 Main Street Benton, KY 42025 | 1 | 1, 36 Claim 14, 15 | 1 |
| Friona Industries | PO Box 15568 Amarillo, TX 79105 | | | 1 | 1 | 1 |
| Friona Industries, L.P. | 500 S. Taylor Street, Suite 601 Amarillo, TX 79101 | | | 1 | 1 | 1 |
| Frontier Farm Credit | PO Box 2409 Omaha, NE 68103 | | | 1 | 1 | 1 |
| Garwood Cattle Company LLC | 2538 Middleton Road Columbiana, OH 44408 | | | 1 | 1 | 1 |
| Heartland Co-Op | 2829 Westown Parkway, Ste. 350 West Des Moines, IA 50266 | | | Claim 4 | | Claim 4 |
| Hines Cattle Company, LLC | 12609 NW 298th Street High Springs, FL 32643 | Steven Hoard | 500 South Taylor Suite 800, LB #213 PO Box 31656 Amarillo, TX 79120-1656 | 16 Claim 8 | 17 Claim 7 | 14 Claim 9 |
| Hines Farms, LLC | 1019 NE 90th Ave. High Springs, FL 32643 | Steven Hoard | 500 South Taylor Suite 800, LB #213 PO Box 31656 Amarillo, TX 79120-1656 | 16 Claim 9 | 17 Claim 8 | 14 Claim 10 |
| J. Brent Burnett | 1612 Sanderson Rd. Mayfield, KY 42066 | | | 1 Claim 15 | 1 Claim 16 | 1 Claim 17 |
| Jake Rininger | 2828 S. Co. Rd. 200 W. | | | 1 | 1 | 1 |

| Name | Address | | | | | |
|---|---|---|---|---|---|---|
| | Rockport, IN 47635 | | | | | |
| Jared Lesh Cowhorses Inc. | 10801 E. Highway 82 Whitesboro, TX 76273 | | | 1 | 1 | 1 |
| Jared Wayne Lesh | 10801 E. Highway 82 Whitesboro, TX 76273 | John Massouh | Sprouse Shrader Smith PLLC 701 S. Taylor, Suite 500 PO Box 15008 Amarillo, TX 79105-5008 | 1, 14, 27 | 1, 16, 29 | 1, 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC 400 13th Street PO Box 180 Canyon, TX 79015 | | | |
| Jed Goad JLE Trucking, Inc. | PO Box 451 Red Boiling Springs, TN 37150 | | | 1 | 1 | 1 |
| Jimmy D. Greer | 3209 Wrather Rd. Murray, KY 42071 | John Massouh | Sprouse Shrader Smith PLLC 701 S. Taylor, Suite 500 PO Box 15008 Amarillo, TX 79105-5008 | 1, 14, 27 | 1, 16, 29 | 1, 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC 400 13th Street PO Box 180 Canyon, TX 79015 | | | |
| John Dale Tidwell | 209 Duffers Ln. Mayfield, KY 42066 | | | 1 | 1 | 1 |
| Jordan Robert Lesh | 10400 N. Perkins Rd. Stillwater, OK 74075 | John Massouh | Sprouse Shrader Smith PLLC 701 S. Taylor, Suite 500 PO Box 15008 Amarillo, TX 79105-5008 | 1, 14, 27 | 1, 16, 29 | 1, 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC 400 13th Street PO Box 180 Canyon, TX 79015 | | | |
| Jordan and Jan Lesh | 10400 N. Perkins Rd. Stillwater, OK 74075 | John Massouh | Sprouse Shrader Smith PLLC 701 S. Taylor, Suite 500 PO Box 15008 Amarillo, TX 79105-5008 | 1, 14, 27 | 16, 29 | 1, 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC 400 13th Street PO Box 180 Canyon, TX 79015 | | | |
| Julie Whitlock | PO Box 389 | | | 1 | 1 | 1 |

| Name | Address | Attorney | Attorney Address | Col 5 | Col 6 | Col 7 |
|---|---|---|---|---|---|---|
| | Mayfield, KY 42066 | | | | | |
| Justin Stuever | PO Box 22<br>Morrison, OK 73061-0022 | | | Claim 5 | Claim 4 | Claim 5 |
| Keeling Cattle Feeders, Inc. | PO Box 1853<br>Hereford, TX 79045-1853 | | | 1 | 1 | 1 |
| Keith Harris Farms, Inc. | 703 Waller Cemetery Road<br>Benton, KY 42025 | | | 1 | 1 | 1 |
| Kenneth Netardus | PO Box 3280<br>Amarillo, TX 79116-3280 | | | 1 | 1 | 1 |
| Kentucky Department of Agriculture | 105 Corporate Drive<br>Frankfort, KY 40601 | | | 1 | 1 | 1 |
| Kinsey Jones | 30308 S. Carlson Rd.<br>Reading, KS 66868 | Steven Hoard | 500 South Taylor<br>Suite 800, LB #213<br>PO Box 31656<br>Amarillo, TX 79120-1656 | 16<br>Claim 10 | 19<br>Claim 9 | 15<br>Claim 11 |
| Kinsey Moreland | | Charity Bird | Kaplan Johnson Abate & Bird<br>710 W. Main Street, 4th Floor<br>Louisville, KY 40202 | | | 89 |
| Lazy J Arena, LLC | 1419 W. 80th Street<br>Stillwater, OK 74074 | | | 1 | 1 | 1 |
| Lazy J Cattle | 1515 W. 80th Street<br>Stillwater, OK 74074 | | | 1 | 1 | 1 |
| Lesh Family Trust | 19700 County Road 200<br>Perry, OK 73077 | John Massouh<br><br>Abel Leal | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008<br><br>Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | 14, 27 | 16, 29 | 13, 25 |
| Lesh Trucking | 10400 N. Perkins Rd.<br>Stillwater, OK 74075 | | | 1 | 1 | 1 |
| Lyndal Vanbuskirk | PO Box 778<br>Ringling, OK 73456-0778 | John Massouh<br><br>Abel Leal | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008<br><br>Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | 1, 14, 27 | 1, 16, 29 | 1, 13, 25 |

| Name | Address | Contact | Firm | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| MAP Enterprises Inc. | PO Box 1045<br>Mayfield, KY 42066-0041 | Jeff Prostok<br>Dylan T.F. Ross | Forshey Prostok LLP<br>777 Main St., Ste. 1550<br>Fort Worth, TX 76102 | 1, 28 | 1, 26, 27 | 1 |
| Meagan B. Goad | 1775 Wadesboro Rd.<br>S. Benton, KY 42025 | Charity Bird | Kaplan Johnson Abate & Bird<br>710 W. Main Street, 4th Floor<br>Louisville, KY 40202 | 1 | 1 | 1, 89 |
| Meagan B. Powell | 621 Mullins Ln.<br>Benton, KY 42025 | | | 1 | 1 | 1 |
| Mechanics Bank | 18400 Von Karman Avenue<br>Suite 1100<br>Irvine, CA 92612 | | | 1 | 1 | 1 |
| Michael Gourley | PO Box 1045<br>Mayfield, KY 42066-0041 | | | 1 | 1 | 1 |
| Mykel Linn Tidwell | 66 Lake Terry Dr.<br>Mayfield, KY 42066 | | | 1 | 1 | 1 |
| Northland Capital Financial Services | PO Box 7278<br>Saint Cloud, MN 56302-7278 | | | 1 | 1 | 1 |
| Northland Capital Financial Services | 333 33rd Ave. South<br>St. Cloud, MN 56301 | | | 1 | 1 | 1 |
| Oklahoma AgCredit | 601 East Kenosha<br>Broken Arrow, OK 74012 | | | 1 | 1 | 1 |
| Open A Arena LLC | 14500 S. FM 1258<br>Amarillo, TX 79118 | | | 1 | 1 | 1 |
| Patti Priest | 6010 East FM 597<br>Abernathy, TX 79311 | | | 1 | 1 | 1 |
| Priest Cattle Company, Ltd. | 6010 East FM 597<br>Abernathy, TX 79311 | Kyle Weldon<br>James Bradbury | James D. Bradbury, PLLC<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102 | 1, 62 | 1, 72 | 1, 58 |
| Priest Cattle and Land Company, Inc. | 6010 East FM 597<br>Abernathy, TX 79311 | | | | | |
| Priest Victory Investment LLC | 6010 East FM 597<br>Abernathy, TX 79311 | Kyle Weldon<br>James Bradbury | James D. Bradbury, PLLC<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102 | 62 | 72 | 58 |
| Producers Credit Corporation | 8351 N. High Street, Suite 250<br>Columbus, OH 43235 | | | 1 | 1 | 1 |

| Name | Address | Contact | Firm | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| Purina Animal Nutrition LLC | 4001 Lexington Avenue North<br>Arden Hills, MN 55126 | | | | | Claim 15 |
| Rapp Ranch | 400 Smith Trail<br>Weatherford, TX 76088 | | | 1 | 1 | 1 |
| Rick Rodgers | 786 Sutton Ln.<br>Mayfield, KY 42066 | | | 1 | 1 | 1 |
| Riley Livestock | 250 Brittian Lane<br>Mayfield, KY 42066 | | | 1<br>Claim 14 | 1<br>Claim 13 | 1<br>Claim 16 |
| Robert Braun | 12307 E. Co. Rd. 1160 N<br>Evanston, IN 47531 | John Massouh<br><br>Abel Leal | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008<br><br>Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | 14, 27 | 16, 29 | 13, 25 |
| Samuel S. Brown | 3430 St. Rt. 45 S<br>Mayfield, KY 42066 | | | 1 | 1 | 1 |
| Scarlet & Black Cattle, LLC | 5402 Walesa Court<br>Amarillo, TX 79119 | John Massouh<br><br>Abel Leal | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008<br><br>Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | 1, 14, 27 | 1, 16, 29 | 1, 13, 25 |
| Scott Livestock Company | Steve Scott<br>10150 Highway 47<br>West Point, MS 39773 | John Massouh<br><br>Abel Leal | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008<br><br>Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | 1, 14, 27 | 1, 16, 29 | 1, 13, 25 |
| Shaw & Shaw Farms Partnership, LLC | 11605 NW 140 St.<br>Alachua, FL 32615 | | | Claim 7 | Claim 6 | Claim 8 |
| Sherman Trucking | 2098 Symsonia Highway<br>5508 Oak Level Rd.<br>Benton, KY 42025 | | | 1 | 1<br>Claim 19 | 1 |

| Name | Address | Attorney | Attorney Address | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| Spencer Clift | Baker, Donelson, Bearman, et al 165 Madison Ave. Memphis, TN 38103 | | | 1 | 1 | 1 |
| Steve T. Scott Farms, Inc. | 10150 Highway 47 West Point, MS 39773 | John Massouh<br><br>Abel Leal | Sprouse Shrader Smith PLLC 701 S. Taylor, Suite 500 PO Box 15008 Amarillo, TX 79105-5008<br><br>Simmons Smith Brown PLLC 400 13th Street PO Box 180 Canyon, TX 79015 | 1, 14, 27 | 1, 16, 29 | 1, 13, 25 |
| TGF Ranch | 1585 E M-79 Hwy. Hastings, MI 49058 | | | | 1 | 1 |
| Takeuchi Financial Services | 1625 West Fountainhead Pkwy. AZ-FTN-1 Tempe, AZ 85282-2371 | | | 1 | 1 | 1 |
| Terry Burnett | 210 Bethel Church Rd. Melber, KY 42069 | | | 1 | 1 | 1 |
| Thorlakson Feedyards | 273131 RR 284 Airdrie, Alberta, T4A 0H4 Canada | | | 1 | 1 | 1 |
| Tom Thorlakson | 2548 CR 15 Friona, TX 79035 | | | 1 | 1 | 1 |
| Thorlackson Diamond T Feeders | | David LeBas | Naman Howell Smith & Lee 8310 N. Capital of Texas Hwy. Ste. 490 Austin, TX 78731 | 21 | 23 | 19 |
| WJ Performance Horses, Inc. | 524 Travis Street Liberty, TX 77575 | | | 1 | 1 | 1 |
| Wildforest Cattle Company LLC | 1206 Paris Road Mayfield, KY 42066 | | | 1 | 1 | 1 |
| Curtis Jones | 1720 W. 13th Ave. Emporia, KS 66801 | Steven Hoard | 500 South Taylor Suite 800, LB #213 PO Box 31656 Amarillo, TX 79120-1656 | 1, 17 | 1, 19 | 1, 15 |
| David Hines | 12609 NW 298th Street High Springs, FL 32643 | Steven Hoard | 500 South Taylor Suite 800, LB #213 PO Box 31656 | 1, 16 | 1, 17 | 1, 14 |

| Name | Address | Attorney | Attorney Address | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| | | | Amarillo, TX 79120-1656 | | | |
| Don Jones | 1720 W. 13th Ave. Emporia, KS 66801 | Steven Hoard | 500 South Taylor Suite 800, LB #213 PO Box 31656 Amarillo, TX 79120-1656 | 1, 17 | 1, 19 | 1, 15 |
| Eddie Stewart | 1571 Upper Zion Road Brownsville, TN 38012 | Kyle Weldon James Bradbury | James D. Bradbury, PLLC 201 Main Street, Suite 600 Fort Worth, TX 76102 | 37 | 41 | 35 |
| Kinsey Jones | 1720 W. 13th Ave. Emporia, KS 66801 | Steven Hoard | 500 South Taylor Suite 800, LB #213 PO Box 31656 Amarillo, TX 79120-1656 | 17 | 19 | 15 |
| Steven Hines | 12609 NW 298th Street High Springs, FL 32643 | Steven Hoard | 500 South Taylor Suite 800, LB #213 PO Box 31656 Amarillo, TX 79120-1656 | 16 | 17 | 14 |
| Wiley Roby Russell, Jr. | 414 Preston Drive Brownsville, TN 38012 | Kyle Weldon James Bradbury | James D. Bradbury, PLLC 201 Main Street, Suite 600 Fort Worth, TX 76102 | 37 | 41 | 35 |
| Cactus Feeders Finance LLC | 600 S. Tyler Street Suite 2800 (or 280) Amarillo, TX 79101 | | | 1 | 1 | 1 |
| Chelsea Waters McClain | 824 Mullins Lane Benton, KY 42025 | | | 1 | 1 | 1 |
| Stanley Ayers | 6200 Ross Rd. Rockford, OH 45882 | | | 1 | 1 | 1 |
| Carl Pickett | 650 FM 163 Rd. Liberty, TX 77575 | | | 1 | 1 | 1 |
| Community Financial Services Bank | 100 Dick Castleman Bypass Mayfield, KY 42066 | | | 1 | 1 | 1 |
| Cory Don Priest | 899 Rosenthal Road Lorena, TX 76655 | | | 1 | 1 | 1 |
| River Valley AgCredit | 1401 North 12th Street Benton, KY 42025 | | | 1 | 1 | 1 |
| Citizens Bank, NA | c/o Shawn K. Brady Brady Law Firm, PLLC 6136 Frisco Square Blvd., Suite 400 Frisco, TX 75034 | | | | | 79 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Robert Stewart and Rachel Conway Stewart | | John Lane | Lane & Countryman 1045 Cheever Blvd. Ste. 103 San Antonio, Texas 78217 | 13 | 15 | 12 |
| Dennis Buss | | John Massouh<br><br>Abel Leal | Sprouse Shrader Smith PLLC 701 S. Taylor, Suite 500 PO Box 15008 Amarillo, TX 79105-5008<br><br>Simmons Smith Brown PLLC 400 13th Street PO Box 180 Canyon, TX 79015 | 14, 27 | 16, 29 | 13, 25 |
| Buss Family Trust | | John Massouh<br><br>Abel Leal | Sprouse Shrader Smith PLLC 701 S. Taylor, Suite 500 PO Box 15008 Amarillo, TX 79105-5008<br><br>Simmons Smith Brown PLLC 400 13th Street PO Box 180 Canyon, TX 79015 | 14, 27 | 16, 29 | 13, 25 |
| Eddie Bryant | | John Massouh<br><br>Abel Leal | Sprouse Shrader Smith PLLC 701 S. Taylor, Suite 500 PO Box 15008 Amarillo, TX 79105-5008<br><br>Simmons Smith Brown PLLC 400 13th Street PO Box 180 Canyon, TX 79015 | 14, 27 | 16, 29 | 13, 25 |
| Robert Gray | | John Massouh<br><br>Abel Leal | Sprouse Shrader Smith PLLC 701 S. Taylor, Suite 500 PO Box 15008 Amarillo, TX 79105-5008<br><br>Simmons Smith Brown PLLC 400 13th Street PO Box 180 Canyon, TX 79015 | 14, 27 | 16, 29 | 13, 25 |
| Ronnie Gray | | John Massouh | Sprouse Shrader Smith PLLC 701 S. Taylor, Suite 500 PO Box 15008 Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Gray Brothers | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Craig Sutton | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Amy Sutton | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Steve Ryan | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Janice Lawhon<br>AJ Jacques<br>Living Trust | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | PO Box 180<br>Canyon, TX 79015 | | | |
| Gungoll Cattle, LLC | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Leah Gungoll | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Morrison Café | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Gary Lesh | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Joel Brookshire | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |

| Name | | Attorney | Firm Address | | | |
|---|---|---|---|---|---|---|
| Gene Brookshire Family, LP | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Douglas Finley | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Robert Spring | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Michael Evans | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Miranda Evans | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Charles Lockwood | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Cole Lockwood | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Sherle Lockwood | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Nikki Lockwood | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Janet Van Buskirk | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Canyon, TX 79015 | | | |
| Colby Van Buskirk | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Susan Van Buskirk | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Dustin Johnson | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Dora Blackman | | John Massouh | Sprouse Shrader Smith PLLC<br>701 S. Taylor, Suite 500<br>PO Box 15008<br>Amarillo, TX 79105-5008 | 14, 27 | 16, 29 | 13, 25 |
| | | Abel Leal | Simmons Smith Brown PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | | | |
| Ridgefield Capital Group | | Amber S. Miller | Crenshaw, Dupree & Milam<br>PO Box 64479<br>Lubbock, TX 79464 | 22 | 24 | 20 |
| Robert Ellis | | Amber S. Miller | Crenshaw, Dupree & Milam<br>PO Box 64479<br>Lubbock, TX 79464 | 22 | 24 | 20 |
| Andrew Phillips | | Amber S. Miller | Crenshaw, Dupree & Milam<br>PO Box 64479<br>Lubbock, TX 79464 | 22 | 24 | 20 |
| Barry Phillips | | Amber S. Miller | Crenshaw, Dupree & Milam | 22 | 24 | 20 |

| Name | Address | Attorney | Attorney Address | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|
| | | | PO Box 64479<br>Lubbock, TX 79464 | | | |
| Richard Carraway | | Amber S. Miller | Crenshaw, Dupree & Milam<br>PO Box 64479<br>Lubbock, TX 79464 | 22 | 24 | 20 |
| Scott Stewart | | Amber S. Miller | Crenshaw, Dupree & Milam<br>PO Box 64479<br>Lubbock, TX 79464 | 22 | 24 | 20 |
| Terry Robinson | | Todd Johnston | McWhorter Cobb & Johnson<br>PO Box 2547<br>Lubbock, TX 79408 | 25 | 27 | 23 |
| Rebecca Robinson | | Todd Johnston | McWhorter Cobb & Johnson<br>PO Box 2547<br>Lubbock, TX 79408 | 25 | 27 | 23 |
| David Weitman | | David Weitman | K&L Gates LLP<br>1717 Main Street<br>Suite 2800<br>Dallas, TX 75201 | 26 | 28 | 24 |
| United States of America U.S. Dept. of Agriculture | | Dawn Whalen Theiss | Assistant U.S. Attorney<br>1100 Commerce St., Ste. 300<br>Dallas, TX 75242 | 30 | 32 | 28 |
| Caterpillar Financial Services Corporation | | John R. Nelson<br><br>Michelle Esparza | Dickinson Wright PLLC<br>607 W. 3rd Street, Ste. 2500<br>Austin, TX 78701<br><br>Dickinson Wright PLLC<br>221 N. Kansas Street<br>Ste. 2000<br>El Paso, TX 79901 | 1 | 59, 60 | 1<br>Claim 12 |
| Mark J. Reisz | 514 Americas Way, #13812<br>Box Elder, SD 57719 | | | | Claim 17 | |
| Euler Hermes, N.A. Insurance Co., as Agent for WHIT Attn: Chris T. Antony | 800 Red Brook Blvd., #400C<br>Owings Mills, MD 21117 | | | Claim 18 | | |
| Joe Burnett | 187 Peachtree Rd.<br>Melber, KY 42069 | | | Claim 16 | | Claim 18<br>Claim 19 |