Shawn K. Brady
BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(469) 287-5484 Telephone

ATTORNEY FOR CITIZENS BANK NA

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-20084-rlj7 |
| | § | |
| McCLAIN FEED YARD, INC. et al.,1 | § | HEARING: September 7, 2023 |
| | § | AT 1:30 P.M. |
| | § | |
| Debtors. | § | Jointly Administered |

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

## AMENDED MOTION FOR RELIEF FROM STAY

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

**COMES NOW**, Citizens Bank NA, Movant, shows this Court as follows:

(1) This amended motion pursuant to §362 of the Bankruptcy Code to modify the automatic stay effected by filing the above-stated Debtor's petition under Chapter 7 of the Bankruptcy Code in this division of this district, which case has been assigned Bankruptcy Case Number 23-20084-rlj7, seeking an Order from the Court modifying the stay for cause.

(2) The jurisdiction of this Court is founded in 28 U.S.C. §1334. This is a core proceeding under 28 U.S.C. §157(b)(2)(G).

(3) Citizens Bank NA has a lien against a 2022 RAM 4500; VIN# 3C7WRLEL1NG300592.

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

AMENDED MOTION FOR RELIEF FROM STAY - PAGE 1
WWR/1795.AMENDED MRS.NORTHERN.Amarillo.7 (1DEBTOR)\SKB-SRG

(4)    The payoff balance as of June 28, 2023, was the sum of $30,571.29. The amount past due as of the payoff date was $2,397.30.

(5)    Debtor does not identify Citizens Bank NA in the Petition or List of Creditors. Further, Debtor has not stated its intent regarding the above collateral.

(6)    Fundamentally, this secured creditor has not been receiving the indubitable equivalent of the cash value of the depreciation of its collateral and is not adequately protected.

(7)    The Movant is the holder of a secured claim against Debtor.

(8)    The Movant has a valid security interest in the above-stated property to secure said indebtedness remaining on the purchase price of said property, all of which is shown by the Retail Installment Contract and Security Agreement, a true and correct copy of which is attached hereto as Exhibit "A". A copy of the e-title is attached hereto as Exhibit "B."

(9)    Movant is not afforded adequate protection of its interest in the above-stated property in that there has been and will continue to be a decrease in the value of the Movant's interest in the above-stated property. The property will continue to depreciate, and the Debtor is not making any periodic cash payment to the Movant to the extent of such decrease in value nor has there been any additional replacement lien provided the Movant to the extent of such decrease in value and potential for loss and the Movant is not realizing the indubitable equivalent of the Movant's interest in the above-stated property.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays for an Order modifying the automatic stay, payment of all attorney's fees and costs as incurred herein, and granting such other further relief as is just and proper.

Respectfully submitted,

*/s/Shawn K. Brady*
Shawn K. Brady
Texas Bar No. 00787126

BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(469) 287-5484 Telephone
E-Mail: sbrady@brady-law-firm.com

Attorney for Citizens Bank NA

## CERTIFICATE OF CONFERENCE

I hereby certify that on July 11, 2023, my staff emailed Debtor's attorney. At the time of filing, no agreement has been reached.

*/s/Shawn K. Brady*
Shawn K. Brady

## CERTIFICATE OF SERVICE

On August 11, 2023, a true and correct copy of the foregoing Amended Motion for Relief from Stay was delivered by first class mail to the Debtor McClain Farms, Inc., 824 Mullin Lane, Benton, KY 42052; by ECF to the Debtor's attorney of record, Max Ralph Tarbox, 2301 Broadway, Lubbock, Texas 79401; by ECF to the Chapter 7 Trustee, Kent David Ries, P.O. Box 3100, Amarillo, Texas 79116; by ECF to the U.S. Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75202; and by ECF to all parties listed in attached Matrix who have filed a notice of appearance or request for notice in this case.

*/s/Shawn K. Brady*
Shawn K. Brady

**AFFIDAVIT FOR SWORN ACCOUNT AND FOR ADMISSION OF BUSINESS RECORDS RULE 803(6) FEDERAL RULES OF EVIDENCE AND TITLE 28 SECTION 1732 U.S. CODE, JUDICIARY AND JUDICIAL PROCEDURE**

STATE OF TEXAS, §
§
COUNTY OF COLLIN. §

BEFORE ME, the undersigned authority, on this day personally appeared SHAWN K. BRADY, who, being by me duly sworn, deposed as follows:

"My name is SHAWN K. BRADY. I am over the age of 18, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

"I am the attorney and the custodian of the records of Citizens Bank NA (hereinafter 'Citizens') concerning the account of McClain Farms. Attached hereto are nine (9) pages of records from Citizens. These said nine (9) pages of records are kept by Citizens in the regular course of business, and it was the regular course of business of Citizens for an employee or representative of Citizens, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original."

                                                                                    */s/Shawn K. Brady*
                                                                                     Shawn K. Brady

**SUBSCRIBED AND SWORN TO BEFORE ME** on August 11, 2023, to which witness my hand and official seal.

| | |
|---|---|
| "Notary Seal" | */s/Shelly Godwin* |
| Notary ID 10703982 | Notary Public, in and for the |
| My Commission Expires: September 9, 2026 | State of Texas |