Label Matrix for local noticing
0539-2
Case 23-20084-rlj7
Northern District of Texas
Amarillo
Fri Aug 11 07:56:28 CDT 2023

2B Farms, a Texas General Partnership, G and T
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408-2547

AJ Jacques Living Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Arnold Braun Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Buss Family Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Canyon Rim Consulting, LLC
301 S Polk St., Ste 815
Amarillo, TX 79101-1408

Caterpillar Financial Services Corporation
c/o Dickinson Wright PLLC
ATTN: John Nelson
607 W. 3rd Street, Ste. 2500
Austin, TX 78701-4713

Citizens Bank NA
c/o Brady Law Firm
6136 Frisco Square Blvd., Suite 400
Frisco, TX 75034-3251

Gene Brookshire Family, LP
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gray Brothers
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gungoll Cattle, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jordan Lesh, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

LainFaulkner
400 N St. Paul, Ste 600
Dallas, TX 75201-6897

Lesh Family Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

McClain Feed Yard, Inc.
4010 FM 1057
Hereford, TX 79045-7386

Morrison Cafe, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Northland Capital Financial Services, LLC
c/o Jenkins & Kling, P.C.
150 N. Meramec Ave., Suite 400
St. Louis, MO 63105-3753

Priest Cattle Company, Ltd.
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655-9665

Quilling, Selander, Lownds, Winslet & Moser
2001 Bryan Street, Ste 1800
Dallas, TX 75201-3070

Scarlet and Black Cattle, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Scott Livestock Company, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Steve T Scott Farm, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

W. Robbie Russell Living Trust
414 Preston Drive
Brownsville, TX 38012-2468

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

AJ JACQUES LIVING TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

ARNOLD BRAUN TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

BRYAN BLACKMAN
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

CHARLES LOCKWOOD
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

COLE LOCKWOOD
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

DOUGLAS FINLEY
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

DUSTEN JOHNSON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

GUNGOLL CATTLE, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

JAN LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

JANET VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

JARED LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

JIM RININGER
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

JIMMY GREER
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

JOEL BROOKSHIRE
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

LEAH GUNGOLL
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

LESH FAMILY TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

LYNDAL VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

MICHAEL EVANS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

MIRANDA EVANS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

NIKKI LOCKWOOD
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

SCOTT LIVESTOCK COMPANY, INC.
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

SUSAN VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

2B Farms Inc
9012 County Rd. 3114
Snyder, TX 79549-1318

AMY SUTTON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Acey Livestock, LLC
211 Old Orchard Road
Perryville, KY 40468-9782

AgTexas Farm Credit Services
2001 S. Soney Road
Amarillo, TX 79124-2407

AgTexas, PCA
2001 S. Soney Road
Amarillo, TX 79124-2407

Andrew Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Angela Powell
86 B Commerce Blvd.
Benton, KY 42025-1110

Arnold Braun or Arnold Braun Trust
4932 E SR 70
Grandview, IN 47615-9620

Atten: David L. LeBas
Naman Howell Smith & Lee
Attorneys at Law
8310 N. Capital of Texas HWY
Ste 490
Austin, TX 78731-1081

BJM Sales & Service
PO Box 1073
Hereford, TX 79045-1073

BUSS FAMILY TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Bar D Ranch Land & Cattle
4458 S. U.S. Highway 441
Lake City, FL 32025-0306

Bar D Ranch Land & Cattle, LLC
4458 South US Highway 441
Lake City, FL 32025-0306

Barry Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Big Seven Capital Partners LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Bo Robinson
9397 County Rd. 3114
Snyder, TX 79549-1379

Bryan Blackman
4553 Texas Street
Healdton, OK 73438-2906

C Heart Ranch, LLC
454 Daniels Lane
Ardmore, OK 73401-5304

COLBY VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

CRAIG SUTTON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Cactus Feeders Finance LLC
PO Box 3050
Amarillo, TX 79116-3050

Cactus Operating LLC
Robert M Kettle, Agent
600 S. Tyler St., Suite 280
Amarillo, TX 79101-2353

Caleb Little
672 Nelson Trl
Dexter, KY 42036-9402

Carl Pickett
524 Travis Street/650 FM 163 Rd
Liberty, TX 77575

Carr, Riggs, & Ingram, LLC
2424 Louisiana Blvd. NW
Suite 300
Albuquerque, NM 87110

Carraway Cattle, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Caterpillar Financial Services Corporation
c/o Dickinson Wright PLLC
Attention: Michelle Esparza
221 N. Kansas St. Ste. 2000
El Paso, Texas 79901-1472

Chelsea Waters McClain
824 Mullins Lane
Benton, KY 42025-4702

Clint Quarles
Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601-8332

Cody L. Simmons
P.O. Box 180
Canyon, TX 79015-0180

Colton Long
2001 S. Soney Road
Amarillo, TX 79124-2407

(p)COMMUNITY FINANCIAL SERVICES BANK
ATTN ATTN LOSS MITIGATION
P O BOX 467
BENTON KY 42025-0467

Cory Don Priest
6010 East FM  597
Abernathy, Texas 79311-5424

Crystal McClain
824 Mullins Lane
Benton, KY 42025-4702

Curtis Jones Farms
1720 W. 13th Ave.
Emporia, KS 66801-5659

Curtis Jones Farms LLC
1720W. 13th Ave.
Emporia, KS 66801-5659

DENNIS BUSS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

DORA BLACKMAN
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

David Rainey 88 CR 640
Corinth, MS 38834

Death Creek Farms LLC
10150 Highway 47
West Point, MS 39773-4802

Don Jones 2434 Road Y
Reading, KS 66868-9006

Don Jones Farm, Inc. 2434 Road Y
Reading, KS 66868-9006

Don Jones Trucking, Inc.
2434 Road Y
Reading, KS 66868-9006

Douglas C. Pritchett
19601 FM 1541
Canyon, TX 79015-6387

Dr. Arnold Bral
4932 E. SR 70
Grandview, IN 47615-9620

Dwight Jesko
112 Rr 5/ 3970 FM 1057
Hereford, TX 79045


EDDIE BRYANT
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Eric DeJarnett
1115 County Road 1024
Cunningham, KY 42035-9309

Eric Dejarnatt 1115 CR 1024
Cunningham, KY 42035-9309

First Capital Bank of Texas
3900 Soncy Road
Amarillo, TX 79119-6673

First Kentucky Bank, Inc.
605 Main Street
Benton, KY 42025-1236

Friona Industries
PO Box 15568
Amarillo, TX 79105-5568

Friona Industries, L.P.
500 S. Taylor Street, Suite 601
Amarillo, TX 79101-2447

(p)FRONTIER FARM CREDIT
PO BOX 2409
OMAHA NE 68103-2409

GARY LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

GENE BROOKSHIRE FAMILY, LP
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

GRAY BROTHERS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Garwood Cattle Company LLC
2538 Middleton Road
Columbiana, OH 44408-9550

Heartland Co-op
2829 Westown Parkway, Suite 350
West Des Moines, IA 50266-1340

Hines Cattle Company, LLC
12609 NW 298th St.
High Springs, FL 32643-4911

Hines Farms, LLC
1019 NE 90th Ave.
High Springs, FL 32643-5121

J Brent Burnett
1612 Sanderson Rd
Mayfield, KY 42066-9108

JANICE LAWHON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

JORDAN LESH, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Jake Rininger
2828 S. Co. Rd. 200 W.
Rockport, IN 47635-8252

Jared Lesh Cowhorses Inc.
10801 E. Highway 82
Whitesboro, TX 76273

Jared Wayne Lesh
10801 E. Highway 82
Whitesboro, TX 76273

Jed Goad
JLE Trucking, Inc.
PO Box 451
Red Boiling Springs, TN 37150-0451

Jimmy D. Greer
3209 Wrather Rd.
Murray, KY 42071-7417

Joe Burnett
187 Peachtree Rd
Melber, KY 42069-8824

John Dale Tidwell
209 Duffers Ln
Mayfield, KY 42066-1201

John Massouh
Sprouse Shrader Smith PLLC
Box 15008
Amarillo, TX 79105-5008

Jordan Robert Lesh
10400 N. Perkins Rd.
Stillwater, OK 74075-1860

Jordan and Jan Lesh
10400 N. Perkins Road
Stillwater, OK 74075-1860

Julie Whitlock
P.O. Box 389
Mayfield, KY 42066-0029

Justin Stuever
P.O. Box 22
Morrison OK 73061-0022

Keeling Cattle Feeders, Inc.
PO Box 1853
Hereford, Texas 79045-1853

Keith Harris Farms, Inc.
703 Waller Cemetery Road
Benton, KY 42025-4770

Kenneth Netardus
P.O. Box 3280
Amarillo, TX 79116-3280

Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601-8332

Kinsey Jones
30308 S. Carlson Rd.
Reading, KS 66868-9055

Lazy J Arena, LLC
1419 W. 80th Street
Stillwater, OK 74074-8164

Lazy J. Cattle
1515 W. 80th Street
Stillwater, OK 74074-8186

Lesh Family Trust
19700 County Road 200
Perry, OK 73077-8530

Lesh Trucking'
10400 N. Perkins Rd.
Stillwater, OK 74075-1860

Lyndal Vanbuskirk
P.O Box 778
Ringling, OK 73456-0778

MAP Enterprises Inc.
P.O. Box 1045
Mayfield, KY 42066-0041

MAP Enterprises, Inc.
c/o Jeff P. Prostok
777 Main Street, Suite 1550
Fort Worth, TX 76102-5384

MORRISON CAF LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Meagan B. Goad
1775 Wadesboro Rd.
S Benton, KY 42025-4777

Meagan B. Powell
621 Mullins Ln.
Benton, KY 42025-4762

Mechanics Bank
18400 Von Karman Avenue Suite 1100
Irvine, CA 92612-0517

Michael Gourley
P.O. Box 1045
Mayfield, KY 42066-0041

Michael Johnson
Ray Quinney and Nebeker, P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84111-1451

Mykel Linn Tidwell
66 Lake Terry Dr.
Mayfield, KY 42066-6982

Northland Capital Financial Services, LL
P.O. Box 7278
Saint Cloud, MN 56302-7278

Northland Capital Financial Services, LLC
333 33rd Ave South
St. Cloud, MN 56301-5495

Oklahoma AgCredit
601 East Kenosha
Broken Arrow, OK 74012-2002

Open A Arena LLC
14500 S. Fm 1258
Amarillo, TX 79118-4610

Patti Priest
6010 East FM 597
Abernathy, TEXAS 79311-5424

Priest Cattle Company, Ltd
6010 East FM 597
Abernathy, Texas 79311-5424

Priest Cattle and Land Company, Inc.
6010 East FM  597
Abernathy, Texas 79311-5424

Priest Victory Investment LLC
6010 East FM  597
Abernathy, Texas 79311-5424

Producers Credit Corporation
8351 N. High Street, Suite 250
Columbus, OH 43235-1440

Purina Animal Nutrition LLC
4001 Lexington Avenue North
Arden Hills, MN 55126-2998

ROBERT BRAUN
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

ROBERT E. GRAY
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

ROBERT SPRING
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

RONNIE GRAY
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

(p)RABO AGRIFINANCE LLC
1402 TECHNOLOGY DR
CEDAR FALLS IA 50613-1233

Rabo Agrifinance LLC
146.76 Outer 40 Road Ste. 400
Chesterfield, MO 63017

Rapp Ranch
400 Smith Trail
Weatherford, TX 76088-1606

Richard Carraway
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Rick Rodgers 786 Sutton Ln.
Mayfield, KY 42066-6551

Ridgefield Capital Group, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Riley Livestock
250 Brittian Lane
Mayfield, KY 42066-4617

Riley Livestock, Inc.
Attn: Mary Ann Hunter
P.O. Box 663
Mayfield, KY 42066-0033

Robert Braun
12307 E. Co Rd. 1160 N
Evanston, IN 47531-8076

Robert Ellis
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Robert Stewart & Rachel Conway Stewart
c/o Lane & Countryman
1045 Cheever Blvd., Ste. 103
San Antonio, Texas 78217-6223

SCARLET AND BLACK CATTLE, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

SHERLE LOCKWOOD
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

STEVE RYAN
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

STEVE T SCOTT FARM, INC.
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Samuel S. Brown
3430 St. Rt 45 S
Mayfield, KY 42066-6135

Scarlet & Black Cattle, LLC
5402 Walesa Court
Amarillo, TX 79119-6285

Scott Livestock Company (Steve Scott)
10150 Highway 47
West Point, MS 39773-4802

Scott Stewart
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Shaw & Shaw Farms Partnership, LLC
11605 NW 140 St.
Alachua, FL 32615-6435

Sherman Trucking
2098 Symsonia Highway/ 5508 Oak Level Ro
Benton, KY 42025-5024

Spencer Clift
BAKER, DONELSON, BEARMAN, CALDWELL & BER
165 Madison Ave.
Memphis, TN 38103-2799

Steve T. Scott Farms, Inc.
10150 Highway 4 7
West Point, MS 39773-4802

Steven L. Hoard
Mullin Hoard & Brown, LLP
500 S. Taylor79101, Suite
800 Amarillo National Bank Plaza II
Amarillo, TX 79101

TGF Ranch
1585 E M-79 Hwy
Hastings, MI 49058-8895

Takeuchi Financial Services, a program of
1625 West Fountainhead Parkway,
AZ-FTN-1
Temp e,AZ 85282-2371

Terry Burnett
210 Bethel Church Rd .
Melber, KY 42069-8826


Thomas C. Riney
Underwood Law Firm, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101-2446

Thorlakson Feedyards
273131 Rr 284
Airdrie, Alberta, T4A 0H4 Canada

Tom Thorlakson
2548 CR 15
Friona,TX 79035-7034


United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

W. Heath Hendricks UNDERWOOD LAW FIRM
500 S. Taylor Street Ste. 1200
Amarillo, TX 79101-2401

WJ Performance Horses, Inc.
524 Travis Street
Liberty, TX 77575-4824


Wildforest Cattle Company LLC
1206 Paris Road
Mayfield, KY 42066-4989

Amy Sutton
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Bryan Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008


Charles Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Colby Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Cole Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008


Craig Sutton
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Crystal McClain
c/o Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42003-1530

Curtis Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659


David Hines
12609 NW 298th St.
High Springs, FL 32643-4911

Dennis Buss
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Don Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659


Dora Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Douglas Finley
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Dustin Johnson
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008


Eddie Bryant
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Eddie Stewart
1571 Upper Zion Road
Brownsville, TN 38012-8064

Gary Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008


Jan Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Janet Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Janice Lawhon
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jared Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jim Reninger
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jimmy Greer
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Joel Brookshire
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Kent David Ries
Kent Ries, Trustee
PO Box 3100
Amarillo, TX 79116-3100

Kinsey Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Kinsey Moreland
c/o Boerner, Dennis & Franklin
P.O. Box 1738
Lubbock, TX 79408-1738

Leah Gungoll
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Lyndal Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Max Ralph Tarbox
Tarbox Law, P.C.
2301 Broadway
Lubbock, TX 79401-2916

Meagan B. Goad
c/o Boerner, Dennis & Franklin
P.O. Box 1738
Lubbock, TX 79408-1738

Michael Evans
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Miranda Evans
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Nikki Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Robert Braun
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Robert Spring
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Robert E Gray
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Robert & Rachel Stewart
Lane & Countryman
1045 Cheever Blvd.
Ste. 103
San Antonio, TX 78217-6223

Ronnie Gray
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Sherle Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Steve Ryan
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Steven Hines
12609 NW 298th St.
High Springs, FL 32643-4911

Susan Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Wiley Roby Russell Jr.
414 Preston Drive
Brownsville, TN 38012-2468

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Community Financial Services Bank
221 W 5th Street
Benton, KY 42025

(d)Community Financial Services Bank
POBox467
Benton, KY 42025-0467

Frontier Farm Credit
2009 Vanesta Place
Manhattan, KS 66503

Rabo Agrifinance LLC
1402 Technology Parkway
Cedar Falls, IA 50613

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AgTexas Farm Credit Services AgTexas, PCA

(u)Big Seven Capital Partners, LLC

(u)Curtis Jones Farms

(u)Don Jones Farms, Inc.

(u)Don Jones Trucking, Inc.

(u)HTLF Bank, successor in interest to First

(u)Hines Cattle Company, LLC

(u)Hines Farms, LLC

(u)MAP Enterprises, Inc.

(u)Rabo AgriFinance, LLC

(u)Ridgefield Capital Group, LLC

(u)Thorlackson Diamond T Feeders, LP

(u)Thorlakson Diamond T Feeders, LP

(u)U.S. Department of Agriculture

(d)J. Brent Burnett
1612 Sanderson Rd.
Mayfield, KY 42066-9108

(u)Stanley Ayers
6200 Ross Rd. Rockford,OH

(u)Andrew Phillips

(u)Barry Phillips

(u)David Weitman

(u)Richard Carraway

(u)Robert Ellis

(u)Scott Stewart

End of Label Matrix
Mailable recipients   233
Bypassed recipients    22
Total                 255