Shawn K. Brady
BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(469) 287-5484 Telephone

ATTORNEY FOR CITIZENS BANK NA

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-20084-rlj7 |
| | § | |
| McCLAIN FEED YARD, INC. et al.,[1] | § | HEARING: September 7, 2023 |
| | § | AT 1:30 P.M. |
| | § | |
| Debtors. | § | Jointly Administered |

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

## NOTICE OF HEARING

This shall serve as notice that a hearing on the Motion for Relief from Stay of Citizens Bank NA is set on the video docket of the Honorable Robert L. Jones, United States Bankruptcy Judge on Thursday, September 7, 2023, at 1:30 p.m. at U.S. Courthouse, 205 Southeast 5th Ave., Room 133, Amarillo, Texas.

Respectfully submitted,

*/s/Shawn K. Brady*
Shawn K. Brady
Texas Bar No. 00787126

BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(469) 287-5484 Telephone
E-Mail: sbrady@brady-law-firm.com

Attorney for Citizens Bank NA

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

## CERTIFICATE OF SERVICE

On August 11, 2023, a true and correct copy of the foregoing was delivered by first class mail to the Debtor McClain Farms, Inc., 824 Mullin Lane, Benton, KY 42052; by ECF to the Debtor's attorney of record, Max Ralph Tarbox, 2301 Broadway, Lubbock, Texas 79401; by ECF to the Chapter 7 Trustee, Kent David Ries, P.O. Box 3100, Amarillo, Texas 79116; by ECF to the U.S. Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75202; and by ECF to all parties listed in attached Matrix who have filed a notice of appearance or request for notice in this case.

*/s/Shawn K. Brady*
Shawn K. Brady