| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-2<br>Case 23-20084-rlj7<br>Northern District of Texas<br>Amarillo<br>Fri Aug 11 07:56:28 CDT 2023 | 2B Farms, a Texas General Partnership, and T<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>P.O. Box 2547<br>Lubbock, TX 79408-2547 | AJ Jacques Living Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Arnold Braun Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Buss Family Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Canyon Rim Consulting, LLC<br>301 S Polk St., Ste 815<br>Amarillo, TX 79101-1408 |
| Caterpillar Financial Services Corporation<br>c/o Dickinson Wright PLLC<br>ATTN: John Nelson<br>607 W. 3rd Street, Ste. 2500<br>Austin, TX 78701-4713 | Citizens Bank NA<br>c/o Brady Law Firm<br>6136 Frisco Square Blvd., Suite 400<br>Frisco, TX 75034-3251 | Gene Brookshire Family, LP<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Gray Brothers<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Gungoll Cattle, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jordan Lesh, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| LainFaulkner<br>400 N St. Paul, Ste 600<br>Dallas, TX 75201-6897 | Lesh Family Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | McClain Feed Yard, Inc.<br>4010 FM 1057<br>Hereford, TX 79045-7386 |
| Morrison Cafe, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Northland Capital Financial Services, LLC<br>c/o Jenkins & Kling, P.C.<br>150 N. Meramec Ave., Suite 400<br>St. Louis, MO 63105-3753 | Priest Cattle Company, Ltd.<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 |
| Priest Victory Investment LLC<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Quilling, Selander, Lownds, Winslet & Moser<br>2001 Bryan Street, Ste 1800<br>Dallas, TX 75201-3070 | Scarlet and Black Cattle, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Scott Livestock Company, Inc.<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Steve T Scott Farm, Inc.<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | W. Robbie Russell Living Trust<br>414 Preston Drive<br>Brownsville, TX 38012-2468 |
| 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | AJ JACQUES LIVING TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | ARNOLD BRAUN TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| BRYAN BLACKMAN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | CHARLES LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | COLE LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |

| | | |
|---|---|---|
| DOUGLAS FINLEY<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | DUSTEN JOHNSON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | GUNGOLL CATTLE, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| JAN LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JANET VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JARED LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| JIM RININGER<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JIMMY GREER<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JOEL BROOKSHIRE<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| LEAH GUNGOLL<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | LESH FAMILY TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | LYNDAL VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| MICHAEL EVANS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | MIRANDA EVANS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | NIKKI LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| SCOTT LIVESTOCK COMPANY, INC.<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | SUSAN VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | 2B Farms Inc<br>9012 County Rd. 3114<br>Snyder, TX 79549-1318 |
| AMY SUTTON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Acey Livestock, LLC<br>211 Old Orchard Road<br>Perryville, KY 40468-9782 | AgTexas Farm Credit Services<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 |
| AgTexas, PCA<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 | Andrew Phillips<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Angela Powell<br>86 B Commerce Blvd.<br>Benton, KY 42025-1110 |
| Arnold Braun or Arnold Braun Trust<br>4932 E SR 70<br>Grandview, IN 47615-9620 | Atten: David L. LeBas<br>Naman Howell Smith & Lee<br>Attorneys at Law<br>8310 N. Capital of Texas HWY<br>Ste 490<br>Austin, TX 78731-1081 | BJM Sales & Service<br>PO Box 1073<br>Hereford, TX 79045-1073 |
| BUSS FAMILY TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Bar D Ranch Land & Cattle<br>4458 S. U.S. Highway 441<br>Lake City, FL 32025-0306 | Bar D Ranch Land & Cattle, LLC<br>4458 South US Highway 441<br>Lake City, FL 32025-0306 |

| | | |
|---|---|---|
| Barry Phillips<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Big Seven Capital Partners LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Bo Robinson<br>9397 County Rd. 3114<br>Snyder, TX 79549-1379 |
| Bryan Blackman<br>4553 Texas Street<br>Healdton, OK 73438-2906 | C Heart Ranch, LLC<br>454 Daniels Lane<br>Ardmore, OK 73401-5304 | COLBY VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| CRAIG SUTTON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Cactus Feeders Finance LLC<br>PO Box 3050<br>Amarillo, TX 79116-3050 | Cactus Operating LLC<br>Robert M Kettle, Agent<br>600 S. Tyler St., Suite 280<br>Amarillo, TX 79101-2353 |
| Caleb Little<br>672 Nelson Trl<br>Dexter, KY 42036-9402 | Carl Pickett<br>524 Travis Street/650 FM 163 Rd<br>Liberty, TX 77575 | Carr, Riggs, & Ingram, LLC<br>2424 Louisiana Blvd. NW<br>Suite 300<br>Albuquerque, NM 87110 |
| Carraway Cattle, LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Caterpillar Financial Services Corporation<br>c/o Dickinson Wright PLLC<br>Attention: Michelle Esparza<br>221 N. Kansas St. Ste. 2000<br>El Paso, Texas 79901-1472 | Chelsea Waters McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 |
| Clint Quarles<br>Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 | Cody L. Simmons<br>P.O. Box 180<br>Canyon, TX 79015-0180 | Colton Long<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 |
| (p)COMMUNITY FINANCIAL SERVICES BANK<br>ATTN ATTN LOSS MITIGATION<br>P O BOX 467<br>BENTON KY 42025-0467 | Cory Don Priest<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 | Crystal McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 |
| Curtis Jones Farms<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | Curtis Jones Farms LLC<br>1720W. 13th Ave.<br>Emporia, KS 66801-5659 | DENNIS BUSS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| DORA BLACKMAN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | David Rainey 88 CR 640<br>Corinth, MS 38834 | Death Creek Farms LLC<br>10150 Highway 47<br>West Point, MS 39773-4802 |
| Don Jones 2434 Road Y<br>Reading, KS 66868-9006 | Don Jones Farm, Inc. 2434 Road Y<br>Reading, KS 66868-9006 | Don Jones Trucking, Inc.<br>2434 Road Y<br>Reading, KS 66868-9006 |

| | | |
|---|---|---|
| Douglas C. Pritchett<br>19601 FM 1541<br>Canyon, TX 79015-6387 | Dr. Arnold Bral, Ln<br>4932 E. SR 70<br>Grandview, IN 47615-9620 | Dwight Jesko<br>112 Rr 5/ 3970 FM 1057<br>Hereford, TX 79045 |
| EDDIE BRYANT<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Eric DeJarnett<br>1115 County Road 1024<br>Cunningham, KY 42035-9309 | Eric Dejarnatt 1115 CR 1024<br>Cunningham, KY 42035-9309 |
| First Capital Bank of Texas<br>3900 Soncy Road<br>Amarillo, TX 79119-6673 | First Kentucky Bank, Inc.<br>605 Main Street<br>Benton, KY 42025-1236 | Friona Industries<br>PO Box 15568<br>Amarillo, TX 79105-5568 |
| Friona Industries, L.P.<br>500 S. Taylor Street, Suite 601<br>Amarillo, TX 79101-2447 | (p)FRONTIER FARM CREDIT<br>PO BOX 2409<br>OMAHA NE 68103-2409 | GARY LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| GENE BROOKSHIRE FAMILY, LP<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | GRAY BROTHERS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Garwood Cattle Company LLC<br>2538 Middleton Road<br>Columbiana, OH 44408-9550 |
| Heartland Co-op<br>2829 Westown Parkway, Suite 350<br>West Des Moines, IA 50266-1340 | Hines Cattle Company, LLC<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Hines Farms, LLC<br>1019 NE 90th Ave.<br>High Springs, FL 32643-5121 |
| J Brent Burnett<br>1612 Sanderson Rd<br>Mayfield, KY 42066-9108 | JANICE LAWHON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JORDAN LESH, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Jake Rininger<br>2828 S. Co. Rd. 200 W.<br>Rockport, IN 47635-8252 | Jared Lesh Cowhorses Inc.<br>10801 E. Highway 82<br>Whitesboro, TX 76273 | Jared Wayne Lesh<br>10801 E. Highway 82<br>Whitesboro, TX 76273 |
| Jed Goad<br>JLE Trucking, Inc.<br>PO Box 451<br>Red Boiling Springs, TN 37150-0451 | Jimmy D. Greer<br>3209 Wrather Rd.<br>Murray, KY 42071-7417 | Joe Burnett<br>187 Peachtree Rd<br>Melber, KY 42069-8824 |
| John Dale Tidwell<br>209 Duffers Ln<br>Mayfield, KY 42066-1201 | John Massouh<br>Sprouse Shrader Smith PLLC<br>Box 15008<br>Amarillo, TX 79105-5008 | Jordan Robert Lesh<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 |

| | | |
|---|---|---|
| Jordan and Jan Lesh<br>10400 N. Perkins Road<br>Stillwater, OK 74075-1860 | Julie Whitlock<br>P.O. Box 389<br>Mayfield, KY 42066-0029 | Justin Stuever<br>P.O. Box 22<br>Morrison OK 73061-0022 |
| Keeling Cattle Feeders, Inc.<br>PO Box 1853<br>Hereford, Texas 79045-1853 | Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025-4770 | Kenneth Netardus<br>P.O. Box 3280<br>Amarillo, TX 79116-3280 |
| Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 | Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868-9055 | Lazy J Arena, LLC<br>1419 W. 80th Street<br>Stillwater, OK 74074-8164 |
| Lazy J. Cattle<br>1515 W. 80th Street<br>Stillwater, OK 74074-8186 | Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077-8530 | Lesh Trucking'<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 |
| Lyndal Vanbuskirk<br>P.0 Box 778<br>Ringling, OK 73456-0778 | MAP Enterprises Inc.<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | MAP Enterprises, Inc.<br>c/o Jeff P. Prostok<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102-5384 |
| MORRISON CAF LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Meagan B. Goad<br>1775 Wadesboro Rd.<br>S Benton, KY 42025-4777 | Meagan B. Powell<br>621 Mullins Ln.<br>Benton, KY 42025-4762 |
| Mechanics Bank<br>18400 Von Karman Avenue Suite 1100<br>Irvine, CA 92612-0517 | Michael Gourley<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | Michael Johnson<br>Ray Quinney and Nebeker, P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111-1451 |
| Mykel Linn Tidwell<br>66 Lake Terry Dr.<br>Mayfield, KY 42066-6982 | Northland Capital Financial Services, LL<br>P.O. Box 7278<br>Saint Cloud, MN 56302-7278 | Northland Capital Financial Services, LLC<br>333 33rd Ave South<br>St. Cloud, MN 56301-5495 |
| Oklahoma AgCredit<br>601 East Kenosha<br>Broken Arrow, OK 74012-2002 | Open A Arena LLC<br>14500 S. Fm 1258<br>Amarillo, TX 79118-4610 | Patti Priest<br>6010 East FM 597<br>Abernathy, TEXAS 79311-5424 |
| Priest Cattle Company, Ltd<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 | Priest Cattle and Land Company, Inc.<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 | Priest Victory Investment LLC<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 |

| | | |
|---|---|---|
| Producers Credit Corporation<br>8351 N. High Street, Suite 250<br>Columbus, OH 43235-1440 | Purina Animal Nutrition LLC<br>4001 Lexington Avenue North<br>Arden Hills, MN 55126-2998 | ROBERT BRAUN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| ROBERT E. GRAY<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | ROBERT SPRING<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | RONNIE GRAY<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| (p)RABO AGRIFINANCE LLC<br>1402 TECHNOLOGY DR<br>CEDAR FALLS IA 50613-1233 | Rabo Agrifinance LLC<br>146.76 Outer 40 Road Ste. 400<br>Chesterfield, MO 63017 | Rapp Ranch<br>400 Smith Trail<br>Weatherford, TX 76088-1606 |
| Richard Carraway<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Rick Rodgers 786 Sutton Ln.<br>Mayfield, KY 42066-6551 | Ridgefield Capital Group, LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| Riley Livestock<br>250 Brittian Lane<br>Mayfield, KY 42066-4617 | Riley Livestock, Inc.<br>Attn: Mary Ann Hunter<br>P.O. Box 663<br>Mayfield, KY 42066-0033 | Robert Braun<br>12307 E. Co Rd. 1160 N<br>Evanston, IN 47531-8076 |
| Robert Ellis<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Robert Stewart & Rachel Conway Stewart<br>c/o Lane & Countryman<br>1045 Cheever Blvd., Ste. 103<br>San Antonio, Texas 78217-6223 | SCARLET AND BLACK CATTLE, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| SHERLE LOCKWOOD<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | STEVE RYAN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | STEVE T SCOTT FARM, INC.<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| Samuel S. Brown<br>3430 St. Rt 45 S<br>Mayfield, KY 42066-6135 | Scarlet & Black Cattle, LLC<br>5402 Walesa Court<br>Amarillo, TX 79119-6285 | Scott Livestock Company (Steve Scott)<br>10150 Highway 47<br>West Point, MS 39773-4802 |
| Scott Stewart<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Shaw & Shaw Farms Partnership, LLC<br>11605 NW 140 St.<br>Alachua, FL 32615-6435 | Sherman Trucking<br>2098 Symsonia Highway/ 5508 Oak Level Ro<br>Benton, KY 42025-5024 |
| Spencer Clift<br>BAKER, DONELSON, BEARMAN, CALDWELL & BER<br>165 Madison Ave.<br>Memphis, TN 38103-2799 | Steve T. Scott Farms, Inc.<br>10150 Highway 4 7<br>West Point, MS 39773-4802 | Steven L. Hoard<br>Mullin Hoard & Brown, LLP<br>500 S. Taylor79101, Suite<br>800 Amarillo National Bank Plaza II<br>Amarillo, TX 79101 |

| | | |
|---|---|---|
| TGF Ranch<br>1585 E M-79 Hwy<br>Hastings, MI 49058-8895 | Takeuchi Financial Services, a program of<br>1625 West Fountainhead Parkway,<br>AZ-FTN-1<br>Temp e,AZ 85282-2371 | Terry Burnett<br>210 Bethel Church Rd .<br>Melber, KY 42069-8826 |
| Thomas C. Riney<br>Underwood Law Firm, P.C.<br>500 S. Taylor, Suite 1200<br>Amarillo, TX 79101-2446 | Thorlakson Feedyards<br>273131 Rr 284<br>Airdrie, Alberta, T4A 0H4 Canada | Tom Thorlakson<br>2548 CR 15<br>Friona,TX 79035-7034 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | W. Heath Hendricks UNDERWOOD LAW FIRM<br>500 S. Taylor Street Ste. 1200<br>Amarillo, TX 79101-2401 | WJ Performance Horses, Inc.<br>524 Travis Street<br>Liberty, TX 77575-4824 |
| Wildforest Cattle Company LLC<br>1206 Paris Road<br>Mayfield, KY 42066-4989 | Amy Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Bryan Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Charles Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Colby Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Cole Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Craig Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Crystal McClain<br>c/o Marcus H. Herbert<br>Attorney at Law<br>416 South 5th Street<br>Paducah, KY 42003-1530 | Curtis Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| David Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Dennis Buss<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Don Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Dora Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Douglas Finley<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Dustin Johnson<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Eddie Bryant<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Eddie Stewart<br>1571 Upper Zion Road<br>Brownsville, TN 38012-8064 | Gary Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Jan Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Janet Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Janice Lawhon<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |

| | | |
|---|---|---|
| Jared Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jim Rininger<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jimmy Greer<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Joel Brookshire<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 | Kinsey Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Kinsey Moreland<br>c/o Boerner, Dennis & Franklin<br>P.O. Box 1738<br>Lubbock, TX 79408-1738 | Leah Gungoll<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Lyndal Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 | Meagan B. Goad<br>c/o Boerner, Dennis & Franklin<br>P.O. Box 1738<br>Lubbock, TX 79408-1738 | Michael Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Miranda Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Nikki Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Robert Braun<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Robert Spring<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Robert E Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Robert & Rachel Stewart<br>Lane & Countryman<br>1045 Cheever Blvd.<br>Ste. 103<br>San Antonio, TX 78217-6223 |
| Ronnie Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Sherle Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Steve Ryan<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Steven Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Susan Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Wiley Roby Russell Jr.<br>414 Preston Drive<br>Brownsville, TN 38012-2468 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Community Financial Services Bank<br>221 W 5th Street<br>Benton, KY 42025 | (d)Community Financial Services Bank<br>POBox467<br>Benton, KY 42025-0467 | Frontier Farm Credit<br>2009 Vanesta Place<br>Manhattan, KS 66503 |

Rabo Agrifinance LLC
1402 Technology Parkway
Cedar Falls, IA 50613

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AgTexas Farm Credit Services AgTexas, PCA | (u)Big Seven Capital Partners, LLC | (u)Curtis Jones Farms |
| (u)Don Jones Farms, Inc. | (u)Don Jones Trucking, Inc. | (u)HTLF Bank, successor in interest to First |
| (u)Hines Cattle Company, LLC | (u)Hines Farms, LLC | (u)MAP Enterprises, Inc. |
| (u)Rabo AgriFinance, LLC | (u)Ridgefield Capital Group, LLC | (u)Thorlackson Diamond T Feeders, LP |
| (u)Thorlakson Diamond T Feeders, LP | (u)U.S. Department of Agriculture | (d)J. Brent Burnett<br>1612 Sanderson Rd.<br>Mayfield, KY 42066-9108 |
| (u)Stanley Ayers<br>6200 Ross Rd. Rockford,OH | (u)Andrew Phillips | (u)Barry Phillips |
| (u)David Weitman | (u)Richard Carraway | (u)Robert Ellis |
| (u)Scott Stewart | End of Label Matrix<br>Mailable recipients   233<br>Bypassed recipients    22<br>Total                 255 | |