

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed August 11, 2023

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN THE MATTER OF:<br><br>MCCLAIN FEED YARD, INC.,<br><br>    Debtor. | **CASE NO. 23-20084-7-rlj** |
| IN THE MATTER OF:<br><br>MCCLAIN FARMS, INC.,<br><br>    Debtor. | **CASE NO. 23-20085-7-rlj** |
| IN THE MATTER OF:<br><br>7M CATTLE FEEDERS, INC.,<br><br>    Debtor. | **CASE NO. 23-20086-7-rlj** |

**AGREED ORDER FOR RELIEF FROM THE AUTOMATIC STAY
AS TO EQUIPMENT**

On this day, came on consideration the Motion for Relief from Automatic Stay as to Equipment (the "Motion") filed by Northland Financial Services, LLC ("Northland") in all three

of the above-titled Chapter 7 cases. The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that proper notice was given.

Based upon the foregoing, pursuant to 11 U.S.C. § 362, Federal Rule of Bankruptcy Procedure 4001, and Local Rule 4001-1, and for good cause shown, IT IS HEREBY ORDERED as follows:

1. The Motion shall be, and hereby is, granted in all three cases as to all three Debtors and their bankruptcy estates.

2. The Motion filed by Northland Financial Services, LLC is hereby GRANTED, and the automatic stay imposed by Section 362(a) is hereby lifted to allow Northland to take immediate possession of the Equipment to the extent necessary and without further notice:

   (1) 2013 Rotomix 620-16 Feed Mixer (S/N 810339423) mounted on a Peterbilt Semi-Tractor (S/N 2NP2HN7X0DM209788);

   (2) 2008 Rotomix 620 Mixer Box S/N 400887795 mounted on a 2009 International Semi Tractor (S/N 1HTWAAAN29J131948); and

   (3) 2015 Rotomix 720-16 Mixer Box (S/N 410650339) mounted on a Kenworth Construction T370 Semi Tractor (S/N 3BKHLJ9X5GF105604).

3. Nothing set forth herein shall constitute a determination or finding concerning the lien validity or priority of any other creditor or party in interest with respect to the Equipment, including but not limited to the lien priority between Northland Capital Financial Services and Rabo AgriFinance LLC, Caterpillar Financial Services Corporation, or First Kentucky Bank, and lien priority in the Equipment shall be determined in conformance with applicable non-bankruptcy law, including applicable provisions of the Uniform Commercial Code.

4. This Order be and hereby is effective immediately upon entry.

5. The fourteen (14) day stay period established by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived, and this Order shall take effect immediately upon its entry on the Court's docket.

6. This Court shall, and hereby does, retain judgment to enforce and interpret this order.

Prepared By:

Daniel P. Callahan
Kessler Collins, PC
500 N. Akard Street, Suite 3700
Dallas, Texas 75201
214-379-0722 Telephone
214-373-4714 Facsimile
dpc@kesslercollins.com
-and-
Nicole E. Gorovsky
Jenkins & Kling
150 North Meramec Avenue, Suite 400
St. Louis, Missouri 63105
314-721-2525 Telephone
314-721-5525 Facsimile
ngorovsky@jenkinskling.com

**Attorneys for Northland Financial Services, LLC**

**Approved As To Form:**

/s/ Kent Ries
Kent Ries, Chapter 7 Trustee
P.O. Box 3100
Amarillo, Texas 79116
806-424-7434 Telelphone
kent@kentries.com

###END OF ORDER###