**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| McCLAIN FEED YARD, INC. | § | CASE NO. 23-20084-rlj7 |
| | § | |
| Debtor. | § | |

**ENTRY OF APPEARANCE FOR PHILIP E. RAPP**

TO THE HONORABLE COURT:

    WHITNEY A. DAVIS and JULIAN WHITLEY enter their appearance as counsel of record for JARED LESH in this action:

Whitney A. Davis
State Bar No.
whit@ekdlaw.com
Julian Whitley
State Bar No.
julian@ekdlaw.com
102 Houston Avenue, Suite 300
Weatherford, Texas 76086
(817) 596-4200; Fax (817) 596-4269

Respectfully submitted,

*/s/ Whitney A. Davis*
Whitney A. Davis
State Bar No. 24084843
Julian Whitley
State Bar No. 24108913
EGGLESTON KING DAVIS LLP
102 Houston Avenue, Suite 300
Weatherford, Texas 76086
Phone:  (817) 596-4200
Fax:     (817) 596-4269
ATTORNEYS FOR JARED LESH

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of August, 2023, the above Entry of Appearance was filed with the Clerk of the Court using the CM/ECF system, which sent notice of electronic filing to the following electronic filing users in this case:

Max Ralph Tarbox
TARBOX LAW, P.C.
2301 Broadway
Lubbock, Texas 79401

ATTORNEY FOR McCLAIN FEED YARD, INC.