BTXN 104a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: McClain Feed Yard, Inc., et al.

§
§  Case No.: 23-20084-RLJ-7
§
§
§
Debtor(s) §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: Farmer, Todd, A.
   *Last           First              MI*

2. Firm Name: Farmer & Wright, PLLC

3. Address: 4975 Alben Barkely Dr., Ste. 1
   Paducah, KY 42001

4. Phone: (270) 443-4431       FAX: (270) 443-4631
   Email: tfarmer@farmerwright.com

5. Name used to sign *all* pleadings: Todd A. Farmer

6. Retained by: Meagan Goad and Kinsey Moreland

7. Admitted on May 1, 1996 and presently a member in good standing of the bar of the highest court of the state of Kentucky and issued the bar license number of 86214 .

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | US District and Bankruptcy Courts | 01/2000 |
   | Western District of Kentucky | |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | N/A | |
    | | |
    | | |

13. Local counsel of record: William A. Franklin

14. Local counsel's address: Boerner, Dennis & Franklin, PLLC, 920 Ave. Q, Lubbock, Texas 79401

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Todd A. Farmer  
Printed Name of Applicant

07/11/2023  
Date

*[signature]*  
Signature of Applicant