Shawn K. Brady
BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(469) 287-5484 Telephone

ATTORNEY FOR CITIZENS BANK NA

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-20084-rlj7 |
| | § | |
| McCLAIN FEED YARD, INC. et al.,[1] | § | HEARING: September 7, 2023 |
| | § | AT 1:30 P.M. |
| | § | |
| Debtors. | § | Jointly Administered |

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

## NOTICE OF WITHDRAWAL OF CITIZEN BANK NA's AMENDED MOTION FOR RELIEF FROM STAY

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

**COMES NOW**, Citizens Bank NA, a secured creditor herein, and files this Notice of Withdrawal of Motion for Relief from Stay filed on August 11, 2023, as Doc. 99 and in support thereof would show the Court as follows:

I.

Citizens Bank NA withdraws its Amended Motion for Relief from Stay filed on August 11, 2023, as Doc. 99 previously filed in this matter.

WHEREFORE PREMISES CONSIDERED, Citizens Bank NA prays that this Court and all interested parties take notice of the filing of this Notice of Withdrawal of Motion for Relief from Stay filed on August 11, 2023, as Doc. 99.

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY   PAGE 1
WWR\1795.NOT WITHDRAWAL AMENDED MRS(Northern)\SKB-SRG

Respectfully submitted,

*/s/Shawn K. Brady*
Shawn K. Brady
Texas Bar No. 00787126

BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(469) 287-5484 Telephone
sbrady@brady-law-firm.com

Attorney for Citizens Bank NA

## CERTIFICATE OF SERVICE

On August 25, 2023, a true and correct copy of the foregoing was delivered by ECF to the Debtor's attorney of record, Max Ralph Tarbox, 2301 Broadway, Lubbock, Texas 79401; by ECF to the Chapter 7 Trustee, Kent David Ries, P.O. Box 3100, Amarillo, Texas 79116; by ECF to the U.S. Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75202; and by ECF to all parties listed in attached Matrix who have filed a notice of appearance or request for notice in this case.

*/s/Shawn K. Brady*
Shawn K. Brady