IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| McClain Feed Yard, Inc. | § | Case No. 23-20084-7-rlj |
|    *Debtor.* | § | Chapter 7 Case |
| | § | |
| and | § | |
| | § | |
| McClain Farms, Inc. | § | Case No. 23-20085-7-rlj |
|    *Debtor.* | § | Chapter 7 Case |
| | § | |
| and | § | |
| | § | |
| 7M Cattle Feeders, Inc. | § | Case No. 23-20086-7-rlj |
|    *Debtor.* | § | Chapter 7 Case |

## **NOTICE OF FIRM NAME CHANGE**

TO THE HONORABLE JUDGE OF SAID COURT:

Counsel for Creditor, FIRST BANK & TRUST / HTLF BANK, files this Notice of Firm Name Change, and asks the Court and counsel to address all future official papers and correspondence associated with this matter to them at the firm name and address below:

John H. Lovell
Matthew S. Merriott
LOVELL ISERN & FARABOUGH, LLP
112 SW 8th Avenue, Suite 1000
Amarillo, TX 79101-2314
Emails: john@lovell-law.net
matthew@lovell-law.net.

Dated this 25st day of August, 2023.

Respectfully Submitted,

LOVELL ISERN & FARABOUGH, LLP
John H. Lovell, SBN 12609300
john@lovell-law.net
Matthew S. Merriott, SBN 24100843
matthew@lovell-law.net
112 SW 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Telephone: (806) 373-1515
Facsimile: (806) 379-7176

By: /s/ Matthew S. Merriott
    Matthew S. Merriott

*Attorneys for Creditor,*
*First Bank & Trust / HTLF Bank*

### Certificate of Service

The undersigned hereby certifies that on August 25, 2023, a true and correct copy of the foregoing Notice of Firm Name Change was served on counsel of record, via the Court's electronica filing service.

/s/ Matthew S. Merriott