Hudson M. Jobe, Esq.
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 – Telephone
(214) 871-2111 – Facsimile

SPECIAL COUNSEL FOR KENT RIES, TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | (Jointly Administered) |

### NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that the Court shall hold a Status Conference on **September 7, 2023, at 1:30 p.m.** on the Motion to Transfer Venue (Docket No. 82) to discuss video appearance options for parties in connection with the 9:00 a.m., October 3, 2023, hearing on the Motion to Transfer Venue.

The Status Conference will be held via WebEx by accessing the meeting/dial-in information on the Court's website (www.txnb.uscourts.gov) under Judge Jones' "Hearing Dates and Calendar" tab prior to the hearing.

    Respectfully submitted,

    QUILLING, SELANDER, LOWNDS,
     WINSLETT & MOSER, P.C.
    2001 Bryan Street, Suite 1800
    Dallas, Texas 75201
    (214) 871-2100 (Telephone)
    (214) 871-2111 (Facsimile)

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

**Page 1**

By: */s/ Hudson M. Jobe*
Hudson M. Jobe
State Bar No. 24041189

SPECIAL COUNSEL FOR KENT RIES, TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the 29th day of August 2023, a true and correct copy of the foregoing Notice was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service.

*/s/ Hudson M. Jobe*