

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed August 29, 2023

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors, | § | Jointly Administered |

### ORDER FOR RULE 2004 EXAMINATION OF
### CFO SOLUTIONS, L.C. D/B/A AMPLEO
### *** *** ***

This matter came before the Court upon the Motion for Rule 2004 Examination of CFO Solutions, L.C. d/b/a Ampleo ("**Ampleo**") filed by Meagan B. Goad ("**Goad**") and Kinsey Moreland ("**Moreland**" and together with Goad, "**Interested Parties**") [Doc. 111] and the Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** as follows:

1. Pursuant to Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Interested Parties may issue one or more subpoenas to

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

Order Approving Rule 2004 Examination – Page 1

2. Ampleo and/or any custodian of records to produce the documents described in the Subpoena attached as Exhibit "A" to the Motion.

3. Ampleo and/or any custodian of records shall produce all information and/or documents described in the Subpoena, for inspection as follows: September 15, 2023 no later than 5:00 p.m. EST at the offices of Kaplan Johnson Abate & Bird, LLP, 710 W. Main Street, 4th Floor, Louisville, Kentucky 40202.

**SO ORDERED**.

# # # End of Order # # #

Prepared By:
*/s/ Charity S. Bird*
CHARITY S. BIRD
**Kaplan Johnson Abate & Bird, LLP**
710 W. Main Street
4th Floor
Louisville, Kentucky 40202
Telephone: (502) 540-8285
cbird@kaplanjohnsonlaw.com