UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

-and-

Michael R. Johnson (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com

*Attorneys for Rabo AgriFinance LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC. and 7M CATTLE FEEDERS, INC.,<br><br>Debtors.[1] | CASE NO. 23-20084-7-rlj<br><br>(Jointly Administered Cases)<br><br>Chapter 7 |

---

[1] The Debtors in these jointly administered Chapter cases are: (a) McClain Feed Yard, Inc. (Case No. 23-20084), (b) McClain Farms, Inc. (Case No. 23-20885) and 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

## ACCEPTANCE OF SERVICE OF RULE 2004 SUBPOENA
### (HTLF BANK, successor by merger to First Bank & Trust)

The undersigned, as counsel for HTLF Bank, successor by merger to First Bank & Trust ("HTLF Bank") (i) affirms that counsel has received a copy of the *Subpoena to Produce Documents, Information or Things in a Bankruptcy Case, Adversary Proceeding or Contested Matter,* dated September 6, 2023, issued in the above-entitled case by Michael R. Johnson, counsel for the Rabo AgriFinance LLC (the "**Subpoena**"); (ii) accepts service of the Subpoena on behalf of HTLF Bank without the requirement of formal service; and (iii) waives any right that HTLF Bank might have to service of the Subpoena by any other means.

HTLF Bank reserves all other rights and defenses with respect to the Subpoena other than defenses, if any, based upon improper or ineffective service.

DATED: September 6, 2023.

_____
John Lovell, Esq.
LOVELL, ISERN & FARABOUGH, LLP
112 West 8th Avenue, Suite 1000
Amarillo, Texas 79101
*Attorneys for HTLF Bank, successor by merger to First Bank & Trust*

2