

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 7, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., | § | CASE NO. 23-20084-rlj7 |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

## ORDER

On September 7, 2023, the Court held a status conference on the motion to transfer venue filed by interested parties Meagan B. Goad and Kinsey Moreland. Counsel for Rabo AgriFinance LLC appeared and said that Rabo's response to the motion to transfer raised the issue of whether Ms. Goad and Ms. Moreland have standing to seek a transfer of venue. The chapter 7 trustee, Kent Ries, also raised the standing issue in his response. Counsel for Ms. Goad and Ms. Moreland said she would submit a brief to address her clients' standing and could file the brief by September 22, 2023. It is, therefore,

ORDERED that Meagan B. Goad's and Kinsey Moreland's brief is due September 22, 2023 and response briefs are due by September 29, 2023; it is further

---

[1] The debtors in these jointly administered cases are McClain Feed Yard, Inc. (Case No. 23-20084-rlj7), McClain Farms, Inc. (Case No. 23-20085-rlj7), and 7M Cattle Feeders, Inc. (Case No. 23-20086-rlj7).

1

ORDERED that a hearing to consider the standing issue is set for October 3, 2023 at 9:00 AM via WebEx.  The meeting / dial-in-information for this hearing can be found on the Court's website (www.txnb.uscourts.gov) under Judge Jones's Hearing Dates and Calendar tab prior to the hearing; it is further

ORDERED that the Court's setting on the motion to transfer venue set for October 3, 2023 will be reset by further order of the Court.

### End of Order ###