


**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 7, 2023

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., | § | CASE NO. 23-20084-rlj7 |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

## ORDER

On September 7, 2023, the Court held a status conference on the motion to transfer venue filed by interested parties Meagan B. Goad and Kinsey Moreland. Counsel for Rabo AgriFinance LLC appeared and said that Rabo's response to the motion to transfer raised the issue of whether Ms. Goad and Ms. Moreland have standing to seek a transfer of venue. The chapter 7 trustee, Kent Ries, also raised the standing issue in his response. Counsel for Ms. Goad and Ms. Moreland said she would submit a brief to address her clients' standing and could file the brief by September 22, 2023. It is, therefore,

ORDERED that Meagan B. Goad's and Kinsey Moreland's brief is due September 22, 2023 and response briefs are due by September 29, 2023; it is further

---

[1] The debtors in these jointly administered cases are McClain Feed Yard, Inc. (Case No. 23-20084-rlj7), McClain Farms, Inc. (Case No. 23-20085-rlj7), and 7M Cattle Feeders, Inc. (Case No. 23-20086-rlj7).

1

ORDERED that a hearing to consider the standing issue is set for October 3, 2023 at 9:00 AM via WebEx.  The meeting / dial-in-information for this hearing can be found on the Court's website (www.txnb.uscourts.gov) under Judge Jones's Hearing Dates and Calendar tab prior to the hearing; it is further

ORDERED that the Court's setting on the motion to transfer venue set for October 3, 2023 will be reset by further order of the Court.

### End of Order ###

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-20084-rlj |
| McClain Feed Yard, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 7 |
| Date Rcvd: Sep 07, 2023 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| intp | + | Kinsey Moreland, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |
| intp | + | Meagan B. Goad, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Sep 09, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abel Angel Leal | on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com   lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gene Brookshire Family  LP abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Craig Sutton abel@ssbtxlaw.com   lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Jim Rininger abel@ssbtxlaw.com   lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Dennis Buss abel@ssbtxlaw.com   lblack@johnsonstephenslaw.com |
| Abel Angel Leal | |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 2 of 7 |
| Date Rcvd: Sep 07, 2023 | Form ID: pdf012 | Total Noticed: 2 |

Abel Angel Leal
on behalf of Creditor Gungoll Cattle LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Gray Brothers abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Michael Evans abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Douglas Finley abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Dora Blackman abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Steve T Scott Farm Inc. abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Miranda Evans abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Morrison Cafe LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Steve Ryan abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Jared Lesh abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Amy Sutton abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Scarlet and Black Cattle LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 3 of 7 |
| Date Rcvd: Sep 07, 2023 | Form ID: pdf012 | Total Noticed: 2 |

Abel Angel Leal
    on behalf of Creditor Robert Spring abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Robert E Gray abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Scott Livestock Company Inc. abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Jordan Lesh LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Gary Lesh abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Jan Lesh abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
    on behalf of Creditor Robert Braun abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Amber Miller
    on behalf of Creditor Big Seven Capital Partners LLC amiller@cdmlaw.com, mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Barry Phillips amiller@cdmlaw.com mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Andrew Phillips amiller@cdmlaw.com mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Scott Stewart amiller@cdmlaw.com mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Robert Ellis amiller@cdmlaw.com mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Ridgefield Capital Group LLC amiller@cdmlaw.com, mlong@cdmlaw.com

Amber Miller
    on behalf of Creditor Richard Carraway amiller@cdmlaw.com mlong@cdmlaw.com

Charity S Bird
    on behalf of Interested Party Meagan B. Goad cbird@kaplanjohnsonlaw.com
    hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charity S Bird
    on behalf of Interested Party Kinsey Moreland cbird@kaplanjohnsonlaw.com
    hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charles Dunham Biles
    on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust dunham@bileswilson.com,
    rachel.ramezan@steptoe-johnson.com;Lori.Tiner@Steptoe-Johnson.com;Luke.Helms@Steptoe-Johnson.com;Sarah.Ellis@Steptoe-Johnson.com;Vince.Holzhall@Steptoe-Johnson.com

Daniel P. Callahan
    on behalf of Creditor Northland Capital Financial Services LLC dpc@kesslercollins.com, gld@kesslercollins.com

David Weitman
    on behalf of Interested Party Consolidated Feeders LLC david.weitman@klgates.com

David Weitman
    on behalf of Interested Party David Weitman david.weitman@klgates.com

David L. LeBas
    on behalf of Creditor AgTexas Farm Credit Services AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
    on behalf of Creditor Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
    on behalf of Creditor Thorlackson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

Dawn Whalen Theiss

| | |
|---|---|
| | on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov |
| Dylan Tanner Franklin Ross | on behalf of Creditor MAP Enterprises Inc. dross@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;khartogh@forsheyprostok.com |
| Hudson M. Jobe | on behalf of Trustee Kent David Ries hjobe@qslwm.com nchancellor@qslwm.com |
| Jeff P. Prostok | on behalf of Creditor MAP Enterprises Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.courtdrive.com |
| John F. Massouh | on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Morrison Cafe LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Scarlet and Black Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Scott Livestock Company Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Gene Brookshire Family LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 5 of 7 |
| Date Rcvd: Sep 07, 2023 | Form ID: pdf012 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Jordan Lesh LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Robert Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Gungoll Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Michael Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Steve T Scott Farm Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Robert Spring john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | |
| | on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John H. Lovell | |
| | on behalf of Creditor Lone Star Bank of West Texas john@lovell-law.net paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net |
| John H. Lovell | |
| | on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust john@lovell-law.net, paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net |
| John R. Lane, Jr. | |
| | on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com |
| John Robert Nelson | |
| | on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com mdallaire@dickinsonwright.com |
| Julian Whitley | |
| | on behalf of Creditor Philip E Rapp julian@ekdlaw.com |
| Kent David Ries | |
| | on behalf of Trustee Kent David Ries trustee@kentries.com TX41@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 6 of 7 |
| Date Rcvd: Sep 07, 2023 | Form ID: pdf012 | Total Noticed: 2 |

Kent David Ries
    trustee@kentries.com TX41@ecfcbis.com

Kyle Weldon
    on behalf of Creditor Priest Cattle Company Ltd. kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Wiley Roby Russell Jr. kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Robbie Russell kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Priest Victory Investment LLC kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Wiley Russell Jr. kyle@bradburycounsel.com

Marcus Herbert
    on behalf of Interested Party Crystal McClain herbertlaw@vci.net

Matthew S Merriott
    on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust matthew@lovell-law.net, melissa@lovell-law.net;paula@lovell-law.net

Max Ralph Tarbox
    on behalf of Debtor McClain Farms Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox
    on behalf of Debtor McClain Feed Yard Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox
    on behalf of Debtor 7M Cattle Feeders Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Michael R. Johnson
    on behalf of Creditor Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michelle D. Esparza
    on behalf of Creditor Caterpillar Financial Services Corporation mesparza@dickinsonwright.com hkott@dickinson-wright.com

Nicole E. Gorovsky
    on behalf of Creditor Northland Capital Financial Services LLC ngorovsky@jenkinskling.com, cwoods@jenkinskling.com

Shawn Kevin Brady
    on behalf of Creditor Citizens Bank NA sgodwin@brady-law-firm.com sbrady@brady-law-firm.com

Steven Lee Hoard
    on behalf of Creditor Curtis Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;fnardone@mhba.com

Steven Lee Hoard
    on behalf of Creditor Don Jones Farms Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;fnardone@mhba.com

Steven Lee Hoard
    on behalf of Creditor Hines Cattle Company LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;fnardone@mhba.com

Steven Lee Hoard
    on behalf of Creditor Steven Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;fnardone@mhba.com

Steven Lee Hoard
    on behalf of Creditor Kinsey Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;fnardone@mhba.com

Steven Lee Hoard
    on behalf of Creditor Hines Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;fnardone@mhba.com

Steven Lee Hoard
    on behalf of Creditor David Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;fnardone@mhba.com

Steven Lee Hoard
    on behalf of Creditor Don Jones Trucking Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;fnardone@mhba.com

Steven Lee Hoard

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 7 of 7 |
| Date Rcvd: Sep 07, 2023 | Form ID: pdf012 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Don Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;fnardone@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Curtis Jones Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;fnardone@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Farms LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;fnardone@mhba.com |
| Todd Farmer | on behalf of Interested Party Kinsey Moreland todd@farmerwright.com stephanie@sfk-law.com |
| Todd Farmer | on behalf of Interested Party Meagan B. Goad todd@farmerwright.com stephanie@sfk-law.com |
| Todd Jeffrey Johnston | on behalf of Creditor 2B Farms a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com, tlofgren@mcjllp.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| William Adam Franklin | on behalf of Interested Party Meagan B. Goad bfranklin@bdflawfirm.com |
| William Adam Franklin | on behalf of Interested Party Kinsey Moreland bfranklin@bdflawfirm.com |
| William Heath Hendricks | on behalf of Creditor Rabo AgriFinance LLC heath.hendricks@uwlaw.com, roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com |

TOTAL: 147