Kent Ries, Attorney at Law
State Bar No.  16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,**[1] | § | **CASE NO. 23-20084-RLJ-7** |
| | § | |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

## NOTCE OF USDA APPROVED TRUST CLAIMS

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

COMES NOW, Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy

estates, and files this Notice of USDA Approved Trust Claims (the "Notice"), and in support thereof

would respectfully show unto the Court as follows:

## SUMMARY

Over 100 parties have asserted claims exceeding 120 million dollars under a very

new statute – the Dealer Trust Act. Most of these parties have also filed claims in these

bankruptcy cases.  The Act arguably creates a floating lien by the claimants on potentially all of

the assets of the Debtors until such claims are paid in full. By default, such trust assets would not

be property of the bankruptcy estates and arguably the Trustee cannot use the trust property to

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ) (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

**NOTICE OF USDA APPROVED TRUST CLAIMS - Page 1**

pay his costs of administration.   As discussed herein, the issues involved in these claims are numerous: (1) whether the Dealer Trust Act applies at all given the preexisting loan documents of the secured lender; (2) which claims qualify as valid trust claims given the factual and legal issues present in their claims; (3) what assets are part of the trust corpus versus the bankruptcy estates; (4) what property is subject to each trust claim given the various tracing issues with three different Debtors; and (5) the pursuit of claims against third parties for the benefit of the trust corpus or bankruptcy estates.

Unless an arrangement is made for the administration of the trust issues, the Trustee is not able to meaningfully administer this case because the Dealer Trust Act claims have the potential to render this case administratively insolvent. As discussed herein, there will be significant overlap between the administration of the bankruptcy estate and the trust issues. The Trustee asserts he is in the best position to function as a single representative to investigate and resolve these matters on behalf of all the parties.

## CASE BACKGROUND

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C § 157 and § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of this case and this Notice is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2.      Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code on April 28, 2023 (the "Petition Date").  Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estate.

3.      Each of the Debtors operated a cattle feedlot and/or growyard.  McClain Feed Yard, Inc. ("MFY") owned real property outside of Hereford, Texas; McClain Farms, Inc. ("MF")

leased real property in Kentucky; and 7M Cattle Feeders, Inc. ("7M") owned real property outside of Friona, Texas (collectively, the "Debtors").

4.     The Debtors' business operations have significant overlap, including one major secured creditor, Rabo AgriFinance, LLC ("Rabo"),  whose claim exceeds $53,000,000.00 pursuant to its recent motion for relief from the automatic stay.  Rabo claims cross collateralization of all three Debtor's assets.  Further, many of the same vendors, customers and investors did business with all three Debtors.  Finally, the owner of all three Debtor entities was Brian McClain.  Mr. McClain apparently committed suicide on April 18, 2023.

5.     All of the Debtors' business operations were shut down prior to their bankruptcy filings.  All cattle and other livestock were apparently sold by the Debtors or removed by their alleged owner's pre-petition.

## DEALER TRUST ASSETS

6.     Most of the Trustee's initial knowledge about the facts in this Notice has come from numerous meetings and communications with the U.S. Department of Agriculture (the "USDA").

7.     The USDA has asserted that any cattle proceeds, and possibly other assets in the Debtors' possession, are subject to a "Dealer Trust" that arises under 7 U.S.C. § 217(b).

8.     Dealer Trust assets are to be held by such dealer in trust for the benefit of Dealer Trust claimants until all their valid claims are paid in full.  Once those claimants are paid in full any remaining assets would become property of the Debtors' bankruptcy estates.

9.     The Trustee and the USDA have cooperated to recover the proceeds of two sales of cattle that occurred pre-petition.  On May 21, 2023, the Trustee deposited $835,560.05 into a segregated bank account of MFY.  These funds came from the purchase of 799 head of cattle by Lonestar Stockyards, LLC of Amarillo, Texas.   On June 7, 2023, the Trustee deposited

$1,638,772.29 into a segregated bank account of MF.  These funds came from the purchase of 1638 head of cattle by Blue Grass of Lexington, Kentucky.  It appears that these funds are part of the Dealer Trust.

10.      Beyond the above, the Trustee has deposited funds from bank accounts, feed sales and insurance refunds in each of these Debtor cases.  MF received what appears to be cattle sale proceeds of $91,507.10 on May 4, 2023.  The Trustee believes these funds are likely part of the Dealer Trust, although the transaction is not as clear as the two sales of cattle described above. MF has also received the turnover of $80,010.70 from Chase Bank on July 11, 2023.  Although the source of these funds appears to be from a bank account at Mechanics Bank ("Mechanics") where Rabo may have a perfected lien, Rabo does not appear to have a perfected lien on these funds.   MFY received the turnover of $1,414,714.60 on May 30, 2021, from Mechanics. Although Rabo asserts a perfected lien on the Debtors' accounts at Mechanics, these funds come from a bank-controlled account, not on account of the Debtors, so Rabo does not appear to have a perfected lien on these funds either.  The Trustee does not believe these funds are subject to the Dealer Trust, as they are the result of a check kiting or ponzi scheme recovery, not the sale of cattle.

## **DEALER TRUST CLAIMS**

11.      Pursuant to the provisions of the Dealer Trust statute the USDA has analyzed the Trust Claims filed by the Trust Claimants and has provided the Trustee with its analysis of the validity of those filed claims.  The deadline for making a timely Dealer Trust claims has now passed.

12.      Attached hereto and incorporated herein as "Exhibit A" is the USDA analysis of all filed Trust Claims.  The USDA approved Trust Claims totaling $2,687,968.77.

## DEALER TRUST STATUTE

13.     The Dealer Trust statute (the "Act") is barely over two years old, has no published regulations and apparently no cited case law.  In the Trustee's initial discussions with USDA, they asserted this case would be because of first impression under the Act.  This fact, along with Exhibit A showing over $122,000,000.000 in claims were filed with the USDA, has made the Act claim and trust process the focus of the Debtors' cases to date.

14.     The Act does have analogous statutes, specifically 7 U.S.C. §181 et. seq., the Packers and Stockyards Act of 1921 (the "PSA") and 7 U.S.C. §499a et. seq., the Perishable Agricultural Commodities Act of 1930 (the "PACA").  In general terms, all these acts protect agricultural producers who sell their products for cash when the buyer fails to pay for such purchases.  Again, in general, the acts set up trusts to assure payment to the producers.

15.     The Act, like the PSA and PACA trusts, specifically subordinates any liens on the trust assets to the trust claimants' claims.  In fact, the PSA and PACA statutes specifically address the agricultural lenders of the product buyers as a "burden on and obstruction to" agricultural commerce.  Therefore, in our Debtors' cases, a lender such as Rabo, which claims a lien on the Debtors' assets, including their farm products, would lose any lien on any trust assets until trust claimants are paid in full. That said, whether the Act even applies in this case given that at least some of the Rabo loan documents predate the Act is a legal issue certain to be raised. *See, e.g.*, *United States v. Sec. Indus. Bank*, 459 U.S. 70 (1982) (discussing whether new bankruptcy lien avoidance statute applies retroactively to preexisting lien rights).

16.     The Act, similarly to the PSA and PACA statutes defines the trusts to include "all livestock purchased by a dealer in cash sales and all inventories of, or receivables or proceeds from, such livestock".  In other words, the Act trust is not limited to any specific claimant's

livestock, or proceeds, as all such assets became part of the trust.  Further, this provision is generally interpreted by courts as precluding any tracing requirement by the claimant of its livestock in order to participate in a trust recovery.

17.    The potentially expansive definition of trust assets is a major issue in the Debtors' cases.  Courts have not been consistent on how expansive PSA or PACA trusts are, but some have alluded to most any asset owned by the purchaser, including real estate, equipment, etc. if such assets were purchased with the proceeds of farm products.  For most agricultural businesses, like the Debtors' here, all their income is from the sale of such products, so theoretically all their assets could be considered trust assets.

18.    Unlike the PSA and PACA, the Act does contain enforcement provisions in 7 U.S.C. § 217b(f).  The specific three provisions in this section will be described later, however at this point in time, none of the provisions has been invoked as the USDA contends that the triggering language of the statute has not been met.  That language states that the USDA shall act if the USDA believes (1) the dealer has failed to perform its duties under the Act or (2) it is in the best interest of the unpaid cash sellers the Act is designed to protect.  To date, the dealer (i.e., the Debtors, via the Trustee) has cooperated in securing the trust assets (by segregating the sales described above in bank accounts).

## DEALER TRUST CHALLENGES - CLAIMS

19.    Based on court precedent under the PSA and PACA, the USDA believes the costs associated with any litigation of Act trust asset or claims cannot be paid out of the trust assets until all claims are paid in full.  In the case of *In re Delta Produce, L.P.*, 845 F.3d 609, 613–14 (5th Cir. 2016), the 5th Circuit evaluated whether special counsel retained in the Chapter 11 to deal with PACA issues could be paid from the PACA trust assets, and in that effort conducted a

thorough review of the different types of proceedings that could be involved in administering a PACA trust. *Id.* at 620-23.  The court noted that typically by default a 'PACA trustee' cannot use the PACA trust assets for any purpose other than paying claimants, including for payment of costs of administration. *Id.* at 619. The court ultimately held that Chapter 11 special counsel should be treated as the same as the 'PACA trustee' and not able to pay costs of administration from the PACA trust assets. *Id.* at 623.  The Court did not foreclosure, however, other mechanisms for administration of the trust with costs to be paid from trust assets. *Id.*  Further, the USDA believes that by reviewing the claims in this case, as detailed in Exhibit A, it has satisfied its responsibilities in the claim process.  In short, the USDA relies on the Act as allocating responsibility for any litigation of trust claims (and assets) with the claimants and the dealer (i.e., the Debtors', now the Trustee).

20.    The Trustee does not have the clear means to fund the litigation of $122 million dollars in asserted claims, where 98% of these claims have been denied by the USDA.  The Trustee and his special counsel have spent tens of thousands of dollars working with the USDA and the other parties in this case just to get to this point in the case.  Based on the expected substantial litigation of over 119 million dollars in denied claims, the Trustee cannot fulfill the USDA's mandate without (1) sufficient bankruptcy estate assets being determined by this Court to be free and clear of the Act trust and any liens; (2) Act trust assets being used to reimburse the litigation costs; or (3) funding provided another party, such as Rabo or the approved Trust Claimants.

21.    The Act, as mentioned above, has unique enforcement provisions that apply to the scenario where the Dealer (i.e., the Trustee) cannot perform the duties the statute mandates.  Thise enforcement mechanisms are:

(1)    appoint an independent trustee to carry out the duties required by section, preserve trust assets, and enforce the trust;

(2)    serve as an independent trustee, preserve trust assets, and enforce the trust; or

(3)    file suit in the United States district court for the district in which the dealer resides to enjoin the dealer's failure to perform the duties required by this section, preserve trust assets, and to enforce the trust.  Attorneys employed by the Secretary may, with the approval of the Attorney General, represent the Secretary in any such suit. Nothing herein shall preclude unpaid sellers from filing suit to preserve or enforce the trust.

22.    As the above provisions are not found in the PACA or PSA statutes, the Trustee asserts that any precedent about trust assets being generally unavailable to pay the costs of Dealer Trust litigation has been repealed by the Act.  The Trustee supports his assertion by the obvious fact that the Act is far more likely to be involved in far more diverse circumstances than the PSA, which generally includes large companies, i.e., packers. Dealers of livestock are much less likely than packers to have the resources to fund substantial litigation.

23.    Finally, the Trustee asserts that other mechanisms exist in federal law to reach similar solutions to those described in the above paragraphs.  For example, Federal Rule of Civil Procedure 66 allows the appointment of a receiver to administer an estate.  This could be particularly valuable in this case as substantial litigation of trust assets may well follow the litigation of trust claims, particularly if a substantial amount of the claims denied by the USDA are determined as allowed by this Court.  Further, Federal Rule of Civil Procedure 53 allows this Court to appoint a Master to participate in litigation and 53(g) specifically outlines a payment mechanism for such a party.

## <u>DEALER TRUST CHALLENGES – ASSETS</u>

24.    Assuming the USDA claims review is approved as is, the assets issues within the Dealer Trust appear minor.  Although there are tracing issues in the sense that the funds the

Trustee has designated as likely trust assets must be allocated to specific trusts (there are three

distinct entities involved in this case that have not been substantially consolidated, and thus three

distinct trusts).  Outside of that tracing issue the amount of funds on hand with the Trustee are

approximately sufficient to pay all or most all of the USDA approved claims.

25.     However, if the Trust Claimant pool grows from approximately $2.7 million

currently approved by the USDA to anything substantially greater than that amount, the litigation

over the trust assets invokes the same issue with costs that are described above with respect to

litigating trust claims.  For example, if there are 20 million, let alone 120 million, dollars in

approved claims, then many, or potentially all, of the Trustee's Chapter 5 actions in the Debtors'

cases can be argued to be trust assets.  For example, thousands of head of cattle were removed

from the Debtors' feed lots in the short period after Mr. McClain's death until the bankruptcy

filing.  Removal was done by supposed owners, secured creditors and unsecured creditors of the

Debtors.  Again, if the Trustee cannot be reimbursed by the bankruptcy estate for his costs to

recover such assets, then the fundamental concept of incentivizing a Trustee in the bankruptcy

code is turned on its head from a positive incentive to a negative one.

26.     Based on the above scenario, the Trustee believes that any litigation of trust assets

should generally be stayed until the Trust claimants are finally determined. In addition to the

claim allowance/disallowance process, and depending on the amount of claims ultimately

allowed, the claimants may be in a position whereby they will not receive a meaningful

distribution without the investigation and pursuit of claims against third parties. Such claims

could include, for instance, claims against third parties their receipt of trust livestock or proceeds

from such property. *See* 7 U.S.C.A. § 217b(e)(3). Under the Dealer Trust Act, each Trust

claimant would arguably have the independent right to pursue third parties, and no one agent

(such as the Trustee) would arguably have standing or funding to pursue such claims on behalf of the group as a whole in the absence of a further appointment of the Trustee under one of the various options referenced herein. Likewise, the bankruptcy estate creditors will not receive a meaningful distribution without the same type of investigation and pursuit of claims against third parties. But the Trustee cannot fund such investigation and litigation, even on a contingency fee arrangement, if any recovery is relegated to the Act trust, which arguably is not liable for such a fee.

## DEALER TRUST CHALLENGES - BANKRUPTCY

27.     The Trustee asserts that he is in the unenviable position of being in "judicial purgatory" pending the resolution of the Act issues. Unless assets of the bankruptcy estate, free of the trust and liens are determined, the Trustee cannot fulfill many of his core duties in these cases. An administratively insolvent bankruptcy estate would be a disappointing result for deserving estate creditors and Act claimants. Again, the Trustee and his special counsel have incurred substantial dollars in time and expenses, with no clear road to having those be reimbursed, let alone recover assets for the benefit of bankruptcy estate creditors. Continuing forward with the enormous amount of discovery and Chapter 5 litigation that is necessary in a 175-million-dollar ponzi and check kiting scheme is not sustainable by the estate professionals.

## DEALER TRUST CHALLENGES - SOLUTIONS

28.     There are several possible solutions to this situation. First, the Court could determine whether the Act is inapplicable to these cases due to Rabo's loan predating the Act. Second, the Court could determine specific property, such as the Mechanics and Chase funds turned over to the Trustee are property of the bankruptcy estates, not the Act trusts, and further

that those funds are not subject to any liens.  These solutions would eliminate or alleviate the major issue of an administratively insolvent bankruptcy case.

29.     **Further under** 7 U.S.C.A. § 217b(f)(1), the USDA could appoint the Trustee as the independent trustee to administer the trust.  The Trustee would seek approval from the Court on this appointment and fund those expenses from the trust corpus. The Trustee is already the trustee of the Debtors, which is already comprised of many different categories of constituents – administrative expense parties, priority creditors, secured creditors, general unsecured creditors, and equity holders.  The Trust claimants would simply add another category of constituent to the parties-in-interest in these bankruptcy cases that the Trustee is already administering.

30.     Alternatively, the USDA could formally intervene here under 7 U.S.C.A. § 217(f)(2) to administer the Act trusts.   Or, under 7 U.S.C.A. § 217(f)(2), the USDA could file a federal court lawsuit or other proceeding to aid in administering the trusts.  This could take the form of a lawsuit naming all trust claimants for a declaratory judgment on the allowance/disallowance of their claims, and an adjudication of the extent of the Trust claims on various property.  In this instance, the Trustee could be named as a special master by a district court under Federal Rule of Civil Procedure 53 to aid the court in its evaluation of issues and funded from the trust corpus, but this would arguably still leave a void of a single trustee being provided standing to pursue claims against third parties.

31.     Again alternatively, the Court could approve a special counsel arrangement whereby a third-party funds the Trustee for administering the Trust.  For example, Rabo may be interested in its counsel being retained as special counsel by the Trustee to administer certain aspects of the Trust claims and assets at Rabo's expense.

32.     As a final alternative, the Trustee could be appointed as receiver to administer the Act Trust. As discussed above, PACA does not have the express enforcement mechanism of 7 U.S.C.A. § 217(f), but other courts have solved situations such as this case involving many trust claimants and issues by appointing a federal court receiver or similar structure to allow for the administration of the trust by a single party with costs to be paid out of the trust.  *See S. Katzman Produce Inc. v. Abraham Produce Corp.*, No. 22-CV-10108 (VSB), 2022 WL 17805592, at *3–4 (S.D.N.Y. Dec. 19, 2022) (appointing PACA claimant to administer PACA trust and pay necessary expenses from trust); *Higashi Farms, Inc. v. Bank of the West*, No. 5:09-CV-04983-JF/PVT, 2010 WL 3955636, at *1 (N.D. Cal. Oct. 8, 2010) (discussing lawsuit involving PACA receiver)[2];  *Eagle Eye Distrib., Inc. v. Ben Parker, Inc.*, No. 3:09-CV-00095-L, 2009 WL 10704859, at *4 (N.D. Tex. Feb. 17, 2009) (appointing PACA claimant to administer PACA trust and pay necessary expenses from trust).

## **COURT JURISDICTION**

33.     All of these issues are within the Court's jurisdiction.  Any assets that initially are in the Act Trusts, but are not needed to pay Act Trust claims, become property of the bankruptcy estate.  And assets that would normally be property of the bankruptcy estate may be removed to the Act Trusts.  Likewise, most, if not all of the Act trust claimants have filed duplicate claims against these Debtor's estates.  Whatever is paid by an Act Trust reduces, dollar for dollar, any claims that claimant has filed in the bankruptcy case, and vice versa.

---

[2] Federal court order appointing PACA receiver and addressing fundings of costs can be found at
https://www.govinfo.gov/content/pkg/USCOURTS-cand-5_09-cv-04207/pdf/USCOURTS-cand-5_09-cv-04207-3.pdf

## NOTICE

34.     All the Trust Claimants, including those whose claims were not approved by the

USDA, are being noticed of this Notice. Additionally, all the parties on the mailing matrixes of

the Debtors are also being notified of this Notice.

Respectfully submitted,

Kent Ries, Attorney at Law
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440-Fax

By:   /s/  Kent Ries
        Kent Ries
        State Bar No. 1691450

COUNSEL FOR TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September 2023, a true and correct copy of the above

and foregoing document was sent electronically to the parties on ECF and mailed to all the other

parties listed on the attached matrix by the 26th of September 2023.

 /s/ Kent Ries
Kent Ries

| | | **Agricultural Marketing Service, Fair Trade Practices Program** | | | | | | **ECM #** | |
| | | **Packers & Stockyards Division** | | | | | | 379830 | |
| | | **Trust Claim Analysis** | | | | | | **Analysis as of** | |
| | | | | | | | | 06/09/23 | |

**PACKER / POULTRY DEALER INFORMATION**

| Name | McClain Farms Inc. |
| Address | 824 Mullins Lane, Benton, KY  42025-4702 |

**CLAIM ANALYSIS**

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|---|---|---|---|---|---|---|---|
| 2B Farms (Terry "Bo" Robinson) | $2,530,920.39 | $2,530,920.39 | $0.00 | N/A | 04/24/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $2,559,407.02 | $2,559,407.02 | $0.00 | N/A | 04/24/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $2,540,991.45 | $2,540,991.45 | $0.00 | N/A | 04/24/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $434,905.09 | $434,905.09 | $0.00 | N/A | 05/08/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $2,495,962.99 | $2,495,962.99 | $0.00 | N/A | 05/08/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $755,941.75 | $755,941.75 | $0.00 | N/A | 05/08/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $1,042,361.01 | $1,042,361.01 | $0.00 | N/A | 05/08/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $2,142,866.65 | $2,142,866.65 | $0.00 | N/A | 05/08/23 | N/A | |
| 2B Farms (Terry "Bo" Robinson) | $2,486,071.62 | $2,486,071.62 | $0.00 | N/A | 05/08/23 | N/A | |
| Acey Livestock, LLC | $658,104.27 | $0.00 | $658,104.27 | 04/07/23 | 04/19/23 | Y | NSF Check |
| Acey Livestock, LLC | $862,203.48 | $0.00 | $862,203.48 | 04/07/23 | 04/19/23 | Y | NSF Check |
| Acey Livestock, LLC | $100,272.05 | $0.00 | $100,272.05 | 04/12/23 | 05/01/23 | Y | |
| Acey Livestock, LLC | $102,351.77 | $0.00 | $102,351.77 | 04/17/23 | 05/12/23 | Y | |
| Ayers, Jr., Stan E. | $81,371.17 | $81,371.17 | $0.00 | N/A | 05/02/23 | N/A | |
| Ayers, Jr., Stan E. | $211,625.00 | $211,625.00 | $0.00 | N/A | 05/02/23 | N/A | |
| Ayers, Jr., Stan E. | $153,128.13 | $153,128.13 | $0.00 | N/A | 05/02/23 | N/A | |
| Ayers, Jr., Stan E. | $125,586.23 | $125,586.23 | $0.00 | N/A | 05/02/23 | N/A | |
| Ayers, Jr., Stan E. | $186,709.15 | $186,709.15 | $0.00 | N/A | 05/02/23 | N/A | |
| Ayers, Jr., Stan E. | $78,150.60 | $78,150.60 | $0.00 | N/A | 05/02/23 | N/A | |
| Bar D Ranch Land & Cattle | $92,053.76 | $92,053.76 | $0.00 | N/A | 04/21/23 | N/A | |
| Barrett's Livestock Inc. | $96,862.41 | $0.00 | $96,862.41 | 03/30/23 | 04/21/23 | Y | |
| Big Seven Capital Partners, LLC | $408,671.58 | $408,671.58 | $0.00 | N/A | 04/27/23 | N/A | |
| Big Seven Capital Partners, LLC | $185,731.89 | $185,731.89 | $0.00 | N/A | 04/27/23 | N/A | |
| Blackman, Dora | $53,651.36 | $53,651.36 | $0.00 | N/A | 04/26/23 | N/A | |
| Brookshire, Joel | $146,549.72 | $146,549.72 | $0.00 | N/A | 05/09/23 | N/A | |
| Brookshire, Joel | $164,835.41 | $164,835.41 | $0.00 | N/A | 05/09/23 | N/A | |
| Bryant, Eddie | $282,119.21 | $282,119.21 | $0.00 | N/A | 04/27/23 | N/A | |
| Burnett, Brent | $96,062.49 | $96,062.49 | $0.00 | N/A | 04/25/23 | N/A | |
| Burnett, Brent | $79,278.28 | $79,278.28 | $0.00 | N/A | 04/25/23 | N/A | |
| Burnett, Joe | $206,442.05 | $206,442.05 | $0.00 | N/A | 04/25/23 | N/A | |
| Burnett, Terry | $98,869.70 | $98,869.70 | $0.00 | N/A | 04/25/23 | N/A | |
| Burnett, Terry | $95,620.27 | $95,620.27 | $0.00 | N/A | 04/25/23 | N/A | |
| Buss Family Trust (Edwin D. Buss) | $99,851.68 | $99,851.68 | $0.00 | N/A | 04/25/23 | N/A | |
| Buss Family Trust (Edwin D. Buss) | $196,158.82 | $196,158.82 | $0.00 | N/A | 04/25/23 | N/A | |
| Buss Family Trust (Edwin D. Buss) | $92,869.56 | $92,869.56 | $0.00 | N/A | 04/25/23 | N/A | |
| Buss Family Trust (Edwin D. Buss) | $98,630.99 | $98,630.99 | $0.00 | N/A | 04/25/23 | N/A | |
| Buss, Dennis | $196,206.34 | $196,206.34 | $0.00 | N/A | 04/24/23 | N/A | |
| Buss, Dennis | $204,450.43 | $204,450.43 | $0.00 | N/A | 04/24/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $330,816.47 | $330,816.47 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $73,077.13 | $73,077.13 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $176,061.38 | $176,061.38 | $0.00 | N/A | 05/11/23 | N/A | |

**CLAIM ANALYSIS**

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|------|-------------|------------------------------|--------------------------|---------------|------------------|---------------------------|---------|
| C Heart Ranch (Colette Lesh) | $196,446.96 | $196,446.96 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $155,000.03 | $155,000.03 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $100,014.37 | $100,014.37 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $345,578.38 | $345,578.38 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $295,530.71 | $295,530.71 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $209,364.22 | $209,364.22 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $169,020.11 | $169,020.11 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $291,018.00 | $291,018.00 | $0.00 | N/A | 05/11/23 | N/A | |
| C Heart Ranch (Colette Lesh) | $268,471.75 | $268,471.75 | $0.00 | N/A | 05/11/23 | N/A | |
| Carraway Cattle, LLC | $107,648.02 | $107,648.02 | $0.00 | N/A | 05/02/23 | N/A | |
| Carraway Cattle, LLC | $112,775.67 | $112,775.67 | $0.00 | N/A | 05/02/23 | N/A | |
| Carraway Cattle, LLC | $160,929.43 | $160,929.43 | $0.00 | N/A | 05/02/23 | N/A | |
| Carraway Cattle, LLC | $107,945.36 | $107,945.36 | $0.00 | N/A | 05/02/23 | N/A | |
| Carraway, Richard | $161,225.02 | $161,225.02 | $0.00 | N/A | 05/02/23 | N/A | |
| Carraway, Richard | $161,095.50 | $161,095.50 | $0.00 | N/A | 05/02/23 | N/A | |
| Carraway, Richard Brad | $72,187.57 | $72,187.57 | $0.00 | N/A | 05/21/23 | N/A | |
| Curtis Jones Farms | $690,107.04 | $690,107.04 | $0.00 | N/A | 04/26/23 | N/A | |
| Curtis Jones Farms | $477,345.89 | $477,345.89 | $0.00 | N/A | 04/26/23 | N/A | |
| Curtis Jones Farms | $285,711.34 | $285,711.34 | $0.00 | N/A | 04/26/23 | N/A | |
| Curtis Jones Farms | $353,831.49 | $353,831.49 | $0.00 | N/A | 04/26/23 | N/A | |
| Curtis Jones Farms | $401,537.17 | $401,537.17 | $0.00 | N/A | 04/26/23 | N/A | |
| DAC83 LLC | $187,032.15 | $187,032.15 | $0.00 | N/A | 05/02/23 | N/A | |
| DeJarnatt, Eric | $67,011.56 | $67,011.56 | $0.00 | N/A | 04/25/23 | N/A | |
| Don Jones Farm, Inc. | $1,377,159.85 | $1,377,159.85 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $191,096.90 | $191,096.90 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $286,017.78 | $286,017.78 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $864,694.69 | $864,694.69 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $578,077.93 | $578,077.93 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $505,176.29 | $505,176.29 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $603,466.10 | $603,466.10 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $100,152.50 | $100,152.50 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $908,524.52 | $908,524.52 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $928,896.65 | $928,896.65 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $888,898.71 | $888,898.71 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Farm, Inc. | $441,404.16 | $441,404.16 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Trucking, Inc. | $190,990.47 | $190,990.47 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Trucking, Inc. | $95,341.44 | $95,341.44 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Trucking, Inc. | $385,488.76 | $385,488.76 | $0.00 | N/A | 04/26/23 | N/A | |
| Don Jones Trucking, Inc. | $579,012.47 | $579,012.47 | $0.00 | N/A | 04/26/23 | N/A | |
| Dufurrena Cutting Horses (Ed Dufurrena) | $113,400.00 | $113,400.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Dufurrena Cutting Horses (Ed Dufurrena) | $113,400.00 | $113,400.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Dufurrena Cutting Horses (Ed Dufurrena) | $113,400.00 | $113,400.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Dufurrena Cutting Horses (Ed Dufurrena) | $113,400.00 | $113,400.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Dufurrena Cutting Horses (Ed Dufurrena) | $16,200.00 | $16,200.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Dufurrena, Edward Lewis | $128,458.60 | $128,458.60 | $0.00 | N/A | 05/11/23 | N/A | |
| Dufurrena, Edward Lewis | $115,393.82 | $115,393.82 | $0.00 | N/A | 05/11/23 | N/A | |
| Dufurrena, Edward Lewis | $67,497.66 | $67,497.66 | $0.00 | N/A | 05/11/23 | N/A | |
| Dufurrena, Edward Lewis | $69,010.00 | $69,010.00 | $0.00 | N/A | 05/11/23 | N/A | |

## CLAIM ANALYSIS

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|------|---|---|---|---|---|---|---|
| Dufurrena, Rieta May | $67,637.26 | $67,637.26 | $0.00 | N/A | 05/11/23 | N/A | |
| Dufurrena, Rieta May | $67,322.81 | $67,322.81 | $0.00 | N/A | 05/11/23 | N/A | |
| Ellis, Robert | $249,776.44 | $249,776.44 | $0.00 | N/A | 04/27/23 | N/A | |
| Evans, Michael | $200,812.14 | $200,812.14 | $0.00 | N/A | 04/27/23 | N/A | |
| Finley, Doug | $129,582.40 | $129,582.40 | $0.00 | N/A | 04/25/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $451,386.24 | $451,386.24 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $442,451.91 | $442,451.91 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $448,556.74 | $448,556.74 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $233,372.46 | $233,372.46 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $216,264.97 | $216,264.97 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $295,428.99 | $295,428.99 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $307,636.49 | $307,636.49 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $295,508.71 | $295,508.71 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $293,767.00 | $293,767.00 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $295,469.55 | $295,469.55 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $319,514.85 | $319,514.85 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $323,166.23 | $323,166.23 | $0.00 | N/A | 05/02/23 | N/A | |
| Garwood Cattle Co. (Justin Garwood) | $421,374.45 | $421,374.45 | $0.00 | N/A | 05/02/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $350,002.69 | $350,002.69 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $406,924.08 | $406,924.08 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $374,202.56 | $374,202.56 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $355,800.03 | $355,800.03 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $413,262.03 | $413,262.03 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $456,534.62 | $456,534.62 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $419,673.01 | $419,673.01 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $413,909.55 | $413,909.55 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $217,299.58 | $217,299.58 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $384,208.00 | $384,208.00 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $412,671.25 | $412,671.25 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $448,653.87 | $448,653.87 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $414,347.14 | $414,347.14 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $350,449.96 | $350,449.96 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $316,292.50 | $316,292.50 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $383,618.10 | $383,618.10 | $0.00 | N/A | 05/09/23 | N/A | |
| Gene Brookshire Family, LP (Joel Brookshire) | $412,038.90 | $412,038.90 | $0.00 | N/A | 05/09/23 | N/A | |
| Gray Brothers Cattle (Robert & Ronnie Gray) | $86,060.72 | $86,060.72 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray Brothers Cattle (Robert & Ronnie Gray) | $57,556.04 | $57,556.04 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray Brothers Cattle (Robert & Ronnie Gray) | $86,734.23 | $86,734.23 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray Brothers Cattle (Robert & Ronnie Gray) | $113,403.08 | $113,403.08 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray Brothers Cattle (Robert & Ronnie Gray) | $140,191.86 | $140,191.86 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray, Robert | $166,424.35 | $166,424.35 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray, Robert | $93,800.65 | $93,800.65 | $0.00 | N/A | 04/25/23 | N/A | |
| Gray, Ronnie | $222,219.25 | $222,219.25 | $0.00 | N/A | 04/25/23 | N/A | |
| Greer, Jimmy | $211,613.18 | $211,613.18 | $0.00 | N/A | 04/29/23 | N/A | |
| Greer, Jimmy | $143,305.55 | $143,305.55 | $0.00 | N/A | 04/29/23 | N/A | |
| Gungoll Cattle, LLC (Bradley Gungoll) | $146,159.69 | $146,159.69 | $0.00 | N/A | 05/03/23 | N/A | |
| Gungoll Cattle, LLC (Bradley Gungoll) | $175,052.56 | $175,052.56 | $0.00 | N/A | 05/03/23 | N/A | |
| Gungoll Cattle, LLC (Bradley Gungoll) | $77,611.35 | $77,611.35 | $0.00 | N/A | 05/03/23 | N/A | |

## CLAIM ANALYSIS

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|---|---|---|---|---|---|---|---|
| Gungoll Cattle, LLC (Bradley Gungoll) | $96,825.29 | $96,825.29 | $0.00 | N/A | 05/03/23 | N/A | |
| Gungoll, Leah | $150,852.24 | $150,852.24 | $0.00 | N/A | 05/03/23 | N/A | |
| Harrold, Jace | $230,024.34 | $230,024.34 | $0.00 | N/A | 04/28/23 | N/A | |
| Hines Cattle Company, LLC | $297,963.18 | $297,963.18 | $0.00 | N/A | 04/21/23 | N/A | |
| Hines Farms, LLC | $307,963.19 | $307,963.19 | $0.00 | N/A | 04/21/23 | N/A | |
| Jacques, A.J. Living Trust | $196,498.02 | $196,498.02 | $0.00 | N/A | 05/02/23 | N/A | |
| Jacques, A.J. Living Trust | $196,553.47 | $196,553.47 | $0.00 | N/A | 05/02/23 | N/A | |
| Jesko, Cory | $84,504.22 | $84,504.22 | $0.00 | N/A | 05/23/23 | N/A | |
| Jesko, Dwight | $309,548.16 | $309,548.16 | $0.00 | N/A | 05/23/23 | N/A | |
| JoAnn & Keith Brooks d.b.a. Brooks Farms | $32,855.25 | $0.00 | $32,855.25 | 04/12/23 | 04/20/23 | Y | |
| JoAnn & Keith Brooks d.b.a. Brooks Farms | $141,260.26 | $0.00 | $141,260.26 | 04/05/23 | 04/20/23 | Y | NSF Check |
| Johnson, Dustin | $213,446.78 | $213,446.78 | $0.00 | N/A | 04/28/23 | N/A | |
| Jones, Kinsey | $353,831.49 | $353,831.49 | $0.00 | N/A | 04/26/23 | N/A | |
| Kingdom Trust (James Mccuan) | $303,070.91 | $303,070.91 | $0.00 | N/A | 05/18/23 | N/A | |
| Kingdom Trust (James Mccuan) | $140,947.17 | $140,947.17 | $0.00 | N/A | 05/18/23 | N/A | |
| Lawhon, Janice | $189,965.10 | $189,965.10 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jan & Gary | $239,732.85 | $239,732.85 | $0.00 | N/A | 04/24/23 | N/A | |
| Lesh, Jan & Gary | $84,036.99 | $84,036.99 | $0.00 | N/A | 04/24/23 | N/A | |
| Lesh, Jared | $183,070.33 | $183,070.33 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $185,070.33 | $185,070.33 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $431,337.88 | $431,337.88 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $99,989.45 | $99,989.45 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $444,576.13 | $444,576.13 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $436,205.95 | $436,205.95 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $327,781.13 | $327,781.13 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $416,878.86 | $416,878.86 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $327,652.78 | $327,652.78 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $329,913.92 | $329,913.92 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $331,041.38 | $331,041.38 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $299,907.05 | $299,907.05 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $250,078.88 | $250,078.88 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $500,104.11 | $500,104.11 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $353,034.48 | $353,034.48 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $698,743.96 | $698,743.96 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $670,409.78 | $670,409.78 | $0.00 | N/A | 04/25/23 | N/A | |
| Lesh, Jared | $649,993.87 | $649,993.87 | $0.00 | N/A | 04/25/23 | N/A | |
| LFC Cattle | $128,800.00 | $128,800.00 | $0.00 | N/A | 05/08/23 | N/A | |
| Lockwood, Charles | $272,747.73 | $272,747.73 | $0.00 | N/A | 04/25/23 | N/A | |
| Lockwood, Charles | $383,042.17 | $383,042.17 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $424,427.43 | $424,427.43 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $500,899.57 | $500,899.57 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $501,088.45 | $501,088.45 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $515,008.70 | $515,008.70 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $535,670.31 | $535,670.31 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $535,715.08 | $535,715.08 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $537,724.82 | $537,724.82 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $117,805.53 | $117,805.53 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $165,731.10 | $165,731.10 | $0.00 | N/A | 04/25/23 | N/A | |

## CLAIM ANALYSIS

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|------|-------------|----------------------------|------------------------|--------------|-----------------|--------------------------|---------|
| Map Enterprises (Mike Gourley) | $357,943.28 | $357,943.28 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $374,770.76 | $374,770.76 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $415,603.55 | $415,603.55 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $416,410.65 | $416,410.65 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $417,859.69 | $417,859.69 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $425,065.19 | $425,065.19 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $425,326.13 | $425,326.13 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $427,301.04 | $427,301.04 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $499,598.88 | $499,598.88 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $500,008.78 | $500,008.78 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $529,778.09 | $529,778.09 | $0.00 | N/A | 04/25/23 | N/A | |
| Map Enterprises (Mike Gourley) | $532,110.78 | $532,110.78 | $0.00 | N/A | 04/25/23 | N/A | |
| Martus, Natalie | $70,480.01 | $70,480.01 | $0.00 | N/A | 05/06/23 | N/A | |
| Martus, Natalie | $83,200.57 | $83,200.57 | $0.00 | N/A | 05/06/23 | N/A | |
| Nix, Jean | $287,773.85 | $287,773.85 | $0.00 | N/A | 04/25/23 | N/A | |
| Open A Arena LLC | $495,785.79 | $495,785.79 | $0.00 | N/A | 05/02/23 | N/A | |
| Open A Arena LLC | $648,768.24 | $648,768.24 | $0.00 | N/A | 05/02/23 | N/A | |
| Perry, Morgan & Codie | $149,821.97 | $149,821.97 | $0.00 | N/A | 05/11/23 | N/A | |
| Phillips, Barry | $416,216.47 | $416,216.47 | $0.00 | N/A | 04/27/23 | N/A | |
| Phillips, Drew | $161,602.56 | $161,602.56 | $0.00 | N/A | 04/27/23 | N/A | |
| Phillips, Drew | $356,175.33 | $356,175.33 | $0.00 | N/A | 04/27/23 | N/A | |
| Priest Cattle Company, Ltd | $275,679.17 | $275,679.17 | $0.00 | N/A | 04/20/23 | N/A | |
| Priest Cattle Company, Ltd | $434,001.60 | $434,001.60 | $0.00 | N/A | 04/20/23 | N/A | |
| Priest Victory Investment LLC | $218,281.35 | $218,281.35 | $0.00 | N/A | 04/20/23 | N/A | |
| Priest Victory Investment LLC | $410,045.17 | $410,045.17 | $0.00 | N/A | 04/20/23 | N/A | |
| Prince, Christopher | $21,670.30 | $21,670.30 | $0.00 | N/A | 05/11/23 | N/A | |
| Rainey, David | $75,510.52 | $75,510.52 | $0.00 | N/A | 05/01/23 | N/A | |
| Rapp Ranch | $69,564.22 | $69,564.22 | $0.00 | N/A | 04/24/23 | N/A | |
| Rapp Ranch | $90,916.32 | $90,916.32 | $0.00 | N/A | 04/24/23 | N/A | |
| Rapp Ranch | $67,920.93 | $67,920.93 | $0.00 | N/A | 04/24/23 | N/A | |
| Rapp Ranch | $72,804.81 | $72,804.81 | $0.00 | N/A | 04/24/23 | N/A | |
| Rapp Ranch | $74,066.79 | $74,066.79 | $0.00 | N/A | 04/24/23 | N/A | |
| Reisz, Mark J. | $139,653.11 | $139,653.11 | $0.00 | N/A | 05/02/23 | N/A | |
| Reisz, Mark J. | $129,430.20 | $129,430.20 | $0.00 | N/A | 05/02/23 | N/A | |
| Reisz, Ralph | $351,791.38 | $351,791.38 | $0.00 | N/A | 04/25/23 | N/A | |
| Reisz, Ralph | $352,459.33 | $352,459.33 | $0.00 | N/A | 04/25/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $141,519.93 | $141,519.93 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $79,368.52 | $79,368.52 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $488,368.80 | $488,368.80 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $386,827.31 | $386,827.31 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $136,022.18 | $136,022.18 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $232,464.03 | $232,464.03 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $75,310.61 | $75,310.61 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $215,575.52 | $215,575.52 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $116,835.37 | $116,835.37 | $0.00 | N/A | 04/27/23 | N/A | |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | $310,459.26 | $310,459.26 | $0.00 | N/A | 04/27/23 | N/A | |
| Riley Livestock, Inc. | $431,020.97 | $0.00 | $431,020.97 | 04/03/23 | 04/20/23 | Y | NSF Check |
| Riley Livestock, Inc. | $28,056.55 | $0.00 | $28,056.55 | 04/14/23 | 04/20/23 | Y | |

| CLAIM ANALYSIS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
| Riley Livestock, Inc. | $234,981.76 | $0.00 | $234,981.76 | 04/10/23 | 04/20/23 | Y | |
| Robinson, Angie | $200,729.43 | $200,729.43 | $0.00 | N/A | 05/08/23 | N/A | |
| Rodgers, Rick | $110,596.70 | $110,596.70 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $178,643.59 | $178,643.59 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $77,052.91 | $77,052.91 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $227,453.19 | $227,453.19 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $301,545.84 | $301,545.84 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $350,385.47 | $350,385.47 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $125,834.72 | $125,834.72 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $96,603.79 | $96,603.79 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $131,256.48 | $131,256.48 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $104,030.46 | $104,030.46 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $101,402.50 | $101,402.50 | $0.00 | N/A | 04/25/23 | N/A | |
| Rodgers, Rick | $11,291.96 | $11,291.96 | $0.00 | N/A | 04/25/23 | N/A | |
| Ryan, Steve | $166,261.92 | $166,261.92 | $0.00 | N/A | 04/24/23 | N/A | |
| Ryan, Steve | $111,789.95 | $111,789.95 | $0.00 | N/A | 04/24/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $400,482.14 | $400,482.14 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $351,287.49 | $351,287.49 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $66,494.14 | $66,494.14 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $195,574.12 | $195,574.12 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $349,776.31 | $349,776.31 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $100,398.75 | $100,398.75 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $267,973.20 | $267,973.20 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $330,251.63 | $330,251.63 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $379,924.71 | $379,924.71 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $431,528.46 | $431,528.46 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $327,034.76 | $327,034.76 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $119,329.56 | $119,329.56 | $0.00 | N/A | 04/25/23 | N/A | |
| Scarlet & Black Cattle, LLC (Colton Long) | $386,984.25 | $386,984.25 | $0.00 | N/A | 04/25/23 | N/A | |
| Scott Livestock Company | $252,689.84 | $252,689.84 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $89,381.25 | $89,381.25 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $338,371.88 | $338,371.88 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $203,236.00 | $203,236.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $173,677.50 | $173,677.50 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $458,986.00 | $458,986.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $919,770.00 | $919,770.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $576,406.25 | $576,406.25 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $974,208.00 | $974,208.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $640,309.65 | $640,309.65 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | $701,220.00 | $701,220.00 | $0.00 | N/A | 05/04/23 | N/A | |
| Scott Livestock Company | ($269,000.00) | ($269,000.00) | $0.00 | N/A | 05/04/23 | N/A | Recovered 237 head |
| Shaw & Shaw Farms Partnership LLC | $120,911.37 | $120,911.37 | $0.00 | N/A | 04/21/23 | N/A | |
| Spell, Audy (University of Florida) | $21,300.30 | $21,300.30 | $0.00 | 01/26/23 | 05/02/23 | N | Untimely |
| Spring, Robert J. | $149,812.73 | $149,812.73 | $0.00 | N/A | 04/25/23 | N/A | |
| Starnes Cattle (Jeff Starnes) | $30,006.43 | $30,006.43 | $0.00 | N/A | 04/21/23 | N/A | |
| Stewart, Eddie | $317,266.34 | $317,266.34 | $0.00 | N/A | 04/21/23 | N/A | |
| Stewart, Robert & Rachel | $254,269.84 | $254,269.84 | $0.00 | N/A | 04/27/23 | N/A | |
| Stewart, Scott E. | $77,089.36 | $77,089.36 | $0.00 | N/A | 05/03/23 | N/A | |

**CLAIM ANALYSIS**

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|------|-------------|----------------------------|------------------------|---------------|------------------|--------------------------|---------|
| Stuever, Justin | $43,279.47 | $43,279.47 | $0.00 | N/A | 05/11/23 | N/A | |
| Sullivan, Phillip | $190,000.00 | $190,000.00 | $0.00 | N/A | 04/25/23 | N/A | |
| Sutton, Amy & Craig | $259,188.90 | $259,188.90 | $0.00 | N/A | 04/24/23 | N/A | |
| Sutton, Amy & Craig | $259,193.31 | $259,193.31 | $0.00 | N/A | 04/24/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $235,152.14 | $235,152.14 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $82,704.29 | $82,704.29 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $87,159.08 | $87,159.08 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $146,199.34 | $146,199.34 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $88,220.43 | $88,220.43 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $85,895.87 | $85,895.87 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $136,813.44 | $136,813.44 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $191,157.50 | $191,157.50 | $0.00 | N/A | 05/11/23 | N/A | |
| TGF Ranch LLC (Tom Frith) | $105,963.96 | $105,963.96 | $0.00 | N/A | 05/11/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $89,436.62 | $89,436.62 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $224,233.27 | $224,233.27 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $390,380.97 | $390,380.97 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $480,854.21 | $480,854.21 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $472,779.90 | $472,779.90 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $473,338.33 | $473,338.33 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $496,051.38 | $496,051.38 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $454,198.00 | $454,198.00 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $391,451.23 | $391,451.23 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $381,173.73 | $381,173.73 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $454,526.66 | $454,526.66 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $295,458.47 | $295,458.47 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $428,888.94 | $428,888.94 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $345,491.96 | $345,491.96 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $373,232.49 | $373,232.49 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $262,335.42 | $262,335.42 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $269,959.87 | $269,959.87 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $386,205.81 | $386,205.81 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $367,918.28 | $367,918.28 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $106,782.61 | $106,782.61 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $254,374.68 | $254,374.68 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $465,411.06 | $465,411.06 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $270,817.44 | $270,817.44 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $210,089.79 | $210,089.79 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $355,169.54 | $355,169.54 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $351,946.63 | $351,946.63 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $517,418.06 | $517,418.06 | $0.00 | N/A | 04/28/23 | N/A | |
| Thorlakson Diamond T Feeders, L.P. | $427,142.53 | $427,142.53 | $0.00 | N/A | 04/28/23 | N/A | |
| Tidwell, John | $140,388.63 | $140,388.63 | $0.00 | N/A | 04/25/23 | N/A | |
| Tidwell, John | $102,338.96 | $102,338.96 | $0.00 | N/A | 04/25/23 | N/A | |
| Tidwell, Mykel | $251,475.68 | $251,475.68 | $0.00 | N/A | 04/25/23 | N/A | |
| Tidwell, Mykel | $250,511.36 | $250,511.36 | $0.00 | N/A | 04/25/23 | N/A | |
| Tindal Truck Sales (John Tindal) | $216,148.80 | $216,148.80 | $0.00 | N/A | 04/25/23 | N/A | |
| Tindal Truck Sales (John Tindal) | $431,717.88 | $431,717.88 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Janet | $161,245.26 | $161,245.26 | $0.00 | N/A | 04/25/23 | N/A | |

## CLAIM ANALYSIS

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|---|---|---|---|---|---|---|---|
| VanBuskirk, Janet | $161,827.71 | $161,827.71 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Janet | $161,402.38 | $161,402.38 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $250,870.86 | $250,870.86 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $226,088.97 | $226,088.97 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $374,365.15 | $374,365.15 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $503,930.54 | $503,930.54 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $152,286.29 | $152,286.29 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $192,843.71 | $192,843.71 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $196,503.19 | $196,503.19 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $260,689.07 | $260,689.07 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $283,029.56 | $283,029.56 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $159,822.12 | $159,822.12 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $375,974.23 | $375,974.23 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $217,668.36 | $217,668.36 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $347,513.87 | $347,513.87 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $374,770.76 | $374,770.76 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $504,163.79 | $504,163.79 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $152,757.80 | $152,757.80 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Lyndal | $192,814.51 | $192,814.51 | $0.00 | N/A | 04/25/23 | N/A | |
| VanBuskirk, Susan & Colby | $155,728.65 | $155,728.65 | $0.00 | N/A | 04/28/23 | N/A | |
| VanBuskirk, Susan & Colby | $136,122.61 | $136,122.61 | $0.00 | N/A | 04/28/23 | N/A | |
| VanBuskirk, Susan & Colby | $156,407.82 | $156,407.82 | $0.00 | N/A | 04/28/23 | N/A | |
| VanBuskirk, Susan & Colby | $152,947.13 | $152,947.13 | $0.00 | N/A | 04/28/23 | N/A | |
| Weddington, Cameron | $61,820.25 | $61,820.25 | $0.00 | N/A | 05/17/23 | N/A | |
| Weddington, Nancy | $55,668.94 | $55,668.94 | $0.00 | N/A | 05/23/23 | N/A | |
| Weddington, William | $760,196.00 | $760,196.00 | $0.00 | N/A | 05/23/23 | N/A | |
| Wildforest Cattle Company LLC | $1,249,789.27 | $1,249,789.27 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $178,736.82 | $178,736.82 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $163,827.21 | $163,827.21 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $1,000,477.92 | $1,000,477.92 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $324,185.14 | $324,185.14 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $347,635.90 | $347,635.90 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $324,064.14 | $324,064.14 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $346,544.97 | $346,544.97 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $562,479.39 | $562,479.39 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $593,628.73 | $593,628.73 | $0.00 | N/A | 04/25/23 | N/A | |
| Wildforest Cattle Company LLC | $291,490.17 | $291,490.17 | $0.00 | N/A | 04/25/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | $535,864.65 | $535,864.65 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | $101,754.90 | $101,754.90 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | $102,513.55 | $102,513.55 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | $252,768.38 | $252,768.38 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | $254,968.56 | $254,968.56 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | $252,843.08 | $252,843.08 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $160,257.69 | $160,257.69 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $236,386.24 | $236,386.24 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $105,496.78 | $105,496.78 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $218,144.98 | $218,144.98 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $216,139.99 | $216,139.99 | $0.00 | N/A | 04/21/23 | N/A | |

| CLAIM ANALYSIS | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $249,786.29 | $249,786.29 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $144,372.08 | $144,372.08 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $340,234.44 | $340,234.44 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $287,916.41 | $287,916.41 | $0.00 | N/A | 04/21/23 | N/A | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | $217,621.46 | $217,621.46 | $0.00 | N/A | 04/21/23 | N/A | |
| WJ Performance Horse, Inc. | $643,660.37 | $643,660.37 | $0.00 | N/A | 05/19/23 | N/A | |
| Totals | $122,026,232.63 | $119,338,263.86 | $2,687,968.77 | | | | |

| USDA Agricultural Marketing Service, Fair Trade Practices Program Packers & Stockyards Division | | | | | | | ECM # |
|---|---|---|---|---|---|---|---|
| | | | | | | | 379830 |
| **Trust Claim Analysis** | | | | | | | **Analysis as of** |
| | | | | | | | 06/09/23 |

**PACKER / POULTRY DEALER INFORMATION**

| Name | McClain Farms Inc. |
|---|---|
| Address | 824 Mullins Lane, Benton, KY  42025-4702 |

**CLAIM ANALYSIS**

| Name | Claim Amount | Apparently Non-Valid Amount | Apparently Valid Amount | Purchase Date | Date Claim Filed | Notice Timely Filed (Y/N) | Remarks |
|---|---|---|---|---|---|---|---|
| Acey Livestock, LLC | $658,104.27 | $0.00 | $658,104.27 | 04/07/23 | 04/19/23 | Y | NSF Check |
| Acey Livestock, LLC | $862,203.48 | $0.00 | $862,203.48 | 04/07/23 | 04/19/23 | Y | NSF Check |
| Acey Livestock, LLC | $100,272.05 | $0.00 | $100,272.05 | 04/12/23 | 05/01/23 | Y | |
| Acey Livestock, LLC | $102,351.77 | $0.00 | $102,351.77 | 04/17/23 | 05/12/23 | Y | |
| Barrett's Livestock Inc. | $96,862.41 | $0.00 | $96,862.41 | 03/30/23 | 04/21/23 | Y | |
| JoAnn & Keith Brooks d.b.a. Brooks Farms | $32,855.25 | $0.00 | $32,855.25 | 04/12/23 | 04/20/23 | Y | |
| JoAnn & Keith Brooks d.b.a. Brooks Farms | $141,260.26 | $0.00 | $141,260.26 | 04/05/23 | 04/20/23 | Y | NSF Check |
| Riley Livestock, Inc. | $431,020.97 | $0.00 | $431,020.97 | 04/03/23 | 04/20/23 | Y | NSF Check |
| Riley Livestock, Inc. | $28,056.55 | $0.00 | $28,056.55 | 04/14/23 | 04/20/23 | Y | |
| Riley Livestock, Inc. | $234,981.76 | $0.00 | $234,981.76 | 04/10/23 | 04/20/23 | Y | |
| **Totals** | **$2,687,968.77** | **$0.00** | **$2,687,968.77** | | | | |

USDA Agricultural Marketing Service, Fair Trade Practices Program
Packers & Stockyards Division

**Trust Claimant Contact Info**

ECM #
379830
AMS #
26789

| REGISTRANT/PACKER/SUBJECT ENTITY INFORMATION | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | McClain Farms Inc. | | | | | | | | | |
| Address | 824 Mullins Lane, Benton, KY 42025-4702 | | | | | | | | | |
| Contact Name | Glenn Karlberg, CFE | | | | | | | | | |
| Contact Phone # | (602) 315-1841 | | | | | | | | | |

| POTENTIAL CLAIMANT INFORMATION | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Name | Address | City | State | Zip | Telephone Number | Cell Number | Email | Fax Number | Date Claim Filed | Remarks |
| Acey Livestock, LLC | 211 Old Orchard Rd | Perryville | KY | 40468 | (859) 583-8083 | | lindaacey@yahoo.com | | 04/19/23 | |
| Acey Livestock, LLC | PO Box 663 | Mayfield | KY | 42066 | (270) 345-2302 | (270) 705-5111 | maryann@roseylivestock.com | | 04/20/23 | |
| Kyle Weldon, James D. Bradbury, LLC (Bradbury Counsel) | 201 Main Street, Suite 600 | Fort Worth | TX | 78759 | (817) 339-1105 | | Kyle@bradburycounsel.com | | 04/24/23 | Mr. Weldon is with the James D. Bradbury, PLLC Counsel and represents clients from Texas & Tennessee that have not been paid for livestock sold to McClain Farms, Inc. |
| JoAnn & Keith Brooks d.b.a. Brooks Farms | 4778 Albert Owens Road | South Fulton | TN | 38257 | (731) 796-1003 | (270) 627-1032 | brooks1943@gmail.com | fsterkbrooks2000@gmail.com | 04/20/23 | |
| Priest Cattle Company, Ltd | 899 Rosenthal Rd | Lorena | TX | 76655 | (254) 715-3191 | | cory.priest@gmail.com | | 04/20/23 | Priest Cattle Co is one of the clients represented by Kyle Weldon of James D. Bradbury, PLLC |
| Priest Victory Investment LLC | 201 Main Street, Suite 600 | Fort Worth | TX | 78759 | (254) 715-3191 | | cory.priest@gmail.com | | 04/20/23 | Priest Victory Investment is one of the clients represented by Kyle Weldon of James D. Bradbury, PLLC |
| Shaw & Shaw Farms Partnership LLC | 11605 NW 140th St | Alachua | FL | 32615 | (352) 538-2579 | | buckshaw63@gmail.com | | 04/21/23 | Shaw & Shaw did not receive NSF check until 4/14/2023, so claim is still timely. |
| Bar D Ranch Land & Cattle | 4459 S US Hwy 441 | Lake City | FL | 32025 | (386) 397-5445 | | Tanry.dicks@psooh.com | Kyle.dicks@psooh.com | 04/21/23 | Bar D Ranch did not receive NSF check until 4/13/2023, so claim is still timely. |
| Hines Cattle Company, LLC (Steven Hines) | 12609 NW 258th St | High Springs | FL | 32643 | (352) 258-5173 | | steven.hines@stamoo.com | | 04/21/23 | |
| Hines Farms, LLC (David Hines) | 1019 NE 90th Ave | High Springs | FL | 32643 | (352) 258-5170 | | david.hinesfarms@outlook.com | | 04/21/23 | Claim was split with Hines Farms, LLC below. |
| Starnes Cattle (Jeff Starnes) | 851 SW 6th Ave | Williston | FL | 32696 | (352) 317-6910 | | starnesfarms@gmail.com | | 04/21/23 | Starnes did not receive NSF check until 4/13/2023, so claim is still timely. |
| Barnett's Livestock Inc. | 251 W Laurens School Rd | Dublin | GA | 31021 | (478) 272-4949 | | barmsfh@outlook.com | | 04/21/23 | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart | 201 Main Street, Suite 600 | Fort Worth | TX | 78759 | (817) 339-1105 | | russell@mwar-trader.com | 71osstewart@gmail.com | 04/21/23 | Russell-Stewart is one of the clients represented by Kyle Weldon of James D. Bradbury, PLLC |
| Eddie Stewart | 201 Main Street, Suite 600 | Fort Worth | TX | 78759 | (817) 339-1105 | | 71osstewart@gmail.com | | 04/21/23 | Eddie Stewart is one of the clients represented by Kyle Weldon of James D. Bradbury, PLLC |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust | 201 Main Street, Suite 600 | Fort Worth | TX | 78759 | (817) 339-1105 | | russell@mwar-trader.com | Elizabeth (334) 701-1993 (daughter) | 05/04/23 | Robbie Russell Living Trust is one of the clients represented by Kyle Weldon of James D. Bradbury, PLLC |
| Scott Livestock Company | 10150 Hwy 47 | West Point | MS | 39773 | (334) 701-7112 | | scottlivestock1990@gahoo.com | | 04/24/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Dennis Buss | 403 E Grand | Tonkawa | OK | 74653 | (580) 628-0270 | | Dennisbuss@SBCGlobal.net | | 04/24/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Steve Reed | 4214 Tyazt Ct | Yukon | OK | 73099 | (405) 637-2323 | | wsreed1948@yahoo.com | | 04/24/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Rapp Ranch | 400 Smith Trail | Weatherford | TX | 76088 | (817) 296-8234 | | phil@rapcranch.com | | 04/24/23 | Represented by Eggleston King Davis LLP |
| 2B Farms (Terry "Bo" Robinson) | 9397 CR 3114 | Snyder | TX | 79549 | (325) 207-2794 | | bobeck5354@gmail.com | | 04/24/23 | |
| Amy & Craig Sutton | 1546 Cliff Creek Drive | Allen | TX | 75002 | (972) 658-6151 | | csutt@verizon.net | | 04/24/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Lyndal VanBuskirk | P.O. Box 778 | Ringling | OK | 73456 | (580) 490-6771 | | lanet.p@att.net | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Robert J. Spring | P.O. Box 2096 | Edmond | OK | 73083 | (405) 340-6811 | | robert@bmosic.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Janet VanBuskirk | P.O. Box 778 | Ringling | OK | 73456 | (580) 465-0041 | | janet.v@att.net | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Scarlet & Black Cattle, LLC (Colton Long) | 20221 Bergama Ct | Amarillo | TX | 79119 | (325) 340-0548 | | colton@sandcs70@yahoo.com | | 05/03/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Leah Gungoll | 3818 South Sangre Rd | Stillwater | OK | 74074 | (580) 548-6029 | | lgungoll@gungollcattle.com | | 05/03/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Gungoll Cattle, LLC (Bradley Gungoll) | 3818 South Sangre Rd | Stillwater | OK | 74074 | (580) 548-6029 | | bgungoll@gungollcattle.com | | 05/03/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| A.J. Jacques Living Trust | 4307 W. Deer Crossing Dr | Stillwater | OK | 74074 | (817) 368-2266 | | ajtibbs@tttbig.com | | 05/02/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Robert Gray | 348500 E 3700 Rd | Ralston | OK | 74650-5050 | (918) 225-9263 | | cjchaq45@gmail.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Ronnie Gray | 27 36th St, Hwy 18 | Fairfax | OK | 74637-5050 | (918) 440-2472 | | cjchaq45@gmail.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Ralph Reisz | 6062 Kelter Road | Owensboro | KY | 42301 | (270) 929-6105 | | | | 04/25/23 | |
| Janice E. Lawton | 912 S. 1st | Blackwell | OK | 74631 | (405) 747-4193 | | janicelawton@yahoo.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Jean Nix | P.O. Box 1527 | Mont Belvieu | TX | 77580 | (713) 823-4433 | | jeannix@verizon.net | | 04/25/23 | |
| Doug Finley | 3321 South Louisville | Tulsa | OK | 74135 | (918) 853-9667 | | dougfarms@finleybros.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Charles Lockwood | 307896 1920 Rd | Ringling | OK | 73456 | (580) 512-9550 | | clockwood@bankerrb.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Gray Brothers Cattle (Robert & Ronnie Gray) | 34650 E 3700 Rd | Ralston | OK | 74650-5050 | (918) 225-9263 | | rjchaq45@gmail.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Map Enterprises (Mike Gourley) | P.O. Box 10645 | Mayfield | KY | 42066 | (270) 705-6475 | | mike.gourley@brammacoenterprises.com | | 04/25/23 | |
| Rick Rodgers | P.O. Box 931 | Mayfield | KY | 42066 | (270) 339-2741 | | rickrod4707@gmail.com | | 04/25/23 | |
| Mykel Tidwell | 66 Lake Terry Drive | Mayfield | KY | 42066 | (270) 705-1141 | | mykel.tidwell@gmail.com | | 04/25/23 | |
| Terry Burnett | 210 Bethel Church Road | Melber | KY | 42069 | (270) 994-2478 | | | | 04/25/23 | |
| Flosy's Pole Barn Sales (John Tindal) | 3484 St Rt 45 | Mayfield | KY | 42066 | (270) 804-7966 | (270) 519-9518 | John@tindals@bsn.com | | 04/25/23 | |
| Jared Lesh | 10901 E Hwy 82 | Whitesboro | TX | 76273 | (405) 269-3487 | | jlesh01@windisol.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Jan & Gary Lesh | 14700 County Road 1590 | Paris | TX | 75462 | (405) 269-6187 | | garylesh@gmail.com | | 04/25/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| John Tidwell | 209 Duffers Lane | Mayfield | KY | 42066 | (270) 210-2556 | | john@weestand.day | | 04/25/23 | |
| Phillip Sullivan | 306 Neeley Rd | Mayfield | KY | 42066 | (270) 356-0790 | | Phils.17690@yahoo.com | | 04/25/23 | No supporting documentation & no transaction date given |
| Joe Burnett | 187 Peachtree Rd | Melber | KY | 42069 | (270) 536-3698 | | | | 04/25/23 | |
| Brent Burnett | 1612 Sandstone Rd | Mayfield | KY | 42066 | (270) 705-3244 | | | | 04/25/23 | |
| Eric DeJarnett | 1115 CR 1024 | Cunningham | KY | 42035 | (270) 727-1322 | | | | 04/25/23 | No street address given |
| Wildforest Cattle Company LLC | 1206 Paris Rd | Mayfield | KY | 42066 | (270) 705-4992 | | browny@att.net | | 04/25/23 | |
| Kinsey Jones | 30308 S. Carlson Rd | Reading | KS | 66868 | (620) 794-3634 | | curtisjonesfarms@gmail.com | | 04/26/23 | |
| Curtis Jones Farms | 1720 W 13th Ave | Emporia | KS | 66801 | (620) 340-7518 | | curtisjonesfarms@gmail.com | | 04/26/23 | |
| Don Jones Trucking, Inc. | 2434 Road Y | Reading | KS | 66868 | (620) 341-3115 | | curtisjonesfarms@gmail.com | | 04/26/23 | |
| Don Jones Farm, Inc. | 2434 Road Y | Reading | KS | 66868 | (620) 341-3115 | | curtisjonesfarms@gmail.com | | 04/26/23 | |
| Dora Blackman | 25335 N. Midwest Blvd | Orlando | OK | 73073 | (580) 222-0006 | | doracblackman@yahoo.com | | 04/26/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Eddie Bryant | 1000 Fox Bend Way | Prosper | TX | 75078 | (480) 861-2866 | | presavtx@aol.com | | 04/26/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Robert & Rachel Stewart | 1968 US Hwy 70 | East Brownsville | TN | 38012 | (210) 828-8900 | (210) 436-1297 | stewart@sbcglobal.com | (210) 804-2339 | 04/27/23 | Represented by Denise M. Umstead, Senior Paralegal, at Lane & Countryman, Attorneys at Law |
| Barry Phillips | 325 Pinewood Ln | Ridgeland | MS | 39157 | (731) 267-8912 | | barphilps68@gmail.com | | 04/27/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Drew Phillips | 71 Calumet Dr | Jackson | TN | 38305 | (203) 837-0280 | | dphilps@ledgebrook.com | | 04/27/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Robert Meyer | 1024 Old Mtn Schoolhouse Lane Number Two | Boalsburg | PA | 16827 | | | | | 04/27/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Ridgefield Capital Asset Management (RCAM) (Jim Giordano) | P.O. Box 389 | Ridgefield | CT | 06877 | (203) 837-0260 | | jgiordano@ridgefieldcap.com | | 04/27/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Thompson Diamond T Feeders, L.P. | 2648 CR 1A | Friona | TX | 79035 | (503) 949-5434 | (403) 999-3156 | tomd@bigfoot.com | | 04/27/23 | Represented by Jason LeBoeuf of Crenshaw, Dupree & Milam, L.L.P. |
| Audy Spell (University of Florida) | P.O. Box 110910 | Gainesville | FL | 32611 | (352) 294-1599 | (251) 656-6972 | spell@ufl.edu | | 05/02/23 | |
| Susan & Colby VanBuskirk | P.O. Box 778 | Ringling | OK | 73456 | (580) 662-2447 | | janet.v@att.net | | 04/28/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Dustin Johnson | 28081 Hwy 12 | McCool | MS | 39108 | (662) 312-6073 | | djcowtowner@gmail.com | | 04/28/23 | |
| Buss Family Trust (Edwin D. Buss) | 2226 Crooked Oak Dr | Shawnee | OK | 74804 | (405) 590-0718 | | ELBuss@msbanc.com | | 04/28/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Jace Harold | 650 FM 2163 | Cleveland | TX | 77327 | (832) 725-3115 | | jace.harold@gmail.com | | 05/01/23 | |
| Morrison Cattle, LLC (Jan Lesh) | 17 Private Rd 5030 | Canyon | TX | 79015 | (806) 676-5090 | | jlesh1971@gmail.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Lesh Family Trust (Jan Lesh) | 19700 County Road 200 | Perry | TX | 75077 | (806) 679-5090 | | jlesh1971@gmail.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Jordan Lesh, LLC | 10450 N. Perkins Road | Stillwater | OK | 74075 | (806) 470-5090 | | jlesh1971@gmail.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Joel Brookshire | 907 Redbord Road | Crosby | TX | 77532 | (281) 385-8541 | | joelbrookshire@hotmail.com | | 05/09/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Gene Brookshire Family, LP (Joel Brookshire) | 907 Redbord Road | Crosby | TX | 77532 | (281) 389-4117 | | joelbrookshire@hotmail.com | | 05/09/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Bryan Blackman | 4553 Tetas Street | Healdton | OK | 73438 | (806) 476-5090 | | retx@hotmail.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Steve T Scott Farms Inc | 10150 MS-47 | West Point | MS | 39773 | (334) 701-1993 | | scott.steve411@gmail.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Arnold Braun Trust | 4932 E. SR 70 | Grandview | IN | 47615 | (606) 670-4708 | | | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Robert Braun | 12307 E. Co Rd. 1160 N | Evansville | IN | 47531 | (606) 470-5090 | | retx@hotmail.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Jim Rimigar | P.O. Box 180 | Canyon | TX | 79015 | (806) 476-5090 | | retx@hotmail.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Cole Lockwood | P.O. Box 180 | Canyon | TX | 79015 | (806) 476-5090 | | retx@hotmail.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Sherle Lockwood | P.O. Box 180 | Canyon | TX | 79015 | (806) 476-5090 | | retx@hotmail.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Niklo Lockwood | P.O. Box 180 | Canyon | TX | 79015 | (806) 476-5090 | | retx@hotmail.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Jimmy Greer | 3209 Winthar Road | Murray | KY | 42071 | (270) 293-7970 | (270) 293-6067 | jgreer612@gmail.com | | 04/28/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| David Johnson | P.O. Box 180 | Canyon | TX | 79015 | (806) 476-5090 | | retx@hotmail.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| David Rainy | 69 CR 640 | Corinth | MS | 38834 | (662) 287-2875 | | raineyfarms@gmail.com | | 04/28/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Big Seven Capital Partners, LLC | 8609 Main Street, #101 | Cincinnati | OH | 45244 | (513) 265-3036 | | bjohnson@big7capital.com | | 05/01/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Open A Arena LLC | 8609 Main Street, #101 | Cincinnati | OH | 45244 | (513) 265-3036 | | dhum@big7capital.com | | 05/03/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Carraway Cattle, LLC | 8609 Main Street, #101 | Cincinnati | OH | 45244 | (513) 265-3036 | | bjcarraway@yahoo.com | | 05/03/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| OAO3 LLC | 8609 Main Street, #101 | Cincinnati | OH | 45244 | (513) 265-3036 | | dhum@big7capital.com | | 05/03/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Michael Evans | 155 Via Rd | Clovis | NM | 42031 | (270) 604-2607 | | mike.evans@... | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Garwood Cattle Co. (Justin Garwood) | 2538 Middleton Rd | Grapevine | TX | 76051 | (940) 390-2413 | | justingarwood@cattleman.com | | | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Stan E. Ayers, Jr. | 8200 Ross Rd | Rockford | OH | 45882 | (419) 203-5800 | | sayersjr@gmail.com | | 05/03/23 | Represented by Simmons Smith Brow PLLC and Sprouse Shrader Smith PLLC |
| Richard Carraway | 2427 Highway 51 South | Dyersburg | TN | 38024 | (731) 676-7603 | | rcc3@bellsouth.net | | 05/03/23 | Represented by Amber S. Miller of Crenshaw, Dupree & Milam, L.L.P. |
| Scott E. Stewart | 3767 Montclair Drive | Memphis | TN | 38111 | (731) 780-4386 | | scott.e.stewart1@gmail.com | | 05/03/23 | Claim through Muenster State Bank |
| Dufournay Cutting Horses (Ed Dufournay) | 820 CR 133 | Gainesville | TX | 76240 | (940) 231-5601 | | eddufournay@yahoo.com | | | Claim through Muenster State Bank |
| Morgan Thomason | 3242 N. County Road 3114 | Quitaque | TX | 79255 | (940) 447-6020 | | | | | |
| Justin Shriver | PO Box 22 | Morrison | OK | 73061 | (405) 762-1832 | | justin.shriver@yahoo.com | | 05/11/23 | |
| Kelfi Harper | 703 Worthen Cemetery Road | Benton | KY | 42025 | (270) 519-4415 | | kharper@... | | | |
| Natalie Mamus | 111 Post Oak Dr | Krugerville | TX | 76227 | (972) 533-5055 | | nsmarks1@yahoo.com | | 05/06/23 | |
| Justin Zeiber | | | | | | | | | | |
| Christopher Prince | 208 Urbana Dr | Blackwell | OK | 74631 | (405) 204-1621 | | cnprince@... | | 05/11/23 | |
| C. Heath Barnhart | 454 Daniels Lane | Buffalo | TX | 75831 | (580) 402-2502 | | cheath@... | | 05/11/23 | |
| Mark J. Reisz | 514 Americas Way, PMB 13812 | Box Elder | SD | 57719 | (270) 929-8712 | | mjreisz@... | | | |
| LFC Cattle | P.O. Box 5555 | Ringling | OK | 73456 | (580) 490-6771 | | lfccattle@... | | 05/08/23 | |
| Angela Robinson | 9012 County Road 3114 | Snyder | TX | 79549 | (325) 207-2840 | | | | | |
| John Hill | 10218 SW 49th Lane | Gainesville | FL | 32608 | (352) 215-2624 | | johnhill@... | | | |
| Larry Keith | | | | | | | | | | |
| TGF Ranch LLC (Tom Frith) | 1585 E. MTH Hwy | Gainesville | MI | 49046 | (806) 344-2109 | | | | | |
| Edward Lewis Dufournay | 820 CR 133 | Gainesville | TX | 76240 | (940) 231-5601 | | eddufournay@yahoo.com | | 05/11/23 | Claim through Muenster State Bank |
| Riata May Dufournay | 820 CR 133 | Gainesville | TX | 76240 | (940) 231-5601 | | eddufournay@yahoo.com | | 05/11/23 | Claim through Muenster State Bank |
| Cory Jesko | 3970 FM 1057 | Hereford | TX | 79045 | (806) 344-6113 | | | | 05/23/23 | |
| Dwight Jesko | 3970 FM 1057 | Hereford | TX | 79045 | (806) 344-2568 | | djesko@... | | 05/22/23 | |
| Producers Livestock Commission (Sonny Barthold) | 3501 Exchange Ave. 128 | Oklahoma City | OK | 73108 | (405) 305-4443 | (405) 601-0000 | sbarthold@... | (405) 815-3270 | 05/26/23 | |
| William A. Weddington | 3466 Hwy 70 East | Kingston | TN | 37763 | (865) 201-5501 | | waweddington@... | | 05/27/23 | |
| Nancy F. Weddington | 3466 Hwy 70 East | Kingston | TN | 38012 | (731) 780-4715 | | nweddington@... | | 05/27/23 | |
| Cameron Weddington | 40 Rainfield Road | Jackson | TN | 38305 | (731) 614-9330 | | cweddington@... | | 05/27/23 | |
| Kingdom Trust (James Mooney) | 5525 N. Hwy 190 | Dover | TN | 37058 | (931) 627-6013 | | | | | |
| Jay W Performance Horses (Weston Jay) | 650 FM 163 | Cleveland | TX | 77328 | (936) 346-1446 | | mostit@... | | 05/26/23 | |
| Johnny Performance Horses (Weston Rault) | 650 FM 163 | Cleveland | TX | 77328 | (936) 346-1446 | | brad@... | | 05/26/23 | |
| Richard Brad Carraway | 200 Rock Vista Run | Austin | TX | 78737 | (731) 676-7499 | | brad@... | | 05/26/23 | |

**The following Trust Claimant's are NOT listed as creditors of the bankruptcy estates.**

| Name | Address | City | State | Zip |
|------|---------|------|-------|-----|
| JoAnn & Keith Brooks d.b.a. Brooks Farms | 4778 Albert Owens Road | South Fulton | TN | 38257 |
| Starnes Cattle (Jeff Starnes) | 851 SW 6th Ave | Williston | FL | 32696 |
| Barrett's Livestock Inc. | 251 W Laurens School Rd | Dublin | GA | 31021 |
| Ralph Reisz | 4062 Keller Road | Owensboro | KY | 42301 |
| Jean Nix | P.O. Box 1527 | Mont Belvieu | TX | 77580 |
| Tindal Truck Sales (John Tindal) | 3484 State Route 45N | Mayfield | KY | 42066 |
| Audy Spell (University of Florida) | P.O. Box 110910 | Gainesville | FL | 32611 |
| Jace Harrold | 650 FM 163 | Cleveland | TX | 77327 |
| David Johnson | P.O. Box 180 | Canyon | TX | 79015 |
| DAC83 LLC | 2200 4th Ave #131 | Canyon | TX | 79015 |
| Dufurrena Cutting Horses (Ed Dufurrena) | 820 CR 133 | Gainesville | TX | 76240 |
| Morgan Perry & Codie Perry | 8242 N Main Street | Braman | OK | 74632 |
| Natalie Martus | 111 Post Oak Dr | Krugerville | TX | 76227 |
| Christopher Prince | 206 Urbana Dr | Blackwell | OK | 74631 |
| Job White | 10216 SW 49th Lane | Gainesville | FL | 32608 |
| Edward Lewis Dufurrena | 820 CR 133 | Gainesville | TX | 76240 |
| Rieta May Dufurrena | 820 CR 133 | Gainesville | TX | 76240 |
| Producers Livestock Commission (Sonny Barthold) | 2501 Exchange Ave. 128 | Oklahoma City | OK | 73108 |
| William A. Weddington | 3486 Hwy 70 East | Brownsville | TN | 38012 |
| Nancy F. Weddington | 3486 Hwy 70 East | Brownsville | TN | 38012 |
| Cameron Weddington | 40 Plainsfield Place | Jackson | TN | 38305 |
| Kingdom Trust (James Mccuan) | 6804 Poplar Corner Rd | Bells | TN | 38006 |

11605 NW 140 ST.
Aluchua , FL 32615-6435

2B Farms, a Texas General
Partnership, and T
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408-2547

2B Farms, Inc.
9012 County Rd. 3114
Snyder, TX 79549-1318

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

Acey Livestock, LLC
211 Old Orchard Road
Perryville, KY 40468-9782

Ag Texas Farm Credit Services
PO Box 50060
Amarillo, TX 79159-0060

AgTexas, PCA
2001 S. Soncy Road
Amarillo, TX 79124-2407

AJ JACQUES LIVING TRUST
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Amy Sutton
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Angela D. Robinson
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408-2547

Angela Powell
86 B Commerce Blvd.
Benton, KY 42025-1110

Arnold Braun of the Arnold Braun
Trust
4932 E. SR 70
Grandview, IN 47615-9620

Arnold Braun Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Atten: David L. LeBas
Naman Howell Smith & Lee
Attorneys at Law
8310 N. Capital of Texas Hwy
Ste 490
Austin, TX 78731-1081

Bar D Ranch Land & Cattle, LLC
4458 South US Highway 441
Lake City, FL 32025-0306

Big Seven Capital Partners LLC
200 Rock Vista Run
Austin, TX 78737-2843

Bo Robinson
9397 County Rd. 3114
Snyder, TX 79549-1379

Bryan Blackman
4553 Texas Street
Healdton, OK 73438-2906

Bryan Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

BUSS FAMILY TRUST
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

C Heart Ranch, LLC
454 Daniels Lane
Ardmore, OK 73401-5304

Cactus Operating LLC
Robert M Kettle, Agent
600 S. TYLER ST., SUITE 280
Amarillo, TX 79101-2353

Caleb Little
672 Nelson Trl.
Dexter, KY 42036-9402

Carl Pickett
524 Travis Street
Liberty, TX 77575

Carr, Riggs, & Ingram, LLC
2424 Louisiana Blvd. NW Suite 300
Albuquerque, NM 87110

Carraway Cattle
200 Rock Vista Run
Austin, TX 78737-2843

Caterpillar Financial Services
John R. Nelson
Dickinson Wright PLLC
221 N. Kansas St., Suite 200
El Paso, TX 79901-1443

Caterpillar Financial Services
Michelle D. Esparza
Dickinson Wright PLLC
221 N. Kansas St., Suite 2000
El Paso, TX 79901-1472

CATERPILLAR FINANCIAL SERVICES
CORPORATION
2120 WEST END AVENUE
NASHVILLE, TN 37203-5341

Caterpillar Financial Services
Corporation
c/o Dickinson Wright PLLC
Attention: John Nelson
607 W. 3rd Street, Ste. 2500
Austin, TX 78701-4713

Charles Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Chelsea Waters McClain
824 Mullins Lane
Benton, KY 42025-4702

Clint Quarles
Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601-8332

Cody L. Simmons
P.O. Box 180
Canyon, TX 79015-0180

Colby Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Cole Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Colton Long
2001 S. Soney Road
Amarillo, TX 79124-2407

COMMUNITY FINANCIAL SERVICES BANK
ATTN ATTN LOSS MITIGATION
P O BOX 467
BENTON, KY 42025-0467

Community Financial Services Bank
221 W 5th Street
Benton, KY 42025

Cory and Jeff Jesko
3970 FM 1057
Hereford, TX 79045-7322

Cory Don Priest
899 Rosenthal Road
Lorena, TX 76655-9665

Craig & Amy Sutton
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Crystal McClain
c/o Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42003-1530

Crystal McClain
824 Mullins Lane
Benton, KY 42025-4702

Curtis Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Curtis Jones Farms LLC
1720W. 13th Ave.
Emporia, KS 66801-5659

David Hines
12609 NW 298th St.
High Springs, FL 32643-4911

David Rainey
88 CR 640
Corinth, MS 38834

Death Creek Farms LLC
10150 Highway 47
West Point, MS 39773-4802

Dennis Buss
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Don Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Don Jones Farm, Inc.
2434 Road Y
Reading, KS 66868-9006

Don Jones Trucking, Inc.
2434 Road Y
Reading, KS 66868-9006

Dora Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Douglas C. Pritchett
19601 FM 1541
Canyon, TX 79015-6387

Douglas Finley
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Dr. Arnold Braun
4932 E. SR 70
Grandview, IN 47615-9620

Dustin Johnson
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Dwight and Patty Jesko
3970 FM 1057
Hereford, TX 79045-7322

Dwight Jesko
112 Rr 5/ 3970 FM 1057
Hereford, TX 79045

Eddie Bryant
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Eddie Stewart
1571 Upper Zion Road
Brownsville, TN 38012-8064

Eric DeJarnett
1115 County Road 1024
Cunningham, KY 42035-9309

Euler Hemes N. A. Insurance Co. as
Agent fo
800 Red Brook Blvd, #400C
Ownings Mills, MD 21117-5173

First Capital Bank of Texas
3900 Soncy Road
Amarillo, TX 79119-6673

First Kentucky Bank
C/O Tom Blankenship
PO Box 571
Blankenship & Edwards
Benton, KY 42025-0571

First Kentucky Bank, Inc.
605 Main Street
Benton, KY 42025-1236

Friona Industries
PO Box 15568
Amarillo, TX 79105-5568

Friona Industries, L.P.
500 S. Taylor Street, Suite 601
Amarillo, TX 79101-2447

FRONTIER FARM CREDIT
PO BOX 2409
OMAHA, NE 68103-2409

Frontier Farm Credit
2009 Vanesta Place
Manhattan, KS 66503

Garwood Cattle Company LLC
2538 Middleton Road
Columbiana, OH 44408-9550

Gary Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gene Brookshire Family, LP
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

GRAY BROTHERS
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

GUNGOLL CATTLE CO., LLC
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Hines Cattle Company, LLC
12609 NW 298th St.
High Springs, FL 32643-4911

Hines Farms, LLC
1019 NE 90th Ave.
High Springs, FL 32643-5121

J. Brent Burnett
1612 Sanderson Rd.
Mayfield, KY 42066-9108

Jake Rininger
2828 S. Co. Rd. 200 W.
Rockport, IN 47635-8252

Jan Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Janet Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

JANICE E. LAWHON
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Jared Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jared Wayne Lesh
10801 E. Highway 82
Whitesboro, TX 76273

Jed Goad
JLE Trucking, Inc.
PO Box 451
Red Boiling Springs, TN 37150-0451

Jim Rininger
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Jimmy D. Greer
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Joel Brookshire
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

John Dale Tidwell
209 Duffers Ln
Mayfield, KY 42066-1201

John Massouh
Sprouse Shrader Smith PLLC
Box 15008
Amarillo, TX 79105-5008

Jordan and Jan Lesh
10400 N. Perkins Road
Stillwater, OK 74075-1860

Jordan Lesh, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Julie Whitlock
P.O. Box 389
Mayfield, KY 42066-0029

Justin Stuever
P.O. Box 22
Morrison, OK 73061-0022

Keeling Cattle Feeders, Inc.
PO Box 1853
Hereford, TX 79045-1853

Keith Harris Farms, Inc.
703 Waller Cemetery Road
Benton, KY 42025-4770

Kenneth Netardus
P.O. Box 3280
Amarillo, TX 79116-3280

Kent David Ries
Kent Ries, Trustee
PO Box 3100
Amarillo, TX 79116-3100

Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601-8332

Kinsey Jones
30308 S. Carlson Rd.
Reading, KS 66868-9055

Kinsey Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Lazy J Arena, LLC 1419
W. 80th Street
Stillwater, OK 74074

Lazy J. Cattle 1515
W. 80th Street
Stillwater, OK 74074

Leah Gungoll
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Lesh Family Trust
19700 County Road 200
Perry, OK 73077-8530

Lesh Family Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Lesh Trucking
10400 N. Perkins Rd.
Stillwater, OK 74075-1860

Lyndal Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Lyndal Vanbuskirk
P.O. Box 778
Ringling, OK 73456-0778

MAP Enterprises Inc.
P.O. Box 1045
Mayfield, KY 42066-0041

MAP Enterprises, Inc.
c/o Jeff P Prostok
777 Main Street, Suite 1550
Fort Worth, TX 76102-5384

Mark J. Reisz
514 Americas Way #13812
Box Elder, SD 57719-7600

Max Ralph Tarbox
Tarbox Law, P.C.
2301 Broadway
Lubbock, TX 79401-2916

Meagan B. Goad
1775 Wadesboro Rd. S
Benton, KY 42025-4777

Meagan B. Powell
621 Mullins Ln.
Benton, KY 42025-4762

Mechanics Bank
18400 Von Karman Avenue
Suite 1100
Irvine, CA 92612-0517

MICHAEL & MIRANDA EVANS
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Michael Gourley
P.O. Box 1045
Mayfield, KY 42066-0041

Michael Johnson
Ray Quinney and Nebeker, P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84111-1451

Miranda Evans
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Morrison Cafe, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Mykel Linn Tidwell
66 Lake Terry Dr.
Mayfield, KY 42066-6982

Nikki Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Northland Capital Financial
Services, LL
P.O. Box 7278
Saint Cloud, MN 56302-7278

Northland Capital Financial
Services, LLC
c/o Jenkins & Kling, P.C.
150 N. Meramec Ave., Suite 400
St. Louis
St. Louis, MO 63105 United States

Northland Capital Financial
Services, LLC
333 33rd Ave South
St. Cloud, MN 56301-5495

Oklahoma AgCredit
601 East Kenosha
Broken Arrow, OK 74012-2002

Open A Arena LLC
14500 S. Fm 1258
Amarillo, TX 79118-4610

Patty Priest
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Cattle and Land Company,
Inc.
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Cattle Company, Ltd
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655-9665

Producers Credit Corporation
8351 N. High Street, Suite 250
Columbus, OH 43235-1440

Rabo Agrifinance LLC
1402 Technology Parkway
Cedar Falls, IA 50613

Rabo Agrifinance LLC
146.76 Outer 40 Road Ste. 400
Chesterfield, MO 63017

Rapp Ranch
400 Smith Trail
Weatherford, TX 76088-1606

Rick Rodgers
786 Sutton Ln.
Mayfield, KY 42066-6551

Riley Livestock
250 Brittian Lane
Mayfield, KY 42066-4617

Riley Livestock, Inc.
Attn: Mary Ann Hunter
P.O. Box 663
Mayfield, KY 42066-0033

Robbie Russell
414 Preston Drive
Brownsville, TN 38012-2468

Robert & Rachel Stewart
Lane & Countryman
1045 Cheever Blvd.
Ste. 103
San Antonio, TX 78217-6223

Robert Braun
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

ROBERT E. GRAY
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

ROBERT SPRING
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

RONNIE GRAY
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Samuel S. Brown
3430 St. Rt 45 S
Mayfield, KY 42066-6135

Scarlet & Black Cattle, LLC
5402 Walesa Court
Amarillo, TX 79119-6285

Scarlet and Black Cattle, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Scott Livestock Company, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Shaw & Shaw Farms Partnership, LLC
11605 NW 140 St.
Alachua, FL 32615-6435

SHERLE LOCKWOOD
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Sherman Trucking
2098 Symsonia Highway
Benton, KY 42025-5253

Spencer Clift
BAKER, DONELSON, BEARMAN, CALDWELL
& BER
165 Madison Ave.
Memphis, TN 38103-2799

Stanley Ayers
6200 Ross Rd.
Rockford, OH 45882-9523

STEVE RYAN
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Steve T Scott Farm, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Steve T. Scott Farms, Inc.
10150 Highway 47
West Point, MS 39773-4802

Steven Hines
12609 NW 298th St.
High Springs, FL 32643-4911

Steven L. Hoard
Mullin Hoard & Brown, LLP
500 S. Taylor79101,
Suite 800
Amarillo National Bank Plaza II
Amarillo, TX 79101

Susan Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Takeuchi Financial Services,
a program of Bank of the West
1625 West Fountainhead Parkway,
AZ-FTN-1
Temp e, AZ 85282-2371

Terry Burnett
210 Bethel Church Rd
Melber, KY 42069-8826

TGF Ranch
1585 E M-79 Hwy
Hastings, MI 49058-8895

Thomas C. Riney
Underwood Law Firm, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101-2446

Thorlakson Feedyards
273131 Rr 284
Airdrie, Alberta, T4A 0H4 Canada

Tom Blankenship
PO Box 571
909 Main Street
Benton, KY 42025-1425

Tom Thorlakson
2548 CR 15
Friona, TX 79035-7034

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

W. Heath Hendricks
UNDERWOOD LAW FIRM
500 S. Taylor Street Ste. 1200
Amarillo, TX 79101-2401

W. Robbie Russell Living Trust
414 Preston Drive
Brownsville, TN 38012-2468

Wildforest Cattle Company LLC
1206 Paris Road
Mayfield, KY 42066-4989

Wiley Russell Jr.
414 Preston Drive
Brownsville, TN 38012-2468

WJ Performance Horses, Inc.
524 Travis Street
Liberty, TX 77575-4824

AJ JACQUES LIVING TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Andrew Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

ARNOLD BRAUN TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Barry Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Big Seven Capital Partners LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

BJM Sales & Service
PO Box 1073
Hereford, TX 79045-1073

Bryan Blackman
4553 Texas Street
Healdton, OK 73438-2906

Cactus Feeders Finance LLC
PO Box 3050
Amarillo, TX 79116-3050

Canyon Rim Consulting, LLC
301 S Polk St., Ste 815
Amarillo, TX 79101-1408

Carraway Cattle, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Citizens Bank NA
c/o Brady Law Firm
6136 Frisco Square Blvd., Suite
400
Frisco, TX 75034-3251

COLBY VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Cory Don Priest
6010 East FM 597
Abernathy, TX 79311-5424

CRAIG SUTTON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

GARY LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

GENE BROOKSHIRE FAMILY, LP
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Heartland Co-op
2829 Westown Parkway, Suite 350
West Des Moines, IA 50266-1340

JAN LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JANET VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JARED LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Jared Lesh Cowhorses Inc.
10801 E. Highway 82
Whitesboro, TX 76273

Jimmy D. Greer
3209 Wrather Rd.
Murray, KY 42071-7417

Joe Burnett
187 Peachtree Rd
Melber, KY 42069-8824

JOEL BROOKSHIRE
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JORDAN LESH, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Kinsey Moreland
c/o Boerner, Dennis & Franklin
P.O. Box 1738
Lubbock, TX 79408-1738

LainFaulkner
400 N St. Paul, Ste 600
Dallas, TX 75201-6897

Lazy J Arena, LLC
1419 W. 80th Street
Stillwater, OK 74074-8164

LEAH GUNGOLL
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

LESH FAMILY TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

LYNDAL VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Meagan B. Goad
c/o Boerner, Dennis & Franklin
P.O. Box 1738
Lubbock, TX 79408-1738

MIRANDA EVANS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

MORRISON CAF LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Philip E. Rapp
Eggleston King Davis, LLP
102 Houston Avenue, Suite 300
Weatherford, TX 76086-4369

Priest Cattle and Land Company,
Inc.
6010 East FM 597
Abernathy, TX 79311-5424

Priest Victory Investment LLC
6010 East FM 597
Abernathy, TX 79311-5424

Purina Animal Nutrition LLC
4001 Lexington Avenue North
Arden Hills, MN 55126-2998

Quilling, Selander, Lownds,
Winslet & Moser
2001 Bryan Street, Ste 1800
Dallas, TX 75201-3070

Richard Carraway
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Ridgefield Capital Group, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

ROBERT BRAUN
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Robert Ellis
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

RONNIE GRAY
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

SCARLET AND BLACK CATTLE, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Scott Stewart
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

STEVE T SCOTT FARM, INC.
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

SUSAN VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180