Kent Ries, Attorney at Law
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| MCCLAIN FEED YARD, INC., et al.,[1] § | CASE NO. 23-20084-RLJ-7 |
| § | |
| § | |
| Debtors. § | Jointly Administered |

## MOTION FOR STATUS CONFERENCE ON TRUSTEE'S NOTICE OF USDA APPROVED TRUST CLAIMS

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

Comes now, Kent Ries, Trustee, Trustee of the above referenced bankruptcy estate, and files this his Motion for Status Conference on Trustee's Notice of USDA Approved Trust Claims (the "Notice"), and respectfully shows the Court as follows:

1. On April 28, 2023, the Debtors commenced these Chapter 7 cases by each filing voluntary petitions for relief under Chapter 7 of the Bankruptcy Code. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estate.

2. Today the Trustee filed his Notice of USDA Approved Trust Claims (the "Notice"). The Trustee has served this Motion concurrently with the Notice.

3. The Trustee hereby requests that a conference hearing on the Notice be set for Wednesday October 11, 2023, at 1:30 p.m.

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

4.　　The Trustee's request for a status conference is twofold.  First, the Trustee wishes to outline for the Court and all the parties in these bankruptcy cases and the USDA trust claimants the issues relating to the USDA Dealer Trust Act and their effect on the bankruptcy cases.  Second, the Trustee wishes to outline proposed processes for the determination of the USDA Trust claims and Trust assets and elicit comments from the parties on same.

　　WHEREFORE, PREMISES CONSIDERED, Kent Ries, Trustee herein, respectfully prays for an Order of this Court allowing the Motion for Status Conference on Trustee's Notice of USDA Approved Trust Claims as described above, and for such other relief, at law or in equity, to which the Trustee may show himself justly entitled.

Respectfully submitted,

Kent Ries, Attorney at Law
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440-Fax

By: /s/ Kent Ries
　　Kent Ries
　　State Bar No. 16914050
　　COUNSEL FOR TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of September 2023, a true and correct copy of the above and foregoing document was sent electronically to the parties on ECF and mailed to all the other parties listed on the attached matrix by the 26th of September 2023.

/s/ Kent Ries
Kent Ries, Trustee

**The following Trust Claimant's are NOT listed as creditors of the bankruptcy estates.**

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| JoAnn & Keith Brooks d.b.a. Brooks Farms | 4778 Albert Owens Road | South Fulton | TN | 38257 |
| Starnes Cattle (Jeff Starnes) | 851 SW 6th Ave | Williston | FL | 32696 |
| Barrett's Livestock Inc. | 251 W Laurens School Rd | Dublin | GA | 31021 |
| Ralph Reisz | 4062 Keller Road | Owensboro | KY | 42301 |
| Jean Nix | P.O. Box 1527 | Mont Belvieu | TX | 77580 |
| Tindal Truck Sales (John Tindal) | 3484 State Route 45N | Mayfield | KY | 42066 |
| Audy Spell (University of Florida) | P.O. Box 110910 | Gainesville | FL | 32611 |
| Jace Harrold | 650 FM 163 | Cleveland | TX | 77327 |
| David Johnson | P.O. Box 180 | Canyon | TX | 79015 |
| DAC83 LLC | 2200 4th Ave #131 | Canyon | TX | 79015 |
| Dufurrena Cutting Horses (Ed Dufurrena) | 820 CR 133 | Gainesville | TX | 76240 |
| Morgan Perry & Codie Perry | 8242 N Main Street | Braman | OK | 74632 |
| Natalie Martus | 111 Post Oak Dr | Krugerville | TX | 76227 |
| Christopher Prince | 206 Urbana Dr | Blackwell | OK | 74631 |
| Job White | 10216 SW 49th Lane | Gainesville | FL | 32608 |
| Edward Lewis Dufurrena | 820 CR 133 | Gainesville | TX | 76240 |
| Rieta May Dufurrena | 820 CR 133 | Gainesville | TX | 76240 |
| Producers Livestock Commission (Sonny Barthold) | 2501 Exchange Ave. 128 | Oklahoma City | OK | 73108 |
| William A. Weddington | 3486 Hwy 70 East | Brownsville | TN | 38012 |
| Nancy F. Weddington | 3486 Hwy 70 East | Brownsville | TN | 38012 |
| Cameron Weddington | 40 Plainsfield Place | Jackson | TN | 38305 |
| Kingdom Trust (James Mccuan) | 6804 Poplar Corner Rd | Bells | TN | 38006 |

11605 NW 140 ST.
Aluchua , FL 32615-6435

2B Farms, a Texas General
Partnership, and T
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408-2547

2B Farms, Inc.
9012 County Rd. 3114
Snyder, TX 79549-1318

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

Acey Livestock, LLC
211 Old Orchard Road
Perryville, KY 40468-9782

Ag Texas Farm Credit Services
PO Box 50060
Amarillo, TX 79159-0060

AgTexas, PCA
2001 S. Soncy Road
Amarillo, TX 79124-2407

AJ JACQUES LIVING TRUST
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Amy Sutton
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Angela D. Robinson
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408-2547

Angela Powell
86 B Commerce Blvd.
Benton, KY 42025-1110

Arnold Braun of the Arnold Braun
Trust
4932 E. SR 70
Grandview, IN 47615-9620

Arnold Braun Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Atten: David L. LeBas
Naman Howell Smith & Lee
Attorneys at Law
8310 N. Capital of Texas Hwy
Ste 490
Austin, TX 78731-1081

Bar D Ranch Land & Cattle, LLC
4458 South US Highway 441
Lake City, FL 32025-0306

Big Seven Capital Partners LLC
200 Rock Vista Run
Austin, TX 78737-2843

Bo Robinson
9397 County Rd. 3114
Snyder, TX 79549-1379

Bryan Blackman
4553 Texas Street
Healdton, OK 73438-2906

Bryan Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

BUSS FAMILY TRUST
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

C Heart Ranch, LLC
454 Daniels Lane
Ardmore, OK 73401-5304

Cactus Operating LLC
Robert M Kettle, Agent
600 S. TYLER ST., SUITE 280
Amarillo, TX 79101-2353

Caleb Little
672 Nelson Trl.
Dexter, KY 42036-9402

Carl Pickett
524 Travis Street
Liberty, TX 77575

Carr, Riggs, & Ingram, LLC
2424 Louisiana Blvd. NW Suite 300
Albuquerque, NM 87110

Carraway Cattle
200 Rock Vista Run
Austin, TX 78737-2843

Caterpillar Financial Services
John R. Nelson
Dickinson Wright PLLC
221 N. Kansas St., Suite 200
El Paso, TX 79901-1443

Caterpillar Financial Services
Michelle D. Esparza
Dickinson Wright PLLC
221 N. Kansas St., Suite 2000
El Paso, TX 79901-1472

CATERPILLAR FINANCIAL SERVICES
CORPORATION
2120 WEST END AVENUE
NASHVILLE, TN 37203-5341

Caterpillar Financial Services
Corporation
c/o Dickinson Wright PLLC
Attention: John Nelson
607 W. 3rd Street, Ste. 2500
Austin, TX 78701-4713

Charles Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Chelsea Waters McClain
824 Mullins Lane
Benton, KY 42025-4702

Clint Quarles
Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601-8332

Cody L. Simmons
P.O. Box 180
Canyon, TX 79015-0180

Colby Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Cole Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Colton Long
2001 S. Soney Road
Amarillo, TX 79124-2407

COMMUNITY FINANCIAL SERVICES BANK
ATTN ATTN LOSS MITIGATION
P O BOX 467
BENTON, KY 42025-0467

Community Financial Services Bank
221 W 5th Street
Benton, KY 42025

Cory and Jeff Jesko
3970 FM 1057
Hereford, TX 79045-7322

Cory Don Priest
899 Rosenthal Road
Lorena, TX 76655-9665

Craig & Amy Sutton
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Crystal McClain
c/o Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42003-1530

Crystal McClain
824 Mullins Lane
Benton, KY 42025-4702

Curtis Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Curtis Jones Farms LLC
1720W. 13th Ave.
Emporia, KS 66801-5659

David Hines
12609 NW 298th St.
High Springs, FL 32643-4911

David Rainey
88 CR 640
Corinth, MS 38834

Death Creek Farms LLC
10150 Highway 47
West Point, MS 39773-4802

Dennis Buss
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Don Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Don Jones Farm, Inc.
2434 Road Y
Reading, KS 66868-9006

Don Jones Trucking, Inc.
2434 Road Y
Reading, KS 66868-9006

Dora Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Douglas C. Pritchett
19601 FM 1541
Canyon, TX 79015-6387

Douglas Finley
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Dr. Arnold Braun
4932 E. SR 70
Grandview, IN 47615-9620

Dustin Johnson
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Dwight and Patty Jesko
3970 FM 1057
Hereford, TX 79045-7322

Dwight Jesko
112 Rr 5/ 3970 FM 1057
Hereford, TX 79045

Eddie Bryant
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Eddie Stewart
1571 Upper Zion Road
Brownsville, TN 38012-8064

Eric DeJarnett
1115 County Road 1024
Cunningham, KY 42035-9309

Euler Hemes N. A. Insurance Co. as Agent fo
800 Red Brook Blvd, #400C
Ownings Mills, MD 21117-5173

First Capital Bank of Texas
3900 Soncy Road
Amarillo, TX 79119-6673

First Kentucky Bank
C/O Tom Blankenship
PO Box 571
Blankenship & Edwards
Benton, KY 42025-0571

First Kentucky Bank, Inc.
605 Main Street
Benton, KY 42025-1236

Friona Industries
PO Box 15568
Amarillo, TX 79105-5568

Friona Industries, L.P.
500 S. Taylor Street, Suite 601
Amarillo, TX 79101-2447

FRONTIER FARM CREDIT
PO BOX 2409
OMAHA, NE 68103-2409

Frontier Farm Credit
2009 Vanesta Place
Manhattan, KS 66503

Garwood Cattle Company LLC
2538 Middleton Road
Columbiana, OH 44408-9550

Gary Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gene Brookshire Family, LP
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

GRAY BROTHERS
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

GUNGOLL CATTLE CO., LLC
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Hines Cattle Company, LLC
12609 NW 298th St.
High Springs, FL 32643-4911

Hines Farms, LLC
1019 NE 90th Ave.
High Springs, FL 32643-5121

J. Brent Burnett
1612 Sanderson Rd.
Mayfield, KY 42066-9108

Jake Rininger
2828 S. Co. Rd. 200 W.
Rockport, IN 47635-8252

Jan Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Janet Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

JANICE E. LAWHON
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Jared Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jared Wayne Lesh
10801 E. Highway 82
Whitesboro, TX 76273

Jed Goad
JLE Trucking, Inc.
PO Box 451
Red Boiling Springs, TN 37150-0451

Jim Rininger
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Jimmy D. Greer
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Joel Brookshire
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

John Dale Tidwell
209 Duffers Ln
Mayfield, KY 42066-1201

```
John Massouh                        Jordan and Jan Lesh              Jordan Lesh, LLC
Sprouse Shrader Smith PLLC          10400 N. Perkins Road             c/o John Massouh
Box 15008                           Stillwater, OK 74075-1860         PO Box 15008
Amarillo, TX 79105-5008                                               Amarillo, TX 79105-5008


Julie Whitlock                      Justin Stuever                    Keeling Cattle Feeders, Inc.
P.O. Box 389                        P.O. Box 22                       PO Box 1853
Mayfield, KY 42066-0029             Morrison, OK 73061-0022           Hereford, TX 79045-1853


                                                                      Kent David Ries
Keith Harris Farms, Inc.            Kenneth Netardus                  Kent Ries, Trustee
703 Waller Cemetery Road            P.O. Box 3280                     PO Box 3100
Benton, KY 42025-4770               Amarillo, TX 79116-3280           Amarillo, TX 79116-3100


Kentucky Department of Agriculture  Kinsey Jones                      Kinsey Jones
105 Corporate Drive                 30308 S. Carlson Rd.              1720 W. 13th Ave.
Frankfort, KY 40601-8332            Reading, KS 66868-9055            Emporia, KS 66801-5659


                                                                      Leah Gungoll
Lazy J Arena, LLC 1419              Lazy J. Cattle 1515               c/o John Massouh
W. 80th Street                      W. 80th Street                    PO Box 15008
Stillwater, OK 74074                Stillwater, OK 74074              Amarillo, TX 79105-5008


                                    Lesh Family Trust
Lesh Family Trust                   c/o John Massouh                  Lesh Trucking
19700 County Road 200               PO Box 15008                      10400 N. Perkins Rd.
Perry, OK 73077-8530                Amarillo, TX 79105-5008           Stillwater, OK 74075-1860


Lyndal Van Buskirk
c/o John Massouh                    Lyndal Vanbuskirk                 MAP Enterprises Inc.
PO Box 15008                        P.O. Box 778                      P.O. Box 1045
Amarillo, TX 79105-5008             Ringling, OK 73456-0778           Mayfield, KY 42066-0041


MAP Enterprises, Inc.
c/o Jeff P Prostok                  Mark J. Reisz                     Max Ralph Tarbox
777 Main Street, Suite 1550         514 Americas Way #13812           Tarbox Law, P.C.
Fort Worth, TX 76102-5384           Box Elder, SD 57719-7600          2301 Broadway
                                                                      Lubbock, TX 79401-2916


                                                                      Mechanics Bank
Meagan B. Goad                      Meagan B. Powell                  18400 Von Karman Avenue
1775 Wadesboro Rd. S                621 Mullins Ln.                   Suite 1100
Benton, KY 42025-4777               Benton, KY 42025-4762             Irvine, CA 92612-0517


MICHAEL & MIRANDA EVANS                                               Michael Johnson
C/O JOHN MASSOUH                    Michael Gourley                   Ray Quinney and Nebeker, P.C.
PO BOX 15008                        P.O. Box 1045                     36 South State Street
AMARILLO, TX 79105-5008             Mayfield, KY 42066-0041           Suite 1400
                                                                      Salt Lake City, UT 84111-1451
```

Miranda Evans
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Morrison Cafe, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Mykel Linn Tidwell
66 Lake Terry Dr.
Mayfield, KY 42066-6982

Nikki Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Northland Capital Financial
Services, LL
P.O. Box 7278
Saint Cloud, MN 56302-7278

Northland Capital Financial
Services, LLC
c/o Jenkins & Kling, P.C.
150 N. Meramec Ave., Suite 400
St. Louis
St. Louis, MO 63105 United States

Northland Capital Financial
Services, LLC
333 33rd Ave South
St. Cloud, MN 56301-5495

Oklahoma AgCredit
601 East Kenosha
Broken Arrow, OK 74012-2002

Open A Arena LLC
14500 S. Fm 1258
Amarillo, TX 79118-4610

Patty Priest
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Cattle and Land Company,
Inc.
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Cattle Company, Ltd
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655-9665

Producers Credit Corporation
8351 N. High Street, Suite 250
Columbus, OH 43235-1440

Rabo Agrifinance LLC
1402 Technology Parkway
Cedar Falls, IA 50613

Rabo Agrifinance LLC
146.76 Outer 40 Road Ste. 400
Chesterfield, MO 63017

Rapp Ranch
400 Smith Trail
Weatherford, TX 76088-1606

Rick Rodgers
786 Sutton Ln.
Mayfield, KY 42066-6551

Riley Livestock
250 Brittian Lane
Mayfield, KY 42066-4617

Riley Livestock, Inc.
Attn: Mary Ann Hunter
P.O. Box 663
Mayfield, KY 42066-0033

Robbie Russell
414 Preston Drive
Brownsville, TN 38012-2468

Robert & Rachel Stewart
Lane & Countryman
1045 Cheever Blvd.
Ste. 103
San Antonio, TX 78217-6223

Robert Braun
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

ROBERT E. GRAY
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

ROBERT SPRING
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

RONNIE GRAY
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Samuel S. Brown
3430 St. Rt 45 S
Mayfield, KY 42066-6135

Scarlet & Black Cattle, LLC
5402 Walesa Court
Amarillo, TX 79119-6285

Scarlet and Black Cattle, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Scott Livestock Company, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

```
Shaw & Shaw Farms Partnership, LLC      SHERLE LOCKWOOD                         Sherman Trucking
11605 NW 140 St.                        C/O JOHN MASSOUH                        2098 Symsonia Highway
Alachua, FL 32615-6435                  PO BOX 15008                            Benton, KY 42025-5253
                                        AMARILLO, TX 79105-5008


Spencer Clift                                                                   STEVE RYAN
BAKER, DONELSON, BEARMAN, CALDWELL       Stanley Ayers                          C/O JOHN MASSOUH
& BER                                    6200 Ross Rd.                          PO BOX 15008
165 Madison Ave.                         Rockford, OH 45882-9523                AMARILLO, TX 79105-5008
Memphis, TN 38103-2799


Steve T Scott Farm, Inc.                 Steve T. Scott Farms, Inc.             Steven Hines
c/o John Massouh                         10150 Highway 47                       12609 NW 298th St.
PO Box 15008                             West Point, MS 39773-4802              High Springs, FL 32643-4911
Amarillo, TX 79105-5008


Steven L. Hoard                                                                 Takeuchi Financial Services,
Mullin Hoard & Brown, LLP                Susan Van Buskirk                      a program of Bank of the West
500 S. Taylor79101,                      c/o John Massouh                       1625 West Fountainhead Parkway,
Suite 800                                PO Box 15008                           AZ-FTN-1
Amarillo National Bank Plaza II          Amarillo, TX 79105-5008                Temp e, AZ 85282-2371
Amarillo, TX 79101


Terry Burnett                            TGF Ranch                              Thomas C. Riney
210 Bethel Church Rd                     1585 E M-79 Hwy                        Underwood Law Firm, P.C.
Melber, KY 42069-8826                    Hastings, MI 49058-8895                500 S. Taylor, Suite 1200
                                                                                Amarillo, TX 79101-2446


                                         Tom Blankenship
Thorlakson Feedyards                     PO Box 571                             Tom Thorlakson
273131 Rr 284                            909 Main Street                        2548 CR 15
Airdrie, Alberta, T4A 0H4 Canada         Benton, KY 42025-1425                  Friona, TX 79035-7034


United States Trustee                    W. Heath Hendricks                     W. Robbie Russell Living Trust
1100 Commerce Street                     UNDERWOOD LAW FIRM                     414 Preston Drive
Room 976                                 500 S. Taylor Street Ste. 1200         Brownsville, TN 38012-2468
Dallas, TX 75242-0996                    Amarillo, TX 79101-2401


Wildforest Cattle Company LLC            Wiley Russell Jr.                      WJ Performance Horses, Inc.
1206 Paris Road                          414 Preston Drive                      524 Travis Street
Mayfield, KY 42066-4989                  Brownsville, TN 38012-2468             Liberty, TX 77575-4824
```

AJ JACQUES LIVING TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Andrew Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

ARNOLD BRAUN TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Barry Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Big Seven Capital Partners LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

BJM Sales & Service
PO Box 1073
Hereford, TX 79045-1073

Bryan Blackman
4553 Texas Street
Healdton, OK 73438-2906

Cactus Feeders Finance LLC
PO Box 3050
Amarillo, TX 79116-3050

Canyon Rim Consulting, LLC
301 S Polk St., Ste 815
Amarillo, TX 79101-1408

Carraway Cattle, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Citizens Bank NA
c/o Brady Law Firm
6136 Frisco Square Blvd., Suite 400
Frisco, TX 75034-3251

COLBY VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Cory Don Priest
6010 East FM 597
Abernathy, TX 79311-5424

CRAIG SUTTON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

GARY LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

GENE BROOKSHIRE FAMILY, LP
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Heartland Co-op
2829 Westown Parkway, Suite 350
West Des Moines, IA 50266-1340

JAN LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JANET VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JARED LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Jared Lesh Cowhorses Inc.
10801 E. Highway 82
Whitesboro, TX 76273

Jimmy D. Greer
3209 Wrather Rd.
Murray, KY 42071-7417

Joe Burnett
187 Peachtree Rd
Melber, KY 42069-8824

JOEL BROOKSHIRE
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JORDAN LESH, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Kinsey Moreland
c/o Boerner, Dennis & Franklin
P.O. Box 1738
Lubbock, TX 79408-1738

LainFaulkner
400 N St. Paul, Ste 600
Dallas, TX 75201-6897

Lazy J Arena, LLC
1419 W. 80th Street
Stillwater, OK 74074-8164

LEAH GUNGOLL
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

LESH FAMILY TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

LYNDAL VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Meagan B. Goad
c/o Boerner, Dennis & Franklin
P.O. Box 1738
Lubbock, TX 79408-1738

MIRANDA EVANS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

MORRISON CAF LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Philip E. Rapp
Eggleston King Davis, LLP
102 Houston Avenue, Suite 300
Weatherford, TX 76086-4369

Priest Cattle and Land Company, Inc.
6010 East FM 597
Abernathy, TX 79311-5424

Priest Victory Investment LLC
6010 East FM 597
Abernathy, TX 79311-5424

Purina Animal Nutrition LLC
4001 Lexington Avenue North
Arden Hills, MN 55126-2998

Quilling, Selander, Lownds, Winslet & Moser
2001 Bryan Street, Ste 1800
Dallas, TX 75201-3070

Richard Carraway
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Ridgefield Capital Group, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

ROBERT BRAUN
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Robert Ellis
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

RONNIE GRAY
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

SCARLET AND BLACK CATTLE, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Scott Stewart
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

STEVE T SCOTT FARM, INC.
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

SUSAN VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180