Kent Ries, Attorney at Law
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

## MOTION FOR STATUS CONFERENCE ON TRUSTEE'S NOTICE OF USDA APPROVED TRUST CLAIMS

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

Comes now, Kent Ries, Trustee, Trustee of the above referenced bankruptcy estate, and files this his Motion for Status Conference on Trustee's Notice of USDA Approved Trust Claims (the "Notice"), and respectfully shows the Court as follows:

1. On April 28, 2023, the Debtors commenced these Chapter 7 cases by each filing voluntary petitions for relief under Chapter 7 of the Bankruptcy Code. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estate.

2. Today the Trustee filed his Notice of USDA Approved Trust Claims (the "Notice"). The Trustee has served this Motion concurrently with the Notice.

3. The Trustee hereby requests that a conference hearing on the Notice be set for Wednesday October 11, 2023, at 1:30 p.m.

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

MOTION FOR STATUS CONFERENCE ON TRUSTEE'S NOTICE OF USDA APPROVED TRUST CLAIMS - PAGE 1

4. The Trustee's request for a status conference is twofold. First, the Trustee wishes to outline for the Court and all the parties in these bankruptcy cases and the USDA trust claimants the issues relating to the USDA Dealer Trust Act and their effect on the bankruptcy cases. Second, the Trustee wishes to outline proposed processes for the determination of the USDA Trust claims and Trust assets and elicit comments from the parties on same.

WHEREFORE, PREMISES CONSIDERED, Kent Ries, Trustee herein, respectfully prays for an Order of this Court allowing the Motion for Status Conference on Trustee's Notice of USDA Approved Trust Claims as described above, and for such other relief, at law or in equity, to which the Trustee may show himself justly entitled.

Respectfully submitted,

Kent Ries, Attorney at Law
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440-Fax

By: /s/ Kent Ries
    Kent Ries
    State Bar No. 16914050
COUNSEL FOR TRUSTEE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of September 2023, a true and correct copy of the above and foregoing document was sent electronically to the parties on ECF and mailed to all the other parties listed on the attached matrix by the 26th of September 2023.

/s/ Kent Ries
Kent Ries, Trustee

**The following Trust Claimant's are NOT listed as creditors of the bankruptcy estates.**

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| JoAnn & Keith Brooks d.b.a. Brooks Farms | 4778 Albert Owens Road | South Fulton | TN | 38257 |
| Starnes Cattle (Jeff Starnes) | 851 SW 6th Ave | Williston | FL | 32696 |
| Barrett's Livestock Inc. | 251 W Laurens School Rd | Dublin | GA | 31021 |
| Ralph Reisz | 4062 Keller Road | Owensboro | KY | 42301 |
| Jean Nix | P.O. Box 1527 | Mont Belvieu | TX | 77580 |
| Tindal Truck Sales (John Tindal) | 3484 State Route 45N | Mayfield | KY | 42066 |
| Audy Spell (University of Florida) | P.O. Box 110910 | Gainesville | FL | 32611 |
| Jace Harrold | 650 FM 163 | Cleveland | TX | 77327 |
| David Johnson | P.O. Box 180 | Canyon | TX | 79015 |
| DAC83 LLC | 2200 4th Ave #131 | Canyon | TX | 79015 |
| Dufurrena Cutting Horses (Ed Dufurrena) | 820 CR 133 | Gainesville | TX | 76240 |
| Morgan Perry & Codie Perry | 8242 N Main Street | Braman | OK | 74632 |
| Natalie Martus | 111 Post Oak Dr | Krugerville | TX | 76227 |
| Christopher Prince | 206 Urbana Dr | Blackwell | OK | 74631 |
| Job White | 10216 SW 49th Lane | Gainesville | FL | 32608 |
| Edward Lewis Dufurrena | 820 CR 133 | Gainesville | TX | 76240 |
| Rieta May Dufurrena | 820 CR 133 | Gainesville | TX | 76240 |
| Producers Livestock Commission (Sonny Barthold) | 2501 Exchange Ave. 128 | Oklahoma City | OK | 73108 |
| William A. Weddington | 3486 Hwy 70 East | Brownsville | TN | 38012 |
| Nancy F. Weddington | 3486 Hwy 70 East | Brownsville | TN | 38012 |
| Cameron Weddington | 40 Plainsfield Place | Jackson | TN | 38305 |
| Kingdom Trust (James Mccuan) | 6804 Poplar Corner Rd | Bells | TN | 38006 |

11605 NW 140 ST.
Aluchua , FL 32615-6435

2B Farms, a Texas General
Partnership, and T
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408-2547

2B Farms, Inc.
9012 County Rd. 3114
Snyder, TX 79549-1318


306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

Acey Livestock, LLC
211 Old Orchard Road
Perryville, KY 40468-9782

Ag Texas Farm Credit Services
PO Box 50060
Amarillo, TX 79159-0060


AgTexas, PCA
2001 S. Soncy Road
Amarillo, TX 79124-2407

AJ JACQUES LIVING TRUST
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Amy Sutton
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008


Angela D. Robinson
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408-2547

Angela Powell
86 B Commerce Blvd.
Benton, KY 42025-1110

Arnold Braun of the Arnold Braun
Trust
4932 E. SR 70
Grandview, IN 47615-9620


Arnold Braun Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Atten: David L. LeBas
Naman Howell Smith & Lee
Attorneys at Law
8310 N. Capital of Texas Hwy
Ste 490
Austin, TX 78731-1081

Bar D Ranch Land & Cattle, LLC
4458 South US Highway 441
Lake City, FL 32025-0306


Big Seven Capital Partners LLC
200 Rock Vista Run
Austin, TX 78737-2843

Bo Robinson
9397 County Rd. 3114
Snyder, TX 79549-1379

Bryan Blackman
4553 Texas Street
Healdton, OK 73438-2906


Bryan Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

BUSS FAMILY TRUST
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

C Heart Ranch, LLC
454 Daniels Lane
Ardmore, OK 73401-5304


Cactus Operating LLC
Robert M Kettle, Agent
600 S. TYLER ST., SUITE 280
Amarillo, TX 79101-2353

Caleb Little
672 Nelson Trl.
Dexter, KY 42036-9402

Carl Pickett
524 Travis Street
Liberty, TX 77575


Carr, Riggs, & Ingram, LLC
2424 Louisiana Blvd. NW Suite 300
Albuquerque, NM 87110

Carraway Cattle
200 Rock Vista Run
Austin, TX 78737-2843

Caterpillar Financial Services
John R. Nelson
Dickinson Wright PLLC
221 N. Kansas St., Suite 200
El Paso, TX 79901-1443


Caterpillar Financial Services
Michelle D. Esparza
Dickinson Wright PLLC
221 N. Kansas St., Suite 2000
El Paso, TX 79901-1472

CATERPILLAR FINANCIAL SERVICES
CORPORATION
2120 WEST END AVENUE
NASHVILLE, TN 37203-5341

Caterpillar Financial Services
Corporation
c/o Dickinson Wright PLLC
Attention: John Nelson
607 W. 3rd Street, Ste. 2500
Austin, TX 78701-4713

| | | |
|---|---|---|
| Charles Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Chelsea Waters McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 | Clint Quarles<br>Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 |
| Cody L. Simmons<br>P.O. Box 180<br>Canyon, TX 79015-0180 | Colby Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Cole Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Colton Long<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 | COMMUNITY FINANCIAL SERVICES BANK<br>ATTN ATTN LOSS MITIGATION<br>P O BOX 467<br>BENTON, KY 42025-0467 | Community Financial Services Bank<br>221 W 5th Street<br>Benton, KY 42025 |
| Cory and Jeff Jesko<br>3970 FM 1057<br>Hereford, TX 79045-7322 | Cory Don Priest<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Craig & Amy Sutton<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 |
| Crystal McClain<br>c/o Marcus H. Herbert<br>Attorney at Law<br>416 South 5th Street<br>Paducah, KY 42003-1530 | Crystal McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 | Curtis Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Curtis Jones Farms LLC<br>1720W. 13th Ave.<br>Emporia, KS 66801-5659 | David Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | David Rainey<br>88 CR 640<br>Corinth, MS 38834 |
| Death Creek Farms LLC<br>10150 Highway 47<br>West Point, MS 39773-4802 | Dennis Buss<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Don Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Don Jones Farm, Inc.<br>2434 Road Y<br>Reading, KS 66868-9006 | Don Jones Trucking, Inc.<br>2434 Road Y<br>Reading, KS 66868-9006 | Dora Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Douglas C. Pritchett<br>19601 FM 1541<br>Canyon, TX 79015-6387 | Douglas Finley<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Dr. Arnold Braun<br>4932 E. SR 70<br>Grandview, IN 47615-9620 |
| Dustin Johnson<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | Dwight and Patty Jesko<br>3970 FM 1057<br>Hereford, TX 79045-7322 | Dwight Jesko<br>112 Rr 5/ 3970 FM 1057<br>Hereford, TX 79045 |

Eddie Bryant
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Eddie Stewart
1571 Upper Zion Road
Brownsville, TN 38012-8064

Eric DeJarnett
1115 County Road 1024
Cunningham, KY 42035-9309

Euler Hemes N. A. Insurance Co. as Agent fo
800 Red Brook Blvd, #400C
Ownings Mills, MD 21117-5173

First Capital Bank of Texas
3900 Soncy Road
Amarillo, TX 79119-6673

First Kentucky Bank
C/O Tom Blankenship
PO Box 571
Blankenship & Edwards
Benton, KY 42025-0571

First Kentucky Bank, Inc.
605 Main Street
Benton, KY 42025-1236

Friona Industries
PO Box 15568
Amarillo, TX 79105-5568

Friona Industries, L.P.
500 S. Taylor Street, Suite 601
Amarillo, TX 79101-2447

FRONTIER FARM CREDIT
PO BOX 2409
OMAHA, NE 68103-2409

Frontier Farm Credit
2009 Vanesta Place
Manhattan, KS 66503

Garwood Cattle Company LLC
2538 Middleton Road
Columbiana, OH 44408-9550

Gary Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gene Brookshire Family, LP
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

GRAY BROTHERS
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

GUNGOLL CATTLE CO., LLC
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Hines Cattle Company, LLC
12609 NW 298th St.
High Springs, FL 32643-4911

Hines Farms, LLC
1019 NE 90th Ave.
High Springs, FL 32643-5121

J. Brent Burnett
1612 Sanderson Rd.
Mayfield, KY 42066-9108

Jake Rininger
2828 S. Co. Rd. 200 W.
Rockport, IN 47635-8252

Jan Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Janet Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

JANICE E. LAWHON
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Jared Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jared Wayne Lesh
10801 E. Highway 82
Whitesboro, TX 76273

Jed Goad
JLE Trucking, Inc.
PO Box 451
Red Boiling Springs, TN 37150-0451

Jim Rininger
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Jimmy D. Greer
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Joel Brookshire
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

John Dale Tidwell
209 Duffers Ln
Mayfield, KY 42066-1201

| | | |
|---|---|---|
| John Massouh<br>Sprouse Shrader Smith PLLC<br>Box 15008<br>Amarillo, TX 79105-5008 | Jordan and Jan Lesh<br>10400 N. Perkins Road<br>Stillwater, OK 74075-1860 | Jordan Lesh, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Julie Whitlock<br>P.O. Box 389<br>Mayfield, KY 42066-0029 | Justin Stuever<br>P.O. Box 22<br>Morrison, OK 73061-0022 | Keeling Cattle Feeders, Inc.<br>PO Box 1853<br>Hereford, TX 79045-1853 |
| Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025-4770 | Kenneth Netardus<br>P.O. Box 3280<br>Amarillo, TX 79116-3280 | Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 |
| Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 | Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868-9055 | Kinsey Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Lazy J Arena, LLC 1419<br>W. 80th Street<br>Stillwater, OK 74074 | Lazy J. Cattle 1515<br>W. 80th Street<br>Stillwater, OK 74074 | Leah Gungoll<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077-8530 | Lesh Family Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Lesh Trucking<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 |
| Lyndal Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Lyndal Vanbuskirk<br>P.O. Box 778<br>Ringling, OK 73456-0778 | MAP Enterprises Inc.<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 |
| MAP Enterprises, Inc.<br>c/o Jeff P Prostok<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102-5384 | Mark J. Reisz<br>514 Americas Way #13812<br>Box Elder, SD 57719-7600 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 |
| Meagan B. Goad<br>1775 Wadesboro Rd. S<br>Benton, KY 42025-4777 | Meagan B. Powell<br>621 Mullins Ln.<br>Benton, KY 42025-4762 | Mechanics Bank<br>18400 Von Karman Avenue<br>Suite 1100<br>Irvine, CA 92612-0517 |
| MICHAEL & MIRANDA EVANS<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | Michael Gourley<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | Michael Johnson<br>Ray Quinney and Nebeker, P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111-1451 |

Miranda Evans  
c/o John Massouh  
PO Box 15008  
Amarillo, TX 79105-5008

Morrison Cafe, LLC  
c/o John Massouh  
PO Box 15008  
Amarillo, TX 79105-5008

Mykel Linn Tidwell  
66 Lake Terry Dr.  
Mayfield, KY 42066-6982

Nikki Lockwood  
c/o John Massouh  
PO Box 15008  
Amarillo, TX 79105-5008

Northland Capital Financial Services, LL  
P.O. Box 7278  
Saint Cloud, MN 56302-7278

Northland Capital Financial Services, LLC  
c/o Jenkins & Kling, P.C.  
150 N. Meramec Ave., Suite 400  
St. Louis  
St. Louis, MO 63105 United States

Northland Capital Financial Services, LLC  
333 33rd Ave South  
St. Cloud, MN 56301-5495

Oklahoma AgCredit  
601 East Kenosha  
Broken Arrow, OK 74012-2002

Open A Arena LLC  
14500 S. Fm 1258  
Amarillo, TX 79118-4610

Patty Priest  
899 Rosenthal Road  
Lorena, TX 76655-9665

Priest Cattle and Land Company, Inc.  
899 Rosenthal Road  
Lorena, TX 76655-9665

Priest Cattle Company, Ltd  
899 Rosenthal Road  
Lorena, TX 76655-9665

Priest Victory Investment LLC  
899 Rosenthal Road  
Lorena, TX 76655-9665

Producers Credit Corporation  
8351 N. High Street, Suite 250  
Columbus, OH 43235-1440

Rabo Agrifinance LLC  
1402 Technology Parkway  
Cedar Falls, IA 50613

Rabo Agrifinance LLC  
146.76 Outer 40 Road Ste. 400  
Chesterfield, MO 63017

Rapp Ranch  
400 Smith Trail  
Weatherford, TX 76088-1606

Rick Rodgers  
786 Sutton Ln.  
Mayfield, KY 42066-6551

Riley Livestock  
250 Brittian Lane  
Mayfield, KY 42066-4617

Riley Livestock, Inc.  
Attn: Mary Ann Hunter  
P.O. Box 663  
Mayfield, KY 42066-0033

Robbie Russell  
414 Preston Drive  
Brownsville, TN 38012-2468

Robert & Rachel Stewart  
Lane & Countryman  
1045 Cheever Blvd.  
Ste. 103  
San Antonio, TX 78217-6223

Robert Braun  
C/O JOHN MASSOUH  
PO BOX 15008  
AMARILLO, TX 79105-5008

ROBERT E. GRAY  
C/O JOHN MASSOUH  
PO BOX 15008  
AMARILLO, TX 79105-5008

ROBERT SPRING  
C/O JOHN MASSOUH  
PO BOX 15008  
AMARILLO, TX 79105-5008

RONNIE GRAY  
C/O JOHN MASSOUH  
PO BOX 15008  
AMARILLO, TX 79105-5008

Samuel S. Brown  
3430 St. Rt 45 S  
Mayfield, KY 42066-6135

Scarlet & Black Cattle, LLC  
5402 Walesa Court  
Amarillo, TX 79119-6285

Scarlet and Black Cattle, LLC  
c/o John Massouh  
PO Box 15008  
Amarillo, TX 79105-5008

Scott Livestock Company, Inc.  
c/o John Massouh  
PO Box 15008  
Amarillo, TX 79105-5008

Shaw & Shaw Farms Partnership, LLC
11605 NW 140 St.
Alachua, FL 32615-6435

SHERLE LOCKWOOD
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Sherman Trucking
2098 Symsonia Highway
Benton, KY 42025-5253


Spencer Clift
BAKER, DONELSON, BEARMAN, CALDWELL
& BER
165 Madison Ave.
Memphis, TN 38103-2799

Stanley Ayers
6200 Ross Rd.
Rockford, OH 45882-9523

STEVE RYAN
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008


Steve T Scott Farm, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Steve T. Scott Farms, Inc.
10150 Highway 47
West Point, MS 39773-4802

Steven Hines
12609 NW 298th St.
High Springs, FL 32643-4911


Steven L. Hoard
Mullin Hoard & Brown, LLP
500 S. Taylor79101,
Suite 800
Amarillo National Bank Plaza II
Amarillo, TX 79101

Susan Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Takeuchi Financial Services,
a program of Bank of the West
1625 West Fountainhead Parkway,
AZ-FTN-1
Temp e, AZ 85282-2371


Terry Burnett
210 Bethel Church Rd
Melber, KY 42069-8826

TGF Ranch
1585 E M-79 Hwy
Hastings, MI 49058-8895

Thomas C. Riney
Underwood Law Firm, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101-2446


Thorlakson Feedyards
273131 Rr 284
Airdrie, Alberta, T4A 0H4 Canada

Tom Blankenship
PO Box 571
909 Main Street
Benton, KY 42025-1425

Tom Thorlakson
2548 CR 15
Friona, TX 79035-7034


United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

W. Heath Hendricks
UNDERWOOD LAW FIRM
500 S. Taylor Street Ste. 1200
Amarillo, TX 79101-2401

W. Robbie Russell Living Trust
414 Preston Drive
Brownsville, TN 38012-2468


Wildforest Cattle Company LLC
1206 Paris Road
Mayfield, KY 42066-4989

Wiley Russell Jr.
414 Preston Drive
Brownsville, TN 38012-2468

WJ Performance Horses, Inc.
524 Travis Street
Liberty, TX 77575-4824

AJ JACQUES LIVING TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Andrew Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

ARNOLD BRAUN TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Barry Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Big Seven Capital Partners LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

BJM Sales & Service
PO Box 1073
Hereford, TX 79045-1073

Bryan Blackman
4553 Texas Street
Healdton, OK 73438-2906

Cactus Feeders Finance LLC
PO Box 3050
Amarillo, TX 79116-3050

Canyon Rim Consulting, LLC
301 S Polk St., Ste 815
Amarillo, TX 79101-1408

Carraway Cattle, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Citizens Bank NA
c/o Brady Law Firm
6136 Frisco Square Blvd., Suite 400
Frisco, TX 75034-3251

COLBY VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Cory Don Priest
6010 East FM 597
Abernathy, TX 79311-5424

CRAIG SUTTON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

GARY LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

GENE BROOKSHIRE FAMILY, LP
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Heartland Co-op
2829 Westown Parkway, Suite 350
West Des Moines, IA 50266-1340

JAN LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JANET VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JARED LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Jared Lesh Cowhorses Inc.
10801 E. Highway 82
Whitesboro, TX 76273

Jimmy D. Greer
3209 Wrather Rd.
Murray, KY 42071-7417

Joe Burnett
187 Peachtree Rd
Melber, KY 42069-8824

JOEL BROOKSHIRE
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JORDAN LESH, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Kinsey Moreland
c/o Boerner, Dennis & Franklin
P.O. Box 1738
Lubbock, TX 79408-1738

LainFaulkner
400 N St. Paul, Ste 600
Dallas, TX 75201-6897

Lazy J Arena, LLC
1419 W. 80th Street
Stillwater, OK 74074-8164

LEAH GUNGOLL
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

LESH FAMILY TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

```
LYNDAL VAN BUSKIRK                  Meagan B. Goad                       MIRANDA EVANS
c/o Abel Leal                       c/o Boerner, Dennis & Franklin       c/o Abel Leal
SIMMONS SMITH BROWN, PLLC           P.O. Box 1738                        SIMMONS SMITH BROWN, PLLC
400 13th Street                     Lubbock, TX 79408-1738               400 13th Street
PO Box 180                                                               PO Box 180
Canyon, TX 79015-0180                                                    Canyon, TX 79015-0180


MORRISON CAF LLC                    Philip E. Rapp                       Priest Cattle and Land Company,
c/o Abel Leal                       Eggleston King Davis, LLP            Inc.
SIMMONS SMITH BROWN, PLLC           102 Houston Avenue, Suite 300        6010 East FM 597
400 13th Street                     Weatherford, TX 76086-4369           Abernathy, TX 79311-5424
PO Box 180
Canyon, TX 79015-0180


Priest Victory Investment LLC       Purina Animal Nutrition LLC          Quilling, Selander, Lownds,
6010 East FM 597                    4001 Lexington Avenue North          Winslet & Moser
Abernathy, TX 79311-5424            Arden Hills, MN 55126-2998           2001 Bryan Street, Ste 1800
                                                                         Dallas, TX 75201-3070


Richard Carraway                    Ridgefield Capital Group, LLC        ROBERT BRAUN
C/o Amber Miller                    C/o Amber Miller                     c/o Abel Leal
Crenshaw, Dupree & Milam, LLP       Crenshaw, Dupree & Milam, LLP        SIMMONS SMITH BROWN, PLLC
P.O. Box 64479                      P.O. Box 64479                       400 13th Street
Lubbock, TX 79464-4479              Lubbock, TX 79464-4479               PO Box 180
                                                                         Canyon, TX 79015-0180


Robert Ellis                        RONNIE GRAY                          SCARLET AND BLACK CATTLE, LLC
C/o Amber Miller                    c/o Abel Leal                        c/o Abel Leal
Crenshaw, Dupree & Milam, LLP       SIMMONS SMITH BROWN, PLLC            SIMMONS SMITH BROWN, PLLC
P.O. Box 64479                      400 13th Street                      400 13th Street
Lubbock, TX 79464-4479              PO Box 180                           PO Box 180
                                    Canyon, TX 79015-0180                Canyon, TX 79015-0180


Scott Stewart                       STEVE T SCOTT FARM, INC.             SUSAN VAN BUSKIRK
C/o Amber Miller                    c/o Abel Leal                        c/o Abel Leal
Crenshaw, Dupree & Milam, LLP       SIMMONS SMITH BROWN, PLLC            SIMMONS SMITH BROWN, PLLC
P.O. Box 64479                      400 13th Street                      400 13th Street
Lubbock, TX 79464-4479              PO Box 180                           PO Box 180
                                    Canyon, TX 79015-0180                Canyon, TX 79015-0180
```