

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 26, 2023**

_____
**United States Bankruptcy Judge**

_____


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER ON MOTION FOR STATUS CONFERENCE ON TRUSTEE'S NOTICE OF USDA APPROVED TRUST CLAIMS

On this day came for consideration Trustee's Motion for Status Conference on Trustee's Notice of USDA Approved Trust Claims (the "Notice"). The Court finds jurisdiction over the subject matter of the Notice and further finds that the relief sought therein is in order and should be approved. It is therefore

**ORDERED, ADJUDGED AND DECREED**, that the Motion for Status Conference on Trustee's Notice of USDA Approved Trust Claims is granted and set for docket call on October 11,

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

2023, at 1:30 p.m. The hearing will be held via WebEx. The meeting/dial-in-information for this docket can be found on the Courts website (www.txnb.uscourts.gov) under Judge Jones Hearing Dates and Calendar tab prior to the hearing.

# # End of Order # # #

Prepared By:

Kent Ries, Attorney for Plaintiff
State Bar No.  16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 - Fax