IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors, | § | Jointly Administered |

**MOTION TO CONTINUE HEARING AND SUSPEND
BRIEFING DEADLINES ON MOVANTS' STANDING TO
SEEK A TRANSFER OF VENUE**
\* \* \*   \* \* \*   \* \* \*

Come the interested parties, Meagan B. Goad ("**Goad**") and Kinsey Moreland ("**Moreland**" and together with Goad, "**Movants**"), by and through counsel, and move the Court, to continue the hearing set for October 3, 2023, and suspend the briefing deadlines regarding the Movants' Standing to Seek a Transfer of Venue (the "Standing Hearing"). In support of this Motion, the Movants respectfully state as follows:

**1.**    The Movants and parties having filed opposition responses to Movants' *Motion to Transfer Jointly Administered Cases* (dkt. 82) have agreed to continue the Standing Hearing in contemplation of a potential resolution of the matters presented therein.

**2.**    The Movants submit that a status hearing be held via WebEx on October 11, 2023, at 1:30 p.m. in lieu of convening the Standing Hearing as scheduled would be in the best interests of the parties and promote judicial economy.

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

1

Respectfully submitted,

/s/ *William A. Franklin*
CHARITY S. BIRD
**Kaplan Johnson Abate & Bird, LLP**
710 West Main Street
Fourth Floor
Louisville KY 40202
Telephone: 502-540-8285
Facsimile: 502-540-8282
E-mail: cbird@kaplanjohnsonlaw.com
*Counsel for Interested Parties, Pro Hac Vice*

TODD FARMER
**Farmer & Wright, PLLC**
4975 Alben Barkley Drive, Ste. 1
Paducah, Kentucky 42002
Telephone 270.443.4431
Email: tfarmer@farmerwright.com
*Counsel for Interested Parties, Pro Hac Vice*

WILLIAM A. FRANKLIN
**Boerner, Dennis & Franklin, PLLC**
P.O. Box 1738
Lubbock, Texas 79408-1738
Telephone: (806) 763-0044
Email: bfranklin@bdflawfirm.com
*Counsel for Interested Parties*

**Certificate of Conference**

I certify that my co-counsel, Charity S. Bird, has represented that she has conferred with counsel for all objecting parties and was informed that all parties agree to the requested continuance.

/s/ *William A. Franklin*
WILLIAM A. FRANKLIN

## Certificate of Service

I certify that on September 29, 2023, the foregoing Motion was filed with the Clerk of Court using the CM/ECF system, and the foregoing instrument has been served upon all parties receiving electronic notice via the Court's CM/ECF system and those parties listed in the Matrix.

/s/ William A. Franklin
WILLIAM A. FRANKLIN