IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

### AGREED ORDER TO CONTINUE HEARING ON MOVANTS' STANDING TO SEEK A TRANSFER OF VENUE

On this day, September 29, 2023, came for consideration Meagan Goad and Kinsey Moreland's Agreed Order to Continue the Hearing on the Movants' Standing to Seek a Transfer of Venue. The Movants and the objecting parties have agreed to continue the hearing set for October 3, 2023, regarding Standing to Seek a Transfer of Venue (the "Standing Hearing") in contemplation of a potential resolution. The Court finds that the relief sought therein is in order and should be approved. It is therefore

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

1

**ORDERED,** that the Standing Hearing is hereby continued for a Status Update Hearing which is set for October 11, 2023, at 1:30 p.m. The hearing will be held via via WebEx. The meeting/dial-in-information for this hearing can be found on the Court's website (www.txnb.uscourts.gov) under Judge Jones's Hearing Dates and Calendar tab prior to the hearing; it is further

**ORDERED** that the briefing deadlines for the Standing Hearing will be reset by further order of the Court if necessary.

# # # End of Order # # #

Prepared By:

/s/ *William A. Franklin*
CHARITY S. BIRD
**Kaplan Johnson Abate & Bird, LLP**
710 West Main Street
Fourth Floor
Louisville KY 40202
Telephone: 502-540-8285
Facsimile: 502-540-8282
E-mail: cbird@kaplanjohnsonlaw.com
*Counsel for Interested Parties, Pro Hac Vice*

TODD FARMER
**Farmer & Wright, PLLC**
4975 Alben Barkley Drive, Ste. 1
Paducah, Kentucky 42002
Telephone 270.443.4431
Email: tfarmer@farmerwright.com
*Counsel for Interested Parties, Pro Hac Vice*

WILLIAM A. FRANKLIN
**Boerner, Dennis & Franklin, PLLC**
P.O. Box 1738
Lubbock, Texas 79408-1738
Telephone: (806) 763-0044
Email: bfranklin@bdflawfirm.com
*Counsel for Interested Parties*

## CERTIFICATE OF CONFERENCE

I hereby certify that my co-counsel, Charity S. Bird, has represented that she has conferred with counsel for all objecting parties and was informed that all parties agree to the requested continuance.

/s/ William A. Franklin
WILLIAM A. FRANKLIN
