

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 2, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § § § § | CASE NO. 23-20084-RLJ-7 |
| Debtors. | § | Jointly Administered |

### AGREED ORDER TO CONTINUE HEARING ON MOVANTS' STANDING TO SEEK A TRANSFER OF VENUE

On this day, September 29, 2023, came for consideration Meagan Goad and Kinsey Moreland's Agreed Order to Continue the Hearing on the Movants' Standing to Seek a Transfer of Venue. The Movants and the objecting parties have agreed to continue the hearing set for October 3, 2023, regarding Standing to Seek a Transfer of Venue (the "Standing Hearing") in contemplation of a potential resolution. The Court finds that the relief sought therein is in order and should be approved. It is therefore

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

**ORDERED,** that the Standing Hearing is hereby continued for a Status Update Hearing which is set for October 11, 2023, at 1:30 p.m. The hearing will be held via WebEx. The meeting/dial-in-information for this hearing can be found on the Court's website (www.txnb.uscourts.gov) under Judge Jones's Hearing Dates and Calendar tab prior to the hearing; it is further

**ORDERED** that the briefing deadlines for the Standing Hearing will be reset by further order of the Court if necessary.

# # # End of Order # # #

Prepared By:

/s/Charity S. Bird
Charity S. Bird, *Pro Hac Vice*
KY State Bar 92622
GA State Bar 153021
cbird@kaplanjohnsonlaw.com
**KAPLAN JOHNSON ABATE & BIRD, LLP**
710 W. Main Street, 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 540-8285
*Counsel for Meagan Goad and Kinsey Moreland*