

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 2, 2023**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | Jointly Administered |

### AGREED ORDER TO CONTINUE HEARING ON MOVANTS' STANDING TO SEEK A TRANSFER OF VENUE

On this day, September 29, 2023, came for consideration Meagan Goad and Kinsey Moreland's Agreed Order to Continue the Hearing on the Movants' Standing to Seek a Transfer of Venue. The Movants and the objecting parties have agreed to continue the hearing set for October 3, 2023, regarding Standing to Seek a Transfer of Venue (the "Standing Hearing") in contemplation of a potential resolution. The Court finds that the relief sought therein is in order and should be approved. It is therefore

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

**ORDERED,** that the Standing Hearing is hereby continued for a Status Update Hearing which is set for October 11, 2023, at 1:30 p.m. The hearing will be held via WebEx. The meeting/dial-in-information for this hearing can be found on the Court's website (www.txnb.uscourts.gov) under Judge Jones's Hearing Dates and Calendar tab prior to the hearing; it is further

**ORDERED** that the briefing deadlines for the Standing Hearing will be reset by further order of the Court if necessary.

# # # End of Order # # #

Prepared By:

/s/Charity S. Bird
Charity S. Bird, *Pro Hac Vice*
KY State Bar 92622
GA State Bar 153021
cbird@kaplanjohnsonlaw.com
**KAPLAN JOHNSON ABATE & BIRD, LLP**
710 W. Main Street, 4th Floor
Louisville, Kentucky 40202
Telephone: (502) 540-8285
*Counsel for Meagan Goad and Kinsey Moreland*

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-20084-rlj |
| McClain Feed Yard, Inc. | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 8 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf012 | Total Noticed: 66 |

The following symbols are used throughout this certificate:

**Symbol** **Definition**

\+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\# Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | McClain Feed Yard, Inc., 4010 FM 1057, Hereford, TX 79045-7386 |
| cr | + | 2B Farms, a Texas General Partnership, and Terry a, c/o Todd J. Johnston, McWhorter, Cobb & Johnson, LLP, P.O. Box 2547, Lubbock, TX 79408-2547 |
| cr | + | AJ Jacques Living Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Amy Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Arnold Braun Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Bryan Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Buss Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| op | + | Canyon Rim Consulting, LLC, 301 S Polk St., Ste 815, Amarillo, TX 79101-1408 |
| cr | + | Caterpillar Financial Services Corporation, c/o Dickinson Wright PLLC, ATTN: John Nelson, 607 W. 3rd Street, Ste. 2500, Austin, TX 78701 U.S.A. 78701-4713 |
| cr | + | Charles Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Citizens Bank NA, c/o Brady Law Firm, 6136 Frisco Square Blvd., Suite 400, Frisco, TX 75034-3251 |
| cr | + | Colby Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Cole Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Craig Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| intp | + | Crystal McClain, c/o Marcus H. Herbert, Attorney at Law, 416 South 5th Street, Paducah, KY 42003-1530 |
| cr | + | Curtis Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | David Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Dennis Buss, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Don Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | Dora Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Douglas Finley, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Dustin Johnson, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Eddie Bryant, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Eddie Stewart, 1571 Upper Zion Road, Brownsville, TN 38012-8064 |
| cr | + | Gary Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gene Brookshire Family, LP, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gray Brothers, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gungoll Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jan Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Janet Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Janice Lawhon, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jared Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jim Rininger, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jimmy Greer, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Joel Brookshire, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jordan Lesh, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Kinsey Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| intp | + | Kinsey Moreland, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |
| acc | + | LainFaulkner, 400 N St. Paul, Ste 600, Dallas, TX 75201-6897 |
| cr | + | Leah Gungoll, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Lesh Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Lyndal Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| intp | + | Meagan B. Goad, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |
| cr | + | Michael Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |

| District/off: 0539-2 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Oct 02, 2023 | Form ID: pdf012 | Total Noticed: 66 |

| | | | |
|---|---|---|---|
| cr | | + | Miranda Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | Morrison Cafe, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | Nikki Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | Northland Capital Financial Services, LLC, c/o Jenkins & Kling, P.C., 150 N. Meramec Ave., Suite 400, St. Louis, MO 63105-3753 |
| cr | | + | Philip E Rapp, 102 Houston Avenue, Weatherford, TX 76086-4314 |
| cr | | #+ | Priest Cattle Company, Ltd., 899 Rosenthal Road, Lorena, TX 76655-9665 |
| cr | | + | Priest Victory Investment LLC, 899 Rosenthal Road, Lorena, TX 76655-9665 |
| res | | + | Quilling, Selander, Lownds, Winslet & Moser, 2001 Bryan Street, Ste 1800, Dallas, TX 75201-3070 |
| cr | | + | Robert & Rachel Stewart, Lane & Countryman, 1045 Cheever Blvd., Ste. 103, San Antonio, TX 78217-6223 |
| cr | | + | Robert Braun, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | Robert E Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | Robert Spring, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | Ronnie Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | Scarlet and Black Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | Scott Livestock Company, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | Sherle Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | Steve Ryan, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | Steve T Scott Farm, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | Steven Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | | + | Susan Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | + | W. Robbie Russell Living Trust, 414 Preston Drive, Brownsville, TX 38012-2468 |
| cr | | + | Wiley Roby Russell, Jr., 414 Preston Drive, Brownsville, TN 38012-2468 |

TOTAL: 66

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abel Angel Leal | |
| | on behalf of Creditor Douglas Finley abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | |
| | on behalf of Creditor Dora Blackman abel@ssbtxlaw.com  lblack@johnsonstephenslaw.com |
| Abel Angel Leal | |
| | on behalf of Creditor Steve T Scott Farm  Inc. abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 3 of 8 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf012 | Total Noticed: 66 |

Abel Angel Leal
on behalf of Creditor Miranda Evans abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Morrison Cafe LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Jared Lesh abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Amy Sutton abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Scarlet and Black Cattle LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Robert E Gray abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Scott Livestock Company Inc. abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Jordan Lesh LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Gary Lesh abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Jan Lesh abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Gene Brookshire Family LP abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Craig Sutton abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Jim Rininger abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Dennis Buss abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Gray Brothers abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

Abel Angel Leal
on behalf of Creditor Steve Ryan abel@ssbtxlaw.com lblack@johnsonstephenslaw.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 4 of 8 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf012 | Total Noticed: 66 |

| | |
|---|---|
| Abel Angel Leal | on behalf of Creditor Robert Spring abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Robert Braun abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Gungoll Cattle  LLC abel@ssbtxlaw.com, lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Michael Evans abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Abel Angel Leal | on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com lblack@johnsonstephenslaw.com |
| Amber Miller | on behalf of Creditor Richard Carraway amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Big Seven Capital Partners  LLC amiller@cdmlaw.com, mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Barry Phillips amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Andrew Phillips amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Scott Stewart amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Robert Ellis amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Ridgefield Capital Group  LLC amiller@cdmlaw.com, mlong@cdmlaw.com |
| Charity S Bird | on behalf of Interested Party Meagan B. Goad cbird@kaplanjohnsonlaw.com hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com |
| Charity S Bird | on behalf of Interested Party Kinsey Moreland cbird@kaplanjohnsonlaw.com hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com |
| Charles Dunham Biles | on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust dunham@bileswilson.com |
| Daniel P. Callahan | on behalf of Creditor Northland Capital Financial Services  LLC dpc@kesslercollins.com, gld@kesslercollins.com |
| David Weitman | on behalf of Interested Party David Weitman david.weitman@klgates.com |
| David Weitman | on behalf of Interested Party Consolidated Feeders LLC david.weitman@klgates.com |
| David L. LeBas | on behalf of Creditor AgTexas Farm Credit Services AgTexas  PCA dlebas@namanhowell.com, jaucoin@namanhowell.com |
| David L. LeBas | on behalf of Creditor Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 5 of 8 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf012 | Total Noticed: 66 |

David L. LeBas
    on behalf of Creditor Thorlackson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

Dawn Whalen Theiss
    on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dylan Tanner Franklin Ross
    on behalf of Creditor MAP Enterprises  Inc. dross@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;khartogh@forsheyprostok.com

Hudson M. Jobe
    on behalf of Trustee Kent David Ries hjobe@qslwm.com  nchancellor@qslwm.com

Jeff P. Prostok
    on behalf of Creditor MAP Enterprises  Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.courtdrive.com

John F. Massouh
    on behalf of Creditor Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 6 of 8 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf012 | Total Noticed: 66 |

John F. Massouh
    on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John H. Lovell
    on behalf of Creditor Lone Star Bank of West Texas john@lovell-law.net
    paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
    on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust john@lovell-law.net,
    paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John R. Lane, Jr.
    on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com
    mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com

John Robert Nelson
    on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com mdallaire@dickinsonwright.com

Julian Whitley
    on behalf of Creditor Philip E Rapp julian@ekdlaw.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 7 of 8 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf012 | Total Noticed: 66 |

| | |
|---|---|
| Kent David Ries | on behalf of Trustee Kent David Ries trustee@kentries.com TX41@ecfcbis.com |
| Kent David Ries | trustee@kentries.com TX41@ecfcbis.com |
| Kyle Weldon | on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Wiley Russell Jr. kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Wiley Roby Russell Jr. kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Priest Cattle Company Ltd. kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Robbie Russell kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Priest Victory Investment LLC kyle@bradburycounsel.com |
| Marcus Herbert | on behalf of Interested Party Crystal McClain herbertlaw@vci.net |
| Matthew S Merriott | on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust matthew@lovell-law.net, melissa@lovell-law.net;paula@lovell-law.net |
| Max Ralph Tarbox | on behalf of Debtor 7M Cattle Feeders Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Max Ralph Tarbox | on behalf of Debtor McClain Farms Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Max Ralph Tarbox | on behalf of Debtor McClain Feed Yard Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Michael R. Johnson | on behalf of Creditor Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com |
| Michelle D. Esparza | on behalf of Creditor Caterpillar Financial Services Corporation mesparza@dickinsonwright.com hkott@dickinson-wright.com |
| Nicole E. Gorovsky | on behalf of Creditor Northland Capital Financial Services LLC ngorovsky@jenkinskling.com, cwoods@jenkinskling.com |
| Shawn Kevin Brady | on behalf of Creditor Citizens Bank NA sgodwin@brady-law-firm.com sbrady@brady-law-firm.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones Trucking Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Farms LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Curtis Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones Farms Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Cattle Company LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Steven Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 8 of 8 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf012 | Total Noticed: 66 |

           on behalf of Creditor David Hines shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
           on behalf of Creditor Curtis Jones Farms shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
           on behalf of Creditor Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com

Todd Farmer
           on behalf of Interested Party Meagan B. Goad todd@farmerwright.com  stephanie@sfk-law.com

Todd Farmer
           on behalf of Interested Party Kinsey Moreland todd@farmerwright.com  stephanie@sfk-law.com

Todd Jeffrey Johnston
           on behalf of Creditor 2B Farms  a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com, tlofgren@mcjllp.com

United States Trustee
           ustpregion06.da.ecf@usdoj.gov

William Adam Franklin
           on behalf of Interested Party Kinsey Moreland bfranklin@bdflawfirm.com

William Adam Franklin
           on behalf of Interested Party Meagan B. Goad bfranklin@bdflawfirm.com

William Heath Hendricks
           on behalf of Creditor Rabo AgriFinance  LLC heath.hendricks@uwlaw.com, roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

TOTAL: 147