

# BEEF CATTLE COLLATERAL INSPECTION REPORT

## Client Information

| | | | |
|---|---|---|---|
| Relationship Name: | McClain Farms, Inc. | | |
| Obligation Number: | 2952 | Address: | 824 Mullins Lane |
| WW-ID: | 604357 | City State: | Benton, KY |
| Sector: | Beef Cattle Ranching | Main Contact: | Brian McClain |
| Fiscal Year End: | December | Email: | mcclainfarms@gmail.com |

## Bank Information & Inspection Information

| | | | |
|---|---|---|---|
| Rabobank LQC: | Good | Report Date: | 3/10/23 |
| R - Rating: | R16 | Inspection Date(s): | 2/28/23 |
| RAF Region/Territory: | Northeast | Cutoff Date: | 1/31/23 |
| RAF Office: | Evansville, IL | Prior Inspection Date(s): | 4/7/22 and 4/27/22 |
| MD/BDM-FAM: | Dan Villwock; Jeff Abbey | Lead Inspector: | Michelle Stockett |
| RM1 & RM2: | Chip Lawson | Inspection Team: | Sean Johnstone |
| FA: | Jason Dunn | Next Internal Review: | |
| RCO: | Carla Schindler | Next Maturity or Annual Review Date: | 8/1/2023 |
| GM: | JP van Oosten | Frequency: | Annually |

## Recommendations

| Recommendations Made | Rating | Quantity |
|---|---|---|
| Informational/Green | 1 | 1 |
| Technical/Amber | 2 | 0 |
| Material/Red | 3 | 3 |
| | Total: | 4 |

## Significant Risks/Concerns

[redacted]

## Sign off of AFCID Team Lead or Head of AFCID and Viewpoint

| Sign Off: | | Date: | 3/11/2023 |
|---|---|---|---|
| *Maria Contreras* | | | |

**Viewpoint/Opinion:** High information risk with adjusted negative BB base margin.

## Facility Information

| RLOC(s): Description/Type | Facility No. | Maturity Date | RAF Commitment | Total Commitment | Principal Balance | Accrued Interest on Principal (excludes default interest) | Default Interest |
|---|---|---|---|---|---|---|---|
| Facility 1 RLOC | 1 | 8/1/2023 | $ 54,000,000 | $ 54,000,000 | $ 54,573,418 | $ 929,173 | |

| Borrowing Base Structure: | Type | Frequency |
|---|---|---|
| | Non-Restrictive Borrowing Base (Single Only) | Monthly |

This Inspection Report is for the exclusive use and benefit of Rabo AgriFinance and affiliates. To the extent that this report may be delivered to any party other than Rabo AgriFinance, it has been delivered to such party pursuant to its request and may not be distributed by such party to any other person without Rabo AgriFinance's prior written consent. Each recipient of this report shall maintain the confidentiality of the contents of this report. Rabo AgriFinance shall have no responsibility or liability for any loss, damage, or claim arising from any use of this report. Each recipient of this report is solely responsible for satisfying itself as to the creditworthiness, assets, and affairs of the persons and entities referred to in this report.

**THIS REPORT IS NOT TO BE RELEASED TO ANY PERSON OR ENTITY OUTSIDE OF RABO AGRIFINANCE AND ITS AFFILIATES WITHOUT THE REQUIRED INTERNAL APPROVALS.**

The Recommendations within this report may contain proprietary information of the company inspected as well as judgments and opinions of the Agricultural Field & Collateral Insp. Dept. This information is for the sole use and benefit of Rabo AgriFinance & its affiliates. This report with recommendations is not for release to the borrower or to others outside Rabo AgriFinance & its affiliates.

## McClain Farms, Inc.

**EXECUTIVE SUMMARY**

The Agricultural Field and Collateral Inspection Department (AFCID) was engaged to perform a standard inspection of the collateral to secure the existing loan to McClain Farms, Inc. ("McClain" the "Company" or the "Borrower"). The collateral inspection was completed by a team of inspectors on February 28, 2023, at the Company's headquarters located in Hereford, TX.  The primary Company contact was owner Brian McClain.  The Inspector spoke with RCO Schindler for account clarity before the inspection.  Conversations were also held prior with Sr Chip Lawson as well as in person since Lawson attended the inspection in Texas.   A closeout review was held with the Client before leaving the operation to discuss the observations made during the inspection.   Regarding the discrepancy with the headcount, Client indicated he had cattle in KY and cattle were on the road to TX.  He also mentioned that since feeder cattle prices have become so high recently, his overall numbers would be impacted and would be lower than January numbers on 2/28/23.

While onsite at the 3 locations in Texas, Inspection team including Sr. RM counted 8,916 cattle on hand at the individual yards.  Below is the insert showing the discrepancy with numbers from January 31, 2023, to February 28, 2023, as client was not able to provide yardsheets that inspector was able to tieback to January counts:

|  |  | 2/28/23 counts | 1/31/23 BBC |
|---|---|---:|---:|
| McClain Fdyd – Hereford |  | 2,480 | 31,668 |
| 7M – Friona |  | 4,217 | 27,043 |
| Tommy's - Friona |  | 2,219 | 0 |
| McClain Farms – KY | (per Brian) | 20,000 | 21,631 |
|  |  | 28,916 | 80,342 |
| Change in Head Count |  | 51,426 |  |

[redacted]

The Company is required to prepare a monthly, non-restrictive Borrowing Base Certificates (BBC) for presentation to Rabo AgriFinance (Lender) within 30 days of month end.

The scope included a review of the 1/31/2022 Borrowing Base Certificate (BBC), the current herd and feed inventories, as well as an inspection of the physical operations. Also discussed with the company were the accounts receivables, accounts payable, cash accounts, feed inventory and outstanding check transactions.  The Client works with Carr, Riggs and Ingram, LLC CPA in Albuquerque, NM to prepare year ending, reviewed financial statements.

|  | Borrower Reported | Credit Agreement | Inspection |
|---|---:|---:|---:|
| *Gross Eligible Collateral* | $ 113,537,704 | $ 18,854,136 | $ 18,854,136 |
| *Net/Margined Eligible Collateral* | $ 85,058,408 | $ 13,692,823 | $ 13,692,823 |
| *RLOC Outstanding* | $ 55,502,591 | $ 55,502,591 | $ 55,502,591 |
| *Gross Collateral Margin* | $ 58,035,113 | $ (36,648,455) | $ (36,648,455) |
| *Net/Margined Collateral Margin* | $ 29,555,817 | $ (41,809,768) | $ (41,809,768) |
| *Loan/Gross Eligible Collateral %* | 49% | 294% | 294% |
| *Loan/Net Eligible Collateral %* | 65% | 405% | 405% |

*Borrower Reported*:  Indicates reporting as provided by the Company to the Lender.

*Credit Agreement*: Adjustments made to Company prepared reporting per requirements of the Credit Agreement. This column highlights the client's compliance with documented terms and conditions.

*Inspection*: Adjustments made to follow standard inspection scopes and industry practice, or where specific risks have been identified. Some adjustments may differ from credit approved terms and/or legally documented terms and are provided for informational purposes only.

Adjustments made during the inspection are as follows:

| Borrowing Base Category | Bank Documentation $ Adjustments | Inspection $ Adjustments |
|---|---|---|
| Cattle Count Adjustment | $ (93,271,928) | $ (93,271,928) |
| Outstanding Checks | $ (1,161,639) | $ (1,161,639) |
| Accounts Payable Adjustment | $ (250,000) | $ (250,000) |
| **Totals** | $ (94,683,567) | $ (94,683,567) |



I hereby certify that I have personally examined the supporting documentation for the submitted borrowing base. I further certify that I am not related to the Borrower, have no interest in the loan(s) applied for or outstanding, and the foregoing summary and hereinafter is a true report of my findings.

Date Inspection Completed    February 28, 2023

*Michelle Stockett*

Michelle Stockett
Sr. AFCID Collateral Inspector

**OPERATION OVERVIEW**

McClain Farms, Inc. is in Benton, KY and is managed by Brian McClain. The Company exists to act as a backgrounding operation for the Companies cattle prior to shipping them to McClain Feed Yard or 7M Feeders, both of which are related entities. McClain Farms receives lightweight cattle out of Florida and the Southeastern US, backgrounds them and brings them up on feed ensuring healthy cattle that are ready to gain once they arrive at the grow yards in TX. MF takes their role within the entities seriously and are responsible for straightening out large numbers of cattle prior to shipping to TX. Cattle are received in KY at a set of pens reminiscent of a grow yard where they are introduced to feed, bunks, and waterers. This allows a more accessible area to provide increased care for the lightweight, higher risk animals in their first few days. From there, they are turned into small grass traps for a time, before finally being turned out into larger grass pastures to gain weight through forage and supplemental feeding prior to their shipping. Health protocols are progressive and preventative care is preferred to reactive care at all the entities. McClain Feed Yard is in Hereford, TX and 7M Cattle Feeders is in Friona, TX (approximately 25 miles apart); both are managed/owned by Brian McClain, who lives in Benton, KY.



Both McClain Feed Yard and 7M were in good condition at the time of the inspection; they are older yards but have seen upgrades to pen construction and layout and are well suited to their current purpose. Management continues to utilize only the north half of the 7M yard for current. While Inspection team was onsite at Friona, they did see cattle trucks arriving and unloading cattle. Client maintains that 15 trucks arrived on the last day of the month of February which would equate to around approximately 1,000 cattle depending on the weight of the cattle. Client had also shipped cattle the morning of the location out of the "Tommy" yard and Client did not have numbers for the shipments to provide to Inspection Team.

RAF/AT Subpoena Response 001524

**FACILITY OVERVIEW**

A review of bank documentation noted no concerns or discrepancies. Approved structures match the advance rates as shown in the approved Facility Sheet. Maximum Amount. The aggregate unpaid principal balance of the Loans must not exceed the lesser of: (i) $54,000,000.00 or (ii) the Borrowing Base or (iii) that amount specified below:

    (a) From the Closing Date through 3/31/2023:    $54,000,000

    (b) From 4/1/2023 through Maturity date:    $48,000,000

Operating Line of Credit 3 Borrowing Base means the sum of:

I. 80% of Eligible Accounts receivable; plus

II. 75% of the Eligible Cattle Value of Eligible Cattle; plus

III. 80% of the Value of Eligible Cattle Down Payments; plus

IV. 100% of Eligible Commodity Hedge Accounts; plus

V. 100% of the Eligible Demand Deposit Accounts; plus

VI. 75% of the Value of Eligible Feed and Grain Inventory; plus

VII. 85% of the Eligible Cattle Value of Eligible Hedged Cattle; plus

VIII. 100% of Eligible Investment in Growing Crops; plus

IX. 100% of Eligible Packer Accounts Receivables; plus

X. 75% of Eligible Cattle Value of Eligible Pasture Cattle; plus

XI. 80% of the Eligible Cattle Value of Eligible Option Protected Cattle; plus

XII. 80% of Eligible Prepaid Feed and Input Expenses; plus

XIII. 100% of the Eligible Cattle Value of Eligible Procurement Cattle; minus

XIV. 100% Related Payables and Liabilities; minus

XV. 100% Book Overdraft/Outstanding Pending Transactions

XVI. 100% of Cattle Deposits Received

**FINDINGS**

<u>Commodity Hedge Accounts</u>

As of 1/31/23, Client reported no hedge account activity. Due to a change last year to the Credit Agreement, Client now puts all cattle at the 75% advance rate and no longer shows contracts for outside buyers. Inspection Team did not request to see the contracts or PO's though Client did maintain he still has some.

![Rabo AgriFinance]

| Description | Category | Head | Value | %Total | Mkt/Unit |
|---|---|---|---|---|---|
| Hedged/Contracted | Live Cattle | 0 | $0 | 0% | 0 |
| Unhedged | Live Cattle | 80,342 | $102,526,736 | 100% | 1,276 |
| Contracted-Opt Protected | Live Cattle | 0 | $0 | 0% | 0 |
| Pasture Cattle | Feeders | 0 | $0 | 0% | 0 |
| Breeding Livestock | Bulls, Open Cows | 0 | $0 | 0% | 0 |
| **Total Cattle** | | **80,342** | **$102,526,736** | **100%** | **1,276** |

| Ineligible/Adjustments | | | | | |
|---|---|---|---|---|---|
| Adjustments: | Head | Company Prepared | | Bank Terms | Inspection |
| Cattle count adjusted to 2/28/23 | (71,426) | $ (93,271,928) | $ | (93,271,928) | $ (93,271,928) |
| **Total Adjustments** | | **(93,271,928)** | **$** | **(93,271,928)** | **$ (93,271,928)** |
| **Net Eligible Inventory** | | **$ 9,254,808** | **$** | **9,254,808** | **$ 9,254,808** |



| billed to | wire date | hd cnt | wire amount | difference between check to wire | check amount | check date | check number | name written to | |
|---|---|---|---|---|---|---|---|---|---|
| Bo Robinson | 2/1/2023 | 1,506 | $ 1,449,531.62 | $ 38,044.90 | $ 1,487,576.52 | 2/1/2023 | 4700 | 2B Farms | |
| Bo Robinson | 2/2/2023 | 1,511 | $ 1,455,713.30 | $ 36,394.52 | $ 1,492,107.82 | 2/2/2023 | 4701 | 2B Farms | |
| Bo Robinson | 2/3/2023 | 1,773 | $ 1,711,129.61 | $ 50,885.81 | $ 1,762,015.42 | 2/3/2023 | 4702 | 2B Farms | |
| Bo Robinson | 2/7/2023 | 2,671 | $ 2,567,485.55 | $ 70,640.86 | $ 2,638,126.41 | 2/7/2023 | 4812 | 2B Farms | written out of McClain Feedyard account |
| Bo Robinson | 2/8/2023 | 2,587 | $ 2,483,397.26 | $ 65,228.97 | $ 2,548,626.23 | 2/8/2023 | 4813 | 2B Farms | written out of McClain Feedyard account |
| Bo Robinson | 2/9/2023 | 2,550 | $ 2,466,389.42 | $ 64,196.17 | $ 2,530,585.59 | 2/9/2023 | 4957 | 2B Farms | |
| Bo Robinson | 2/10/2023 | 2,565 | $ 2,476,055.65 | $ 66,992.26 | $ 2,543,047.91 | 2/10/2023 | 4958 | 2B Farms | |
| Bo Robinson | 2/13/2023 | 2,568 | $ 2,488,153.48 | $ 66,230.07 | $ 2,554,383.55 | 2/13/2023 | 4959 | 2B Farms | |
| Bo Robinson | 2/14/2023 | 2,551 | $ 2,476,408.84 | $ 64,410.88 | $ 2,540,819.72 | 2/14/2023 | 4960 | 2B Farms | |
| Bo Robinson | 2/15/2023 | 2,391 | $ 2,470,946.70 | $ 64,985.94 | $ 2,535,932.64 | 2/15/2023 | 4961 | 2B Farms | |
| Bo Robinson | 2/16/2023 | 1,524 | $ 1,469,317.32 | $ 37,177.51 | $ 1,506,494.83 | 2/16/2023 | 4962 | 2B Farms | |
| Bo Robinson | 2/17/2023 | 3,888 | $ 3,760,119.53 | $ 97,037.49 | $ 3,857,157.02 | 2/17/2023 | #4963 | 2B Farms | |
| Bo Robinson | 2/21/2023 | 2,569 | $ 2,498,739.31 | $ 67,370.31 | $ 2,566,109.62 | 2/21/2023 | #4964 | 2B Farms | |
| Bo Robinson | 2/22/2023 | 2,544 | $ 2,462,946.82 | $ 63,672.75 | $ 2,526,619.57 | 2/22/2023 | #4965 | 2B Farms | |
| Bo Robinson | 2/23/2023 | 2,564 | $ 2,495,962.99 | $ 65,102.98 | $ 2,561,065.97 | 2/23/2023 | #4966 | 2B Farms | |
| Bo Robinson | 2/24/2023 | 2,530 | $ 2,472,932.73 | $ 63,494.81 | $ 2,536,427.54 | 2/24/2023 | #4967 | 2B Farms | |
| Bo Robinson | 2/27/2023 | 2,535 | $ 2,490,851.63 | $ 65,953.78 | $ 2,556,805.41 | 2/27/2023 | #4968 | 2B Farms | |
| | hd sold | wired in | difference | check written out | checks written out | | | | |
| | 40,827 | $ 39,696,081.76 | $ 1,047,820.01 | $ 35,557,149.13 | 5,186,752.64 | | | | |
| | | wires from Bo into McClain Fdyd | | checks to 2B from McClain Farms | checks to 2B from McClain Fdyd | | | | |

**Feed and Grain Inventory**

| Inventory Description | Unit | Quantity | $/Unit | $ Value |
|---|---|---|---|---|
| Grains | ton | 1,149 | $ 172.97 | $198,746 |
| Hay | ton | 279 | $ 155.00 | $43,245 |
| Ingredients | ton | 242 | $ 246.88 | $59,745 |
| Silage | ton | 19,661 | $ 66.46 | $1,306,663 |
| Medicine | per unit | - | $ - | $0.00 |
| **Total Inventory** | | | | **$1,608,399** |

Feed inventory as submitted totaled $1,608,399 and is made up of old and new silages stored in pits (bags in KY) along with ground alfalfa, wet distillers' grain, ground/flaked corn, and a supplement.

Commodities are purchased and paid for by invoice, via ACH. Inspector saw this within the bank statements. Inspection Team did run scenarios related to the feed on hand and calculated that with only the feed submitted on the BBC, Client does not have enough silage to feed cattle in the numbers he submitted for more than 90 days, probably no more than 45-60, if the cattle numbers are actual.

**Accounts Receivable (A/R)**

As of the 1/31/23 cutoff date, the Client submitted $12,227,560 accounts receivable primarily for cattle sales. Client also included $600,650 as "payment for feedbills". Inspector presents the transactions in the following insert:

| Accounts Receivable | $ Amount | % |
|---|---|---|
| Packer A/R | 0 | 0% |
| Feed A/R | 0 | 0% |
| Misc A/R | $ 12,227,560 | 100% |
| **Total** | **$ 12,227,560** | **100%** |

Below is an insert of who the customers were for A/R due at the end of January:

| | | |
|---|---|---|
| RILEY LIVESTOCK | $ 267,688.85 | cattle |
| JIMMY GREER | $ 355,904.57 | cattle |
| MYKEL TIDWELL | $ 1,002,475.16 | cattle |
| MEAGAN GOAD | $ 17,876.43 | cattle |
| TGF RANCH | $ 303,220.38 | cattle |
| RICK RODGERS | $ 11,291.96 | cattle |
| JOHN TIDWELL | $ 345,650.99 | cattle |
| PRIEST VICTORY | $ 244,550.78 | cattle & feed |
| ERIC DEJARNATT | $ 65,431.93 | cattle |
| SCOTT LIVESTOCK | $ 707,671.16 | cattle |
| DON JONES | $ 1,558,524.52 | cattle & feed |
| MAP ENTERPRISES | $ 2,426,795.71 | cattle |
| WILDFOREST CATTLE | $ 4,920,477.33 | cattle |
| | $ 12,227,559.77 | Total A/R |

**Packer Accounts Receivable**

No Packer A/R reported as of 1/31/2023. Inspector could see a couple of wire's received from Keeling Cattle Feeders which would have been for fat cattle sales. Client does not show any headcount at Keeling Cattle Feeders nor has any feedbill due been shown ever on the submitted BBC. Inspector was aware when Client was doing business growing

cattle for Friona Industries that occasionally Client would take all his cuts from the deal and feed them at Keeling.  She understood that the numbers were small, and the checks wired in would prove that theory correct.

**Prepaid Feed and Input Expenses**

As of the cutoff date, the Client submitted $0 in pre-paid expenses.

**Demand Deposit Accounts/Book Overdraft/Outstanding Pending Transactions**

| Company | Bank | Type | Reconciled Statement Detail | Submitted Number | AFCID Number | Difference |
|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics | sweep | | (164,512) | (164,512) | 0 |
| McClain Feedyard | Mechanics | sweep | | (20,120) | (20,120) | 0 |
| McClain Farms | Mechanics | sweep | | (2,640,359) | (3,986,630) | |
| Total | | | 0 | (2,824,991) | (4,171,262) | (1,161,639) |



**Related Payables and Liabilities**

It was agreed at the last inspection that Client would include $250,000 for a plugged number on accounts payable.  For January 31, 2023, Client did not include any number for A/P.  Inspector made the adjustment to show the $250K.

**Loan Balance**

The outstanding loan balance and accrued interest was submitted correctly, validated with bank documentation.

**Environmental Observations**

The Client did provide all permit information regarding his various cattle feeding operations.

**RECOMMENDATION RESPONSE**

Recommendations are defined in this report as either: (Green-Level 1) for information only and no specific action needs to take place, (Amber Level 2) CRT will need to present to Credit the resolution of the recommendation by next scheduled internal review (LSR, semi-annual review or annual review), or (Red Level 3) CRT will need to present to Credit the resolution of the recommendation within 45 days of the inspection report being issued. Recommendations will be entered into N-Cino, with a monthly report of outstanding recommendations sent to Credit by Head of AFCID.

**RECOMMENDATIONS**



**APPENDIX**

Attachment 1 – Borrowing Base Summary

**McClain Farms, Inc.** — Attachment 1
**1/31/2023**

**BORROWING BASE SUMMARY**
**1/31/2023**

| Description | Gross Collateral | | | | Loanable Collateral | | |
|---|---|---|---|---|---|---|---|
| | Borrower Reported | Credit Agmt. | Inspection | | Borrower Reported | Credit Agmt. | Inspection |
| Eligible Cattle - Hedged/ Contracted | $0 | $0 | $0 | 85% | $0 | $0 | $0 |
| Eligible Cattle - Unhedged | $102,526,736 | 9,254,808.00 | $9,254,808 | 75% | $76,895,052 | $6,941,106 | $6,941,106 |
| Eligible Cattle - Option Protected | $0 | $0 | $0 | 80% | $0 | $0 | $0 |
| Eligibile Cattle - Pasture | $0 | $0 | $0 | 75% | $0 | $0 | $0 |
| Eligible Cattle - Breeding Livestock | $0 | $0 | $0 | 75% | $0 | $0 | $0 |
| **Total Livestock** | **$102,526,736** | **$9,254,808** | **$9,254,808** | | **$76,895,052** | **$6,941,106** | **$6,941,106** |
| A/R (less than 30 days) | $12,227,560 | $12,227,560 | $12,227,560 | 80% | $9,782,048 | $9,782,048 | $9,782,048 |
| Payments in Transit/ Packer Receivables | $0 | $0 | $0 | 100% | $0 | $0 | $0 |
| Other Eligible Inventory | $0 | $0 | $0 | 75% | $0 | $0 | $0 |
| Feed & Grain Inventory | $1,608,399 | $1,608,399 | $1,608,399 | 75% | $1,206,299 | $1,206,299 | $1,206,299 |
| Customer Notes Receivable - Cattle and Feed | $0 | $0 | $0 | 100% | $0 | $0 | $0 |
| Customer Notes Receivable - Feed Only | $0 | $0 | $0 | 100% | $0 | $0 | $0 |
| Prepaid Feed & Input Expenses | $0 | $0 | $0 | 75% | $0 | $0 | $0 |
| Investment in Growing Crops | $0 | $0 | $0 | 70% | $0 | $0 | $0 |
| Commodity Account | $0 | $0 | $0 | 100% | $0 | $0 | $0 |
| Bank Book Balance/Overdrafts | ($2,824,991) | ($3,986,630) | ($3,986,630) | 100% | ($2,824,991) | ($3,986,630) | ($3,986,630) |
| Accounts Payable | $0 | ($250,000) | ($250,000) | 100% | $0 | ($250,000) | ($250,000) |
| **Eligible Assets** | **$113,537,704** | **$18,854,136** | **$18,854,136** | | **$85,058,408** | **$13,692,823** | **$13,692,823** |
| **Loans Outstanding** | **$55,502,591** | **$55,502,591** | **$55,502,591** | | **$55,502,591** | **$55,502,591** | **$55,502,591** |
| **Required Minimum Net Collateral** | **$0** | **$0** | **$0** | | **$0** | **$0** | **$0** |
| **Net Collateral** | **$58,035,113** | **($36,648,455)** | **($36,648,455)** | | **$29,555,817** | **($41,809,768)** | **($41,809,768)** |

RAF/AT Subpoena Response 001530