

Rabo AgriFinance LLC
PO Box 411995
St. Louis, MO 63141

10/15/2022

McClain Feed Yard, Inc.

Re:  Loan Obligation Number: ███2952 (███2953)
     Loan Type: Operating Line of Credit 3

Dear McClain Feed Yard, Inc.,

The Facility Sheet for the above referenced loan includes your agreement to comply with the following covenant:

Section 2.01 (a) **Reporting Requirements** Borrowing Base Certificate

The above referenced covenant was not met and as such is out of compliance. The lender agrees to waive the timely completion of the above referenced covenant for the reporting period ending 08/31/2022. At the end of the waiver period compliance with the above stated covenant shall again apply from thence until the maturity date of the loan. Lender reserves the right to enforce all covenants and obligations as stated in the loan documents and agreements, except as described herein.

If you have any questions please call Customer Connect at 1-855-722-7766.

Thank you,

Rabo AgriFinance LLC