David L. LeBas, SBN 12098600
dlebas@namanhowell.com
Rachel Barr, SBN 24118185
rbarr@namanhowell.com
NAMAN HOWELL SMITH & LEE PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
Ph. (512) 479-0300
Fax (512) 474-1901

*ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES,*
*AGTEXAS, PCA AND*
*THORLAKSON DIAMOND T FEEDERS, LP*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| **Debtors** | § | Jointly Administered[1] |

## AMENDED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

*ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES, AGTEXAS, PCA AND THORLAKSON DIAMOND T FEEDERS, LP* hereby file this Amended Notice of Appearance and Request for Service of Papers to add Rachel E. Barr, Texas Bar No. 24118185 as additional counsel of record for these parties.

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

The undersigned attorneys for AgTexas Farm Credit Services, AgTexas, PCA, and Thorlakson Diamond T Feeders, LP request that all notices given or required to be given in this case, and all papers served or required to be served on creditors or parties-in-interest in this case, be given to and served upon their attorneys of record, David L. LeBas, and Rachel Barr, Naman Howell Smith & Lee, 8310 N. Capital of Texas Highway, Ste. 490, Austin, Texas 78731.  This request includes all notices, copies, and pleadings referred to in the applicable provisions of the United States Code, or in the Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Respectfully submitted,

David L. LeBas, SBN 12098600
dlebas@namanhowell.com
Rachel E. Barr, SBN 24118185
rbarr@namanhowell.com
NAMAN HOWELL SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
(512) 479-0300
FAX (512) 474-1901

By: */s/ David L. LeBas*
    David L. LeBas

**ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES, AGTEXAS, PCA AND THORLAKSON DIAMOND T FEEDERS, LP**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via electronic service on October 12, 2023, upon all parties entitled to such notice as provided by the ECF filing system.

*/s/ David L. LeBas*
David L. LeBas