# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 11-1

| Case No.: | 23-20084 | | Trustee Name: | (631700) Kent Ries |
|---|---|---|---|---|
| Case Name: | MCCLAIN FEED YARD, INC. | | Date Filed (f) or Converted (c): | 04/28/2023 (f) |
| | | | § 341(a) Meeting Date: | 06/14/2023 |
| For Period Ending: | 09/30/2023 | | Claims Bar Date: | 09/13/2023 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | USDA Trust funds (u) | 0.00 | 0.00 | | 835,560.05 | 0.00 |
| 2 | Mechanics Bank account (u) | 0.00 | 0.00 | | 1,414,714.60 | 0.00 |
| 3 | Accounts Receivables | Unknown | Unknown | | 0.00 | FA |
| 4 | Komatsu WA200 Wheel Loader | 62,500.00 | 62,500.00 | | 0.00 | FA |
| 5 | Feed | 4,000.00 | 4,000.00 | | 79,826.55 | 0.00 |
| 6 | Cattle Feed Yard Facility NEC FM Rd 1057 CR 9 | 600,000.00 | 600,000.00 | | 0.00 | FA |
| 7 | 2010 GMC Half-Ton Pickup Truck | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8 | 2008 Peterbilt Feed Truck | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | 24x6 Gooseneck Stock Trailer | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Caterpillar 259D Compact Track Loader | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Kawasaki Mule 600 Side X Side | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Workers Compensation Insurance dividend (u) | 0.00 | 0.00 | | 4,299.82 | FA |
| 12 | **Assets    Totals    (Excluding unknown values)** | **$666,500.00** | **$666,500.00** | | **$2,334,401.02** | **$0.00** |

**Major Activities Affecting Case Closing:**

Venue transfer motion by third party in progress. Assets and claims for USDA dealer trust in process of determination and payment.

Multiple potential claims in ponzi scheme and other fraudulent activity being investigated by special counsel and forensic accountants.

**Initial Projected Date Of Final Report (TFR):**    12/31/2026          **Current Projected Date Of Final Report (TFR):**    12/31/2026

10/18/2023                                                                                         /s/Kent Ries
_____                                                                          _____
Date                                                                                                Kent Ries