| | |
|---|---|
| Kent Ries, Attorney at Law<br>State Bar No. 16914050<br>PO Box 3100<br>Amarillo, Texas 79116<br>(806) 242-7437<br>(806) 242-7440 – Fax<br>kent@kentries.com<br><br>GENERAL COUNSEL FOR TRUSTEE | Hudson M. Jobe<br>Texas Bar No. 24041189<br>QUILLING, SELANDER, LOWNDS,<br>WINSLETT & MOSER, P.C.<br>2001 Bryan Street, Suite 1800<br>Dallas, Texas 75201<br>(214) 871-2100 (Telephone)<br>(214) 871-2111 (Facsimile)<br><br>SPECIAL COUNSEL TO THE TRUSTEE |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | Jointly Administered |

## CERTIFICATE OF NO OBJECTION

I hereby certify that on September 11, 2023, I filed a *Motion for Approval of Expanded Scope of Employment of Special Counsel for Trustee* (the "Motion") [Docket No. 120] which contained twenty-one (21) day negative notice language. As of today's date, no responses or objections to the Motion have been filed.

DATED: October 31, 2023.

                                        Respectfully submitted,

                                      Kent Ries, Attorney at Law
                                      PO Box 3100
                                      Amarillo, Texas 79116
                                      (806) 242-7437
                                      (806) 242-7440-Fax

                         By:   /s/ *Kent Ries*
                                 Kent Ries
                                 State Bar No. 1691450

                                      GENERAL COUNSEL FOR TRUSTEE

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

**CERTIFICATE OF NO OBJECTION - Page 1**

        AND

        QUILLING, SELANDER, LOWNDS,
            WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By:   */s/ Hudson M. Jobe*
      Hudson M. Jobe
      Texas Bar No. 24041189

SPECIAL COUNSEL TO THE TRUSTEE