

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 1, 2023**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER ON MOTION FOR APPROVAL OF
### EXPANDED SCOPE OF EMPLOYMENT OF SPECIAL COUNSEL FOR TRUSTEE

On this day came on for consideration the *Motion for Approval of Expanded Scope of Employment of Special Counsel for Trustee* (the "Motion") [Docket No. 120] filed on September 11, 2023. The Court finds that the relief requested in the Motion is proper; and it appearing that due and sufficient notice of the Motion has been provided by Trustee's Special Counsel and that no other or further notice is required; and after due deliberation and good cause appearing therefor, it is hereby,

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

1

**ORDERED** that the Motion is granted, and the scope of employment of the Quilling Law Firm as Trustee's Special Counsel is hereby expanded to include professional and general legal services, advice, and assistance to the Trustee in these cases.

### # # # END OF ORDER # # #

Prepared By:

Hudson M. Jobe
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 871-2100
Email: hjobe@qslwm.com

Special Counsel for Trustee