IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors | § | Jointly Administered[1] |

## ORDER GRANTING RULE 2004 MOTION AND AUTHORIZING THE ISSUANCE OF DOCUMENT SUBPOENA TO RABO AGRIFINANCE, LLC

This matter is before the Court on the *Motion for Rule 2004 Order Authorizing the Issuance of Additional Document Subpoena to Rabo AgriFinance, LLC* (the "**Rule 2004 Motion**") filed in all three of the above-entitled Chapter 7 cases by AgTexas Farm Credit Services, AgTexas PCA, and Thorlakson Diamond T. Feeders, LP ("Ag Texas" and "Thorlakson" respectively). Pursuant to

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

this Court's Order of June 28, 2023, all three causes are being jointly administered. Therefore, the Rule 2004 Motion and this Order have only been filed in Cause No. 23-20084.

The Court, having reviewed the Rule 2004 Motion and the subpoena rider attached thereto as Exhibit "A," pursuant to the provisions of Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, and for good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. The Rule 2004 Motion shall be, and it hereby is, GRANTED.

2. AgTexas and Thorlakson shall be, and hereby is, authorized to issue document subpoenas to the following persons or entities for the compelled production of the records and documents identified in the subpoena rider attached to the Rule 2004 Motion:

   A. Rabo AgriFinance, LLC

3. AgTexas and Thorlakson shall provide each party served with a subpoena pursuant to this Order with at least 14 days' notice of the date and time for any required production of records, documents and things.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF ORDER\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Order Submitted by:*

By: */s/ David L. LeBas*  　　　　　　　　　　　　　　　　　Dated November 30, 2023
David L. LeBas
SBN: 12098600
Rachel E. Barr
SBN 24118185
NAMAN HOWELL SMITH & LEE PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
Ph. (512) 479-0300
Fax (512) 474-1901
dlebas@namanhowell.com
rbarr@namanhowell.com