Kenneth R. Netardus, SBN 00791343
knetardus@sjblawfirm.com
STOCKARD, JOHNSTON, BROWN, NETARDUS & DOYLE, P.C.
1030 N. Western
Amarillo, Texas 79106
(806) 372-2202; FAX (806) 379-7799

*Attorneys for Ed and Rieta Dufurrena and*
*Open A Arena, LLC*

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al,[1] | § | CASE NO. 23-20084-rlj-7 |
| | § | |
| Debtors, | § | Jointly Administered. |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

Ed and Rieta Dufurrena, and Open A Arena, LLC, hereby request that all notices given or required to be given in this case, and all papers served or required to be served on creditors or parties-in-interest in this case, be given to and served upon its attorney of record, Kenneth R. Netardus, STOCKARD, JOHNSTON, BROWN, NETARDUS & DOYLE, P.C., 1030 N. Western, Amarillo, Texas 79106.  This request includes all notices, copies, and pleadings referred to in the applicable provisions of the United States Code or in the Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

Respectfully submitted,

STOCKARD, JOHNSTON, BROWN,
NETARDUS & DOYLE, P.C.
Kenneth R. Netardus, SBN 00791343
P.O. Box 3280
Amarillo, Texas, Texas 79116
Tel: (806) 372-2202
Fax: (806) 379-7799
knetardus@sjblawfirm.com

By:  /s/*Kenneth R. Netardus*
    Kenneth R. Netardus

*Attorneys for Ed and Rieta Dufurrena and Open A Arena, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served either electronically via ECF filing system and/or U.S. Mail on December 5, 2023 upon all parties entitled to such notice as provided by the ECF filing system.

/s/ *Kenneth R. Netardus*
    Kenneth R. Netardus