# EXHIBIT A

**DFG - RQN RABO 2023**
**Meagan Powell / Goad**
**Nonpayroll Amounts Received From Family Entities**

| Date | Ck Nm | Description | McClain Feedyard / Mech #0197 | McClain Farms / Mech #3070 | McClain Farms / CFSB #3786 | 7M Cattle Feeders / Mech #0423 | Brian McClain / CFSB #3287 | Total |
|---|---|---|---|---|---|---|---|---|
| Received by Meagan Powell / Goad | | | | | | | | |
| | | Received into Meagan Powell #5596 | 1,866,127.09 | | | 173,469.45 | | 2,039,596.54 |
| | | Received into Meagan Powell/Goad | 545,398.21 | 170,342.30 | 161,180.97 | 955,868.83 | 2,698.18 | 1,835,488.49 |
| **Grand Total** | | | **2,411,525.30** | **170,342.30** | **161,180.97** | **1,129,338.28** | **2,698.18** | **3,875,085.03** |

# EXHIBIT B

**DFG - RQN RABO 2023**
**William (Jed) Goad / JLE Trucking**
**Nonpayroll Amounts Received From Family Entities**

| Date | Ck Nm | Description | McClain Feedyard / Mech #0197 | McClain Farms / Mech #3070 | McClain Farms / CFSB #3786 | 7M Cattle Feeders / Mech #0423 | Brian McClain / CFSB #3287 | Total |
|---|---|---|---|---|---|---|---|---|
| Received by William (Jed) Goad | | | 0.00 | 69,530.10 | 156,057.04 | 18,188.51 | 0.00 | 243,775.65 |
| Received by JLE Trucking | | | 0.00 | 4,447,418.15 | 3,273,659.10 | 258,727.25 | 0.00 | 7,979,804.50 |
| **Grand Total** | | | **0.00** | **4,516,948.25** | **3,429,716.14** | **276,915.76** | **0.00** | **8,223,580.15** |

# EXHIBIT C

**DFG - RQN RABO 2023**
**Kinsey Moreland**
**Nonpayroll Amounts Received From Family Entities**

| Date | Ck Nm | Description | McClain Feedyard / Mech #0197 | McClain Farms / Mech #3070 | McClain Farms / CFSB #3786 | 7M Cattle Feeders / Mech #0423 | Brian McClain / CFSB #3287 | Total |
|---|---|---|---|---|---|---|---|---|
| Received by Kinsey Moreland | | | 0.00 | 31,898.94 | 80,949.86 | 0.00 | 0.00 | 112,848.80 |
| | | | | | | | | |
| **Grand Total** | | | **0.00** | **31,898.94** | **80,949.86** | **0.00** | **0.00** | **112,848.80** |

# EXHIBIT D

**DFG - RQN RABO 2023**
**Josh Moreland**
**Nonpayroll Amounts Received From Family Entities**

| Date | Ck Nm | Description | McClain Feedyard / Mech #0197 | McClain Farms / Mech #3070 | McClain Farms / CFSB #3786 | 7M Cattle Feeders / Mech #0423 | Brian McClain / CFSB #3287 | Total |
|---|---|---|---|---|---|---|---|---|
| Received by Josh Moreland | | | 0.00 | 0.00 | 7,669.76 | 0.00 | 0.00 | 7,669.76 |
| **Grand Total** | | | **0.00** | **0.00** | **7,669.76** | **0.00** | **0.00** | **7,669.76** |