## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,**[1] | § | **CASE NO. 23-20084-RLJ-7** |
| | § | |
| | § | |
| | § | |
| **Debtors,** | § | **Jointly Administered.** |

### NOTICE OF WITHDRAWAL OF DOCUMENT
* * *  * * *  * * *

Come now Meagan B. Goad ("Goad") and Kinsey Moreland ("Moreland" and together

with Goad, "Interested Parties"), by counsel, hereby withdraw their Motion to Transfer Jointly

Administered Cases [Doc. 82].

Respectfully submitted,


/s/ Charity S. Bird
CHARITY S. BIRD
**Kaplan Johnson Abate & Bird, LLP**
710 West Main Street, 4th Floor
Louisville, Kentucky 40202
Telephone 502.416.1630
Email: cbird@kaplanjohnsonlaw.com
*Counsel for Interested Parties, Pro Hac Vice*

/s/ Todd Farmer
TODD FARMER
**Farmer & Wright, PLLC**
4975 Alben Barkley Drive, Ste. 1
Paducah, Kentucky 42002
Telephone 270.443.4431
Email: tfarmer@farmerwright.com
*Counsel for Interested Parties, Pro Hac Vice*

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

**Certificate of Service**

I hereby certify that on December 7, 2023, the foregoing document was filed with the Clerk of the Court in the above-captioned case using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in the case.

/s/ Charity S. Bird
CHARITY S. BIRD