

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 11, 2023

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., | § | CASE NO. 23-20084-rlj7 |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

## ORDER

On November 14, 2023, the chapter 7 trustee, Kent Ries (Trustee), filed a motion to approve a settlement agreement with Meagan B. Goad, Jed Goad, Kinsey Moreland, and Josh Moreland (collectively, the "Settling Parties"). ECF No. 147. The following parties filed objections to the motion: Rabo AgriFinance, LLC [ECF No. 153], various Cattle Creditors[2] [ECF No. 154], and AgTexas Farm Credit Services, AgTexas, PCA, and Thorlakson Diamond T Feeders, LP [ECF No. 155] (collectively, the "Objecting Parties"). The matter was called on

---

[1] The debtors in these jointly administered cases are McClain Feed Yard, Inc. (Case No. 23-20084-rlj7), McClain Farms, Inc. (Case No. 23-20085-rlj7), and 7M Cattle Feeders, Inc. (Case No. 23-20086-rlj7).

[2] "Cattle Creditors" refers to AJ Jacques Living Trust, Arnold Braun Trust, Bryan Blackman, Dora Blackman, Robert Braun, Joel Brookshire, Dennis Buss, Buss Family Trust, Michael Evans, Miranda Evans, Douglas Finley, Gene Brookshire Family, LP, Robert E Gray, Ronnie Gray, Gray Brothers, Jimmy Greer, Leah Gungoll, Gungoll Cattle, LLC, Dustin Johnson, Gary Lesh, Jan Lesh, Jared Lesh, Lesh Family Trust, Charles Lockwood, Cole Lockwood, Nikki Lockwood, Sherle Lockwood, Morrison Cafe, LLC, Jim Rininger, Scarlet and Black Cattle, LLC, Scott Livestock Company, Inc., Robert Spring, Steve T Scott Farm, Inc., Amy Sutton, Craig Sutton, Colby Van Buskirk, Janet Van Buskirk, Lyndal Van Buskirk, and Susan Van Buskirk.

December 7, 2023. Counsel for the Trustee, the Settling Parties, and the Objecting Parties appeared at the hearing. Trustee's counsel announced that the Settling Parties have agreed to revise the proposed settlement to resolve objections and that he would circulate the revised settlement agreement to the Objecting Parties. The Objecting Parties requested time to review the revised settlement agreement and the opportunity to file a supplemental response, if needed, prior to a hearing on the motion. The Court therefore set a schedule for filing the revised settlement documents. It is, therefore,

　　　　ORDERED that the Trustee shall file the revised settlement agreement by December 14, 2023; it is further

　　　　ORDERED that the Objecting Parties shall have until December 20, 2023 to file objections arising from the revised settlement agreement; it is further

　　　　ORDERED that a hearing to consider the settlement agreement is set for December 21, 2023 at 10:00 AM via WebEx. The meeting / dial-in-information for this hearing will be posted on the Court's website (www.txnb.uscourts.gov) under Judge Jones's "Hearing Dates and Calendar" tab prior to the hearing.

### End of Order ###