

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 11, 2023**

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., | § | CASE NO. 23-20084-rlj7 |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

## ORDER

On November 14, 2023, the chapter 7 trustee, Kent Ries (Trustee), filed a motion to approve a settlement agreement with Meagan B. Goad, Jed Goad, Kinsey Moreland, and Josh Moreland (collectively, the "Settling Parties"). ECF No. 147. The following parties filed objections to the motion: Rabo AgriFinance, LLC [ECF No. 153], various Cattle Creditors[2] [ECF No. 154], and AgTexas Farm Credit Services, AgTexas, PCA, and Thorlakson Diamond T Feeders, LP [ECF No. 155] (collectively, the "Objecting Parties"). The matter was called on

___

[1] The debtors in these jointly administered cases are McClain Feed Yard, Inc. (Case No. 23-20084-rlj7), McClain Farms, Inc. (Case No. 23-20085-rlj7), and 7M Cattle Feeders, Inc. (Case No. 23-20086-rlj7).

[2] "Cattle Creditors" refers to AJ Jacques Living Trust, Arnold Braun Trust, Bryan Blackman, Dora Blackman, Robert Braun, Joel Brookshire, Dennis Buss, Buss Family Trust, Michael Evans, Miranda Evans, Douglas Finley, Gene Brookshire Family, LP, Robert E Gray, Ronnie Gray, Gray Brothers, Jimmy Greer, Leah Gungoll, Gungoll Cattle, LLC, Dustin Johnson, Gary Lesh, Jan Lesh, Jared Lesh, Lesh Family Trust, Charles Lockwood, Cole Lockwood, Nikki Lockwood, Sherle Lockwood, Morrison Cafe, LLC, Jim Rininger, Scarlet and Black Cattle, LLC, Scott Livestock Company, Inc., Robert Spring, Steve T Scott Farm, Inc., Amy Sutton, Craig Sutton, Colby Van Buskirk, Janet Van Buskirk, Lyndal Van Buskirk, and Susan Van Buskirk.

December 7, 2023. Counsel for the Trustee, the Settling Parties, and the Objecting Parties appeared at the hearing. Trustee's counsel announced that the Settling Parties have agreed to revise the proposed settlement to resolve objections and that he would circulate the revised settlement agreement to the Objecting Parties. The Objecting Parties requested time to review the revised settlement agreement and the opportunity to file a supplemental response, if needed, prior to a hearing on the motion. The Court therefore set a schedule for filing the revised settlement documents. It is, therefore,

ORDERED that the Trustee shall file the revised settlement agreement by December 14, 2023; it is further

ORDERED that the Objecting Parties shall have until December 20, 2023 to file objections arising from the revised settlement agreement; it is further

ORDERED that a hearing to consider the settlement agreement is set for December 21, 2023 at 10:00 AM via WebEx. The meeting / dial-in-information for this hearing will be posted on the Court's website (www.txnb.uscourts.gov) under Judge Jones's "Hearing Dates and Calendar" tab prior to the hearing.

### End of Order ###

United States Bankruptcy Court

Northern District of Texas

In re:  Case No. 23-20084-rlj

McClain Feed Yard, Inc.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-2     User: admin     Page 1 of 8

Date Rcvd: Dec 11, 2023     Form ID: pdf012     Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | McClain Feed Yard, Inc., 4010 FM 1057, Hereford, TX 79045-7386 |
| cr | + | 2B Farms, a Texas General Partnership, and Terry a, c/o Todd J. Johnston, McWhorter, Cobb & Johnson, LLP, P.O. Box 2547, Lubbock, TX 79408-2547 |
| cr | + | AJ Jacques Living Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Amy Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Arnold Braun Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Bryan Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Buss Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| op | + | Canyon Rim Consulting, LLC, 301 S Polk St., Ste 815, Amarillo, TX 79101-1408 |
| cr | + | Caterpillar Financial Services Corporation, c/o Dickinson Wright PLLC, ATTN: John Nelson, 607 W. 3rd Street, Ste. 2500, Austin, TX 78701 U.S.A. 78701-4713 |
| cr | + | Charles Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Citizens Bank NA, c/o Brady Law Firm, 6136 Frisco Square Blvd., Suite 400, Frisco, TX 75034-3251 |
| cr | + | Colby Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Cole Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Craig Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| intp | + | Crystal McClain, c/o Marcus H. Herbert, Attorney at Law, 416 South 5th Street, Paducah, KY 42003-1530 |
| cr | + | Curtis Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | David Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Dennis Buss, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Don Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | Dora Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Douglas Finley, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Dustin Johnson, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Eddie Bryant, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Eddie Stewart, 1571 Upper Zion Road, Brownsville, TN 38012-8064 |
| cr | + | Gary Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gene Brookshire Family, LP, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gray Brothers, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gungoll Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jan Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Janet Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Janice Lawhon, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jared Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jim Rininger, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jimmy Greer, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Joel Brookshire, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jordan Lesh, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Kinsey Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| intp | + | Kinsey Moreland, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |
| acc | + | LainFaulkner, 400 N St. Paul, Ste 600, Dallas, TX 75201-6897 |
| cr | + | Leah Gungoll, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Lesh Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Lyndal Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| intp | + | Meagan B. Goad, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |
| cr | + | Michael Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |

| | | | |
|---|---|---|---|
| District/off: 0539-2 | | User: admin | Page 2 of 8 |
| Date Rcvd: Dec 11, 2023 | | Form ID: pdf012 | Total Noticed: 66 |

| | | |
|---|---|---|
| cr | + | Miranda Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Morrison Cafe, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Nikki Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Northland Capital Financial Services, LLC, c/o Jenkins & Kling, P.C., 150 N. Meramec Ave., Suite 400, St. Louis, MO 63105-3753 |
| cr | + | Philip E Rapp, 102 Houston Avenue, Weatherford, TX 76086-4314 |
| cr | #+ | Priest Cattle Company, Ltd., 899 Rosenthal Road, Lorena, TX 76655-9665 |
| cr | + | Priest Victory Investment LLC, 899 Rosenthal Road, Lorena, TX 76655-9665 |
| res | + | Quilling, Selander, Lownds, Winslet & Moser, 2001 Bryan Street, Ste 1800, Dallas, TX 75201-3070 |
| cr | + | Robert & Rachel Stewart, Lane & Countryman, 1045 Cheever Blvd., Ste. 103, San Antonio, TX 78217-6223 |
| cr | + | Robert Braun, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Robert E Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Robert Spring, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Ronnie Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Scarlet and Black Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Scott Livestock Company, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Sherle Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steve Ryan, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steve T Scott Farm, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steven Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Susan Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | W. Robbie Russell Living Trust, 414 Preston Drive, Brownsville, TX 38012-2468 |
| cr | + | Wiley Roby Russell, Jr., 414 Preston Drive, Brownsville, TN 38012-2468 |

TOTAL: 66

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2023                Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abel Angel Leal | on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Douglas Finley abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Dora Blackman abel@ssbtxlaw.com  abel@leal.law |

District/off: 0539-2 User: admin Page 3 of 8
Date Rcvd: Dec 11, 2023 Form ID: pdf012 Total Noticed: 66

| Abel Angel Leal | on behalf of Creditor Steve T Scott Farm Inc. abel@ssbtxlaw.com, abel@leal.law |
|---|---|
| Abel Angel Leal | on behalf of Creditor Miranda Evans abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Morrison Cafe LLC abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Jared Lesh abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Amy Sutton abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Scarlet and Black Cattle LLC abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Robert E Gray abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Scott Livestock Company Inc. abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Jordan Lesh LLC abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Gary Lesh abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Jan Lesh abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Gene Brookshire Family LP abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Craig Sutton abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Jim Rininger abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Dennis Buss abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Gray Brothers abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com abel@leal.law |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 4 of 8 |
| Date Rcvd: Dec 11, 2023 | Form ID: pdf012 | Total Noticed: 66 |

| | |
|---|---|
| Abel Angel Leal | on behalf of Creditor Steve Ryan abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Robert Spring abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Robert Braun abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Gungoll Cattle LLC abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Michael Evans abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com abel@leal.law |
| Amber Miller | on behalf of Creditor Richard Carraway amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Big Seven Capital Partners LLC amiller@cdmlaw.com, mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Barry Phillips amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Andrew Phillips amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Scott Stewart amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Robert Ellis amiller@cdmlaw.com mlong@cdmlaw.com |
| Amber Miller | on behalf of Creditor Ridgefield Capital Group LLC amiller@cdmlaw.com, mlong@cdmlaw.com |
| Charity S Bird | on behalf of Interested Party Meagan B. Goad cbird@kaplanjohnsonlaw.com hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com |
| Charity S Bird | on behalf of Interested Party Kinsey Moreland cbird@kaplanjohnsonlaw.com hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com |
| Charles Dunham Biles | on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust dunham@bileswilson.com |
| Daniel P. Callahan | on behalf of Creditor Northland Capital Financial Services LLC dpc@kesslercollins.com, gld@kesslercollins.com |
| David Weitman | on behalf of Interested Party David Weitman david.weitman@klgates.com |
| David Weitman | on behalf of Interested Party Consolidated Feeders LLC david.weitman@klgates.com |
| David L. LeBas | on behalf of Creditor AgTexas Farm Credit Services AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com |
| David L. LeBas | on behalf of Creditor Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 5 of 8 |
| Date Rcvd: Dec 11, 2023 | Form ID: pdf012 | Total Noticed: 66 |

David L. LeBas
    on behalf of Creditor AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
    on behalf of Creditor Thorlackson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

Dawn Whalen Theiss
    on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dylan Tanner Franklin Ross
    on behalf of Creditor MAP Enterprises Inc. dross@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;khartogh@forsheyprostok.com;forsheyprostokllp@jubileebk.net

Hudson M. Jobe
    on behalf of Trustee Kent David Ries hjobe@qslwm.com nchancellor@qslwm.com

Jeff P. Prostok
    on behalf of Creditor MAP Enterprises Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net

John F. Massouh
    on behalf of Creditor Jordan Lesh LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gungoll Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Michael Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Steve T Scott Farm Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert Spring john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

Case 23-20084-rlj7    Doc 161    Filed 12/13/23    Entered 12/13/23 23:19:13    Desc
Imaged Certificate of Notice    Page 8 of 10

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 6 of 8 |
| Date Rcvd: Dec 11, 2023 | Form ID: pdf012 | Total Noticed: 66 |

John F. Massouh
    on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John H. Lovell
    on behalf of Creditor Lone Star Bank of West Texas john@lovell-law.net
    paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
    on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust john@lovell-law.net,
    paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John R. Lane, Jr.
    on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com
    mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com

John Robert Nelson
    on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com mdallaire@dickinsonwright.com

Case 23-20084-rlj7　　Doc 161　　Filed 12/13/23　　Entered 12/13/23 23:19:13　　Desc
Imaged Certificate of Notice　　Page 9 of 10

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 7 of 8 |
| Date Rcvd: Dec 11, 2023 | Form ID: pdf012 | Total Noticed: 66 |

| | |
|---|---|
| Julian Whitley | on behalf of Creditor Philip E Rapp julian@ekdlaw.com |
| Kenneth R. Netardus | on behalf of Creditor Rieta May Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com |
| Kenneth R. Netardus | on behalf of Creditor Open A Arena  LLC knetardus@sjblawfirm.com, rmcmurry@sjblawfirm.com |
| Kenneth R. Netardus | on behalf of Creditor Edward Lewis Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com |
| Kent David Ries | on behalf of Trustee Kent David Ries trustee@kentries.com  TX41@ecfcbis.com |
| Kent David Ries | trustee@kentries.com  TX41@ecfcbis.com |
| Kyle Weldon | on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Wiley Russell  Jr. kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Wiley Roby Russell  Jr. kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Priest Cattle Company  Ltd. kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Robbie Russell kyle@bradburycounsel.com |
| Kyle Weldon | on behalf of Creditor Priest Victory Investment LLC kyle@bradburycounsel.com |
| Marcus Herbert | on behalf of Interested Party Crystal McClain herbertlaw@vci.net |
| Matthew S Merriott | on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust matthew@lovell-law.net, melissa@lovell-law.net;paula@lovell-law.net |
| Max Ralph Tarbox | on behalf of Debtor 7M Cattle Feeders  Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Max Ralph Tarbox | on behalf of Debtor McClain Farms  Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Max Ralph Tarbox | on behalf of Debtor McClain Feed Yard  Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Michael R. Johnson | on behalf of Creditor Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com |
| Michael R. Johnson | on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com  asanchez@rqn.com;docket@rqn.com |
| Michelle D. Esparza | on behalf of Creditor Caterpillar Financial Services Corporation mesparza@dickinsonwright.com  hkott@dickinson-wright.com |
| Nicole E. Gorovsky | on behalf of Creditor Northland Capital Financial Services  LLC ngorovsky@jenkinskling.com, cwoods@jenkinskling.com |
| Rachel E Barr | on behalf of Creditor Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com |
| Rachel E Barr | on behalf of Creditor AgTexas Farm Credit Services AgTexas  PCA rbarr@namanhowell.com |
| Rachel E Barr | on behalf of Creditor AgTexas  PCA rbarr@namanhowell.com |
| Shawn Kevin Brady | on behalf of Creditor Citizens Bank NA sgodwin@brady-law-firm.com  sbrady@brady-law-firm.com |
| Steven Lee Hoard | |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 8 of 8 |
| Date Rcvd: Dec 11, 2023 | Form ID: pdf012 | Total Noticed: 66 |

| | |
|---|---|
| | on behalf of Creditor Don Jones Trucking Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Farms LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Curtis Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones Farms Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Cattle Company LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Steven Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor David Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Curtis Jones Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Kinsey Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Todd Farmer | on behalf of Interested Party Meagan B. Goad todd@farmerwright.com stephanie@sfk-law.com |
| Todd Farmer | on behalf of Interested Party Kinsey Moreland todd@farmerwright.com stephanie@sfk-law.com |
| Todd Jeffrey Johnston | on behalf of Creditor 2B Farms a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com, tlofgren@mcjllp.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| William Adam Franklin | on behalf of Interested Party Kinsey Moreland bfranklin@bdflawfirm.com |
| William Adam Franklin | on behalf of Interested Party Meagan B. Goad bfranklin@bdflawfirm.com |
| William Heath Hendricks | on behalf of Creditor Rabo AgriFinance LLC heath.hendricks@uwlaw.com, roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com |

TOTAL: 155