# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| DEBTOR(S):<br>MCCLAIN FEED YARD, INC., et al.,[1] | BANKRUPTCY CASE NO.:<br>23-20084-RLJ-7<br>(Jointly Administered) |
|---|---|
| CAPTION & CASE NO. OF ADVERSARY: | DATE OF TRIAL/HEARING AND NATURE OF PROCEEDING:<br><br>**Hearing: December 21, 2023, at 10:30 a.m.**<br>Trustee's Motion for Approval of Compromise and Settlement with Meagan B. Goad, Jed Goad, Kinsey Moreland, and Josh Moreland *(Docket #147)* |

## TRUSTEE'S WITNESS AND EXHIBIT LIST

Now comes, Kent Ries, Trustee of the referenced Chapter 7 bankruptcy estates, and files this Witness and Exhibit List for hearing on the Trustee's Motion for Approval of Compromise and Settlement with Meagan B. Goad, Jed Goad, Kinsey Moreland, and Josh Moreland *[Docket #147]*, set for hearing on December 21, 2023, at 10:30 a.m., as follows:

### WITNESSES

1. Kent Ries, Chapter 7 Trustee.
2. Any witness designated by any other party.
3. Any impeachment or rebuttal witness.
4. Trustee reserves the right to amend this designation as appropriate.

### EXHIBITS

| **EXHIBIT** | **DESCRIPTION OF EXHIBIT** | **OFFERED** | **OBJECTION** | **ADMITTED** |
|---|---|---|---|---|
| A | Summary of Insurance Proceeds – Goad and Moreland | | | |
| B | Amended Settlement and Mutual Release Agreement | | | |
| | The Trustee reserves the right to limit any document to redacted form. | | | |
| | Any exhibit designated by any other party. | | | |
| | Any pleadings, reports, or other documents filed in the Debtors' bankruptcy cases. | | | |
| | Any impeachment or rebuttal exhibits. | | | |

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

1

| | All attachments or exhibits to any of the foregoing documents. | | | |
|---|---|---|---|---|

Trustee reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: _/s/ Hudson M. Jobe_
    Hudson M. Jobe
    State Bar No. 24041189

SPECIAL COUNSEL FOR KENT RIES, TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing instrument was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service on the 18th day of December 2023.

_/s/ Hudson M. Jobe_