**Summary of Insurance Proceeds -**
**Meagan Goad and Kinsey Moreland**

|  |  | Issue Date | Face Amount | Goad | Moreland |
|---|---|---|---|---|---|
| Prudential | L7060174 | 1/25/2021 | 3,000,000.00 | 510,000.00 | 510,000.00 |
| Grange | GL00422151 | 6/14/2005 | 100,000.00 | 25,000.00 | 25,000.00 |
| Grange | GL0558430 | 11/10/2014 | 3,000,000.00 | 750,000.00 | 750,000.00 |
| Grange | GL00490966 | 10/2/2009 | 1,500,000.00 | 375,000.00 | 375,000.00 |
| Grange | GL00527115 | 9/26/2012 | 2,000,000.00 | 500,000.00 | 500,000.00 |
| Grange | GL00484796 | 6/3/2009 | 750,000.00 | 187,500.00 | 187,500.00 |
| Cincinnati | Under investigation | Under investigation | Under investigation | 1,041,168.00 | 1,041,168.00 |
|  |  |  | **Total** | **3,388,668.00** | **3,388,668.00** |