**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC. and 7M CATTLE FEEDERS, INC.,<br><br>    Debtors.[1] | CASE NO. 23-20084-7-rlj<br><br>(Jointly Administered Cases)<br><br>Chapter 7 |

**ORDER GRANTING RULE 2004 MOTION AND AUTHORIZING THE ISSUANCE OF DOCUMENT AND EXAMINATION SUBPOENAS TO MACON BANK & TRUST COMPANY**

This matter is before the Court on the *Ex Parte Motion for Rule 2004 Order Authorizing the Issuance of Document and Examination Subpoenas to Macon Bank & Trust Company* (the "**Rule 2004 Motion**") filed on December 29, 2023 in the above-entitled jointly administered Chapter 7 cases by Rabo AgriFinance LLC ("**Rabo**").

---

[1] The Debtors in these jointly administered Chapter cases are: (a) McClain Feed Yard, Inc. (Case No. 23-20084), (b) McClain Farms, Inc. (Case No. 23-20885) and 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

The Court, having reviewed the Rule 2004 Motion and the proposed document subpoena attached thereto as **Exhibit "A,"** pursuant to the provisions of Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, and for good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. The Rule 2004 Motion shall be, and it hereby is, granted.

2. Rabo shall be, and hereby is, authorized to issue a document subpoena to Macon Bank & Trust Company seeking the compelled production of the records and documents identified in Exhibit "A" to the Rule 2004 Motion.

3. Rabo shall provide Macon Bank & Trust Company at least 14 days' notice of the date and time for any required production of records, documents and things.

4. Rabo also is authorized, in its discretion, to issue a subsequent subpoena for Rule 2004 examination to Macon Bank & Trust Company. Rabo shall coordinate with Macon Bank & Trust Company, or its counsel, with respect to the date, time and location of any Rule 2004 examination that it conducts.

*********************************END OF ORDER*******************************

*Order Submitted by:*

/s/ Michael R. Johnson                              Dated: December 29, 2023
Michael R. Johnson
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com

2