Aaron M. Kaufman (TX Bar No. 24060067)  
**GRAY REED**  
1601 Elm Street, Suite 4600  
Dallas, TX 75201  
Telephone: (214) 954-4135  
Facsimile: (214) 953-1332  
Email: akaufman@grayreed.com  

Keith J. Larson (*pro hac vice* pending)  
**MORGAN POTTINGER McGARVEY**  
401 South Fourth Street, Suite 1200  
Louisville, KY 40202  
Telephone: (502) 560-6758  
Facsimile: (502) 585-3498  
Email: kjl@mpmfirm.com  

*Counsel to Community Financial Services Bank*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| MCCLAIN FEED YARD, INC., *et al.*[1] | ) Case No. 23-20084-RLJ-7 |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned hereby enters their appearance on behalf of Community Financial Services Bank, and requests that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith be given to and served upon:

> Aaron M. Kaufman
> **GRAY REED**
> 1601 Elm Street, Suite 4600
> Dallas, TX 75201
> Telephone: (214) 954-4135
> Facsimile: (214) 953-1332
> Email: akaufman@grayreed.com

This request encompasses all notices, copies, and pleadings referred to in Section 1109(b) of title 11 of the United States Code, or in Rules 2002, 3017 or 9007 of the Federal Rules of

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

4855-7863-4906

Bankruptcy Procedure, including without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise that effect or seek to effect the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any prior or later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by the District Court judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, setoffs or recoupments, under agreements, in law, or in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

4855-7863-4906

Respectfully submitted this 8th day of January 2024.

> By: */s/ Aaron M. Kaufman*
> Aaron M. Kaufman
> Texas Bar No. 24060067
> **GRAY REED**
> 1601 Elm Street, Suite 4600
> Dallas, Texas 75201
> Telephone: (214) 954-4135
> Facsimile: (214) 953-1332
> Email:　akaufman@grayreed.com
>
> -and-
>
> **MORGAN POTTINGER McGARVEY**
> Keith J. Larson (*pro hac vice* pending)
> 401 South Fourth Street, Suite 1200
> Louisville, KY 40202
> Telephone: (502) 560-6758
> Facsimile: (502) 585-3498
> Email:　kjl@mpmfirm.com
>
> *Counsel to Community Financial Services Bank*

### Certificate of Service

The undersigned hereby certifies that on the 8th day of January 2024, he caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system.

> */s/ Aaron M. Kaufman*
> Aaron M. Kaufman

4855-7863-4906