# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: McClain Feed Yard, Inc., et al.

Case No.: 23-20084 (RLJ)

Debtor(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **Larson**, **Keith**, **J.**
   *Last*   *First*   *MI*

2. Firm Name: Morgan Pottinger McGarvey

3. Address: 401 South Fourth Street, Suite 1200
   Louisville, KY 40202

4. Phone: (502) 560-6758   FAX: (502) 585-3498
   Email: kjl@mpmfirm.com

5. Name used to sign *all* pleadings: Keith J. Larson

6. Retained by: Community Financial Services Bank

7. Admitted on July 9, 2015 and presently a member in good standing of the bar of the highest court of the state of Kentucky and issued the bar license number of 96585.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | U.S. District Court Western District of Kentucky | November 14, 2015 |
   | U.S. District Court Eastern District of Kentucky | December 8, 2015 |
   | U.S. District Court Southern District of Indiana | December 9, 2015 |

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☒ Yes  ☐ No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes  ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes  ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | | |
    | | |
    | | |

13. Local counsel of record: Aaron M. Kaufman

14. Local counsel's address: Gray Reed, 1601 Elm Street, Suite 4600, Dallas, TX 75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Keith J. Larson                                            January 8, 2024
Printed Name of Applicant                                  Date

/s/ Keith J. Larson
Signature of Applicant