## AFFIDAVIT OF SERVICE

**State of Texas**        **County of**        **United States Bankruptcy Court**

Case Number: 23-20084-RLJ7

Received by ASAP LEGAL SERVICES INC. on the 8th day of January, 2024 at 12:38 pm to be served on **MACON BANK & TRUST COMPANY, 609 RED BOILING SPRINGS ROAD, LAFAYETTE, TN 37083**.

I, **JOSH MOLDER**, being duly sworn, depose and say that on the **8th day of January, 2024** at **1:33 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR THINGS IN A BANKRUPTCY CASE, ADVERSARY PROCEEDING, OR CONTESTED MATTER** with the date and hour of service endorsed thereon by me, to: **JEFF KEISLING** as **EXECUTIVE VICE PRESIDENT** for **MACON BANK & TRUST COMPANY**, at the address of: **609 RED BOILING SPRINGS ROAD, LAFAYETTE, TN 37083**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 230, Hair: White, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and I am an authorized Process Server in good standing in the state of Tennessee.

SUBSCRIBED AND SWORN TO BEFORE ME ON the 9th day of January, 2024 BY THE AFFIANT WHO IS PERSONALLY KNOWN TO ME.

NOTARY PUBLIC

JOSH MOLDER
Process Server

ASAP LEGAL SERVICES INC.
541 SOUTH S.R. #7
SUITE 14
MARGATE, FL 33068
(954) 970-4808

Our Job Serial Number: WGR-2024000010

Copyright © 1992-2024 DaQuane Services, Inc. - Process Server's Toolbox V8.1c

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

---

Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): **MACON BANK & TRUST COMPANY**
on (date) **1-8-2024**

☑ I served the subpoena by delivering a copy to the named person as follows: **IN PERSON ON JEFF KEISLING, Exec. Vice President for MACON BANK & TRUST COMPANY - Authorized to Accept**
on (date) **1-8-2024 @** ; or **1:33 PM**.

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true and correct.

Date: **1-11-2024**

*Server's signature*

PRIVATE PROCESS
JOSH MOLDER

P.O. BOX 331556
MURFREESBORO, TN 37133
888-411-6430

*Server's address*

Additional information concerning attempted service, etc.: