Jamie Kirk
Texas Bar No. 24076485
Assistant Attorney General
Bankruptcy & Collection Division
12221 Merit Drive, Suite 825
Dallas, TX 75251
Telephone: (512) 475-4562
Facsimile: (214) 969-7615
jamie.kirk@oag.texas.gov

ATTORNEYS FOR THE TEXAS
COMPTROLLER OF PUBLIC ACCOUNTS

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| In re: | § | CASE NO. 23-20084-RLJ |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | Chapter 7 |
| | § | |
| DEBTORS | § | Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICE AND PLEADINGS**

The Texas Comptroller of Public Accounts, Revenue Accounting Division ("Texas Comptroller") hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Jamie Kirk
Assistant Attorney General
jamie.kirk@oag.texas.gov
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov
Texas Attorney General's Office
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, Texas 75251

The Texas Comptroller respectfully requests through its said counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

and notices to parties in interest filed by Debtor, the Trustee, or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

        Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**JAMES LLOYD**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Jamie Kirk*
**JAMIE KIRK**
Assistant Attorney General
Texas State Bar No. 24076485
c/o Sherri K. Simpson, Paralegal
sherri.simpson@oag.texas.gov

Office of the Attorney General
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, Texas 75251
Telephone: (512) 475-4562
Facsimile: (214) 969-7615
jamie.kirk@oag.texas.gov

**ATTORNEYS FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

## **CERTIFICATE OF SERVICE**

I certify that on January 25, 2024, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

McClain Feed Yard, Inc.
4010 FM 1057
Hereford, TX 76655

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Rachel E Barr** rbarr@namanhowell.com
- **Charles Dunham Biles** dunham@bileswilson.com
- **Charity S Bird** cbird@kaplanjohnsonlaw.com, hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com
- **Shawn Kevin Brady** sgodwin@brady-law-firm.com, sbrady@brady-law-firm.com
- **Daniel P. Callahan** dpc@kesslercollins.com, gld@kesslercollins.com
- **Michelle D. Esparza** mesparza@dickinsonwright.com, hkott@dickinson-wright.com
- **Todd Farmer** todd@farmerwright.com, stephanie@sfk-law.com
- **William Adam Franklin** bfranklin@bdflawfirm.com
- **Nicole E. Gorovsky** ngorovsky@jenkinskling.com, cwoods@jenkinskling.com
- **William Heath Hendricks** heath.hendricks@uwlaw.com, roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com
- **Marcus Herbert** herbertlaw@vci.net
- **Steven Lee Hoard** shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com
- **Hudson M. Jobe** hjobe@qslwm.com, nchancellor@qslwm.com
- **Michael R. Johnson** mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com
- **Todd Jeffrey Johnston** tjohnston@mcjllp.com, tlofgren@mcjllp.com
- **Aaron Michael Kaufman** akaufman@grayreed.com, cgillam@grayreed.com
- **John R. Lane** johnlaneassociates@gmail.com, mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com
- **David L. LeBas** dlebas@namanhowell.com, jaucoin@namanhowell.com
- **Abel Angel Leal** abel@ssbtxlaw.com, abel@leal.law
- **John H. Lovell** john@lovell-law.net, paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net
- **John F. Massouh** john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com
- **Joseph H Mattingly** joe@mattinglylawoffices.com
- **Matthew S Merriott** matthew@lovell-law.net, kaye@lovell-law.net;alexis@lovell-law.net
- **Amber Miller** amiller@cdmlaw.com, mlong@cdmlaw.com
- **John Robert Nelson** jnelson@dickinsonwright.com, mdallaire@dickinsonwright.com
- **Kenneth R. Netardus** knetardus@sjblawfirm.com, rmcmurry@sjblawfirm.com
- **Jeff P. Prostok** jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.

3

- com;khartogh@forsheyprostok.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net
- **Kent David Ries** kent@kentries.com
- **Kent David Ries** trustee@kentries.com, TX41@ecfcbis.com
- **Dylan Tanner Franklin Ross**  dross@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;drossfp@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;khartogh@forsheyprostok.com;forsheyprostokllp@jubileebk.net
- **Max Ralph Tarbox** jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com
- **Dawn Whalen Theiss** dawn.theiss@usdoj.gov, brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov
- **United States Trustee** ustpregion06.da.ecf@usdoj.gov
- **David Weitman** david.weitman@klgates.com
- **Kyle Weldon** kyle@bradburycounsel.com
- **Julian Whitley** julian@ekdlaw.com

*/s/ Sherri K. Simpson*
**SHERRI K. SIMPSON**