## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | (Jointly Administered) |

### <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that in the event a hearing is required, the Court shall hold a hearing on **March 14, 2024 at 1:30 p.m.** on the *Trustee's Motion for Rule 2004 Examination of USDA Deal Trust Claims* (Docket No. 174).  Such hearing will be held via WebEx by accessing the meeting/dial-in information on the Court's website (www.txnb.uscourts.gov) under Judge Jones' "Hearing Dates and Calendar" tab prior to the hearing.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
 WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
By:  */s/ Hudson M. Jobe*
     Hudson M. Jobe
     State Bar No. 24041189

SPECIAL COUNSEL FOR KENT RIES, TRUSTEE

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).