**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that in the event a hearing is required, the Court shall hold a hearing on **March 14, 2024 at 1:30 p.m.** on the *Trustee's Motion for Rule 2004 Examination Regarding Life Insurance* (Docket No. 178). Such hearing will be held via WebEx by accessing the meeting/dial-in information on the Court's website (www.txnb.uscourts.gov) under Judge Jones' "Hearing Dates and Calendar" tab prior to the hearing.

        Respectfully submitted,

        QUILLING, SELANDER, LOWNDS,
          WINSLETT & MOSER, P.C.
        2001 Bryan Street, Suite 1800
        Dallas, Texas 75201
        (214) 871-2100 (Telephone)
        (214) 871-2111 (Facsimile)
        By: */s/ Hudson M. Jobe*
            Hudson M. Jobe
            State Bar No. 24041189

        SPECIAL COUNSEL FOR KENT RIES, TRUSTEE

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

# **CERTIFICATE OF SERVICE**

       I hereby certify that on February 8, 2024, a true and correct copy of the foregoing was served via the Court's ECF system on the debtor, debtor's counsel, the United States Trustee, and, all parties that have appeared and requested notice, and also via first-class mail postage-prepaid, on the following:

Peel & Holland
c/o Greg McNutt
1120 Main Street
Benton, KY 42025

Prudential Financial Inc.
751 Broad Street Newark
New Jersey 07102

Cincinnati Life Insurance Company
6200 S. Gilmore Road
Fairfield, OH 45014-5141

Cincinnati Life Insurance Company
PO Box 145496
Cincinnati, OH 45250-5496

Cincinnati Financial Corporation
6200 S. Gilmore Road
Fairfield, Ohio 45014-5141

Grange Life Insurance Company
Attn: Life Claims Department
PO Box 182828
Columbus, OH 43218-2828

Grange Insurance
P.O. Box 1218
Columbus, OH 43216

Charity Bird
Kaplan Johnson Abate & Bird, LLP
710 West Main Street
Fourth Floor
Louisville KY 40202

Todd Farmer
Farmer & Wright, PLLC
4975 Alben Barkley Drive, Ste. 1
Paducah, Kentucky 42002

Piper Olivia McClain
3728 Mayfield Hwy
Benton, KY 42025

Chelsea McClain
824 Mullins Ln
Benton, KY 42025

Kristin McClain
c/o Crystal McClain
3728 Mayfield Hwy
Benton, KY 42025

Crystal McClain
3728 Mayfield Hwy
Benton, KY 42025


                                       */s/ Hudson M. Jobe*
                                       Hudson M. Jobe