**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that in the event a hearing is required, the Court shall hold a hearing on **March 14, 2024 at 1:30 p.m.** on the *Trustee's Motion for Rule 2004 Examination of Non-USDA Claimants* (Docket No. 179). Such hearing will be held via WebEx by accessing the meeting/dial-in information on the Court's website (www.txnb.uscourts.gov) under Judge Jones' "Hearing Dates and Calendar" tab prior to the hearing.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
By: */s/ Hudson M. Jobe*
    Hudson M. Jobe
    State Bar No. 24041189

SPECIAL COUNSEL FOR KENT RIES, TRUSTEE

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

# **CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2024, a true and correct copy of the foregoing was served via the Court's ECF system on the debtor, debtor's counsel, the United States Trustee, and, all parties that have appeared and requested notice, and also via first-class mail postage-prepaid, on the following:

Curtis Jones Farms
1720 W. 13th Ave.
Emporia, KS 66801

Steven Hoard
500 South Taylor
Suite 800, LB #2113
Amarillo, TX 79120-1656

Kinsey Jones
30308 S. Carlson Rd.
Reading, KS 66868

Carol Bosshardt
3925 NW 151st Way
Newberry, FL 32669

Joseph Donelson Jones, II
39551 CR 439
Umatilla, FL 32784

      */s/ Hudson M. Jobe*
      Hudson M. Jobe