Kent Ries, Attorney at Law
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

GENERAL COUNSEL FOR TRUSTEE

Hudson M. Jobe
Texas Bar No. 24041189
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

SPECIAL COUNSEL TO THE TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | Jointly Administered |

## CERTIFICATE OF SERVICE OF TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION OF USDA DEALER TRUST CLAIMANTS

**TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:**

COMES NOW, Kent Ries, Trustee ("**Trustee**") of the referenced Chapter 7 bankruptcy cases the "**Bankruptcy Cases**"), and files this his Certificate of Service of Trustee's Motion for Rule 2004 Examination of USDA Dealer Trust Claimants and Notice of Hearing on same as follows:

1. The undersigned hereby certifies that in connection with these Bankruptcy Cases, counsel for the United States Department of Agriculture provided the Trustee with a copy of the Dealer Trust claims filed with the USDA, as well as a spreadsheet summary of the claimants and

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

their asserted claims. The schedule attached as **Exhibit A** hereto represents a summary of information pulled from these documents and any Proofs of Claim filed by the claimants – the name and address of the claimants, any email address listed for the claimant, as well as any attorney contact information that was referenced in the claim documents.

2. On February 8, 2024, an electronic copy of the Motion for Rule 2004 Examination of USDA Dealer Trust Claimants (Dkt. No. 174) and Notice of Hearing on same (Dkt. No. 175) was sent via email to the email addresses listed for counsel and the email addresses listed for the claimants.

3. With respect to the parties on Exhibit A that do not have attorney information listed, on February 8, 2024, a physical copy of the Motion for Rule 2004 Examination of USDA Dealer Trust Claimants (Dkt. No. 174) and Notice of Hearing on same (Dkt. No. 175) was mailed to the address listed via first-class mail, postage prepaid.

Respectfully submitted,

*/s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

SPECIAL COUNSEL TO THE TRUSTEE