# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| DEBTOR(S):<br>MCCLAIN FEED YARD, INC., et al.,[1] | BANKRUPTCY CASE NO.:<br>23-20084-RLJ-7<br>(Jointly Administered) |
|---|---|
| CAPTION & CASE NO. OF ADVERSARY: | DATE OF TRIAL/HEARING AND NATURE OF PROCEEDING:<br><br>**Hearing: March 14, 2024, at 1:30 p.m.**<br><br>**Trustee's Motion for Rule 2004 Examination of USDA Dealer Trust Claimants** *(Docket #174)*<br><br>**Trustee's Motion for Rule 2004 Examination Regarding Other Produced Discovery** *(Docket #176)*<br><br>**Trustee's Motion for Rule 2004 Examination Regarding Life Insurance** *(Docket #178)*<br><br>**Trustee's Motion for Rule 2004 Examination of Non-USDA Claimants** *(Docket #179)* |

## TRUSTEE'S WITNESS AND EXHIBIT LIST

Now comes, Kent Ries, Trustee of the referenced Chapter 7 bankruptcy estates, and files this Witness and Exhibit List for hearing on the Trustee's Motion for Rule 2004 Examination of USDA Dealer Trust Claimants *(Docket #174)*; Trustee's Motion for Rule 2004 Examination Regarding Other Produced Discovery *(Docket #176)*; Trustee's Motion for Rule 2004 Examination Regarding Life Insurance *(Docket #178); and* Trustee's Motion for Rule 2004 Examination of Non-USDA Claimants *(Docket #179)*, set for hearing on March 14, 2024, at 1:30 p.m., as follows:

## WITNESSES AND EXHIBITS

1. Kent Ries, Chapter 7 Trustee.
2. Any witness designated by any other party.
3. Any impeachment or rebuttal witness.
4. Trustee reserves the right to amend this designation as appropriate.

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

1

| **EXHIBIT** | **DESCRIPTION OF EXHIBIT** | **OFFERED** | **OBJECTION** | **ADMITTED** |
|---|---|---|---|---|
| A | Proof of Claim No. 11 filed by Kinsey Jones in the amount of $353,831.49 | | | |
| B | Proof of Claim No. 16 filed by Riley Livestock, Inc. in the amount of $694,059.28 | | | |
| C | Proof of Claim No. 26 filed by AJ Jacques Living Trust in the amount of $365,509.27 | | | |
| D | Proof of Claim No. 35 filed by Robert Braun in the amount of $345,547.65 | | | |
| E | Proof of Claim No. 40 filed by MAP Enterprises, Inc. in the amount of $9,155,847.81 | | | |
| F | Proof of Claim No. 64 filed by Thorlakson Diamond T Feeders, LP in the amount of $9,997,068.00 | | | |
| G | Proof of Claim No. 74 filed by Ridgefield Capital Asset Management in the amount of $2,182,751.53 | | | |
| H | Proof of Claim No. 80 filed by Big Seven Capital Partners, LLC in the amount of $594,403.47 | | | |
| I | Summary of USDA Claims (also filed at Docket No. 126) | | | |
| J | List of USDA Claimants, Counsel Contact Information, and Filed Proofs of Claims | | | |
| K | Email service of 2004 Motion | | | |
| L | Peel and Holland (address for service of Life Insurance Motion) | | | |
| M | Crystal McClain (address for service of Life Insurance Motion) | | | |
| N | Piper McClain (address for service of Life Insurance Motion) | | | |
| O | Chelsea McClain (address for service of Life Insurance Motion) | | | |
| P | Prudential Financial, Inc. (address for service of Life Insurance Motion) | | | |
| Q | Cincinnati Life Insurance Company (address for service of Life Insurance Motion) | | | |
| R | Cincinnati Life Insurance Company (address for service of Life Insurance Motion) | | | |
| S | Grange Life Insurance Company (address for service of Life Insurance Motion) | | | |
| T | Grange Life Insurance Company (address for service of Life Insurance Motion) | | | |
| U | Bank statement of McClain Farms, Inc. | | | |
| V | Bank statement of 7M Cattle Feeders, Inc. | | | |
| W | Bank statement of McClain Feed Yard, Inc. | | | |
| | The Trustee reserves the right to limit any document to redacted form. | | | |
| | Any exhibit designated by any other party. | | | |

| | | | | |
|---|---|---|---|---|
| | Any pleadings, reports, or other documents filed in the Debtors' bankruptcy cases. | | | |
| | Any impeachment or rebuttal exhibits. | | | |
| | All attachments or exhibits to any of the foregoing documents. | | | |

Trustee reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
 WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Hudson M. Jobe*
 Hudson M. Jobe
 State Bar No. 24041189

SPECIAL COUNSEL FOR KENT RIES, TRUSTEE

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing instrument was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service on the 11th day of March 2024.

*/s/ Hudson M. Jobe*

3