B 10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT    Northern District of Texas | | **PROOF OF CLAIM** |
|---|---|---|
| Name of Debtor:<br>McClain Feed Yard, Inc. | Case Number:<br>23-20084-rlj7 | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>Riley Livestock, Inc. | |
|---|---|
| Name and address where notices should be sent:<br>Steven L. Hoard<br>P.O. Box 31656<br>Amarillo, TX 79120-1656<br><br>Telephone number: (806) 337-1112    email: shoard@mhba.com | **COURT USE ONLY**<br>☐ Check this box if this claim amends a previously filed claim.<br><br>Court Claim Number:_____<br>(*If known*)<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br>Riley Livestock, Inc. attn: Mary Ann Hunter<br>P.O. Box 663<br>Mayfield, KY 42066<br><br>Telephone number: (270) 345-2303    email: maryann@rileylivestock.com | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars. |

1. **Amount of Claim as of Date Case Filed:**    $    694,059.28

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☐ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

2. **Basis for Claim:** Conversion of cattle; unpaid cattle seller; fraud
   (See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as:<br>_____<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _<br>(See instruction #3b) |
|---|---|---|

4. **Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Describe:

Value of Property: $_____

Annual Interest Rate_____% ☐ Fixed  or  ☐ Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:
$_____

Basis for perfection: _____

Amount of Secured Claim:   $_____

Amount Unsecured:   $_____

5. **Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

☐ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

Amount entitled to priority:

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

6. **Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**EXHIBIT B**

B10 (Official Form 10) (04/13)                                                                                                                                                                2

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☐ I am the creditor.  ☒ I am the creditor's authorized agent.  ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)  ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:  Steven L. Hoard
Title:       Attorney
Company:     Mullin Hoard & Brown, LLP
Address and telephone number (if different from notice address above):       (Signature)                            6-22-23
                                                                                                                    (Date)

Telephone number:                    email:

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.

B10 (Official Form 10) (04/13)    3

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity to whom debtor owes a debt that was incurred before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment for a debt owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506 (a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien.

A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507 (a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.

```
                    RILEY LIVESTOCK, INC.
                        PO BOX 663
                     MAYFIELD, KY 42066
                      FAX 270-964-0034
                    OFFICE 270-345-2302
                    ********************
                    *    I N V O I C E *
                    ********************
                          ( 00011 )
=====BILL TO======:  1470              =====SHIP TO======:  1470
    MCCLAIN, BRIAN &                       MCCLAIN, BRIAN &
    824 MULLINS RD                         824 MULLINS RD
    BENTON, KY            42025            BENTON, KY            42025

       APRIL  4, 2023                                 =====================
======WEIGHT====  ========P R I C E====================
======  HEAD --------  -AVG-   -GROSS-   PER/LB   PER/HD  ====GROSS=========
          18   STEER    333    5,995    241.18    803.26    14,458.74
          10   HFRS     259    2,590    255.75    662.39     6,623.93
         169   HF       412   69,590    231.33    952.56   160,982.55
         108   HFRS     494   53,305    205.05  1,012.05   109,301.90
         129   HFRS     577   74,490    187.48  1,082.59   139,653.85
         =====                ========                    ============
         434                   205,970                     431,020.97
```

CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER CLAIMED ON***434
CATTLE PURSUANT TO 7CFR & 1260.116 AND 1260.314   D O   N O T    D E D U C T
THE 2.00 PER HEAD BEEF PROMOTION ASSESSMENT.     BEEF COUNCIL REGISTERED
NO. KY-034         DATE:    APRIL  4, 2023  SIGNED _____MARY ANN HUNTER

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT
AND TRANSFERRED ARE OF USA ORIGIN. JEFF RILEY            DATE-__ 4/04/23

04/07/2023
985714039

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

REFER TO MAKER

McClain Farms Inc
824 Mullins Ln
Benton, KY 42025-4702

Mechanics Bank
Commitment That Lasts Generations

7605

4/5/2023

PAY TO THE ORDER OF   RILEY LIVESTOCK                                    $ **431,020.97

Four Hundred Thirty-One Thousand Twenty and 97/100************************************ DOLLARS

RILEY LIVESTOCK

MEMO                                                    Meagan [signature]
                                                        AUTHORIZED SIGNATURE

⑈007605⑈ ⑆121102036⑆ 3505283070⑈

⑈007605⑈ ⑆121102036⑆   3505283070⑈ 51 ⑈00431 2097⑈

```
                    RILEY LIVESTOCK, INC.
                        PO BOX 663
                    MAYFIELD, KY 42066
                     FAX 270-964-0034
                    OFFICE 270-345-2302
                   ********************
                   *    I N V O I C E  *
                   ********************
                        ( 00071 )
=====BILL TO======:  1470              =====SHIP TO======:  1470
    MCCLAIN, BRIAN &                       MCCLAIN, BRIAN &
    824 MULLINS RD                         824 MULLINS RD
    BENTON, KY           42025             BENTON, KY           42025

      APRIL 14, 2023                              =====================
======WEIGHT====  ========P R I C E===================
======  HEAD --------   -AVG-   -GROSS-   PER/LB   PER/HD  ====GROSS=========
         1    HF         415      415    186.46   773.81        773.81
        14    HFRS       478    6,690    228.58 1,092.29     15,292.00
        11    HFRS       580    6,375    188.09 1,090.07     11,990.74
      =====                   ========                     ============
        26                     13,480                         28,056.55
```

CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER CLAIMED ON****26
CATTLE PURSUANT TO 7CFR & 1260.116 AND 1260.314  D O    N O T    D E D U C T
THE 2.00 PER HEAD BEEF PROMOTION ASSESSMENT.    BEEF COUNCIL REGISTERED
NO. KY-034       DATE:    APRIL 14, 2023  SIGNED _____MARY ANN HUNTER

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT
AND TRANSFERRED ARE OF USA ORIGIN. JEFF RILEY           DATE-__ 4/14/23

KENTUCKIANA / RBY RILEY LIVESTOCK
P.O. BOX 774
OWENSBORO KY 42302-0774
270.785.4121 * 800.264.1453

R E C A P

```
FOR=: 1975                    ( MS )              BUYER=: 1975
BRIAN MCCLAIN                 MCCLA               MCCLAIN, BRIAN
824 MULLLINS LANE                                 824 MULLLINS LANE
                             0000000
BENTON KY         42025                           BENTON KY         42025
4:32:46                                                         APRIL 10, 2023
            ====== G R O S S ===== ==A V E R A G E====
----PEN-- SUFIX HED  WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED  OTHER ----------
    41    41    1     415    747.00   415 180.00  747.00
    13    46   14    6,690 14859.85   478 222.12 1061.41
    12    56   11    6,375 11590.35   580 181.81 1053.66
          === ======= =========== ====       =======
          26      13,480 27197.20   518         1046.04 ==========
                                              GROSS---> $27,197.20
```

LEASE PAY GROSS AMOUNT!!!

PP SALE 4/27/23 @ 6:00PM
ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

 ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
SA ORIGIN. SIGNATURE-D FULKERSON    DATE-04/10/23

RBF LIVESTOCK

Check Number 105222  
Check Date Apr 11, 2023  
Check Amount $27,197.20

| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description |
|---|---|---|---|---|---|
| 041123-26 | 4/11/23 | | 27,197.20 | | |

Apr 11, 2023

Twenty-Seven Thousand One Hundred Ninety-Seven and 20/100 Dollars

27,197.20

RBF LIVESTOCK  
PO BOX 774  
OWENSBORO, KY 42302

Memo: 26

RBF LIVESTOCK

Check Number 105222  
Check Date Apr 11, 2023  
Check Amount $27,197.20

| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description |
|---|---|---|---|---|---|
| 041123-26 | 4/11/23 | | 27,197.20 | | |

```
                    RILEY LIVESTOCK, INC.
                         PO BOX 663
                     MAYFIELD, KY 42066
                     FAX 270-964-0034
                     OFFICE 270-345-2302
                    *******************
                    *   I N V O I C E  *
                    *******************
                         ( 00010 )

=====BILL TO======:  1470              =====SHIP TO======:  1470
    MCCLAIN, BRIAN &                       MCCLAIN, BRIAN &
    824 MULLINS RD                         824 MULLINS RD
    BENTON, KY            42025            BENTON, KY            42025

    APRIL 10, 2023                                  ====================
======WEIGHT====   ========P R I C E==================
======  HEAD --------  -AVG-  -GROSS-   PER/LB    PER/HD  ====GROSS=========
         42    HF      417    17,525    221.46    924.07    38,810.87
        114    HFRS    495    56,450    201.55    998.03   113,774.98
         74    HFRS    600    44,380    185.66  1,113.46    82,395.91
        =====                  ========                    ============
        230                    118,355                      234,981.76
```

CERTIFICATION OF NON-PRODUCER STATUS FOR THE RESELLER CLAIMED ON***230
CATTLE PURSUANT TO 7CFR & 1260.116 AND 1260.314  D O   N O T   D E D U C T
THE 2.00 PER HEAD BEEF PROMOTION ASSESSMENT.    BEEF COUNCIL REGISTERED
NO. KY-034           DATE:     APRIL 10, 2023 SIGNED _____MARY ANN HUNTER

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT
AND TRANSFERRED ARE OF USA ORIGIN. JEFF RILEY            DATE-__ 4/10/23

**LIVINGSTON COUNTY LIVESTOCK, INC**
PO BOX 297
LEDBETTER, KY 42058
(270) 898-8377

Buyer#:4
BRIAN MCCLAIN
824 MULLINS LANE
BENTON KY 42025
FAX:
PHONE:

Auction Date: Tuesday, April 4, 2023

April 04, 2023  4:48 pm

Page 1 of 1

## *** RECAP *** SUMMARY ***

| BUYER NUMBER | NUMBER HEAD | AVG WEIGHT | AVG / POUND | AVG / CWT | AVG / HEAD | TOTAL WEIGHT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|---|
| 4-41 | 30 | 439 | 2.19 | 219.10 | 963.66 | 13195 | 28,909.89 |
| 4-46 | 34 | 516 | 1.98 | 197.73 | 1,021.82 | 17570 | 34,742.01 |
| 4-56X | 25 | 565 | 1.96 | 196.05 | 1,107.68 | 14125 | 27,692.10 |
| 4-56 | 11 | 568 | 1.89 | 188.83 | 1,072.88 | 6250 | 11,801.70 |
|  | 100 |  | 511 |  | 201.69 | 1,031.46 | 51140 | 103,145.70 |

* - Averages are after any additional charges

| | |
|---|---|
| Total Head: | 100 |
| Total Weight: | 51140 |
| Total Refunds: | 0.00 |
| Additional Charges: | 0.00 |
| Total Purchases: | 103,145.70 |
| Total Sales Tax: | 0.00 |
| Payments Made: | 0.00 |
| **Grand Total:** | **$103,145.70** |
| **Amount Due:** | **$103,145.70** |

P&S REQUIRES PAYMENT BY THE NEXT BUSINESS DAY FOLLOWING PURCHASE OF LIVESTOCK!

## For your records

**Issued date:** 2023-04-05
**Check number:** VV4646
**From:** RILEY LIVESTOCK, INC.
**Amount:** $103,145.70
**Payable to:** LIVINGSTON COUNTY LIVESTO...
**Delivery email:** MADDIE@RILEYLIVESTOCK.COM
**Memo:** 100MC

**deluxe.** PAYMENT EXCHANGE

Are you a business? To save time, money, and resources, make payments using Deluxe Payment Exchange. Call 1-877-333-6964 to get started today!

**Questions?** Visit eChecks.com or call 1-877-333-6964

### Does your financial institution have questions about this check?

- This check was printed from an authorized check record. It is not a Check 21 Image Replacement Document.
- To confirm this check was issued by the account holder and details (pay to, amount, routing/account number) remain unmodified, the item's authenticity can be verified using the Deluxe Inc. Check Verification service at https://echecks.com/verify.

## How to use this check

**Check appears upside down intentionally**

Need help? Visit eChecks.com or call 1-877-333-6964

✂ Cut along this line

| Step 1 | Step 2 | Step 3 |
|---|---|---|
| **Print the check** | **Validate it printed correctly** | **Deposit like normal** |
| ✓ Any printer works | ✓ Correct if bank numbers are: | 1. Cut on the dotted line above |
| ✓ Black or color ink | Centered in white space | 2. Endorse the back |
| ✓ Basic white paper | Parallel to edge of the page | 3. Deposit like normal: |
|  | Clearly printed in dark black ink | In-person at a bank or credit union |
|  | ✗ Reprint if bank numbers are: | Using an ATM |
|  | Cut off, skewed, or off-center | Via smartphone mobile deposit |
|  | Smudged or wrinkled | With an office check scanner |
|  | Too light too read |  |

---

Official eCheck

**RILEY LIVESTOCK, INC.**
PO BOX 663
PH (270) 345-2303
MAYFIELD, KY 42066

This is a Deluxe eCheck. The PAY TO THE ORDER OF line designates the Payee. For questions call Deluxe Payment Exchange customer support at 1-877-333-6964. Ref: E7DS-6843

**VV4646**

Date | 04/05/2023
Void after 90 days

PAY TO THE ORDER OF | LIVINGSTON COUNTY LIVESTOCK, INC      $ 103,145.70

One hundred three thousand, one hundred forty-five and 70/100 — Dollars

Rabobank Na

Memo | 100MC

*M.A. Hunter*

Verify check at https://echecks.com/verify

⑆004646⑆  ⑉122238420⑉  9433741216⑈

KENTUCKY / RB RILEY LIVESTOCK
P.O. BOX 774
OWENSBORO KY 42302-0774
270.785.4121 * 800.264.1453

R E C A P

FOR=: 1975                          MS            BUYER=: 1975
BRIAN MCCLAIN                     MCCLA           MCCLAIN, BRIAN
824 MULLLINS LANE                                 824 MULLLINS LANE
                                 0000000
BENTON KY        42025                            BENTON KY        42025
4:53:15                                                        APRIL 3, 2023

====== G R O S S ===== ==A V E R A G E===
----PEN-- SUFIX HED WEIGHT ==AMOUNT== WGH PRI/LB PRI/HED OTHER ------------
  12    41   12   4,330    9452.30   361  218.30  787.69
  13    46   58  27,535   56250.25   475  204.29  969.83
  77    46X  22  11,345   21288.80   516  187.65  967.67
  10    56   24  14,715   25538.50   613  173.55 1064.10
  78    56X  14   9,290   16232.50   664  174.73 1159.46
       =======  ==========  ====    =======
       130   67,215   128762.35    517       990.47  =========
                                                    GROSS---> $128,762.35

LEASE PAY GROSS AMOUNT!!!


H__K YOU FOR YOUR BUSINESS
E ACT AS AGENTS AND ARE NOT RESPONSIBLE FOR THE HEALTH OR LIFE OF ANY ANIMAL

 ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF
SA ORIGIN. SIGNATURE-D FULKERSON    DATE-04/03/23

| | | RBF LIVESTOCK | | | Check Number | 105145 |
|---|---|---|---|---|---|---|
| | | | | | Check Date | Apr 4, 2023 |
| | | | | | Check Amoun | $128,762.35 |
| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description | |
| 040423-130 | 4/4/23 | | 128,762.35 | | | |

Apr 4, 2023

One Hundred Twenty-Eight Thousand Seven Hundred Sixty-Two and 35/100 Dollars    128,762.35

RBF LIVESTOCK
PO BOX 774
OWENSBORO, KY  42302

Memo: 130

| | | RBF LIVESTOCK | | | Check Number | 105145 |
|---|---|---|---|---|---|---|
| | | | | | Check Date | Apr 4, 2023 |
| | | | | | Check Amoun | $128,762.35 |
| Invoice | Date | Discount Taken | Amount Paid | Quantity | Description | |
| 040423-130 | 4/4/23 | | 128,762.35 | | | |