**Fill in this information to identify the case:**

Debtor 1    MCCLAIN FEED YARD, INC.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Texas

Case number   23-20084-rlj7

## Official Form 410

# Proof of Claim

04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

MAP ENTERPRISES INC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor   MAP

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Jeff P. Prostok
Name

777 Main Street, Ste. 1550
Number   Street

Ft. Worth     TX     36102
City     State     ZIP Code

Contact phone (817) 877-8855

Contact email jprostok@forsheyprostok.com

**Where should payments to the creditor be sent?** (if different)

MAP Enterprises, Inc.
Name

P.O. Box 1045
Number   Street

Mayfield     KY     42066
City     State     ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____ / _____ / _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**EXHIBIT**

**E**

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

| | |
|---|---|
| 6. Do you have any number you use to identify the debtor? | ☑ No <br> ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___ |

| | |
|---|---|
| 7. How much is the claim? | $_____9,155,847.81_. **Does this amount include interest or other charges?** <br> ☑ No <br> ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A). |

| | |
|---|---|
| 8. **What is the basis of the claim?** | Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. <br><br> Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). <br><br> Limit disclosing information that is entitled to privacy, such as health care information. <br><br> See attached. |

| | |
|---|---|
| 9. **Is all or part of the claim secured?** | ☑ No <br> ☐ Yes. The claim is secured by a lien on property. <br><br> **Nature of property:** <br> ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.* <br> ☐ Motor vehicle <br> ☐ Other. Describe: _____ <br><br> **Basis for perfection:** _____ <br> Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.) <br><br> **Value of property:** $_____ <br> **Amount of the claim that is secured:** $_____ <br><br> **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.) <br><br> **Amount necessary to cure any default as of the date of the petition:** $_____ <br><br> **Annual Interest Rate** (when case was filed)_____% <br> ☐ Fixed <br> ☐ Variable |

| | |
|---|---|
| 10. **Is this claim based on a lease?** | ☑ No <br> ☐ Yes. Amount necessary to cure any default as of the date of the petition. $_____ |

| | |
|---|---|
| 11. **Is this claim subject to a right of setoff?** | ☑ No <br> ☐ Yes. Identify the property: _____ |

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. Check one: | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:  Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date      9 / 7 / 23
                     MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Michael Gourley | | |
|---|---|---|---|
| | First name | Middle name | Last name |
| Title | President | | |
| Company | MAP ENTERPRISES INC | | |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. | | |
| Address | P.O. Box 1045 | | |
| | Number      Street | | |
| | Mayfield | KY | 42066 |
| | City | State | ZIP Code |
| Contact phone | | Email | |

## ADDENDUM TO PROOF OF CLAIM

This Addendum is incorporated into and shall form a part of the Proof of Claim (the "Proof of Claim") filed by MAP Enterprises, Inc. ("MAP" or the "Claimant") in the bankruptcy case of McClain Feed Yard, Inc., pending in the Northern District of Texas, Amarillo Division (the "Bankruptcy Court") under Case No. 23-20084-rlj7 (the "Bankruptcy Case").

Claimant asserts an unsecured claim in the amount of **$9,155,847.81** against each of the Debtors (defined below) for money loaned to purchase cattle.

MAP files this Proof of Claim against McClain Feed Yards, Inc. ("MFY"), a Texas corporation, McClain Farms, Inc. ("MFI"), a Kentucky corporation, and 7M Cattle Feeders, Inc. ("7M"), a Kentucky corporation (collectively referred to as "Debtors" and each individually, a "Debtor") because the Debtors acted as a single entity with respect to claims that MAP and/or any creditor has against any one of the Debtors insofar as they were alter egos of each other and operated as a single enterprise controlled by Brian McClain ("McClain").

Upon information and belief, McClain operated the Debtors as mere instrumentalities to the harm of MAP.

Furthermore, on information and belief, (1) there is such unity of ownership and interest between McClain and each of the Debtors that their separateness has ceased; and (2) that the facts are such that treating the Debtors as separate entities would sanction a fraud or promote injustice.

On information and belief, McClain and the Debtors did not observe corporate formalities, operated the Debtors as a single entity, and commingled and/or transferred funds between each of the Debtors, and by the time MAP made the payments comprising the amounts set forth in its Proof of Claim, McClain allowed the Debtors to become undercapitalized and/or insolvent.

Facts supporting the treatment of the Debtors as a single entity include, but are not limited to the following:

1. Debtors were all owned by McClain, managed by McClain and his representatives, and operated from McClain's offices in Benton, Kentucky. All of the Debtors' books and records were kept at McClain's offices in Benton, Kentucky.

2. With respect to MAP, all of MAP's transactions with the Debtors were initiated by McClain and his representatives, and any substantive communications MAP had with Debtors were conducted with McClain and his representatives.

3. On information and belief, the Debtors were not observing corporate formalities with respect to the Debtors and the Debtors' financial obligations and/or were commingling funds of the Debtors.

4. On information and belief, the Debtors' books and records evidenced many inter-Debtor transfers of funds.

5. On information and belief, the Debtors accepted funds from MAP which the Debtors were unable to repay.  The Debtors' schedules and statements of financial affairs

(collectively, the "Schedules and Statements") reflect that the Debtors were insolvent and undercapitalized as of April 28, 2023 (the "Petition Date").

6. In addition, from July 2022 to April 2023, MAP engaged in a series of cattle feeding transactions with McClain, acting on behalf of the Debtors, whereby MAP would pay MFY for the purchase of cattle for the benefit of MAP with the agreement that when the cattle were sold, MAP would receive the gain from the sale, plus the original cost, less McClain's commission.  Each transaction was initiated by a communication from McClain to MAP regarding the number and weight of cattle for which funds were being solicited by McClain from MAP on or about the time MAP made the payment. In reliance on McClain's representations that funds paid by MAP were to be used for the purchase and sale of cattle identified by McClain to MAP, MAP paid **$9,155,847.81** that it has not recovered as set forth in the attached schedule, and it now appears that Debtors do not have the cattle that was purportedly purchased or the funds from sales of such cattle to repay MAP. To the extent that it is shown that (i) no such cattle existed, (ii) McClain had no intent to use the funds paid by MAP as represented to MAP by McClain and/or (iii) McClain misappropriated funds paid by MAP, then McClain, while acting on behalf of Debtors, made intentional misrepresentations to MAP or acted with reckless disregard for the truth in his dealings with MAP; and MAP was harmed as a proximate result of such representations as set forth herein.

7. With respect to MAP, McClain, acting in his capacity as owner and principal of the Debtors,  perpetrated a fraud against MAP on April 17, 2023 to the extent that: (a) according to allegations made by Rabo Agrifinance LLC ("Rabo") the Debtors' bank accounts were overdrawn as of April 11, 2023, and Debtors' cattle in Hereford and Friona, Texas had been seized; (b) on April 17, 2023, McClain met with MAP representatives, who were unaware of these events, despite having received a call from a representative of Rabo who made no mention of missing cattle or overdrawn accounts, (c) at that meeting McClain induced MAP to wire MFY over $3.6 million of the over $9 million referenced above by representing to MAP that McClain and/or the Debtors had proceeds available to pay MAP for cattle sold that were owed to MAP, which does not appear to have been the case, and (d) it appears McClain knew that not to be the case or acted with willful or reckless disregard for the truth when he made that representation to MAP upon which MAP relied to its detriment and as the proximate result MAP incurred the loss of over $3.6 million.

8. Given the disparity between the number of claims and the total amounts of such claims asserted by creditors against the Debtors and the apparent current insolvency of the Debtors set forth in their Schedules and Statements, upon information and belief, McClain operated these entities as a single enterprise for his personal benefit to the detriment of his creditors, including MAP.

9. Other creditors of Debtors have alleged grounds for disregarding the corporate separateness of Debtors (*See AgTexas Farm Credit Services, et al. v. McLain Feed Yard, Inc. et al.*, District Court for Deaf County Texas, Case No. CI-2023D-025). The Debtors should be treated as a single entity, and claims against any individual Debtor should be allowed as to all Debtors.

Factors supporting substantive consolidation of the Debtors include: (a) the interrelated and intertwined nature and operation of the Debtors and/or Mr. McClain; (b) the lack of and/or

insufficiency and/or inaccuracy of any consolidated financial statements; (c) the common ownership of the Debtors; (d) the commingling of assets of the Debtors and lack of documentation regarding the transfer of assets and (e) Debtors and McClain are all jointly and severally liable to the Debtors' primary secured creditor, Rabo.

## I.    Reservation of Rights

Claimant reserves the right to amend or modify this Proof of Claim for any reason including, without limitation, modification of the amount claimed to include additional interest, expenses, costs and/or attorneys' fees incurred both before and as a result of the Bankruptcy Case.  Claimant further reserves the right to supplement this Proof of Claim with additional documents as necessary.  Claimant further reserves the right to seek the subordination of any other claim or interest pursuant to 11 U.S.C. § 510(c).

The filing of this Proof of Claim is not (a) a waiver or release of Claimant's rights or claims against any person, entity, or property; (b) a waiver or release of its right to trial by jury in any proceeding, whether or not the same are designated legal or equitable rights in any case, controversy or proceeding relating hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2), and whether such jury trial right is pursuant to statute or the United States Constitution; (c) a waver or release of its right to have any and all final orders in any and all non-core matters or proceedings entered only after de novo review by a United States District Court Judge; (d) a waiver or release of the right to move to withdraw the reference with respect to the subject matter of this Proof of Claim, any objection thereto or other proceedings commenced with respect thereto or any other proceeding which may be commenced in this Bankruptcy Case against or otherwise involving the Claimant; or (e) an election of remedy.

By filing this Proof of Claim, Claimant does not waive, and specifically preserves, its procedural and substantive defenses to any claim that may be asserted against him by the Debtors, by any trustee of their estates, or any other party.  Claimant also reserves all rights accruing to it against the Debtors, and the filing of this Proof of Claim is not intended to be and shall not be construed as (a) an election of remedies or (b) a waiver or limitation of any rights of Claimant. Claimant reserves the right to withdraw this Proof of Claim with respect to any claims for any reason whatsoever.

## II.    Documents Supporting Proof of Claim

The following Exhibit(s) attached hereto support the Proof of Claim:

| Exhibit No. | Description |
|-------------|-------------|
| 1 | Spreadsheet of MAP/McClain Transactions |
| 2 | Copies of Checks Evidencing Payments |
| 3 | Invoices dated March 30 and April 3, 2023 |
| 4 | $3.6 Million Wire Transfer Order dated April 17, 2023 |

# Exhibit 1

Exhibit E - Proof of Claim No. 40 filed by MAP Enterprises   Inc. in the amount o   Page 8 of 58

**MAP/McCLAIN TRANSACTIONS**

| | Type | Date | Check # | Memo | Item | Debit (Bought) | | Credit (Sold) | Net |
|---|---|---|---|---|---|---|---|---|---|
| 03 30 23 501088 | | | | | | | | | |
| | Check | 03/30/2023 | 12725 | 446H 261624# | 03 30 23 501088 | $ 501,088.45 | | $ | (501,088.45) |
| 03 30 23 500899 | | | | | | | | | |
| | Check | 03/30/2023 | 12726 | 457H 261130# | 03 30 23 500899 | $ 500,899.57 | | $ | (500,899.57) |
| 03 30 23 424427 | | | | | | | | | |
| | Check | 03/30/2023 | 12727 | 385H 221298# | 03 30 23 424427 | $ 424,427.43 | | $ | (424,427.43) |
| 03 30 23 535715 | | | | | | | | | |
| | Check | 03/30/2023 | 12728 | 481H 279557# | 03 30 23 535715 | $ 535,715.08 | | $ | (535,715.08) |
| 03 30 23 537724 | | | | | | | | | |
| | Check | 03/30/2023 | 12729 | 474H 280987# | 03 30 23 537724 | $ 537,724.82 | | $ | (537,724.82) |
| 03 30 23 535670 | | | | | | | | | |
| | Check | 03/30/2023 | 12730 | 479H 279592# | 03 30 23 535670 | $ 535,670.31 | | $ | (535,670.31) |
| 03 30 23 515008 | | | | | | | | | |
| | Check | 03/30/2023 | 12732 | 453H 269173# | 03 30 23 515008 | $ 515,008.70 | | $ | (515,008.70) |
| 04 03 23 425326 | | | | | | | | | |
| | Check | 04/03/2023 | 12741 | 375h 219750# | 04 03 23 425326 | $ 425,326.13 | | $ | (425,326.13) |
| 04 03 23 425065 | | | | | | | | | |
| | Check/Wire Transfer | 04/03/2023 | 12742 | 384H 219264# | 04 03 23 425065 | $ 425,065.19 | (Returned Check - Paid by Wire Transfer 4-17-23) | $ | (425,065.19) |
| 04 03 23 374770 | | | | | | | | | |
| | Check | 04/03/2023 | 12743 | 325H 193700# | 04 03 23 374770 | $ 374,770.76 | | $ | (374,770.76) |
| 04 03 23 532110 | | | | | | | | | |
| | Check/Wire Transfer | 04/03/2023 | 12744 | 476H 274652# | 04 03 23 532110 | $ 532,110.78 | (Returned Check - Paid by Wire Transfer 4-17-23) | $ | (532,110.78) |
| 04 03 23 500008 | | | | | | | | | |
| | Check/Wire Transfer | 04/03/2023 | 12745 | 443H 258269# | 04 03 23 500008 | $ 500,008.78 | (Returned Check - Paid by Wire Transfer 4-17-23) | $ | (500,008.78) |
| 04 03 23 499598 | | | | | | | | | |
| | Check | 04/03/2023 | 12746 | 444H 257964# | 04 03 23 499598 | $ 499,598.88 | | $ | (499,598.88) |
| 04 03 23 417859 | | | | | | | | | |
| | Check/Wire Transfer | 04/03/2023 | 12747 | 375H 215625# | 04 03 23 417859 | $ 417,859.69 | (Returned Check - Paid by Wire Transfer 4-17-23) | $ | (417,859.69) |
| 04 03 23 427301 | | | | | | | | | |
| | Check/Wire Transfer | 04/03/2023 | 12748 | 373H 220816# | 04 03 23 427301 | $ 427,301.04 | (Returned Check - Paid by Wire Transfer 4-17-23) | $ | (427,301.04) |
| 04 03 23 357943 | | | | | | | | | |
| | Check | 04/03/2023 | 12749 | 325H 184602# | 04 03 23 357943 | $ 357,943.28 | | $ | (357,943.28) |
| 04 03 23 416410 | | | | | | | | | |
| | Check/Wire Transfer | 04/03/2023 | 12750 | 380H 214700# | 04 03 23 416410 | $ 416,410.65 | (Returned Check - Paid by Wire Transfer 4-17-23) | $ | (416,410.65) |
| 04 03 23 529778 | | | | | | | | | |
| | Check/Wire Transfer | 04/03/2023 | 12751 | 477H 273321# | 04 03 23 529778 | $ 529,778.09 | (Returned Check - Paid by Wire Transfer 4-17-23) | $ | (529,778.09) |
| 04 03 23 415603 | | | | | | | | | |
| | Check/Wire Transfer | 04/03/2023 | 12752 | 364H 214760# | 04 03 23 415603 | $ 415,603.55 | (Returned Check - Paid by Wire Transfer 4-17-23) | $ | (415,603.55) |
| 04 03 23 117805 | | | | | | | | | |
| | Check | 04/03/2023 | 12753 | 102H 60894# | 04 03 23 117805 | $ 117,805.53 | | $ | (117,805.53) |
| 04 03 23 165731 | | | | | | | | | |
| | Check | 04/03/2023 | 12754 | 152H 85424# | 04 03 23 165731 | $ 165,731.10 | | $ | (165,731.10) |
| | | | | | | | | $ | (9,155,847.81) |

# Exhibit 2

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

3/30/2023

PAY TO THE ORDER OF  McClain Feedyard                                            $ **501,088.45

Five Hundred One Thousand Eighty-Eight and 45/100***************************************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025

MEMO  446H 261624#                                          AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                              12725

McClain Feedyard                                               3/30/2023
03 30 23 501088 (261,624@$1.9153)     446H 261624#                       501,088.45

Cash In Bank - Checki  446H 261624#                                      501,088.45

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                              12725

McClain Feedyard                                               3/30/2023
03 30 23 501088 (261,624@$1.9153)     446H 261624#                       501,088.45

Cash In Bank - Checki  446H 261624#                                      501,088.45

Product CDT456                                The Check Depot, LLC  www.CheckDepot.net  or  1-800-625-8117

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12726

3/30/2023

PAY TO THE
ORDER OF ___McClain Feedyard_____  $  **500,899.57

Five Hundred Thousand Eight Hundred Ninety-Nine and 57/100****************************************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025



MEMO   457H 261130#                                              AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                  12726

McClain Feedyard                                          3/30/2023
03 30 23 500899 (261,130@$1.9182)     457H 261130#                    500,899.57

Cash In Bank - Checki  457H 261130#                                  500,899.57

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                  12726

McClain Feedyard                                          3/30/2023
03 30 23 500899 (261,130@$1.9182)     457H 261130#                    500,899.57

Cash In Bank - Checki  457H 261130#                                  500,899.57

Product CDT456                              The Check Depot, LLC  www.CheckDepot.net  or  1-800-625-8117

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12727

3/30/2023

PAY TO THE ORDER OF   McClain Feedyard

$ **424,427.43

Four Hundred Twenty-Four Thousand Four Hundred Twenty-Seven and 43/100*********************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025

MEMO   385H 221298#

AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**          12727

McClain Feedyard                                    3/30/2023
03 30 23 424427 (221,298@$1.9179)   385H 221298#                424,427.43

Cash In Bank - Checki   385H 221298#                            424,427.43

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**          12727

McClain Feedyard                                    3/30/2023
03 30 23 424427 (221,298@$1.9179)   385H 221298#                424,427.43

Cash In Bank - Checki   385H 221298#                            424,427.43

Product CDT456                          The Check Depot, LLC  www.CheckDepot.net  or  1-800-625-8117

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12728

3/30/2023

PAY TO THE
ORDER OF ___ McClain Feedyard _____ $ **535,715.08

Five Hundred Thirty-Five Thousand Seven Hundred Fifteen and 08/100************************************************
_____ DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025

MEMO    481H 279557#                                          AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                              12728

McClain Feedyard                                        3/30/2023
03 30 23 535715 (279,557@$1.9163)    481H 279557#                      535,715.08

Cash In Bank - Checki  481H 279557#                                    535,715.08

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                              12728

McClain Feedyard                                        3/30/2023
03 30 23 535715 (279,557@$1.9163)    481H 279557#                      535,715.08

Cash In Bank - Checki  481H 279557#                                    535,715.08

Product CDT456                              The Check Depot, LLC  www.CheckDepot.net  or  1-800-625-8117

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12729

3/30/2023

PAY TO THE ORDER OF   McClain Feedyard

$  **537,724.82

Five Hundred Thirty-Seven Thousand Seven Hundred Twenty-Four and 82/100*************************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025

MEMO   474H 280987#

AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12729

McClain Feedyard                                              3/30/2023
03 30 23 537724 (280,987@$1.9137)     474H 280987#
                                                                537,724.82

Cash In Bank - Checki  474H 280987#                             537,724.82

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12729

McClain Feedyard                                              3/30/2023
03 30 23 537724 (280,987@$1.9137)     474H 280987#
                                                                537,724.82

Cash In Bank - Checki  474H 280987#                             537,724.82

Product CDT456                                    The Check Depot, LLC www.CheckDepot.net or 1-800-625-8117

MAP Enterprises, Inc.
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

3/30/2023

PAY TO THE ORDER OF    McClain Feedyard                                         $ **535,670.31

Five Hundred Thirty-Five Thousand Six Hundred Seventy and 31/100************************************************* DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025

MEMO    479H 279592#

AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12730

McClain Feedyard                                         3/30/2023
03 30 23 535670 (279,592@$1.9159)    479H 279592#                    535,670.31

Cash In Bank - Checki   479H 279592#                                   535,670.31

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12730

McClain Feedyard                                         3/30/2023
03 30 23 535670 (279,592@$1.9159)    479H 279592#                    535,670.31

Cash In Bank - Checki   479H 279592#                                   535,670.31

Product CDT456                        The Check Depot, LLC  www.CheckDepot.net  or  1-800-625-8117

**MAP ENTERPRISES INC**
**(OPERATING ACCOUNT)**
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12732

3/30/2023

PAY TO THE
ORDER OF   McClain Feedyard                                        $ **515,008.70

Five Hundred Fifteen Thousand Eight and 70/100************************************************************* DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025



MEMO    453H 269173#                                        AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                        12732
McClain Feedyard                                        3/30/2023
03 30 23 515008 (269,173@$1.9133)        453H 269173#                515,008.70

Cash In Bank - Checki  453H 269173#                                        515,008.70

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                        12732
McClain Feedyard                                        3/30/2023
03 30 23 515008 (269,173@$1.9133)        453H 269173#                515,008.70

Cash In Bank - Checki  453H 269173#                                        515,008.70

Product CDT456                                        The Check Depot, LLC www.CheckDepot.net or 1-800-625-8117

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12741

4/3/2023

PAY TO THE
ORDER OF    McClain Feedyard                                                $  **425,326.13

Four Hundred Twenty-Five Thousand Three Hundred Twenty-Six and 13/100*********************************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025

MEMO    375h 219750#                                                    AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                                12741

McClain Feedyard                                                4/3/2023
04 03 23 425326 (219,750@$1.9355)    375h 219750#                              425,326.13

Cash In Bank - Checki  375h 219750#                                          425,326.13

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                                12741

McClain Feedyard                                                4/3/2023
04 03 23 425326 (219,750@$1.9355)    375h 219750#                              425,326.13

Cash In Bank - Checki  375h 219750#                                          425,326.13

Product CDT456                                    The Check Depot, LLC  www.CheckDepot.net  or  1-800-625-8117

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12742

4/3/2023

PAY TO THE
ORDER OF    McClain Feedyard                                              $   **425,065.19

Four Hundred Twenty-Five Thousand Sixty-Five and 19/100****************************************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025



MEMO    384H 219264#                                              AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12742

McClain Feedyard                                      4/3/2023
04 03 23 425065 (219,264@$1.9386)      384H 219264#                          425,065.19

Cash In Bank - Checki  384H 219264#                                          425,065.19

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12742

McClain Feedyard                                      4/3/2023
04 03 23 425065 (219,264@$1.9386)      384H 219264#                          425,065.19

Cash In Bank - Checki  384H 219264#                                          425,065.19

**MAP ENTERPRISES INC**
**(OPERATING ACCOUNT)**
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12743

4/3/2023

PAY TO THE ORDER OF   McClain Feedyard                                             $ **374,770.76

Three Hundred Seventy-Four Thousand Seven Hundred Seventy and 76/100*********************************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025



MEMO   325H 193700#                                          AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12743
   McClain Feedyard                                              4/3/2023
   04 03 23 374770 (193,700@$1.9348)    325H 193700#                        374,770.76

Cash In Bank - Checki  325H 193700#                                        374,770.76

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12743
   McClain Feedyard                                              4/3/2023
   04 03 23 374770 (193,700@$1.9348)    325H 193700#                        374,770.76

Cash In Bank - Checki  325H 193700#                                        374,770.76

Product CDT456                                          The Check Depot, LLC www.CheckDepot.net or 1-800-625-8117

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12744

4/3/2023

PAY TO THE ORDER OF    McClain Feedyard                                $ **532,110.78

Five Hundred Thirty-Two Thousand One Hundred Ten and 78/100************************************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025

MEMO    476H 274652#                                          AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                              12744

McClain Feedyard                                        4/3/2023
04 03 23 532110 (274,652@$1.9374)    476H 274652#                      532,110.78

Cash In Bank - Checki  476H 274652#                                    532,110.78

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                              12744

McClain Feedyard                                        4/3/2023
04 03 23 532110 (274,652@$1.9374)    476H 274652#                      532,110.78

Cash In Bank - Checki  476H 274652#                                    532,110.78

Product CDT456                              The Check Depot, LLC  www.CheckDepot.net or 1-800-625-8117

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12745

4/3/2023

PAY TO THE ORDER OF   McClain Feedyard                                      $ **500,008.78

Five Hundred Thousand Eight and 78/100**************************************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025

MEMO   443H 258269#                                           AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                  12745

McClain Feedyard                                          4/3/2023
04 03 23 500008 (258,269@$1.936)   443H 258269#                     500,008.78

Cash In Bank - Checki   443H 258269#                                 500,008.78

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                  12745

McClain Feedyard                                          4/3/2023
04 03 23 500008 (258,269@$1.936)   443H 258269#                     500,008.78

Cash In Bank - Checki   443H 258269#                                 500,008.78

Product CDT456                                    The Check Depot, LLC  www.CheckDepot.net  or  1-800-625-8117

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12746

4/3/2023

PAY TO THE
ORDER OF    McClain Feedyard                                              $  **499,598.88

Four Hundred Ninety-Nine Thousand Five Hundred Ninety-Eight and 88/100******************************************
                                                                                              DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025

MEMO    444H 257964#                                              AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                              12746

McClain Feedyard                                              4/3/2023
04 03 23 499598 (257,964@$1.9367)    444H 257964#                            499,598.88

Cash In Bank - Checki  444H 257964#                                         499,598.88

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                              12746

McClain Feedyard                                              4/3/2023
04 03 23 499598 (257,964@$1.9367)    444H 257964#                            499,598.88

Cash In Bank - Checki  444H 257964#                                         499,598.88

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12747

4/3/2023

PAY TO THE ORDER OF   McClain Feedyard                                    $ **417,859.69

Four Hundred Seventeen Thousand Eight Hundred Fifty-Nine and 69/100************************************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025

MEMO   375H 215625#                    AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12747

McClain Feedyard                                                4/3/2023
04 03 23 417859 (215,625@$1.9379)     375H 215625#                       417,859.69

Cash In Bank - Checki  375H 215625#                                     417,859.69

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12747

McClain Feedyard                                                4/3/2023
04 03 23 417859 (215,625@$1.9379)     375H 215625#                       417,859.69

Cash In Bank - Checki  375H 215625#                                     417,859.69

Product CDT456                                    The Check Depot, LLC www.CheckDepot.net or 1-800-625-8117

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12748

4/3/2023

PAY TO THE
ORDER OF     McClain Feedyard                                                    $  **427,301.04

Four Hundred Twenty-Seven Thousand Three Hundred One and 04/100****************************************************
                                                                                                    DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025



MEMO    373H 220816#                                          AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                              12748

McClain Feedyard                                                  4/3/2023
04 03 23 427301 (220,816@$1.9351)      373H 220816#                              427,301.04

Cash In Bank - Checki   373H 220816#                                             427,301.04

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                              12748

McClain Feedyard                                                  4/3/2023
04 03 23 427301 (220,816@$1.9351)      373H 220816#                              427,301.04

Cash In Bank - Checki   373H 220816#                                             427,301.04

Product CDT456                                            The Check Depot, LLC  www.CheckDepot.net  or  1-800-625-8117

Case 23-20084-jjr7 Claim 401-5 Filed 01/23/24 Desc Main Document Page 25 of 58

Exhibit E - Proof of Claim No. 40 filed by MAP Enterprises. In the amount o   Page 25 of 58749

**MAP ENTERPRISES INC**
**(OPERATING ACCOUNT)**
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

4/3/2023

PAY TO THE
ORDER OF     McClain Feedyard                                                    $  **357,943.28

Three Hundred Fifty-Seven Thousand Nine Hundred Forty-Three and 28/100************************************ DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025



MEMO    325H 184602#                                              AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                      12749

McClain Feedyard                                              4/3/2023
04 03 23 357943 (184,602@$1.939)     325H 184602#                        357,943.28

Cash In Bank - Checki   325H 184602#                                    357,943.28

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                      12749

McClain Feedyard                                              4/3/2023
04 03 23 357943 (184,602@$1.939)     325H 184602#                        357,943.28

Cash In Bank - Checki   325H 184602#                                    357,943.28

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

4/3/2023

PAY TO THE ORDER OF    McClain Feedyard                                    $    **416,410.65

Four Hundred Sixteen Thousand Four Hundred Ten and 65/100************************************************* DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025



MEMO    380H 214700#                                          AUTHORIZED SIGNATURE

ll

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12750

McClain Feedyard                                              4/3/2023
04 03 23 416410 (214,700@$1.9395)    380H 214700#                    416,410.65

Cash In Bank - Checki  380H 214700#                              416,410.65

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12750

McClain Feedyard                                              4/3/2023
04 03 23 416410 (214,700@$1.9395)    380H 214700#                    416,410.65

Cash In Bank - Checki  380H 214700#                              416,410.65

Product CDT456                                The Check Depot, LLC  www.CheckDepot.net  or  1-800-625-8117

**MAP ENTERPRISES INC**
**(OPERATING ACCOUNT)**
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

4/3/2023

PAY TO THE
ORDER OF   McClain Feedyard                                $ **529,778.09

Five Hundred Twenty-Nine Thousand Seven Hundred Seventy-Eight and 09/100*************************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025



MEMO   477H 273321#                                AUTHORIZED SIGNATURE

---

| MAP ENTERPRISES INC • OPERATING ACCOUNT | | | 12751 |
|---|---|---|---|
| McClain Feedyard | | 4/3/2023 | |
| 04 03 23 529778 (273,321@$1.9383) | 477H 273321# | | 529,778.09 |

Cash In Bank - Checki   477H 273321#                        529,778.09

| MAP ENTERPRISES INC • OPERATING ACCOUNT | | | 12751 |
|---|---|---|---|
| McClain Feedyard | | 4/3/2023 | |
| 04 03 23 529778 (273,321@$1.9383) | 477H 273321# | | 529,778.09 |

Cash In Bank - Checki   477H 273321#                        529,778.09

Product CDT456                    The Check Depot, LLC www.CheckDepot.net or 1-800-625-8117

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12752

4/3/2023

PAY TO THE
ORDER OF    McClain Feedyard                                                    $ **415,603.55

Four Hundred Fifteen Thousand Six Hundred Three and 55/100*********************************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025



MEMO    364H 214760#                                    AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12752

McClain Feedyard                                              4/3/2023
04 03 23 415603 (214,760@$1.9352)    364H 214760#                        415,603.55

Cash In Bank - Checki  364H 214760#                                       415,603.55

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                    12752

McClain Feedyard                                              4/3/2023
04 03 23 415603 (214,760@$1.9352)    364H 214760#                        415,603.55

Cash In Bank - Checki  364H 214760#                                       415,603.55

Product CDT456                                    The Check Depot, LLC www.CheckDepot.net or 1-800-625-8117

**MAP ENTERPRISES INC**
(OPERATING ACCOUNT)
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
MAYFIELD, KY 42066

12753

4/3/2023

PAY TO THE ORDER OF   McClain Feedyard                                          $   **117,805.53

One Hundred Seventeen Thousand Eight Hundred Five and 53/100*************************************************** DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025

MEMO   102H 60894#                                        AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                12753
McClain Feedyard                                4/3/2023
04 03 23 117805 (60,894@$1.9346)   102H 60894#                    117,805.53

Cash In Bank - Checki  102H 60894#                                 117,805.53

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                12753
McClain Feedyard                                4/3/2023
04 03 23 117805 (60,894@$1.9346)   102H 60894#                    117,805.53

Cash In Bank - Checki  102H 60894#                                 117,805.53

Product CDT456                                The Check Depot, LLC www.CheckDepot.net or 1-800-625-8117

**MAP ENTERPRISES INC**
**(OPERATING ACCOUNT)**
PO BOX 1045
MAYFIELD, KY 42066-0041
270-705-6476

COMMUNITY FINANCIAL SERVICES BANK
CFSB
MAYFIELD, KY 42066

12754

4/3/2023

PAY TO THE ORDER OF    McClain Feedyard                                                         $   **165,731.10

One Hundred Sixty-Five Thousand Seven Hundred Thirty-One and 10/100************************************************* DOLLARS

McClain Feedyard
824 Mullins Lane
Benton, KY 42025



MEMO    152H 85424#                                                          AUTHORIZED SIGNATURE

---

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                                    12754

McClain Feedyard                                                         4/3/2023
04 03 23 165731 (85,424@$1.9401)        152H 85424#                                     165,731.10

Cash In Bank - Checki   152H 85424#                                                     165,731.10

**MAP ENTERPRISES INC • OPERATING ACCOUNT**                                                    12754

McClain Feedyard                                                         4/3/2023
04 03 23 165731 (85,424@$1.9401)        152H 85424#                                     165,731.10

Cash In Bank - Checki   152H 85424#                                                     165,731.10

Product CDT456                                                The Check Depot, LLC www.CheckDepot.net or 1-800-625-8117

# Exhibit 3

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 3/30/2023 |

| BILL TO | |
|---|---|
| MAP ENTERPRISES | |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 446 H 261624# @191.53 | 261624 | 1.9153 | 501,088.45 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 501,088.45 |
| CHECK OFF | |
| TOTAL | $ 501,088.45 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 3/30/2023 |

| | CUSTOMER ID | TERMS |
|---|---|---|
| BILL TO | | Due Upon Receipt |
| MAP ENTERPRISES | | |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 457 H 261130# @191.82 | 261130 | 1.9182 | 500,899.57 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 500,899.57 |
| CHECK OFF | |
| TOTAL | $ 500,899.57 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 3/30/2023 |

| BILL TO | CUSTOMER ID | TERMS |
|---|---|---|
| MAP ENTERPRISES | | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 385 H 221298# @191.79 | 221298 | 1.9179 | 424,427.43 |

*Thank you for your business!*

| | | |
|---|---|---|
| SUBTOTAL | | 424,427.43 |
| CHECK OFF | | |
| TOTAL | $ | 424,427.43 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 3/30/2023 |

**BILL TO**

MAP ENTERPRISES

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 481 H 279557# @191.63 | 279557 | 1.9163 | 535,715.08 |

*Thank you for your business!*

| | SUBTOTAL | 535,715.08 |
|---|---|---|
| | CHECK OFF | |
| | TOTAL | $ 535,715.08 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 3/30/2023 |

**BILL TO**

MAP ENTERPRISES

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 474 H 280987# @191.37 | 280987 | 1.9137 | 537,724.82 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 537,724.82 |
| CHECK OFF | |
| TOTAL | $ 537,724.82 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

**824 MULLINS LANE**

**BENTON KY 42025**

| INVOICE # | DATE |
|---|---|
|  | 3/30/2023 |

| BILL TO |
|---|
| MAP ENTERPRISES |

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 479 H 279592# @191.59 | 279592 | 1.9159 | 535,670.31 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 535,670.31 |
| CHECK OFF |  |
| TOTAL | $ 535,670.31 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

**824 MULLINS LANE**

**BENTON KY 42025**

| INVOICE # | DATE |
|---|---|
| | 3/30/2023 |

**BILL TO**

**MAP ENTERPRISES**

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 384 H 221990# @191.70 | 221990 | 1.9170 | 425,554.83 |

*Thank you for your business!*

| SUBTOTAL | | 425,554.83 |
|---|---|---|
| CHECK OFF | | |
| TOTAL | $ | 425,554.83 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
|  | 3/30/2023 |

| BILL TO |
|---|
| MAP ENTERPRISES |

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 453 H 269173# @191.33 | 269173 | 1.9133 | 515,008.70 |

*Thank you for your business!*

| SUBTOTAL | | 515,008.70 |
|---|---|---|
| CHECK OFF | | |
| TOTAL | $ | 515,008.70 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

**824 MULLINS LANE**

**BENTON KY 42025**

| INVOICE # | DATE |
|-----------|------|
| | 3/30/2023 |

| BILL TO |
|---------|
| MAP ENTERPRISES |

| CUSTOMER ID | TERMS |
|-------------|-------|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|------------|--------|
| 339 H 195739# @191.74 | 195739 | 1.9174 | 375,309.96 |

| | | |
|--|--|--|
| *Thank you for your business!* | SUBTOTAL | 375,309.96 |
| | CHECK OFF | |
| | TOTAL | $ 375,309.96 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 3/30/2023 |

**BILL TO**

MAP ENTERPRISES

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 377 H 222166# @191.48 | 222166 | 1.9148 | 425,403.46 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 425,403.46 |
| | CHECK OFF | |
| | TOTAL | $ 425,403.46 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 4/3/2023 |

| BILL TO | | CUSTOMER ID | TERMS |
|---|---|---|---|
| MAP ENTERPRISES | | | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 375 H219750# @193.55 | 219750 | 1.9355 | 425,326.13 |

*Thank you for your business!*

| SUBTOTAL | | 425,326.13 |
|---|---|---|
| CHECK OFF | | |
| TOTAL | $ | 425,326.13 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
|---|---|
|  | 4/3/2023 |

**BILL TO**

MAP ENTERPRISES

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 384 H 219264# @193.86 | 219264 | 1.9386 | 425,065.19 |

*Thank you for your business!*

| SUBTOTAL | 425,065.19 |
|---|---|
| CHECK OFF |  |
| TOTAL | $ 425,065.19 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 4/3/2023 |

**BILL TO**

MAP ENTERPRISES

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 325 H 193700# @193.48 | 193700 | 1.9348 | 374,770.76 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 374,770.76 |
| CHECK OFF | |
| TOTAL | $ 374,770.76 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 4/3/2023 |

**BILL TO**

MAP ENTERPRISES

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 476 H 274652# @193.74 | 274652 | 1.9374 | 532,110.78 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 532,110.78 |
| CHECK OFF | |
| **TOTAL** | **$ 532,110.78** |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 4/3/2023 |

| BILL TO |
|---|
| MAP ENTERPRISES |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 443 H 258269# @193.60 | 258269 | 1.9360 | 500,008.78 |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 500,008.78 |
| | CHECK OFF | |
| | TOTAL | $ 500,008.78 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
| --- | --- |
| | 4/3/2023 |

**BILL TO**

MAP ENTERPRISES

| CUSTOMER ID | TERMS |
| --- | --- |
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
| --- | --- | --- | --- |
| 444 H 257964# @193.67 | 257964 | 1.9367 | 499,598.88 |

*Thank you for your business!*

| | SUBTOTAL | 499,598.88 |
| --- | --- | --- |
| | CHECK OFF | |
| | TOTAL | $ 499,598.88 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
|  | 4/3/2023 |

**BILL TO**

MAP ENTERPRISES

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 375 H 215625# @193.79 | 215625 | 1.9379 | 417,859.69 |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |
|  |  |  | - |

| *Thank you for your business!* | SUBTOTAL | 417,859.69 |
|---|---|---|
|  | CHECK OFF |  |
|  | TOTAL | $ 417,859.69 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 4/3/2023 |

**BILL TO**

MAP ENTERPRISES

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 373 H 220816# @193.51 | 220816 | 1.9351 | 427,301.04 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

| *Thank you for your business!* | SUBTOTAL | 427,301.04 |
|---|---|---|
| | CHECK OFF | |
| | TOTAL | $ 427,301.04 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 4/3/2023 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**

MAP ENTERPRISES

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 325 H 184602# @193.80 | 184602 | 1.9390 | 357,943.28 |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |
| | | | - |

*Thank you for your business!*

| SUBTOTAL | 357,943.28 |
|---|---|
| CHECK OFF | |
| TOTAL | $ 357,943.28 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 4/3/2023 |

**BILL TO**

MAP ENTERPRISES

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 380 H 214700# @193.95 | 214700 | 1.9395 | 416,410.65 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 416,410.65 |
| CHECK OFF | |
| TOTAL | $ 416,410.65 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE
BENTON KY 42025

| INVOICE # | DATE |
|---|---|
| | 4/3/2023 |

**BILL TO**

MAP ENTERPRISES

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 477 H 273321# @193.83 | 273321 | 1.9383 | 529,778.09 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 529,778.09 |
| CHECK OFF | |
| TOTAL | $ 529,778.09 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

**824 MULLINS LANE**

**BENTON KY 42025**

| INVOICE # | DATE |
|-----------|------|
| | 4/3/2023 |

| CUSTOMER ID | TERMS |
|-------------|-------|
| | Due Upon Receipt |

**BILL TO**

**MAP ENTERPRISES**

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|------------|--------|
| 364 H 214760# @193.52 | 214760 | 1.9352 | 415,603.55 |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 415,603.55 |
| | CHECK OFF | |
| | TOTAL | $ 415,603.55 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

824 MULLINS LANE

BENTON KY 42025

| INVOICE # | DATE |
|-----------|------|
|           | 4/3/2023 |

| BILL TO |
|---------|

MAP ENTERPRISES

| CUSTOMER ID | TERMS |
|-------------|-------|
|             | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|-----------|--------|
| 102 H 60894# @193.46 | 60894 | 1.9346 | 117,805.53 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 117,805.53 |
| CHECK OFF | |
| TOTAL | $ 117,805.53 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# MCCLAIN FEEDYARD

# INVOICE

**824 MULLINS LANE**

**BENTON KY 42025**

| INVOICE # | DATE |
|-----------|------|
|           | 4/3/2023 |

BILL TO

**MAP ENTERPRISES**

| CUSTOMER ID | TERMS |
|-------------|-------|
|             | Due Upon Receipt |

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|-------------|-----|-----------|--------|
| 152 H 85424# @194.01 | 85424 | 1.9401 | 165,731.10 |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 165,731.10 |
| | CHECK OFF | |
| | TOTAL | $ 165,731.10 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT
MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

# Exhibit 4

**CFSB**
COMMUNITY FINANCIAL SERVICES BANK

## OUTGOING WIRE TRANSFER ORDER

Date: 4/17/2023

### Client Information
☑ Domestic - $35.00   ☐ International - $65.00

How was wire request received?: ☐ In person ☐ Email ☐ Fax ☑ Phone *(If email, please attach documentation to wire form)*

Method Used to Identify Client: ☐ SSN/DL ☑ Known ☐ Email ☐ Phone ☐ Other _____

Debit Account Number: 11185121   Collected Balance Verified By: LWhite

Amount of Wire: $ 3,664,137.77 US Dollars

Person Requesting This Wire: MICHAEL GOURLEY

On Behalf Of: MAP ENTERPRISES INC.

Address: 302 N 7TH ST

City: MAYFIELD   State: KY   Zip: 42066

### Beneficiary:
Account Number: ██████████

Beneficiary: McClain Feedyard

Address: 824 Mullins Lane

City: Benton   State: KY   Zip: 42025

### Receiving Bank:
ABA Number ██████████

Receiving Bank: Mechanics Bank

Address: 2100 S Blosser Rd

City: Santa Maria   State: CA   Zip: 93458

Country (International Only): _____   Swift Code (Intl. Only): _____

Special Instructions / Memo / Further Credit To: Replaces Check #'s 12742, 12744, 12745, 12747, 12748, 12750, 12751, & 12752

Client Signature: Per Julie Whitlock   Date: 4/17/2023

---

### For Financial Institution Use Only

Prepared By: LWhite   Officer Approval: _____

☑ Non in-person ☐ Adjustment of fee ☐ Uncollected balance—reason _____

**Call Back (Only if forms were faxed/emailed)**

Team Member: _____   Time/Date: _____

Client spoken with: _____

---

(Send Form to Electronic Funds Team)

Confidential

MAP4169

Wiring Instructions


Bank:

Mechanics Bank

2100 S Blosser Rd

Santa Maria, CA 93458


Account# ███████████

Routing# ██████████


Account Name: McClain Feedyard

824 Mullins Lane

Benton, KY 42025

Confidential

MAP4170