**Fill in this information to identify the case:**

Debtor 1    McClain Feed Yard, Inc.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Northern District of Texas

Case number    23-20084-rlj7

## Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Ridgefield Capital Asset Management
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Amber Miller
Name

P.O. Box 64479
Number    Street

Lubbock          TX          79464
City            State        ZIP Code

Contact phone  (806) 762-5281

Contact email  amiller@cdmlaw.com

Where should payments to the creditor be sent? (if different)

Ridgefield Capital Asset Management
Name

P.O. Box 389
Number    Street

Ridgefield       CT          06877
City            State        ZIP Code

Contact phone  (203) 837-0260

Contact email  jgiordano@ridgefieldcap.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

____ ____ ____ ____ ____ ____ ____ — ____ ____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on ____/____/____
                                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

EXHIBIT
**G**

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☑ No

☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ___  ___  ___  ___

---

**7. How much is the claim?**  $_____ 2,182,751.53 . **Does this amount include interest or other charges?**

☑ No

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

---

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Money owed; cash sales of cattle

---

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.   The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:  $_____

Amount of the claim that is secured:  $_____

Amount of the claim that is unsecured:  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed

☐ Variable

---

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.**  $_____

---

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

---

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

|  | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

---

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  9/12/2023
                  MM / DD / YYYY

*[signature]*
Signature

Print the name of the person who is completing and signing this claim:

| Name | James | | Giordano |
|---|---|---|---|
| | First name | Middle name | Last name |

Title _____

Company   Ridgefield Capital Asset Management
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   P.O  Box 389
          Number     Street

          Ridgefield                CT          06877
          City                      State       ZIP Code

Contact phone   (203) 837-0260          Email jgiordano@ridgefieldcap.com

---

**Cattle Feeding Agreement**

**Dated 12/2/2022**

This agreement exists to identify the partnership of McClain Farms and Ridgefield Capital Asset Management LP (RCAM) whom are involved in a cattle feeding agreement. The arrangement allows for RCAM to purchase the calves from McClain Farms in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Farms feeding them at McClain Farms in Benton, KY or Friona, TX as noted in addendum. McClain Farms fattens the cattle by feed and ingredients that McClain Farms provides at its expense. McClain Farms is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Farms will distribute the profits as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain incurs

Minus

Original cost of calves, returned to RCAM

Equals Profit

Profit divided 1/3 McClain Farms and 2/3 RCAM

Refer to addendum A for details on contract.

RCAM _____

McClain Farms _____

Addendum A

Contract covers following:

| LOT # | LOCATION | HEAD | SEX | TOTAL WEIGHT | PRICE/LB | TOTAL COST | SALES CONTRACT |
|-------|----------|------|-----|--------------|----------|------------|----------------|
| 944 | Friona | 134 | H | 77908 | 1.627 | $126,756.32 | $1.5917 @ 775 |
| 3911 | Hereford | 227 | H | 133249 | 1.6265 | $216,729.50 | $1.5966 @ 775 |
| 4188 | Kentuck | 75 | H | 43050 | 1.6305 | $70,193.03 | $1.5861 @ 775 |
| 3912 | Hereford | 211 | H | 123435 | 1.6275 | $200,890.46 | $1.5961 @ 775 |
| 4187 | Kentuck | 114 | H | 66941 | 1.626 | $108,846.07 | $1.5978 @ 775 |
| | | 306 | H | 177143 | 1.6329 | $289,256.80 | $1.5942 @775 |
| | | | | | | | |

**MCCLAIN FEEDYARD INC.** *Lot # 944*
824 MULLINS LANE
BENTON KY. 42025

BILL TO:  ROB ELLIS

11/10/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 134 | H | 77908 | 1.627 | $126,756.32 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 134 | | | | $126,756.32 |

## PROJECTED CLOSE OUT    *Lot # 944*

| | |
|---|---|
| HEAD | 134 |
| COST | 126756.32 |
| BOUGHT WEIGHT | 77908 |
| $ SOLD | 165300.01 |
| SELL WEIGHT | 103850 |
| COST/GAIN | 24644.9 |
| LBS GAINED | 25942 |
| PROFIT | 13898.79 |

**MCCLAIN FEEDYARD INC.** *Lot # 3911*

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:**  ROB ELLIS

11/10/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 227 | H | 133249 | 1.6265 | $216,729.50 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 227 | | | | $216,729.50 |

## PROJECTED CLOSE OUT     Lot # 3911

| | |
|---|---|
| HEAD | 227 |
| COST | 216729.5 |
| BOUGHT WEIGHT | 133249 |
| $ SOLD | 280873.49 |
| SELL WEIGHT | 175925 |
| COST/GAIN | 40542.2 |
| LBS GAINED | 42676 |
| PROFIT | 23601.79 |

**MCCLAIN FEEDYARD INC.** Lot # 4188

824 MULLINS LANE

BENTON KY. 42025

BILL TO: ROB ELLIS

11/10/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|---|---|---|---|---|
| 75 | H | 43050 | 1.6305 | $70,193.03 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 75 | | | | $70,193.03 |

## PROJECTED CLOSE OUT   *-Lot # 4188*

| | |
|---|---|
| HEAD | 75 |
| COST | 70193.03 |
| BOUGHT WEIGHT | 43050 |
| $ SOLD | 92190.65 |
| SELL WEIGHT | 58125 |
| COST/GAIN | 14321.25 |
| LBS GAINED | 15075 |
| PROFIT | 7676.37 |

**MCCLAIN FEEDYARD INC.** — Lot # 3912

824 MULLINS LANE

BENTON KY. 42025

BILL TO: ROB ELLIS

11/10/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|---|---|---|---|---|
| 211 | H | 123435 | 1.6275 | $200,890.46 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 211 | | | | $200,890.46 |

## PROJECTED CLOSE OUT   *Lot # 3912*

| | |
|---|---|
| HEAD | 211 |
| COST | 200890.46 |
| BOUGHT WEIGHT | 123435 |
| $ SOLD | 261003.55 |
| SELL WEIGHT | 163525 |
| COST/GAIN | 38085.5 |
| LBS GAINED | 40090 |
| PROFIT | 22027.59 |

**MCCLAIN FEEDYARD INC.** *Lot # 4187*

824 MULLINS LANE

BENTON KY. 42025

BILL TO: ROB ELLIS

11/13/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 114 | H | 66941 | 1.626 | $108,846.07 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 114 | | | | $108,846.07 |

## PROJECTED CLOSE OUT    *- Lot # 4187*

| | |
|---|---|
| HEAD | 114 |
| COST | 108846.07 |
| BOUGHT WEIGHT | 66941 |
| $ SOLD | 141168.57 |
| SELL WEIGHT | 88350 |
| COST/GAIN | 20338.55 |
| LBS GAINED | 21409 |
| PROFIT | 11983.95 |

**MCCLAIN FEEDYARD INC.** *Lot # - not provided*

824 MULLINS LANE

BENTON KY. 42025

**BILL TO:** ROB ELLIS

11/13/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 306 | H | 177143 | 1.6329 | $289,256.80 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 306 | | | | $289,256.80 |

## PROJECTED CLOSE OUT    - Lot # Not Provided

| | |
|---|---|
| HEAD | 306 |
| COST | 289256.8 |
| BOUGHT WEIGHT | 177143 |
| $ SOLD | 378067.14 |
| SELL WEIGHT | 237150 |
| COST/GAIN | 57006.65 |
| LBS GAINED | 60007 |
| PROFIT | 31803.69 |

**Transaction Detail**
RIDGEFIELD CAPITAL ASSET MANAG
SinglePoint
Printed on 04/19/2023 at 06:43 PM CDT



**Transaction Detail for** 12/06/2022

| Account | CCY | Amount | Transaction Description | Action |
|---|---|---|---|---|
| Ridgefield Capital Asset Mgmnt/182381015813 | USD | $1,245,380.76 | Customer Initiated Outgoing Fedwire(s) | |

PAR NUMBER: 221205041579
FED REF: 000080
DATE/TIME COMPLETED: 12/06/2022 05:30:10 AM
RECEIVING BANK: 122238420RABOBANK EL CENTRO*
BENEFICIARY: /819150197 MCCLAIN FEED YARD INC 824 MULLINS LANE BENTON KY
ORIGINATOR: /000182381015813 RIDGEFIELD CAPITAL ASSET MANAGEMENT 38C GROVE
ST RIDGEFIELD,CT,06877
IMAD: 20221206J1Q5040C000080
SOURCE:    SML    CONTROL NUMBER: 135422548
INITIATED BY: LORRAINE WALLS  ON  12/05/2022 03:02:11 PM
CONFIRMED BY: JAMES GIORDANO  ON  12/05/2022 03:40:56 PM
**Bank Reference:**  WIRE XFER
**Transaction Reference:**

**Cattle Feeding Agreement**

**Dated 2/13/2023**

This agreement exists to identify the partnership of McClain Farms and Ridgefield Capital Asset Management LP (RCAM) whom are involved in a cattle feeding agreement. The arrangement allows for RCAM to purchase the calves from McClain Farms in total. At the time of purchase the cattle have also been contracted for sale, at a pre-determined price, after pounds have been added to the cattle through McClain Farms feeding them at McClain Farms in Benton, KY or Friona, TX as noted in addendum. McClain Farms fattens the cattle by feed and ingredients that McClain Farms provides at its expense. McClain Farms is also responsible for providing processing, medicine, yardage, and trucking at its expense.

As the fattened cattle are delivered, McClain Farms will distribute the profits as follows:

Sales price of fattened cattle

Minus

Cost stated above that McClain incurs

Minus

Original cost of calves, returned to RCAM

Equals Profit

Profit divided 1/3 McClain Farms and 2/3 RCAM

Refer to addendum A for details on contract.

RCAM _____

McClain Farms _____

Addendum A

Contract covers following:

| LOT # | LOCATION | HEAD | SEX | TOTAL WEIGHT | PRICE/LB | TOTAL COST | SALES CONTRACT |
|---|---|---|---|---|---|---|---|
| 1377 | Tᵧ | 448 | H | 265350 | 1.7135 | $454,677.23 | $1.6791 @ 775 |
| 1378 | Tᵧ | 362 | H | 210286 | 1.715 | $360,640.49 | $1.6634 @ 775 |
| 3701 | Kᵧ | 74 | H | 43194 | 1.712 | $73,948.13 | $1.6657 @ 775 |
| 3711 | Kᵧ | 131 | H | 77107 | 1.7088 | $131,760.44 | $1.6705 @ 775 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**MCCLAIN FEEDYARD INC.** ~Lot # 371)

824 MULLINS LANE

BENTON KY. 42025                              BILL TO: ROB ELLIS

2/10/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 131 | H | 77107 | 1.7088 | $131,760.44 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 131 | | | | $131,760.44 |

## PROJECTED CLOSE OUT  - Lot # 3711

| | |
|---|---|
| HEAD | 131 |
| COST | 131760.44 |
| BOUGHT WEIGHT | 77107 |
| $ SOLD | 169596.77 |
| SELL WEIGHT | 101525 |
| COST/GAIN | 23197.1 |
| LBS GAINED | 24418 |
| PROFIT | 14639.23 |

MCCLAIN FEEDYARD INC. - *lot # 3701*

824 MULLINS LANE

BENTON KY. 42025

BILL TO: ROB ELLIS

2/10/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 74 | H | 43194 | 1.712 | $73,948.13 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 74 | | | | $73,948.13 |

## PROJECTED CLOSE OUT        – Lot # 3701

| | |
|---|---|
| HEAD | 74 |
| COST | 73948.13 |
| BOUGHT WEIGHT | 43194 |
| $ SOLD | 95526.91 |
| SELL WEIGHT | 57350 |
| COST/GAIN | 13448.2 |
| LBS GAINED | 14156 |
| PROFIT | 8130.58 |

MCCLAIN FEEDYARD INC. —Lot #1377

824 MULLINS LANE

BENTON KY. 42025                                    BILL TO:  ROB ELLIS

2/10/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 448  | H   | 265350 | 1.7135   | $454,677.23 |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
|      |     |        |          | $0.00      |
| 448  |     |        |          | $454,677.23 |

## PROJECTED CLOSE OUT — Lot # 1377

| | |
|---|---|
| HEAD | 448 |
| COST | 454677.23 |
| BOUGHT WEIGHT | 265350 |
| $ SOLD | 582972.08 |
| SELL WEIGHT | 347200 |
| COST/GAIN | 77757.5 |
| LBS GAINED | 81850 |
| PROFIT | 50537.35 |

MCCLAIN FEEDYARD INC.   -Lot # 1378

824 MULLINS LANE

BENTON KY. 42025

BILL TO:  ROB ELLIS

2/10/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|-----------|
| 362 | H | 210286 | 1.715 | $360,640.49 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
| 362 |  |  |  | $360,640.49 |

## PROJECTED CLOSE OUT   —*Lot # 1378*

| | |
|---|---|
| **HEAD** | 362 |
| **COST** | 360640.49 |
| **BOUGHT WEIGHT** | 210286 |
| **$ SOLD** | 466671.52 |
| **SELL WEIGHT** | 280550 |
| **COST/GAIN** | 66750.8 |
| **LBS GAINED** | 70264 |
| **PROFIT** | 39280.23 |

| Counterparty | Date open Per Invoice | Date Per Contract | Date Paid | # of Head | Type | bought weight | Price/lb | Cost | Sales Contract | # of Head at Sale | Expected # of days | Expected Close out Date | Projected $ Sold | Projected cost/Gain | Projected lbs Gained | Projected Total Profit | Projected Our Profit | Expected Cash Due | Expected Return | LOT # | Location | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RCAM | 11/10/2022 | 12/2/2022 | 12/6/2022 | 134 | Heifers | 77908 | $ 1.62700 | $ 126,756.32 | $1.5917 @775 | | 130 | 4/11/2023 | $ 165,300.01 | $ 24,644.90 | 103850 | $ 13,898.79 | $ 9,265.86 | $ 136,022.18 | 7.31% | 944 | Friona TX | Funds Wired to McClain Farm on 12/6/22 |
| RCAM | 11/10/2022 | 12/2/2022 | 12/6/2022 | 227 | Heifers | 133249 | $ 1.62650 | $ 216,729.50 | $1.5966 @775 | | 130 | 4/11/2023 | $ 280,873.49 | $ 40,542.20 | 175925 | $ 23,601.79 | $ 15,734.53 | $ 232,464.03 | 7.26% | 3911 | Hereford TX | Funds Wired to McClain Farm on 12/6/22 |
| RCAM | 11/10/2022 | 12/2/2022 | 12/6/2022 | 75 | Heifers | 43050 | $ 1.63050 | $ 70,193.03 | $1.5861 @775 | | 130 | 4/11/2023 | $ 92,190.65 | $ 14,321.25 | 15075 | $ 7,676.37 | $ 5,117.58 | $ 75,310.61 | 7.29% | 4188 | Benton KY | Funds Wired to McClain Farm on 12/6/22 |
| RCAM | 11/10/2022 | 12/2/2022 | 12/6/2022 | 211 | Heifers | 123435 | $ 1.62750 | $ 200,890.46 | $1.5961 @775 | | 130 | 4/11/2023 | $ 261,003.55 | $ 38,085.50 | 163525 | $ 22,027.59 | $ 14,685.06 | $ 215,575.52 | 7.31% | 3912 | Hereford TX | Funds Wired to McClain Farm on 12/6/22 |
| RCAM | 11/10/2022 | 12/2/2022 | 12/6/2022 | 114 | Heifers | 66941 | $ 1.62600 | $ 108,846.07 | $1.5978 @775 | | 130 | 4/11/2023 | $ 141,168.57 | $ 20,338.55 | 88350 | $ 11,983.95 | $ 7,989.30 | $ 116,835.37 | 7.34% | 4187 | Benton KY | Funds Wired to McClain Farm on 12/6/22 |
| RCAM | 11/10/2022 | 12/2/2022 | 12/6/2022 | 306 | Heifers | 177143 | $ 1.63290 | $ 289,256.80 | $1.5942 @775 | | 130 | 4/11/2023 | $ 378,067.14 | $ 57,006.65 | 237150 | $ 31,803.69 | $ 21,202.46 | $ 310,459.26 | 7.33% | | Missing lot # and Location | Funds Wired to McClain Farm on 12/6/22 |
| Sub Totals | | | | | | | | $ 1,012,672.17 | | | | | $ 1,318,603.41 | $ 194,939.05 | | $ 110,992.19 | $ 73,994.79 | $ 1,086,666.96 | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| RCAM | 2/10/2023 | 2/13/2023 | 2/16/2023 | 131 | Heifers | 77107 | $ 1.70880 | $ 131,760.44 | $1.6705 @775 | | 130 | 6/23/2023 | $ 169,596.77 | $ 23,197.10 | 101525 | $ 14,639.23 | $ 9,759.49 | $ 141,519.93 | 7.41% | 3711 | Benton KY | Funds Wired to McClain Farm on 2/16/23 |
| RCAM | 2/10/2023 | 2/13/2023 | 2/16/2023 | 74 | Heifers | 43194 | $ 1.71200 | $ 73,948.13 | $1.6657 @775 | | 130 | 6/23/2023 | $ 95,526.91 | $ 13,448.20 | 57350 | $ 8,130.58 | $ 5,420.39 | $ 79,368.52 | 7.33% | 3701 | Benton KY | Funds Wired to McClain Farm on 2/16/23 |
| RCAM | 2/10/2023 | 2/13/2023 | 2/15/2023 | 448 | Heifers | 265350 | $ 1.71350 | $ 454,677.23 | $1.6791 @775 | | 130 | 6/23/2023 | $ 582,972.08 | $ 77,757.50 | 347200 | $ 50,537.35 | $ 33,691.57 | $ 488,368.80 | 7.41% | 1377 | Texas | Funds Wired to McClain Farm on 2/15/23 |
| RCAM | 2/10/2023 | 2/13/2023 | 2/16/2023 | 362 | Heifers | 210286 | $ 1.71500 | $ 360,640.49 | $1.6634 @775 | | 130 | 6/23/2023 | $ 466,671.52 | $ 66,750.80 | 280550 | $ 39,280.23 | $ 26,186.82 | $ 386,827.31 | 7.26% | 1378 | Texas | Funds Wired to McClain Farm on 2/16/23 |
| Sub Totals | | | | | | | | $ 1,021,026.28 | | | | | $ 1,314,767.28 | $ 181,153.60 | | $ 112,587.40 | $ 75,058.26 | $ 1,096,084.55 | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| TOTALS | | | | | | | | $ 2,033,698.46 | | | | | $ 2,633,370.69 | $ 376,092.65 | | $ 223,579.58 | $ 149,053.06 | $ 2,182,751.51 | | | | |