**LIST OF USDA CLAIMANTS, COUNSEL CONTACT INFORMATION, AND FILED PROOFS OF CLAIMS:**

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| 2B Farms<br>Terry "Bo" Robinson<br>9397 CR 3114<br>Snyder, TX 79549 | bobeck5354@yahoo.com | Todd Johnston<br>McWhorter Cobb & Johnson, LLP<br>PO Box 2547<br>Lubbock, TX 79408<br>tjohnston@mcjllp.com | #47<br>$12,188,127.81<br>9/12/23 | #48<br>$12,188,127.81<br>9/12/23 | #42<br>$12,188,127.81<br>9/12/23 |
| A.J. Jacques Living Trust<br>4025 W. Deer Crossing Dr.<br>Stillwater, OK 74074 | aj@atlasdrilling.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #26<br>$365,509.27<br>9/8/23 | #26<br>$365,509.27<br>9/8/23 | #21<br>$365,509.27<br>9/8/23 |
| Acey Livestock, LLC<br>211 Old Orchard Rd.<br>Perryville, KY 40468 | lindaacey@yahoo.com | Joseph Mattingly, III<br>P.O. Box 678<br>Levanon, KY 40033<br>joe@mattinglylawoffices.com | | #22<br>$1,722,931.57<br>8/23/23 | |
| Amy & Craig Sutton<br>7130 Horizon Trail<br>McKinney, TX 75071 | osutx5@verizon.net | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #43<br>$400,109.56<br>9/12/23 | #44<br>$400,109.56<br>9/12/23 | #38<br>$400,109.56<br>9/12/23 |
| Angela (Angie) Robinson<br>9012 County Road 3114<br>Snyder, TX 79549 | arobino401@gmail.com | | #45<br>$200,729.43<br>9/12/23 | #46<br>$200,729.43<br>9/12/23 | #41<br>$200,729.43<br>9/12/23 |

EXHIBIT

**J**

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Arnold Braun Trust<br>4932 E. SR 70<br>Grandview, IN 47615 | reba@ssbtxlaw.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #27<br>$562,232.17<br>9/10/23 | #27<br>$562,232.17<br>9/10/23 | #22<br>$562,232.17<br>9/10/23 |
| Audy Spell (University of Florida)<br>P.O. Box 110910<br>Gainesville, FL 32611 | aspell@ufl.edu | | | | |
| Bar D Ranch Land & Cattle<br>4458 S US Hwy 441<br>Lake City, FL 32035 | Terry.dicks@gocdt.com | | #7<br>$92,053.76<br>5/25/23 | #5<br>$92,053.76<br>5/25/23 | #6<br>$92,053.76<br>5/25/23 |
| Barrett's Livestock Inc.<br>251 W Laurens School Rd.<br>Dublin, GA 31021 | barrettls@outlook.com | | | | |
| Barry Phillips<br>325 Pinewood Ln.<br>Ridgeland, MS 39157 | btphillips54@gmail.com | Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>amiller@cdmlaw.com | #76<br>$416,216.47<br>9/13/23 | #81<br>$416,216.47<br>9/13/23 | |
| Bella Elegance LLC<br>Job White<br>10216 SW 49th Lane<br>Gainesville, FL 32608 | job@reddishandwhite.com | | #70<br>$144,642.08<br>9/13/23 | | |
| Big Seven Capital Partners, LLC<br>6809 Main Street, #101<br>Cincinnati, OH 45244 | rpcarraway@yahoo.com | Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>amiller@cdmlaw.com | #80<br>$594,403.47<br>9/13/23 | #85<br>$594,403.47<br>9/13/23 | |
| Brent Burnett<br>1612 Sanderson Rd.<br>Melber, KY 42066 | | | #17<br>$175,340.77<br>6/27/23 | #16<br>$175,340.77<br>6/27/23 | #15<br>$175,340.77<br>6/27/23 |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Bryan Blackman<br>4553 Texas Street<br>Healdton, OK 73438 | reba@ssbtxlaw.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #31<br>$661,956.48<br>9/11/23 | #31<br>$661,956.48<br>9/11/23 | #26<br>$661,956.48<br>9/11/23 |
| Buss Family Trust<br>Edwin D. Buss<br>2228 Crooked Oak Dr.<br>Shawnee, OK 74804 | ELBuss@mbo.net | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #54<br>$380,090.19<br>9/13/23 | #55<br>$380,090.19<br>9/13/23 | #49<br>$380,090.19<br>9/13/23 |
| C Heart Ranch<br>Colette Lesh<br>454 Daniels Lane<br>Ardmore, OK 73401 | cheartranch@yahoo.com | | | | |
| Cameron Weddington<br>40 Plainsfield Place<br>Jackson, TN 38305 | cweddington@thoroughbredfinancial.com | | | | |
| Carraway Cattle, LLC<br>6809 Main Street, #101<br>Cincinnati, OH 45244 | rpcarraway@yahoo.com | Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>amiller@cdmlaw.com | #78<br>$489,298.48<br>9/13/23 | #83<br>$489,298.48<br>9/13/23 | |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Charles Lockwood<br>30789E 1920 Rd.<br>Ringling, OK 73456 | clockwood@bankanb.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #46<br>$1,948,696.94<br>9/12/23 | #47<br>$1,948,696.94<br>9/12/23 | #40<br>$1,948,696.94<br>9/12/23 |
| Christopher Prince<br>206 Urbana Dr.<br>Blackwell, OK 74631 | cprince@kayelectric.coop | | | | |
| Cole Lockwood<br>P.O. Box 180<br>Canyon, TX 79015 | reba@ssbtxlaw.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #49<br>$576,533.01<br>9/12/23 | #50<br>$576,533.01<br>9/12/23 | #44<br>$576,533.01<br>9/12/23 |
| Cory Jesko<br>3970 FM 1057<br>Hereford, TX 79045 | cory.jesko@gmail.com | | #24<br>$106,050.00<br>8/11/23 | #21<br>$106,050.00<br>8/11/23 | #20<br>$106,050.00<br>8/11/23 |
| Curtis Jones Farms<br>1720 W 13th Ave.<br>Emporia, KS 66801 | curtisjonesfarms@gmail.com | Steven Hoard<br>Mullin, Hoard & Brown, L.L.P.<br>P.O. Box 31656<br>Amarillo, TX 79120-1656<br>shoard@mhba.com | #14<br>$1,905,591.14<br>5/25/23 | #12<br>$1,905,591.14<br>5/25/23 | #13<br>$1,905,591.14<br>5/25/23 |
| DAC83 LLC<br>2200 4th Ave., #131<br>Canyon, TX 79015 | doug@ctpent.com | | | | |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| David Johnson<br>P.O. Box 180<br>Canyon, TX 79015 | reba@ssbtxlaw.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | | | |
| David Rainey<br>69 CR 640<br>Corinth, MS 38834 | raineysod@e1w.com | | | | |
| Dennis Buss<br>403 E Grand<br>Tonkawa, OK 74653 | Dennisbuss@SBCGlobal.net | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #38<br>$308,873.53<br>9/12/23 | #39<br>$308,873.53<br>9/12/23 | #33<br>$308,873.53<br>9/12/23 |
| Don Jones Farm, Inc.<br>2434 Road Y<br>Reading, KS 66868 | curtisjonesfarms@gmail.com | Steven Hoard<br>Mullin, Hoard & Brown, L.L.P.<br>P.O. Box 31656<br>Amarillo, TX 79120-1656<br>shoard@mhba.com | #13<br>$7,069,139.14<br>5/25/23 | #11<br>$7,069,139.14<br>5/25/23 | #12<br>$7,069,139.14<br>5/25/23 |
| Don Jones Trucking<br>2434 Road Y<br>Reading, KS 66868 | curtisjonesfarms@gmail.com | Steven Hoard<br>Mullin, Hoard & Brown, L.L.P.<br>P.O. Box 31656<br>Amarillo, TX 79120-1656<br>shoard@mhba.com | #12<br>$1,250,833.14<br>5/25/23 | #10<br>$1,250,833.14<br>5/25/23 | #11<br>$1,250,833.14<br>5/25/23 |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Dora Blackman<br>25335 N. Midwest Blvd.<br>Orlando, OK 73073 | dorablackman@yahoo.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #32<br>$53,651.36<br>9/11/23 | #33<br>$53,651.36<br>9/11/23 | #27<br>$53,651.36<br>9/11/23 |
| Doug Finley<br>3321 South Louisville<br>Tulsa, OK 74135 | dougselectrickok@gmail.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #29<br>$99,921.28<br>9/11/23 | #29<br>$99,921.28<br>9/11/23 | #24<br>$99,921.28<br>9/11/23 |
| Drew Phillips<br>71 Calumet Dr.<br>Jackson, TN 38305 | dphillips@tfbf@gmail.com | Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>amiller@cdmlaw.com | #82<br>$517,777.89<br>9/13/23 | #87<br>$517,777.89<br>9/13/23 | |
| Dufurrena Cutting Horses<br>Ed Dufurrena<br>820 CR 133<br>Gainesville, TX 76240 | eddufurrena@yahoo.com | | | | |
| Dustin Johnson<br>28081 Hwy. 12<br>McCool, MS 39108 | djcowhorses@gmail.com | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #50<br>$201,446.78<br>9/12/23 | #51<br>$201,446.78<br>9/12/23 | #45<br>$201,446.78<br>9/12/23 |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Dwight Jesko<br>3970 FM 1057<br>Hereford, TX 79045 | patty.jesko@gmail.com | | #23<br>$317,638.83<br>8/11/23 | #20<br>$317,638.83<br>8/11/23 | #19<br>$317,638.83<br>8/11/23 |
| Eddie Bryant<br>1000 Fox Bend Way<br>Prosper, TX 75078 | pressyou@aol.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #30<br>$214,820.95<br>9/11/23 | #30<br>$214,820.95<br>9/11/23 | #25<br>$214,820.95<br>9/11/23 |
| Eddie Stewart<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102 | 71psstewart@gmail.com | Kyle Weldon<br>James D. Bradbury, LLC<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102<br>kyle@bradburycounsel.com | #61<br>$317,266.34<br>9/13/23 | #65<br>$317,266.34<br>9/13/23 | #58<br>$317,266.34<br>9/13/23 |
| Edward Lewis Dufurrena<br>820 CR 133<br>Gainesville, TX 76240 | eddufurrena@yahoo.com | | #90<br>$451,940.35<br>11/5/23 | #92<br>$451,940.35<br>11/5/23 | |
| Eric DeJarnatt<br>1115 CR 1024<br>Cunningham, KY 42035 | | | #21<br>$67,011.56<br>7/25/23 | #18<br>$67,011.56<br>7/25/23 | #17<br>$67,011.56<br>7/25/23 |
| Garwood Cattle Co.<br>Justin Garwood<br>2538 Middleton Rd.<br>Columbiana, OH 44408 | justin.garwoodcattle@gmail.com | | | | |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Gene Brookshire Family, LP<br>Joel Brookshire<br>907 Reidland Road<br>Crosby, TX 77532 | Joelbrookshire@hotmail.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #57<br>$6,500,000.00<br>9/13/23 | #58<br>$6,500,000.00<br>9/13/23 | #51<br>$6,500,000.00<br>9/13/23 |
| Gray Brothers Cattle<br>Robert & Ronnie Gray<br>348500 E 3700 Rd.<br>Ralston, OK 74650-5050 | cjchap45@gmail.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #33<br>$436,533.90<br>9/11/23 | #34<br>$436,533.90<br>9/11/23 | #28<br>$436,533.90<br>9/11/23 |
| Gungoll Cattle, LLC<br>Bradley Gungoll<br>3818 South Sangre Rd.<br>Stillwater, OK 74074 | gungoll@gungolljackson.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #41-2 Amended<br>$495,648.89<br>9/13/23 | #42<br>$495,648.89<br>9/13/23 | #36<br>$495,648.89<br>9/13/23 |
| Hines Cattle Company, LLC<br>Steven Hines<br>12609 NW 298th St.<br>High Springs, FL 32643 | Steven.hines@diamond-r.com | Steven Hoard<br>Mullin, Hoard & Brown, L.L.P.<br>P.O. Box 31656<br>Amarillo, TX 79120-1656<br>shoard@mhba.com | #9<br>$307,954.18<br>5/25/23 | #7<br>$307,954.18<br>5/25/23 | #8<br>$307,954.18<br>5/25/23 |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Hines Farms, LLC<br>David Hines<br>1019 NE 90th Ave.<br>High Springs, FL 32643 | david.hinesfarms@outlook.com | Steven Hoard<br>Mullin, Hoard & Brown, L.L.P.<br>P.O. Box 31656<br>Amarillo, TX 79120-1656<br>shoard@mhba.com | #10<br>$307,954.18<br>5/25/23 | #8<br>$307,954.18<br>5/25/23 | #9<br>$307,954.18<br>5/25/23 |
| Jace Harrold<br>650 FM 163<br>Cleveland, TX 77327 | jace.harrold@gmail.com | | | | |
| Jan & Gary Lesh<br>19700 County Road 200<br>Perry, OK 73077 | jlesh5@yahoo.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #88<br>$300,335.37<br>9/13/23 | #71<br>$300,335.37<br>9/13/23 | #64<br>$300,335.37<br>9/13/23 |
| Janet VanBuskirk<br>P.O. Box 778<br>Ringling, OK 73456 | janet.v@att.net | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #83<br>$484,475.33<br>9/13/23 | #88<br>$484,475.33<br>9/13/23 | #72<br>$484,475.33<br>9/13/23 |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Janice E. Lawhon<br>912 S. 1st<br>Blackwell, OK 74631 | janicelawhon@yahoo.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #39<br>$149,488.75<br>9/12/23 | #40<br>$149,488.75<br>9/12/23 | #34<br>$149,488.75<br>9/12/23 |
| Jared Lesh<br>10801 E Hwy 82<br>Whitesboro, TX 76273 | JaredWLesh@aol.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #62<br>$7,699,133.66<br>9/13/23 | #66<br>$7,699,133.66<br>9/13/23 | #59<br>$7,699,133.66<br>9/13/23 |
| Jean Nix<br>P.O. Box 1527<br>Mont Belvieu, TX 77580 | jeannix@verizon.net | | | | |
| Jim Rininger<br>P.O. Box 180<br>Canyon, TX 79015 | reba@ssbtxlaw.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #51<br>$240,778.44<br>9/12/23 | #52<br>$240,778.44<br>9/12/23 | #46<br>$240,778.44<br>9/12/23 |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Jimmy Greer<br>3209 Wrather Road<br>Murray, KY 42071 | jdgreer62@gmail.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #37<br>$354,918.73<br>9/11/23 | #38<br>$354,918.73<br>9/11/23 | #32<br>$354,918.73<br>9/11/23 |
| JoAnn & Keith Brooks d.b.a. Brooks Farms<br>4778 Albert Owens Road<br>South Fulton, TN 38257 | brooksj1942@gmail.com | | | | |
| Joe Burnett<br>187 Peachtree Rd.<br>Melber, KY | | | #18<br>$206,442.05<br>6/27/23 | | #16<br>$206,442.05<br>6/27/23 |
| Joel Brookshire<br>907 Reidland Road<br>Crosby, TX 77532 | Joelbrookshire@hotmail.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #59<br>$315,000.00<br>9/13/23 | #61<br>$315,000.00<br>9/13/23 | #55-2 Amended<br>$315,000.00<br>9/13/23 |
| John Tidwell<br>209 Duffers Lane<br>Mayfield, KY 42066 | john@westwind.dev | | | #25-3 Amended<br>$242,727.56<br>9/13/23 | |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Jordan Lesh<br>10400 N. Perkins Road<br>Stillwater, OK 74075 | reba@ssbtxlaw.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #87<br>$342,301.95<br>9/13/23 | #62<br>$342,301.95<br>9/13/23 | #56<br>$342,301.95<br>9/13/23 |
| Justin Stuever<br>PO Box 22<br>Morrison, OK 73061 | justin.stuever@yahoo.com | | #5<br>$43,279.47<br>5/18/23 | #4<br>$43,279.47<br>5/18/23 | #5<br>$43,279.47<br>5/18/23 |
| Keith Harris<br>703 Waller Cemetery Road<br>Benton, KY 42025 | k.kharris@yahoo.com | | | | |
| Kingdon Trust<br>James McCuan<br>6804 Poplar Corner Rd.<br>Bells, TN 38006 | mccuaj@hotmail.com | | | #91<br>$444,018.08<br>9/19/23 | |
| Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868 | curtisjonesfarms@gmail.com | Steven Hoard<br>Mullin, Hoard & Brown, L.L.P.<br>P.O. Box 31656<br>Amarillo, TX 79120-1656<br>shoard@mhba.com | #11<br>$353,831.49<br>5/25/23 | #9<br>$353,831.49<br>5/25/23 | #10<br>$353,831.49<br>5/25/23 |
| Larry Keith<br>Wytheville, VA 24382 | LarryKeith6@gmail.com | | | | |
| Leah Gungoll<br>3818 South Sangre Rd.<br>Stillwater, OK 74074 | gungoll@gungolljackson.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #42<br>$150,852.24<br>9/12/23 | #43<br>$150,852.24<br>9/12/23 | #37<br>$150,852.24<br>9/12/23 |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Lesh Family Trust<br>Jan Lesh<br>19700 County Road 200<br>Perry, OK 73077 | reba@ssbtxlaw.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #86<br>$776,745.49<br>9/13/23 | #90<br>$776,745.49<br>9/13/23 | #74<br>$776,745.49<br>9/13/23 |
| LFC Cattle<br>P.O. Box 778<br>Ringling, OK 73456 | janet.v@att.net | | | | |
| Lyndal VanBuskirk<br>P.O. Box 778<br>Ringling, OK 73456 | janet.v@att.net | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #71<br>$494,432.51<br>9/13/23 | #78<br>$494,432.51<br>9/13/23 | #68<br>$494,432.51<br>9/13/23 |
| MAP Enterprises<br>Mike Gourley<br>P.O. Box 1045<br>Mayfield, KY 42066 | mike.gourley@barnmanagementgroup.com | Jeff Prostok<br>Forshey & Prostok, LLC<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102<br>jprostok@forsheyprostok.com | #40<br>$9,155,847.81<br>9/12/23 | #41<br>$9,155,847.81<br>9/12/23 | #35<br>$9,155,847.81<br>9/12/23 |
| Mark J. Reisz<br>514 Americas Way, PMB 13812<br>Box Elder, SD 57719 | | | | #17<br>$269,083.31<br>7/10/23 | |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Michael Evans<br>155 Via Rd.<br>Clinton, KY 42031 | mirandabrooke@yahoo.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #36<br>$200,812.14<br>9/11/23 | #37<br>$200,812.14<br>9/11/23 | #31<br>$200,812.14<br>9/11/23 |
| Morgan Perry & Cody Perry<br>8242 N. Main Street<br>Braman, OK 74632 | cperry@kayelectric.coop | | | | |
| Morrison Café, LLC<br>Jan Lesh<br>P.O. Box 180<br>Canyon, TX 79015 | reba@ssbtxlaw.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #66<br>$789,452.20<br>9/13/23 | #69<br>$789,452.20<br>9/13/23 | #61<br>$789,452.20<br>9/13/23 |
| Mykel Tidwell<br>66 Lake Terry Drive<br>Mayfield, KY 42066 | mykel.tidwell@gmail.com | | | #23-2 Amended<br>$501,987.04<br>9/13/23 | |
| Nancy F. Weddington<br>3486 Hwy 70 East<br>Brownsville, TN 38012 | nweddington57@gmail.com | | | | |
| Natalie Martus<br>111 Post Oak Dr.<br>Krugerville, TX 76227 | nsmartus@gmail.com | | | | |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Nikki Lockwood<br>P.O. Box 180<br>Canyon, TX 79015 | reba@ssbtxlaw.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #48<br>$391,049.21<br>9/12/23 | #49<br>$391,049.21<br>9/12/23 | #43<br>$391,049.21<br>9/12/23 |
| Open A Arena LLC<br>19601 FM 1541<br>Canyon, TX 79015 | doug@ctpent.com | | #91<br>$495,785.79<br>11/12/23 | #93<br>$495,785.79<br>11/12/23 | #75<br>$495,785.79<br>11/12/23 |
| Phillip Sullivan<br>396 Neeley Rd.<br>Mayfield, KY 42066 | Phis.17690@yahoo.com | | | | |
| Priest Cattle Company, Ltd.<br>899 Rosenthal Rd.<br>Lorena, TX 76655 | cory.priest@gmail.com | Kyle Weldon<br>James D. Bradbury, LLC<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102<br>kyle@bradburycounsel.com | #67<br>$709,680.77<br>9/13/23 | #73<br>$709,680.77<br>9/13/23 | #66<br>$709,680.77<br>9/13/23 |
| Priest Victory Investment LLC<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102 | cory.priest@gmail.com | Kyle Weldon<br>James D. Bradbury, LLC<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102<br>kyle@bradburycounsel.com | #65<br>$639,861.35<br>9/13/23 | #70<br>$639,861.35<br>9/13/23 | #63<br>$639,861.35<br>9/13/23 |
| Producers Livestock Commission<br>Sonny Barthold<br>2501 Exchange Ave., 128<br>Oklahoma City, OK 73108 | producerslcc@yahoo.com | | | | |
| Ralph Reisz<br>4062 Keller Road<br>Owensboro, KY 42301 | | | | | |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Rapp Ranch<br>400 Smith Trail<br>Weatherford, TX 76088 | phil@rappranch.com | Julian Whitley<br>Eggleston King Davis, LLP<br>102 Houston Ave., Suite 300<br>Weatherford, TX 76086<br>julian@ekdlaw.com | | | |
| Richard Brad Carraway<br>200 Rock Vista Run<br>Austin, TX 78737 | brad.carraway@yahoo.com | | | | |
| Richard Carraway<br>2427 Highway 51 South<br>Dyersburg, TN 38024 | rgc38024@gmail.com | Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>amiller@cdmlaw.com | #79<br>$322,320.52<br>9/13/23 | #77<br>$322,320.52<br>9/13/23 | |
| Rick Rodgers<br>P.O. Box 931<br>Mayfield, KY 42066 | rrodgers7075@gmail.com | | | #32-2 Amended<br>$1,816,097.61<br>9/18/23 | |
| Ridgefield Capital Asset Management<br>Jim Giordano<br>P.O. Box 389<br>Ridgefield, CT 06877 | jgiordano@ridgefieldcap.com | Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>amiller@cdmlaw.com | #74<br>$2,182,751.53<br>9/13/23 | #79<br>$2,182,751.53<br>9/13/23 | |
| Rieta May Dufurrena<br>820 CR 133<br>Gainesville, TX 76240 | eddufurrena@yahoo.com | | #90<br>$451,940.35<br>11/5/23 | #92<br>$451,940.35<br>11/5/23 | |
| Riley Livestock, Inc.<br>PO Box 663<br>Mayfield, KY 42066 | maryann@rileylivestock.com | | #16<br>$694,059.28<br>6/22/23 | #13<br>$694,059.28<br>6/22/23 | #14<br>$694,059.28<br>6/22/23 |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Robert & Rachel Stewart<br>1968 US Hwy 70<br>East Brownsville, TN 38012 | domstead@jrl-law.com | Denise Omstead, Sr. Paralegal<br>Lane & Countryman<br>1045 Cheever Blvd., Ste. 103<br>San Antonio, TX 78217<br>domstead@jrl-law.com<br><br>John R. Lane, Jr.<br>John Lane & Associates<br>8526 N. Braunfels Avenue<br>San Antonio, TX 78217<br>johnlaneassociates@gmail.com | #22<br>$254,269.84<br>8/10/23 | #60<br>$254,269.84<br>8/10/23 | #54<br>$254,269.84<br>8/10/23 |
| Robert Braun<br>12307 E. Co. Rd. 1160 N.<br>Evanston, IN47531 | reba@ssbtxlaw.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #35<br>$345,547.65<br>9/11/23 | #36<br>$345,547.65<br>9/11/23 | #30<br>$345,547.65<br>9/11/23 |
| Robert Ellis<br>7050 Old Schoolhouse Lane, Number Two<br>Easton, MD 21601 | rellis@ridgefieldcap.com | Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>amiller@cdmlaw.com | #75<br>$249,776.44<br>9/13/23 | #80<br>$249,776.44<br>9/13/23 | |
| Robert Gray<br>348500 E 3700 Rd.<br>Ralston, OK 74650-5050 | cjchap45@gmail.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #34<br>$234,663.23<br>9/11/23 | #35<br>$234,663.23<br>9/11/23 | #29<br>$234,663.23<br>9/11/23 |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Robert J. Spring<br>P.O. Box 2096<br>Edmond, OK 73083 | robert@springoc.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #52<br>$149,812.73<br>9/12/23 | #53<br>$149,812.73<br>9/12/23 | #47<br>$494,432.51<br>9/13/23 |
| Ronnie Gray<br>27 36th Street, Hwy. 18<br>Fairfax, OK 74637-5053 | cjchap45@gmail.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #28<br>$200,450.00<br>9/11/23 | #28<br>$200,450.00<br>9/11/23 | #23<br>$200,450.00<br>9/11/23 |
| Scarlet & Black Cattle, LLC<br>Colton Long<br>5402 Walesa Ct.<br>Amarillo, TX 79119 | coltonlong70@yahoo.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #68<br>$3,707,039.41<br>9/13/23 | #74<br>$3,707,039.41<br>9/13/23 | #65<br>$3,707,039.41<br>9/13/23 |
| Scott E. Stewart<br>3767 Montclair Drive<br>Memphis, TN 38111 | scott.e.stewart1@gmail.com | | #81<br>$77,089.36<br>9/13/23 | #86<br>$77,089.36<br>9/13/23 | |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Scott Livestock Company<br>10150 Hwy. 47<br>West Point, MS 39773 | scottlivestock1990@yahoo.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | | #56<br>$252,689.84<br>9/13/23 | #50-2<br>$252,689.84<br>9/13/23 |
| Shaw & Shaw Farms Partnership LLC<br>11605 NW 140th St.<br>Alachua, FL 32615 | buckshaw52@gmail.com | | #8<br>$120,911.37<br>5/25/23 | #6<br>$120,911.37<br>5/25/23 | #7<br>$120,911.37<br>5/25/23 |
| Sherle Lockwood<br>P.O. Box 180<br>Canyon, TX 79015 | reba@ssbtxlaw.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #44<br>$766,041.83<br>9/12/23 | #45<br>$766,041.83<br>9/12/23 | #39<br>$766,041.83<br>9/12/23 |
| Stan E. Ayers, Jr.<br>6200 Ross Rd.<br>Rockford, OH 45882 | sayers@ayersmechanical.com | | | | |
| Starnes Cattle<br>Jeff Starnes<br>851 SW 6th Ave.<br>Williston, FL 32696 | starnesfarming@gmail.com | | | | |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| Steve Ryan<br>4214 Topaz Cir.<br>Yukon, OK 73099 | sryan1956@yahoo.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #53<br>$251,609.07<br>9/13/23 | #54<br>$251,609.07<br>9/13/23 | #48<br>$308,873.53<br>9/12/23 |
| Steve T Scott Farms Inc.<br>10150 MS-47<br>West Point, MS 39773 | scottlivestock1990@yahoo.com | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #58<br>$4,806,566.53<br>9/13/23 | #59<br>$4,806,566.53<br>9/13/23 | #53<br>$4,806,566.53<br>9/13/23 |
| Susan & Colby VanBuskirk<br>P.O. Box 778<br>Ringling, OK 73456 | janet.v@att.net | Abel Leal<br>Simmons Smith & Brown, PLLC<br>P.O. Box 180<br>Canyon, TX 79015<br>abel@ssbtxlaw.com<br><br>John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #84<br>$605,885.29<br>9/13/23 | #89<br>$605,885.29<br>9/13/23 | #73<br>$605,885.29<br>9/13/23 |
| Terry Burnett<br>210 Bethel Church Road<br>Melber, KY 42069 | | | | | |

| CLAIMANT/ADDRESS | CLAIMANT/EMAIL | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 | POC FILED 23-20085 | POC FILED 23-20086 |
|---|---|---|---|---|---|
| TGF Ranch LLC<br>Tom Frith<br>1585 E. M79 Hwy.<br>Hastings, MI 49058 | tomfrith73@msn.com | | | | |
| Thorlakson Diamond T Feeders, L.P.<br>2548 CR 15<br>Friona, TX 79035 | tom@tfyinc.com | David LeBas<br>Naman, Howell, Smith & Lee, PLLC<br>8310 Capitol of Texas Highway<br>Suite 490<br>Austin, TX 78731<br>dlebas@namanhowell.com | #64-2 Amended<br>$9,997,068.00<br>9/13/23 | #62-2 Amended<br>$9,997,068.00<br>9/13/23 | #64-2 Amended<br>$9,997,068.00<br>9/13/23 |
| Tindal Truck Sales<br>John Tindal<br>3484 State Route 45N<br>Mayfield, KY 42066 | John@tindaltrucksales.com | | | | |
| Wildforest Cattle Company LLC<br>1206 Paris Rd.<br>Mayfield, KY 42066 | brownrx@att.net | | | #24-2 Amended<br>$5,382,859.66<br>9/11/23 | |
| Wiley Roby Russell, Jr., Trustee of the W.<br>Robbie Russell Living Trust & Eddie Stewart<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102 | rrussell@meat-trader.com | Kyle Weldon<br>James D. Bradbury, LLC<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102<br>kyle@bradburycounsel.com | #63<br>$2,176,357.46<br>9/13/23 | #67<br>$2,176,357.46<br>9/13/23 | #60<br>$2,176,357.46<br>9/13/23 |
| Wiley Roby Russell, Jr., Trustee of the W.<br>Robbie Russell Living Trust<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102 | rrussell@meat-trader.com | Kyle Weldon<br>James D. Bradbury, LLC<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102<br>kyle@bradburycounsel.com | #60<br>$1,500,864.65<br>9/13/23 | #64<br>$1,500,864.65<br>9/13/23 | #57<br>$1,500,864.65<br>9/13/23 |
| William A. Weddington<br>3486 Hwy 70 East<br>Brownsville, TN 38012 | wweddington@thoroughbredfinancial.com | | | | |
| WJ Performance Horses<br>Weston Raub<br>650 FM 163<br>Cleveland, TX 77327 | wrcowboy1@gmail.com | | | | |
| | | | | | |