| | |
|---|---|
| **From:** | Nita Chancellor |
| **To:** | Nita Chancellor |
| **Bcc:** | tjohnston@mcjllp.com; abel@ssbtxlaw.com; john.massouh@sprouselaw.com; joe@mattinglylawoffices.com; amiller@cdmlaw.com; shoard@mhba.com; kyle@bradburycounsel.com; jprostok@forsheyprostok.com; julian@ekdlaw.com; johnlaneassociates@gmail.com; domstead@jrl-law.com; dlebas@namanhowell.com; lindaacey@yahoo.com; maryann@rileylivestock.com; brooksj1942@gmail.com; cory.priest@gmail.com; buckshaw52@gmail.com; Terry.dicks@gocdt.com; Steven.hines@diamond-r.com; david.hinesfarms@outlook.com; starnesfarming@gmail.com; barrettls@outlook.com; rrussell@meat-trader.com; 71psstewart@gmail.com; scottlivestock1990@yahoo.com; Dennisbuss@SBCGlobal.net; sryan1956@yahoo.com; phil@rappranch.com; bobeck5354@yahoo.com; osutx5@verizon.net; janet.v@att.net; robert@springoc.com; coltonlong70@yahoo.com; gungoll@gungolljackson.com; aj@atlasdrilling.com; cjchap45@gmail.com; janicelawhon@yahoo.com; jeannix@verizon.net; dougselectrickok@gmail.com; clockwood@bankanb.com; mike.gourley@barnmanagementgroup.com; rrodgers7075@gmail.com; mykel.tidwell@gmail.com; John@tindaltrucksales.com; JaredWLesh@aol.com; jlesh5@yahoo.com; john@westwind.dev; Phis.17690@yahoo.com; brownrx@att.net; curtisjonesfarms@gmail.com; dorablackman@yahoo.com; pressyou@aol.com; btphillips54@gmail.com; rellis@ridgefieldcap.com; jgiordano@ridgefieldcap.com; tom@tfyinc.com; aspell@ufl.edu; djcowhorses@gmail.com; ELBuss@mbo.net; jace.harrold@gmail.com; reba@ssbtxlaw.com; Joelbrookshire@hotmail.com; jdgreer62@gmail.com; raineysod@e1w.com; rpcarraway@yahoo.com; doug@ctpent.com; mirandabrooke@yahoo.com; justin.garwoodcattle@gmail.com; sayers@ayersmechanical.com; rgc38024@gmail.com; scott.e.stewart1@gmail.com; eddufurrena@yahoo.com; cperry@kayelectric.coop; justin.stuever@yahoo.com; k.kharris@yahoo.com; nsmartus@gmail.com; cprince@kayelectric.coop; cheartranch@yahoo.com; arobino401@gmail.com; job@reddishandwhite.com; LarryKeith6@gmail.com; tomfrith73@msn.com; cory.jesko@gmail.com; patty.jesko@gmail.com; producerslcc@yahoo.com; wweddington@thoroughbredfinancial.com; nweddington57@gmail.com; cweddington@thoroughbredfinancial.com; mccuaj@hotmail.com; wrcowboy1@gmail.com; brad.carraway@yahoo.com |
| **Subject:** | In re: MCCLAIN FEED YARD, INC., et al., Case No. 23-20084-RLJ-7 |
| **Date:** | Thursday, February 8, 2024 12:37:12 PM |
| **Attachments:** | image001.gif |
| | Dkt 174 - Motion for 2004 Exam USDA Claimants - 02.07.24.pdf |
| | Dkt 175 - NOH re Motion for 2004 Exam of USDA Claimants - 02.07.24.pdf |

Attached to this email are copies of: (1) Trustee's Motion for Rule 2004 Examination of USDA Dealer Trust Claimants; and (2) Notice of Hearing.

As discussed in the Motion, the Trustee seeks certain information from the parties that have filed claims with the USDA. The Motion has an objection deadline of March 4, 2024.  As set forth in the Notice of Hearing, if a hearing is required, the Court will hold a hearing on March 14, 2024 at 1:30 pm.

Parties are advised to review these materials with their attorney.  Our office cannot provide you with any legal advice.

We would appreciate the courtesy of your replying to this email to confirm you have received it.

Sincerely,

Nita Chancellor
Legal Assistant for Hudson M. Jobe

---

**Nita Chancellor**
Legal Assistant



214-871-2100 (Main)
214-880-1813 (Direct)
214-871-2111 (Fax)

**Quilling, Selander, Lownds,
Winslett & Moser, P.C.**
2001 Bryan Street, Suite 1800


EXHIBIT K

Dallas, TX 75201

E-mail: nchancellor@qslwm.com
Website: www.qslwm.com