**Prudential**

The Prudential Insurance Company of America
Pruco Life Insurance Company of New Jersey
Pruco Life Insurance Company
*All are Prudential companies.*
http://lifeinsurance.prudential.com

# Life Insurance Claim Form

**GETTING STARTED:** If you have any questions about completing this form, please refer to the Instructions that begin on page 6 or contact us at 800-496-1035.

It's Prudential's responsibility to contact all named beneficiaries on the policies provided.

**REMEMBER:** Each beneficiary must complete and submit a separate claim form. Only one death certificate with a raised state seal is needed.

## 1. About You

Provide information about the beneficiary or claimant making the claim. Make sure to verify the Social Security Number (SSN), Tax Identification Number (TIN), or Employer Identification Number (EIN).

Name (First, Middle, Last)
Piper Olivia McClain

Street Address
3728 Mayfield Hwy

Apt/Suite (optional)

City, State, Zip
Benton, KY 42025

Home phone

Mobile phone
2707038098

Email address
piper.mcclain@yahoo.com

Relationship to deceased

Date of birth (mm/dd/yyyy)
09/26/2004

SSN, TIN or EIN ▇▇▇▇0801
See page 6 of the instructions for the information regarding the appropriate TIN or EIN.

I am the (check one):

[X] Beneficiary - Person named to receive funds from the policy

[ ] Power of Attorney for beneficiary (Attach Power of Attorney documentation)

[ ] Representative of the insured's estate (Attach a copy of proof of appointment)

[ ] Trustee (Attach a copy of the trust agreement) Name of trust

　[ ] Check if any beneficiaries are considered a "skip person" by the Internal Revenue Code. See instructions for more information.

[ ] Legal guardian for the beneficiary (Attach a copy of the court order naming you as guardian)
*If the beneficiary is a minor, provide minor's name and date of birth.*

First name　　　　　MI　　　Last name　　　　　Date of birth (mm/dd/yyyy)

[ ] Assignee (Specify amount you are claiming)

[ ] Other (Please specify)

x

 EXHIBIT N

Complete and return this page.
COMB 38B   Ed. 4/2021

page 1 of 8