# Prudential

The Prudential Insurance Company of America
Pruco Life Insurance Company of New Jersey
Pruco Life Insurance Company
*All are Prudential companies.*
http://lifeinsurance.prudential.com

## Life Insurance Claim Form

**GETTING STARTED:** If you have any questions about completing this form, please refer to the Instructions that begin on page 6 or contact us at 800-496-1035.

**REMEMBER:** Each beneficiary must complete and submit a separate claim form. Only one death certificate with a raised state seal is needed.

It's Prudential's responsibility to contact all named beneficiaries on the policies provided.

### 1. About You

Provide information about the beneficiary or claimant making the claim. Make sure to verify the Social Security Number (SSN), Tax Identification Number (TIN), or Employer Identification Number (EIN).

**Chelsea McClain**
Name (First, Middle, Last)

**824 Mullins Ln**
Street Address

Apt/Suite (optional)

**Benton**          **KY   42025**
City, State, Zip

**2702263006**
Home phone          Mobile phone

**Wife**          **02/24/1990**          ████ **6711**
Relationship to deceased   Date of birth (mm/dd/yyyy)   SSN, TIN or EIN

I am the (check one):

☑ Beneficiary - Person named to receive funds from the policy

☐ Power of Attorney for beneficiary (Attach Power of Attorney documentation)

☐ Representative of the insured's estate (Attach a copy of proof of appointment)

☐ Trustee (Attach a copy of the trust agreement) Name of trust

   ☐ Check if any beneficiaries are considered a "skip person" by the Internal Revenue Code. See instructions for more information.

☐ Legal guardian for the beneficiary (Attach a copy of the court order naming you as guardian)
   *If the beneficiary is a minor, provide minor's name and date of birth.*

   First name          MI          Last name          Date of birth (mm/dd/yyyy)

☐ Assignee (Specify amount you are claiming)

☐ Other (Please specify)

See page 6 of the Instructions for the information regarding the appropriate TIN or EIN.

X

Complete and return this page
COMB 38B   Ed. 4/2021

page 1 of 8

FAX#-2157843624   04/24/2023  05:45:15 PM[EDT]