**Life Insurance Notice of Claim**
*Please type or print using dark ink.*



Grange Life Insurance Company
Attn: Life Claims Department
PO Box 182828
Columbus, OH 43218-2828
800-399-3797

| 1. Decedent Information ||||
|---|---|---|---|
| 1. First Name: Brian | 2. Middle Name: Keith | 3. Last Name: McClain ||
| 4. Street Address: 824 Mullins Lane | 5. City: Benton | 6. State: KY | 7. Zip: 42025 |
| 8. Date of Birth: 11/18/70 | 9. Date of Death: 4/18/23 | 10. Cause of Death: gun shot wound ||
| 11. Policy Number(s): [REDACTED] ||||

**2. Physician(s) Information** (only required if the date of death was within 2 years of the policy issue or last reinstatement date) *(Please attach additional pages if necessary)*

| 1a. Name of Physician | b. Address | | |
|---|---|---|---|
| c. Phone ( ) - | d. Date of Attendance From / / To / / | | e. Disease or Condition |
| 2a. Name of Physician | b. Address | | |
| c. Phone ( ) - | d. Date of Attendance From / / To / / | | e. Disease or Condition |
| 3a. Name of Physician | b. Address | | |
| c. Phone ( ) - | d. Date of Attendance From / / To / / | | e. Disease or Condition |

**3. Additional Life Insurance** (only required if the date of death was within 2 years of the policy issue or reissue date)

| 1. Name of Company | Amount of Coverage | Date of Policy |
|---|---|---|
| 1a. | | / / |
| 1b. | | / / |