2/7/24, 4:48 PM  Grange Insurance Mailing Address | Payment Corporate Mailing

Case 23-20084-rlj7    Doc 191-20    Filed 03/11/24    Entered 03/11/24 20:04:01    Desc
Exhibit T - Grange Life Insurance Company (address for service of Life Insurance    Page 1 of 2

# Contact Grange

We're here to help when you need us.

Your privacy is important to us. We use cookies to enhance your site experience. Check out our privacy policy for more details.



Close

# Mail a payment

Please make checks payable to "Grange Insurance Companies" and include your policy number on the memo line.

### Illinois and Michigan

Grange Insurance
P.O. Box 88017
Chicago, IL 60680

### All other states

Grange Insurance
P.O. Box 740604
Cincinnati, OH 45274



## Due date approaching?

Send your overnight and express mail payments to:

Grange Insurance
671 South High Street
Columbus, OH 43206

### Corporate mailing address

Grange Insurance
P.O. Box 1218
Columbus, OH 43216

### Mortgage billed (all states)

Grange Insurance
P.O. Box 740604
Cincinnati, OH 45274

Your privacy is important to us. We use cookies to enhance your site experience. Check out our privacy policy for more details.

Close