# Mechanics Bank

P.O. Box 6010
Santa Maria, CA 93456-6010
800.797.6324
www.mechanicsbank.com

**Statement Ending 12/30/2022**

*Page 1 of 42*

**RETURN SERVICE REQUESTED**

MCCLAIN FARMS INC
824 MULLINS LN
BENTON KY 42025-4702

## Managing Your Accounts

Client Services    800.797.6324

Online    www.mechanicsbank.com

Mobile    Download Our Mobile Apps



**BUSINESS LINE OF CREDIT UP TO $100,000**

**Prime +0% APR**

**LIMITED TIME OFFER**
**www.MechanicsBank.com/GrowIt**

All loans and credit products subject to program eligibility, collateral, underwriting approval and credit approval. Offer is for new lines of credit and does not apply to renewing lines of credit. Subject to change or cancellation without notice. Offer is effective as of 3/17/2022 and subject to change or cancellation without notice. Prime Rate is defined as "the Prime Rate as published daily in the Money Rates section of the Wall Street Journal." For the current Prime Rate, talk to a banker or visit https://www.wsj.com/market-data/bonds/moneyrates.

**WATCH OUT FOR CARD OR ACCOUNT LOCKED SCAMS**
Criminals contact you via phone, text or email pretending to be your bank or a credit card company, and tell you that your account is "locked" or "frozen" from fraudulent attempts to access it. They then ask for your card number, account number, password or PIN to "unlock" the account. **Learn how to spot this scam at www.MechanicsBank.com/Security.**

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| ANALYZED CHECKING | XXXXXXXX3070 | $0.00 |



Member FDIC



EXHIBIT U

Exhibit U - Bank statement of McClain Farms   Inc.   Page 2 of 7

**How to contact us**
800.797.6324
P.O. Box 6010
Santa Maria, CA 93456-6010
www.mechanicsbank.com

**This information applies only to consumer accounts as defined by the Electronic Fund Transfer Act and Regulation E.**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at 800.797.6324, during regular business hours, or write us at: Mechanics Bank, Operations, P.O. Box 6010, Santa Maria, CA 93456-6010 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**NOTICE TO BUSINESS AND COMMERCIAL CUSTOMERS:**

Accounts owned by business and commercial customers are not subject to consumer regulations, such as the Truth in Savings Act and the Electronic Fund Transfer Act. The information regarding Electronic Transfers does not apply to business or commercial accounts. You acknowledge the risk of loss from unauthorized items. You further acknowledge that the Bank offers various services that allow business and commercial customers to closely monitor their account activity, such as Business Online Banking, Positive Pay, and other services ("Fraud Prevention Services"), which can reduce potential fraud. If you fail to use one or more of the available Fraud Prevention Services, you agree that you will be deemed to have assumed the risk of any losses that could have been prevented if you had used the Fraud Prevention Services.

## How to balance your account

1. Subtract from your check register any service, miscellaneous, or automatic charge(s) posted on this statement.
2. Mark √ your register after each check listed on the front of this statement.
3. Check off deposits shown on the statement against those shown in your check register.
4. Complete the form below.
5. The final "balance" in the form below should agree with your check register balance. If it does not, read "HINTS FOR FINDING DIFFERENCES"

**HINTS FOR FINDING DIFFERENCES**

Recheck all additions and subtractions or corrections.

Verify the carryover balance from page to page in your check register.

Make sure you have subtracted the service or miscellaneous charge(s) from your check register balance.

**HOW TO BALANCE YOUR ACCOUNTS**

| | | |
|---|---|---|
| TRANSFER AMOUNT FROM PAGE ONE | $ | |
| DEPOSITS MADE SINCE ENDING DATE ON STATEMENT | | |
| SUBTOTAL | $ | |
| LIST CHECKS NOT CLEARED ON THIS STATEMENT OR PRIOR STATEMENTS | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL CHECKS NOT LISTED ➡ | | |
| SUBTRACT TOTAL CHECKS NOT LISTED FROM SUBTOTAL ABOVE          BALANCE | $ | |

THIS SHOULD AGREE WITH YOUR CHECK REGISTER BALANCE




FDIC
MEMBER FDIC

EQUAL HOUSING LENDER

Descriptions of ACH items are printed as supplied by originating company.
MKT5584/0420


# Mechanics Bank



## EQUIPMENT FINANCING
### Great rates for the equipment you need

Learn more at **www.MechanicsBank.com/GetEquipment**

## ANALYZED CHECKING-XXXXXXXX3070

### Account Summary

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/2022 | Beginning Balance | -$388,897.98 |
| | 34 Credit(s) This Period | $95,804,745.13 |
| | 366 Debit(s) This Period | $95,415,847.15 |
| 12/30/2022 | Ending Balance | $0.00 |

### Electronic Credits

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/2022 | 116504204 Online Transfer from XXXXXX197 on 12/01/22 at 6:50 | $388,897.98 |
| 12/06/2022 | Remote Deposit | $1,930.00 |
| 12/06/2022 | Remote Deposit | $64,855.75 |
| 12/08/2022 | Remote Deposit | $58,489.89 |
| 12/09/2022 | Remote Deposit | $637,845.66 |
| 12/28/2022 | Remote Deposit | $104,209.24 |
| 12/29/2022 | Remote Deposit | $55,410.39 |

### Other Credits

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $3,583,612.14 |
| 12/02/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $5,561,581.25 |
| 12/02/2022 | Telephone Transfer From Acct#0018 | $1,603,668.03 |
| 12/05/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $3,476,822.67 |
| 12/06/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $6,963,726.43 |
| 12/06/2022 | Telephone Transfer From Acct#0018 | $612,970.70 |
| 12/07/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $5,266,283.46 |
| 12/08/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $4,625,813.92 |
| 12/08/2022 | Telephone Transfer From Acct#0018 | $1,829,151.35 |
| 12/09/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $5,198,686.77 |
| 12/09/2022 | Telephone Transfer From Acct#0018 | $1,825,431.62 |
| 12/12/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $3,362,291.98 |
| 12/13/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $3,962,838.00 |
| 12/14/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $4,363,453.24 |
| 12/15/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $3,934,686.50 |
| 12/16/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $4,941,605.03 |
| 12/19/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $3,326,522.86 |

# ANALYZED CHECKING-XXXXXXXX3070 (continued)

## Other Credits (continued)

| Date | Description | Amount |
|------|-------------|-------:|
| 12/20/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $4,200,934.99 |
| 12/21/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $2,369,533.77 |
| 12/22/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $3,632,337.78 |
| 12/23/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $485,769.25 |
| 12/23/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $2,913,847.55 |
| 12/27/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $2,471,701.69 |
| 12/28/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $3,749,520.41 |
| 12/29/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $292.00 |
| 12/29/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $5,019,045.55 |
| 12/30/2022 | TRANSFER FROM ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0197 | $5,210,977.28 |

## Electronic Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 12/15/2022 | IRS USATAXPYMT 270274995436740 | $6,292.72 |

## Other Debits

| Date | Description | Amount |
|------|-------------|-------:|
| 12/01/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $2,839,607.41 |
| 12/02/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $3,627,840.40 |
| 12/05/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $102,434.17 |
| 12/06/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $260,708.49 |
| 12/06/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $739,679.53 |
| 12/07/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $4,024,921.87 |
| 12/08/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $1,958,096.65 |
| 12/09/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $719,801.51 |
| 12/09/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $1,827,725.78 |
| 12/12/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $779,757.02 |
| 12/12/2022 | Analysis Charges November 2022 | $84.78 |
| 12/12/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $481.13 |
| 12/13/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $104,911.80 |
| 12/13/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $54,514.24 |
| 12/14/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $56,447.19 |
| 12/15/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $349.18 |
| 12/15/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $24,563.51 |
| 12/16/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $269,845.35 |
| 12/16/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $3,652.19 |
| 12/19/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $5,142.56 |
| 12/19/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $144,558.44 |
| 12/20/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $68,684.70 |
| 12/20/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $10,419.33 |
| 12/21/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $4,306.31 |
| 12/21/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $9,237.77 |
| 12/22/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $7,284.10 |
| 12/23/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $8,691.59 |
| 12/27/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $800.00 |
| 12/27/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $2,422.37 |
| 12/28/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $8,806.24 |
| 12/28/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $27,509.15 |
| 12/29/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $3,409.66 |
| 12/30/2022 | TRANSFER TO ANALYZED CHECKING ACCOUNT XXXXXXXXXXXXXXXXXXXXXX0423 | $6,258.30 |

Case 23-20084-rlj7    Doc 191-21    Filed 03/11/24    Entered 03/11/24 20:04:01    Desc
Exhibit U - Bank statement of McClain Farms, Inc.    Page 5 of 7
*Statement Ending 12/30/2022*

Page 5 of 42

**MECHANICS BANK**

## ANALYZED CHECKING-XXXXXXXX3070 (continued)

### Other Debits (continued)

| Date | Description | Amount |
|---|---|---|
| 12/30/2022 | TRANSFER TO EXTERNAL LOAN XXXXXXXXXXX2953 | $2,158.13 |

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1729 | 12/20/2022 | $295,891.73 | 4124 | 12/13/2022 | $5,835.00 | 4178 | 12/20/2022 | $1,047,500.73 |
| 1730 | 12/20/2022 | $161,493.59 | 4125 | 12/12/2022 | $7,062.00 | 4179 | 12/21/2022 | $917,581.19 |
| 2942* | 12/13/2022 | $50,000.00 | 4126 | 12/15/2022 | $10,870.00 | 4180 | 12/23/2022 | $1,605,565.94 |
| 3092* | 12/22/2022 | $286,054.92 | 4127 | 12/09/2022 | $861.00 | 4181 | 12/12/2022 | $36.75 |
| 3093 | 12/28/2022 | $638,880.14 | 4128 | 12/14/2022 | $314.24 | 4182 | 12/08/2022 | $558.06 |
| 3094 | 12/08/2022 | $546,241.11 | 4130* | 12/12/2022 | $4,860.22 | 4183 | 12/08/2022 | $548.72 |
| 3095 | 12/06/2022 | $161,217.54 | 4131 | 12/14/2022 | $215.00 | 4184 | 12/08/2022 | $750.00 |
| 3553* | 12/09/2022 | $105,517.66 | 4132 | 12/12/2022 | $400.00 | 4185 | 12/08/2022 | $1,050.00 |
| 3608* | 12/02/2022 | $91,566.90 | 4133 | 12/13/2022 | $253.00 | 4186 | 12/20/2022 | $390.25 |
| 3720* | 12/01/2022 | $20,000.00 | 4134 | 12/09/2022 | $2,732.71 | 4187 | 12/15/2022 | $1,039.75 |
| 3754* | 12/01/2022 | $828,334.98 | 4135 | 12/09/2022 | $3,000.00 | 4188 | 12/09/2022 | $37.09 |
| 3755 | 12/06/2022 | $1,285,682.68 | 4136 | 12/09/2022 | $8,023.33 | 4189 | 12/09/2022 | $20,562.24 |
| 3756 | 12/29/2022 | $589,536.95 | 4137 | 12/13/2022 | $9,125.89 | 4190 | 12/08/2022 | $39,977.60 |
| 3757 | 12/29/2022 | $589,536.95 | 4138 | 12/08/2022 | $15,597.02 | 4191 | 12/14/2022 | $33,774.18 |
| 3886* | 12/02/2022 | $157,800.98 | 4139 | 12/13/2022 | $72,601.15 | 4192 | 12/08/2022 | $567,802.32 |
| 3887 | 12/07/2022 | $295,956.50 | 4140 | 12/08/2022 | $78,207.40 | 4193 | 12/08/2022 | $326,050.13 |
| 3888 | 12/15/2022 | $300,829.19 | 4142* | 12/06/2022 | $19,043.61 | 4194 | 12/08/2022 | $378,741.35 |
| 4065* | 12/07/2022 | $25,000.00 | 4146* | 12/12/2022 | $4,972.50 | 4195 | 12/08/2022 | $533,502.04 |
| 4072* | 12/01/2022 | $1,499,337.78 | 4147 | 12/09/2022 | $1,168.20 | 4196 | 12/08/2022 | $417,932.09 |
| 4073 | 12/02/2022 | $1,696,268.23 | 4148 | 12/09/2022 | $38,653.76 | 4197 | 12/08/2022 | $429,192.43 |
| 4074 | 12/05/2022 | $2,961,520.76 | 4149 | 12/08/2022 | $73,521.45 | 4198 | 12/08/2022 | $536,792.34 |
| 4075 | 12/06/2022 | $1,551,332.82 | 4150 | 12/07/2022 | $144,469.22 | 4199 | 12/08/2022 | $197,881.02 |
| 4089* | 12/05/2022 | $950.00 | 4151 | 12/13/2022 | $24,533.14 | 4200 | 12/15/2022 | $25,281.29 |
| 4090 | 12/08/2022 | $423.91 | 4152 | 12/06/2022 | $326,303.24 | 4201 | 12/09/2022 | $1,050.00 |
| 4096* | 12/08/2022 | $409.39 | 4153 | 12/06/2022 | $598,786.81 | 4202 | 12/08/2022 | $814.50 |
| 4099* | 12/05/2022 | $989.56 | 4154 | 12/06/2022 | $536,598.98 | 4203 | 12/09/2022 | $800.00 |
| 4101* | 12/02/2022 | $448.00 | 4155 | 12/06/2022 | $426,992.42 | 4204 | 12/13/2022 | $71,958.75 |
| 4102 | 12/08/2022 | $423.91 | 4156 | 12/06/2022 | $535,434.33 | 4205 | 12/12/2022 | $2,500.00 |
| 4103 | 12/02/2022 | $299.89 | 4157 | 12/06/2022 | $425,340.24 | 4206 | 12/22/2022 | $291,626.77 |
| 4104 | 12/02/2022 | $608.81 | 4158 | 12/06/2022 | $157,790.54 | 4214* | 12/14/2022 | $25,000.00 |
| 4105 | 12/02/2022 | $415.65 | 4159 | 12/29/2022 | $274,037.90 | 4215 | 12/16/2022 | $40,500.00 |
| 4106 | 12/06/2022 | $871.86 | 4160 | 12/08/2022 | $113.67 | 4216 | 12/30/2022 | $7,335.00 |
| 4107 | 12/08/2022 | $185.97 | 4161 | 12/08/2022 | $400,185.24 | 4219* | 12/15/2022 | $100.00 |
| 4108 | 12/02/2022 | $363.89 | 4162 | 12/12/2022 | $4,712.54 | 4220 | 12/09/2022 | $672.00 |
| 4109 | 12/05/2022 | $989.56 | 4163 | 12/07/2022 | $286,603.23 | 4221 | 12/15/2022 | $423.91 |
| 4110 | 12/02/2022 | $415.65 | 4164 | 12/07/2022 | $518,412.96 | 4222 | 12/12/2022 | $314.63 |
| 4111 | 12/02/2022 | $358.36 | 4165 | 12/07/2022 | $426,660.70 | 4223 | 12/09/2022 | $435.06 |
| 4112 | 12/06/2022 | $123.59 | 4166 | 12/07/2022 | $418,073.28 | 4224 | 12/09/2022 | $466.40 |
| 4113 | 12/05/2022 | $58.80 | 4167 | 12/07/2022 | $418,128.27 | 4225 | 12/16/2022 | $558.06 |
| 4114 | 12/06/2022 | $4,605.50 | 4168 | 12/07/2022 | $537,208.78 | 4226 | 12/13/2022 | $871.86 |
| 4115 | 12/05/2022 | $700,584.33 | 4169 | 12/09/2022 | $941.77 | 4227 | 12/14/2022 | $306.20 |
| 4116 | 12/05/2022 | $302,117.34 | 4170 | 12/08/2022 | $1,137.00 | 4228 | 12/09/2022 | $363.89 |
| 4117 | 12/08/2022 | $1,168.20 | 4171 | 12/12/2022 | $2,052,794.76 | 4229 | 12/09/2022 | $989.56 |
| 4118 | 12/05/2022 | $5,343.34 | 4172 | 12/13/2022 | $1,351,679.02 | 4230 | 12/09/2022 | $421.08 |
| 4119 | 12/08/2022 | $968.22 | 4173 | 12/16/2022 | $1,000.00 | 4231 | 12/09/2022 | $460.87 |
| 4120 | 12/08/2022 | $467.07 | 4174 | 12/14/2022 | $1,460,034.61 | 4232 | 12/16/2022 | $558.06 |
| 4121 | 12/27/2022 | $3,019.92 | 4175 | 12/15/2022 | $711,962.55 | 4233 | 12/09/2022 | $358.36 |
| 4122 | 12/09/2022 | $3,964.32 | 4176 | 12/16/2022 | $1,404,594.27 | 4234 | 12/13/2022 | $396,489.82 |
| 4123 | 12/08/2022 | $996.62 | 4177 | 12/19/2022 | $1,506,722.51 | 4235 | 12/13/2022 | $587,478.93 |

# Mechanics Bank

## ANALYZED CHECKING-XXXXXXXX3070 (continued)

### Checks Cleared (continued)

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4236 | 12/15/2022 | $834,085.29 | 4300 | 12/19/2022 | $44,105.70 | 4362 | 12/22/2022 | $22.59 |
| 4237 | 12/16/2022 | $97,149.60 | 4302* | 12/19/2022 | $4,594.85 | 4363 | 12/20/2022 | $427,378.91 |
| 4238 | 12/19/2022 | $161,715.01 | 4303 | 12/14/2022 | $536,484.53 | 4364 | 12/20/2022 | $418,296.20 |
| 4239 | 12/19/2022 | $673,927.32 | 4304 | 12/14/2022 | $198,173.01 | 4365 | 12/20/2022 | $417,811.48 |
| 4240 | 12/22/2022 | $738,178.48 | 4305 | 12/14/2022 | $165,818.42 | 4366 | 12/20/2022 | $426,456.03 |
| 4241 | 12/28/2022 | $712,319.07 | 4306 | 12/14/2022 | $518,550.46 | 4367 | 12/20/2022 | $565,194.33 |
| 4242 | 12/30/2022 | $611,775.63 | 4307 | 12/14/2022 | $426,564.43 | 4368 | 12/20/2022 | $328,286.58 |
| 4244* | 12/09/2022 | $120,079.03 | 4308 | 12/14/2022 | $418,460.38 | 4369 | 12/21/2022 | $11,510.68 |
| 4245 | 12/09/2022 | $534,899.65 | 4309 | 12/14/2022 | $418,351.50 | 4370 | 12/28/2022 | $2,680.00 |
| 4246 | 12/09/2022 | $423,908.94 | 4310 | 12/15/2022 | $961.85 | 4371 | 12/28/2022 | $164,880.34 |
| 4247 | 12/09/2022 | $157,537.48 | 4311 | 12/19/2022 | $42,854.87 | 4372 | 12/21/2022 | $166,483.73 |
| 4248 | 12/09/2022 | $533,689.63 | 4312 | 12/15/2022 | $120,068.00 | 4373 | 12/21/2022 | $518,977.05 |
| 4249 | 12/09/2022 | $425,417.03 | 4313 | 12/15/2022 | $535,220.06 | 4374 | 12/21/2022 | $536,605.10 |
| 4250 | 12/09/2022 | $534,167.90 | 4314 | 12/15/2022 | $418,240.98 | 4375 | 12/21/2022 | $199,425.44 |
| 4253* | 12/27/2022 | $7,016.81 | 4315 | 12/15/2022 | $378,455.96 | 4377* | 12/22/2022 | $327,753.65 |
| 4254 | 12/14/2022 | $33,106.69 | 4316 | 12/15/2022 | $533,385.58 | 4378 | 12/22/2022 | $302,003.51 |
| 4255 | 12/27/2022 | $1,512,582.60 | 4325* | 12/16/2022 | $175.96 | 4379 | 12/22/2022 | $349,653.64 |
| 4256 | 12/28/2022 | $1,366,702.00 | 4326 | 12/16/2022 | $143.94 | 4380 | 12/22/2022 | $378,057.98 |
| 4257 | 12/29/2022 | $1,143,938.18 | 4327 | 12/19/2022 | $3,925.00 | 4381 | 12/22/2022 | $533,531.99 |
| 4258 | 12/30/2022 | $1,348,813.07 | 4328 | 12/16/2022 | $351,611.13 | 4382 | 12/22/2022 | $418,155.32 |
| 4267* | 12/13/2022 | $8,287.51 | 4329 | 12/16/2022 | $596,851.87 | 4383 | 12/23/2022 | $139.84 |
| 4268 | 12/13/2022 | $70.56 | 4330 | 12/16/2022 | $623.00 | 4384 | 12/29/2022 | $238,188.42 |
| 4269 | 12/14/2022 | $26.00 | 4331 | 12/16/2022 | $39.27 | 4386* | 12/23/2022 | $602.00 |
| 4270 | 12/15/2022 | $2,600.93 | 4332 | 12/23/2022 | $423.91 | 4387 | 12/23/2022 | $427,651.01 |
| 4271 | 12/14/2022 | $3,955.00 | 4333 | 12/16/2022 | $309.06 | 4388 | 12/23/2022 | $120,519.70 |
| 4272 | 12/21/2022 | $5,406.50 | 4334 | 12/16/2022 | $414.09 | 4389 | 12/23/2022 | $535,911.40 |
| 4273 | 12/12/2022 | $142,538.96 | 4335 | 12/16/2022 | $460.87 | 4390 | 12/23/2022 | $158,034.53 |
| 4274 | 12/12/2022 | $103,007.70 | 4336 | 12/16/2022 | $612.10 | 4391 | 12/23/2022 | $537,101.19 |
| 4275 | 12/13/2022 | $177,872.98 | 4337 | 12/16/2022 | $871.86 | 4392 | 12/23/2022 | $423.91 |
| 4276 | 12/13/2022 | $47,811.67 | 4338 | 12/16/2022 | $374.95 | 4393 | 12/23/2022 | $323.80 |
| 4277 | 12/15/2022 | $219.10 | 4339 | 12/19/2022 | $989.56 | 4394 | 12/23/2022 | $463.02 |
| 4278 | 12/19/2022 | $79.47 | 4340 | 12/16/2022 | $407.10 | 4395 | 12/23/2022 | $460.87 |
| 4279 | 12/13/2022 | $392.09 | 4341 | 12/16/2022 | $460.87 | 4396 | 12/28/2022 | $558.06 |
| 4280 | 12/09/2022 | $367,826.18 | 4342 | 12/16/2022 | $612.10 | 4397 | 12/23/2022 | $871.86 |
| 4281 | 12/13/2022 | $100.69 | 4343 | 12/16/2022 | $381.48 | 4398 | 12/23/2022 | $612.89 |
| 4282 | 12/12/2022 | $145,994.53 | 4344 | 12/23/2022 | $481.65 | 4401* | 12/27/2022 | $3,950.00 |
| 4283 | 12/12/2022 | $112,774.46 | 4345 | 12/16/2022 | $41,820.80 | 4402 | 12/23/2022 | $463.02 |
| 4284 | 12/13/2022 | $67.39 | 4346 | 12/16/2022 | $429,753.43 | 4403 | 12/23/2022 | $471.92 |
| 4285 | 12/13/2022 | $203.97 | 4347 | 12/16/2022 | $426,747.37 | 4404 | 12/23/2022 | $558.06 |
| 4286 | 12/20/2022 | $265.85 | 4348 | 12/16/2022 | $536,629.57 | 4406* | 12/28/2022 | $15,488.00 |
| 4287 | 12/13/2022 | $165,669.96 | 4349 | 12/16/2022 | $157,591.85 | 4407 | 12/27/2022 | $179,715.46 |
| 4288 | 12/13/2022 | $179,542.35 | 4350 | 12/16/2022 | $535,748.24 | 4408 | 12/27/2022 | $165,648.58 |
| 4289 | 12/13/2022 | $302,377.06 | 4351 | 12/20/2022 | $45.10 | 4409 | 12/27/2022 | $596,427.59 |
| 4290 | 12/13/2022 | $350,189.17 | 4352 | 12/16/2022 | $40,998.41 | 4411* | 12/27/2022 | $118.36 |
| 4291 | 12/14/2022 | $96,802.57 | 4353 | 12/20/2022 | $27,620.30 | 4412 | 12/28/2022 | $50.99 |
| 4292 | 12/23/2022 | $402.75 | 4354 | 12/19/2022 | $145,739.33 | 4413 | 12/28/2022 | $21.18 |
| 4293 | 12/19/2022 | $1,800.00 | 4355 | 12/19/2022 | $112,900.02 | 4414 | 12/28/2022 | $60.82 |
| 4294 | 12/16/2022 | $108.18 | 4356 | 12/20/2022 | $199.88 | 4416* | 12/29/2022 | $119.80 |
| 4295 | 12/19/2022 | $429.97 | 4357 | 12/19/2022 | $48,486.86 | 4417 | 12/28/2022 | $563,422.18 |
| 4296 | 12/19/2022 | $1,060.91 | 4358 | 12/19/2022 | $178,710.33 | 4418 | 12/28/2022 | $351,793.42 |
| 4297 | 12/19/2022 | $3,789.06 | 4359 | 12/19/2022 | $103,093.87 | 4419 | 12/30/2022 | $32,487.83 |
| 4298 | 12/20/2022 | $5,000.00 | 4360 | 12/19/2022 | $141,897.22 | 4420 | 12/29/2022 | $100.69 |
| 4299 | 12/15/2022 | $805.48 | 4361 | 12/22/2022 | $14.83 | 4422* | 12/29/2022 | $539,340.54 |

**Mechanics Bank**

## ANALYZED CHECKING-XXXXXXXX3070 (continued)

### Checks Cleared (continued)

| Check Nbr | Date | Amount | Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 4423 | 12/29/2022 | $431,537.67 | 4435 | 12/30/2022 | $378,284.70 | 4445 | 12/30/2022 | $871.86 |
| 4424 | 12/29/2022 | $426,749.86 | 4436 | 12/30/2022 | $165,969.17 | 4448* | 12/30/2022 | $463.02 |
| 4425 | 12/29/2022 | $419,532.75 | 4437 | 12/30/2022 | $198,453.52 | 4449 | 12/30/2022 | $500.58 |
| 4426 | 12/29/2022 | $418,718.57 | 4438 | 12/30/2022 | $232.37 | 4450 | 12/30/2022 | $477.00 |
| 4429* | 12/30/2022 | $539.00 | 4439 | 12/30/2022 | $750.00 | 4455* | 12/30/2022 | $326,388.79 |
| 4431* | 12/30/2022 | $11,534.40 | 4441* | 12/30/2022 | $390.91 | 4456 | 12/30/2022 | $302,179.94 |
| 4432 | 12/30/2022 | $537,387.89 | 4442 | 12/30/2022 | $470.01 | 4457 | 12/30/2022 | $328,052.89 |
| 4433 | 12/30/2022 | $520,251.79 | 4443 | 12/30/2022 | $506.10 | | | |
| 4434 | 12/30/2022 | $427,977.72 | 4444 | 12/30/2022 | $467.66 | | | |

\* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 12/01/2022 | -$1,603,668.03 | 12/12/2022 | $0.00 | 12/21/2022 | $0.00 |
| 12/02/2022 | -$14,805.51 | 12/13/2022 | $0.00 | 12/22/2022 | $0.00 |
| 12/05/2022 | -$612,970.70 | 12/14/2022 | -$28,931.17 | 12/23/2022 | $0.00 |
| 12/06/2022 | $0.00 | 12/15/2022 | $0.00 | 12/27/2022 | $0.00 |
| 12/07/2022 | -$1,829,151.35 | 12/16/2022 | $0.00 | 12/28/2022 | $0.00 |
| 12/08/2022 | -$1,825,431.62 | 12/19/2022 | $0.00 | 12/29/2022 | $0.00 |
| 12/09/2022 | $0.00 | 12/20/2022 | $0.00 | 12/30/2022 | $0.00 |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| **Total Overdraft Fees** | $0.00 | $0.00 |
| **Total Returned Item Fees** | $0.00 | $0.00 |