BTXN 208 (rev. 07/09)

| IN RE: McClain Feed Yard, Inc. | Hearing type | Case # 23–20084–rlj7 |
|---|---|---|
| **DEBTOR** | **TYPE OF HEARING** | |

| Plaintiff | VS | Defendant |
|---|---|---|
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| Plaintiff Attorney | | Defendant Attorney |
|---|---|---|
| **ATTORNEY** | | **ATTORNEY** |

### EXHIBITS

A–H

I–J

K U V W

| S Longoria | Date: 03/18/2024 | Robert L. Jones |
|---|---|---|
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |