**Kerry L. Haliburton**
State Bar No. 08743400
of
NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Avenue, Suite 800
Waco, Texas 76701
Phone:  (254) 755-4100
Fax:  (254) 754-6331
E-mail: haliburton@namanhowell.com

AND

**David L. LeBas, SBN 12098600**
E-mail: dlebas@namanhowell.com
**Rachel E. Barr, SBN 24118185**
E-mail: rbarr@namanhowell.com
of
NAMAN, HOWELL, SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731
Phone:  (512) 479-0300
Fax:  (512) 474-1901

**ATTORNEYS FOR KEELING CATTLE FEEDERS INC.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

**RESPONSE OF KEELING CATTLE FEEDERS INC.
TO RABO'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR,
ALTERNATIVELY, FOR ABANDONMENT OF CERTAIN CATTLE AND PROCEEDS
OF CATTLE**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE OF SAID COURT:**

NOW COMES Keeling Cattle Feeders Inc. (Scott Keeling, a principal of Keeling Cattle

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

Feeders is mentioned in Rabo's Motion, but he as an individual party is not involved in this matter) ("Keeling Cattle"), by and through its attorneys of record, and files this its Response to Rabo's Motion for Relief From the Automatic Stay or, Alternatively, For Abandonment of Certain Cattle and Proceeds of Cattle (Document No. 192) (the "Motion") filed by Rabo AgriFinance LLC ("Rabo"), and would respectfully show the Court as follows:

1.   With respect to Rabo's material allegations in the Motion, alleged to involve 49 cattle, the sale of which created $36,810.71 of net proceeds, Keeling Cattle denies these allegations as they may relate to the recovery of any cattle or proceeds by Keeling Cattle, as alleged in the Motion.

2.   Any cattle removed or proceeds obtained by or on behalf of Keeling Cattle, as alleged in the Motion, were removed or obtained in good faith and in the ordinary course of the business of Keeling Cattle. Any cattle removed by Keeling Cattle were fed and cared for in the ordinary course of its business and Keeling Cattle incurred related feed and care expenses. Keeling Cattle does not know if the cattle or proceeds are property of the bankruptcy estate. Rabo also acknowledges in the Motion that it does not know if the Removed Cattle and Proceeds are property of the bankruptcy estate. Considering this, Rabo's requested relief should be denied. Rabo is adequately protected by its comprehensive liens on property of the bankruptcy estate and related guaranty agreements.

3.   Keeling Cattle does not know who may have a claim to the relevant proceeds. Keeling Cattle acknowledges that there may be competing claims to the funds. It is Keeling Cattle's position that Rabo's requested relief should be denied, or that the Court order that relevant proceeds be tendered to and held by the Court or the Chapter 7 Trustee, pending further orders from the Court.

**WHEREFORE, PREMISES CONSIDERED,** Keeling Cattle prays that the Court enter an order denying Rabo's Motion in accordance with the above and foregoing Response, and for such other and further relief, in law or in equity, to which it may show itself justly entitled.

Dated this 28th day of March, 2024.

                                      Respectfully submitted,

                                  /s/ Kerry L. Haliburton
                                 Kerry L. Haliburton
                                 State Bar No. 08743400
                                 of
                                 NAMAN, HOWELL, SMITH & LEE, PLLC
                                 400 Austin Avenue, Suite 800
                                 Waco, Texas 76701
                                 Phone:  (254) 755-4100
                                 Fax:  (254) 754-6331
                                 E-mail: haliburton@namanhowell.com

                                 AND

                                  /s/ David L. LeBas
                                 David L. LeBas, SBN 12098600
                                 E-mail: dlebas@namanhowell.com
                                 Rachel E. Barr, SBN 24118185
                                 E-mail: rbarr@namanhowell.com
                                 of
                                 NAMAN, HOWELL, SMITH & LEE, PLLC
                                 8310 N. Capital of Texas Highway, Suite 490
                                 Austin, Texas 78731
                                 Phone:  (512) 479-0300
                                 Fax:  (512) 474-1901

                                 ATTORNEYS FOR
                                 KEELING CATTLE FEEDERS INC.

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing Response to Rabo's Motion for Relief From the Automatic Stay or, Alternatively, For Abandonment of Certain Cattle and Proceeds of Cattle was served via electronic means, unless not available, otherwise by regular United States Mail, first class, postage fully prepaid, on March 28, 2024 to the parties listed below.

                                                  */s/ Kerry L. Haliburton*
                                                Kerry L. Haliburton

**DEBTORS:**
McClain Feed Yard, Inc.
4010 FM 1057
Hereford, TX 76655

McClain Farms, Inc.
824 Mullin Lane
Benton, KY 42025

7M Cattle Feeders, Inc.
2546 CR 15
Friona, TX 79035

**DEBTORS' ATTORNEY:**
Max Ralph Tarbox
Tarbox Law, P.C.
2301 Broadway
Lubbock, TX 79401

**CHAPTER 7 TRUSTEE:**
Kent David Ries
P.O. Box 3100
Amarillo, TX 79116-3100

**SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE:**
Hudson M. Jobe
Quilling, Selander, Lownds, et al
2001 Bryan Street, Suite 1800
Dallas, TX 75201

**U.S. TRUSTEE:**
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

**PARTIES NOT RECEIVING ELECTRONICALLY; MAILED TO:**

Robert J. Blankenship on behalf of Creditor First Kentucky Bank
Attorney Support Group
P.O. Box 201
Boyd, TX 76023

Tom Blankenship on behalf of Creditor First Kentucky Bank
Blankenship & Edwards
P.O. Box 571
Benton, KY 42025
Canyon Rim Consulting, LLC
301 S. Polk Street, Suite 815
Amarillo, TX 79101

Lain Faulkner
400 N. St. Paul, Suite 600
Dallas, TX 75201

Matthew S. Marriott on behalf of Interested Party HTLF Bank, successor in interest to First Bank & Trust Lovell Lovell Isern & Farabough, LLP
112 West 8th Avenue
Suite 1000
Amarillo, TX 79101-2314

Quilling, Selander, Lownds, Winslet & Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201