**Kerry L. Haliburton**
**State Bar No. 08743400**
of
NAMAN, HOWELL, SMITH & LEE, PLLC
400 Austin Avenue, Suite 800
Waco, Texas 76701
Phone: (254) 755-4100
Fax: (254) 754-6331
E-mail: haliburton@namanhowell.com

**AND**

**David L. LeBas, SBN 12098600**
E-mail: dlebas@namanhowell.com
**Rachel E. Barr, SBN 24118185**
E-mail: rbarr@namanhowell.com
of
NAMAN, HOWELL, SMITH & LEE, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731
Phone: (512) 479-0300
Fax: (512) 474-1901

**ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES,
AGTEXAS, PCA AND
THORLAKSON DIAMOND T FEEDERS, LP**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | Jointly Administered |

**RESPONSE OF AGTEXAS FARM CREDIT SERVICES, AGTEXAS, PCA,
AND THORLAKSON DIAMOND T FEEDERS, LP TO RABO'S MOTION FOR RELIEF
FROM THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR ABANDONMENT OF
CERTAIN CATTLE AND PROCEEDS OF CATTLE**

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE OF SAID COURT:**

NOW COMES AgTexas Farm Credit Services, AgTexas, PCA ("AgTexas"), and Thorlakson Diamond T Feeders, LP (Thorlakson Feedyards, Inc. a related entity, and Tom Thorlakson, a principal of Keeling Cattle Feeders are mentioned in Rabo's Motion, but they are not involved in this matter) ("Thorlakson"), by and through their attorneys of record, and files this its Response to Rabo's Motion for Relief From the Automatic Stay or, Alternatively, For Abandonment of Certain Cattle and Proceeds of Cattle (Document No. 192) (the "Motion") filed by Rabo AgriFinance LLC ("Rabo"), and would respectfully show the Court as follows:

1. With respect to Rabo's material allegations in the Motion, concerning 228 cattle, AgTexas and Thorlakson deny these allegations as they may relate to the recovery of any cattle or proceeds by Thorlakson, or its secured lender, AgTexas, as alleged in the Motion.

2. Any cattle removed or proceeds obtained by or on behalf of Thorlakson, as alleged in the Motion, were removed or obtained in good faith and in the ordinary course of the business of Thorlakson. Any cattle removed by Thorlakson were fed and cared for in the ordinary course of its business and Thorlakson incurred related feed and care expenses. Thorlakson does not know if the cattle or proceeds are property of the bankruptcy estate. Rabo also acknowledges in the Motion that it does not know if the Removed Cattle and Proceeds are property of the bankruptcy estate. Considering this, Rabo's requested relief should be denied. Rabo is adequately protected by its comprehensive liens on property of the bankruptcy estate and related guaranty agreements.

3. Thorlakson and AgTexas do not know who, other than themselves, may have a claim to the relevant proceeds. Thorlakson and AgTexas acknowledge that there may be competing claims to the funds. It is Thorlakson and AgTexas' position that Rabo's requested relief should be denied, or that the Court order that relevant proceeds be tendered to and held by the Court or the

Chapter 7 Trustee, pending further orders from the Court.

**WHEREFORE, PREMISES CONSIDERED,** Thorlakson and AgTexas prays that the Court enter an order denying Rabo's Motion in accordance with the above and foregoing Response, and for such other and further relief, in law or in equity, to which they may show themselves justly entitled.

Dated this 28th day of March, 2024.

        Respectfully submitted,

        */s/ Kerry L. Haliburton*
        Kerry L. Haliburton
        State Bar No. 08743400
        of
        NAMAN, HOWELL, SMITH & LEE, PLLC
        400 Austin Avenue, Suite 800
        Waco, Texas 76701
        Phone: (254) 755-4100
        Fax: (254) 754-6331
        E-mail: haliburton@namanhowell.com

        AND

        */s/ David L. LeBas*
        David L. LeBas, SBN 12098600
        E-mail: dlebas@namanhowell.com
        Rachel E. Barr, SBN 24118185
        E-mail: rbarr@namanhowell.com
        of
        NAMAN, HOWELL, SMITH & LEE, PLLC
        8310 N. Capital of Texas Highway, Suite 490
        Austin, Texas 78731
        Phone: (512) 479-0300
        Fax: (512) 474-1901

        ATTORNEYS FOR
        AGTEXAS FARM CREDIT SERVICES,
        AGTEXAS, PCA AND
        THORLAKSON DIAMOND T FEEDERS, LP

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing Response to Rabo's Motion for Relief From the Automatic Stay or, Alternatively, For Abandonment of Certain Cattle and Proceeds of Cattle was served via electronic means, unless not available, otherwise by regular United States Mail, first class, postage fully prepaid, on March 28, 2024 to the parties listed below.

                                                      */s/ Kerry L. Haliburton*
                                                      Kerry L. Haliburton

**DEBTORS:**
McClain Feed Yard, Inc.
4010 FM 1057
Hereford, TX 76655

McClain Farms, Inc.
824 Mullin Lane
Benton, KY 42025

7M Cattle Feeders, Inc.
2546 CR 15
Friona, TX 79035

**DEBTORS' ATTORNEY:**
Max Ralph Tarbox
Tarbox Law, P.C.
2301 Broadway
Lubbock, TX 79401

**CHAPTER 7 TRUSTEE:**
Kent David Ries
P.O. Box 3100
Amarillo, TX 79116-3100

**SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE:**
Hudson M. Jobe
Quilling, Selander, Lownds, et al
2001 Bryan Street, Suite 1800
Dallas, TX 75201

**U.S. TRUSTEE:**
United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75202

4873-4844-0498, v. 3                                                                4     RESPONSE TO RABO'S MOTION FOR RELIEF FROM THE
                                                                               AUTOMATIC STAY OR, ALTERNATIVELY, FOR ABANDONMENT
                                                                                   OF CERTAIN CATTLE AND PROCEEDS OF CATTLE

**PARTIES NOT RECEIVING ELECTRONICALLY; MAILED TO:**
Robert J. Blankenship on behalf of Creditor First Kentucky Bank
Attorney Support Group
P.O. Box 201
Boyd, TX 76023

Tom Blankenship on behalf of Creditor First Kentucky Bank
Blankenship & Edwards
P.O. Box 571
Benton, KY 42025
Canyon Rim Consulting, LLC
301 S. Polk Street, Suite 815
Amarillo, TX 79101

Lain Faulkner
400 N. St. Paul, Suite 600
Dallas, TX 75201

Matthew S. Marriott on behalf of Interested Party HTLF Bank, successor in interest to First Bank & Trust Lovell Lovell Isern & Farabough, LLP
112 West 8th Avenue
Suite 1000
Amarillo, TX 79101-2314

Quilling, Selander, Lownds, Winslet & Moser
2001 Bryan Street, Suite 1800
Dallas, TX 75201