# Exhibit D

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
National Finance Credit Corporation Of Texas 817/882-4700

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
National Finance Credit Corporation Of Texas
PO Box 1897
410 Weatherford St
Fort Worth, TX 76101-0000
USA

**FILING NUMBER:** 22-0001504216
**FILING DATE:** 01/11/2022    04:29 PM
**DOCUMENT NUMBER:** 1110429950002
**FILED:** Texas Secretary of State
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

**1a. ORGANIZATION'S NAME:** MCCLAIN FARMS, INC.

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 824 MULLINS LANE | BENTON | KY | 42025 | USA |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

**2a. ORGANIZATION'S NAME:** MCCLAIN FEED YARD. INC.

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4010 FM 1057 | HEREFORD | TX | 79045 | USA |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

**3a. ORGANIZATION'S NAME:** PRIEST CATTLE COMPANY, LTD

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 899 ROSENTHAL RD. | LORENA | TX | 76655 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
This is an informational filing. National Finance Credit Corporation of Texas is the creditor of and has a perfected secured interest in all cattle in which Cory Priest and/or Priest Cattle Company, LTD. has rights that are in the possession of McClain Feed Yard, Inc., McClain Farms, Inc., 7M Cattle Feeders, Inc., and/or Brian McClain, now and may be in the future, including without limitation all additions, accessions, replacements, substitutions, increases, and products of such cattle.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable):  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

**9: NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**9a. ORGANIZATION'S NAME**
MCCLAIN FARMS, INC.

OR

**9b. INDIVIDUAL'S SURNAME**

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**10. DEBTOR'S NAME:** Provide (10a or 10b) only <u>one</u> additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

**10a. ORGANIZATION'S NAME**

OR

**10b. INDIVIDUAL'S SURNAME**
MCCLAIN

**INDIVIDUAL'S FIRST PERSONAL NAME**
BRIAN

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 824 MULLINS LANE | BENTON | KY | 42025 | USA |

**11.** ☒ ADDITIONAL SECURED PARTY'S NAME <u>or</u> ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only <u>one</u> name (11a or 11b)

**11a. ORGANIZATION'S NAME**

OR

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| PRIEST | CORY | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 899 ROSENTHAL RD. | LORENA | TX | 76655 | USA |

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**

**13.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

**14.** This FINANCING STATEMENT
☐ covers timber to be cut    ☐ covers as-extracted collateral    ☐ is filed as a fixture filing

**15.** Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

**16.** Description of real estate:

**17. MISCELLANEOUS:**

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR

9a. ORGANIZATION'S NAME
**MCCLAIN FARMS, INC.**

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S)        SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (10a or 10b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

OR

10a. ORGANIZATION'S NAME
**7M CATTLE FEEDERS, INC.**

10b. INDIVIDUAL'S SURNAME    FIRST PERSONAL NAME    ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 824 MULLINS LANE | BENTON | KY | 42025 | USA |

FILING OFFICE COPY



**Frost**

P.O. Box 1600
SAN ANTONIO, TEXAS 78296

FOR INQUIRIES CALL (210) 220-5111 or (800) 513-7678

THE FOLLOWING ITEMS TOTALING $709,680.77
HAVE BEEN CHARGED TO YOUR ACCOUNT. THESE
ITEMS WERE DISHONORED FOR PAYMENT AT THE
DRAWEE BANK.

***ADVICE OF CHARGE***
***RETURN ITEMS***

Date: April 11, 2023

| REASON | #DAYS FLOAT | AMOUNT |
|---|---|---|
| REFER TO MAKER | 1 | $709,680.77 |

NATIONAL FINANCE CREDIT
*******************************************
BRANCH #65 DOWNTOWN FT. WORTH
ATTN: RUTH SMITH - FLOOR 16
*******************************************

*114000093*
04/11/2023
32000056

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

## REFER TO MAKER

**7M CATTLE FEEDERS, INC**
824 MULLINS LANE
BENTON, KY 42025

MECHANICS BANK
6515
4-1-23

PAY TO THE ORDER OF: Priest Cattle Co    $709680.77

Seven Hundred nine Thousand six Hundred eighty 77/00 DOLLARS

MEMO Lot 927,933

Megan Good

FOR DEPOSIT ONLY
FROST BANK
National Finance Credit
Corporation of Texas

**REMITTANCE ADVICE**

National Finance
Credit Corporation of Texas
PO Box 1897
Fort Worth, TX 76101-1897

Date: 4/1/23

Credit to the Account Of: Priest Cattle Co

Loan #: 9340

| Enclosed Checks For Sale Of: | Amount |
|---|---|
| McClain 927  148 HFR remainder pymt | $275,679.17 |
| McClain 933  343 HFR | $434,001.60 |
| | |
| | |
| | |
| TOTAL $ | 709,680.77 |

By: P Priest

## CLOSE OUT

<u>927</u>

| | |
|---|---:|
| HEAD | 440 |
| COST | 433506.77 |
| BOUGHT WEIGHT | 265499 |
| $ SOLD | 556,449.17 |
| SELL WEIGHT | 351560 |
| COST/GAIN | 81,732.82 |
| PROFIT | 41,209.58 |

Less 294 prior pmt $280,770.00

Net pmt 146 Hfr $275,679.17

| McCLAIN CLOSE OUT | |
|---|---|
| LOT | 927 |
| DATE SOLD | 3/14/23 |
| HEAD SOLD | 440 |
| TOTAL SALES $ | $556,449.17 |
| SALE WEIGHT | 351560 |
| TOTAL COG | $ 81,732.82 |
| HEAD PURCHASED | 454 |
| TOTAL PURCHASE $$ | $433,506.77 |
| TOTAL PURCHASE WEIGHT | 265499 |
| SALE $/CWT | $ 158.28 |
| AVE SELL WEIGHT | 799 |
| AVE PURCHASE WEIGHT | 585 |
| LBS. GAINED PER HEAD | 214 |
| COG/CWT | $ (30.78) |
| DEATH LOSS % | 3.08% |
| PROFIT | $41,209.58 |
| PRIEST PROFIT | $ 27,474.43 |
| MCCLAIN PROFIT | $ 13,735.15 |
| FEED & PROFIT OWED McCLAIN | $ 95,467.97 |
| INTEREST EXP FOR QB | $ 10,891.12 |
| | |
| TOTAL PROFIT PRIEST | $ 16,583.31 |
| PER HEAD | $37.69 |

**CLOSE OUT**

|  | 933 |
|---|---|
| **HEAD** | 343 |
| **COST** | 338532.29 |
| **BOUGHT WEIGHT** | 207434 |
| **$ SOLD** | 434,001.60 |
| **SELL WEIGHT** | 271999 |
| **COST/GAIN** | 56,897.15 |
| **PROFIT** | 38,572.16 |

| McCLAIN CLOSE OUT | |
| --- | --- |
| | |
| LOT | 933 |
| DATE SOLD | 4/1/23 |
| HEAD SOLD | 343 |
| TOTAL SALES $ | $434,001.60 |
| SALE WEIGHT | 271999 |
| TOTAL COG | $ 56,897.15 |
| HEAD PURCHASED | 352 |
| TOTAL PURCHASE $$ | $338,532.29 |
| TOTAL PURCHASE WEIGHT | 207434 |
| SALE $/CWT | $ 159.56 |
| AVE SELL WEIGHT | 793 |
| AVE PURCHASE WEIGHT | 589 |
| LBS. GAINED PER HEAD | 204 |
| COG/CWT | $ 88.12 |
| DEATH LOSS % | 2.56% |
| PROFIT | $38,572.16 |
| PRIEST PROFIT | $ 25,716.06 |
| MCCLAIN PROFIT | $ 12,856.10 |
| FEED & PROFIT OWED McCLAIN | $ 69,753.25 |
| INTEREST EXP FOR QB | $ 7,596.11 |
| | |
| TOTAL PROFIT PRIEST | $ 18,119.95 |
| PER HEAD | $52.83 |