# Exhibit F



RAF/AT Subpoena Response 002335