# Exhibit G




**TEXAS & SOUTHWESTERN CATTLE RAISERS ASSOCIATION**
**LAW ENFORCEMENT DIVISION**
**REPORT OF INVESTIGATION**
PO Box 101988, Fort Worth, Texas 76185
800-242-7820

| | |
|---|---|
| File No. **23-01-018C** | Date of Report: **05/08/2023** |
| Charge: **Cattle Inspection** | Submitting Investigator: **Special Ranger Chris Ward** |
| County: **Parmer** | District No. **01** |
| Victim: **Cory Don Priest** | Type: **INVESTIGATION** |
| Date of Offense: **04/18/2023** | Program: **NON CRIMINAL** |
| Case Status: **CLOSED** | Report Re: **CATTLE INSPECTION**   ORN: |
| Total Head Count: **523** | Total Value: **$523,000.00** |
| Livestock: **CATTLE**  Sex: **YEARLING**  Head Count: **523**  Value: **$523,000.00**  Detail: **Lot Numbers: 927, 932, 933, 942, 943, 1603, 1606, 1607**  Brand: **// on left hip** ||
| Livestock: **NONE**  Sex: **NONE**  Head Count:   Value: $   Detail:   Brand: ||
| Livestock: **NONE**  Sex: **NONE**  Head Count:   Value: $   Detail:   Brand: ||
| Misc: **NONE**  MFG:   Item Count:   Value: $   Identifying Marks: ||
| Equip: **NONE**  MFG:   VIN:   Value: $   Color:   Registration: ||

**CONTENTS OF THIS REPORT ARE FOR LAW ENFORCEMENT USE ONLY**

## SYNOPSIS

On 04/18/2023, I, Texas & Southwestern Cattle Raisers Association, Special Ranger Chris Ward traveled to a starter yard operated by McClain Farms in Friona, Texas. At that location, I inspected cattle for Cory Don Priest.

**CROSS REFERENCE REPORT #23-01-017C, 23-01-019C, 23-01-020C, 23-01-021C, 23-01-022C, and 23-01-023C**

**DETAILS**

1. On 04/18/2023, I, Texas & Southwestern Cattle Raisers Association, Special Ranger Chris Ward traveled to a starter yard operated by McClain Farms in Friona, Texas. At that location, I inspected cattle for Cory Don Priest. This yard is located west of Friona approximately 2.5 miles on Farm to Market 2013 and 1.5 miles north on County Road 15. (GPS coordinates 34.6692 / -102.7749)

2. I noted that the cattle inspected were all marked with Mr. Priest's, Double Slash brand on the left hip, and had Lot Number tags that matched the documentation presented by Mr. Priest.

3. The following loads contained cattle inspected with the Double Slash brand. (Mr. Priest arranged for the trucks used to transport the cattle.)

   A. Five Truck loads of 80 head each.
   B. One Truck load of 84 head.
   C. One Truck load of 39 head.

4. Total cattle inspected was 523 head.

5. File closed.

**EVIDENCE**

- Scanned copy of Inspection Report #3339 (Attached at end of Report)

**VICTIM / COMPLAINANT**

1. Cory Don Priest
   899 Rosenthal Rd.
   Lorena, Texas 76655
   254-715-3197

**WITNESSES & INVESTIGATORS**

1. Texas & Southwestern Cattle Raisers Association
   Special Ranger Chris Ward
   PO Box 88
   Clarendon, Texas 79226
   806-205-0119

2. Texas & Southwestern Cattle Raisers Association
   Special Ranger Garry Brewer
   PO Box 53931
   Lubbock, Texas 79453
   806-778-9153

3. Parmer County Sheriff's Office
   Deputy Bobby Martinez
   300 4th Street
   Farwell, Texas 79325
   806-481-3303

**SUSPECT / PERSON OF INTEREST**

1. Brian Keith McClain (DBA McClain Farms, 7M Feeders, and McClain Feed Yard)
   W/M DOB 11/18/1970 (Deceased 04/18/2023)
   824 Mullins Lane
   Benton, Kentucky 42025
   [redacted]

**3339**

PO BOX 101988, FORT WORTH, TX 76185
Telephone 1-800-242-7820
www.tscra.org

**CERTIFICATE OF INSPECTION**

Owner: Cory Don Priest (print name)
Address: 899 Rosenthal Rd
Lorenz
State: TX  Zip: 76655
Inspected at: McClain Farms  County of: Parmer
Species: Beef  Sex: mixed  DOB: N/A
Approx. weight: ___  No. Head: ~~523 546~~ 523
Description: Mostly Blk Feeders
Trucking Co.: Owner Provided
Inspection Fee $ ___   Total Fee $ ___
Destination: ___
Remarks: See Cross Ref. 23-01-017C
Lot #'s 1606, 1603, 1607,
932, 933, 942, 943, 927
Branded LH //

This form void after one year from date or change of ownership
Invalid without red TSCRA Seal

RIGHT

LEFT

Inspector: C WARD
Date: 4/18  20 23

Pink - Shipper's Copy    White - TSCRA Copy