# EXHIBIT A

UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

*Attorneys for Defendant Rabo AgriFinance LLC*

## IN THE 222ND JUDICIAL DISTRICT COURT
## DEAF SMITH COUNTY, TEXAS

| | |
|---|---|
| AGTEXAS FARM CREDIT SERVICES, AGTEXAS, PCA, and THORLAKSON DIAMOND T FEEDERS, LP,<br><br>Plaintiffs,<br>and<br><br>EDWARD DUFURRENA, OPEN A ARENA, LLC'S, DENNIS BUSS, BUSS FAMILY TRUST, EDDIE BRYANT, ROBERT E. GRAY, RONNIE GRAY, GRAY BROTHERS, CRAIG SUTTON, AMY SUTTON, STEVE RYAN, JANICE LAWHON, AJ JACQUES LIVING TRUST, GUNGOLL CATTLE, LLC, LEAH GUNGOLL, MORRISON CAFÉ, LLC, GARY LESH, JAN LESH, LESH FAMILY TRUST, JARED LESH, JORDAN LESH, LLC, JOEL BROOKSHIRE, GENE BROOKSHIRE FAMILY, LP, DOUGLAS FINLEY, SCARLET AND BLACK CATTLE, LLC, BRYAN BLACKMAN, STEVE T SCOTT FARM, INC., SCOTT LIVESTOCK COMPANY, INC., ARNOLD BRAUN TRUST, ROBERT BRAUN, JIM RININGER, ROBERT SPRING, MICHAEL EVANS, MIRANDA EVANS, CHARLES LOCKWOOD, COLE LOCKWOOD, SHERLE LOCKWOOD, NIKKI LOCKWOOD, LYNDAL VAN BUSKIRK, JANET VAN BUSKIRK, COLBY VAN BUSKIRK, SUSAN VAN BUSKIRK, JIMMY GREER, DUSTIN JOHNSON AND DORA BLACKMAN, | CAUSE NO. CI-2023D-025 |

|  |  |
|---|---|
| Intervenors-Plaintiffs,<br><br>v.<br><br>RABO AGRIFINANCE LLC; HTLF BANK, AS SUCCESSOR TO FIRST BANK & TRUST; SHAWN RAGLAND; MECHANICS BANK; AND MEAGAN GOAD,<br><br>      Defendants. |  |

## NOTICE OF REMOVAL TO BANKRUPTCY COURT

Please take notice that Defendant Rabo AgriFinance LLC has removed all claims and causes of action asserted against it in the above-captioned case to the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division. A copy of the Notice of Removal filed in the United States Bankruptcy Court is attached hereto as Exhibit A (without exhibits). Pursuant to Rule 9027(c) of the Federal Rules of Bankruptcy Procedure, this notice effectuates the removal and "[t]he parties shall proceed no further in th[is] court unless and until the claim or cause of action is remanded." Fed. R. Bank. P. 9027(c).

DATED this ___ day of March, 2024.

                                  UNDERWOOD LAW FIRM, P.C.
                                  Thomas C. Riney, SBN: 16935100
                                  W. Heath Hendricks, SBN: 240556451
                                  500 South Taylor, Suite 1200, LB 233
                                  Amarillo, Texas 79101
                                  Telephone: (806) 376-5613
                                  Facsimile: (806) 379-0316
                                  Email: tom.riney@uwlaw.com

Email: heath.hendricks@uwlaw.com

*/s/ W. Heath Hendricks*
*Attorneys for Rabo AgriFinance LLC*

3

## CERTIFICATE OF SERVICE

    I hereby certify that on March ___, 2024, the foregoing NOTICE OF REMOVAL TO BANKRUPTCY COURT was filed with the Clerk of the Court in the above-entitled case, which sent notice of electronic filing to all electronic filing users in the case.


                                                */s/ W. Heath Hendricks*


1665625