**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**Amarillo Division**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| McCLAIN FEED YARD, INC. | § | **Case No. 23-20084-rlj7** |
| | § | |
| Debtor. | § | |

**NOTICE OF DESIGNATION OF LEAD COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

In accordance with the Federal Rules of Civil Procedure, Philip E. Rapp, Creditor hereby designates Whitney A. Davis of EGGLESTON KING DAVIS, LLP, 102 Houston Avenue, Ste. 300, Weatherford, Texas 76086, as lead counsel of record, to replace Julian Whitley, as he is no longer with Eggleston King Davis.  As the attorney in charge, Whitney A. Davis should receive all future notices and correspondence from the Court and all counsel and/or parties with respect to this suit.

{*Signature page to follow*}

Respectfully submitted,

EGGLESTON KING DAVIS, LLP
102 Houston Ave., Ste. 300
Weatherford, Texas 76086
Phone: (817) 596-4200
Fax:    (817) 596-4269

By:   */s/ Whit A. Davis*
    Whitney A. Davis
    State Bar No. 24084843
    whit@ekdlaw.com

ATTORNEYS FOR CREDITOR
PHILIP E. RAPP

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served on all counsel of record via electronic service pursuant to the Federal Rules of Civil Procedure on this the 4th day of April, 2024.

*/s/ Whit Davis*
Whit Davis