# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 23-20084  
**Case Name:** MCCLAIN FEED YARD, INC.  
**For Period Ending:** 04/05/2024

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 04/28/2023 (f)  
**§ 341(a) Meeting Date:** 06/14/2023  
**Claims Bar Date:** 09/13/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | USDA Trust funds (u) | 0.00 | 0.00 | | 835,560.05 | 0.00 |
| 2 | Mechanics Bank account (u) | 0.00 | 0.00 | | 1,414,714.60 | 0.00 |
| 3 | Accounts Receivables | Unknown | Unknown | | 0.00 | FA |
| 4 | Komatsu WA200 Wheel Loader | 62,500.00 | 62,500.00 | | 0.00 | FA |
| 5 | Feed | 4,000.00 | 4,000.00 | | 185,942.95 | 0.00 |
| 6 | Cattle Feed Yard Facility NEC FM Rd 1057 CR 9 | 600,000.00 | 600,000.00 | | 0.00 | FA |
| 7 | 2010 GMC Half-Ton Pickup Truck | 0.00 | 0.00 | | 0.00 | 0.00 |
| 8 | 2008 Peterbilt Feed Truck | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | 24x6 Gooseneck Stock Trailer | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Caterpillar 259D Compact Track Loader | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Kawasaki Mule 600 Side X Side | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Workers Compensation Insurance dividend (u) | 0.00 | 0.00 | | 4,299.82 | FA |
| 13 | Settlement with Goad/Moreland (u) | 0.00 | 3,000,000.00 | | 3,000,000.00 | FA |
| **13** | **Assets     Totals**     (Excluding unknown values) | **$666,500.00** | **$3,666,500.00** | | **$5,440,517.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

Assets and claims for USDA dealer trust in process of determination and payment.

Multiple potential claims in ponzi scheme and other fraudulent activity being investigated by special counsel and forensic accountants.

Multiple adversaries and contested matters in process.

**Initial Projected Date Of Final Report (TFR):**     12/31/2026     **Current Projected Date Of Final Report (TFR):**     12/31/2026

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 23-20084  
**Case Name:** MCCLAIN FEED YARD, INC.  

**For Period Ending:** 04/05/2024

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 04/28/2023 (f)  
**§ 341(a) Meeting Date:** 06/14/2023  
**Claims Bar Date:** 09/13/2023

| 04/05/2024 | /s/Kent Ries |
|---|---|
| Date | Kent Ries |