UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION

| | | |
|---|---|---|
| McClain Feed Yard, Inc., ) | | Chapter 7 |
| McClain Farms, Inc., and ) | | |
| 7M Cattle Feeders, Inc. ) | Case No(s).: | 23-20084-7-rlj |
| ) | | 23-20085-7-rlj |
| Debtor(s) ) | | 23-20086-7-rlj |

REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby requests notice for the above captioned case(s) as counsel to Kristin McClain.  This is not to be deemed as an entry of appearance for jurisdictional purposes in the above-captioned case(s).  Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Section 342 of the Bankruptcy Code, all notices given or required to be given in this/these case(s) shall be given and served upon:

> Marcus H. Herbert
> Attorney at Law
> 416 South 5th Street
> Paducah, KY  42002
> (270) 443-0303
> bkcourt@marcusherbertlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes the notices and papers referred to in the Rules and Section cited above, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, electronically or otherwise filed or served with regard to the referenced case and proceedings therein.  This Request for Notice shall not be deemed or construed to be a waiver of any rights, including, without limitation, the right (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury

in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to challenge the exercise of the Court's jurisdiction, or (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or any other rights, claims, actions, defenses, setoffs, or recoupment in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupment are hereby expressly reserved.

                                            Respectfully submitted,

Date: April 4, 2024                              /s/ Marcus H. Herbert
                                            MARCUS H. HERBERT

Marcus H. Herbert
Attorney at Law
KY Bar #87617
IL Bar #6211376
416 South 5th Street
Paducah, KY  42002-2693
(270) 443-0303
bkcourt@marcusherbertlaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on April 5, 2024, a true and correct copy of the foregoing was served electronically by the Court's PACER system.

                                            /s/ Marcus H. Herbert
                                            MARCUS H. HERBERT