John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300; (806) 373-3454 FAX

*ATTORNEYS FOR SCARLET AND BLACK CATTLE, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § § | CASE NO. 23-20084-RLJ-7 |
| Debtors. | § § | Jointly Administered |

## WITNESS AND EXHIBIT LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

*SCARLET AND BLACK CATTLE, LLC* ("S&B") files this Witness and Exhibit List for the hearing set for April 11, 2024 on Rabo's Motion for Relief from Automatic Stay or, Alternatively, for Abandonment of Certain Cattle and Proceeds of Cattle [ECF No. 192] and would show the Court as follows:

### I.
### WITNESS LIST

Herring expects to call some or all of the following witnesses:

1. Colton Long; and
2. All witnesses designated or called by other parties.

S&B further reserves the right to call rebuttal or impeachment witnesses.

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

## II.
### EXHIBIT LIST

1. Texas & Southwestern Cattle Raisers Association Report;
2. Proof of Claim filed by Scarlet & Black Cattle, LLC 9-13-23;
3. Inventory 1-31-23 and 2-28-23;
4. Amarillo National Bank Cattle inspections 3-9-22, 6-3-22, 8-17-22, 11-22-22; and
5. Ownership Documentation.

S&B reserves the right to offer any exhibit designated by other parties and present exhibits for rebuttal or impeachment purposes and to offer any documents or pleadings filed in this bankruptcy proceeding.

S&B reserves the right to supplement or amend this list any time prior to the hearing.

Respectfully submitted,

John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300; (806) 373-3454 FAX

*/s/ John Massouh*
John Massouh
*ATTORNEYS FOR SCARLET AND BLACK CATTLE, LLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail on **April 8, 2024** upon all parties entitled to such notice as provided by the ECF filing system and via first class mail to all creditors.

*/s/ John Massouh*
John Massouh