


# TEXAS & SOUTHWESTERN CATTLE RAISERS ASSOCIATION
## LAW ENFORCEMENT DIVISION
## REPORT OF INVESTIGATION
PO Box 101988, Fort Worth, Texas 76185
800-242-7820

| | |
|---|---|
| File No. **23-07-012C** | Date of Report: **04/20/2023** |
| Charge: **Cattle Inspection** | Submitting Investigator: **Jay Foster** |
| County: **Deaf Smith** | District No. **07** |
| Victim: **Scarlet & Black Cattle, LLC** | Type: **INVESTIGATION** |
| Date of Offense: **04/19/2023** | Program: **NON CRIMINAL** |
| Case Status: **CLOSED** | Report Re: **CATTLE INSPECTION**   ORN: |
| Total Head Count: **213** | Total Value: **$213,000.00** |
| Livestock: **CATTLE**   Sex: **HEIFER**  Head Count: **213**  Value: $**213,000.00**  Detail: **Mixed**  Brand: **Lot #3650** ||
| Livestock: **NONE**   Sex: **NONE**  Head Count:        Value: $       Detail:        Brand: ||
| Livestock: **NONE**   Sex: **NONE**  Head Count:        Value: $       Detail:        Brand: ||
| Misc: **NONE**  MFG:         Item Count:        Value: $       Identifying Marks: ||
| Equip: **NONE**  MFG:         VIN:        Value: $       Color:        Registration: ||

CONTENTS OF THIS REPORT ARE FOR LAW ENFORCEMENT USE ONLY

## SYNOPSIS

On 02/19/2023, I, Texas & Southwestern Cattle Raisers Association, Special Ranger Jay Foster went to a satellite 7M Cattle Feeder in Hereford, Texas and inspected cattle for Colton Long.

**Cross Related File: 23-07-013C**

Exhibit

SB-1

TSCRA 017

## DETAILS

1. On 02/19/2023, I, Texas & Southwestern Cattle Raisers Association, Special Ranger Jay Foster went to a satellite 7M Feeders grow yard in Hereford, Texas and inspected cattle for Colton Long.  Long represented Scarlet & Black Cattle Company, LLC.  The pens were northwest of Hereford, Texas.  The GPS coordinates were 34.52'8" N, and 102.30'39" W.  Long provided paperwork which showed he owned Lot #3650.  CW2 Trucking from Gunter, Texas hauled the cattle to Scott Keeling Cattle Feeders in Hereford, Texas.

2. The following loads contained cattle inspected with Lot #3650 ear tags in the right ear.
    a. Load #1 – Cary Bess (801-865-0960) hauled 10 head
    b. Load #2 – Russell Quinn (806-672-6262) hauled 90 head
    c. Load #5 – Russell Quinn hauled 90 head
    d. Load #6 – Carl Davis (817-487-8960) hauled 23 head

3. Total cattle hauled was 213 head.

4. File closed.

## EVIDENCE

- N/A

## VICTIM / COMPLAINANT

1. Scarlet & Black Cattle Company, LLC, Colton Long, 5402 Walesa Court, Amarillo, Texas, 79119, coltonlong70@yahoo.com

## WITNESSES & INVESTIGATORS

1. Texas & Southwestern Cattle Raisers Association, Special Ranger Jay Foster, PO Box 415, Childress, Texas, 79201, 940-475-0295

## SUSPECT / PERSON OF INTEREST

1. 7M Cattle Feeders, 2546 County Road 15, Friona, Texas, 79035



**TEXAS & SOUTHWESTERN CATTLE RAISERS ASSOCIATION**
1301 W. Seventh St., Suite 201  Fort Worth, Texas 76102-2665
Telephone 1-800-242-7820
www.tscra.org

## CERTIFICATE OF INSPECTION

08 035

Owner: Scarlet & Black Cattle
(print name)

Address: 5402 Walsh Ct.
Amarillo

State: TX   Zip: 79119

Inspected at: 7M Feeders   County of: Deaf Smith

Species: Cattle   Sex: —   DOB: —

Approx. weight: ____   No. Head: 213

Description: Lot #3650

Trucking Co.: Crazy Bess, Russell Conrad, Con Wes

Inspection Fee $ ____   Total Fee $ ____

Destination: Scott Keeling Cattle Feeders

Remarks: Custom Lonis D__

RIGHT

LEFT

Inspector: ____
Date: ____ 20 23

This form void after change of ownership
Invalid without TSCRA Seal

Pink - Shipper's Copy    White - TSCRA Copy

TSCRA 034