# MCCLAIN FEEDYARD

## COLTON LONG INVENTORY                          1/31/2023

| DATE IN | WT IN | CURRENT WT | SEX | TOTAL CHARGES | HEAD | LOT |
|---|---|---|---|---|---|---|
| 10/25/2022 | 577 | 767 | H | 13525.07 | 71 | 915 |
| 11/15/2022 | 588 | 738 | S | 40548.6 | 270 | 901 |
| 11/15/2022 | 585 | 735 | S | 29585.56 | 197 | 901 |
| 12/1/2022 | 593 | 713 | H | 55028.74 | 448 | 927A |
| 12/1/2022 | 590 | 710 | H | 48414.36 | 395 | 3626 |
| 12/1/2022 | 585 | 705 | H | 42660.18 | 347 | 3632 |
| 12/19/2022 | 591 | 691 | H | 12691.4 | 124 | 3634 |
| 12/19/2022 | 580 | 680 | H | 40258.34 | 409 | 3630 |
| 12/19/2022 | 590 | 690 | H | 36216.8 | 340 | 3633 |
| 12/2/2022 | 581 | 697 | H | 50844.59 | 427 | 911A |
| 12/21/2022 | 569 | 649 | H | 9463.94 | 107 | 920A |
| 1/12/2023 | 587 | 625 | H | 17289.45 | 405 | 1601A |
| 1/12/2023 | 590 | 628 | H | 15214.92 | 354 | 1602A |

**Exhibit**

**SB-3**

exhibitsticker.com

# MCCLAIN FEEDYARD

## COLTON LONG INVENTORY                                2/28/2023

| DATE IN | WT IN | CURRENT WT | SEX | TOTAL CHARGES | HEAD | LOT |
|---------|-------|------------|-----|---------------|------|-----|
| 12/1/2022 | 593 | 773 | H | 72221.18 | 448 | 927A |
| 12/1/2022 | 590 | 770 | H | 63584.73 | 395 | 3626 |
| 12/1/2022 | 585 | 765 | H | 55564.42 | 347 | 3632 |
| 12/19/2022 | 591 | 751 | H | 18359.94 | 124 | 3634 |
| 12/19/2022 | 580 | 740 | H | 58208.88 | 409 | 3630 |
| 12/19/2022 | 590 | 750 | H | 48736.96 | 340 | 3633 |
| 12/2/2022 | 581 | 757 | H | 67742.01 | 427 | 911A |
| 12/21/2022 | 569 | 709 | H | 13519.45 | 107 | 920A |
| 1/12/2023 | 587 | 685 | H | 36217.12 | 405 | 1601A |
| 1/12/2023 | 590 | 688 | H | 32142.14 | 354 | 1602A |
| 2/8/2023 | 589 | 629 | H | 3933.15 | 65 | 3650A |

Feb 28 inventory

| Lot | Head | Sex | Date In | In Wt. | Current Wt. | Purchase Cost/Lot | Purchase Cost/Hd | Accrued Exp./Lot | Accrued Exp./Hd | Total Inputs/Lot |
|---|---|---|---|---|---|---|---|---|---|---|
| **VALUATION** | | | | | | | | | | |
| 1601A | 405 | H | 1/12/2023 | 587 | 685 | $400,482.14 | $988.84 | $36,217.12 | $89.42 | $436,699.26 |
| 1602A | 354 | H | 1/12/2023 | 590 | 688 | $351,287.49 | $992.34 | $32,142.14 | $90.80 | $383,429.63 |
| 3650a | 65 | H | 2/8/2023 | 589 | 629 | $66,494.14 | $1,022.99 | $3,933.15 | $60.51 | $70,427.29 |
| | 181 | H | 3/2/2023 | 595 | 629 | $195,574.12 | $1,080.52 | | $0.00 | $195,574.12 |
| | 250 | H | 3/2/2023 | 590 | 629 | $267,973.20 | $1,071.89 | | $0.00 | $267,973.20 |
| | 295 | H | 3/16/2023 | 587 | 629 | $330,251.63 | $1,119.50 | | $0.00 | $330,251.63 |
| | 337 | H | 3/17/2023 | 590 | 629 | $379,924.71 | $1,127.37 | | $0.00 | $379,924.71 |
| | 380 | H | 3/17/2023 | 594 | 629 | $431,528.46 | $1,135.60 | | $0.00 | $431,528.46 |
| | 291 | H | 3/30/2023 | 586 | 629 | $327,034.76 | $1,123.83 | | $0.00 | $327,034.76 |
| | 107 | H | 3/30/2023 | 581 | 629 | $119,329.56 | $1,115.23 | | $0.00 | $119,329.56 |
| | 347 | H | 3/31/2023 | 582 | 629 | $386,984.25 | $1,115.23 | | $0.00 | $386,984.25 |
| | | | | | | | | | | |
| SUM | 3,012 | | | | | $3,256,864.46 | | $72,292.41 | | $3,329,156.87 |