CUSTOMER NAME: **Scarlet & Black Cattle**

INSPECTION REPORT
DATE:    3/9/22

| LOCATION: | lot # | Class | CAT* TYP | # head | SEX | %OWN | CUST HD | IN WT | IN DATE | DOF | GN/DY | INSP. CUR WT. | OUT WGT | COST TO FINISH | PROJ. OUT DATE | FUT. $ CWT | **BASIS: | MARKET ADJUST. | $/HEAD | LOT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **McClain-Friona** | 734 | #1 | P | 24 | H | 100% | 24.0 | 675 | 3/9/22 | 0 | 1.12 | 675 | | | | $148.00 | | $0.00 | $999.00 | $23,976 |
| **McClain-Friona** | 760 | #1 | P | 23 | H | 50% | 11.5 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $11,069 |
| **McClain-Friona** | 771 | #1 | P | 21 | H | 50% | 10.5 | 700 | 3/9/22 | 0 | 1.12 | 700 | | | | $145.00 | | $0.00 | $1,015.00 | $10,658 |
| **McClain-Hereford** | 3540 | #1 | P | 90 | H | 50% | 45.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $43,313 |
| **McClain-Hereford** | 3529 | #1 | P | 198 | H | 50% | 99.0 | 650 | 3/9/22 | 0 | 1.12 | 650 | | | | $148.00 | | $0.00 | $962.00 | $95,238 |
| **McClain-Friona** | 803 | #1 | P | 608 | H | 100% | 608.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $585,200 |
| **McClain-Hereford** | 3537 | #1 | P | 48 | H | 100% | 48.0 | 600 | 3/9/22 | 0 | 1.12 | 600 | | | | $154.00 | | $0.00 | $924.00 | $44,352 |
| **McClain-Friona** | 810A | #1 | P | 361 | H | 100% | 361.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $347,463 |
| **McClain-Hereford** | 3534 | #1 | P | 99 | H | 100% | 99.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $95,288 |
| **McClain-Hereford** | 3538 | #1 | P | 271 | H | 100% | 271.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $260,838 |
| **McClain-Hereford** | 3539 | #1 | P | 270 | H | 100% | 270.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $259,875 |
| **McClain-Friona** | 804 | #1 | P | 180 | H | 100% | 180.0 | 625 | 3/9/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $173,250 |
| **McClain-Friona** | 811B | #1 | P | 186 | H | 100% | 186.0 | 650 | 3/9/22 | 0 | 1.12 | 650 | | | | $148.00 | | $0.00 | $962.00 | $178,932 |
| **McClain-Friona** | 809A | #1 | P | 499 | H | 100% | 499.0 | 600 | 3/9/22 | 0 | 1.12 | 600 | | | | $154.00 | | $0.00 | $924.00 | $461,076 |
| | | | | | | | **2712.0** | | | | | | | | | | | | | **$2,590,525** |

**Cattle Shipped Last Week:**

| Lot | HD Count | |
|---|---|---|
| 734 | 85 | |
| 760 | 83 | (50% of 166) |
| 771 | 36.5 | (50% of 73) |
| 712 | 64.5 | (50% of 129) |
| 737 | 53.5 | (50% of 107) |
| 713 | 100 | |
| 747 | 137 | |
| 746 | 77 | |
| 721 | 98 | |
| Total Shipped | **735** | |

These cattle were not inspected and are not included in the numbers above.  Most of these heifers are going out weighing 750-775#.

Lot 3537 there are 79 total cattle in the lot but only 48 are Colton's the balance belong to Brian McClean.  This information came from Brian McClean.
The cattle are not branded but have lot tags.
All of the information abvove came from Brian McLean who manages the grow yards.

The Friona yard is located 2 Mi W of Friona on FM 1731 then N 1.5 Mi on Co rd..
The Hereford yard is located 8 Mi W of Hereford on FM 1057 then 2 Mi N on FM 1058.

Exhibit SB-4

| CUSTOMER NAME: | | | | | | INSPECTION REPORT | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Scarlet & Black Cattle** | | | | | | DATE: 3/9/22 | | | | | | | | | | | |

| LOCATION: | lot # | Class | CAT* TYP | # head | SEX | %OWN | CUST HD | IN WT | IN DATE | DOF | GN/DY | INSP. CUR WT. | OUT WGT | COST TO FINISH | PROJ. OUT DATE | FUT. $ CWT | **BASIS: | MARKET ADJUST. | $/HEAD | LOT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INSPECTOR FLYNN FARRIS | | | | | | | | | | | | | | | | | | | | |

* CATTLE TYPE: F = FEEDYARD, P = PASTURE, H = HOLSTIEN

Colton                                                                                         Vanessa

| pen | lot | | | |
|---|---|---|---|---|
| 453 | 803 | 73 | hfs | 625 # |
| 643 | 804 | 74⁶ | hfs | 623 # |
| 642 | 804 | 74 | hfs | 625 # |
| 626 | 804 | 67⁵⁹ | hfs | 625 |
| 616 | 803 | 45 | hfs | 650 # |
| 618 | 803 | 71 | hfs | 625-700 # |
| 620 | 734 | 24 | hf | 625 |
| 604 | 803 | 60 | hf | 625 |
| 503 | 811B | 92 | hf | 625 |
| 512 | 811B | 94 | hf | ~~625~~ 650 |
| 504 | 810A | 74 | hf | 625 |
| 508 | 810A | 75 | hf | 6 |
| ? 507 | 810 | 111 | hf | 625 |
| 447 | 771 | 21 | " | 7 |
| 411 | 810A | 116 | " | 650 |
| 416 | 809A | 105 | " | 6-625 |
| 401A | 803 | 75 | " | 6 |
| 400A | 803 | 81 | " | 6 |
| ~~400~~B | 803 | 53 | " | 6 |
| 417 (400) | 809A | 105 | " | 625 |
| 406 | 809A | 74 | " | 625 |
| 517 | 810A | 91 | hf | 625 |
| 650 | 803 | 75 | hf | 650 |
| 651 | 803 | 75 | hf | 650 |
| 502 | 760 | 23 | hf | 625 |

A → 809 4

| | | | | |
|---|---|---|---|---|
| D1 | 3534 | 9R | Hf | 625 |
| E4 | 3537 | 7R | Hf | 6 |
| F3 | 3529 | 98 | Hf | 6 |
| G5 | 3538 | 100 | Rf | 625 |
| G6 | 3540 | 90 | hf | 625 |
| H6 | 3539 | 43 | Hf | 675 |
| 14 S | 3539 | 50 | Lf | " |
| K # | 3539 | 63 | Rf | 625 |
| 61 | 3539 | 66 | Rf | ~~600~~ 625 |
| 61 | 3537 | 28 | Rf | 600 |
| 62 | 3537 | 100 | Rf | 600 |
| 63 | 3537 | 43 | Hf | 625 |
| 63 | 3539 | 43 | hf | 625 |
| R2 | 3529 | 100 | Hf | 675 |
| R4 | 809A | 61 | Hf | 625 |
| R6 | 809A | 155 | Rf | 650 |
| | | 3056 | | |

## MCCLAIN FEEDYARD    3/9/2022

### LONG INVENTORY

| LOT | SEX | PEN | COUNT | PEN | COUNT | PEN | COUNT | PEN | COUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 734 | H | 620 | 24 | | | | | | | 24 |
| 760 | H | 502 | 23 | 11.5 | 50% | | | | | 23 |
| 771 | H | 447 | 21 | 10.5 | 50% | | | | | 21 |
| 3540 | H | G6 | 90 | 45 | 50% | | | | | 90 |
| 3529 | H | F3 | 98 | R2 | 100 | | | | 50% 99 | 198 |
| 803 | H | 616 | 45 | 618 | 71 | 604 | 60 | 653 | 73 | 608 |
| | | 400A | 53 | 400B | 81 | 401A | 75 | 650/651 | 75/75 | |
| 3537 | H | E4 | 79 | | | | | | (? 48) | |
| 810A | H | 504 | 79 | 508 | 75 | 411 | 116 | 518 | 91 | 361 |
| 3534 | H | D1 | 99 | | | | | | | 99 |
| 3538 | H | G2 | 100 | G5 | 100 | G3 | 43 | G1 | 28 | 271 |
| 3539 | H | H6 | 48 | H5 | 50 | H4 | 63 | G3 | 43 | 270 |
| | | G1 | 66 | | | | | | | |
| 804 | H | 626 | 59 | 635 | 74 | 643 | 61 | | | 180 |
| 811B | H | 503 | 92 | 512 | 94 | | | | | 186 |
| 809A | H | 408 | 74 | 416 | 105 | 418 | 105 | R6 | 155 | 499 |
| | | R4 | 61 | | | | | | | |

Total - 2878

shipped cattle Last week

| LOT | DREW | COLTON | SHIP | LOT | DREW | COLTON | SHIP | |
|---|---|---|---|---|---|---|---|---|
| 734 | | 100% | 85 | 712 | 50% | 50% | 129 | 64.5 |
| 760 | 50% | 50% | 166 83 | 713 | | 100% | 100 | |
| 771 | 50% | 50% | 73 36.5 | 737 | 50% | 50% | 107 | 53.5 |
| 3540 | 50% | 50% | | 747 | | 100% | 137 | |
| 3529 | 50% | 50% | | 746 | | 100% | 77 | |
| 803 | | 100% | | 721 | 100% | | 98 | |
| 3537 | | 100% | | | | | | |
| 810A | | 100% | | | | | | |
| 3534 | | 100% | | | | | | |
| 3538 | | 100% | | | | | | |
| 3539 | | 100% | | | | | | |
| 804 | | 100% | | | | | | |
| 811B | | 100% | | | | | | |
| 809A | | 100% | | | | | | |

## MCCLAIN FEEDYARD    3/9/2022
### LONG INVENTORY

| LOT | SEX | PEN | COUNT | PEN | COUNT | PEN | COUNT | PEN | COUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 734 | H | 620 | 24 | | | | | | | 24 |
| 760 | H | 502 | 23 | | | | | | | 23 |
| 771 | H | 447 | 21 | | | | | | | 21 |
| 3540 | H | G6 | 90 | | | | | | | 90 |
| 3529 | H | F3 | 98 | R2 | 100 | | | | | 198 |
| 803 | H | 616 | 45 | 618 | 71 | 604 | 60 | 653 | 73 | 608 |
|  |  | 400A | 53 | 400B | 81 | 401A | 75 | 650/651 | 75/75 | |
| 3537 | H | E4 | 79 | | | | | | | 48 |
| 810A | H | 504 | 79 | 508 | 75 | 411 | 116 | 518 | 91 | 361 |
| 3534 | H | D1 | 99 | | | | | | | 99 |
| 3538 | H | G2 | 100 | G5 | 100 | G3 | 43 | G1 | 28 | 271 |
| 3539 | H | H6 | 48 | H5 | 50 | H4 | 63 | G3 | 43 | 270 |
|  |  | G1 | 66 | | | | | | | 180 |
| 804 | H | 626 | 59 | 635 | 74 | 643 | 61 | | | 186 |
| 811B | H | 503 | 92 | 512 | 94 | | | | | |
| 809A | H | 408 | 74 | 416 | 105 | 418 | 105 | R6 | 155 | 499 |
|  |  | R4 | 61 | | | | | | | |

CUSTOMER NAME:  **Scarlet & Black Cattle**

INSPECTION REPORT
DATE:    6/3/22

| LOCATION: | lot # | Class | CAT* TYP | # head | SEX | %OWN | CUST HD | IN WT | IN DATE | DOF | GN/DY | INSP. CUR WT. | OUT WGT | COST TO FINISH | PROJ. OUT DATE | FUT. $ CWT | **BASIS: | MARKET ADJUST. | $/HEAD | LOT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| McClain-Friona | 832 | #1 | P | 75 | H | 100% | 75.0 | 625 | 6/3/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $72,188 |
| McClain-Friona | 847 | #1 | P | 216 | H | 100% | 216.0 | 700 | 6/3/22 | 0 | 1.12 | 700 | | | | $146.00 | | $0.00 | $1,022.00 | $220,752 |
| McClain-Friona | 845 | #1 | P | 160 | H | 100% | 160.0 | 675 | 6/3/22 | 0 | 1.12 | 675 | | | | $150.00 | | $0.00 | $1,012.50 | $162,000 |
| McClain-Friona | 842 | #1 | P | 140 | H | 100% | 140.0 | 625 | 6/3/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $134,750 |
| McClain-Friona | 855 | #1 | P | 443 | H | 100% | 443.0 | 700 | 6/3/22 | 0 | 1.12 | 700 | | | | $146.00 | | $0.00 | $1,022.00 | $452,746 |
| McClain-Hereford | 3544 | #1 | P | 42 | H | 100% | 42.0 | 575 | 6/3/22 | 0 | 1.12 | 575 | | | | $159.00 | | $0.00 | $914.25 | $38,399 |
| McClain-Friona | 856 | #1 | P | 381 | H | 100% | 381.0 | 700 | 6/3/22 | 0 | 1.12 | 700 | | | | $146.00 | | $0.00 | $1,022.00 | $389,382 |
| McClain-Hereford | 3564 | #1 | P | 168 | H | 100% | 168.0 | 575 | 6/3/22 | 0 | 1.12 | 575 | | | | $159.00 | | $0.00 | $914.25 | $153,594 |
| McClain-Hereford | 3553 | #1 | P | 110 | H | 100% | 110.0 | 550 | 6/3/22 | 0 | 1.12 | 550 | | | | $159.00 | | $0.00 | $874.50 | $96,195 |
| McClain-Hereford | 3554 | #1 | P | 106 | H | 100% | 106.0 | 600 | 6/3/22 | 0 | 1.12 | 600 | | | | $154.00 | | $0.00 | $924.00 | $97,944 |
| McClain-Friona | 838 | #1 | P | 130 | H | 100% | 130.0 | 725 | 6/3/22 | 0 | 1.12 | 725 | | | | $146.00 | | $0.00 | $1,058.50 | $137,605 |
| McClain-Friona | 849 | #1 | P | 359 | H | 100% | 359.0 | 650 | 6/3/22 | 0 | 1.12 | 650 | | | | $150.00 | | $0.00 | $975.00 | $350,025 |
| McClain-Hereford | 3551 | #1 | P | 178 | H | 100% | 178.0 | 650 | 6/3/22 | 0 | 1.12 | 650 | | | | $150.00 | | $0.00 | $975.00 | $173,550 |
| McClain-Hereford | 3560 | #1 | P | 251 | H | 100% | 251.0 | 625 | 6/3/22 | 0 | 1.12 | 625 | | | | $154.00 | | $0.00 | $962.50 | $241,588 |
| | | | | | | | **2759.0** | | | | | | | | | | | | | **$2,720,717** |

**Cattle Shipped Last Week:**

| Lot | HD Count |
|---|---|
| 3534 | 97 |
| 829 | 394 |
| Total Shipped | **491** |

These cattle were not inspected and are not included in the numbers above.  Most of these heifers are going out weighing 750-775#.

The cattle are not branded but have lot tags.
All of the information abvove came from Brian McLean who manages the grow yards.

The Friona yard is located 2 Mi W of Friona on FM 1731 then N 1.5 Mi on Co rd..
The Hereford yard is located 8 Mi W of Hereford on FM 1057 then 2 Mi N on FM 1058.

INSPECTOR  FLYNN FARRIS

CUSTOMER NAME:  
**Scarlet & Black Cattle**

INSPECTION REPORT  
DATE:  8/17/22

| LOCATION: | lot # | Class | CAT* TYP | # head | SEX | %OWN | CUST HD | IN WT | IN DATE | DOF | GN/DY | INSP. CUR WT. | OUT WGT | COST TO FINISH | PROJ. OUT DATE | FUT. $ CWT | **BASIS: | MARKET ADJUST. | $/HEAD | LOT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **McClain-Friona** | 881 | #1 | P | 68 | H | 100% | 68.0 | 725 | 8/17/22 | 0 | 1.12 | 725 | | | | $169.00 | | $0.00 | $1,225.25 | $83,317 |
| **McClain-Friona** | 872 | #1 | P | 280 | H | 100% | 280.0 | 650 | 8/17/22 | 0 | 1.12 | 650 | | | | $172.00 | | $0.00 | $1,118.00 | $313,040 |
| **McClain-Friona** | 870 | #1 | P | 280 | H | 100% | 280.0 | 650 | 8/17/22 | 0 | 1.12 | 650 | | | | $172.00 | | $0.00 | $1,118.00 | $313,040 |
| **McClain-Friona** | 863A | #1 | P | 394 | H | 100% | 394.0 | 625 | 8/17/22 | 0 | 1.12 | 625 | | | | $176.00 | | $0.00 | $1,100.00 | $433,400 |
| **McClain-Friona** | 3583 | #1 | P | 400 | H | 100% | 400.0 | 700 | 8/17/22 | 0 | 1.12 | 700 | | | | $169.00 | | $0.00 | $1,183.00 | $473,200 |
| **McClain-Friona** | 887 | #1 | P | 63 | H | 100% | 63.0 | 525 | 8/17/22 | 0 | 1.12 | 525 | | | | $181.50 | | $0.00 | $952.88 | $60,031 |
| | | | | | | | **1485.0** | | | | | | | | | | | | | **$1,676,028** |

**Cattle Shipped 8/8 :**

| Lot | HD Count |
|---|---|
| 856 | 377 |
| 3553 | 109 |
| 3554 | 105 |

**Cattle Shipped 8/15:**

| | |
|---|---|
| 838 | 129 |
| 849 | 353 |
| 3551 | 178 |
| 3560 | 249 |
| 3564 | 168 |
| **Total Shipped** | **1668** |

These cattle were not inspected and are not included in the numbers above.  Most of these heifers are going out weighing 750-775#.

The cattle are not branded but have lot tags.  
All of the information abvove came from Brian McLean who manages the grow yards.

The Friona yard is located 2 Mi W of Friona on FM 1731 then N 1.5 Mi on Co rd..

INSPECTOR  FLYNN FARRIS

| CUSTOMER NAME: | | | | | | INSPECTION REPORT | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Scarlet & Black Cattle** | | | | | | DATE: 11/22/22 | | | | | | | | | | | | |

| LOCATION: | lot # | Class | CAT* TYP | # head | SEX | %OWN | CUST HD | IN WT | IN DATE | DOF | GN/DY | INSP. CUR WT. | OUT WGT | COST TO FINISH | PROJ. OUT DATE | FUT. $ CWT | **BASIS: | MARKET ADJUST. | $/HEAD | LOT VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **McClain-Friona** | 901 | #1 | P | 345 | S | 100% | 345.0 | 675 | 11/22/22 | 0 | 1.25 | 675 | | | | $179.00 | | $0.00 | $1,208.25 | $416,846 |
| **McClain-Friona** | 905 | #1 | P | 68 | S | 100% | 68.0 | 650 | 11/22/22 | 0 | 1.25 | 650 | | | | $179.00 | | $0.00 | $1,163.50 | $79,118 |
| **McClain-Friona** | 913 | #1 | P | 375 | H | 100% | 375.0 | 575 | 11/22/22 | 0 | 1.12 | 575 | | | | $168.00 | | $0.00 | $966.00 | $362,250 |
| **McClain-Friona** | 914 | #1 | P | 445 | S | 100% | 445.0 | 625 | 11/22/22 | 0 | 1.25 | 625 | | | | $183.00 | | $0.00 | $1,143.75 | $508,969 |
| **McClain-Friona** | 915 | #1 | P | 71 | H | 100% | 71.0 | 550 | 11/22/22 | 0 | 1.12 | 550 | | | | $168.00 | | $0.00 | $924.00 | $65,604 |
| **McClain-Friona** | 3595 | #1 | P | 337 | H | 100% | 337.0 | 575 | 11/22/22 | 0 | 1.12 | 575 | | | | $168.00 | | $0.00 | $966.00 | $325,542 |
| **McClain-Friona** | 3596 | #1 | P | 201 | H | 100% | 201.0 | 550 | 11/22/22 | 0 | 1.12 | 550 | | | | $168.00 | | $0.00 | $924.00 | $185,724 |
| **McClain-Friona** | 8763A | #1 | P | 397 | H | 100% | 397.0 | 600 | 11/22/22 | 0 | 1.12 | 600 | | | | $167.00 | | $0.00 | $1,002.00 | $397,794 |
| | | | | | | | **2239.0** | | | | | | | | | | | | | **$2,341,847** |

The cattle are not branded but have lot tags.
All of the information abvove came from Brian McLean who manages the grow yards.

The Friona yard is located 2 Mi W of Friona on FM 1731 then N 1.5 Mi on Co rd..

INSPECTOR  FLYNN FARRIS

================ ========  ==  = =====  ===  ===== ========= =====  ============ ====  =====  ======= ======  ======== ========  ========  ========  ========  ========  ==========
 * CATTLE TYPE: F = FEEDYARD, P = PASTURE, H = HOLSTIEN
================ ========  ==  = =====  ===  ===== ========= =====  ============ ====  =====  ======= ======  ======== ========  ========  ========  ========  ========  ==========