## MCCLAIN FEEDYARD INC.

**824 MULLINS LANE**

**BENTON KY. 42025**

**BILL TO: COLTON LONG**

**3/2/2023**

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 181 | H | 107695 | 1.816 | $195,574.12 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 181 | | | | $195,574.12 |

Exhibit

SB-5

exhibitsticker.com

## MCCLAIN FEEDYARD INC.

**824 MULLINS LANE**

**BENTON KY. 42025**

**BILL TO: COLTON LONG**

3/2/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 250 | H | 147400 | 1.818 | $267,973.20 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 250 | | | | $267,973.20 |



| FEB 9 2023 | | Advance From Commercial Loan<br>Cash | $91,000.00<br>$71.24 | ⋮ |
| FEB 9 2023 | | Wire Transfer<br>Transfer | ($66,494.14)<br>($90,928.76) | ⋮ |

**Details**

Category:
Transfer 🖉

Online Description:
Wire Transfer 🖉

Statement Description:
WIRE/OUT-202304000113;BNF MCCLAIN FEEDYARD

Date:
2/9/2023

Type:
Debit

| FEB 9 2023 | | Payment to Commercial Loan<br>Cash | ($24,434.62)<br>($24,434.62) | ⋮ |
| FEB 8 2023 | | Payment to Commercial Loan<br>Cash | ($69,008.22)<br>($0.00) | ⋮ |