James D. Bradbury
State Bar No. 02814500
jim@bradburycounsel.com
Kyle K. Weldon
State Bar No. 24097192
kyle@bradburycounsel.com
**JAMES D. BRADBURY, PLLC**
201 Main Street, Suite 600
Fort Worth, Texas 76102
Telephone: (817) 339-1105

*ATTORNEYS FOR PRIEST CATTLE COMPANY, LTD*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | |
|---|---|
| IN RE: <br><br> McCLAIN FEED YARD, INC., et al.,[1] <br><br> *Debtors*. | CASE NO. 23-20084-7-rlj <br><br> Chapter 7 <br><br> Jointly Administered |

### PRIEST CATTLE COMPANY, LTD'S WITNESS AND EXHIBIT LIST

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

Priest Cattle Company, Ltd ("Priest") files this Witness and Exhibit List for the hearing on Rabo's Motion for Relief from the Automatic Stay or, Alternatively, for Abandonment of Certain Cattle and Proceeds of Cattle (Docket # 192), set for hearing on April 11, 2024, at 1:30 p.m., as follows:

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

1

# I.
# WITNESS LIST

1. Cory Priest, President of Priest Cattle Company, Inc., General Partner of Priest Cattle Company, Ltd.
2. Chris Ward, Special Ranger, Texas & Southwestern Cattle Raisers Association.
3. Any witnesses designated by any other party.
4. Any impeachment or rebuttal witness.
5. Priest reserves the right to amend this designation as appropriate.

# II.
# EXHIBIT LIST

1. Texas & Southwestern Cattle Raisers Association Report of Investigation;
2. Letter of Understanding between Debtors, Priest, Rabo, and National Finance Credit Corporation of Texas;
3. Proof of Claim filed by Priest Cattle Company, Ltd.;
4. Proof of Claim filed by Priest Victory Investment LLC;
5. Brand registration for Priest Cattle Company, Ltd.

Priest reserves the right to offer any exhibit designated by other parties and present exhibits for rebuttal or impeachment purposes and to offer any documents or pleadings filed in this bankruptcy proceeding.

Priest reserves the right to amend or supplement its Witness and Exhibit List at any time prior to the hearing.

Respectfully submitted,

*/s/ James D. Bradbury*
James D. Bradbury
State Bar No. 02814500
jim@bradburycounsel.com
Kyle K. Weldon
State Bar No. 24097192
kyle@bradburycounsel.com
**JAMES D. BRADBURY, PLLC**
201 Main Street, Suite 600
Fort Worth, Texas 76102
Telephone: 817-339-1105

***ATTORNEYS FOR PRIEST CATTLE COMPANY, LTD***

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2024, the foregoing document was filed with the Clerk of the Court in each of the foregoing Chapter 7 cases using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in each case.

      */s/ Kyle K. Weldon*
      Kyle K. Weldon