**Fill in this information to identify the case:**

Debtor 1 McClain Feed Yard, Inc.

Debtor 2 (Spouse, if filing) ____________________

United States Bankruptcy Court for the: Northern District of Texas

Case number 23-20084-rlj7

# Exhibit 3

Official Form 410

# Proof of Claim

**04/22**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**

   Priest Cattle Company, Ltd.
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor ____________________

2. **Has this claim been acquired from someone else?**

   ☑ No
   ☐ Yes. From whom? ____________________

3. **Where should notices and payments to the creditor be sent?**

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Kyle K. Weldon<br>Name | Cory Priest<br>Name |
| 201 Main Street, Suite 600<br>Number Street | 6010 E FM 597<br>Number Street |
| Fort Worth TX 76102<br>City State ZIP Code | Abernathy TX 79311<br>City State ZIP Code |
| Contact phone 817-339-1105 | Contact phone 254-715-3197 |
| Contact email kyle@bradburycounsel.com | Contact email cory.priest@gmail.com |

   Uniform claim identifier for electronic payments in chapter 13 (if you use one):

   __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

4. **Does this claim amend one already filed?**

   ☑ No
   ☐ Yes. Claim number on court claims registry (if known) ______ Filed on ________ MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

   ☐ No
   ☑ Yes. Who made the earlier filing? National Finance Credit Corporation of Texas

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ 874,901.99. **Does this amount include interest or other charges?**

☑ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Monies owed

**9. Is all or part of the claim secured?**

☐ No
☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☑ Other. Describe: Cattle

**Basis for perfection:** UCC Financing Statement (see attached)

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $ 709,680.77

**Amount of the claim that is secured:** $ 709,680.77

**Amount of the claim that is unsecured:** $ 165,221.22 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $ 874,901.99

**Annual Interest Rate** (when case was filed)_______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $____________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ____________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | **Amount entitled to priority** |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $______ |
| ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $______ |
| ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $______ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $______ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $______ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $______ |

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim *electronically*, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 9/12/2023 (MM / DD / YYYY)

Signature: [signature]

**Print the name of the person who is completing and signing this claim:**

| | | | |
|---|---|---|---|
| Name | Cory (First name) | (Middle name) | Priest (Last name) |
| Title | | | |
| Company | Priest Cattle Company, Ltd. (Identify the corporate servicer as the company if the authorized agent is a servicer.) | | |
| Address | 6010 E FM 597 (Number Street) | | |
| | Abernathy, Texas 79311 (City) | (State) | (ZIP Code) |
| Contact phone | 254-715-3197 | Email | cory.priest@gmail.com |

**ADDENDUM TO PROOF OF CLAIM**

1. Creditor and one or more Debtors entered into written and/or verbal cattle feeding agreements (the "Agreements"). The term "Debtors," as used herein, refers to McClain Feedyard, Inc., McClain Farms, Inc., and 7M Feeders, Inc. Considering the closely held nature of the Debtors, all owned and operated by Brian McClain and the fraudulent nature of the conduct by McClain, this Proof of Claim is filed in each of the Debtor's bankruptcy proceedings to ensure that the proper Debtor is responsible for the claim.

2. Under the Agreements, Debtor would act as a dealer and procure cattle on behalf of Creditor and Creditor would pay Debtor for the cattle. Debtor would then place the cattle, owned by Creditor, in Debtor's feedyard for care and feeding for a period of several months. Once the cattle reached a certain weight, Debtor, acting as a dealer and on behalf of Creditor, would sell the cattle on Creditor's behalf to a feedyard. Debtor would remit the purchase price of the cattle to Creditor and pay Creditor the agreed upon portion of the profit from the sale of cattle. This Proof of Claim represents the amounts owed to Creditor for either (1) cattle owned by Creditor that should have either been on hand at Debtor's facility as of the April 28, 2023 (the "Petition Date"), but were not, or (2) the amounts due to Creditor for the sale of the cattle without the remittance of the sales proceeds (or proceeds that were paid with checks that were later dishonored).

3. Creditor is owed $639,861.35, representing the purchase price for the cattle paid for by Creditor. The supporting documentation relating to the cattle purchases made by Creditor is attached to this Proof of Claim. These documents may include invoices for the purchase of cattle, the projected close out, the close out reflecting the sales price of the cattle, the cost and the profit, and proof of payment (including banking documents documenting Creditor's payments made to Debtors). At all times, Creditor's cattle were branded to identify Creditor's ownership.

4. In April 2023, Creditor became aware of Debtors' and Brian McClain's fraudulent acts which included the disappearance of cattle and the inability of the Debtors to account for many thousands of cattle and millions of dollars in cattle proceeds. Creditor's claims arise out of these acts. Pursuant to these claims and the Agreements executed between Creditor and Debtor, Creditor is entitled to recover the amount owed, plus damages and fees resulting from the collection as allowed under applicable law. It is believed that Debtor or others acting on his behalf sold Creditor's branded cattle subject to the security interest and improperly retained the proceeds belonging to Creditor.

5. As of the Petition Date, the Debtor was liable to Creditor for all obligations in accordance with the Agreements between the parties and other related claims as allowed under applicable law. Creditor does not waive, and expressly reserves, all rights and remedies at law or in equity that it has or may have against the Debtors and/or any other person or entity, including any claims it may have under the Dealer Trust Act, 7 U.S.C. § 217b. Creditor reserves the right to amend and supplement this Proof of Claim for any purpose.

**UCC FINANCING STATEMENT**

**FOLLOW INSTRUCTIONS**

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
National Finance Credit Corporation Of Texas 817/882-4700

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
National Finance Credit Corporation Of Texas
PO Box 1897
410 Weatherford St
Fort Worth, TX 76101-0000
USA

**FILING NUMBER:** 22-0001504216
**FILING DATE:** 01/11/2022 04:29 PM
**DOCUMENT NUMBER:** 1110429950002
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | **MCCLAIN FARMS, INC.** | | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| **824 MULLINS LANE** | | **BENTON** | **KY** | **42025** | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | **MCCLAIN FEED YARD. INC.** | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| **4010 FM 1057** | | **HEREFORD** | **TX** | **79045** | **USA** |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | **PRIEST CATTLE COMPANY, LTD** | | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | | |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| **899 ROSENTHAL RD.** | | **LORENA** | **TX** | **76655** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
This is an informational filing. National Finance Credit Corporation of Texas is the creditor of and has a perfected secured interest in all cattle in which Cory Priest and/or Priest Cattle Company, LTD. has rights that are in the possession of McClain Feed Yard, Inc., McClain Farms, Inc., 7M Cattle Feeders, Inc., and/or Brian McClain, now and may be in the future, including without limitation all additions, accessions, replacements, substitutions, increases, and products of such cattle.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | | |
|---|---|---|
| OR | 9a. ORGANIZATION'S NAME<br>**MCCLAIN FARMS, INC.** | |
| | 9b. INDIVIDUAL'S SURNAME | |
| | FIRST PERSONAL NAME | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | | |
|---|---|---|---|---|---|
| OR | 10a. ORGANIZATION'S NAME | | | | |
| | 10b. INDIVIDUAL'S SURNAME<br>**MCCLAIN** | | | | |
| | INDIVIDUAL'S FIRST PERSONAL NAME<br>**BRIAN** | | | | |
| | INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |
| 10c. MAILING ADDRESS<br>**824 MULLINS LANE** | | CITY<br>**BENTON** | STATE<br>**KY** | POSTAL CODE<br>**42025** | COUNTRY<br>**USA** |

11. ☑ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

| | | | | | |
|---|---|---|---|---|---|
| OR | 11a. ORGANIZATION'S NAME | | | | |
| | 11b. INDIVIDUAL'S SURNAME<br>**PRIEST** | FIRST PERSONAL NAME<br>**CORY** | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 11c. MAILING ADDRESS<br>**899 ROSENTHAL RD.** | | CITY<br>**LORENA** | STATE<br>**TX** | POSTAL CODE<br>**76655** | COUNTRY<br>**USA** |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

| | | |
|---|---|---|
| OR | 9a. ORGANIZATION'S NAME<br>**MCCLAIN FARMS, INC.** | |
| | 9b. INDIVIDUAL'S SURNAME | |
| | FIRST PERSONAL NAME | |
| | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

10. ADDITIONAL DEBTOR'S NAME: Provide only one Debtor name (10a or 10b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| | | | | |
|---|---|---|---|---|
| OR | 10a. ORGANIZATION'S NAME<br>**7M CATTLE FEEDERS, INC.** | | | |
| | 10b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **824 MULLINS LANE** | **BENTON** | **KY** | **42025** | **USA** |

**FILING OFFICE COPY**

P.O. Box 1600
SAN ANTONIO, TEXAS 78296

FOR INQUIRIES CALL (210) 220-5111 or (800) 513-7678

ADVICE OF CHARGE
***RETURN ITEMS***

Date: April 11, 2023

THE FOLLOWING ITEMS TOTALING $709,680.77 HAVE BEEN CHARGED TO YOUR ACCOUNT. THESE ITEMS WERE DISHONORED FOR PAYMENT AT THE DRAWEE BANK.

| REASON | #DAYS FLOAT | AMOUNT |
| --- | --- | --- |
| REFER TO MAKER | 1 | $709,680.77 |

NATIONAL FINANCE CREDIT
****************************************
BRANCH #65 DOWNTOWN FT. WORTH
ATTN: RUTH SMITH - FLOOR 16
****************************************

*114000093*
04/11/2023
32000056

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-S
REFER TO MAKER

REFER TO MAKER

[114000093] 04/06/2023 3700367451

7M CATTLE FEEDERS, INC
824 MULLINS LANE
BENTON, KY 42025

MECHANICS BANK
COMMITMENT THAT LASTS GENERATIONS
PH: 800-797-6324

6515
90-203/1211

4-1-23

PAY TO THE ORDER OF Priest Cattle Co $709680 77

Seven Hundred nine Thousand six Hundred eighty & 77/00 DOLLARS

MEMO Lot 927,933

Meagan Good

Do not endorse or write below this line.

121102036 04/07/2023
910099704 RR - S
321270742 04/10/2023
898584913B RR - S
*114000093* 04/11/2023
880020198S RR - S
*114000093* 04/11/2023
32000056 RR - S

ENDORSE HERE

FOR DEPOSIT ONLY
FROST BANK
National Finance Credit
Corporation of Texas

04/06/2023
*114000093<* 3700367451
20230406003700367451 2919

This security features listed below, as well as those not listed, exceed industry guidelines.

| Security Features: | Results of document alteration: |
| --- | --- |
| MicroPrint Line | Small type in line appears as dotted line when photocopied |
| Chemically Sensitive Paper | Stains or spots may appear with chemical alteration |
| Security Screen | Absence of "Original Document" verbiage on back of check |

Padlock design is a certification mark of the Check Payment Systems Association

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

Date: 4/17/23

**REMITTANCE ADVICE**

National Finance
Credit Corporation of Texas
PO Box 1897
Fort Worth, TX 76101-1897

| Credit to the Account Of: | Loan # |
|---|---|
| Priest Cattle Co | 9340 |

| Enclosed Checks For Sale Of: | Amount |
|---|---|
| McClain 927 148 HFR remainder pymt | $275,679.17 |
| McClain 933 343 HFR | $434,001.60 |
| | |
| | |
| | |
| TOTAL | $ 709,680.77 |

By: [signature]

Case 23-20084-rlj7 Claim 217-1 Filed 04/09/24 Entered 04/09/24 16:53:28 Desc Exhibit Page 6 of 10

BILL OF SALE AND ENDORSEMENT ARE REQUIRED. CANNOT BE CONVERTED TO ACH

| #Head | Description and Brands | Weight | Price/Cwt | Amount |
|---|---|---|---|---|
| | McClain 927 $95467.97 | | | |
| | Jerd | | | |
| | McClain 933 $69,753.25 | | | |
| | | | | |

TO **National Finance Credit Corporation of Texas**
Fort Worth, Texas • Phone (817) 882-4700

DATE 4/1/23

No. 295378

PAY TO THE ORDER OF McClain Farms $ 165,221.22

One hundred sixty five thousand two hundred twenty one & 22/100 DOLLARS

THROUGH FROST BANK

This draft is given in payment of the livestock and/or other personal property described herein which funds, if advanced, are advanced by National Finance Credit Corporation of Texas ("NFCC") on behalf of Purchaser. In consideration of such advance, Purchaser grants to NFCC a purchase money security interest in the herein described livestock and/or other personal property. The terms of this advance and the security interest may be more fully described in loan documents previously executed by Purchaser in favor of NFCC. In its sole discretion, NFCC may dishonor this draft if an event of default has occurred and exists under any loan agreement or related document between NFCC and Purchaser.

[signature]
Purchaser

Case 23-20084-rlj7 Claim 146-1 Part 3 Filed 10/13/23 Desc Page 7 of 10

CLOSE OUT

| | 927 |
|---|---|
| HEAD | 440 |
| COST | 433506.77 |
| BOUGHT WEIGHT | 265499 |
| $ SOLD | 556,449.17 |
| SELL WEIGHT | 351560 |
| COST/GAIN | 81,732.82 |
| PROFIT | 41,209.58 |

Less 294 prior pmt $280,770.00

Net pmt 146 Hfr $275,679.17

| McCLAIN CLOSE OUT | |
|---|---|
| | |
| LOT | 927 |
| DATE SOLD | 3/14/23 |
| HEAD SOLD | 440 |
| TOTAL SALES $ | $556,449.17 |
| SALE WEIGHT | 351560 |
| TOTAL COG | $ 81,732.82 |
| HEAD PURCHASED | 454 |
| TOTAL PURCHASE $$ | $433,506.77 |
| TOTAL PURCHASE WEIGHT | 265499 |
| SALE $/CWT | $ 158.28 |
| AVE SELL WEIGHT | 799 |
| AVE PURCHASE WEIGHT | 585 |
| LBS. GAINED PER HEAD | 214 |
| COG/CWT | $ (30.78) |
| DEATH LOSS % | 3.08% |
| PROFIT | $41,209.58 |
| PRIEST PROFIT | $ 27,474.43 |
| MCCLAIN PROFIT | $ 13,735.15 |
| FEED & PROFIT OWED McCLAIN | $ 95,467.97 |
| INTEREST EXP FOR QB | $ 10,891.12 |
| | |
| **TOTAL PROFIT PRIEST** | **$ 16,583.31** |
| **PER HEAD** | **$37.69** |

CLOSE OUT

| | |
|---|---|
| | 933 |
| HEAD | 343 |
| COST | 338532.29 |
| BOUGHT WEIGHT | 207434 |
| $ SOLD | 434,001.60 |
| SELL WEIGHT | 271999 |
| COST/GAIN | 56,897.15 |
| PROFIT | 38,572.16 |

| McCLAIN CLOSE OUT | |
|---|---|
| | |
| LOT | 933 |
| DATE SOLD | 4/1/23 |
| HEAD SOLD | 343 |
| TOTAL SALES $ | $434,001.60 |
| SALE WEIGHT | 271999 |
| TOTAL COG | $ 56,897.15 |
| HEAD PURCHASED | 352 |
| TOTAL PURCHASE $$ | $338,532.29 |
| TOTAL PURCHASE WEIGHT | 207434 |
| SALE $/CWT | $ 159.56 |
| AVE SELL WEIGHT | 793 |
| AVE PURCHASE WEIGHT | 589 |
| LBS. GAINED PER HEAD | 204 |
| COG/CWT | $ 88.12 |
| DEATH LOSS % | 2.56% |
| PROFIT | $38,572.16 |
| PRIEST PROFIT | $ 25,716.06 |
| MCCLAIN PROFIT | $ 12,856.10 |
| FEED & PROFIT OWED McCLAIN | $ 69,753.25 |
| INTEREST EXP FOR QB | $ 7,596.11 |
| | |
| **TOTAL PROFIT PRIEST** | **$ 18,119.95** |
| **PER HEAD** | **$52.83** |