<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor 1 _____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _____

Case number _____

# Exhibit 4

## Official Form 410

# Proof of Claim

04/22

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Name of the current creditor (the person or entity to be paid for this claim) _____

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☐ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Name _____

Number        Street

City                     State          ZIP Code

Contact phone _____

Contact email _____

**Where should payments to the creditor be sent?** (if different)

Name _____

Number        Street

City                     State          ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☐ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes. Who made the earlier filing? _____

| **Part 2:** | **Give Information About the Claim as of the Date the Case Was Filed** |
|---|---|

**6. Do you have any number you use to identify the debtor?**

❑ No

❑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  ____   ____   ____   ____

**7. How much is the claim?**

$_____. **Does this amount include interest or other charges?**

❑ No

❑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

_____

**9. Is all or part of the claim secured?**

❑ No

❑ Yes.  The claim is secured by a lien on property.

**Nature of property:**

❑ Real estate.  If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*

❑ Motor vehicle

❑ Other. Describe:  _____

**Basis for perfection:**  _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**                                 $_____

**Amount of the claim that is secured:**      $_____

**Amount of the claim that is unsecured:**  $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**      $_____

**Annual Interest Rate** (when case was filed)_____%

❑ Fixed

❑ Variable

**10. Is this claim based on a lease?**

❑ No

❑ Yes. **Amount necessary to cure any default as of the date of the petition.**      $_____

**11. Is this claim subject to a right of setoff?**

❑ No

❑ Yes. Identify the property: _____

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   9 / 12 / 2023
                   MM / DD / YYYY

Signature

Print the name of the person who is completing and signing this claim:

| Name | Cory | Don | Priest |
|---|---|---|---|
| | First name | Middle name | Last name |

Title

Company    Priest Victory Investment LLC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    6010 E FM 597
           Number        Street
           Abernathy          Texas       79311
           City               State       ZIP Code

Contact phone   254-715-3197          Email   cory.priest@gmail.com

## ADDENDUM TO PROOF OF CLAIM

1.     Creditor and one or more Debtors entered into written and/or verbal cattle feeding agreements (the "Agreements"). The term "Debtors," as used herein, refers to McClain Feedyard, Inc., McClain Farms, Inc., and 7M Feeders, Inc. Considering the closely held nature of the Debtors, all owned and operated by Brian McClain and the fraudulent nature of the conduct by McClain, this Proof of Claim is filed in each of the Debtor's bankruptcy proceedings to ensure that the proper Debtor is responsible for the claim.

2.     Under the Agreements, Debtor would act as a dealer and procure cattle on behalf of Creditor and Creditor would pay Debtor for the cattle. Debtor would then place the cattle, owned by Creditor, in Debtor's feedyard for care and feeding for a period of several months. Once the cattle reached a certain weight, Debtor, acting as a dealer and on behalf of Creditor, would sell the cattle on Creditor's behalf to a feedyard. Debtor would remit the purchase price of the cattle to Creditor and pay Creditor the agreed upon portion of the profit from the sale of cattle. This Proof of Claim represents the amounts owed to Creditor for either (1) cattle owned by Creditor that should have either been on hand at Debtor's facility as of the April 28, 2023 (the "Petition Date"), but were not, or (2) the amounts due to Creditor for the sale of the cattle without the remittance of the sales proceeds (or proceeds that were paid with checks that were later dishonored).

3.     Creditor is owed $639,861.35, representing the purchase price for the cattle paid for by Creditor. The supporting documentation relating to the cattle purchases made by Creditor is attached to this Proof of Claim. These documents may include invoices for the purchase of cattle, the projected close out, the close out reflecting the sales price of the cattle, the cost and the profit, and proof of payment (including banking documents documenting Creditor's payments made to Debtors).

4.     In April 2023, Creditor became aware of Debtors' and Brian McClain's fraudulent acts which included the disappearance of cattle and the inability of the Debtors to account for many thousands of cattle and millions of dollars in cattle proceeds. Creditor's claims arise out of these acts. Pursuant to these claims and the Agreements executed between Creditor and Debtor, Creditor is entitled to recover the amount owed, plus damages and fees resulting from the collection as allowed under applicable law.

5.     As of the Petition Date, the Debtor was liable to Creditor for all obligations in accordance with the Agreements between the parties and other related claims as allowed under applicable law. Creditor does not waive, and expressly reserves, all rights and remedies at law or in equity that it has or may have against the Debtors and/or any other person or entity, including any claims it may have under the Dealer Trust Act, 7 U.S.C. § 217b. Creditor reserves the right to amend and supplement this Proof of Claim for any purpose.

Return Item Notice                                                    4/12/23

INDEPENDENT FINANCIAL
7777 HENNEMAN WAY
MCKINNEY, TX 75070
(800) 460-6634

Deposited Account-        ███████████   Charged Back Account-


        PRIEST VICTORY INVESTMENT LLC
        899 ROSENTHAL RD
        LORENA TX 76655




    The item(s) listed below were previously deposited to your account
    and have been returned for the reason(s) indicated. We have charged
    these items back to your account and a returned check fee may
    apply for each item.
    Please update your records accordingly to reflect this charge.




ACCOUNT#            AMOUNT            DATE DEP.
**************************************************************
                   218,281.35        4/11/23

    Refer To Maker




    ----------------------------------------------------
        TOTALS     218,281.35

    TOTAL FEES     8.00



7677 Henneman Way I McKinney, TX 75070   (P) 800.460.6634

## IMPORTANT INFORMATION ABOUT YOUR CHECKING ACCOUNT
### Substitute checks and Your Rights

**What is a substitute check?**

To make check processing faster, federal law permits banks to replace original checks with "substitute checks." These checks are similar in size to original checks with a slightly reduced image of the front and back of the original check. The front of a substitute check states: "This is a legal copy of your check. You can use it the same way you would use the original check." You may use a substitute check as proof of payment just like the original check.

Some or all of the checks that you receive back from us may be substituted checks. This notice describes rights you have when you receive substitute checks from us. The rights in this notice do not apply to original checks or to electronic debits to your account. However, you have rights under other law with respect to those transactions.

**What are my rights regarding substitute checks?**

In certain cases, federal law provides a special procedure that allows you to request a refund for losses you suffer if a substitute check is posted to your account (for example, if you think that we withdrew the wrong amount from your account or that we withdrew money from your account more than once for the same check). The losses you may attempt to recover under this procedure may include the amount that was withdrawn from your account and fees that were charged as a result of the withdrawal (for example, bounced check fees).

The amount of your refund under this procedure is limited to the amount of your loss or the amount of the substitute check, whichever is less. You also are entitled to interest based upon the amount of your refund if your account is an interest-bearing account.

If you use this procedure, you may receive up to $2,500 of your refund (plus interest if your account earns interest) within 10 business days after we received your claim and the remainder of your refund (plus interest if your account earns interest) not later than 45 calendar days after we received your claim.

We may reverse the refund (including any interest on the refund) if we later are able to demonstrate that the substitute check was correctly posted to your account.

**How do I make a claim for a refund?**

If you believe that you have suffered a loss relating to a substitute check that you received and that was posted to your account, please contact us at 800.460.6634, 7677 Henneman Way McKinney, Texas 75070. You must contact us within 60 calendar days of the date we mailed (or otherwise delivered by a means to which you agreed) the substitute check in question or the account statement showing that the substitute check was posted to your account, whichever is later. We will extend this time period if you were not able to make a timely claim because of extraordinary circumstances.

Your claim must include-

· A description of why you have suffered a loss (for example, you think the amount withdrawn was incorrect);

· An estimate of the amount of your loss;

· An explanation of why the substitute check you received is insufficient to confirm that you suffered a loss; and

· A copy of the substitute check and/or the following information to help us identify the substitute check: identifying information, for example the check number, name of person to whom you wrote the check, and the amount of the check.

Independent Bank, doing business as Independent Financial.   Member FDIC

---

\*111916326\*
04/12/2023
8495363L0000115

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

Return Reason-S
REFER TO MAKER

**REFER TO MAKER**

| | |
|---|---|
| 7M CATTLE FEEDERS, INC | 6516 |
| 824 MULLINS LANE | MECHANICS BANK |
| BENTON, KY  42025 | 90-203/1211 |
| | PH: 800-797-6324 |

4/1/23

PAY TO THE ORDER OF *Priest Victory Investments*          $218,281 ³⁵

*Two hundred eighteen two hundred eighty one & ³⁵/₁₀₀* DOLLARS

MEMO

*meagan Good*

The following security features exceed state mandates.

| Security Features | Document Appearance if Altered |
| --- | --- |
| Hidden Pantograph | The word "VOID" appears when copied. |
| Coin Reactive Ink | Ink changes color when rubbed with a coin. |
| Artificial Watermark | Special paper containing "watermarking". |
| Uniform Background Color: OFF-WHITE | If someone tries to erase or copy, the consistent background color will look altered and will show the color of the underlying paper. |
| Microprinting | Frame around features list box is composed of type "SECURITYGUARDPLUSMICROPRINTINGFEATURE" and can be viewed with a magnifier. |
| Features List | Complete list of security features on the paper for compliance purposes. |
| Erasure Protection | Erase any of the signatures and the background will look altered. |

The following security features exceed state mandates.

| Security Features | Document Appearance if Altered |
| --- | --- |
| Hidden Pantograph | The word "VOID" appears when copied. |
| Coin Reactive Ink | Ink changes color when rubbed with a coin. |
| Artificial Watermark | Special paper containing "watermarking". |
| Uniform Background Color: OFF-WHITE | If someone tries to erase or copy, the consistent background color will look altered and will show the color of the underlying paper. |
| Microprinting | Frame around features list box is composed of type "SECURITYGUARDPLUSMICROPRINTINGFEATURE" and can be viewed with a magnifier. |
| Features List | Complete list of security features on the paper for compliance purposes. |
| Erasure Protection | Erase any of the signatures and the background will look altered. |



Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655

0069

88-1632/1119

Date 4/1/23

Pay to the
Order of _McClain Farms_                                    $ 203,394 74

Two hundred three thousand three hundred ninety four 74/100 Dollars

Independent Bank

Security details
on back.

For _____

Patti Priest

MP

0069

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

**BILL TO:** PRIEST VICTORY
INVESTMENTS

3/31/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 183 | H | 106378 | 1.912 | $203,394.74 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 183 | | | | $203,394.74 |

I lot # requested

I

## PRIEST CATTLE INFO



Lot # requested

| LOT | | |
|---|---|---|
| HEAD | 183 | |
| SEX | H | |
| BREAKEVEN | 1.6719 | |
| PRICE SOLD | 1.8177 | TO US |
| DATE SOLD | 6-Jul | |
| LOCATION | TX | |
| COG | 184.3 | |
| SELL WT | 775 | |



Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655

88-1632/1119

0064

Date 12/5/22

Pay to the
Order of __McClain Farms__                                $ 147,447 ⁵⁷

__One hundred forty seven Thousand four hundred forty seven__ ⁵⁷/₁₀₀  Dollars

Independent Bank

Security details on back.

For __928 154hd__

Patty Priest

MP

0064

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

**BILL TO:** PRIEST VICTORY
INVESTMENTS

12/2/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 154 | H | 90182 | 1.635 | $147,447.57 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 154 |  |  |  | $147,447.57 |

928

## PRIEST CATTLE INFO

| | | |
|---|---|---|
| LOT | 928 | |
| HEAD | 154 | |
| SEX | H | |
| BREAKEVEN | 1.4683 | |
| PRICE SOLD | 1.61 | TO US |
| DATE SOLD | 15-Mar | |
| LOCATION | TX | |
| COG | 180.5 | |
| SELL WT | 775 | |

IBM4003
(R 02/21)

## Independent Bank

### CHECKING DEPOSIT

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

Acknowledge Receipt of Cash Returned By Signing Above.

Date _____ 4/1/23 _____

Name _____ Priest Victory _____

Address _____

**ACCOUNT NUMBER**       **TRAN CODE**

CHECKS: McClain

OR TOTAL FROM OTHER SIDE

CASH ▶

218281 35

SUB TOTAL ▶

LESS CASH RECEIVED ▶

NET DEPOSIT $   218281 . 35



6516

**7M CATTLE FEEDERS, INC**
824 MULLINS LANE
BENTON, KY 42025

**MECHANICS BANK**
COMMITMENT THAT LASTS GENERATIONS
PH: 800-797-6324

90-203/1211

4/1/23

PAY TO THE
ORDER OF    Priest Victory Investments                    $ 218,281 35

Two hundred eighteen two hundred eighty one & 35/100                    DOLLARS

MEMO                                                Meagan Good

MP

080971/12-04

Details on back.    Security Features Included

**CLOSE OUT**

|                    |            |
|--------------------|------------|
|                    | 928        |
| HEAD               | 150        |
| COST               | 147447.57  |
| BOUGHT WEIGHT      | 90182      |
| $ SOLD             | 189,072.72 |
| SELL WEIGHT        | 118200     |
| COST/GAIN          | 24,797.57  |
| PROFIT             | 16,827.58  |

| McCLAIN CLOSE OUT | |
|---|---|
| | |
| LOT | 928-PVI |
| DATE SOLD | 4/1/23 |
| HEAD SOLD | 150 |
| TOTAL SALES $ | $189,072.72 |
| SALE WEIGHT | 118200 |
| TOTAL COG | $ 24,797.57 |
| HEAD PURCHASED | 154 |
| TOTAL PURCHASE $$ | $147,447.57 |
| TOTAL PURCHASE WEIGHT | 90182 |
| SALE $/CWT | $ 159.96 |
| AVE SELL WEIGHT | 788 |
| AVE PURCHASE WEIGHT | 586 |
| LBS. GAINED PER HEAD | 202 |
| COG/CWT | $ 88.51 |
| DEATH LOSS % | 2.60% |
| PROFIT PER HEAD | 112.1838667 |
| PROFIT | $16,827.58 |
| PRIEST PROFIT | $ 11,218.95 |
| MCCLAIN PROFIT | $ 5,608.63 |
| FEED & PROFIT OWED McCLAIN | $ 30,406.20 |
| | |
| PRIEST PROFIT | $ 11,218.95 |
| PERHEAD | $ 74.79 |
| | |

Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655

0066
48-1632/1119

Date 12/21/22

Pay to the
Order of  McClain Farms                    $ 55,410 39

Fifty five Thousand four hundred ten & 39/xx  Dollars

Independent Bank

For 937                              Patti Bryant                  MP

0066

*PVI 937*

## PRIEST CATTLE INFO

| | | |
|---|---|---|
| LOT | 937 | |
| HEAD | 58 | |
| SEX | H | |
| BREAKEVEN | 1.4582 | |
| PRICE SOLD | 1.6005 | TO US |
| DATE SOLD | 20-Mar | |
| LOCATION | TX | |
| COG | 174.8 | |
| SELL WT | 775 | |



**MCCLAIN FEEDYARD INC.**
**824 MULLINS LANE**
**BENTON KY. 42025**

**BILL TO:**   PRIEST VICTORY
                    INVESTMENTS

12/20/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 58 | H | 34278 | 1.6165 | $55,410.39 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 58 |  |  |  | $55,410.39 |

937

**Independent Bank**

CHECKING DEPOSIT

IBM4002
(R 02/21)

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL.

Acknowledge Receipt of Cash Returned By Signing Above.

Date ___ 4/1/23 ___

Name ___ Priest Victory ___

Address _____

ACCOUNT NUMBER          TRAN CODE

CHECKS: McClain

OR TOTAL FROM OTHER SIDE

CASH ▶

CHECKS: 218281 35

SUB TOTAL ▶

LESS CASH RECEIVED ▶

NET DEPOSIT $ 218281.35



6516

**7M CATTLE FEEDERS, INC**
824 MULLINS LANE
BENTON, KY 42025

MECHANICS BANK
COMMITMENT THAT LASTS GENERATIONS
PH: 800-797-6324

90-203/1211

4/1/23

PAY TO THE
ORDER OF _Priest Victory Investments_ $ 218,281 35

_Two hundred eighteen two hundred eighty one & 35/100_ DOLLARS

MEMO

_Meagan Good_

MP

## CLOSE OUT

|                | 937       |
| -------------- | --------- |
| HEAD           | 57        |
| COST           | 55410.39  |
| BOUGHT WEIGHT  | 34278     |
| $ SOLD         | 71,530.15 |
| SELL WEIGHT    | 45030     |
| COST/GAIN      | 9,813.42  |
| PROFIT         | 6,306.34  |

| McCLAIN CLOSE OUT | | |
|---|---|---|
| | | |
| LOT | | 937A |
| DATE SOLD | | 4/1/23 |
| HEAD SOLD | | 57 |
| TOTAL SALES $ | | $71,530.15 |
| SALE WEIGHT | | 45030 |
| TOTAL COG | $ | 9,813.42 |
| HEAD PURCHASED | | 58 |
| TOTAL PURCHASE $$ | | $55,410.39 |
| TOTAL PURCHASE WEIGHT | | 34278 |
| SALE $/CWT | $ | 158.85 |
| AVE SELL WEIGHT | | 790 |
| AVE PURCHASE WEIGHT | | 591 |
| LBS. GAINED PER HEAD | | 199 |
| COG/CWT | $ | 91.27 |
| DEATH LOSS % | | 1.72% |
| PROFIT PER HEAD | | 110.6375439 |
| PROFIT | | $6,306.34 |
| PRIEST PROFIT | $ | 4,204.44 |
| MCCLAIN PROFIT | $ | 2,101.90 |
| FEED & PROFIT OWED McCLAIN | $ | 11,915.32 |
| | | |
| PRIEST PROFIT | $ | 4,204.44 |
| | | |

Exhibit 4 Page 25 of 33

Priest Valley Investment LLC
899 Rosenthal Road
Lorena, TX 76655

0067

88-1632/1119

Date 2/7/23

Pay to the
Order of ___McClain Farms___ $ 244,550 78

Two hundred forty four Thousand five hundred fifty & 78/100 Dollars

🔒 Security details
on back.

Independent Bank

For _____

Patti Priest

MP

0067

**MCCLAIN FEEDYARD INC.**

**824 MULLINS LANE**

**BENTON KY. 42025**

**BILL TO:** PRIEST VICTORY INVESTMENTS

2/1/2023

| 1603

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 247  | H   | 146175 | 1.673    | $244,550.78 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
|      |     |        |          | $0.00 |
| 247  |     |        |          | $244,550.78 |

## PRIEST CATTLE INFO

| | | |
|---|---|---|
| LOT | 1603 | |
| HEAD | 247 | |
| SEX | H | |
| BREAKEVEN | 1.502 | |
| PRICE SOLD | 1.645 | TO US |
| DATE SOLD | 15-May | |
| LOCATION | TX | |
| COG | 174.04 | |
| SELL WT | 775 | |

Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655

88-1632/1119
0068

Date 3/7/23

Pay to the Order of _McClain Farms_ $ 552,007.97

_Five hundred fifty two thousand seven dollars & 97/100_ Dollars

Independent Bank

Security details on back.

For 1

MP

0068

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

*1606*

**BILL TO:** PRIEST VICTORY INV.

3/6/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 232 | H | 137576 | 1.8525 | $254,859.54 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 232 | | | | $254,859.54 |

## PRIEST CATTLE INFO

| LOT | 1606 | |
|------|------|------|
| HEAD | 232 | |
| SEX | H | |
| BREAKEVEN | 1.6522 | |
| PRICE SOLD | 1.8095 | TO US |
| DATE SOLD | 22-Jun | |
| LOCATION | TX | |
| COG | 182 | |
| SELL WT | 775 | |

Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655

0068

88-1632/1119

Date 3/7/23

Pay to the Order of McClain Farms                                                   $ 552,007.97

Five hundred fifty two thousand seven dollars & 97/100                                Dollars

Independent Bank

Security details on back.

For 1

MP

0068

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

$16^{07}$

BILL TO:  PRIEST VICTORY INV. 52,23

3/6/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 272 | H | 160534 | 1.851 | $297,148.43 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  | $0.00 |
|  |  |  |  |  |
| 272 |  |  |  | $297,148.43 |

## PRIEST CATTLE INFO

| | | |
|---|---|---|
| LOT | 1607 | |
| HEAD | 272 | |
| SEX | H | |
| BREAKEVEN | 1.6485 | |
| PRICE SOLD | 1.8095 | TO US |
| DATE SOLD | 22-Jun | |
| LOCATION | TX | |
| COG | 185 | |
| SELL WT | 775 | |