## MARK AND BRAND APPLICATION

THE EFFECTIVE DATE OF THIS APPLICATION IS AUGUST 31, 2021 TO AUGUST 30, 2031
*Renewal of this Brand/Mark must be filed during the period August 31, 2021, to February 28, 2022*
*This form is to be used to record a single brand or mark for one or more locations on an animal.*

**Please print or type information (\* Required information):**

The undersigned hereby makes application for the registration and recording of the following mark(s) and/or brand(s) by the County Clerk of * _Deaf Smith_ County, Texas:

* New: ☒      Renewal: ☐      Release: ☐      Transfer: ☐

**Contact Information:**

* Owner/Agent: _Cory Priest_

Ranch/Business Name: _Priest Cattle Company_

* Address: _899 Rosenthal Road_

* City: _Lorena_      * State: _TX_      * Zip: _76655_

Phone: _254-715-3197_      Email: _cory.priest@gmail.com_

**Brand/Mark Information:**

* Specie:   Cattle: ☒   Horse: ☐   Other: _____   Ear Marks Only: ☐

Volume/Book: _4_      Page: _141, 09_      Cert#: _____

| BRAND | MARK | |
|-------|------|---|
| Draw the Brand | Right Ear | Left Ear |

**Brand:** // (double slash)

**Mark:** (right ear oval, left ear oval — unmarked)

* Brand Location on Animal:
  - ☒ Left   ☐ All Locations   ☒ Hip/Loin
  - ☐ Right   ☐ Shoulder   ☐ Thigh
  - ☐ Side/Rib   ☐ Jaw/Face/Nose
  - ☐ Flank   ☐ Tail/Back

Electronic Chip#: _____

Tattoos: _____

* Brand Description: _Double Slash   Left Hip_

* Signature of Applicant: _Cory Priest_      *Date: _11-9-21_
  (Owner/Agent)

By: _____ Deputy, _____ County Clerk
   (Deputy's Name)                    (County Clerk's Name)

Pursuant to Texas Agriculture Code 144.041, a copy of this application shall be forwarded to Texas and Southwestern Cattle Raisers Association.

Email: brands@tscra.org
Fax:   817-887-4402
Mail:  PO Box 101988, Fort Worth, TX 76185
Phone: 800-242-7820

**THE STATE OF TEXAS** §

**COUNTY OF** McLennan §

BEFORE ME, a Notary Public, on this day personally appeared
_____Corey Priest_____ known to me to be the person whose name is subscribed to
the foregoing instrument and acknowledged to me that he/she executed the same for
the purposes and consideration therein expressed.

Given under my hand and seal of office this ___9th___ day of ___November___,
20_21_.

(Notary Seal)

LESLIE A. MAY
Notary Public, State of Texas
Comm. Expires 05-04-2025
Notary ID 131117098

*Leslie A. May*

**Notary Public in and for** McLennan **County, Texas**

Rachel Garman
Deaf Smith County Clerk
235 East 3rd Street, Room 203
Hereford, TX  79045



PAYMENT RECEIPT

| | |
|---|---|
| **Payment Type:** Check 26.00 #7291 | **Receipt Number:** 657653 |
| **Paid Amount:** $ 26.00 | **Date Paid:** 11/19/2021 |
| **Paid By:** 21-2660 PRIEST CATTLE COMPANY | **Received By:** Leticia Enriquez |

| Fee | Amount Owed | Amount Paid | Balance Owed |
|---|---|---|---|
| Records Management & Preservation | $ 10.00 | $ 10.00 | $ 0.00 |
| Records Archive Fee | $ 10.00 | $ 10.00 | $ 0.00 |
| Cattle Brand | $ 5.00 | $ 5.00 | $ 0.00 |
| Courthouse Security | $ 1.00 | $ 1.00 | $ 0.00 |
| **Totals:** | $ 26.00 | $ 26.00 | $ 0.00 |

**Payment Remarks:**

| | |
|---|---|
| **Amount Paid:** | $ 26.00 |
| **Amount Applied:** | $ 26.00 |
| **Change Due:** | $ 0.00 |

## MARK AND BRAND APPLICATION

*THE EFFECTIVE DATE OF THIS APPLICATION IS AUGUST 31, 2021 TO AUGUST 31, 2031*
*THE RENEWAL PERIOD FOR THIS BRAND IS AUGUST 31, 2031 TO FEBRUARY 28, 2032*
*This form shall only be used to record a single brand or mark for one or more locations on an animal.*

**Please print or type information (* Required information):**

The undersigned hereby makes application for the registration and recording of the following mark(s) and/or brand(s) by the County Clerk of Parmer County, Texas:

* New: ☑        Renewal: ☐        Release: ☐        Transfer: ☐

**Contact Information:**

* Owner/Agent: Cory Priest
Ranch/Business Name: Priest Cattle Company
* Address: 899 Bosenthal Road
* City: Lovena        * State: TX        * Zip: 76653
Phone: 254-855-7265        Email: Priestcattle@gmail.com

**Brand/Mark Information:**        Male: ☒        Female: ☒

* Specie: Cattle: ☑   Horse: ☐   Swine: ☐   Sheep: ☐   Goat: ☐        Ear Marks Only: ☐

Volume/Book: 9        Page: 167        Cert#:

| BRAND | MARK |
|---|---|

| Draw the Brand<br>If multiple brands, please use additional application. | Right Ear | Left Ear |
|---|---|---|
| // | | |

* Brand Location on Animal:   ☑ Left   ☐ Right
☐ All Locations   ☐ Thigh
☐ Shoulder   ☐ Jaw/Face/Nose
☐ Side/Rib   ☐ Tail/Back
☐ Flank   ☐ Other:
☑ Hip/Loin

Electronic Chip#:

Tattoos:

* Brand Description: Double Slash Left Hip

* Signature of Applicant: Cory        Date: 4-5-22
(Owner/Agent)

By: Mayra Chacon        Deputy        Susie Spring, Parmer County Clerk

OR:

Before me, the undersigned authority, on this day personally appeared _Cory Priest_
known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that
he/she signed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office, this _5th_ day of _April_ , 20_22_.

_Charlene L. Armstrong_

**Signature of Notary**

**STATE OF** _Texas_        **COUNTY** _McLennan_

CHARLENE K. ARMSTRONG
Notary Public, State of Texas
Comm. Expires 09-15-2024
Notary ID 10275711