# EXHIBIT 1

# Trust Details Report

**Keeling Cattle Feeders Inc. / Brian McClain (101403-0003)**                                                                                                                                                                                    **03/28/2024**

| Matter | Matter Description | Type | Status | Bank | Check Status | Check No. | Payee / Paid By | Invoice | Reference | Amount | Balance | Date | Maturation | Override |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0003 | Brian McClain | Receipt | Posted | 1 | | ACH | KEELING CATTLE CCD | 0 | ACH | 36,810.57 | 36,810.57 | 09/21/2023 | 09/21/2023 | 09/21/2023 |
| **Report Totals:** | | | | | | | | | | **36,810.57** | | | | |