# EXHIBIT 3

# Rachel Barr

| | |
|---|---|
| **From:** | David LeBas |
| **Sent:** | Monday, April 24, 2023 3:28 PM |
| **To:** | Michael Johnson; jakers@bgstockyards.com; Cody Simmons; Abel Leal; Rachel Barr; Wade King; W. Hendricks; John Massouh |
| **Cc:** | Kenneth Netardus |
| **Subject:** | Keeling Cattle Feeders Report |

All,

Following up on today's call, I spoke with Scott Keeling today of Keeling Cattle Feeders (KCF), Hereford Texas, at (806) 357-2261.  He confirmed that he has the following cattle on hand:

(1) 49 head in the name of Brian McClain, which will be finished in about 200 days. KCF made a "feedyard value loan" and a feed loan on these.

(2) 228 head checked in by Thorlakson last week. These are the cattle I mentioned this morning that Thorlakson believes were mistakenly picked up from McClain.  KCF has feed in these cattle only.

In addition, he may have other cattle with McClain as the origin.

Mike, perhaps the CRO should contact Mr. Keeling to ask him to hold the cattle and/or proceeds for the time being.

David L. LeBas
Naman Howell Smith & Lee, PLLC
8310 N. Capital of Texas Highway, Suite 490 Austin, Texas 78731│512.807.2460│806.679.6641 cell │512.474.1901 fax
dlebas@namanhowell.com

1