# EXHIBIT 4

KEELING CATTLE FEEDERS
PO BOX 1853
HEREFORD TX 79045

806 357-2261

# P E R F O R M A N C E   R E C O R D

| Lot # : 1827 BRIAN MCCLAIN | Pen #(s) : 039 |
|---|---|
| Date In: 03/24/23 | Origin : MCCLAIN |
| Sex : Steers | Background: |
| Type : | Flesh : |

### C A T T L E   R E C E I V E D

| Date | Head | OT Wt. | Avg OT | Pay Wt. | Avg PW | Shrnk | $/CWT | Total $ |
|---|---|---|---|---|---|---|---|---|
| 03/24/23 | 31 | 29,665 | 957 | 29,072 | 938 | 2.04- | 130.00 | 37,793.60 |

### C A T T L E   D E A T H S

| Date | Head | Cause | Dys on Fd | $ Salvage | Dth Loss % |
|---|---|---|---|---|---|
|  |  | NONE |  |  |  |

### C A T T L E   S H I P M E N T S

| Date | Head | Pay Wt. | Avg | $/CWT | Total $ | Buyer |
|---|---|---|---|---|---|---|
| 08/09/23 | 31 | 41,798 | 1,348 | 178.20 | 74,484.66 | TYSON FRESH MEATS |

ASSOCIATION FEES:   62.00
CBP CHARGES     :   62.00
NET PROCEEDS    :   74,360.66

### C A T T L E   P E R F O R M A N C E

|  | Pay Weight | | Off Truck Wt. | |
|---|---|---|---|---|
|  | Deads In | Deads Out | Deads In | Deads Out |
| Days on Feed | 138 |  |  |  |
| Total Head Days | 4,278 |  |  |  |
| Total Pounds Gained | 12,726 | 12,726 | 12,133 | 12,133 |
| Average Pounds Gained | 411 | 411 | 391 | 391 |
| Average Daily Gain | 2.97 | 2.97 | 2.84 | 2.84 |
| Dry Matter Conversion | 7.04 | 7.04 | 7.38 | 7.38 |
| As Fed Conversion | 9.48 | 9.48 | 9.95 | 9.95 |
| Total Consumption | 120,704 |  |  |  |
| Lbs/Hd/Day - As Fed | 28.22 |  |  |  |
| Lbs/Hd/Day - Dry | 20.94 |  |  |  |
| Feeding Cost/Lb. of Gain | 1.5653 | 1.5653 | 1.6418 | 1.6418 |
| Other Cost/Lb. Gain | .0578 | .0578 | .0606 | .0606 |
| Total Cost/Lb. Gain | 1.6230 | 1.6230 | 1.7024 | 1.7024 |
| Cost per Head per Day | 4.83 |  |  |  |

```
                    KEELING CATTLE FEEDERS
                         PO BOX 1853
                      HEREFORD TX 79045

                         806 357-2261


Owner: 2706    BRIAN MCCLAIN                    Percent Ownership: 100.00
               7M CATTLE FEEDERS INC
               824 MULLINS LN
               BENTON KY 42025                  Phone:  270-703-5660



                    P E R F O R M A N C E    R E C O R D

  Lot #  : 1827 BRIAN MCCLAIN              Pen #(s)  : 039

                         F I N A N C I A L    S U M M A R Y
                                            AVG/HEAD              AVG/CWT
DELIVERED COST           37,793.60          1,219.15              130.00
FEEDING EXPENSES -----
  FEED & RATIONS         19,432.26            626.85              152.70
  YARDAGE                   171.12              5.52                1.34
  PROCESSING EXPENSE        299.18              9.65                2.35
  CATTLE INSURANCE           17.10               .55                 .13
                         -----------         ---------            --------
COST OF GAIN             19,919.66            642.57              156.53
                         ===========         =========            ========
TOTAL COST               57,713.26          1,861.72              138.08
SALES                    74,484.66          2,402.73              178.20
  BIC CHARGES               124.00              4.00                 .30
                         -----------         ---------            --------
NET SALES                74,360.66          2,398.73              177.90
                         -----------         ---------            --------
NET MARKET PROFIT(LOSS)  16,647.40            537.01               39.82

                         ===========         =========            ========
CUSTOMER'S COST                                                 $/CWT SOLD
  DUES, ETC.                 15.50               .50                 .04
  INTEREST                  719.64             23.21                1.72
                         -----------         ---------            --------
TOTAL CUSTOMER'S COST       735.14             23.71                1.76
                         ===========         =========            ========
TOTAL NET PROFIT(LOSS)   15,912.26            513.30               38.06
```

```
                      KEELING CATTLE FEEDERS
                          PO BOX 1853
                       HEREFORD TX 79045

                         806 357-2261


              P E R F O R M A N C E   R E C O R D
```

| Lot # : 1790 BRIAN MCCLAIN | Pen #(s) : 039  031 |
|---|---|
| Date In: 02/16/23 | Origin     : MCCLAIN |
| Sex     : Mixed   | Background: |
| Type    :         | Flesh      : |

### CATTLE RECEIVED

| Date | Head | OT Wt. | Avg OT | Pay Wt. | Avg PW | Shrnk | $/CWT | Total $ |
|---|---|---|---|---|---|---|---|---|
| 02/16/23 | 18 | 14,090 | 783 | 13,808 | 767 | 2.04- | 150.00 | 20,712.00 |

### CATTLE DEATHS

| Date | Head | Cause | Dys on Fd | $ Salvage | Dth Loss % |
|---|---|---|---|---|---|
|  |  | NONE |  |  |  |

### CATTLE SHIPMENTS

| Date | Head | Pay Wt. | Avg | $/CWT | Total $ | Buyer |
|---|---|---|---|---|---|---|
| 08/03/23 | 3 | 3,446 | 1,149 | 145.00 | 4,996.70 | SEEDSTOCK INVESTMENTS |
| 08/09/23 | 15 | 18,701 | 1,247 | 178.13 | 33,312.83 | TYSON FRESH MEATS |
| TOTAL | 18 | 22,147 | 1,230 | 172.98 | 38,309.53 | |

```
                    ASSOCIATION FEES:      30.00
                    CBP CHARGES     :      30.00
                    NET PROCEEDS    :  38,249.53
```

### CATTLE PERFORMANCE

|  | Pay Weight | | Off Truck Wt. | |
|---|---|---|---|---|
|  | Deads In | Deads Out | Deads In | Deads Out |
| Days on Feed | 173 | | | |
| Total Head Days | 3,114 | | | |
| Total Pounds Gained | 8,339 | 8,339 | 8,057 | 8,057 |
| Average Pounds Gained | 463 | 463 | 448 | 448 |
| Average Daily Gain | 2.68 | 2.68 | 2.59 | 2.59 |
| Dry Matter Conversion | 7.22 | 7.22 | 7.47 | 7.47 |
| As Fed Conversion | 9.70 | 9.70 | 10.04 | 10.04 |
| Total Consumption | 80,924 | | | |
| Lbs/Hd/Day - As Fed | 25.99 | | | |
| Lbs/Hd/Day - Dry | 19.32 | | | |
| Feeding Cost/Lb. of Gain | 1.6090 | 1.6090 | 1.6653 | 1.6653 |
| Other Cost/Lb. Gain | .0753 | .0753 | .0779 | .0779 |
| Total Cost/Lb. Gain | 1.6843 | 1.6843 | 1.7433 | 1.7433 |
| Cost per Head per Day | 4.51 | | | |

```
                        KEELING CATTLE FEEDERS
                            PO BOX 1853
                         HEREFORD TX 79045

                            806 357-2261


Owner: 2706   BRIAN MCCLAIN                    Percent Ownership: 100.00
              7M CATTLE FEEDERS INC
              824 MULLINS LN
              BENTON KY 42025                  Phone:  270-703-5660




                    P E R F O R M A N C E    R E C O R D
_____
  Lot #  : 1790 BRIAN MCCLAIN            Pen #(s)  : 039  031
_____
                       F I N A N C I A L    S U M M A R Y
                                             AVG/HEAD             AVG/CWT
DELIVERED COST           20,712.00           1,150.67              150.00
FEEDING EXPENSES  -----
  FEED & RATIONS         13,072.31             726.24              156.76
  MEDICINE                   41.25               2.29                 .49
  YARDAGE                   124.56               6.92                1.49
  PROCESSING EXPENSE        167.62               9.31                2.01
  CATTLE INSURANCE           11.88                .66                 .14
                         ----------           --------             -------
COST OF GAIN             13,417.62             745.42              160.90
                         ==========           ========             =======
TOTAL COST               34,129.62           1,896.09              154.10
SALES                    38,309.53           2,128.31              172.98
  BIC CHARGES                60.00               3.33                 .27
                         ----------           --------             -------
NET SALES                38,249.53           2,124.97              172.71
                         ----------           --------             -------
NET MARKET PROFIT(LOSS)   4,119.91             228.88               18.61

                         ==========           ========             =======
CUSTOMER'S COST                                                  $/CWT SOLD
  DUES, ETC.                 10.80                .60                 .05
  INTEREST                  617.23              34.29                2.79
                         ----------           --------             -------
TOTAL CUSTOMER'S COST       628.03              34.89                2.84
                         ==========           ========             =======
TOTAL NET PROFIT(LOSS)    3,491.88             193.99               15.77
```