# EXHIBIT B

**Glenn Karlberg**
Lead Consultant / CFO
Amplēo

602-315-1841

gkarlberg@ampleo.com

www.ampleo.com

---

**Glenn Karlberg** <gkarlberg@ampleo.com>　　　　　　　　　　　　　　　　　　　Tue, May 9, 2023 at 2:30 PM
To: Kent Ries <kent@kentries.com>

Hi Kent - forwarding to you the email I received from 1 of the 2 TX Ranger Special Agents that (over my extreme protest) allowed people who said they had cattle at the Friona and Hereford locations, to simply remove them from those locations. (At your convenience, I would be happy to have a conversation about all that went on regarding the removal of cattle from those locations  - just let me know).
Anyway, when the TX Ranger Special agents (Jay Foster and Chris Ward - card attached) were letting people take cattle, they promised me that they would provide me with copies of their reports on what took place at those locations during the week of April 17.  Now that I have sent them an email requesting their reports, they will only provide the reports and relevant information if they are subpoenaed to do so.
I am preparing for you a list (from the information I have) regarding the people who took cattle from those 2 sites and how many head they took.  Will have that to you this week.  Please let me know if you have any questions on this.

Thanks!!

[Quoted text hidden]

---

**Glenn Karlberg**
Lead Consultant / CFO
Amplēo

602-315-1841

gkarlberg@ampleo.com

www.ampleo.com



TX Ranger Chris Ward-2023-04-18-19-07-19.jpg
154K

 

# TEXAS & SOUTHWESTERN CATTLE RAISERS ASSOCIATION
# LAW ENFORCEMENT DIVISION
# REPORT OF INVESTIGATION
PO Box 101988, Fort Worth, Texas 76185
800-242-7820

| | |
|---|---|
| File No. **23-01-023C** | Date of Report: **05/08/2023** |
| Charge: **Cattle Inspection** | Submitting Investigator: **Special Ranger Chris Ward** |
| County: **Parmer** | District No. **01** |
| Victim: **Tom Thorlakson** | Type: **INVESTIGATION** |
| Date of Offense: **04/19/2023** | Program: **NON CRIMINAL** |
| Case Status: **CLOSED** | Report Re: **CATTLE INSPECTION**  ORN: |
| Total Head Count: **13** | Total Value: **$13,000.00** |
| Livestock: **CATTLE**  Sex: **YEARLING**  Head Count: **13**  Value: **$13,000.00**  Detail: **Lot Numbers 901, 914, 935, 946**  Brand: **No Brands** ||
| Livestock: **NONE**  Sex: **NONE**  Head Count:     Value: $     Detail:     Brand: ||
| Livestock: **NONE**  Sex: **NONE**  Head Count:     Value: $     Detail:     Brand: ||
| Misc: **NONE**  MFG:     Item Count:     Value: $     Identifying Marks: ||
| Equip: **NONE**  MFG:     VIN:     Value: $     Color:     Registration: ||

**CONTENTS OF THIS REPORT ARE FOR LAW ENFORCEMENT USE ONLY**

## SYNOPSIS

On 04/19/2023, I, Texas & Southwestern Cattle Raisers Association, Special Ranger Chris Ward traveled to a starter yard operated by McClain Farms in Friona, Texas. At that location, I inspected cattle for Mr. Tom Thorlakson.

**CROSS REFERENCE REPORT #23-01-017C, 23-01-018C, 23-01-019C, 23-01-020C, 23-01-021C, and 23-01-022C**

## DETAILS

1. On 04/19/2023, I, Texas & Southwestern Cattle Raisers Association, Special Ranger Chris Ward traveled to a starter yard operated by McClain Farms in Friona, Texas. At that location, I inspected cattle for Mr. Tom Thorlakson. This yard is located west of Friona approximately 2.5 miles on Farm to Market 2013 and 1.5 miles north on County Road 15. (GPS coordinates 34.6692 / -102.7749)

2. I noted that all the cattle inspected were not branded, but had Lot Number tags that matched the documentation provided by Mr. Thorlakson's representative, Ag Texas Farm Credit Services Chattel Evaluator Steve Shaller.

3. On 04/20/2023 Mr. Shaller transported 13 head of cattle for Mr. Thorlakson.

4. Mr. Glenn Karlberg was present on 04/19/2023 and consented to allow the cattle to be picked up on 04/20/2023.

5. File closed.

## EVIDENCE

- Scanned copy of Inspection Report #3344. (See Attachments at end of report.)

## VICTIM / COMPLAINANT

1. Tom Thorlakson (Thorlakson Diamond T Feeders)
   Rocky View County
   Alberta, Canada T4A3M4
   403-999-3156

## WITNESSES & INVESTIGATORS

1. Texas & Southwestern Cattle Raisers Association
   Special Ranger Chris Ward
   PO Box 88
   Clarendon, Texas 79226
   806-205-0119

2. Ag Texas Farm Credit Services
   Chattel Evaluator Steve Shaller
   2001 S. Soncy Rd / PO Box 50060
   Amarillo, Texas 79124
   806-376-4669

TSCRA 026

**SUSPECT / PERSON OF INTEREST**

1. Brian Keith McClain (DBA McClain Farms, 7M Feeders, and McClain Feed Yard)
   W/M DOB 11/18/1970 (Deceased 04/18/2023)
   824 Mullins Lane
   Benton, Kentucky 42025
   SSN: 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
   KY DL#M91107096

**ATTACHMENTS**

[Certificate of Inspection – Texas & Southwestern Cattle Raisers Association, #3344]

- Owner: Ag Texas (Tom Thorlakson)
- Address: 2001 S Soncy Rd, Amarillo
- State: TX  Zip: 79124
- Inspected at: McClain Farms  County of: Parmer
- Species: Beef  Sex: mixed  DOB: N/A
- Approx. weight: —  No. Head: 13
- Description: Mostly Blk, 3 yellow
- Trucking Co.: Ag Texas
- Remarks: Cross Ref 23-01-017C. Most were found in sick pens. Lot # 901, 914, 935, 996
- Inspector: C Wood
- Date: 4/19/2023

3
23-01-023C IR THORLAKSON

TSCRA 027

TEXAS & SOUTHWESTERN CATTLE RAISERS ASSOCIATION
PO BOX 101988, FORT WORTH, TX 76185
Telephone 1-800-242-7820
www.tscra.org

## CERTIFICATE OF INSPECTION

3344

Owner: Ag Texas (Tom Thorlakson) (print name)
Address: 2001 S Soncy Rd, Amarillo
State: TX   Zip: 79124
Inspected at: McClain Farms   County of: Parmer
Species: Beef   Sex: mixed   DOB: n/a
Approx. weight: ___   No. Head: 13
Description: Mostly Blk, 3 yellow
Trucking Co.: Ag Texas
Inspection Fee $ ___   Total Fee $ ___
Destination: ___
Remarks: Cross Ref 23-01-017C most were found in sick pens. Lot # 901, 917, 935, 996

Inspector: C Ward
Date: 4/19/2023

RIGHT

LEFT

This form void after one year from date or change of ownership
Invalid without red TSCRA Seal

Pink - Shipper's Copy    White - TSCRA Copy

TSCRA 033



**TEXAS & SOUTHWESTERN CATTLE RAISERS ASSOCIATION**
1301 W. Seventh St., Suite 201   Fort Worth, Texas 76102-2665
Telephone 1-800-242-7820
www.tscra.org

## CERTIFICATE OF INSPECTION

08 03C

Owner: THORLAKSON DIAMOND T FEEDERS (print name)
Address: PO BOX 10040
AIRDRIE, AB
State: ____  Zip: T4A0H9
Inspected at: 7M Feeders   County of: Deaf Smith
Species: Cattle   Sex: ___   DOB: ___
Approx. weight: ___   No. Head: 288
Description: Lot #3651
Trucking Co.: CW's Trucking
Inspection Fee $ ___   Total Fee $ ___
Destination: Scott Keeling Cattle Feeders
Remarks: ___

This form void after change of ownership
Invalid without TSCRA Seal

RIGHT

LEFT

Inspector: ___
Date: 08/19  20 23

Pink - Shipper's Copy    White - TSCRA Copy

TSCRA 035




# TEXAS & SOUTHWESTERN CATTLE RAISERS ASSOCIATION
## LAW ENFORCEMENT DIVISION
## REPORT OF INVESTIGATION
PO Box 101988, Fort Worth, Texas 76185
800-242-7820

| File No. **23-07-013C** | Date of Report: **04/20/2023** |
|---|---|
| Charge: **Cattle Inspection** | Submitting Investigator: **Jay Foster** |
| County: **Deaf Smith** | District No. **07** |
| Victim: **Thorlakson Diamond T Feeder, LP** | Type: **INVESTIGATION** |
| | Program: **NON CRIMINAL** |
| Date of Offense: **04/19/2023** | |
| Case Status: **CLOSED** | Report Re: **CATTLE INSPECTION**   ORN: |
| Total Head Count: **288** | Total Value: **$288,000.00** |
| Livestock: **CATTLE**   Sex: **HEIFER**  Head Count: **288**  Value: $**288,000.00**  Detail: **Mixed**  Brand: **Lot #3651** ||
| Livestock: **NONE**   Sex: **NONE**  Head Count:      Value: $      Detail:      Brand: ||
| Livestock: **NONE**   Sex: **NONE**  Head Count:      Value: $      Detail:      Brand: ||
| Misc: **NONE**  MFG:      Item Count:      Value: $      Identifying Marks: ||
| Equip: **NONE**  MFG:      VIN:      Value: $      Color:      Registration: ||

**CONTENTS OF THIS REPORT ARE FOR LAW ENFORCEMENT USE ONLY**

## SYNOPSIS

On 02/19/2023, I, Texas & Southwestern Cattle Raisers Association, Special Ranger Jay Foster went to a satellite 7M Cattle Feeder in Hereford, Texas and inspected cattle for Tom Thorlakson.

**Cross Related File: 23-07-012C**

**DETAILS**

1. On 02/19/2023, I, Texas & Southwestern Cattle Raisers Association, Special Ranger Jay Foster went to a satellite 7M Feeders grow yard in Hereford, Texas and inspected cattle for Tom Thorlakson. Thorlakson represented Thorlakson Diamond T Feeder, LP. The pens were northwest of Hereford, Texas. The GPS coordinates were 34.52'8" N, and 102.30'39" W. Thorlakson provided paperwork which showed he owned Lot #3651. CW2 Trucking from Gunter, Texas hauled the cattle to Scott Keeling Cattle Feeders in Hereford, Texas.

2. Bobby Sherrard (940-203-1827) who was the caretaker of the cattle for 7M/McClain Feeders was present and assisted in the owners finding their lots. Sherrard had been hired by the financial institution from Arizona to continue caring for the cattle.

3. The following loads contained cattle inspected with Lot #3651 ear tags in the right ear.
    a. Load #1 – Cary Bess (801-865-0960) hauled 80 head
    b. Load #3 – Carl Davis hauled 90 head
    c. Load #4 – Cary Bess hauled 90 head
    d. Load #6 – Carl Davis (817-487-8960) hauled 28 head

4. Total cattle hauled was 288 head.

5. File closed.

**EVIDENCE**

- N/A

**VICTIM / COMPLAINANT**

1. Thorlakson Diamond T Feeder, LP, Tom & Ben Thorlakson, PO Box 10040, Airdrie, AB, T4A0H4, 403-999-3156, tom@tfyinc.com

**WITNESSES & INVESTIGATORS**

1. Texas & Southwestern Cattle Raisers Association, Special Ranger Jay Foster, PO Box 415, Childress, Texas, 79201, 940-475-0295

**SUSPECT / PERSON OF INTEREST**

1. 7M Cattle Feeders, 2546 County Road 15, Friona, Texas, 79035