# EXHIBIT C

KEELING CATTLE FEEDERS, INC.                                                                          77584

Vendor: 3780    AG TEXAS FOR THE ACCT OF              Check:    77584    01/05/24
OUR REF    YOUR REF    INV DATE    INV AMOUNT        INV TOTAL        DISCOUNT

 060869                 01/05/24    351,110.54       351,110.54            .00
         L1854 202H PROCEEDS

                                                  Check Total:       351,110.54


PRODUCT DLM102    USE WITH 91500 ENVELOPE    TURNKEY COMPUTER SYSTEMS  (806) 372-1200    PRINTED IN U.S.A.         B
                                                                                                          4320686900
                                                                          D9SX2A  SLKDK01  08/09/2023 19:41  -118-

PO BOX 1853
HEREFORD TX 79045

806 357-2261

THORLASKON DIAMOND T                          REFERENCE : 65167
BOX 10040
                                              DATE      : 12/14/23
Airdrie AB T4A0H4


CUST #: 3780                                  LOT NUMBER: 01-1854
                                              PEN NUMBER: 310

---

           C A T T L E   S H I P M E N T   A D V I C E
---

       NUMBER HEAD              202     Heifers

       SOLD TO                  TYSON FRESH MEATS
                                PO BOX 30500
                                AMARILLO TX 79120

       GROSS WEIGHT             253,280        AVG/HD: 1,253.9

       PAY WEIGHT               243,149        AVG/HD: 1,203.7

       SHRINKAGE                4.00 %

       PRICE / CWT              179.67

       TOTAL AMOUNT             436,861.78     AVG/HD: 2,162.68

       BIC & ASSN FEES          404.00-
       CBP CHARGES              404.00-
                                ------------
       NET SALE AMOUNT          436,053.78
                                ============
       TOTAL CREDIT AMT         436,053.78


       LESS FEED & INTEREST     -84,943.24
                                ============
                                351,110.54

**KEELING CATTLE FEEDERS**
PO BOX 1853
HEREFORD TX 79045

806 357-2261

## P E R F O R M A N C E   R E C O R D

```
 Lot #   : 1854 THORKLASON/DIAMOND T         Pen #(s)   : 310

 Date In: 04/20/23                           Origin     : MCCLAIN
 Sex     : Heifers                           Background:
 Type    :                                   Flesh      :
```

### C A T T L E   R E C E I V E D

| Date | Head | OT Wt. | Avg OT | Pay Wt. | Avg PW | Shrnk | $/CWT | Total $ |
|---|---|---|---|---|---|---|---|---|
| 04/19/23 | 288 | 166,275 | 577 | 166,275 | 577 | | | |
| 04/20/23 | 13 | 4,580 | 352 | 4,580 | 352 | | | |
| TOTAL | 301 | 170,855 | 568 | 170,855 | 568 | | | |

### C A T T L E   D E A T H S

| Date | Head | Cause | Dys on Fd | $ Salvage | Dth Loss % |
|---|---|---|---|---|---|
| 04/29/23 | 1 | PNEUMONIA 2 | 10 | | |
| 05/08/23 | 1 | PNEUMONIA 3 | 19 | | |
| 05/24/23 | 1 | PNEUMONIA 2 | 35 | | |
| 06/30/23 | 1 | PNEUMONIA 2 | 72 | | |
| 07/13/23 | 1 | BLOAT | 85 | | |
| 09/02/23 | 1 | BLOAT | 136 | | |
| 09/21/23 | 1 | PENUMONIA 1 | 155 | | |
| 09/25/23 | 1 | BLOAT | 159 | | |
| 10/04/23 | 1 | PNEUMONIA | 168 | | |
| 10/25/23 | 1 | PNEUMONIA | 189 | | |
| 11/03/23 | 1 | PNEUMONIA | 198 | | |
| 12/02/23 | 1 | PROLAPSE | 227 | | |
| 12/11/23 | 1 | BLOAT | 236 | | |
| TOTAL | 13 | | | | 4.32 |

### C A T T L E   S H I P M E N T S

| Date | Head | Pay Wt. | Avg | $/CWT | Total $ | Buyer |
|---|---|---|---|---|---|---|
| 04/26/23 | 6 | 2,890 | 482 | 75.00 | 2,167.50 | SEEDSTOCK INVESTMENTS |
| 07/26/23 | 3 | 1,411 | 470 | 115.00 | 1,622.65 | SEEDSTOCK INVESTMENTS |
| 11/10/23 | 76 | 101,890 | 1,341 | 185.00 | 188,496.50 | CARGILL MEAT SOLUTION |
| 12/07/23 | 1 | 1,018 | 1,018 | 65.00 | 661.70 | SEEDSTOCK INVESTMENTS |
| 12/14/23 | 202 | 243,149 | 1,204 | 179.67 | 436,861.78 | TYSON FRESH MEATS |
| TOTAL | 288 | 350,358 | 1,217 | 179.76 | 629,810.13 | |

```
                      ASSOCIATION FEES:         556.00
                      CBP CHARGES     :         556.00
                      NET PROCEEDS    :     628,698.13
```

**KEELING CATTLE FEEDERS**
**PO BOX 1853**
**HEREFORD TX 79045**

**806 357-2261**

___

### C A T T L E   P E R F O R M A N C E

|  | ----- Pay Weight ---- | | ---- Off Truck Wt. ---- | |
|---|---:|---:|---:|---:|
|  | Deads In | Deads Out | Deads In | Deads Out |
| Days on Feed | 220 | | | |
| Total Head Days | 66,102 | | | |
| Total Pounds Gained | 179,503 | 186,882 | 179,503 | 186,882 |
| Average Pounds Gained | 596 | 649 | 596 | 649 |
| Average Daily Gain | 2.72 | 2.83 | 2.72 | 2.83 |
| Dry Matter Conversion | 7.11 | 6.83 | 7.11 | 6.83 |
| As Fed Conversion | 9.58 | 9.20 | 9.58 | 9.20 |
| Total Consumption | 1,718,890 | | | |
| Lbs/Hd/Day - As Fed | 26.00 | | | |
| Lbs/Hd/Day - Dry | 19.32 | | | |
| Feeding Cost/Lb. of Gain | 1.5219 | 1.4618 | 1.5219 | 1.4618 |
| Other Cost/Lb. Gain | .0245 | .0235 | .0245 | .0235 |
| Total Cost/Lb. Gain | 1.5464 | 1.4854 | 1.5464 | 1.4854 |
| Cost per Head per Day | 4.20 | | | |

```
                        KEELING CATTLE FEEDERS
                            PO BOX 1853
                         HEREFORD TX 79045

                           806 357-2261



Owner: 3780    THORLAKSON DIAMOND T              Percent Ownership: 100.00
               BOX 10040
               Airdrie AB T4A0H4                 Phone:  403-540-0666




                   P E R F O R M A N C E   R E C O R D
_____
   Lot #   : 1854 THORKLASON/DIAMOND T      Pen #(s)   : 310
_____
                  F I N A N C I A L   S U M M A R Y
                                          AVG/HEAD              AVG/CWT
 FEEDING EXPENSES -----
   FEED & RATIONS       269,498.14         895.34                150.14
   MEDICINE               1,707.36           5.67                   .95
   YARDAGE                1,538.36           5.11                   .86
   PROCESSING EXPENSE       199.30            .66                   .11
   CATTLE INSURANCE         244.80            .81                   .14
                       -------------     -----------          -----------
 COST OF GAIN-DEADS IN  273,187.96         907.60                152.19
             DEADS OUT                                           146.18
 SALES                  629,810.13       2,092.39                179.76
   BIC CHARGES            1,112.00           3.69                   .32
                       -------------     -----------          -----------
 NET SALES              628,698.13       2,088.70                179.44

                       =============     ===========          ===========
 CUSTOMER'S COST                                               $/CWT SOLD
    DUES, ETC.              236.81            .79                   .07
    INTEREST              4,162.82          13.83                  1.19
                       -------------     -----------          -----------
 TOTAL CUSTOMER'S COST    4,399.63          14.62                  1.26
```

```
RUN DATE: 23-AUG-2023  TIME: 02:15 PM              KEELING CATTLE FEEDERS              karen         SEQ #03939 PAGE 0001

C O M P R E H E N S I V E   Y A R D   S H E E T   B Y   O W N E R   ( 1 )

YARD #: 01 KEELING CATTLE FEEDERS
AS OF : 23-Aug-2023

                                              -DAYS ON-   --- AVERAGE PER HEAD ---                              OTHER      TOTAL
   LOT# PEN# LOT NAME           # HEAD  CUR HD  FEED  RTN  WEIGHT  CONSUM     GAIN    IN COST   FEED COST      COST       COST

OWNER #:   3780 THORLASKON DIAMOND T
===========================================
01-1854 110  THORKLASON/DIAM IN:  75.0         75.0  126  86 IN: 568  28.15<7DY> 3.097           39,695.89      996.78   40,692.67
             Heifers        DEAD:       HOS:        RTN:0004          27.44<14D> 3.029 AVG:     AVG:529.28  AVG: 13.29  AVG: 542.57
 100.00      DT IN: 04/19/23 SHIP:      BUL:             CUR: 993    26.30<CUM> 3.377 CWT:      H/D: 4.201  H/D:  .105  B/E:  54.63

        310  THORKLASON/DIAM IN: 226.0        212.0  126  86 IN: 568  25.48<7DY> 2.742         106,811.72    2,793.43  109,605.15
             Heifers        DEAD:  5.0 HOS:  3.0 RTN:0004           25.27<14D> 2.736 AVG:     AVG:472.62  AVG: 12.36  AVG: 484.98
 100.00      DT IN: 04/19/23 SHIP:  9.0 BUL:             CUR: 968    24.56<CUM> 3.087 CWT:     H/D: 3.919  H/D:  .102  B/E:  51.54
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
             Owner Total:   301.0        287.0
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PENS REPORTED :    2

        287.0 Heifers
        -------
        287.0 TOTAL CATTLE

Reporting criteria - Reporting sequence: 1 = Lot              Include shipped pens ? No     Include cattle grading data? No
                    Selected owners: 003780    000000    000000    000000    000000    000000    000000    000000    000000    000000
NOTE: Consumption averages include prorated hospital/buller feed.
```