# EXHIBIT E

NAME
NOM

UN LOT 5

No.
OPEN - 4

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025                          **BILL TO:**  TOM THORLAKSON

3/18/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 311 | H | 184360 | 1.9265 | $355,169.54 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | $0.00 | |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 311 | | | | $355,169.54 |

Transaction Date:               03-Apr
Transaction Total:    $ 1,861,766.55

| Invoice Date | Lot Number* | Head | | Invoiced Amount |
|---|---|---|---|---|
| 18-Mar-23 | UNL4 | | 186 | $ 210,089.79 |
| 18-Mar-23 | UNL5 | | 311 | $ 355,169.54 |
| 18-Mar-23 | UNL6 | | 309 | $ 351,946.63 |
| 18-Mar-23 | UNL7 | | 458 | $ 517,418.06 |
| 18-Mar-23 | UNL8 | | 379 | $ 427,142.53 |
| TOTAL | | | | $ 1,861,766.55 |

* Assigned by us for clarification, there are no invoice numbers  provided.

# WellsOne® Account

Account number: ■■■■■■■ ■ April 1, 2023 – April 30, 2023 ■ Page 1 of 2



THORLAKSON DIAMOND T FEEDERS, LP
2548 COUNTY ROAD 15
FRIONA TX 79035-7034

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online: wellsfargo.com*

*Write:*  Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary



| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| 04/03 | | 1,861,766.55 | WT Fed#02648 Mechanics Bank /Ftr/Bnf=McClain Feedyard Srf# Gw00000057550025 Trn#230403211719 Rfb# 112 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

NAME
NOM

UN LOT # 6

No.
OPEN-3

**MCCLAIN FEEDYARD INC.**

824 MULLINS LANE

BENTON KY. 42025    BILL TO:  TOM THORLAKSON

3/18/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 309 | H | 182526 | 1.9282 | $351,946.63 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| 309 | | | | $351,946.63 |

Transaction Date:                03-Apr
Transaction Total:    $ 1,861,766.55

| Invoice Date | Lot Number* | Head | | Invoiced Amount |
|---|---|---|---|---|
| 18-Mar-23 | UNL4 | 186 | $ | 210,089.79 |
| 18-Mar-23 | UNL5 | 311 | $ | 355,169.54 |
| 18-Mar-23 | UNL6 | 309 | $ | 351,946.63 |
| 18-Mar-23 | UNL7 | 458 | $ | 517,418.06 |
| 18-Mar-23 | UNL8 | 379 | $ | 427,142.53 |
| TOTAL | | | $ | 1,861,766.55 |

* Assigned by us for clarification, there are no invoice numbers  provided.

# WellsOne® Account

Account number: ████████ ■ April 1, 2023 – April 30, 2023 ■ Page 1 of 2



THORLAKSON DIAMOND T FEEDERS, LP
2548 COUNTY ROAD 15
FRIONA TX 79035-7034

**Questions?**

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online: wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA 94163

## Account summary



| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 04/03 | 1,861,766.55 | WT Fed#02648 Mechanics Bank /Ftr/Bnf=McClain Feedyard Srf# Gw00000057550025 Trn#230403211719 Rfb# 112 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

NAME
NOM.

LOT 1511

No.
OPEN - 19

# Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _284_ head of heifer calves at a total weight of _167,446_ lbs. at a price of _176.45_ per pound. They are lots _1511_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $_295,458.47_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $_171.53_ per lb. at an average weight of _775_ lbs.


Tom Thorlakson

_Tom Thl_

**Thorlakson Diamond T Feeders LP**

Date Signed _March 1, 2023_

Brian McClain

_n mcl_

**McClain Feedyard's/7M Feeders**

1511

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

**BILL TO:** TOM THORLAKSON

1/12/2023

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|---|---|---|---|---|
| 284 | H | 167446 | 1.7645 | $295,458.47 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 284 | | | | $295,458.47 |

## PROJECTED CLOSE OUT

| | |
|---|---:|
| HEAD | 284 |
| COST | 295458.47 |
| BOUGHT WEIGHT | 167446 |
| $ SOLD | 377526.74 |
| SELL WEIGHT | 220100 |
| COST/GAIN | 50021.3 |
| LBS GAINED | 52654 |
| PROFIT | 32046.97 |

# WellsOne® Account



Account number: ■■■■■ ■ February 1, 2023 - February 28, 2023 ■ Page 1 of 2

THORLAKSON DIAMOND T FEEDERS, LP
2548 COUNTY ROAD 15
FRIONA TX 79035-7034

### Questions?

Call your Customer Service Officer or Client Services
**1-800-AT WELLS** (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary



©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Account number: ███████ ■ February 1, 2023 - February 28, 2023 ■ Page 2 of 2



| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/23 | 295,458.47 | WT Fed#07693 Mechanics Bank /Ftr/Bnf=McClain Feedyard Srf# Gw00000056722701 Trn#230223177333 Rfb# 101 |



©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

NAME
NOM

LOT 1528

No.
OPEN - 11

## Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement.  The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _272_ head of heifer calves at a total weight of _160,834_ lbs. at a price of _167.85_ per pound. They are lots _1528_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ _269,959.87_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _164,48_ per lb. at an average weight of _775_ lbs.


Tom Thorlakson                                                    Brian McClain

Thorlakson Diamond T Feeders LP          McClain Feedyard's/7M Feeders

Date Signed _March 1, 2023_

1528

# MCCLAIN FEEDYARD

# INVOICE

**824 MULLINS LANE**

**BENTON KY 42025**

| INVOICE # | DATE |
|---|---|
| | ~~2/2/2023~~ 1/12/23 |

| CUSTOMER ID | TERMS |
|---|---|
| | Due Upon Receipt |

**BILL TO**

TOM THORLAKSON

| DESCRIPTION | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 272 H 160834# @167.85 | 160834 | 1.6785 | 269,959.87 |

| | | |
|---|---|---|
| *Thank you for your business!* | SUBTOTAL | 269,959.87 |
| | CHECK OFF | |
| | TOTAL $ | 269,959.87 |

**IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT**
**MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM**

# PROJECTED CLOSEOUT

| | |
|---|---|
| **HEAD** | 272 |
| **COST** | 269959.87 |
| **BOUGHT WEIGHT** | 160834 |
| **$ SOLD** | 346715.32 |
| **SELL WEIGHT** | 210800 |
| **COST/GAIN** | 47467.7 |
| **LBS GAINED** | 49966 |
| **PROFIT** | 29287.75 |

Transaction Date:        02-Mar
Transaction Total:    $    904,527.78
Difference:        $        1,000.00

| Invoice Date | Lot Number | Head | Invoiced Amount | |
|---|---|---|---|---|
| 12-Jan-23 | 1528 | 272 | $ | 269,959.87 |
| 12-Jan-23 | 1529 | 270 | $ | 262,335.42 |
| 12-Jan-23 | 1531 | 379 | $ | 373,232.49 |

| TOTAL | | | $ | 905,527.78 |
|---|---|---|---|---|

Account number: ■ March 1, 2023 - March 31, 2023 ■ Page 2 of 2



| 03/02 | 904,527.78 | WT Fed#08224 Mechanics Bank /Ftr/Bnf=McClain Feedyard Srf# Gw00000056890978 Trn#230302179124 Rfb# 103 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.