Timothy T. Pridmore; SBN: 00788224
Todd J. Johnston; SBN: 24050837
MCWHORTER, COBB & JOHNSON, LLP
1722 Broadway (79401)
P. O. Box 2547
Lubbock, Texas 79408
806/762-0214; 806/762-8014 (fax)
*Attorneys for Debtors 2B Farms, a Texas General Partnership,*
*Terry M. Robinson, Rebecca A. Robinson*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | Case No. 23-50084-rlj7 |
| **MCCLAIN FEED YARD, INC., et al.[1],** | § | |
| | § | Jointly Administered |
| | § | |
| Debtors. | § | Chapter 7 |

### WITNESS AND EXHIBIT LIST

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

**COME NOW**, 2B Farms, a Texas General Partnership, Terry M. "Bo" Robinson and Rebecca A. Robinson, (collectively, "Respondent", "Debtor" and/or "2B Farms") and file this Witness and Exhibit List for the hearing set for April 11, 2024 at 1:30 p.m. on Rabo AgriFinance, LLC's *Motion for Relief from Automatic Stay or, Alternatively, for Abandonment of Certain Cattle and Proceeds of Cattle* [ECF No. 192], and would show the Court as follows:

I.
WITNESS LIST

2B Farms expects to call some or all of the following witnesses:

1. Terry "Bo" Robinson; and
2. All witnesses designated or called by other parties.

2B Farms further reserves the right to call rebuttal or impeachment witnesses, as may be necessary.

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

{00746071.DOCX - ver}

II.
EXHIBIT LIST

1. Texas & Southwestern Cattle Raisers Association Report, File No. 23-07-015C;
2. Texas & Southwestern Cattle Raisers Association Report, File No. 23-01-019C;
3. 2B Farms' Buyer's Statements (251 hd);
4. McClain Purchase Invoice dated February 21, 2023,
5. Rule 11 Agreement First Bank & Trust, 2B Farms and Kent Ries, Chapter 7 Trustee, and
6. Affidavit of Terry Robinson dated August 11, 2023.

2B Farms reserves the right to offer any exhibit designated by other parties, present exhibits for rebuttal or impeachment purposes and to offer any documents or pleadings filed in this bankruptcy proceeding.

2B Farms reserves the right to supplement or amend this list any time prior to the hearing.

Respectfully submitted,

**MCWHORTER, COBB & JOHNSON, L.L.P.**
1722 Broadway
P.O. Box 2547
Lubbock, Texas 79408
(806) 762-0214 - Telephone
(806) 762-8014 – Facsimile

Timothy T. Pridmore
SBN: 00788224
*tpridmore@mcjllp.com*
Todd J. Johnston
SBN: 24050837
*tjohnston@mcjllp.com*

By: /s/ Todd J. Johnston
      Todd J. Johnston

***ATTORNEYS FOR DEBTORS 2B FARMS, A GENERAL TEXAS PARTNERSHIP, TERRY M. ROBINSON, AND REBECCA A. ROBINSON***

{00746071.DOCX - ver}    2

## CERTIFICATE OF SERVICE

I, Todd J. Johnston, do hereby certify that a true and correct copy of the foregoing *Witness & Exhibit List* was served by either court enabled electronic service or regular first-class U. S. Mail upon the following listed parties on this 8th day of April, 2024:

1. All parties registered to receive electronic service in this bankruptcy proceeding

/s/ Todd J. Johnston
Todd J. Johnston