

**TEXAS & SOUTHWESTERN CATTLE RAISERS ASSOCIATION**
**LAW ENFORCEMENT DIVISION**
**REPORT OF INVESTIGATION**
PO Box 101988, Fort Worth, Texas 76185
800-242-7820

| File No. **23-07-015C** | Date of Report: **04/20/2023** |
|---|---|
| Charge: **Cattle Inspection** | Submitting Investigator: **Jay Foster** |
| County: **Deaf Smith** | District No. **07** |
| Victim: **Bo Robinson** | Type: **INVESTIGATION** |
| Date of Offense: **04/19/2023** | Program: **NON CRIMINAL** |
| Case Status: **CLOSED** | Report Re: **CATTLE INSPECTION**  ORN: |
| Total Head Count: **250** | Total Value: **$250,000.00** |
| Livestock: **CATTLE**  Sex: **HEIFER**  Head Count: **250**  Value: **$250,000.00**  Detail: **Mixed**  Brand: **2B left hip** ||
| Livestock: **NONE**  Sex: **NONE**  Head Count:   Value: $   Detail:   Brand: ||
| Livestock: **NONE**  Sex: **NONE**  Head Count:   Value: $   Detail:   Brand: ||
| Misc: **NONE**  MFG:   Item Count:   Value: $   Identifying Marks: ||
| Equip: **NONE**  MFG:   VIN:   Value: $   Color:   Registration: ||

**CONTENTS OF THIS REPORT ARE FOR LAW ENFORCEMENT USE ONLY**

## SYNOPSIS

On 02/19/2023, I, Texas & Southwestern Cattle Raisers Association, Special Ranger Jay Foster went to a satellite 7M Cattle Feeder in Hereford, Texas and inspected cattle for Bo Robinson.

**Cross Related Files: 23-07-012C, 23-07-013C, & 23-07-014C**

## DETAILS

1. On 02/19/2023, I, Texas & Southwestern Cattle Raisers Association, Special Ranger Jay Foster went to a satellite 7M Feeders grow yard in Hereford, Texas and inspected cattle for Bo Robinson. The pens were northwest of Hereford, Texas. The GPS coordinates were 34.52'8" N, and 102.30'39" (Pens #1); 34.53'19" N, and 102.30'34" W (Pens #2). Bunker Trucking and Schueler Trucking from Friona, Texas hauled the cattle to JT Cattle Company in Friona, Texas. The cattle were branded with a 2B on the left hip.

2. Bobby Sherrard (940-203-1827) who was the caretaker of the cattle for 7M/McClain Feeders was present and assisted in the owners finding their lots. Sherrard had been hired by the financial institution from Arizona to continue caring for the cattle.

3. The following loads contained cattle inspected with 2B on the left hip.
   a. Load #1 – Wade Schueler (806-265-5662) hauled 85 head (Pens #2)
   b. Load #2 – Wade Lookingbill (806-640-2427) hauled 80 head (Pens #1)
   c. Load #3 – Jason Chance (806-567-1442) hauled 85 head (Pens #2)

4. Total cattle hauled was 250 head.

5. File closed.

## EVIDENCE

- N/A

## VICTIM / COMPLAINANT

1. Bo Robinson, 9397 County Road 3114, Snyder, Texas, 79549, 325-207-2794

## WITNESSES & INVESTIGATORS

1. Texas & Southwestern Cattle Raisers Association, Special Ranger Jay Foster, PO Box 415, Childress, Texas, 79201, 940-475-0295

## SUSPECT / PERSON OF INTEREST

1. 7M Cattle Feeders, 2546 County Road 15, Friona, Texas, 79035