

**TEXAS & SOUTHWESTERN CATTLE RAISERS ASSOCIATION**
**LAW ENFORCEMENT DIVISION**
**REPORT OF INVESTIGATION**
PO Box 101988, Fort Worth, Texas 76185
800-242-7820

| | |
|---|---|
| File No. **23-01-019C** | Date of Report: **05/08/2023** |
| Charge: **Cattle Inspection** | Submitting Investigator: **Special Ranger Chris Ward** |
| County: **Parmer** | District No. **01** |
| Victim: **Terry Max "Bo" Robinson** | Type: **INVESTIGATION** |
| Date of Offense: **04/19/2023** | Program: **NON CRIMINAL** |
| Case Status: **CLOSED** | Report Re: **CATTLE INSPECTION**  ORN: |
| Total Head Count: **552** | Total Value: **$552,000.00** |

| Livestock: **CATTLE** Sex: **YEARLING** Head Count: **552** Value: **$552,000.00** Detail: **Lot Numbers 1603, 1604, 1605, 1606, 1607, 1615, 1620, 1621, 1622, 1623, 1624** Brand: **2B on left hip** |
|---|
| Livestock: **NONE** Sex: **NONE** Head Count: Value: $ Detail: Brand: |
| Livestock: **NONE** Sex: **NONE** Head Count: Value: $ Detail: Brand: |
| Misc: **NONE** MFG: Item Count: Value: $ Identifying Marks: |
| Equip: **NONE** MFG: VIN: Value: $ Color: Registration: |

**CONTENTS OF THIS REPORT ARE FOR LAW ENFORCEMENT USE ONLY**

### SYNOPSIS

On 04/19/2023, I, Texas & Southwestern Cattle Raisers Association, Special Ranger Chris Ward traveled to a starter yard operated by McClain Farms in Friona, Texas. At that location, I inspected cattle for Mr. Terry Max Robinson.

**CROSS REFERENCE REPORT #23-01-017C, 23-01-018C, 23-01-020C, 23-01-021C, 23-01-022C, and 23-01-023C**

## DETAILS

1. On 04/19/2023, I, Texas & Southwestern Cattle Raisers Association, Special Ranger Chris Ward traveled to a starter yard operated by McClain Farms in Friona, Texas. At that location, I inspected cattle for Mr. Terry Max Robinson. This yard is located west of Friona approximately 2.5 miles on Farm to Market 2013 and 1.5 miles north on County Road 15. (GPS coordinates 34.6692 / -102.7749)

2. I noted that most of the cattle inspected were marked with Mr. Robinson's 2B brand on their left hip, and all had Lot Number tags that matched the documentation that Mr. Robinson presented.

3. The following loads contained cattle inspected with the 2B brand.
   (Mr. Robinson arranged for the trucks used to transport the cattle.)

   A. One truck load of 70 head.
   B. Three truckloads of 80 head each.
   C. One truck load of 82 head.
   D. One truck load of 68 head.
   E. One truck load of 77 head.
   F. One truck load of 15 head.

4. Total cattle inspected was 552 head.

5. File closed.

## EVIDENCE

- Scanned copy of Inspection Report #3340 (Attached at end of Report)

## VICTIM / COMPLAINANT

1. Terry "Bo" Max Robinson
   W/M DOB 11/22/1954
   9397 CR 3114
   Snyder, Texas 79549
   325-207-2794

## WITNESSES & INVESTIGATORS

1. Texas & Southwestern Cattle Raisers Association
   Special Ranger Chris Ward
   PO Box 88
   Clarendon, Texas 79226
   806-205-0119

## SUSPECT / PERSON OF INTEREST

1. Brian Keith McClain (DBA McClain Farms, 7M Feeders, and McClain Feed Yard)
   W/M DOB 11/18/1970 (Deceased 04/18/2023)
   824 Mullins Lane
   Benton, Kentucky 42025
   SSN: 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
   KY DL#M91107096

## ATTACHMENTS

[Attached TSCRA Certificate of Inspection #3340, owner Terry "Jo" Max Robinson, 9397 CR 3114, Snyder, TX 79549; inspector C. Ward, dated 4/19/23; Case Ref. 23-01-019C]