# COLEMAN LIVESTOCK AUCTION, LLC

JOHN ROBERTSON
PHONE: 817-475-6377

U. S. Hwy 84 North • P. O. Box 967 • Coleman, TX 76834
Office: 325-625-4191 • Fax: 325-625-2303

www.colemanlivestockauction.net

*CATTLE SALE EVERY WEDNESDAY 11:00 A. M.*

BUYER'S STATEMENT - RECAP

4126      (325)207-2794                                                157
BO ROBINSON                                      01/11/23
9397 CR 3114
SNYDER, TX  79549-

|  |  | ---------------- Total ---------------- | | --------- Average --------- | | |
| --- | --- | --- | --- | --- | --- | --- |
| Charge Acct | Head | Weight | Cost | Gross Cost | Weight | Price | Cost |
| BO | 20 | 9,185 | 15,523.85 | 15,868.29 | 459.25 | 172.76 | 793.41 |
| BO-X | 40 | 18,135 | 30,066.85 | 30,746.91 | 453.38 | 169.54 | 768.67 |
|  | 60 | 27,320 | 45,590.70 | 46,615.20 | 455.33 | 170.63 | 776.92 |

Hauling:     1,024.50 to  C BAR TRUCKING
Total Cost:  46,615.20

P♀
CK 9491

2B Farms Exh. 3

BO ROBINSON        HOPE YOU HAD A HAPPY NEW YEAR. WE APPRECIATE
YOUR BUSINESS AND LOOK FORWARD TO SERVING YOU IN 2023

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN. **COLEMAN LIVESTOCK AUCTION, LLC
BONDED FOR YOUR PROTECTION**

# COLEMAN LIVESTOCK AUCTION, LLC

**JOHN ROBERTSON**
**PHONE: 817-475-6377**

U. S. Hwy 84 North • P. O. Box 967 • Coleman, TX 76834
Office: 325-625-4191 • Fax: 325-625-2303

www.colemanlivestockauction.net

*CATTLE SALE EVERY WEDNESDAY 11:00 A. M.*

BUYER'S STATEMENT - RECAP

```
4126       (325)207-2794                                                          136
BO ROBINSON                                                01/18/23
9397 CR 3114
SNYDER, TX  79549-
```

| Charge Acct | Head | Total Weight | Total Cost | Gross Cost | Average Weight | Average Price | Average Cost |
|---|---|---|---|---|---|---|---|
| BO | 40 | 17,950 | 29,627.31 | 30,300.44 | 448.75 | 168.80 | 757.51 |
| | 40 | 17,950 | 29,627.31 | 30,300.44 | 448.75 | 168.80 | 757.51 |

```
              Hauling:        673.13 to   C BAR TRUCKING
                           ==============
              Total Cost:     30,300.44
```



BO ROBINSON                HOPE YOU HAD A HAPPY NEW YEAR. WE APPRECIATE
            YOUR BUSINESS AND LOOK FORWARD TO SERVING YOU IN 2023
I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN. **COLEMAN LIVESTOCK AUCTION, LLC**
**BONDED FOR YOUR PROTECTION**

BUYER'S STATEMENT - RECAP

# BIG SPRING LIVESTOCK AUCTION

(432)267-5881   INSURED & BONDED   (432)267-3664
P.O. BOX 102 BIG SPRING, TX  79721-

2441   114
BO ROBINSON   01/18/23
9397 CR 3114
SNYDER, TX  79549-

| Charge Acct | Head | Weight | Total Cost | Gross Cost | Avg Weight | Avg Price | Avg Cost |
|---|---|---|---|---|---|---|---|
| JETT  41 | 34 | 14,300 | 25,933.03 | 25,933.03 | 420.59 | 181.35 | 762.74 |
|  | 34 | 14,300 | 25,933.03 | 25,933.03 | 420.59 | 181.35 | 762.74 |

```
          Hauling:       143.00 to JETT CABLER
          Hauling:       150.00 to JK TRUCKING
                       ===============
       Total Cost:      26,226.03
```



WE ARE NOT RESPONSIBLE FOR SICK OR THIN CATTLE

**PURCHASE SHEET**     FROM     TELEPHONE: (325) 673-7865

CATTLE - TUESDAY

## ABILENE LIVESTOCK AUCTION, LLC
P.O. BOX 1461
ABILENE, TEXAS 79604

BUYER'S STATEMENT - RECAP

```
7209    (325)207-2794                                              123
BO ROBINSON                                        01/17/23
9397 CR 3114
SNYDER, TX  79549-
```

```
                  ----------------- Total ------------------   --------- Average ---------
Charge Acct   Head     Weight         Cost      Gross Cost    Weight    Price     Cost
BO             39      18,120      30,789.05     31,423.25    464.62    173.42    805.72
=========================================================================================
               39      18,120      30,789.05     31,423.25    464.62    173.42    805.72

             Hauling:              634.20  to  C BAR TRUCKING
                                 ===============
             Total Cost:        31,423.25   Avg Cost: 805.72
```





THANK YOU FOR YOUR BUSINESS

ABILENE LIVESTOCK AUCTION, LLC's ACCEPTANCE OF A CHECK, DRAFT, OR OTHER REMITTANCE IN THE FORM OF COMMERCIAL PAPER, EXCEPT LEGAL TENDER, IS CONDITIONAL PAYMENT ONLY AND DOES NOT CONSTITUTE FINAL PAYMENT UNTIL THE ITEM IS FINALLY PAID. UNTIL THE ITEM IS FINALLY PAID, THE SELLER RETAINS TITLE TO AND A SECURITY INTEREST IN THE LIVESTOCK.

WE ACT AS AGENTS ONLY         NOT RESPONSIBLE FOR ACCIDENTS OR DEATH

# COLEMAN LIVESTOCK AUCTION, LLC

U.S. Hwy 84 North • P.O. Box 967 • Coleman, TX 76834
Office: 325-625-4191 • Fax: 325-625-2303

**JOHN ROBERTSON**
**PHONE:** 817-475-6377

www.colemanlivestockauction.net

*CATTLE SALE EVERY WEDNESDAY 11:00 A.M.*

BUYER'S STATEMENT - RECAP

4126    (325)207-2794                                                    135
BO ROBINSON                                           01/04/23
9397 CR 3114
SNYDER, TX  79549-

| Charge Acct | Head | Total Weight | Total Cost | Gross Cost | Average Weight | Average Price | Average Cost |
|---|---|---|---|---|---|---|---|
| BO | 67 | 31,645 | 54,778.29 | 55,885.87 | 472.31 | 176.60 | 834.12 |
|  | 67 | 31,645 | 54,778.29 | 55,885.87 | 472.31 | 176.60 | 834.12 |

Hauling:      1,107.58 to  C BAR TRUCKING

Total Cost:   55,885.87

pd

BO ROBINSON         HOPE YOU HAD A HAPPY NEW YEAR. WE APPRECIATE
                    YOUR BUSINESS AND LOOK FORWARD TO SERVING YOU IN 2023

I ATTEST THAT ALL LIVESTOCK REFERENCED BY THIS DOCUMENT AND TRANSFERRED ARE OF USA ORIGIN. **COLEMAN LIVESTOCK AUCTION, LLC**
**BONDED FOR YOUR PROTECTION**

BUYER'S STATEMENT - RECAP

# BIG SPRING LIVESTOCK AUCTION

(432)267-5881       INSURED & BONDED        (432)267-3664
P.O. BOX 102 BIG SPRING, TX  79721-

2441                                                                                      114
BO ROBINSON                                          01/04/23
9397 CR 3114
SNYDER, TX  79549-

| Charge Acct | Head | Weight | Total Cost | Gross Cost | Avg Weight | Avg Price | Avg Cost |
|---|---|---|---|---|---|---|---|
| JETT 41 | 21 | 9,245 | 15,679.45 | 15,679.45 | 440.24 | 169.60 | 746.64 |
|  | 21 | 9,245 | 15,679.45 | 15,679.45 | 440.24 | 169.60 | 746.64 |

```
            Hauling:     92.45 to JETT CABLER
            Hauling:    150.00 to JK TRUCKING
                      ===============
         Total Cost:    15,921.90
```

WE ARE NOT RESPONSIBLE FOR SICK OR THIN CATTLE