# MCCLAIN FEEDYARD

**824 MULLINS LANE**

**BENTON KY 42025**

# INVOICE

| INVOICE # | DATE |
|---|---|
|  | 2/21/2023 |

| BILL TO |
|---|
| BO ROBINSON |

| CUSTOMER ID | TERMS |
|---|---|
|  | Due Upon Receipt |

| DESCRIPTION | | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 354 H 202417# @166.68 | LOT 1622 | 202417 | 1.6668 | 337,388.66 |
| 408 H 242597# @166.28 | LOT 1623 | 242597 | 1.6628 | 403,390.29 |
| 151 H 87338# @166.55 | LOT 1624 | 87338 | 1.6655 | 145,461.44 |
| 597 H 349066# @166.46 | LOT 1625 | 349066 | 1.6646 | 581,055.26 |
| 402 H 237743# @166.32 | LOT 1626 | 237743 | 1.6632 | 395,414.16 |
| 188 H 109284# @166.50 | LOT 1627 | 109284 | 1.6650 | 181,957.86 |
| 207 H 118735# @166.61 | LOT 1628 | 118735 | 1.6661 | 197,824.38 |
| 262 H 154004# @166.39 | LOT 1629 | 154004 | 1.6639 | 256,247.26 |

*Thank you for your business!*

| | |
|---|---|
| SUBTOTAL | 2,498,739.31 |
| CHECK OFF | |
| TOTAL | $ 2,498,739.31 |

IF YOU HAVE ANY QUESTIONS ABOUT THIS INVOICE, PLEASE CONTACT MEAGAN GOAD AT 270-703-1295 OR MCCLAINFARMS@GMAIL.COM

2B Farms Exh. 4