

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed April 16, 2024

_____
**United States Bankruptcy Judge**

_____


### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |


### ORDER GRANTING TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION REGARDING OTHER PRODUCED DISCOVERY

On March 14, 2024 at 1:30 p.m., the Court held a hearing on the Motion for Rule 2004 Examination Regarding Other Produced Discovery (Docket No. 176)(the "Motion") filed by Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy cases the "Bankruptcy Cases"), as well as the only response filed thereto by Rabo AgriFinance LLC at Docket No. 183. The Court finds that that service and notice thereof was sufficient and appropriate under the circumstances,

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

PAGE 1

and that based upon the record in this case, arguments of counsel, and agreement of Rabo AgriFinance LLC, the Motion should be granted to the extent set forth herein. IT IS THEREFORE,

ORDERED that the Motion is GRANTED as provided for herein; it is further

ORDERED that within twenty-one (21) days of the entry of this Order and within 14 days of receipt of future discovery, Rabo AgriFinance LLC, AgTexas Farm Credit Services, AgTexas PCA, Thorlakson Diamond T. Feeders, LP, Meagan B. Goad, and Kinsey Moreland (collectively the "Parties") shall produce to the Trustee:

- All Rule 2004 discovery previously received or received in the future either formally or informally from any party in the Debtors Bankruptcy Cases[2] or in the 2B Bankruptcy Cases as a result of Rule 2004 orders entered in either the Debtors Bankruptcy Cases or the 2B Bankruptcy Cases,[3] including but not limited to the discovery received pursuant to the foregoing requests;

- If any items are withheld, a description of the discovery withheld and a basis for withholding; and

- To the extent they exist, all formal written discovery responses received pursuant to those requests, such as objections, privilege logs, or any agreed protective orders or similar agreements.

The Parties shall identify all documents that are available in both physical and electronic format, and initially provide only the electronic version; and identify electronic data that is available in more than one format, and provide all formats (collectively referred to as the "Production").

### END OF ORDER ###

---

[2] McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

[3] Bankruptcy Case No. 23-50096-rlj12 2B Farms, a Texas General Partnership; Bankruptcy Case No. 23-50097-rlj12 Terry M. Robinson and Rebecca A. Robinson; Adv. 23-05002-rlj First Bank & Trust v. 2B Farms, a Texas General Partnership et al (including any discovery any prior state court proceeding); HTLF Bank v. 2B Farms, a General Texas Partnership et al (including any discovery any prior state court proceeding).

Order submitted by:
Hudson M. Jobe
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
COUNSEL FOR TRUSTEE

Agreed:

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson *(Pro Hac Vice)*
36 South State, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
*/s/ Michael R. Johnson*
Michael R. Johnson
*Attorneys for Rabo AgriFinance LLC*