Hudson M. Jobe
Texas Bar No. 24041189
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

SPECIAL COUNSEL TO THE TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § § | CASE NO. 23-20084-RLJ-7 |
| | § § | |
| Debtors. | § | Jointly Administered |

**NOTICE OF FILING FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 205 SOUTHEAST 5TH AVENUE, ROOM 133, AMARILLO, TEXAS, 79101-1559 BEFORE CLOSE OF BUSINESS ON MAY 10, 2024, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

On April 19, 2024, Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM"),

counsel to Kent Ries, Trustee (the "Trustee"), filed its First Interim Application for Allowance of

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

**NOTICE OF FILING FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES**

Fees and Expenses (the "Application"). QSLWM's fees and expenses total $289,911.03. However, as consideration for the stage of the case and to minimize objections thereto, QSLWM only seeks approval and payment in the Application of $250,000.00 provided that this amount is approved and paid in full without objection. In the event of any objection, QSLWM reserves the right to request the additional amounts.

Any party in interest may obtain a copy of the Application free of charge by making a written request to Hudson M. Jobe at Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201, fax (214) 871-2111, e-mail hjobe@qslwm.com.

        Respectfully submitted,

        QUILLING, SELANDER, LOWNDS
          WINSLETT & MOSER, P.C.
        2001 Bryan Street, Suite 1800
        Dallas, Texas 75201
        (214) 871-2100 (Telephone)
        (214) 871-2111 (Facsimile)

By: */s/ Hudson M. Jobe*
        Hudson M. Jobe
        State Bar No. 24041189
SPECIAL COUNSEL FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing (a) by ECF upon all persons who have filed ECF appearances in this case and (b) by first class mail, postage prepaid, on the persons and entities set forth on the attached service list. The service list is omitted from service copies to avoid unnecessary copying and postage charges, but a copy can be obtained free of charge by making a written request to Hudson M. Jobe at Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201, fax (214) 871-2111, e-mail hjobe@qslwm.com.

        */s/ Hudson M. Jobe*
        Hudson M. Jobe

**JOINT SERVICE LIST**
**McClain Jointly Administered Cases**
**Case No. 23-20084 (Lead Case)**
Case No. 23-20085
Case No. 23-20086

| | | |
|---|---|---|
| Office of the United States Trustee<br>1100 Commerce Street, Room 976<br>Dallas, TX 75242 | McClain Feed Yard, Inc.<br>4010 FM 1057<br>Hereford, TX 79045 | McClain Farms, Inc.<br>824 Mullin Lane<br>Benton, KY 42025 |
| 7M Cattle Feeders, Inc.<br>2546 CR 15<br>Friona, TX 79035 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401 | Ag Texas Farm Credit Services<br>PO Box 50060<br>Amarillo, TX 79159-0060 |
| Northland Capital Financial Services<br>c/o Jenkins & Kling, P.C.<br>Attn: Nicole E. Gorovsky<br>150 N. Meramec Ave., Suite 400<br>St. Louis, MO 63105 | W. Robbie Russell Living Trust<br>Robbie Russell<br>414 Preston Drive<br>Brownsville, TX 38012 | 2B Farms, Inc.<br>9012 County Rd. 3114<br>Synder, TX 79549 |
| Acey Livestock, LLC<br>211 Old Orchard Road<br>Perryville, KY 40468 | AgTexas Farm Credit Services<br>2001 S. Soncy Road<br>Amarillo, TX 79124 | AgTexas, PCA<br>2001 S. Soncy Road<br>Amarillo, TX 79124 |
| Angela Powell<br>86 B Commerce Blvd.<br>Benton, KY 42025 | Arnold Braun<br>Arnold Braun Trust<br>4932 E SR 70<br>Grandview, IN 47615 | BJM Sales & Service<br>PO Box 1073<br>Hereford, TX 79045-1073 |
| Bar D Ranch Land & Cattle, LLC<br>4458 S. U.S. Highway 441<br>Lake City, FL 32025 | Big Seven Capital Partners LLC<br>200 Rock Vista Run<br>Austin, TX 78737 | Bo Robinson<br>9397 County Rd. 3114<br>Synder, TX 79549 |
| Bryan Blackman<br>4553 Texas Street<br>Healdton, OK 73438 | C Heart Ranch LLC<br>Colette Lesh<br>454 Daniels Lane<br>Ardmore, OK 73401 | Cactus Feeders Finance LLC<br>PO Box 3050<br>Amarillo, TX 79116-3050 |
| Cactus Operating LLC<br>Robert M. Kettle, Agent<br>600 S. Tyler Street, Suite 280<br>Amarillo, TX 79101 | Caleb Little<br>672 Nelson Trl.<br>Dexter, KY 42036 | Carl Pickett<br>524 Travis Street<br>650 FM 163 Rd.<br>Liberty, TX 77575 |
| Carr, Riggs & Ingram, LLC<br>2424 Louisiana Blvd., NW<br>Suite 300<br>Albuquerque, NM 87110 | Carraway Cattle<br>200 Rock Vista Run<br>Austin, TX 78737 | Caterpillar Financial Services Corp.<br>2120 West End Avenue<br>Nashville, TN 37203 |

| | | |
|---|---|---|
| Charles Waters McClain<br>824 Mullins Lane<br>Benton, KY 42025 | Clint Quarles<br>Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601 | Cody L. Simmons<br>PO Box 180<br>Canyon, TX 79015-0180 |
| Colton Long<br>2001 S. Soncy Road<br>Amarillo, TX 79124 | Community Financial Services Bank<br>Attn: Loss Mitigation<br>PO Box 467<br>Benton, KY 42025-0467 | Cory Don Priest<br>6010 East FM 597<br>Abernathy, TX 79311 |
| Crystal McClain<br>824 Mullins Lane<br>Benton, KY 42025 | Curtis Jones Farms<br>1720 W. 13th Ave.<br>Emporia, KS 66801 | David Rainey<br>88 CR 640<br>Corinth, MS 38834 |
| Death Creek Farms LLC<br>10150 Highway 47<br>West Point, MS 39773 | Don Jones<br>2434 Road Y<br>Reading, KS 66868 | Don Jones Farm, Inc.<br>2434 Road Y<br>Reading, KS 66868 |
| Don Jones Trucking, Inc.<br>2434 Road Y<br>Reading, KS 66868 | Douglas C. Pritchett<br>19601 FM 1541<br>Canyon, TX 79015 | Dr. Arnold Braun<br>4932 E. SR 70<br>Grandview, IN 47615 |
| Dwight and Patty Jesko<br>112 RR 5<br>3970 FM 1057<br>Hereford, TX 79045 | Eric DeJarnatt<br>1115 CR 1024<br>Cunningham, KY 42035 | First Capital Bank of Texas<br>3900 Soncy Road<br>Amarillo, TX 79119 |
| First Kentucky Bank, Inc.<br>605 Main Street<br>Benton, KY 42025 | Friona Industries<br>PO Box 15568<br>Amarillo, TX 79105 | Friona Industries, L.P.<br>500 S. Taylor Street, Suite 601<br>Amarillo, TX 79101 |
| Frontier<br> Farm Credit<br>PO Box 2409<br>Omaha, NE 68103 | Garwood Cattle Company LLC<br>Justin Garwood<br>2538 Middleton Road<br>Columbiana, OH 44408 | Heartland Co-Op<br>2829 Westown Parkway, Ste. 350<br>West Des Moines, IA 50266 |
| Hines Cattle Company, LLC<br>12609 NW 298th Street<br>High Springs, FL 32643 | Hines Farms, LLC<br>1019 NE 90th Ave.<br>High Springs, FL 32643 | J. Brent Burnett<br>1612 Sanderson Rd.<br>Mayfield, KY 42066 |
| Jake Rininger<br>2828 S. Co. Rd. 200 W.<br>Rockport, IN 47635 | Jared Lesh Cowhorses Inc.<br>10801 E. Highway 82<br>Whitesboro, TX 76273 | Jared Wayne Lesh<br>10801 E. Highway 82<br>Whitesboro, TX 76273 |

| | | |
|---|---|---|
| Jed Goad<br>JLE Trucking, Inc.<br>PO Box 451<br>Red Boiling Springs, TN 37150 | Jimmy D. Greer<br>3209 Wrather Rd.<br>Murray, KY 42071 | John Dale Tidwell<br>209 Duffers Ln.<br>Mayfield, KY 42066 |
| Jordan Robert Lesh<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075 | Jordan and Jan Lesh<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075 | Julie Whitlock<br>PO Box 389<br>Mayfield, KY 42066 |
| Justin Stuever<br>PO Box 22<br>Morrison, OK 73061-0022 | Keeling Cattle Feeders, Inc.<br>PO Box 1853<br>Hereford, TX 79045-1853 | Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025 |
| Piper Olivia McClain<br>Marcus H. Herbert<br>Attorney at Law<br>416 South 5th Street<br>Paducah, KY 42002 | Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601 | Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868 |
| Lazy J Arena, LLC<br>1419 W. 80th Street<br>Stillwater, OK 74074 | Lazy J Cattle<br>1515 W. 80th Street<br>Stillwater, OK 74074 | Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077 |
| Lesh Trucking<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075 | Lyndal VanBuskirk<br>Janet VanBuskirk<br>PO Box 778<br>Ringling, OK 73456-0778 | MAP Enterprises Inc.<br>Mike Gourley<br>PO Box 1045<br>Mayfield, KY 42066-0041 |
| Meagan B. Goad<br>1775 Wadesboro Rd.<br>S. Benton, KY 42025 | Meagan B. Powell<br>621 Mullins Ln.<br>Benton, KY 42025 | Mechanics Bank<br>18400 Von Karman Avenue<br>Suite 1100<br>Irvine, CA 92612 |
| Michael Gourley<br>PO Box 1045<br>Mayfield, KY 42066-0041 | Mykel Linn Tidwell<br>66 Lake Terry Dr.<br>Mayfield, KY 42066 | Northland Capital Financial Services<br>PO Box 7278<br>Saint Cloud, MN 56302-7278 |
| Northland Capital Financial Services<br>333 33rd Ave. South<br>St. Cloud, MN 56301 | Oklahoma AgCredit<br>601 East Kenosha<br>Broken Arrow, OK 74012 | Open A Arena LLC<br>14500 S. FM 1258<br>Amarillo, TX 79118 |
| Patti Priest<br>6010 East FM 597<br>Abernathy, TX 79311 | Priest Cattle Company, Ltd.<br>6010 East FM 597<br>Abernathy, TX 79311 | Priest Cattle and Land Company, Inc.<br>6010 East FM 597<br>Abernathy, TX 79311 |

| | | |
|---|---|---|
| Priest Victory Investment LLC<br>6010 East FM 597<br>Abernathy, TX 79311 | Producers Credit Corporation<br>8351 N. High Street, Suite 250<br>Columbus, OH 43235 | Purina Animal Nutrition LLC<br>4001 Lexington Avenue North<br>Arden Hills, MN 55126 |
| Rabo AgriFinance LLC<br>1402 Technology Dr.<br>Cedar Falls, IA 50613 | Rabo AgriFinance LLC<br>14767 North Outer 40 Road, Ste. 400<br>Chesterfield, MO 63017 | Rapp Ranch<br>Philip E. Rapp<br>400 Smith Trail<br>Weatherford, TX 76088 |
| Rick Rodgers<br>PO Box 931<br>786 Sutton Ln.<br>Mayfield, KY 42066 | Riley Livestock<br>250 Brittian Lane<br>Mayfield, KY 42066 | Robert Braun<br>12307 E. Co. Rd. 1160 N<br>Evanston, IN 47531 |
| Samuel S. Brown<br>3430 St. Rt. 45 S<br>Mayfield, KY 42066 | Scarlet & Black Cattle, LLC<br>5402 Walesa Court<br>Amarillo, TX 79119 | Scott Livestock Company<br>Steve Scott<br>10150 Highway 47<br>West Point, MS 39773 |
| Shaw & Shaw Farms Partnership, LLC<br>Buckley Shaw<br>11605 NW 140 St.<br>Alachua, FL 32615 | Sherman Trucking<br>2098 Symsonia Highway<br>5508 Oak Level Rd.<br>Benton, KY 42025 | Spencer Clift<br>Baker, Donelson, Bearman, et al<br>165 Madison Ave.<br>Memphis, TN 38103 |
| Steve T. Scott Farms, Inc.<br>10150 Highway 47<br>West Point, MS 39773 | TGF Ranch, LLC<br>Tom Frith<br>1585 E M-79 Hwy.<br>Hastings, MI 49058 | Takeuchi Financial Services<br>1625 West Fountainhead Pkwy.<br>AZ-FTN-1<br>Tempe, AZ 85282-2371 |
| Terry Burnett<br>210 Bethel Church Rd.<br>Melber, KY 42069 | Thorlakson Feedyards<br>273131 RR 284<br>Airdrie, Alberta, T4A 0H4  Canada | Thorlakson Diamond T. Feeders, L.P.<br>Tom Thorlakson<br>2548 CR 15<br>Friona, TX 79035 |
| Kristin McClain<br>Marcus H. Herbert<br>Attorney at Law<br>416 South 5th Street<br>Paducah, KY 42002 | WJ Performance Horses, Inc.<br>524 Travis Street<br>Liberty, TX 77575 | Wildforest Cattle Company LLC<br>Samuel Brown<br>1206 Paris Road<br>Mayfield, KY 42066 |
| Curtis Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801 | David Hines<br>12609 NW 298th Street<br>High Springs, FL 32643 | Don Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801 |
| Eddie Stewart<br>1571 Upper Zion Road<br>Brownsville, TN 38012 | Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 | Kinsey Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801 |

| | | |
|---|---|---|
| Steven Hines<br>12609 NW 298th Street<br>High Springs, FL 32643 | Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart<br>414 Preston Drive<br>Brownsville, TN 38012 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Cactus Feeders Finance LLC<br>600 S. Tyler Street, Suite 2800<br>Amarillo, TX 79101 | Chelsea Waters McClain<br>824 Mullins Lane<br>Benton, KY 42025 | Stanley Ayers<br>6200 Ross Rd.<br>Rockford, OH 45882 |
| Carl Pickett<br>650 FM 163 Rd.<br>Liberty, TX 77575 | Community Financial Services Bank<br>100 Dick Castleman Bypass<br>Mayfield, KY 42066 | Cory Don Priest<br>899 Rosenthal Road<br>Lorena, TX 76655 |
| Rabo AgriFinance, LLC<br>PO Box 411995<br>St. Louis, MO 63141 | River Valley AgCredit<br>1401 North 12th Street<br>Benton, KY 42025 | Citizens Bank<br>c/o Shawn K. Brady<br>Brady Law Firm, PLLC<br>6136 Frisco Square Blvd., Suite 400<br>Frisco, TX 75034 |
| Jan Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 | Mark J. Reisz<br>514 Americas Way, #13812<br>Box Elder, SD 57719 | Euler Hermes N.A. Insurance Co. as Agent for WHIT<br>Attn: Chris T. Antony<br>800 Red Brook Blvd., #400C<br>Owings Mills, MD 21117 |
| Cory and Jeff Jesko<br>3970 FM 1057<br>Hereford, TX 79045 | Robert & Rachel Stewart<br>1068 US Highway 70 East<br>Brownsville, TN 38012 | James McCuan<br>6804 Poplar Corner Rd.<br>Bells, TN 38006 |
| Jordan Lesh, LLC<br>348500 E 3700 Rd.<br>Perry, OK 73077 | National Finance Credit Corporation of Texas<br>410 E. Weatherford St.<br>Fort Worth, TX 76102 | Carol Bosshardt<br>3925 NW 151st Way<br>Newberry, FL 32669 |
| Joseph Donelson Jones, II<br>39551 CR 439<br>Umatilla, FL 32784 | Richard Carraway<br>2427 Highway 51 South<br>Dyersburg, TN 38024 | Big Seven Capital Partners LLC<br>Robert Carraway<br>6809 Main Street, #101<br>Cincinnati OH 45244 |
| Robert Ellis<br>7050 Old Schoolhouse Lane<br>Number Two<br>Easton, MD 21601 | Carraway Cattle, LLC<br>Robert Carraway<br>6809 Main Street, #101<br>Cincinnati OH 45244 | Ridgefield Capital Asset Management<br>James Giordano, CFO<br>PO Box 389<br>Ridgefield, CT 06877 |
| Joe Burnett<br>187 Peachtree Rd.<br>Melber, KY 42069 | Riley Livestock, Inc.<br>c/o Mary Ann Hunter<br>PO Box 663<br>Mayfield, KY 42066 | Drew Phillips<br>71 Calumet Dr.<br>Jackson, TN 38305 |

| | | |
|---|---|---|
| Barry Phillips<br>325 Pinewood Ln.<br>Ridgeland, MS 39157 | Scott E. Stewart<br>3767 Montclair Drive<br>Memphis, TN 38111 | Priest Cattle Company, Ltd.<br>899 Rosenthal Road<br>Lorena, TX 76655 |
| Priest Victory Investment LLC<br>899 Rosenthal Road<br>Lorena, TX 76655 | Comptroller of Public Accounts<br>c/o Office of the Attorney General<br>Bankruptcy-Collections Division MC-008<br>PO Box 12548<br>Austin, TX 78711-2548 | |
| Philip E. Rapp<br>102 Houston Avenue<br>Weatherford, TX 76086 | Ed and Rieta Dufurrena<br>Kenneth Netardus<br>1030 N. Western<br>Amarillo, TX 79106 | HTLF Bank<br>9816 Slide Road<br>Lubbock, TX 79424 |
| Job E. White<br>10216 SW 49th Ln.<br>Gainesville, FL 32608 | Open A Arena<br>Kenneth R. Netardus<br>1030 N. Western<br>Amarillo, TX 79106 | Republic Services #796<br>PO Box 9001099<br>Louisville, KY 40290-1099 |
| Buss Family Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 | AJ Jacques Living Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 | Arnold Braun Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 |
| Canyon Rim Consulting, LLC<br>301 S. Polk St., Ste. 815<br>Amarillo, TX 79101 | 2B Farms, a Texas General Partnership<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>PO Box 2547<br>Lubbock, TX 79408-2547 | Caterpillar Financial Services Corp.<br>c/o Dickinson Wright PLLC<br>Attn: John R. Nelson<br>607 W. 3rd Street, Suite 2500<br>Austin, TX 78701 |
| Gene Brookshire Family, LP<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 | Gray Brothers<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 | Gungoll Cattle, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 |
| Jordan Lesh, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 | Lesh Family Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 | Morrison Café, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 |
| Scarlet and Black Cattle, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 | Scott Livestock Company, Inc.<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 | Steve T. Scott Farm, Inc.<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 |
| AJ Jacques Living Trust<br>c/o Abel Leal<br>Simmons Smith Brown, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | Bryan Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 | Charles Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105 |

Colby Van Buskirk
Susan Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Craig Sutton
c/o Abel Leal
Simmons Smith Brown, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015

Carraway Cattle, LLC
c/o Amber S. Miller
Crenshaw, Dupree & Milam, LLP
PO Box 64479
Lubbock, TX 79464-4479

Caterpillar Financial Services Corporation
c/o Dickinson Wright PLLC
Attn: Michelle Esparza
221 N. Kansas Street, Suite 2000
El Paso, TX 79901

Dennis Buss
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Dora Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Eddie Bryant
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Eddie Stewart
c/o Kyle Weldon
James D. Bradbury, PLLC
201 Main Street, Suite 600
Fort Worth, TX 76102

Gary Lesh
c/o Abel Leal
Simmons Smith Brown, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015

Gene Brookshire Family, LP
c/o Abel Leal
Simmons Smith Brown, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015

Jan & Gary Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Janice Lawhon
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Jared Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Jimmy Greer
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Michael & Miranda Evans
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

MAP Enterprises, Inc.
c/o Jeff Prostok
777 Main Street, Suite 1550
Fort Worth, TX 76102

National Finance Corporation of Texas
c/o Kyle Weldon
James D. Bradbury, PLLC
201 Main Street, Suite 600
Fort Worth, TX 76102

Robert Braun
c/o Abel Leal
Simmons Smith Brown, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015

Robert E. Gray
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Robert Spring
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Ronnie Gray
c/o Abel Leal
Simmons Smith Brown, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015

Richard Carraway
c/o Amber S. Miller
Crenshaw, Dupree & Milam, LLP
PO Box 64479
Lubbock, TX 79464-4479

Ridgefield Capital Group, LLC
c/o Amber S. Miller
Crenshaw, Dupree & Milam, LLP
PO Box 64479
Lubbock, TX 79464-4479

Robert Braun
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Robert Ellis
c/o Amber S. Miller
Crenshaw, Dupree & Milam, LLP
PO Box 64479
Lubbock, TX 79464-4479

Robert Stewart & Rachel Conway Stewart
c/o Lane & Countryman
1045 Cheever Blvd., Ste. 103
San Antonio, TX 78217

Scarlet & Black Cattle, LLC
c/o Abel Leal
Simmons Smith Brown, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015

Scott Livestock Company, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Sherle Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Steve Ryan
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Steve T Scott Farms, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Scott Livestock Company (Steve Scott)
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Scott Stewart
c/o Amber S. Miller
Crenshaw, Dupree & Milam, LLP
PO Box 64479
Lubbock, TX 79464-4479

Thorlakson Diamond T Feeders, Inc.
David L. LeBas
8310 N. Capital of Texas Hwy., Ste. 490
Austin, TX 78731

W. Robbie Russell Living Trust
c/o Kyle Weldon
James D. Bradbury, PLLC
201 Main Street, Suite 600
Fort Worth, TX 76102

W. Robbie Russell Living Trust and Eddie Stewart
c/o Kyle Weldon
James D. Bradbury, PLLC
201 Main Street, Suite 600
Fort Worth, TX 76102

Amy Sutton
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Craig Sutton
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Crystal McClain
Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42002

Kinsey Moreland
c/o Boerner, Dennis & Franklin, PLLC
PO Box 1738
Lubbock, TX 79408-1738

Meagan B. Goad
c/o Boerner, Dennis & Franklin, PLLC
PO Box 1738
Lubbock, TX 79408-1738

Nikki Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Ronnie Gray
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

First Kentucky Bank
c/o Tom Blankenship
Blankenship & Edwards
PO Box 571
Benton, KY 42025

AgTexas Farm Credit Services
c/o David L. LeBas
8310 N. Capital of Texas Hwy., Ste. 490
Austin, TX 78731

AgTexas, PCA
David L. LeBas
8310 N. Capital of Texas Hwy., Ste. 490
Austin, TX 78731

Angela Robinson
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
PO Box 2547
Lubbock, TX 79408-2547

Douglas Finley
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Janet Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Joel Brookshire
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Jim Rininger
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Leah Gungoll
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Lyndal Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Priest Cattle Company, Ltd.
c/o Kyle Weldon
James D. Bradbury, PLLC
201 Main Street, Suite 600
Fort Worth, TX 76102

Priest Victory Investment LLC
c/o Kyle Weldon
James D. Bradbury, PLLC
201 Main Street, Suite 600
Fort Worth, TX 76102

Robert Gray
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Gary Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105

Amy & Craig Sutton
7130 Horizon Trail
McKinney, TX 75071

**USDA Claimants:**

Barrett's Livestock, Inc.
Don Ralph Barrett
251 W. Laurens School Rd.
Dublin, GA 31021

Douglas C. Pritchett – DAC83
2200 4th Street, #131
Canyon, TX 79015

Dufurrena Cutting Horses
Ed Dufurrena
820 CR 133
Gainesville, TX 76240

Rieta May Dufurrena
820 CR 133
Gainesville, TX 76240

Garwood Cattle Company LLC
Justin Garwood
2538 Middleton Road
Columbiana, OH 44408

Jace Harrold
650 FM 163
Cleveland, TX 77327

Brooks Farms
Keith Brooks / JoAnn Brooks
4778 Albert Owens Rd.
South Fulton, TN 38257

Cameron Weddington
40 Plainsfield Pl.
Jackson, TN 38305

Jean Nix
PO Box 1527
Mont Belvieu, TX 77580

Morgan & Cody Perry
8242 N. Main Street
Braman, OK 74632

Ralph Reisz
4062 Keller Rd.
Owensboro, KY 42301

Ridgefield Capital Asset Management
James Giordano, CFO
PO Box 389
Ridgefield, CT 06877

University of Florida
Audy Spell
PO Box 110910
Gainesville, FL 32611

Starnes Cattle
Jeff Starnes
851 SW 6th Ave.
Williston, FL 32696

Phillip Sullivan
396 Neeley Rd.
Mayfield, KY 42066

TGF Ranch, LLC
Tom Frith
1585 E M-79 Hwy.
Hastings, MI 49058

Tindal Truck Sales
John Tindal
3484 State Road 43N
Mayfield, KY 42066

Nancy Weddington
3486 Hwy. 70E
Brownsville, TN 38012

William A. Weddington
3486 Hwy. 70E
Brownsville, TN 38012

Natalie S. Martus
111 Post Oak Dr.
Krugerville, TX 76227

Angie Robinson
9012 CR 3114
Snyder, TX 79545

Kingdom Trust
James McCuan
6804 Poplar Corner Rd.
Bells, TN 38006

LFC Cattle
Lyndal VanBuskirk
PO Box 778
Ringling, OK 73456

Carraway Cattle, LLC
Robert Carraway
6809 Main Street, #101
Cincinnati OH 45244

Big Seven Capital Partners LLC
Robert Carraway
6809 Main Street, #101
Cincinnati OH 45244

Dora Blackman
25335 N. Midwest Blvd.
Orlando, OK 73073

Joel Brookshire
Gene Brookshire Family, LP
907 Reidland Road
Crosby, TX 77532

Eddie Bryant
1000 Fox Bend Way
Prosper, TX 75078

Joe Burnett
187 Peachtree Rd.
Melber, KY 42069

| | | |
|---|---|---|
| Buss Family Trust<br>Edwin D. Buss<br>2228 Crooked Oak<br>Shawnee, OK 74804 | Dennis Buss<br>403 E. Grand<br>Tonkawa, OK 74653 | Richard Carraway<br>2427 Highway 51 South<br>Dyersburg, TN 38024 |
| Richard Brad Carraway<br>Carraway Trust<br>200 Rock Vista Run<br>Austin, TX 78737 | Robert Ellis<br>7050 Old Schoolhouse Lane<br>Number Two<br>Easton, MD 21601 | Michael Evans<br>155 Via Rd.<br>Clinton, KY 42031 |
| Doug Finley<br>3321 South Louisville<br>Tulsa, OK 74135 | Gray Brothers Cattle<br>Robert Gray<br>348500 E 3700 Rd.<br>Ralston, OK 74650-5050 | Gray Brothers Cattle<br>Ronnie Gray<br>27 36th St. Hwy. 18<br>Fairfax, OK 74637-5053 |
| Jimmy Greer<br>3209 Wrather Road<br>Murray, KY 42071 | Gungoll Cattle, LLC<br>Bradley Gungoll<br>3818 South Sangre Rd.<br>Stillwater, OK 74074 | Leah Gungoll<br>3818 South Sangre Rd.<br>Stillwater, OK 74074 |
| A.J. Jacques Living Trust<br>A.J. Jacques, Trustee<br>4025 W. Deer Crossing Dr.<br>Stillwater, OK 74074 | Dustin Johnson<br>28081 Hwy. 12<br>McCool, MS 39108 | Janice Lawhon<br>912 S. 1st<br>Blackwell, OK 74631 |
| Jan and Gary Lesh<br>19700 County Road 200<br>Perry, OK 73077 | Charles Lockwood<br>30789 E 1920 Rd.<br>Ringling, OK 73456 | Open A Arena, LLC<br>Doug Pritchett<br>19601 FM 1541<br>Canyon, TX 79015 |
| Barry Phillips<br>325 Pinewood Ln.<br>Ridgeland, MS 39157 | Drew Phillips<br>71 Calumet Dr.<br>Jackson, TN 38305 | Christopher Prince<br>206 Urbana Dr.<br>Blackwell, OK 74631 |
| David Rainey<br>69 CR 640<br>Corinth, MS 38834 | Riley Livestock, Inc.<br>Jeff Riley<br>PO Box 663<br>Mayfield, KY 42066 | Steve Ryan<br>4214 Topaz Cir.<br>Yukon, OK 73099 |
| Robert J. Spring<br>PO Box 2096<br>Edmond, OK 73083 | Scott E. Stewart<br>3767 Montclair Drive<br>Memphis, TN 38111 | Amy & Craig Sutton<br>1546 Cliff Creek Drive<br>Allen, TX 75002 |
| Susan & Colby VanBuskirk<br>PO Box 778<br>Ringling, OK 73456-0778 | WJ Performance Horses, Inc.<br>Weston Raub<br>650 FM 163<br>Cleveland, TX 77327 | Bar D Ranch Land & Cattle<br>4458 S. US Hwy. 441<br>Lake City, FL 32025 |

2B Farms
Terry "Bo" Robinson
9397 CR 3114
Snyder, TX 79549

Acey Livestock, LLC
211 Orchard Rd.
Perryville, KY 40468

Arnold Braun Trust
4932 E. SR 70
Grandview, IN 47615

Job White
(Bella Elegance)
10216 SW 49th Lane
Gainesville, FL 32608

Brent Burnett
1612 Sanderson Rd.
Melber, KY 42066

Bryan Blackman
4553 Texas Street
Healdton, OK 73438

C Heart Ranch
Colette Lesh
454 Daniels Lane
Ardmore, OK 73401

Cole Lockwood
PO Box 180
Canyon, TX 79015

Cory Jesko
3970 FM 1057
Hereford, TX 79045

Curtis Jones Farms
1720 W. 13th Ave.
Emporia, KS 66801

David Johnson
PO Box 180
Canyon, TX 79015

Don Jones Farm, Inc.
2434 Road Y
Reading, KS 66868

Don Jones Trucking
2434 Road Y
Reading, KS 66868

Dwight Jesko
3970 FM 1057
Hereford, TX 79045

Eddie Stewart
c/o Kyle K. Weldon
201 Main Street, Suite 600
Fort Worth, TX 76102

Eric DeJarnatt
1115 CR 1024
Cunningham, KY 42035

Hines Cattle Company, LLC
Steven Hines
12609 NW 298th St.
High Springs, FL 32643

Hines Farms, LLC
David Hines
1019 NE 90th Ave.
High Springs, FL 32643

Janet VanBuskirk
PO Box 778
Ringling, OK 73456

Jared Lesh
912 S. 1st
Blackwell, OK 74631

Jim Rininger
PO Box 180
Canyon, TX 79015

John Tidwell
209 Duffers Lane
Mayfield, KY 42066

Jordan Lesh
10400 N. Perkins Road
Stillwater, OK 74075

Justin Stuever
PO Box 22
Morrison, OK 73061

Keith Harris
703 Waller Cemetery Road
Benton, KY 42025

Kinsey Jones
30308 S. Carlson Rd.
Reading, KS 66868

Larry Keith
*(no address)*
Wytheville, VA 24382

Lesh Family Trust
Jan Lesh
19700 County Road 200
Perry, OK 73077

MAP Enterprises
Mike Gourley
PO Box 1045
Mayfield, KY 42066

Mark J. Reisz
514 Americas Way, PMB 13812
Box Elder, SD 57719

| | | |
|---|---|---|
| Morrison Café, LLC<br>Jan Lesh<br>PO Box 180<br>Canyon, TX 79015 | Mykel Tidwell<br>66 Lake Terry Drive<br>Mayfield, KY 42066 | Nikki Lockwood<br>PO Box 180<br>Canyon, TX 79015 |
| Priest Cattle Company, Ltd.<br>899 Rosenthal Rd.<br>Lorena, TX 76655 | Priest Cattle Company, ltd.<br>6010 East FM 597<br>Abernathy, TX 79311 | Priest Victory Investment LLC<br>c/o Kyle K. Weldon<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102 |
| Producers Livestock Commission<br>Sonny Barthold<br>2501 Exchange Ave., 128<br>Oklahoma City, OK 73108 | Rapp Ranch<br>400 Smith Trail<br>Weatherford, TX 76088 | Rick Rodgers<br>PO Box 931<br>Mayfield, KY 42066 |
| Robert & Rachel Stewart<br>1968 US Hwy. 70<br>East Brownsville, TN 38012 | Robert Braun<br>12307 E. Co. Rd. 1160 N<br>Evanston, IN 47531 | Scarlet & Black Cattle, LLC<br>Colton Long<br>5402 Walesa Ct.<br>Amarillo, TX 79119 |
| Shaw & Shaw Farms Partnership, LLC<br>11605 NW 140th St.<br>Alachua, FL 32615 | Sherle Lockwood<br>PO Box 180<br>Canyon, TX 79015 | Stan E. Ayers, Jr.<br>6200 Ross Rd.<br>Rockford, OH 45882 |
| Steve T Scott Farms Inc.<br>10150 Hwy. 47<br>West Point, MS 39773 | Terry Burnett<br>210 Bethel Church Road<br>Melber, KY 42069 | TGF Ranch LLC<br>Tom Frith<br>1585 E. M79 Hwy.<br>Hastings, MI 49058 |
| Thorlakson Diamond T Feeders, L.P.<br>2548 CR 15<br>Friona, TX 79035 | Wildforest Cattle Company LLC<br>1206 Paris Rd.<br>Mayfield, KY 42066 | Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102 |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102 | Scott Livestock Company<br>10150 Hwy. 47<br>West Point, MS 39773 | Patty Priest<br>899 Rosenthal Road<br>Lorena, TX 76655 |
| Priest Cattle and Land Company, Inc.<br>899 Rosenthal Road<br>Lorena, TX 76655 | | |

| | | |
|---|---|---|
| **Creditors' and USDA's Counsel:** | Abel Leal<br>Simmons Smith Brown, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, TX 79015 | Thomas C. Riney<br>Underwood Law Firm, P.C.<br>500 S. Taylor, Suite 1200<br>Amarillo, TX 79101 |

Michael R. Johnson
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, UT 84111

John R. Lane, Jr.
Lane & Countryman
1045 Cheever Blvd., Ste. 103
San Antonio, TX 78217

Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
PO Box 2547
Lubbock, TX 79408-2547

Dawn Whalen Theiss
Assistant U.S. Attorney
1100 Commerce Street, Ste. 300
Dallas, TX 75242

James D. Bradbury
James D. Bradbury, PLLC
201 Main Street, Suite 600
Fort Worth, TX 76102

John Massouh
Sprouse Shrader Smith PLLC
PO Box 15008
Amarillo, TX 79105-5008

Michelle D. Esparza
Dickinson Wright PLLC
221 N. Kansas Street, Suite 2000
El Paso, TX 79901

Todd A. Farmer
Farmer & Wright, PLLC
4975 Alben Barkely Dr., Ste. 1
Paducah, KY 42001

Matthew S. Merriott
Lovell, Isern & Farabough, LLP
112 SW 8th Avenue, Suite 1000
Amarillo, TX 79101

Charity S. Bird
Kaplan Johnson Abate & Bird, LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202

Steven L. Hoard
500 South Taylor, Suite 800, LB #213
PO Box 31656
Amarillo, TX 79120-1656

Amber S. Miller
Crenshaw, Dupree & Milam, LLP
PO Box 64479
Lubbock, TX 79464-4479

Jeff Prostok
Forshey Prostok LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102

John H. Lovell
Lovell Isern & Farabough, LLP
112 West 8th Avenue, Suite 1000
Amarillo, TX 79101

Kyle K. Weldon
James D. Bradbury, PLLC
201 Main Street, Suite 600
Fort Worth, TX 76102

Tom Blankenship
Blankenship & Edwards
PO Box 571
909 Main Street
Benton, KY 42025

William A. Franklin
Boerner, Dennis & Franklin, PLLC
PO Box 1738
Lubbock, TX 79408-1738

Aaron M. Kaufman
GRAY REED
1601 Elm Street, Suite 4600
Dallas, TX 75201

Daniel P. Callahan
Kessler & Collins, PC
500 North Akard, Suite 3700
Dallas, TX 75201

Rachel E. Barr
Naman Howell Smith & Lee PLLC
8310 N. Capital of Texas Highway
Suite 490
Austin, TX 78731

David L. LeBas
Naman Howell Smith & Lee PLLC
8310 N. Capital of Texas Highway
Suite 490
Austin, TX 78731

David Weitman
K&L Gates LLP
1717 Main Street, Suite 2800
Dallas, TX 75201

Dylan T.F. Ross
Forshey Prostok LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102

Charles Dunham Biles
Biles Wilson, PLLC
457 Laurence Drive, Suite 195
Heath, TX 75032

Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42002

John R. Nelson
Dickinson Wright PLLC
607 W. 3rd Street, Suite 2500
Austin, TX 78701

Whitney A. Davis
Julian Whitley
Eggleston King Davis LLP
102 Houston Ave., Suite 300
Weatherford, TX 76086

Keith J. Larson
Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200
Louisville, KY 40202

John R. Lane, Jr.
John Lane & Associates
8526 N. New Braunfels Avenue
San Antonio, TX 78217

Nicole E. Gorovsky
Jenkins & Kling, P.C.
150 N. Meramec Ave., Suite 400
St. Louis, MO 63105

W. Heath Hendricks
Underwood Law Firm
500 S. Taylor Street, Suite 1200
Amarillo, TX 79101

Jamie Kirk
Assistant Attorney General
c/o Sherri K. Simpson, Paralegal
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, TX 75251

Shawn K. Brady
Brady Law Firm, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, TX 75034

Kenneth Netardus
Stockton Johnston Brown & Netardus
PO Box 3280
Amarillo, TX 79116-3280

Dylan Tanner Franklin Ross
Reed Smith LLP
2850 N Harwood St., Ste. 1550
Dallas, TX 75201