

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 23, 2024**

_____
**United States Bankruptcy Judge**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., | § | CASE NO. 23-20084-rlj7 |
| | § | (Jointly Administered) |
| Debtors.[1] | § | |

## ORDER

On February 8, 2024, Kent Ries, chapter 7 Trustee in the jointly administered cases of McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc. (the Debtors), filed his motion for a Rule 2004 examination seeking discovery from four parties that have filed proofs of claim in the Debtors' bankruptcy cases—the so-labeled "Non-USDA" claimants. ECF No. 179.[2] The Court heard the motion on March 18, 2024.

The Trustee asks that the claimants provide (i) documents related to transfers to and from the Debtors and (ii) all communications concerning the Debtors. ECF No. 179 at 3. The motion also requests that the claimants answer an interrogatory that identifies each transfer to or from the Debtors. *Id*.

---

[1] The Debtors in these jointly administered cases are McClain Feed Yard, Inc. (Case No. 23-20084-rlj7), McClain Farms, Inc. (Case No. 23-20085-rlj7), and 7M Cattle Feeders, Inc. (Case No. 23-20086-rlj7).
[2] "ECF No." refers to the numbered docket entry in the Court's electronic case file for Case No. 23-20084.

1

For the same reasons as stated in the memorandum opinion and order on the Trustee's motion for a Rule 2004 examination of the USDA Claimants [ECF No. 223], the Court approves the Trustee's request for documents and denies the Trustee's stand-alone request for communications. The Court approves the Trustee's interrogatory as modified by the Trustee to include language preserving parties' rights under Rule 33(d). It is therefore

ORDERED that the Trustee shall submit a conforming order on his motion for Rule 2004 examination of Non-USDA claimants [ECF No. 179].

### End of Order ###