Jason Rae
LAIN, FAULKNER & CO., P.C.
400 N. St. Paul St., Suite 600
Dallas, TX 75201
214/720-1929 Fax: 214/720-1450
www.lainfaulkner.com
Accountants for the Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,**[1] | § | **CASE NO. 23-20084-RLJ-7** |
| | § | |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

## NOTICE OF FILING FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF LAIN, FAULKNER & CO., P.C.

## NOTICE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 205 SOUTHEAST 5TH AVENUE, ROOM 133, AMARILLO, TEXAS, 79101-1559 BEFORE CLOSE OF BUSINESS ON MAY 16, 2024, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

On April 25, 2024, Lain, Faulkner & Co., P.C. ("LainFaulkner"), accountants to Kent Ries, Trustee ("Trustee"), filed its First Interim Application for Allowance of Fees and Expenses (the "Application"). LainFaulkner's fees and expenses total $160,969.18.

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

**NOTICE OF FILING FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES**

Any party in interest may obtain a copy of the Application free of charge by making a written request to Hudson M. Jobe at Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201, fax (214) 871-2111, e-mail hjobe@qslwm.com.

Respectfully submitted,

By: */s/ Jason Rae*
Jason Rae
400 N. Saint Paul, Suite 600
Dallas, TX 75242
(214) 720-1929 Telephone
(214) 720-1450 Facsimile
www.lainfaulkner.com
ACCOUNTANTS FOR CHAPTER 7 TRUSTEE