

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed April 26, 2024

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER GRANTING MOTION FOR EXPEDITED HEARING ON
### FIRST INTERIM FEE APPLICATIONS

CAME ON FOR CONSIDERATION the *Motion for Expedited Hearing First Interim Fee Applications* (the "Motion") (Docket No. 232), filed on April 25, 2024, by Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM"), special counsel to Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy cases, and Lain, Faulkner & Co., P.C. ("LainFaulkner"), accountants to Trustee, requesting the Court to set this matter on the Court's May 16, 2024 1:30 p.m. Amarillo docket. The Court finds that grounds exist to allow for this setting.

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

**IT IS THEREFORE ORDERED** that the Motion for Expedited Hearing on the First Interim Fee Applications filed by Trustee and LainFaulkner is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that a hearing on the First Interim Fee Applications (Docket No. 224 and Docket No. 228), will take place on May 16, 2024, at 1:30 pm, via WebEx. The meeting/dial-in-information for this hearing will be posted on the Court's website (www.txnb.uscourts.gov) under Judge Jones's "Hearing Dates and Calendar" tab prior to the hearing.

### End of Order ###

Order submitted by:

Hudson M. Jobe
Quilling, Selander, Lownds,
 Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 871-2100
Facsimile: (214) 871-2100
Email: hjobe@qslwm.com

Special Counsel to the Trustee