**MATTHEW S. MUCKLEROY**
State Bar No. 24066796
**DALLAS FLICK**
State Bar No. 24104675
CRAWFORD, WISHNEW & LANG, PLLC
1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: 214-817-4500
Facsimile: 214-602-6551
**Attorneys for Defendant Shawn Ragland**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC. and 7M CATTLE FEEDERS, INC.,<br><br>Debtors. | CASE NO.: 23-20084-rlj7<br><br>CHAPTER 7 |
| AGTEXAS FARM CREDIT SERVICES, *ET AL.*,<br><br>Plaintiff(s),<br><br>v.<br><br>RABO AGRIFINANCE, LLC. *ET AL.*,<br><br>Defendant(s). | ADV. PROC. NO.: 24-02002-rlj |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

The following counsel submits this Notice of Appearance of Additional Counsel for Shawn Ragland, in this matter:

Dallas Flick (State Bar No. 24104675)
**CRAWFORD, WISHNEW & LANG PLLC**
1700 Pacific Ave, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551
E-mail: dflick@cwl.law

Mr. Flick respectfully requests copies of all notices, pleadings, and other matters be served upon him electronically and through the Court's CM/ECF filing system.

Dated: April 29, 2024

Respectfully Submitted,

**CRAWFORD, WISHNEW & LANG PLLC**

By:   */s/ Matthew S. Muckleroy*
**Matthew S. Muckleroy**
State Bar No. 24066796
mmuckleroy@cwl.law
**Dallas Flick**
Texas State Bar No. 24104675
Email: dflick@cwl.law

1700 Pacific Avenue, Suite 2390
Dallas, Texas 75201
Telephone: (214) 817-4500
Facsimile: (214) 602-6551

**ATTORNEYS FOR DEFENDANT SHAWN RAGLAND**

## CERTIFICATE OF SERVICE

I hereby certify that all current counsel of record has been served with a copy of the foregoing document via the Court's CM/ECF system on April 29, 2024.

*/s/ Matthew S. Muckleroy*
Matthew S. Muckleroy