Hudson M. Jobe
Texas Bar No. 24041189
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

SPECIAL COUNSEL TO THE TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

### NOTICE OF WITHDRAWAL OF REQUEST FOR SETTING ON
### FIRST INTERIM FEE APPLICATIONS

Quilling, Selander, Lownds, Winslett & Moser, P.C. ("QSLWM"), special counsel to Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy cases, and Lain, Faulkner & Co., P.C. ("LainFaulkner"), accountants to Trustee, file this Notice of Withdrawal of Request for Setting on First Interim Fee Applications (Docket No. 231) filed on April 25, 2024.

          Respectfully submitted,

          QUILLING, SELANDER, LOWNDS,
          WINSLETT & MOSER, P.C.
          2001 Bryan Street, Suite 1800
          Dallas, Texas 75201
          (214) 871-2100 (Telephone)
          (214) 871-2111 (Facsimile)

By: */s/ Hudson M. Jobe*
     Hudson M. Jobe
     Texas Bar No. 24041189
SPECIAL COUNSEL TO THE TRUSTEE

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing by ECF upon all persons who have filed ECF appearances in this case, including the Office of the United States Trustee.

 */s/ Hudson M. Jobe*
Hudson M. Jobe