BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re:

|  |  |  |
|---|---|---|
|  | § |  |
|  | § | Case No.: |
| Plaintiff(s) | § |  |
|  | § |  |
| v. | § | Adversary No.: |
|  | § |  |
| Defendant(s) | § |  |
|  | § |  |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: _____
          *Last*       *First*       *MI*

2. Firm Name: _____

3. Address: _____
   _____
   _____

4. Phone: _____ FAX: _____

   Email: _____

5. Name used to sign *all* pleadings: _____

6. Retained by: _____

7. Admitted on _____ and presently a member in good standing of the bar of the highest court of the state of _____ and issued the bar license number of _____ .

8. Admitted to practice before the following courts:

   *Court:*                                                  *Admission Date:*

   _____          _____

   _____          _____

   _____          _____

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   Yes   No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    Yes   No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    Yes   No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*          *Case No. and Style*

    _____         _____

    _____         _____

    _____         _____

13. Local counsel of record: _____

14. Local counsel's address: _____

    _____

*Continued.*

    I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

    I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

    ☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

    ☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Austin C. Nate  
Printed Name of Applicant

5/2/24  
Date

_[signature]_  
Signature of Applicant

| Bars | Admission Date |
|---|---|
| State Bar of Illinois (inactive) | 11/26/2019 |
| State Bar of Utah | 3/29/2021 |

| Courts | Admission Date |
|---|---|
| U.S. Court of Appeals, Tenth Circuit | December 6, 2022 |
| U.S. Bankruptcy Court, Utah | August 20, 2021 |
| United States District Court, Florida Middle District | March 12, 2024 |
| United States District Court, Utah | August 20, 2021 |

# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 4/9/2024

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Austin  Nate

This is to certify that Austin  Nate, Utah State Bar No. 17789 was admitted to practice law in Utah on 3/29/2021.

Austin   Nate is currently an ACTIVE member of the Utah State Bar in good standing.  "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Maribeth LeHoux
General Counsel
Utah State Bar

No.2024 -1056556
verify by email at cogsrequest@utahbar.org