UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

-and-

Michael R. Johnson (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com

*Attorneys for Creditor Rabo AgriFinance LLC*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC. and 7M CATTLE FEEDERS, INC.,<br><br>Debtors.[1] | **CASE NO. 23-20084-7-rlj**<br><br>**(Jointly Administered Cases)**<br><br>**Chapter 7** |

### NOTICE OF DOCKET CALL ON RABO'S MOTION FOR AN ORDER AUTHORIZING AND DIRECTING THE CHAPTER 7 TRUSTEE TO DISTRIBUTE SALES PROCEEDS THAT ARE FULLY ENCUMBERED BY RABO'S PERFECTED

---

[1] The Debtors in these jointly administered Chapter cases are: (a) McClain Feed Yard, Inc. (Case No. 23- 20084), (b) McClain Farms, Inc. (Case No. 23-20885) and 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

### LIENS BECAUSE SUCH ASSETS ARE BURDONSOME TO THE ESTATE AND OF INCONSEQUENTIAL VALUE AND BENEFIT TO THE ESTATE

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE AND PARTIES IN INTEREST:

**PLEASE BE NOTIFIED** that a hearing is set for a VIDEO DOCKET CALL on June 20, 2024 at 1:30 p.m., via WebEx to consider the following matter:

- Rabo's Motion for Order Authorizing and Directing the Chapter 7 Trustee to Distribute Sales Proceeds that are Fully Encumbered by Rabo's Perfected Liens Because Such Assets are Burdensome to the Estate and of Inconsequential Value and Benefit to the Estate

Objections to the Motion must be filed by May 31, 2024.

DATED: May 9, 2024.

UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

--and—

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson *(Pro Hac Vice)*
36 South State, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com

*/s/ Michael R. Johnson*
Michael R. Johnson
*Attorneys for Rabo AgriFinance LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 9, 2024, the foregoing Notice of Docket Call was filed with the Clerk of the Court cases using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in each case.

                                          */s/ Michael R. Johnson*
                                          Michael R. Johnson

1671352