Hudson M. Jobe
Texas Bar No. 24041189
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
SPECIAL COUNSEL TO THE TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

## CERTIFICATE OF NO OBJECTION

I hereby certify that on April 25, 2024, I filed a *First Interim Application for Allowance of Fees and Expenses of Lain, Faulkner & Co., P.C.* (the "Application") [Docket No. 228] which contained twenty-one (21) day negative notice language. As of today's date, no responses or objections to the Application have been filed other than the limited Response filed by Rabo AgriFinance LLC ("Rabo") (Dkt. No. 242), which has been resolved by agreement.

DATED: May 17, 2024.

        Respectfully submitted,

        QUILLING, SELANDER, LOWNDS
         WINSLETT & MOSER, P.C.
        2001 Bryan Street, Suite 1800
        Dallas, Texas 75201
        (214) 871-2100 (Telephone)
        (214) 871-2111 (Facsimile)

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

**CERTIFICATE OF NO OBJECTION  -  Page 1**

By: */s/ Hudson M. Jobe*
Hudson M. Jobe
State Bar No. 24041189
SPECIAL COUNSEL FOR THE TRUSTEE