

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed May 22, 2024

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC. and 7M CATTLE FEEDERS, INC.,<br><br>Debtors.[1] | **CASE NO. 23-20084-7-rlj**<br><br>**(Jointly Administered Cases)**<br><br>**Chapter 7** |

### ORDER GRANTING RULE 2004 MOTION AND AUTHORIZING THE ISSUANCE OF RULE 2004 EXAMINATION SUBPOENAS TO (A) MEAGAN B. GOAD, aka MEAGAN B. POWELL, (B) WILLIAM JED GOAD, (C) KINSEY MORELAND, (D) WHITLOCK CPA, PLLC, (E) CHELSEA McCLAIN, AND (F) CRYSTAL McCLAIN

This matter is before the Court on the *Ex Parte Motion for Rule 2004 Order Authorizing the Issuance of Rule 2003 Examination Subpoenas to (a) Meagan B. Goad, aka Meagan B. Powell, (b) William Jed Goad, (c) Kinsey Moreland, (d) Whitlock CPA, PLLC, (e) Chelsea McClain, and (f) Crystal McClain* (the "**Rule 2004 Motion**"), dated May 21, 2024, and filed in the above-entitled jointly administered Chapter 7 cases by Rabo AgriFinance LLC ("**Rabo**").

---

[1] The Debtors in these jointly administered Chapter cases are: (a) McClain Feed Yard, Inc. (Case No. 23-20084), (b) McClain Farms, Inc. (Case No. 23-20885) and 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

The Court, having reviewed the Rule 2004 Motion and the proposed Rule 2004 examination subpoenas attached thereto as **Exhibit "A,"** pursuant to the provisions of Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, and for good cause appearing, **IT IS HEREBY ORDERED** as follows:

1. The Rule 2004 Motion shall be, and it hereby is, granted.

2. Rabo shall be, and hereby is, authorized to serve Rule 2004 examination subpoenas upon, and to conduct Rule 2004 examinations of, each of (a) Meagan B. Goad, aka Meagan B. Powell, (b) William Jed Goad, (c) Kinsey Moreland, (d) Whitlock CPA, PLLC, (e) Chelsea McClain, and (f) Crystal McClain (collectively, the "**Examinees**").

3. Rabo shall provide the Examinees at least 14 days' notice of the date and time of any Rule 2004 examinations it schedules.

4. Rabo shall coordinate and cooperate with the Examinees and their counsel (if any) on examination dates, times and locations, to the extent Rabo's proposed examination dates are not feasible or would cause undue hardship to the Examinees.

5. Once the Rule 2004 examinations are scheduled, Rabo shall file Notices of Rule 2004 Examination in the above-entitled case to provide notice of the date, time and place of the scheduled Rule 2004 examinations.

*********************************END OF ORDER*******************************

***Order Submitted by:***

/s/ Michael R. Johnson                    Dated:  May 21, 2024
Michael R. Johnson
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com