



**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed May 22, 2024

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § § § § | CASE NO. 23-20084-RLJ-7 |
| Debtors. | § | Jointly Administered |

### ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF LAIN, FAULKNER & CO., P.C.

On this day came for consideration the *First Interim Application for Allowance of Fees and Expenses of Lain, Faulkner & Co., P.C.* (Dkt. No. 228, the "Application") filed by the accounting firm *Lain, Faulkner & Co., P.C.* ("LainFaulkner"), accountants to Kent Ries, Trustee ("Trustee") of the above-referenced Chapter 7 bankruptcy cases, as well as the Response filed thereto by Rabo AgriFinance LLC ("Rabo"). The Court, after considering the record in this case and the representations of counsel, as well as the agreement of Rabo set forth below, finds that notice of the Application was appropriate and sufficient under the circumstances, the amount sought by

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

PAGE 1

6466790.1

LainFaulkner is reasonable compensation for actual and necessary services rendered to the Trustee pursuant to 11 U.S.C. §§ 330 and 331, and the Application should be granted as set forth below.

It is therefore ORDERED that LainFaulkner is hereby allowed compensation in the amount of $160,969.18 for the period of time from for the period of time from June 1, 2023 to March 31, 2024.

It is further ORDERED that the Trustee shall be and hereby is authorized to immediately pay LainFaulkner the full amount of fees and expenses approved herein from the $3,000,000.00 of proceeds from the settlement agreement that was the subject of this Court's Order Granting Motion for Approval of Compromise and Settlement with Meagan B. Goad, Jed Goad, Kinsey Moreland, and Josh Moreland (Dkt. No. 166).

# # # End of Order # # #

Submitted by:
Hudson M. Jobe
State Bar No. 24041189
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
SPECIAL COUNSEL FOR KENT RIES, TRUSTEE

Agreed:
RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (Pro Hac Vice)
36 South State, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
*/s/ Michael R. Johnson*
Michael R. Johnson
Attorneys for Rabo AgriFinance LLC