## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **McClain Feed Yard, Inc.** | § | **Case No. 23-20084-7-rlj** |
| *Debtor.* | § | **Chapter 7 Case** |
| | § | |
| **and** | § | |
| | § | |
| **McClain Farms, Inc.** | § | **Case No. 23-20085-7-rlj** |
| *Debtor.* | § | **Chapter 7 Case** |
| | § | |
| **and** | § | |
| | § | |
| **7M Cattle Feeders, Inc.** | § | **Case No. 23-20086-7-rlj** |
| *Debtor.* | § | **Chapter 7 Case** |

---

### CORY JESKO'S RESPONSE AND OBJECTIONS TO KENT RIES, TRUSTEE'S MOTION FOR RULE 2004 EXAMINATION OF USDA DEALER TRUST CLAIMANTS

**TO:** **Kent Ries, Trustee, by and through Special Counsel for Trustee, Hudson M. Jobe, Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas**

**COMES NOW**, Cory Jesko, a USDA Dealer Trust Claimant in the above-captioned Chapter 7 cases, by and through his attorneys, Lovell, Isern & Farabough, LLP, and hereby submits his Response and Objections to Kent Ries, Trustee's Motion for Rule 2004 Examination of USDA Dealer Trust Claimants.

DATED this 31st day of May 2024.

Respectfully submitted,

LOVELL ISERN & FARABOUGH, LLP
John H. Lovell, SBN: 123609300
john@lovell-law.net
Matthew S. Merriott, SBN: 24100846
matthew@lovell-law.net
112 SW 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Phone:  (806) 373-1515
Fax:     (806) 379-7176

By:    /s/ *John H. Lovell*
      John H. Lovell

*Attorneys for HTLF Bank*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered, as certified below, this 31st day of May 2024, to:

Hudson M. Jobe            **Via ECF Service: hjobe@qslwm.com**
Quilling, Selander, Lownds,
Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, TX  75201

By:    /s/ *John H. Lovell*
      John H. Lovell

## RESPONSES AND OBJECTIONS

1.    **REQUESTED DOCUMENTS**: All documents or electronically stored information concerning either: (a) any transfer of property by You (including anyone on Your behalf) to any of the Debtors or the Debtors' Affiliates (including anyone on any of their behalf); or (b) any transfer of property by the Debtors or the Debtors' Affiliates (including anyone on any of their behalf) to You (including anyone on Your behalf). Documents responsive to this request include, but are not limited to: (1) banking records (such as bank statements, copies of checks, wire instructions, wire receipts, ledger entries); (2) investment contracts, agreements, invoices, or receipts, including shipping records or other records concerning livestock sales involving any of the Debtors or the Debtors' Affiliates; and (3) communications with any party concerning any such transfers.

**OBJECTIONS**:

**RESPONSE**:  See documents Bates stamped C. Jesko 001-027 attached to this Response.

See also documents attached to the Proof of Claim filed in the matters as listed below:

Case 23-20086-rlj 7 M Cattle Feeders – Proof od Claim 20

Case 23-20085-rlj McClain Farms, Inc. – Proof of Claim 21

Case 23-20084-rlj McClain Feed Yard, Inc. – Proof of Claim 24

2.    **INTERROGATORY**:  Identify each and every: (a) transfer of property by You (including anyone on Your behalf) to any of the Debtors or the Debtors' Affiliates (including anyone on any of their behalf); and (b) transfer of property by the Debtors or the Debtors' Affiliates (including anyone on any of their behalf) to You (including anyone on Your behalf). For each transfer, provide the date, property (if cash, list dollar amount), identify of the

transferring party, identity of the receiving party, and if applicable, a description of any contract,

invoice, or other agreement related to such transfer.

Pursuant to Federal Rule of Civil Procedure 33(d), Respondent serves his business records

(identified in Response to Request for Production No. 1 above) in lieu of narrative answers.

| Date | Property | Transferring Party | Receiving Party | Contract |
|---|---|---|---|---|
| 3/4/2022 | $83,985.94 | Cory Jesko | McClain FY | 95 hd |
| 7/12/2022 | $14,760.36 | McClain FY | Cory Jesko | 19 hd |
| 8/25/2022 | $84,210.40 | Jeff & Cory Jesko | McClain FY | unknown |
| 2/10/2023 | $91,401.30 | McClain FY | Cory Jesko | 101 hd |
| 2/14/2023 | $84,504.22 | Cory Jesko | McClain FY | 101 hd |

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 95 |
| COST | 83985.94 |
| BOUGHT WEIGHT | 54625 |
| $ SOLD | 111307.77 |
| SELL WEIGHT | 73625 |
| COST/GAIN | 18050 |
| LBS GAINED | 19000 |
| PROFIT | 9271.83 |

C. Jesko 001

3.2.22

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON KY. 42025

First Group

**BILL TO:** JEFF & CORY JESCO

3/2/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 95 | H | 54625 | 1.5375 | $83,985.94 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 95 | | | | $83,985.94 |

575 lbs

$ 884.06

C. Jesko 002

cory + Jeff Jesko

*first group*

### CLOSE OUT

| | |
|---|---|
| **HEAD** | 93 |
| **COST** | 83985.94 |
| **BOUGHT WEIGHT** | 54625 |
| **$ SOLD** | 109,370.77 |
| **SELL WEIGHT** | 72633 |
| **COST/GAIN** | 15,999.17 |
| **PROFIT** | 9,385.66 |

**CHECK FOR 90243.05**   ÷ 93 = 970.3554

90243.05
83985.94
6257.11
93
67.28

C. Jesko 003

## CLOSE OUT

| | |
|---|---|
| **HEAD** | 93 |
| **COST** | 83985.94 |
| **BOUGHT WEIGHT** | 54625 |
| **$ SOLD** | 109,370.77 |
| **SELL WEIGHT** | 72633 |
| **COST/GAIN** | 15,999.17 |
| **PROFIT** | 9,385.66 |

**CHECK FOR 90243.05**    ÷ 93 = 970.35⁵⁴

90243.⁵⁵
83785.³⁴
6257.¹¹
93
67.2⁸

**C. Jesko 004**

**WIRE TRANSFER REQUEST**

Officer's Approval
Individual Calling

Taken By
CHEYANNE

Date
3/4/2022

**RECEIVER INFORMATION**
Bank Name
MECHANICS BANK
Bank Address and Location
2100 S BLOSSER RD          SANTA MARIA, CA 93458
ABA or Routing #
122238420

**SENDER INFORMATION**
Account Name
CORY J JESKO

Account Number
137642

Address and Location
3970 FM 1057          HEREFORD TX 79045
Identification Type, State or Country of Issue, Number (Non-Customer)

Taxpayer ID# (noncustomer)

Request Code (If Required)

Phone #

**BENEFICIARY INFORMATION**
Beneficiary Account Name
MCCLAIN FEEDYARD

Account Number
*0819150197

Beneficiary Address and Location
824 MULLINS LANE          BENTON KY 42025
Beneficiary information Special Instructions (If any)

| | | |
|---|---|---|
| Current Balance | $30,000.00 | Wire Fee  $        15.00 |
| Collected Balance | $30,000.00 | Wire Amt     $83,985.94 |

PLUS DEPOSITS
I acknowledge receipt of this notice; have read and understand its contents.

OFAC Review
Date
Conducted by:

Cory Jesko
CUSTOMER SIGNATURE

**C. Jesko 005**

*March 2022
To
August 2022*

### CLOSE OUT

| | |
|---|---|
| HEAD | 93 |
| COST | 83985.94 |
| BOUGHT WEIGHT | 54625 |
| $ SOLD | 109,370.77 |
| SELL WEIGHT | 72633 |
| COST/GAIN | 15,999.17 |
| PROFIT | 9,385.66 |

**CHECK FOR 90243.05**

**C. Jesko 006**



**Brian McClain**
BM   Home

7/8/22 1:28 PM

Any ideas on the cattle?

I haven't been in office yet but I'll try and call in and find out

7/11/22 3:41 PM

Hey Brian can you please send me the figures on Cory's cattle. ASAP (what to write the check out for). Thanks

Yes in morning I thought you had already done it

7/12/22 1:26 PM

Hey any figures yet?

7/12/22 1:39 PM

What was the base eight

Weight

7/12/22 1:44 PM

19 HD total weight 7110, avg 374, w/.10 slide @$2.10

Type a message..



C. Jesko 008





**Brian McClain**
Home

Close out?

Give me until tomorrow morning my time out here hasn't went like I thought

I can relate. Dwight and I don't plan anything thing. We have changed our wording to goal.

I need to do tha

12/13/22 8:59 AM

Brian we really need to get paid for the silage this week.

12/13/22 9:13 AM

I will send a check out late this week

12/28/22 5:49 PM

Have not received check. Can we go to Bobby and get one?

12/28/22 6:34 PM

Let me see what they have I'll call in morning

Type a message...

C. Jesko 010



C. Jesko 011



C. Jesko 012



C. Jesko 013



C. Jesko 014



The 101 invoice is in pen 635 640 lot 1607

3/16/23 12:31 PM

All we lack are the 321 head.

I am waiting on the Feedyard to tell me

Thanks

3/23/23 12:18 PM

Pens? We want to look this weekend.

3/23/23 1:16 PM

I'm waiting on moves to make sure everything is still where I told you

3/23/23 1:29 PM

Okay

4/18/23 5:13 PM

Brian our banker wants to look at the cattle this week
Can you please send me pens and head count. Thanks

Sent

C. Jesko 015



**Brian McClain**
Home

2/1/23 9:27 AM

We have been fighting ice ever since I have been home supposed to get a break tomorrow I'll have everything done for you then.

4/3/23 1:24 PM

Can you send pen numbers for ours and jeff-corys cattle in friona

Sent

4/5/23 9:30 AM

640 649 on 101.
409-410 402-404
This can change we are shipping this week so they can move

Okay    Thanks    Cool

Type a message...

C. Jesko 016

## WIRE TRANSFER REQUEST

Officer's Approval

Individual Calling

Taken By
CHEYANNE

Date
8/25/2022

**RECEIVER INFORMATION**

Bank Name
MECHANICS BANK

Bank Address and Location
2100 S BLOSSER RD          SANTA MARIA CA 93458

ABA or Routing #
122238420

**SENDER INFORMATION**

Account Name
JEFFREY JESKO & CORY JESKO

Account Number
137642

Address and Location
3970 FM 1057          HEREFORD TX 79045

Identification Type, State or Country of Issue, Number (Non-Customer)

Taxpayer ID# (noncustomer)

Request Code (If Required)

Phone #

**BENEFICIARY INFORMATION**

Beneficiary Account Name
MCCLAIN FEEDYARD

Account Number
*0819150197

Beneficiary Address and Location
824 MULLINS LANE          BENTON KY 42025

Beneficiary information Special Instructions (If any)

| | | |
|---|---|---|
| Current Balance | $96,218.73 | Wire Fee   $   15.00 |
| Collected Balance | $96,218.73 | Wire Amt   $84,210.40 |

I acknowledge receipt of this notice; have read and understand its contents.

OFAC Review
Date
Conducted by: 8/25/22

Cory Jesko
CUSTOMER SIGNATURE

**C. Jesko 017**

*Second Group*

**CLOSE OUT**

| | |
|---|---|
| **HEAD** | 101 |
| **COST** | 84210.4 |
| **BOUGHT WEIGHT** | 50024 |
| **$ SOLD** | 117,788.57 |
| **SELL WEIGHT** | 77467 |
| **COST/GAIN** | 22,791.82 |
| **PROFIT** | 10,786.35 |

*check for 91401 30*

**C. Jesko 018**

**CLOSE OUT**

*Third Group*

| | |
|---|---|
| **HEAD** | 101 |
| **COST** | 84210.4 |
| **BOUGHT WEIGHT** | 50024 |
| **$ SOLD** | 117,788.57 |
| **SELL WEIGHT** | 77467 |
| **COST/GAIN** | 22,791.82 |
| **PROFIT** | 10,786.35 |

*Check for 91401 30*

**C. Jesko 019**

4816

**MCCLAIN FEEDYARD INC.**
824 MULLINS LANE
BENTON, KY  42025

**MECHANICS BANK**
COMMITMENT THAT LASTS GENERATIONS
PH: 800-797-6324

90-203/1211

2 - 10 - 23

PAY TO THE
ORDER OF _____ Cory Jesko _____ $ 91,401 ³⁰⁄ₓₓ

Ninety One Thousand Four Hundred and One + ³⁰⁄₁₀₀ _____ DOLLARS

Sale of  101 head

MEMO _____        Meagan Road

⑈004816⑈ ⑉121102036⑉ 081915019 7⑈

C. Jesko 020

## DEPOSIT

(F) **First National Bank**

Date 2/10/23

TELLER 3

FEB 10 202

FIRST NATIONAL
…FORD, TE…

Sign here for less cash received (if required)

Name Cory Jesko

Address #$103,410.73

Notice  Deposits may not be available for immediate withdrawal (Please refer to the bank rules governing the availability for details )

| | | DOLLARS | CENTS |
|---|---|---|---|
| CURRENCY | | | |
| COIN | | | |
| CHECKS (LIST SEPARATELY) | | | |
| William Ferdinand | | 11,401 | 26 |
| SUBTOTAL | | | |
| LESS CASH RECEIVED | | | |
| TOTAL DEPOSIT | | 11,401 | 36 |

PLEASE ENDORSE EACH CHECK

13714

ACCOUNT NUMBER

**C. Jesko 021**



**First National Bank**
301 W. 3rd          710 W. 11th
Hereford, Texas    Friona, Texas
(806) 363-2265     (806) 250-2900

MEMBER FDIC

                                    1  -  01              - PAGE
                                                    ACCOUNT

CORY J JESKO
JEFFREY D JESKO                                 STATEMENT PERIOD
3970 FM 1057                             01/31/2023 TO 02/28/2023
HEREFORD  TX 79045

---

```
------------------- C H E C K I N G   S U M M A R Y -----------------------
        PERS NOW
CHECKING BALANCE LAST STATEMENT.......          12,009.43
                      1  DEPOSITS............         91,401.30
                      1  OTHER CREDITS........            15.11
                         CHECKS..............              .00
                      3  OTHER DEBITS........         84,534.22
CHECKING BALANCE THIS STATEMENT.......          18,891.62
------------------- I N T E R E S T   S U M M A R Y -----------------------
        28       DAYS IN STATEMENT CYCLE
      .69%  ANNUAL PERCENTAGE YIELD EARNED
     15.11  AMOUNT OF EARNED INTEREST
 28,500.30  AVERAGE DAILY LEDGER BALANCE
------------------- F E E   S U M M A R Y ---------------------------------
                 TOTAL FEES IMPOSED                   .00
-------------- SUMMARY OF OVERDRAFT AND RETURNED ITEM FEES ----------------
```

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

```
-------------- A C C O U N T   C R E D I T   T R A N S A C T I O N S -----------

DATE.....AMOUNT....DESCRIPTION
02/10  91,401.30 DEPOSIT
02/28      15.11 INTEREST

--------------- O T H E R   D E B I T   T R A N S A C T I O N S ----------------

DATE.....AMOUNT....DESCRIPTION
02/14      15.00 W/T FEE
02/14      15.00 W/T FEE
02/14  84,504.22 WIRE/OUTGOING MCCLAIN FEEDYARD     Bought 3 group
                                                    101 head
```

C. Jesko 022

## Jesko, Patricia

| | |
|---|---|
| **From:** | Brian Mcclain <mcclainfarms@gmail.com> |
| **Sent:** | Monday, February 13, 2023 4:52 PM |
| **To:** | Jesko, Patricia |
| **Subject:** | [EXTERNAL] Re: |

> **This Message Is From an Untrusted Sender**
> You have not previously corresponded with this sender.    Report Suspicious

Sure can call now

Sent from my iPhone

> On Feb 13, 2023, at 4:42 PM, Jesko, Patricia <Patricia.Jesko@chsinc.com> wrote:
>
> Dwight and Cory did not make it to the bank before 1:00. You will get it first thing in the morning. Do have time to talk? I have a question for you. May I call you on your cell?
>
> *Patty*
> *CHS Service Center - Hereford*
> *(806)364-2368*
> *"Creating connections to empower agriculture"*
>
> **From:** Brian Mcclain <mcclainfarms@gmail.com>
> **Sent:** Monday, February 13, 2023 4:33 PM
> **To:** Jesko, Patricia <Patricia.Jesko@chsinc.com>
> **Subject:**
>
> > **This Message Is From an Untrusted Sender**
> > You have not previously corresponded with this sender.    Report Suspicious
>
> Do you know what day you will wire money to me.
>
> Sent from my iPhone

1



**USDA**

**United States Department of Agriculture**

May 15, 2023

Cory Jesko
3970 F.M 1057
Hereford, TX 79045

Dear Cory Jesko

We have received information that you may not have been paid for livestock sold to McClain Farms, Inc. McClain Feed Yard, Inc. and 7M Feeders, Inc., 824 Mullins Ln, Benton, KY 42025-4702 (McClain). Section 318 of the Packers and Stockyards Act, 1921, as amended and supplemented (7 U.S.C. §§ 181-229) (hereafter referred to as the Act), provides all livestock purchased by a dealer in cash sales, and all inventories of, or receivables or proceeds from, such livestock shall be held by such dealer in trust for the benefit of all unpaid cash sellers of such livestock until full payment has been received by such unpaid cash sellers. Section 318(d) provides a cash sale means a sale in which the seller does not expressly extend credit to the buyer.

A cash basis livestock seller must act promptly to protect their rights under the Act's trust provision. The law requires that written notice of an interest in the trust be given both the dealer and the to the Agriculture Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division (PSD). If written notice is not given to the dealer and to PSD within the time limits specified in the Act, the unpaid cash seller of livestock could lose their claim in the trust that McClain is required to maintain.

Notice is required within 30 days after payment is due in the event that no payment instrument has been received, or within 15 business days after the payment instrument issued to the livestock seller has been dishonored. Please note that written notice must be given within 30 days after payment is due if no payment instrument has been received, and that the 15 business day filing period only applies if the payment instrument was received before the 30-day limit for providing notification had elapsed and the payment instrument was promptly presented to the bank for payment. While written notice may be made by fax, text, hand delivery, email, regular mail, certified mail - return receipt requested, etc., it is recommended that you used the method that will meet the time limits above and will also provide a record of receipt.

We are enclosing a sample trust claim notice, which you may use in mailing your notice to McClain and to this PSD Regional Office to perfect your interest in the trust. Your claim amount should be for the gross amount the dealer had agreed to pay as the purchase price of the livestock. Your claim may also include interest from the date following delivery and acceptance and costs incurred in seeking your right to payment.

Prompt action is recommended to protect your trust interest. Section 308 of the Act does provide a basis for a private action to be brought by any U.S. District Court of competent jurisdiction by any person injured by a violation of the Act. This provision is in addition to existing common law or any other statutory remedies and does not abridge or alter these remedies.

A copy of the Packers and Stockyards Act and Regulations is available on the internet at
https://www.ams.usda.gov/rules-regulations/packers-and-stockyards-act.

If you have any questions, please contact this office at (515) 323-2579.

**C. Jesko 024**

Sincerely,

Adam M. Fast
Financial Unit Supervisor
Packers and Stockyards Division

Enclosure

Agricultural Marketing Service, Fair Trade Practices Program, Packers and Stockyards Division, Midwestern Regional Office
210 Walnut Street, Room 317, Des Moines, IA 50309
Voice: 515-323-2579   Fax: 515-323-2590
Hotline: 1-833-342-5773   www.ams.usda.gov

An Equal Opportunity Provider and Employer



**Texas & Southwestern Cattle Raisers Association**
**Attention: Special Ranger** ___Chris Ward___
**Address:** ___PO Box 88, Clarendon, TX 79226___
**Email:** ___cward@tscra.org___
**Case Number:** ___23-01-017C___

Date of Statement: _____, 202__

As requested, here is additional information about my dealings with ___McClain Farms___
(feed yard), and ___Brian McClain___ (individual/person).

My company/name is ___Cory Jesko___ (first, middle, last). I started putting cattle
in _____ (feed yard) on ~~3-1-22~~ (MM/DD/YYYY) and continued
through _____ (MM/DD/YYYY). ___3-4-20-22___

In ___4-19-22___ (month) 202__, I was notified that cattle were missing or short at
___McClain Farms___ (feed yard).
___4-18-22___

Based on my records, I have provided the below summary of all cattle delivered to
___McClain Farms___ (feed yard), reported all death loss, the market value of the cattle
as of the date of delivery, the number of cattle transferred out/sold before the date of the incident, and
the total number of cattle remaining at the feed yard pursuant to my records. I certify that this
information is true and correct to the best of my knowledge and belief.

**Head Count & Financial Summary:**

| | |
|---|---|
| 1. Market Value of Cattle at Delivery ($) | 84,504.22 |
| 2. Total Head Delivered (head count) | 101 |
| 3. Average Cost Per Head ($) *divide line 1 by line 2* | 836.68 |
| 4. Confirmed Death Loss (head count) | 2 |
| 5. Cattle Transferred/Sold by Owner (head count) | 0 |
| 6. Owner's Record of Cattle at Feed Yard (head count) *subtract lines 4 & 5 from line 2* | 101 |
| 7. Physical Inventory of Cattle at Feed Yard (head count) | 101 head |
| 8. Missing Cattle (head count) *subtract line 7 from line 6* | 101 head |
| 9. Market Value of Missing Cattle ($) *multiply line 8 x line 3* | 106,050 |

P.O. Box 101988   Fort Worth, TX 76185   800.242.7820   tscra.org

**C. Jesko 026**

**Page 2**

**Cattle Company/Individual Name:** Cory Jesko
**Address:** 3970 FM 1057
**City, State, Zip:** Hereford Tx 79045
**Phone:** (806) 344-6113
**Email:** cory.jesko@gmail.com

***Please complete the form, attach the following and email to the Special Ranger at the top of this form:***

A. Attach a copy of any personal business Excel or Quick Books inventory.

B. Attach a copy of all monthly Yard Sheets provided by _____McClain Farms_____ (feed yard).

C. Attach copies of invoices of the cattle purchased.

D. Attach copies of trucking records in/out of _____McClain Farms_____ (feed yard).

E. Attach copies of all Receiving Reports provided by _____McClain Farms_____ (feed yard).

F. Attach any correspondence with _____McClain Farms_____ (feed yard) or any of its representatives, including but not limited to, text messages, social media posts/messages, emails, and voicemail messages.

P.O. Box 101988   Fort Worth, TX 76185   800.242.7820   tscra.org

**C. Jesko 027**