

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 7, 2024**

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC. and 7M CATTLE FEEDERS, INC.,<br><br>Debtors.[1] | **CASE NO. 23-20084-7-rlj**<br><br>**(Jointly Administered Cases)**<br><br>**Chapter 7** |

## AGREED ORDER GRANTING RABO'S MOTION FOR AN ORDER AUTHORIZING AND DIRECTING THE CHAPTER 7 TRUSTEE TO DISTRIBUTE SALES PROCEEDS THAT ARE FULLY ENCUMBERED BY RABO'S PERFECTED LIENS BECAUSE SUCH ASSETS ARE BURDONSOME TO THE ESTATE AND OF INCONSEQUENTIAL VALUE AND BENEFIT TO THE ESTATE

This matter is before the Court on *Rabo's Motion for an Order Authorizing and Directing the Chapter 7 Trustee to Distribute Sales Proceeds that are Fully Encumbered by Rabo's Perfected Liens Because Such Assets are Burdensome to the Estate and of Inconsequential Value and Benefit*

---

[1] The Debtors in these jointly administered Chapter cases are: (a) McClain Feed Yard, Inc. (Case No. 23-20084), (b) McClain Farms, Inc. (Case No. 23-20885) and 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

*to the Estate* (the "Motion") [Dkt. 244] that was filed in the above-entitled jointly administered Chapter 7 cases by Rabo AgriFinance LLC ("Rabo") on May 9, 2024, and the agreement of the Chapter 7 Trustee Kent Ries ("Trustee") herein. The parties agree that the Trustee has collected receivables over the course of this bankruptcy case of twenty (20) payments totaling $185,942.95 from Feed Logistics LLC (the "Feed Proceeds"). The Feed Proceeds receivables arose from the sale of the Debtor's property, commonly identified as silage, that had been transferred to AzTx Cattle Co. prior to the bankruptcy case by the appointed Chief Restructuring Officer of the Debtors. Based upon the Motion and agreement of the parties, the Court finds that the Motion should be granted to the extent set forth herein. Based thereon, it is therefore

**ORDERED, ADJUDGED AND DECREED**, that the Feed Proceeds are property of this bankruptcy estate; it is further

**ORDERED, ADJUDGED AND DECREED**, that the Trustee is authorized to distribute the $185,942.95 in Feed Proceeds to Rabo on an interim basis on account of its alleged secured claim in this case. This interim distribution, as well as this Order, shall not waive, discharge, release, estop, or in any way impair any and all claims, interests, rights, causes of action, damages and/or remedies, whether known or unknown, existing or hereinafter arising, in law, equity, or otherwise, of the Trustee and/or the Debtors' bankruptcy estates against Rabo, including but not limited to, any avoidance claim under Chapter 5 of the Bankruptcy Code, any basis to disallow and/or subordinate Rabo's claims, in whole or in part, including the disgorgement of this $185,942.95 distribution.

# # # END OF ORDER # # #

*Order Submitted by:*

*/s/ Michael R. Johnson*
Michael R. Johnson
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com

Agreed to:

By: /s/ Kent Ries
Kent Ries, Attorney for Trustee
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437