UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 24055651
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

	-and-

Michael R. Johnson (*Pro Hac Vice*)
Austin C. Nate (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email:  mjohnson@rqn.com
Email:  anate@rqn.com

*Attorneys for Creditor and Party-in-Interest Rabo AgriFinance LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>Debtors.[1] | Chapter 7<br><br>CASE NO. 23-20084-7-rlj<br><br>Jointly Administered |

**NOTICE OF RULE 2004 EXAMINATIONS**

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

**PLEASE TAKE NOTICE** that, pursuant to an Order entered by the United States Bankruptcy Court for the Northern District of Texas, Amarillo Division, Rabo AgriFinance LLC ("**Rabo**"), a secured creditor of the Debtors in the above-entitled Chapter 7 cases, through counsel, will take the Rule 2004 examinations of the following persons (collectively, the "**Witnesses**") on the following dates and at the following times (all times Central Daylight Time):

A.  Crystal McClain--**Monday, July 15, 2024 at 9:30 a.m.;**

B.  Chelsea McClain--**Monday, July 15, 2024 at 2:00 p.m.;**

C.  Megan B. Goad--**Tuesday, July 16, 2024 at 10:00 a.m.;**

D.  William Jed Goad--**Wednesday, July 17, 2024 at 9:30 a.m.;**

E.  Kinsey Moreland--**Thursday, July 18, 2024 at 9:30 a.m.**; and

F.  Julie Ann Whitlock--**Thursday, July 18, 2024 at 1:30 p.m.**

The examinations of the Witnesses are all scheduled to be held at the Law Offices of Farmer & Wright, 4975 Alben Barkley Dr. #1, Paducah, KY 42001.

The examination of the Witnesses will be taken orally and in person before a duly authorized court reporter authorized to administer oaths, will be recorded by stenographic means, and will continue until completed. Furthermore, Rabo will attempt to accommodate the attendance of other parties remotely through Zoom if parties desire to attend the examinations remotely. Rabo will request that a Zoom videoconference link and instructions for accessing the examination remotely be provided by the court reporter prior to the examinations for any parties requesting by email to attend the examinations remotely.

You are invited to attend the Rule 2004 examinations and to examine the Witnesses.

DATED: July 1, 2024.

        UNDERWOOD LAW FIRM, P.C.
        Thomas C. Riney, SBN: 16935100
        W. Heath Hendricks, SBN: 240556451
        500 South Taylor, Suite 1200, LB 233
        Amarillo, Texas 79101
        Telephone: (806) 376-5613
        Facsimile: (806) 379-0316
        Email: tom.riney@uwlaw.com
        Email: heath.hendricks@uwlaw.com

        --and--

        RAY QUINNEY & NEBEKER P.C.
        Michael R. Johnson *(Pro Hac Vice)*
        Austin C. Nate (*Pro Hac Vice*)
        36 South State, Suite 1400
        Salt Lake City, UT 84111
        Telephone: (801) 532-1500
        Facsimile: (801) 532-7543
        Email: mjohnson@rqn.com
        Email: anate@rqn.com


        */s/ Michael R. Johnson*
        Michael R. Johnson
        *Attorneys for Rabo AgriFinance LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 1, 2024, the foregoing **NOTICE OF RULE 2004 EXAMINATIONS** was electronically filed and therefore served via the Court's ECF System on all electronic filing users in this case.

/s/ Annette Sanchez

1676098v3