UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: MCCLAIN FEED YARD, INC. et al.

§
§ Case No.: 23-20084-RLJ-7
§
§
§
§
Debtor(s) §

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: __Barnes, Stephen__
   Last      First      MI

2. Firm Name: __Walther, Gay & Mack PLC__

3. Address: __163 E. Main Street, Suite 200__
   __Lexington, KY 40507__
   _____

4. Phone: __859-225-4714__    FAX: __859-225-1493__

   Email: __sbarnes@wgmfirm.com__

5. Name used to sign *all* pleadings: __Stephen Barnes__

6. Retained by: __Chelsea McClain__

7. Admitted on __October 17, 2003__ and presently a member in good standing of the bar of the highest court of the state of __Kentucky__ and issued the bar license number of __89762__.

8. Admitted to practice before the following courts:

   | Court: | Admission Date: |
   |---|---|
   | Kentucky State Courts | 10/17/2003 |
   | US Dist. Court, EDKY | 11/10/2003 |
   | US Dist. Court, WDKY | 10/30/2003 |
   | Sixth Cir. Court of Appeals | 7/20/2007 |

   *Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

    ☒ Yes  ☐ No

    If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☒ Yes  ☐ No

    If "Yes," please provide details: **I have never been cited or disciplined for a breach of ethics or unprofessional conduct. However, I wish to disclose that in August of 2011, I received a Kentucky bar complaint which was not filed by a client. I filed a response in September of 2011, and the bar complaint was immediately dismissed without discipline in October of 2011. Apparently the Bar association's records of this complaint were destroyed one year thereafter pursuant to Kentucky SCR 3.060. However, I have retained paper copies of the key records, and will turn copies over to the Court for review upon request.**

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes  ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    *Date of Application*         *Case No. and Style*

    NA

13. Local counsel of record:  William (Bill) Franklin

14. Local counsel's address:  PO Box 1738
                              Lubbock, TX 79408

*Continued.*

  I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

  I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

  ☒　I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

  ☐　I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.


Stephen Barnes　　　　　　　　　　　　　　　　　　　6/27/2024
Printed Name of Applicant　　　　　　　　　　　　　　Date


/s/ Stephen Barnes

Signature of Applicant