

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 2, 2024**

**United States Bankruptcy Judge**

---

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: § 
McClain Feed Yard, Inc. § Case No.: 23−20084−rlj7
 § Chapter No.: 7
Debtor(s) §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Stephen Barnes**, to represent Chelsea McClain, related to document 257, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #