## AFFIDAVIT OF SERVICE

| State of Texas | County of Northern | District Court |
|---|---|---|

Case Number: 23-20084/85/86-7-RLJ

In re:
**McClain Feed Yard, Inc.; McClain Farms, Inc.; 7M Cattle Feeders, Inc.**

For:
**RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET SUITE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385**

Received by Kentucky Process Service Inc. on the 25th day of June, 2024 at 10:44 am to be served on **Kinsey Moreland, 325 Harrison Road, Benton, KY 42025.**

I, Mark Hayden, being duly sworn, depose and say that on the **1st day of July, 2024** at **7:30 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Subpoena for Rule 2004 Examination, Order Granting Rule 2004 Motion and Authorizing The Issuance of Rule 2004 Examination Subpoenas to (A) Meagan B. Goad, aka Meagan B. Powell, (B) William Jed Goad, (C) Kinsey Moreland (D) Whitlock CPA, PLLC, (E) Chelsea McClain, and (F) Crystal McClain** to: **Kinsey Moreland** at the address of: **325 Harrison Road, Benton, KY 42025**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 31, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 140, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 1st day of July, 2024 by the affiant who is personally known to me.

NOTARY PUBLIC

Brittany Dawn Rue
Notary Public, ID KYNP65685
State at Large, Kentucky
My Commission Expires on Jan. 25, 2027

**Mark Hayden**
Process Server
7/1/2024
Date

**Kentucky Process Service Inc.
128 S. Locust Street
Versailles, KY 40383
(859) 489-0726**

Our Job Serial Number: KPM-2024004882

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

Doc ID: 672a7a7b4ebf09e7d680f8b030b127fef15fa8e9

B2540 (Form 2540 – Subpoena for Rule 2004 Examination (12/15)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION

In re  McCLAIN FEED YARD, INC.  Case No. 23-20084-7-rlj
McCLAIN FARMS, INC.  Case No. 23-20085-7-rlj
7M CATTLE FEEDERS, INC.  Case No. 23-20086-7-rlj

Chapter    7

## SUBPOENA FOR RULE 2004 EXAMINATION

TO:  Kinsey Moreland
325 Harrison Road
Benton, KY 42025

*(Name of person to whom the subpoena is directed)*

☒ **TESTIMONY:** YOU ARE COMMANDED to appear at the time, date and place set forth below to testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure. A copy of the court order authorizing the examination is attached.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| LAW OFFICES OF FARMER & WRIGHT<br>4975 ALBEN BARKLEY DR. #1<br>PADUCAH, KY 42001 | JULY 18, 2024, AT 9:30 A.M. |

☐ **PRODUCTION:** You must also bring with you to the examination the following documents, electronically stored information, or objects, and must permit inspection, copying testing or sampling of the material:  N/A

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – rule 45 (c), relating to the place of compliance; Rule 45 (d), relating to our protection as a person subject to a subpoena; and Rule 45(e) and 45 (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature]*<br>MICHAEL R. JOHNSON<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>Salt Lake City, UT 84111<br>801-532-1500<br><br>Attorneys for Rabo AgriFinance LLC | 6-24-2024 |

1672203

Doc ID: 672a7a7b4ebf09e7d680f8b030b127fef15fa8e9

B2540 (Form 2540 – Subpoena for Rule 2004 Examination) (Page 2)

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for (name of individual and title, if any): __Kinsey Moreland__
on (date) __6/25/2024__.

☒ I served the subpoena by delivering a copy to the named person as follows: __Kinsey Moreland__
_____ on (date) __7/1/2024__ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: __7/1/2024__

_____
Server's signature

__Mark Hayden/Process Server__
Printed name and title

__128 S. Locust St., Versailles, KY 40383__
Server's address

Additional information concerning attempted service, etc.:

Doc ID: 672a7a7b4ebf09e7d680f8b030b127fef15fa8e9