

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 2, 2024**



**United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  §
McClain Feed Yard, Inc.  §  Case No.: 23−20084−rlj7
 §  Chapter No.: 7
Debtor(s)  §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Stephen Barnes**, to represent Chelsea McClain, related to document 257, **ORDERS** this application be:

☑ *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court

Northern District of Texas

In re:  Case No. 23-20084-rlj
McClain Feed Yard, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-2      User: admin      Page 1 of 14
Date Rcvd: Jul 03, 2024      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Stephen Barnes, Walther, Gay & Mack PLC, 163 E. Main Street, Ste. 200, Lexington, KY 40507-1383 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | + Email/Text: sbarnes@wgmfirm.com | Jul 03 2024 21:25:00 | Stephen Barnes, Walther, Gay & Mack PLC, 163 E. Main Street, Ste. 200, Lexington, KY 40507-1383 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 05, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Michael Kaufman | on behalf of Interested Party Community Financial Services Bank akaufman@grayreed.com  mfowlkes@grayreed.com |
| Abel Angel Leal | on behalf of Plaintiff Michael Evans abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Scott Livestock Company  Inc. abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | |

Case 23-20084-rlj7   Doc 263   Filed 07/05/24   Entered 07/05/24 23:19:36   Desc
Imaged Certificate of Notice   Page 3 of 15

| District/off: 0539-2 | User: admin | Page 2 of 14 |
|---|---|---|
| Date Rcvd: Jul 03, 2024 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Gene Brookshire Family LP abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Sherle Lockwood abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Craig Sutton abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Robert E Gray abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Gray Brothers abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Jimmy Greer abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Miranda Evans abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Dustin Johnson abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Jordan Lesh LLC abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Steve Ryan abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Robert Braun abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Susan Van Buskirk abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Bryan Blackman abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Nikki Lockwood abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Dennis Buss abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Gary Lesh abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Dora Blackman abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Morrison Cafe LLC abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Lesh Family Trust abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Colby Van Buskirk abel@ssbtxlaw.com abel@leal.law |

| | |
|---|---|
| Abel Angel Leal | on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Robert Spring abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Buss Family Trust abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Robert E Gray abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Jared Lesh abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Leah Gungoll abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Janet Van Buskirk abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Jordan Lesh LLC abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Gary Lesh abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Jan Lesh abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Jan Lesh abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Eddie Bryant abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Jim Rininger abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Joel Brookshire abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Jim Rininger abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Steve T Scott Farm Inc. abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff AJ Jacques Living Trust abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Dennis Buss abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Ronnie Gray abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Cole Lockwood abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Lyndal Van Buskirk abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Amy Sutton abel@ssbtxlaw.com abel@leal.law |

Case 23-20084-rlj7  Doc 263  Filed 07/05/24  Entered 07/05/24 23:19:36  Desc
Imaged Certificate of Notice   Page 5 of 15

| District/off: 0539-2 | User: admin | Page 4 of 14 |
|---|---|---|
| Date Rcvd: Jul 03, 2024 | Form ID: pdf012 | Total Noticed: 1 |

Abel Angel Leal
    on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Defendant A.J. Jacques Living Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Charles Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Janice Lawhon abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Morrison Cafe LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
    on behalf of Creditor Michael Evans abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Gungoll Cattle LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Arnold Braun Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Douglas Finley abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Douglas Finley abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Steve T Scott Farm Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
    on behalf of Creditor Miranda Evans abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Dora Blackman abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Robert Braun abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Scarlet and Black Cattle LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
    on behalf of Creditor Jared Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Amy Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Scarlet and Black Cattle LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
    on behalf of Creditor Robert Spring abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Gray Brothers abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Craig Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Scott Livestock Company Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Gene Brookshire Family LP abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Steve Ryan abel@ssbtxlaw.com abel@leal.law

| District/off: 0539-2 | User: admin | Page 5 of 14 |
|---|---|---|
| Date Rcvd: Jul 03, 2024 | Form ID: pdf012 | Total Noticed: 1 |

Abel Angel Leal
  on behalf of Creditor Gungoll Cattle LLC abel@ssbtxlaw.com, abel@leal.law

Amber Miller
  on behalf of Creditor Big Seven Capital Partners LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
  on behalf of Creditor Barry Phillips amiller@cdmlaw.com sboggs@cdmlaw.com

Amber Miller
  on behalf of Creditor Scott Stewart amiller@cdmlaw.com sboggs@cdmlaw.com

Amber Miller
  on behalf of Creditor Robert Ellis amiller@cdmlaw.com sboggs@cdmlaw.com

Amber Miller
  on behalf of Creditor Richard Carraway amiller@cdmlaw.com sboggs@cdmlaw.com

Amber Miller
  on behalf of Creditor Ridgefield Capital Group LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
  on behalf of Creditor Andrew Phillips amiller@cdmlaw.com sboggs@cdmlaw.com

Austin C Nate
  on behalf of Creditor Rabo AgriFinance LLC anate@rqn.com, arollins@rqn.com;docket@rqn.com

Charity S Bird
  on behalf of Interested Party Kinsey Moreland cbird@kaplanjohnsonlaw.com
  hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charity S Bird
  on behalf of Interested Party Meagan B. Goad cbird@kaplanjohnsonlaw.com
  hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charles Dunham Biles
  on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust dunham@bileswilson.com

Daniel P. Callahan
  on behalf of Creditor Northland Capital Financial Services LLC dpc@kesslercollins.com, gld@kesslercollins.com

David Weitman
  on behalf of Interested Party David Weitman david.weitman@klgates.com

David Weitman
  on behalf of Interested Party Consolidated Feeders LLC david.weitman@klgates.com

David L. LeBas
  on behalf of Plaintiff Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
  on behalf of Defendant Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
  on behalf of Creditor AgTexas Farm Credit Services AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
  on behalf of Plaintiff AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
  on behalf of Creditor Keeling Cattle Feeders Inc. dlebas@namanhowell.com jaucoin@namanhowell.com

David L. LeBas
  on behalf of Plaintiff AGTexas Farm Credit Services dlebas@namanhowell.com jaucoin@namanhowell.com

David L. LeBas
  on behalf of Creditor Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
  on behalf of Creditor AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
  on behalf of Creditor Thorlackson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

Dawn Whalen Theiss
  on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov
  brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dawn Whalen Theiss
  on behalf of Interested Party mp U.S. Department of Agriculture dawn.theiss@usdoj.gov
  brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dylan Tanner Franklin Ross

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 6 of 14 |
| Date Rcvd: Jul 03, 2024 | Form ID: pdf012 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor MAP Enterprises Inc. dylan.ross@reedsmith.com |
| Harrison Pavlasek | on behalf of Creditor MAP Enterprises Inc. hpavlasek@forsheyprostok.com, khartogh@forsheyprostok.com;calendar@forsheyprostok.com;hpavlasek@ecf.courtdrive.com |
| Hudson M. Jobe | on behalf of Trustee Kent Ries hjobe@qslwm.com nchancellor@qslwm.com |
| Hudson M. Jobe | on behalf of Trustee Kent David Ries hjobe@qslwm.com nchancellor@qslwm.com |
| Hudson M. Jobe | on behalf of Spec. Counsel Quilling Selander, Lownds, Winslett & Moser, P.C. hjobe@qslwm.com, nchancellor@qslwm.com |
| Jamie Kirk | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov |
| Jeff P. Prostok | on behalf of Creditor MAP Enterprises Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com; khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net |
| John F. Massouh | on behalf of Plaintiff Miranda Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Robert Spring john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Arnold Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Gary Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Robert J. Spring john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Amy Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Gungoll Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Lesh Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Robert Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Charles Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |

District/off: 0539-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 7 of 14
Date Rcvd: Jul 03, 2024　　　　　　　　　Form ID: pdf012　　　　　　　　　　Total Noticed: 1

| | |
|---|---|
| John F. Massouh | on behalf of Creditor Gene Brookshire Family LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Morrison Cafe LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Steve Ryan john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Morrison Cafe LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Scarlet and Black Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Lyndal VanBuskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Gray Brothers Cattle john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Scott Livestock Company Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Lyndal Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jimmy Greer john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Ronnie Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Janice Lawhon john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Robert Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Scarlet & Black Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Gray Brothers john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Jordan Lesh LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Plaintiff Buss Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Jared Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Colton Long john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com |
| John F. Massouh | on behalf of Defendant Gungoll Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com |

District/off: 0539-2 User: admin Page 8 of 14
Date Rcvd: Jul 03, 2024 Form ID: pdf012 Total Noticed: 1

John F. Massouh
on behalf of Plaintiff Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Craig Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Bradley Gungoll john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Morrison Cafe LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Colby VanBuskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Jim Rininger john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Robert Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Dustin Johnson john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Edwin D. Buss john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Robert Spring john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Michael Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Steve T Scott Farm Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Steve T Scott Farms Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Scarlet and Black Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Jordan Lesh LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Ronnie Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Janet Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 9 of 14 |
| Date Rcvd: Jul 03, 2024 | Form ID: pdf012 | Total Noticed: 1 |

John F. Massouh
    on behalf of Plaintiff Janice Lawhon john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Charles Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Jared Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Buss Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Michael Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Eddie Bryant john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Susan VanBuskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Jimmy Greer john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Nikki Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Dennis Buss john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Gene Brookshire Family LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Jordan Lesh LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Nikki Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Gary Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Douglas Finley john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Leah Gungoll john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Cole Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Michael Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Scott Livestock Company Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Dustin Johnson john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Dennis Buss john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Lesh Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

| District/off: 0539-2 | User: admin | Page 10 of 14 |
|---|---|---|
| Date Rcvd: Jul 03, 2024 | Form ID: pdf012 | Total Noticed: 1 |

John F. Massouh
    on behalf of Defendant Janet VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Scott Livestock Company john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant A.J. Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 11 of 14 |
| Date Rcvd: Jul 03, 2024 | Form ID: pdf012 | Total Noticed: 1 |

John H. Lovell
on behalf of Defendant HTLF Bank john@lovell-law.net
paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
on behalf of Creditor Cory Jesko john@lovell-law.net
paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
on behalf of Creditor Lone Star Bank of West Texas john@lovell-law.net
paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust john@lovell-law.net,
paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John R. Lane, Jr.
on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com
mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com

John Robert Nelson
on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com  mdallaire@dickinsonwright.com

Joseph H Mattingly
on behalf of Defendant Don Ralph Barrett joe@mattinglylawoffices.com

Joseph H Mattingly
on behalf of Defendant Barrett's Livestock Inc. joe@mattinglylawoffices.com

Joseph H Mattingly
on behalf of Defendant Michael Acey joe@mattinglylawoffices.com

Joseph H Mattingly
on behalf of Defendant Acey Livestock  LLC joe@mattinglylawoffices.com

Keith James Larson
on behalf of Interested Party Community Financial Services Bank kjl@mpmfirm.com

Kenneth R. Netardus
on behalf of Creditor Open A Arena  LLC knetardus@sjblawfirm.com, rmcmurry@sjblawfirm.com

Kenneth R. Netardus
on behalf of Creditor Edward Lewis Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com

Kenneth R. Netardus
on behalf of Creditor Rieta May Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com

Kent David Ries
on behalf of Defendant Kent Ries kent@kentries.com

Kent David Ries
on behalf of Trustee Kent Ries kent@kentries.com

Kent David Ries
on behalf of Trustee Kent David Ries trustee@kentries.com  TX41@ecfcbis.com

Kent David Ries
trustee@kentries.com  TX41@ecfcbis.com

Kerry L. Haliburton
on behalf of Creditor AgTexas Farm Credit Services  AgTexas, PCA, and Thorlakson Diamond T Feeders, LP
haliburton@namanhowell.com, karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Kerry L. Haliburton
on behalf of Creditor Keeling Cattle Feeders Inc. haliburton@namanhowell.com
karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Kyle Weldon
on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com

Kyle Weldon
on behalf of Creditor Robbie Russell kyle@bradburycounsel.com

Kyle Weldon
on behalf of Creditor Priest Victory Investment LLC kyle@bradburycounsel.com

Kyle Weldon
on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon
on behalf of Creditor Wiley Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon

Case 23-20084-rlj7   Doc 263   Filed 07/05/24   Entered 07/05/24 23:19:36   Desc
Imaged Certificate of Notice   Page 13 of 15

| District/off: 0539-2 | User: admin | Page 12 of 14 |
|---|---|---|
| Date Rcvd: Jul 03, 2024 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Creditor Wiley Roby Russell Jr. kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor Priest Cattle Company Ltd. kyle@bradburycounsel.com

Lynn Hamilton Butler

on behalf of Defendant Mechanics Bank lynn.butler@huschblackwell.com penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Marcus Herbert

on behalf of Interested Party Crystal McClain herbertlaw@vci.net marcus.herbertbk@gmail.com

Marcus Herbert

on behalf of Interested Party Piper Olivia Mcclain herbertlaw@vci.net marcus.herbertbk@gmail.com

Marcus Herbert

on behalf of Interested Party Kristin McClain herbertlaw@vci.net marcus.herbertbk@gmail.com

Matthew S Merriott

on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust matthew@lovell-law.net, kaye@lovell-law.net;alexis@lovell-law.net

Matthew S Merriott

on behalf of Defendant HTLF Bank matthew@lovell-law.net kaye@lovell-law.net;alexis@lovell-law.net

Matthew S. Muckleroy

on behalf of Defendant Shawn Ragland mmuckleroy@cwl.law cpierrelouis@cwl.law

Max Ralph Tarbox

on behalf of Debtor 7M Cattle Feeders Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox

on behalf of Debtor McClain Feed Yard Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox

on behalf of Debtor McClain Farms Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Michael R. Johnson

on behalf of Defendant Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson

on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com asanchez@rqn.com;docket@rqn.com

Michael R. Johnson

on behalf of Creditor Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michelle D. Esparza

on behalf of Creditor Caterpillar Financial Services Corporation mesparza@dickinsonwright.com hkott@dickinson-wright.com

Nicole E. Gorovsky

on behalf of Creditor Northland Capital Financial Services LLC ngorovsky@jenkinskling.com, cwoods@jenkinskling.com

Rachel E Barr

on behalf of Defendant Thorlakson Diamond T Feeders LP rbarr@namanhowell.com

Rachel E Barr

on behalf of Creditor Thorlakson Diamond T Feeders LP rbarr@namanhowell.com

Rachel E Barr

on behalf of Creditor AgTexas Farm Credit Services AgTexas PCA rbarr@namanhowell.com

Rachel E Barr

on behalf of Creditor AgTexas PCA rbarr@namanhowell.com

Rachel E Barr

on behalf of Plaintiff Thorlakson Diamond T Feeders LP rbarr@namanhowell.com

Rachel E Barr

on behalf of Plaintiff AgTexas PCA rbarr@namanhowell.com

Rachel E Barr

on behalf of Plaintiff AGTexas Farm Credit Services rbarr@namanhowell.com

Richard A. Illmer

on behalf of Defendant Mechanics Bank rick.illmer@huschblackwell.com karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com

Shawn Kevin Brady

on behalf of Creditor Citizens Bank NA sgodwin@brady-law-firm.com sbrady@brady-law-firm.com

District/off: 0539-2      User: admin      Page 13 of 14
Date Rcvd: Jul 03, 2024      Form ID: pdf012      Total Noticed: 1

| Name | Representation |
|---|---|
| Steven Lee Hoard | on behalf of Creditor Hines Farms LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Defendant Hines Farms LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Kinsey Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Curtis Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones Farms Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Cattle Company LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Steven Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Defendant Don Jones Farm Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Shaw & Shaw Farms Partnership LLC shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Riley Livestock Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Defendant Shaw & Shaw Farms Partnership LLC shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Defendant Bar D Ranch Land & Cattle LLC shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones Trucking Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Defendant Don Jones Trucking Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Defendant Riley Livestock Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Bar D Ranch Land & Cattle LLC shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Defendant N. Terry Dicks shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Defendant Hines Cattle Company LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Hines Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor David Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Defendant Curtis Jones Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Defendant Kinsey Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Don Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Steven Lee Hoard | on behalf of Creditor Curtis Jones Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com |
| Todd Farmer | on behalf of Interested Party Meagan B. Goad todd@farmerwright.com stephanie@sfk-law.com |
| Todd Farmer | on behalf of Interested Party Kinsey Moreland todd@farmerwright.com stephanie@sfk-law.com |
| Todd Jeffrey Johnston | on behalf of Defendant Angie Robinson tjohnston@mcjllp.com tlofgren@mcjllp.com |
| Todd Jeffrey Johnston | on behalf of Creditor 2B Farms a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com, |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 14 of 14 |
| Date Rcvd: Jul 03, 2024 | Form ID: pdf012 | Total Noticed: 1 |

                    tlofgren@mcjllp.com

United States Trustee
                    ustpregion06.da.ecf@usdoj.gov

Whitney A Davis
                    on behalf of Creditor Philip E Rapp whit@ekdlaw.com

William Adam Franklin
                    on behalf of Interested Party Chelsea McClain bfranklin@bdflawfirm.com

William Adam Franklin
                    on behalf of Interested Party Meagan B. Goad bfranklin@bdflawfirm.com

William Adam Franklin
                    on behalf of Interested Party Kinsey Moreland bfranklin@bdflawfirm.com

William Heath Hendricks
                    on behalf of Creditor Rabo AgriFinance  LLC heath.hendricks@uwlaw.com, roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

TOTAL: 337