Stephen Barnes, Kentucky Bar No. 89762
Pro Hac Admission July 3, 2024 (Doc. 259)
sbarnes@wgmfirm.com
Walther, Gay & Mack PLC
163 E. Main Street, Suite 200
Lexington, KY 40507
(859) 225-4714; FAX (859) 225-1493
*Attorneys for Chelsea McClain*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| McCLAIN FEED YARD, INC. | § | Case No.: 23-20084-rlj-7 |
| | § | Chapter No.: 7 |
| Debtor(s) | § | |

**LIMITED NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND PAPERS**

Chelsea McClain hereby appears, solely for the limited purpose of challenging jurisdiction of the Bankruptcy Court, and requests that all notices given or required to be given in this case, and all papers served or required to be served on creditors or parties-in-interest in this case, be given to and served upon her attorney of record, Stephen Barnes, admitted pro hac vice, Walther, Gay & Mack PLC, 163 E. Main Street, Suite 200, Lexington, Kentucky 40507. A copy of this Court's July 3, 2024 Order for Admission pro Hac Vice (Doc. 259) is attached hereto as **Exhibit A**. This request includes all notices, copies, and pleadings referred to in the applicable provisions of the United States Code or in the Bankruptcy Rules, including without limitation, notice of any orders, motions, demands, complaints, petitions, pleadings or requests, applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise.

Dated this the 11th day of July, 2024.

Respectfully submitted,

Walther, Gay & Mack PLC
Stephen Barnes, Kentucky Bar No. 89762
Pro Hac Admission July 3, 2024 (Doc. 259)
163 E. Main Street, Suite 200
Lexington, Kentucky 40507
Tel: (859) 225-4714
Fax: (859) 225-1493
sbarnes@wgmfirm.com

By: _____/s/ Stephen Barnes_____
Stephen Barnes

*Attorneys for Chelsea McClain*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served either electronically via ECF filing system and/or U.S. Mail on July 11, 2024, upon all parties entitled to such notice as provided by the ECF filing system.

_____/s/ Stephen Barnes_____
Stephen Barnes



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 2, 2024

**United States Bankruptcy Judge**

---

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:  
McClain Feed Yard, Inc.  
　　　　　　　　　　Debtor(s)

§ Case No.: 23–20084–rlj7  
§ Chapter No.: 7

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Stephen Barnes**, to represent Chelsea McClain, related to document 257, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non-Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #


EXHIBIT A