IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

**(PROPOSED) ORDER GRANTING THE TRUSTEE'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM RABO
AGRIFINANCE LLC AND FOCUS MANAGEMENT GROUP USA, INC.**

Before the Court is the Trustee Kent Ries's ("Trustee") Motion to Compel Production of Documents ("Motion") from Rabo Agrifinance LLC ("Rabo") and Focus Management Group USA, Inc, ("Focus").

After considering the papers filed by the parties in connection with the Motion, the applicable authorities, and the record evidence presented by the parties, the Court **GRANTS** the Motion.

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

IT IS **FURTHER ORDERED** that Rabo and Focus shall immediately **PRODUCE** to the Trustee all materials responsive to the Trustee's Subpoenas.

IT IS **FURTHER ORDERED** that Rabo shall, within three business days of the date this Order is signed, **CONFIRM** to the Trustee whether it attached all Debtor loan documents to its Proof of Claim. Rabo shall **PRODUCE** any missing documents to the Trustee within five business days of the date this Order is signed.

IT IS **FURTHER ORDERED** that Rabo and Focus shall, within three business days of the date this Order is signed, **CONFIRM** to the Trustee whether they have produced all responsive materials in their possession, custody, and control.

IT IS **FURTHER ORDERED** that the Trustee shall, within three business days of the date this Order is signed, **SEND** to Rabo and Focus copies of the invoices for attorney's fees and other expenses incurred in connection with this Motion.

IT IS **FURTHER ORDERED** that, within three business days of receiving the above-cited invoices, Rabo and Focus shall **PAY** the Trustee's attorney's fees incurred, and expenses incurred in connection with this Motion.

**SO ORDERED.**

Signed this ___ day of _____, 2024

                                                                _____
                                                                Judge Presiding