```
Label Matrix for local noticing          2B Farms, a Texas General Partnership, and T   AJ Jacques Living Trust
0539-2                                   c/o Todd J. Johnston                            c/o John Massouh
Case 23-20084-rlj7                       McWhorter, Cobb & Johnson, LLP                  PO Box 15008
Northern District of Texas               P.O. Box 2547                                   Amarillo, TX 79105-5008
Amarillo                                 Lubbock, TX 79408-2547
Thu Aug  1 07:58:05 CDT 2024

AgTexas Farm Credit Services, AgTexas, PCA,   Arnold Braun Trust                         Bar D Ranch Land & Cattle LLC
c/o Kerry L. Haliburton and David LeBas        c/o John Massouh                           4458 S. U.S. Highway 441
Naman, Howell, Smith & Lee, PLLC               PO Box 15008                               Lake City, FL 32025-0306
400 Austin Avenue, Suite 800                   Amarillo, TX 79105-5008
Waco, TX 76701-2145

Buss Family Trust                        Canyon Rim Consulting, LLC                      Caterpillar Financial Services Corporation
c/o John Massouh                         301 S Polk St., Ste 815                         c/o Dickinson Wright PLLC
PO Box 15008                             Amarillo, TX 79101-1408                         ATTN: John Nelson
Amarillo, TX 79105-5008                                                                  607 W. 3rd Street, Ste. 2500
                                                                                         Austin, TX 78701-4713

Citizens Bank NA                         Gene Brookshire Family, LP                      Gray Brothers
c/o Brady Law Firm                       c/o John Massouh                                c/o John Massouh
6136 Frisco Square Blvd., Suite 400      PO Box 15008                                    PO Box 15008
Frisco, TX 75034-3251                    Amarillo, TX 79105-5008                         Amarillo, TX 79105-5008

Gungoll Cattle, LLC                      Jordan Lesh, LLC                                Keeling Cattle Feeders Inc.
c/o John Massouh                         c/o John Massouh                                c/o Kerry Haliburton and David LeBas
PO Box 15008                             PO Box 15008                                    Naman, Howell, Smith & Lee, PLLC
Amarillo, TX 79105-5008                  Amarillo, TX 79105-5008                         400 Austin Avenue, Suite 800
                                                                                         Waco, TX 76701-2145

LainFaulkner                             Lesh Family Trust                               McClain Feed Yard, Inc.
400 N St. Paul, Ste 600                  c/o John Massouh                                4010 FM 1057
Dallas, TX 75201-6897                    PO Box 15008                                    Hereford, TX 79045-7386
                                         Amarillo, TX 79105-5008

Morrison Cafe, LLC                       Northland Capital Financial Services, LLC       Priest Cattle Company, Ltd.
c/o John Massouh                         c/o Jenkins & Kling, P.C.                       899 Rosenthal Road
PO Box 15008                             150 N. Meramec Ave., Suite 400                  Lorena, TX 76655-9665
Amarillo, TX 79105-5008                  St. Louis, MO 63105-3753

Priest Victory Investment LLC            Quilling, Selander, Lownds, Winslet & Moser     Quilling, Selander, Lownds, Winslett & Moser
899 Rosenthal Road                       2001 Bryan Street, Ste 1800                     QSLWM, P.C.
Lorena, TX 76655-9665                    Dallas, TX 75201-3070                           Attn: Hudson Jobe
                                                                                         2001 Bryan Street
                                                                                         Suite 1800
                                                                                         Dallas, TX 75201-3070

Riley Livestock, Inc.                    Scarlet and Black Cattle, LLC                   Scott Livestock Company, Inc.
P.O. Box 663                             c/o John Massouh                                c/o John Massouh
Mayfield, KY 42066-0033                  PO Box 15008                                    PO Box 15008
                                         Amarillo, TX 79105-5008                         Amarillo, TX 79105-5008

Shaw & Shaw Farms Partnership LLC        Steve T Scott Farm, Inc.                        Texas Comptroller of Public Accounts, Revenu
11605 NW 140 St.                         c/o John Massouh                                Jamie Kirk
Alachua, FL 32615-6435                   PO Box 15008                                    c/o Sherri Simpson, Paralegal
                                         Amarillo, TX 79105-5008                         PO Box 12548
                                                                                         Austin, TX 78711-2548
```

| | | |
|---|---|---|
| W. Robbie Russell Living Trust<br>414 Preston Drive<br>Brownsville, TX 38012-2468 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | AJ JACQUES LIVING TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| ARNOLD BRAUN TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | BRYAN BLACKMAN<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | CHARLES LOCKWOOD<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| COLE LOCKWOOD<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | DOUGLAS FINLEY<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | DUSTIN JOHNSON<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| JAN LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JANET VAN BUSKIRK<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | JIM RININGER<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| JOEL BROOKSHIRE<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | LEAH GUNGOLL<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | LYNDAL VAN BUSKIRK<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| MIRANDA EVANS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | NIKKI LOCKWOOD<br>c/o JOHN MASSOU<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | SUSAN VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| 2B Farms Inc<br>9012 County Rd. 3114<br>Snyder, TX 79549-1318 | 2B Farms, a Texas GP, Debtor-In-Possession<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>P.O. Box 2547<br>Lubbock, TX 79408-2547 | AMY & CRAIG SUTTON<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| Acey Livestock, LLC<br>211 Old Orchard Road<br>Perryville, KY 40468-9782 | AgTexas Farm Credit Services<br>c/o David LeBas<br>8310 N. Capital of Texas Hwy, Suite 490<br>Austin, Texas 78731-1081 | AgTexas, PCA<br>c/o David LeBas<br>8310 N. Capital of Texas Hwy, Suite 490<br>Austin, Texas 78731-1081 |
| Andrew Phillips<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Angela D. Robinson<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>P.O. Box 2547<br>Lubbock, TX 79408-2547 | Angela Powell<br>86 B Commerce Blvd.<br>Benton, KY 42025-1110 |
| Arnold Braun or Arnold Braun Trust<br>4932 E SR 70<br>Grandview, IN 47615-9620 | Atten: David L. LeBas<br>Naman Howell Smith & Lee<br>Attorneys at Law<br>8310 N. Capital of Texas HWY<br>Ste 490<br>Austin, TX 78731-1081 | BJM Sales & Service<br>PO Box 1073<br>Hereford, TX 79045-1073 |

| | | |
|---|---|---|
| Bar D Ranch Land & Cattle, LLC<br>4458 South US Highway 441<br>Lake City, FL 32025-0306 | Barry Phillips<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Big Seven Capital Partners LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| Bo Robinson<br>9397 County Rd. 3114<br>Snyder, TX 79549-1379 | Bryan Blackman<br>4553 Texas Street<br>Healdton, OK 73438-2906 | C Heart Ranch, LLC<br>454 Daniels Lane<br>Ardmore, OK 73401-5304 |
| COLBY VAN BUSKIRK<br>SUSAN VAN BUSKIRK<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | CRAIG SUTTON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Cactus Feeders Finance LLC<br>PO Box 3050<br>Amarillo, TX 79116-3050 |
| Cactus Operating LLC<br>Robert M Kettle, Agent<br>600 S. Tyler St., Suite 280<br>Amarillo, TX 79101-2353 | Caleb Little<br>672 Nelson Trl<br>Dexter, KY 42036-9402 | Carl Pickett<br>524 Travis Street/650 FM 163 Rd<br>Liberty, TX 77575 |
| Carol Bosshardt<br>3925 NW 151st Way<br>Newberry, FL 32669-2008 | Carr, Riggs, & Ingram, LLC<br>2424 Louisiana Blvd. NW<br>Suite 300<br>Albuquerque, NM 87110 | Carraway Cattle, LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| Caterpillar Financial Services Corporation<br>c/o Dickinson Wright PLLC<br>Attention: Michelle Esparza<br>221 N. Kansas St. Ste. 2000<br>El Paso, Texas 79901-1472 | Chelsea Waters McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 | Clint Quarles<br>Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 |
| Cody L. Simmons<br>P.O. Box 180<br>Canyon, TX 79015-0180 | Colton Long<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 | (p)COMMUNITY FINANCIAL SERVICES BANK<br>ATTN ATTN LOSS MITIGATION<br>P O BOX 467<br>BENTON KY 42025-0467 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Cory Don Priest<br>6010 East FM  597<br>Abernathy, Texas 79311-5424 | Cory and Jeff Jesko<br>3970 FM 1057<br>Hereford, TX 79045-7322 |
| Crystal McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 | Curtis Jones Farms<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | Curtis Jones Farms LLC<br>1720W. 13th Ave.<br>Emporia, KS 66801-5659 |
| DENNIS BUSS<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | DORA BLACKMAN<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | David Rainey 88 CR 640<br>Corinth, MS 38834 |

| | | |
|---|---|---|
| Death Creek Farms LLC<br>10150 Highway 47<br>West Point, MS 39773-4802 | Don Jones 2434 Road Y<br>Reading, KS 66868-9006 | Don Jones Farm, Inc. 2434 Road Y<br>Reading, KS 66868-9006 |
| Don Jones Trucking, Inc.<br>2434 Road Y<br>Reading, KS 66868-9006 | Douglas C. Pritchett<br>19601 FM 1541<br>Canyon, TX 79015-6387 | Dr. Arnold Bra1,1n<br>4932 E. SR 70<br>Grandview, IN 47615-9620 |
| Dwight Jesko<br>112 Rr 5/ 3970 FM 1057<br>Hereford, TX 79045 | Dwight and Patty Jesko<br>3970 FM 1057<br>Hereford, TX 79045-7322 | EDDIE BRYANT<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| Ed and Rieta Dufurrena<br>Kenneth R. Netardus<br>1030 N. Western<br>Amarillo, TX 79106-7011 | Eddie Stewart<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, Texas 76102-3110 | Eric DeJarnett<br>1115 County Road 1024<br>Cunningham, KY 42035-9309 |
| Eric Dejarnatt 1115 CR 1024<br>Cunningham, KY 42035-9309 | First Capital Bank of Texas<br>3900 Soncy Road<br>Amarillo, TX 79119-6673 | First Kentucky Bank, Inc.<br>605 Main Street<br>Benton, KY 42025-1236 |
| Friona Industries<br>PO Box 15568<br>Amarillo, TX 79105-5568 | Friona Industries, L.P.<br>500 S. Taylor Street, Suite 601<br>Amarillo, TX 79101-2447 | (p)FRONTIER FARM CREDIT<br>PO BOX 2409<br>OMAHA NE 68103-2409 |
| GARY LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | GENE BROOKSHIRE FAMILY, LP<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Garwood Cattle Company LLC<br>2538 Middleton Road<br>Columbiana, OH 44408-9550 |
| HTLF Bank<br>9816 Slide Rd.<br>Lubbock, TX 79424-5781 | Heartland Co-op<br>2829 Westown Parkway, Suite 350<br>West Des Moines, IA 50266-1340 | Hines Cattle Company, LLC<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 |
| Hines Farms, LLC<br>1019 NE 90th Ave.<br>High Springs, FL 32643-5121 | J Brent Burnett<br>1612 Sanderson Rd<br>Mayfield, KY 42066-9108 | JAN & GARY LESH<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| JANICE LAWHON<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | JARED LESH<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | JIMMY GREER<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |

| | | |
|---|---|---|
| Jake Rininger<br>2828 S. Co. Rd. 200 W.<br>Rockport, IN 47635-8252 | Jared Lesh Cowhorses Inc.<br>10801 E. Highway 82<br>Whitesboro, TX 76273 | Jared Wayne Lesh<br>10801 E. Highway 82<br>Whitesboro, TX 76273 |
| Jed Goad<br>JLE Trucking, Inc.<br>PO Box 451<br>Red Boiling Springs, TN 37150-0451 | Jimmy D. Greer<br>3209 Wrather Rd.<br>Murray, KY 42071-7417 | Job E. White<br>10216 SW 49th Ln<br>Gainesville, FL 32608-7161 |
| Joe Burnett<br>187 Peachtree Rd<br>Melber, KY 42069-8824 | John Dale Tidwell<br>209 Duffers Ln<br>Mayfield, KY 42066-1201 | John Massouh<br>Sprouse Shrader Smith PLLC<br>Box 15008<br>Amarillo, TX 79105-5008 |
| Jordan Robert Lesh<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 | Jordan and Jan Lesh<br>10400 N. Perkins Road<br>Stillwater, OK 74075-1860 | Joseph Donelson Jones II<br>39551 CR 439<br>Umatilla, FL 32784-7529 |
| Julie Whitlock<br>P.O. Box 389<br>Mayfield, KY 42066-0029 | Justin Stuever<br>P.O. Box 22<br>Morrison OK 73061-0022 | Keeling Cattle Feeders, Inc.<br>PO Box 1853<br>Hereford, Texas 79045-1853 |
| Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025-4770 | Kenneth Netardus<br>P.O. Box 3280<br>Amarillo, TX 79116-3280 | Kenneth R. Netardus<br>1030 N. Western<br>Amarillo, TX 79106-7011 |
| Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 | Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868-9055 | Lazy J Arena, LLC<br>1419 W. 80th Street<br>Stillwater, OK 74074-8164 |
| Lazy J. Cattle<br>1515 W. 80th Street<br>Stillwater, OK 74074-8186 | Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077-8530 | Lesh Trucking'<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 |
| Lyndal Vanbuskirk<br>P.O Box 778<br>Ringling, OK 73456-0778 | MAP Enterprises Inc.<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | MAP Enterprises, Inc.<br>c/o Jeff P. Prostok<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102-5384 |
| MICHAEL & MIRANDA EVANS<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | Meagan B. Goad<br>1775 Wadesboro Rd.<br>S Benton, KY 42025-4777 | Meagan B. Powell<br>621 Mullins Ln.<br>Benton, KY 42025-4762 |

Mechanics Bank
18400 Von Karman Avenue Suite 1100
Irvine, CA 92612-0517

Michael Gourley
P.O. Box 1045
Mayfield, KY 42066-0041

Michael Johnson
Ray Quinney and Nebeker, P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84111-1451

Mykel Linn Tidwell
66 Lake Terry Dr.
Mayfield, KY 42066-6982

National Finance Credit Corporation of Texas
c/o Kyle Weldon
201 Main Street, Suite 600
Fort Worth, Texas 76102-3110

Northland Capital Financial Services, LL
P.O. Box 7278
Saint Cloud, MN 56302-7278

Northland Capital Financial Services, LLC
333 33rd Ave South
St. Cloud, MN 56301-5495

Oklahoma AgCredit
601 East Kenosha
Broken Arrow, OK 74012-2002

Open A Arena LLC
14500 S. Fm 1258
Amarillo, TX 79118-4610

Open A Arena, LLC
Kenneth R. Netardus
1030 N. Western
Amarillo, TX 79106-7011

Patti Priest
6010 East FM 597
Abernathy, TEXAS 79311-5424

Philip E. Rapp
Eggleston King Davis, LLP
102 Houston Avenue, Suite 300
Weatherford, TX 76086-4369

Priest Cattle Company, Ltd
6010 East FM 597
Abernathy, Texas 79311-5424

Priest Cattle Company, Ltd.
c/o Kyle Weldon
201 Main Street, Suite 600
Fort Worth, Texas 76102-3110

Priest Cattle and Land Company, Inc.
6010 East FM 597
Abernathy, Texas 79311-5424

Priest Victory Investment LLC
6010 East FM 597
Abernathy, Texas 79311-5424

Producers Credit Corporation
8351 N. High Street, Suite 250
Columbus, OH 43235-1440

Purina Animal Nutrition LLC
4001 Lexington Avenue North
Arden Hills, MN 55126-2998

ROBERT BRAUN
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

ROBERT E. GRAY
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

ROBERT SPRING
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

RONNIE GRAY
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

(p)RABO AGRIFINANCE LLC
1402 TECHNOLOGY DR
CEDAR FALLS IA 50613-1233

Rabo Agrifinance LLC
14767 North Outer 40 Road Ste. 400
Chesterfield, MO 63017-2003

Rapp Ranch
400 Smith Trail
Weatherford, TX 76088-1606

Richard Carraway
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Rick Rodgers 786 Sutton Ln.
Mayfield, KY 42066-6551

Ridgefield Capital Asset Management
P.O. Box 389
Ridgefield, CT 06877-0389

Ridgefield Capital Group, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Riley Livestock
250 Brittian Lane
Mayfield, KY 42066-4617

| | | |
|---|---|---|
| Riley Livestock, Inc.<br>Attn: Mary Ann Hunter<br>P.O. Box 663<br>Mayfield, KY 42066-0033 | Robert Braun<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | Robert Ellis<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| Robert Stewart & Rachel Conway Stewart<br>c/o Lane & Countryman<br>1045 Cheever Blvd., Ste. 103<br>San Antonio, Texas 78217-6223 | SCARLET AND BLACK CATTLE, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | SCOTT LIVESTOCK COMPANY, INC.<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARO\ILLO TX 79105-5008 |
| SHERLE LOCKWOOD<br>c/o JOHN MASSUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | STEVE RYAN<br>c/o JOHN MASSUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | STEVE T SCOTT FARMS, INC.<br>c/o JOHN MASSUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| Samuel S. Brown<br>3430 St. Rt 45 S<br>Mayfield, KY 42066-6135 | Scott Livestock Company (Steve Scott)<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | Scott Stewart<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| Sherman Trucking<br>2098 Symsonia Highway/ 5508 Oak Level Ro<br>Benton, KY 42025-5024 | Spencer Clift<br>BAKER, DONELSON, BEARMAN, CALDWELL & BER<br>165 Madison Ave.<br>Memphis, TN 38103-2799 | Steve T. Scott Farms, Inc.<br>10150 Highway 4 7<br>West Point, MS 39773-4802 |
| Steven L. Hoard<br>Mullin Hoard & Brown, LLP<br>500 S. Taylor79101, Suite<br>800 Amarillo National Bank Plaza II<br>Amarillo, TX 79101 | TGF Ranch<br>1585 E M-79 Hwy<br>Hastings, MI 49058-8895 | Takeuchi Financial Services, a program of<br>1625 West Fountainhead Parkway,<br>AZ-FTN-1<br>Temp e,AZ 85282-2371 |
| Terry Burnett<br>210 Bethel Church Rd .<br>Melber, KY 42069-8826 | Thomas C. Riney<br>Underwood Law Firm, P.C.<br>500 S. Taylor, Suite 1200<br>Amarilo, TX 79101-2446 | Thorlakson Diamond T Feeders, LP<br>c/o David LeBas<br>8310 N. Capital of Texas Hwy, Suite 490<br>Austin, Texas 78731-1081 |
| Thorlakson Feedyards<br>273131 Rr 284<br>Airdrie, Alberta, T4A 0H4 Canada | Tom Thorlakson<br>2548 CR 15<br>Friona,TX 79035-7034 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| W. Heath Hendricks UNDERWOOD LAW FIRM<br>500 S. Taylor Street Ste. 1200<br>Amarillo, TX 79101-2458 | W. Robbie Russell Living Trust<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, Texas 76102-3110 | W. Robbie Russell Living Trust and Eddie Ste<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, Texas 76102-3110 |
| WJ Performance Horses, Inc.<br>524 Travis Street<br>Liberty, TX 77575-4824 | Wildforest Cattle Company LLC<br>1206 Paris Road<br>Mayfield, KY 42066-4989 | Amy Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |

| | | |
|---|---|---|
| Colby Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Craig Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Crystal McClain<br>c/o Marcus H. Herbert<br>Attorney at Law<br>416 South 5th Street<br>Paducah, KY 42003-1530 |
| Curtis Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | David Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Don Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Eddie Stewart<br>1571 Upper Zion Road<br>Brownsville, TN 38012-8064 | Gary Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jan Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 | Kinsey Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | Kinsey Moreland<br>c/o Boerner, Dennis & Franklin<br>P.O. Box 1738<br>Lubbock, TX 79408-1738 |
| Kristin McClain<br>3728 Mayfield Hwy<br>Benton, KY 42025-5602 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 | Meagan B. Goad<br>c/o Boerner, Dennis & Franklin<br>P.O. Box 1738<br>Lubbock, TX 79408-1738 |
| Michael Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Miranda Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Nikki Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Piper Olivia Mcclain<br>3728 Mayfield Hwy<br>Benton, KY 42025-5602 | Robert & Rachel Stewart<br>Lane & Countryman<br>1045 Cheever Blvd.<br>Ste. 103<br>San Antonio, TX 78217-6223 | Ronnie Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Steve Ryan<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Steven Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Susan Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Wiley Roby Russell Jr.<br>414 Preston Drive<br>Brownsville, TN 38012-2468 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Community Financial Services Bank<br>221 W 5th Street<br>Benton, KY 42025 | (d)Community Financial Services Bank<br>PO Box 467<br>Benton, KY 42025-0467 | Frontier Farm Credit<br>2009 Vanesta Place<br>Manhattan, KS 66503 |
| Rabo Agrifinance LLC<br>1402 Technology Parkway<br>Cedar Falls, IA 50613 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)AgTexas Farm Credit Services AgTexas, PCA | (u)AgTexas, PCA | (u)Big Seven Capital Partners, LLC |
| (u)Community Financial Services Bank | (u)Curtis Jones Farms | (u)Don Jones Farms, Inc. |
| (u)Don Jones Trucking, Inc. | (u)HTLF Bank, successor in interest to First | (u)Hines Cattle Company, LLC |
| (u)Hines Farms, LLC | (u)Lone Star Bank of West Texas | (u)MAP Enterprises, Inc. |
| (u)Open A Arena, LLC | (u)Rabo AgriFinance, LLC | (u)Ridgefield Capital Group, LLC |
| (u)Thorlakson Diamond T Feeders, LP | (u)U.S. Department of Agriculture | (d) GUNGOLL CATTLE, LLC<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| (d)BUSS FAMILY TRUST<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | (d)Bar D Ranch Land & Cattle<br>4458 S. U.S. Highway 441<br>Lake City, FL 32025-0306 | (d)GRAY BROTHERS<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |

| | | |
|---|---|---|
| (d)J. Brent Burnett<br>1612 Sanderson Rd.<br>Mayfield, KY 42066-9108 | (d)JORDAN LESH LLC<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | (d)LESH FAMILY TRUST<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| (d)MORRISON CAFE LLC<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | (d)Scarlet & Black Cattle, LLC<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | (d)Shaw & Shaw Farms Partnership, LLC<br>11605 NW 140 St.<br>Alachua, FL 32615-6435 |
| (u)Stanley Ayers<br>6200 Ross Rd. Rockford,OH | (u)Andrew Phillips | (u)Barry Phillips |
| (d)Bryan Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (d)Charles Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (u)Chelsea McClain |
| (d)Cole Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (u)Cory Jesko<br>3970 FM 1057<br>Hereford | (u)David Weitman |
| (d)Dennis Buss<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (d)Dora Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (d)Douglas Finley<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| (d)Dustin Johnson<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (d)Eddie Bryant<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (u)Edward Lewis Dufurrena |
| (d)Janet Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (d)Janice Lawhon<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (d)Jared Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| (d)Jim Rininger<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (d)Jimmy Greer<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (d)Joel Brookshire<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| (d)Leah Gungoll<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (d)Lyndal Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (d)Philip E Rapp<br>Eggleston King Davis, LLP<br>102 Houston Avenue<br>Suite 300<br>Weatherford, TX 76086-4369 |

| | | |
|---|---|---|
| (u)Richard Carraway | (u)Rieta May Dufurrena | (d)Robert Braun<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| (u)Robert Ellis | (d)Robert Spring<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (d)Robert E Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| (u)Scott Stewart | (d)Sherle Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | End of Label Matrix<br>Mailable recipients   234<br>Bypassed recipients    59<br>Total                 293 |