UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-20084-rlj7 |
| | § | |
| McCLAIN FEED YARD, INC. et al.,[1] | § | HEARING: September 11, 2024 |
| | § | AT 1:30 P.M. |
| | § | |
| Debtors. | § | Jointly Administered |

## **<u>DEFAULT ORDER GRANTING A MOTION FOR RELIEF FROM STAY</u>**

CAME ON for consideration the Motion for Relief from Stay filed by Citizens Bank NA. No answer has been filed within the prescribed time pursuant to Local Bankruptcy Rule 4001. All requirements of Bankruptcy Rule 4001 have been complied with. It is further,

---

[1] The Debtors in these jointly administered cases are: (a) McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), (b) McClain Farms, Inc. (Case No. 23-20085-RLJ), and (c) 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

**ORDERED, ADJUDGED, AND DECREED** that the Motion for Relief from Stay is GRANTED, and the stay is lifted as to Movant and property described as a 2022 RAM 4500; VIN# 3C7WRLEL1NG300592. It is further,

**ORDERED, ADJUDGED, AND DECREED** that should Debtor convert from a Chapter 7 to a Chapter 13 or a Chapter 11, this Order shall survive such conversion. It is finally,

**ORDERED, ADJUDGED, AND DECREED** that this Order is not stayed per Bankruptcy Rule 4001(a)(3).

###END OF ORDER###

Prepared By:
Shawn K. Brady
BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(469) 287-5484 Telephone
sbrady@brady-law-firm.com