Shawn K. Brady
BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(469) 287-5484 Telephone

ATTORNEY FOR CITIZENS BANK NA

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-20084-rlj7 |
| | § | |
| McCLAIN FEED YARD, INC. et al.,[1] | § | HEARING: September 11, 2024 |
| | § | AT 1:30 P.M. |
| | § | |
| Debtors. | § | Jointly Administered |

### **NOTICE OF HEARING**

This shall serve as notice that a hearing on the Motion for Relief from Stay of Citizens Bank NA is set on the video docket of the Honorable Robert L. Jones, United States Bankruptcy Judge on Wednesday, September 11, 2024, at 1:30 p.m. at U.S. Courthouse, 205 Southeast 5th Ave., Room 133, Amarillo, Texas.

Respectfully submitted,

*/s/Shawn K. Brady*
Shawn K. Brady
Texas Bar No. 00787126

BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(469) 287-5484 Telephone
E-Mail: sbrady@brady-law-firm.com

Attorney for Citizens Bank NA

---

[1] The Debtors in these jointly administered cases are: (a) McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), (b) McClain Farms, Inc. (Case No. 23-20085-RLJ), and (c) 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

## **CERTIFICATE OF SERVICE**

On August 1, 2024, a true and correct copy of the foregoing was delivered by first class mail to the Debtor McClain Feed Yard, Inc., 4010 FM 1057, Hereford, Texas 76655; by ECF to the Debtor's attorney of record, Max Ralph Tarbox, 2301 Broadway, Lubbock, Texas 79401; by ECF to the Chapter 7 Trustee, Kent David Ries, P.O. Box 3100, Amarillo, Texas 79116; by ECF to Trustee's counsel, Alan Dabdoud, 2100 Ross Ave., Ste. 2700, Dallas, Texas 75201 and Hudson Jobe, Jobe Law PLLC, 6060 N. Central Expwy., Ste. 500, Dallas, Texas 75206 ECF to the U.S. Trustee, 1100 Commerce Street, Room 976, Dallas, Texas 75202; and by ECF to all parties listed in attached Matrix who have filed a notice of appearance or request for notice in this case.

*/s/Shawn K. Brady*
Shawn K. Brady