| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-2<br>Case 23-20084-rlj7<br>Northern District of Texas<br>Amarillo<br>Thu Aug  1 07:58:05 CDT 2024 | 2B Farms, a Texas General Partnership, and T<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>P.O. Box 2547<br>Lubbock, TX 79408-2547 | AJ Jacques Living Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| AgTexas Farm Credit Services, AgTexas, PCA,<br>c/o Kerry L. Haliburton and David LeBas<br>Naman, Howell, Smith & Lee, PLLC<br>400 Austin Avenue, Suite 800<br>Waco, TX 76701-2145 | Arnold Braun Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Bar D Ranch Land & Cattle LLC<br>4458 S. U.S. Highway 441<br>Lake City, FL 32025-0306 |
| Buss Family Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Canyon Rim Consulting, LLC<br>301 S Polk St., Ste 815<br>Amarillo, TX 79101-1408 | Caterpillar Financial Services Corporation<br>c/o Dickinson Wright PLLC<br>ATTN: John Nelson<br>607 W. 3rd Street, Ste. 2500<br>Austin, TX 78701-4713 |
| Citizens Bank NA<br>c/o Brady Law Firm<br>6136 Frisco Square Blvd., Suite 400<br>Frisco, TX 75034-3251 | Gene Brookshire Family, LP<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Gray Brothers<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Gungoll Cattle, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jordan Lesh, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Keeling Cattle Feeders Inc.<br>c/o Kerry Haliburton and David LeBas<br>Naman, Howell, Smith & Lee, PLLC<br>400 Austin Avenue, Suite 800<br>Waco, TX 76701-2145 |
| LainFaulkner<br>400 N St. Paul, Ste 600<br>Dallas, TX 75201-6897 | Lesh Family Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | McClain Feed Yard, Inc.<br>4010 FM 1057<br>Hereford, TX 79045-7386 |
| Morrison Cafe, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Northland Capital Financial Services, LLC<br>c/o Jenkins & Kling, P.C.<br>150 N. Meramec Ave., Suite 400<br>St. Louis, MO 63105-3753 | Priest Cattle Company, Ltd.<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 |
| Priest Victory Investment LLC<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Quilling, Selander, Lownds, Winslet & Moser<br>2001 Bryan Street, Ste 1800<br>Dallas, TX 75201-3070 | Quilling, Selander, Lownds, Winslett & Moser<br>QSLWM, P.C.<br>Attn: Hudson Jobe<br>2001 Bryan Street<br>Suite 1800<br>Dallas, TX 75201-3070 |
| Riley Livestock, Inc.<br>P.O. Box 663<br>Mayfield, KY 42066-0033 | Scarlet and Black Cattle, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Scott Livestock Company, Inc.<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Shaw & Shaw Farms Partnership LLC<br>11605 NW 140 St.<br>Alachua, FL 32615-6435 | Steve T Scott Farm, Inc.<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Texas Comptroller of Public Accounts, Revenu<br>Jamie Kirk<br>c/o Sherri Simpson, Paralegal<br>PO Box 12548<br>Austin, TX 78711-2548 |

| | | |
|---|---|---|
| W. Robbie Russell Living Trust<br>414 Preston Drive<br>Brownsville, TX 38012-2468 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | AJ JACQUES LIVING TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| ARNOLD BRAUN TRUST<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | BRYAN BLACKMAN<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | CHARLES LOCKWOOD<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| COLE LOCKWOOD<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | DOUGLAS FINLEY<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | DUSTIN JOHNSON<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| JAN LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | JANET VAN BUSKIRK<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | JIM RININGER<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| JOEL BROOKSHIRE<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | LEAH GUNGOLL<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | LYNDAL VAN BUSKIRK<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| MIRANDA EVANS<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | NIKKI LOCKWOOD<br>c/o JOHN MASSOU<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | SUSAN VAN BUSKIRK<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 |
| 2B Farms Inc<br>9012 County Rd. 3114<br>Snyder, TX 79549-1318 | 2B Farms, a Texas GP, Debtor-In-Possession<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>P.O. Box 2547<br>Lubbock, TX 79408-2547 | AMY & CRAIG SUTTON<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| Acey Livestock, LLC<br>211 Old Orchard Road<br>Perryville, KY 40468-9782 | AgTexas Farm Credit Services<br>c/o David LeBas<br>8310 N. Capital of Texas Hwy, Suite 490<br>Austin, Texas 78731-1081 | AgTexas, PCA<br>c/o David LeBas<br>8310 N. Capital of Texas Hwy, Suite 490<br>Austin, Texas 78731-1081 |
| Andrew Phillips<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Angela D. Robinson<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>P.O. Box 2547<br>Lubbock, TX 79408-2547 | Angela Powell<br>86 B Commerce Blvd.<br>Benton, KY 42025-1110 |
| Arnold Braun or Arnold Braun Trust<br>4932 E SR 70<br>Grandview, IN 47615-9620 | Atten: David L. LeBas<br>Naman Howell Smith & Lee<br>Attorneys at Law<br>8310 N. Capital of Texas HWY<br>Ste 490<br>Austin, TX 78731-1081 | BJM Sales & Service<br>PO Box 1073<br>Hereford, TX 79045-1073 |

| | | |
|---|---|---|
| Bar D Ranch Land & Cattle, LLC<br>4458 South US Highway 441<br>Lake City, FL 32025-0306 | Barry Phillips<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Big Seven Capital Partners LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| Bo Robinson<br>9397 County Rd. 3114<br>Snyder, TX 79549-1379 | Bryan Blackman<br>4553 Texas Street<br>Healdton, OK 73438-2906 | C Heart Ranch, LLC<br>454 Daniels Lane<br>Ardmore, OK 73401-5304 |
| COLBY VAN BUSKIRK<br>SUSAN VAN BUSKIRK<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | CRAIG SUTTON<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Cactus Feeders Finance LLC<br>PO Box 3050<br>Amarillo, TX 79116-3050 |
| Cactus Operating LLC<br>Robert M Kettle, Agent<br>600 S. Tyler St., Suite 280<br>Amarillo, TX 79101-2353 | Caleb Little<br>672 Nelson Trl<br>Dexter, KY 42036-9402 | Carl Pickett<br>524 Travis Street/650 FM 163 Rd<br>Liberty, TX 77575 |
| Carol Bosshardt<br>3925 NW 151st Way<br>Newberry, FL 32669-2008 | Carr, Riggs, & Ingram, LLC<br>2424 Louisiana Blvd. NW<br>Suite 300<br>Albuquerque, NM 87110 | Carraway Cattle, LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| Caterpillar Financial Services Corporation<br>c/o Dickinson Wright PLLC<br>Attention: Michelle Esparza<br>221 N. Kansas St. Ste. 2000<br>El Paso, Texas 79901-1472 | Chelsea Waters McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 | Clint Quarles<br>Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 |
| Cody L. Simmons<br>P.O. Box 180<br>Canyon, TX 79015-0180 | Colton Long<br>2001 S. Soney Road<br>Amarillo, TX 79124-2407 | (p)COMMUNITY FINANCIAL SERVICES BANK<br>ATTN ATTN LOSS MITIGATION<br>P O BOX 467<br>BENTON KY 42025-0467 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX  78711-2548 | Cory Don Priest<br>6010 East FM  597<br>Abernathy, Texas 79311-5424 | Cory and Jeff Jesko<br>3970 FM 1057<br>Hereford, TX 79045-7322 |
| Crystal McClain<br>824 Mullins Lane<br>Benton, KY 42025-4702 | Curtis Jones Farms<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | Curtis Jones Farms LLC<br>1720W. 13th Ave.<br>Emporia, KS 66801-5659 |
| DENNIS BUSS<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | DORA BLACKMAN<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | David Rainey 88 CR 640<br>Corinth, MS 38834 |

| | | |
|---|---|---|
| Death Creek Farms LLC<br>10150 Highway 47<br>West Point, MS 39773-4802 | Don Jones 2434 Road Y<br>Reading, KS 66868-9006 | Don Jones Farm, Inc. 2434 Road Y<br>Reading, KS 66868-9006 |
| Don Jones Trucking, Inc.<br>2434 Road Y<br>Reading, KS 66868-9006 | Douglas C. Pritchett<br>19601 FM 1541<br>Canyon, TX 79015-6387 | Dr. Arnold Bra1,1n<br>4932 E. SR 70<br>Grandview, IN 47615-9620 |
| Dwight Jesko<br>112 Rr 5/ 3970 FM 1057<br>Hereford, TX 79045 | Dwight and Patty Jesko<br>3970 FM 1057<br>Hereford, TX 79045-7322 | EDDIE BRYANT<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| Ed and Rieta Dufurrena<br>Kenneth R. Netardus<br>1030 N. Western<br>Amarillo, TX 79106-7011 | Eddie Stewart<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, Texas 76102-3110 | Eric DeJarnett<br>1115 County Road 1024<br>Cunningham, KY 42035-9309 |
| Eric Dejarnatt 1115 CR 1024<br>Cunningham, KY 42035-9309 | First Capital Bank of Texas<br>3900 Soncy Road<br>Amarillo, TX 79119-6673 | First Kentucky Bank, Inc.<br>605 Main Street<br>Benton, KY 42025-1236 |
| Friona Industries<br>PO Box 15568<br>Amarillo, TX 79105-5568 | Friona Industries, L.P.<br>500 S. Taylor Street, Suite 601<br>Amarillo, TX 79101-2447 | (p)FRONTIER FARM CREDIT<br>PO BOX 2409<br>OMAHA NE 68103-2409 |
| GARY LESH<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | GENE BROOKSHIRE FAMILY, LP<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | Garwood Cattle Company LLC<br>2538 Middleton Road<br>Columbiana, OH 44408-9550 |
| HTLF Bank<br>9816 Slide Rd.<br>Lubbock, TX 79424-5781 | Heartland Co-op<br>2829 Westown Parkway, Suite 350<br>West Des Moines, IA 50266-1340 | Hines Cattle Company, LLC<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 |
| Hines Farms, LLC<br>1019 NE 90th Ave.<br>High Springs, FL 32643-5121 | J Brent Burnett<br>1612 Sanderson Rd<br>Mayfield, KY 42066-9108 | JAN & GARY LESH<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| JANICE LAWHON<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | JARED LESH<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | JIMMY GREER<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |

| | | |
|---|---|---|
| Jake Rininger<br>2828 S. Co. Rd. 200 W.<br>Rockport, IN 47635-8252 | Jared Lesh Cowhorses Inc.<br>10801 E. Highway 82<br>Whitesboro, TX 76273 | Jared Wayne Lesh<br>10801 E. Highway 82<br>Whitesboro, TX 76273 |
| Jed Goad<br>JLE Trucking, Inc.<br>PO Box 451<br>Red Boiling Springs, TN 37150-0451 | Jimmy D. Greer<br>3209 Wrather Rd.<br>Murray, KY 42071-7417 | Job E. White<br>10216 SW 49th Ln<br>Gainesville, FL 32608-7161 |
| Joe Burnett<br>187 Peachtree Rd<br>Melber, KY 42069-8824 | John Dale Tidwell<br>209 Duffers Ln<br>Mayfield, KY 42066-1201 | John Massouh<br>Sprouse Shrader Smith PLLC<br>Box 15008<br>Amarillo, TX 79105-5008 |
| Jordan Robert Lesh<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 | Jordan and Jan Lesh<br>10400 N. Perkins Road<br>Stillwater, OK 74075-1860 | Joseph Donelson Jones II<br>39551 CR 439<br>Umatilla, FL 32784-7529 |
| Julie Whitlock<br>P.O. Box 389<br>Mayfield, KY 42066-0029 | Justin Stuever<br>P.O. Box 22<br>Morrison OK 73061-0022 | Keeling Cattle Feeders, Inc.<br>PO Box 1853<br>Hereford, Texas 79045-1853 |
| Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025-4770 | Kenneth Netardus<br>P.O. Box 3280<br>Amarillo, TX 79116-3280 | Kenneth R. Netardus<br>1030 N. Western<br>Amarillo, TX 79106-7011 |
| Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 | Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868-9055 | Lazy J Arena, LLC<br>1419 W. 80th Street<br>Stillwater, OK 74074-8164 |
| Lazy J. Cattle<br>1515 W. 80th Street<br>Stillwater, OK 74074-8186 | Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077-8530 | Lesh Trucking'<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 |
| Lyndal Vanbuskirk<br>P.O Box 778<br>Ringling, OK 73456-0778 | MAP Enterprises Inc.<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | MAP Enterprises, Inc.<br>c/o Jeff P. Prostok<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102-5384 |
| MICHAEL & MIRANDA EVANS<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | Meagan B. Goad<br>1775 Wadesboro Rd.<br>S Benton, KY 42025-4777 | Meagan B. Powell<br>621 Mullins Ln.<br>Benton, KY 42025-4762 |

| | | |
|---|---|---|
| Mechanics Bank<br>18400 Von Karman Avenue Suite 1100<br>Irvine, CA 92612-0517 | Michael Gourley<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | Michael Johnson<br>Ray Quinney and Nebeker, P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111-1451 |
| Mykel Linn Tidwell<br>66 Lake Terry Dr.<br>Mayfield, KY 42066-6982 | National Finance Credit Corporation of Texas<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, Texas 76102-3110 | Northland Capital Financial Services, LL<br>P.O. Box 7278<br>Saint Cloud, MN 56302-7278 |
| Northland Capital Financial Services, LLC<br>333 33rd Ave South<br>St. Cloud, MN 56301-5495 | Oklahoma AgCredit<br>601 East Kenosha<br>Broken Arrow, OK 74012-2002 | Open A Arena LLC<br>14500 S. Fm 1258<br>Amarillo, TX 79118-4610 |
| Open A Arena, LLC<br>Kenneth R. Netardus<br>1030 N. Western<br>Amarillo, TX 79106-7011 | Patti Priest<br>6010 East FM 597<br>Abernathy, TEXAS 79311-5424 | Philip E. Rapp<br>Eggleston King Davis, LLP<br>102 Houston Avenue, Suite 300<br>Weatherford, TX 76086-4369 |
| Priest Cattle Company, Ltd<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 | Priest Cattle Company, Ltd.<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, Texas 76102-3110 | Priest Cattle and Land Company, Inc.<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 |
| Priest Victory Investment LLC<br>6010 East FM 597<br>Abernathy, Texas 79311-5424 | Producers Credit Corporation<br>8351 N. High Street, Suite 250<br>Columbus, OH 43235-1440 | Purina Animal Nutrition LLC<br>4001 Lexington Avenue North<br>Arden Hills, MN 55126-2998 |
| ROBERT BRAUN<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | ROBERT E. GRAY<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | ROBERT SPRING<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| RONNIE GRAY<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | (p)RABO AGRIFINANCE LLC<br>1402 TECHNOLOGY DR<br>CEDAR FALLS IA 50613-1233 | Rabo Agrifinance LLC<br>14767 North Outer 40 Road Ste. 400<br>Chesterfield, MO 63017-2003 |
| Rapp Ranch<br>400 Smith Trail<br>Weatherford, TX 76088-1606 | Richard Carraway<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Rick Rodgers 786 Sutton Ln.<br>Mayfield, KY 42066-6551 |
| Ridgefield Capital Asset Management<br>P.O. Box 389<br>Ridgefield, CT 06877-0389 | Ridgefield Capital Group, LLC<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 | Riley Livestock<br>250 Brittian Lane<br>Mayfield, KY 42066-4617 |

| | | |
|---|---|---|
| Riley Livestock, Inc.<br>Attn: Mary Ann Hunter<br>P.O. Box 663<br>Mayfield, KY 42066-0033 | Robert Braun<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | Robert Ellis<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| Robert Stewart & Rachel Conway Stewart<br>c/o Lane & Countryman<br>1045 Cheever Blvd., Ste. 103<br>San Antonio, Texas 78217-6223 | SCARLET AND BLACK CATTLE, LLC<br>c/o Abel Leal<br>SIMMONS SMITH BROWN, PLLC<br>400 13th Street<br>PO Box 180<br>Canyon, Texas 79015-0180 | SCOTT LIVESTOCK COMPANY, INC.<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARO\ILLO TX 79105-5008 |
| SHERLE LOCKWOOD<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | STEVE RYAN<br>c/o JOHN MASSUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | STEVE T SCOTT FARMS, INC.<br>c/o JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 |
| Samuel S. Brown<br>3430 St. Rt 45 S<br>Mayfield, KY 42066-6135 | Scott Livestock Company (Steve Scott)<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO TX 79105-5008 | Scott Stewart<br>C/o Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>P.O. Box 64479<br>Lubbock, Texas 79464-4479 |
| Sherman Trucking<br>2098 Symsonia Highway/ 5508 Oak Level Ro<br>Benton, KY 42025-5024 | Spencer Clift<br>BAKER, DONELSON, BEARMAN, CALDWELL & BER<br>165 Madison Ave.<br>Memphis, TN 38103-2799 | Steve T. Scott Farms, Inc.<br>10150 Highway 4 7<br>West Point, MS 39773-4802 |
| Steven L. Hoard<br>Mullin Hoard & Brown, LLP<br>500 S. Taylor79101, Suite<br>800 Amarillo National Bank Plaza II<br>Amarillo, TX 79101 | TGF Ranch<br>1585 E M-79 Hwy<br>Hastings, MI 49058-8895 | Takeuchi Financial Services, a program of<br>1625 West Fountainhead Parkway,<br>AZ-FTN-1<br>Temp e,AZ 85282-2371 |
| Terry Burnett<br>210 Bethel Church Rd .<br>Melber, KY 42069-8826 | Thomas C. Riney<br>Underwood Law Firm, P.C.<br>500 S. Taylor, Suite 1200<br>Amarilo, TX 79101-2446 | Thorlakson Diamond T Feeders, LP<br>c/o David LeBas<br>8310 N. Capital of Texas Hwy, Suite 490<br>Austin, Texas 78731-1081 |
| Thorlakson Feedyards<br>273131 Rr 284<br>Airdrie, Alberta, T4A 0H4 Canada | Tom Thorlakson<br>2548 CR 15<br>Friona,TX 79035-7034 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |
| W. Heath Hendricks UNDERWOOD LAW FIRM<br>500 S. Taylor Street Ste. 1200<br>Amarillo, TX 79101-2458 | W. Robbie Russell Living Trust<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, Texas 76102-3110 | W. Robbie Russell Living Trust and Eddie Ste<br>c/o Kyle Weldon<br>201 Main Street, Suite 600<br>Fort Worth, Texas 76102-3110 |
| WJ Performance Horses, Inc.<br>524 Travis Street<br>Liberty, TX 77575-4824 | Wildforest Cattle Company LLC<br>1206 Paris Road<br>Mayfield, KY 42066-4989 | Amy Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |

| | | |
|---|---|---|
| Colby Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Craig Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Crystal McClain<br>c/o Marcus H. Herbert<br>Attorney at Law<br>416 South 5th Street<br>Paducah, KY 42003-1530 |
| Curtis Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | David Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Don Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Eddie Stewart<br>1571 Upper Zion Road<br>Brownsville, TN 38012-8064 | Gary Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Jan Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 | Kinsey Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | Kinsey Moreland<br>c/o Boerner, Dennis & Franklin<br>P.O. Box 1738<br>Lubbock, TX 79408-1738 |
| Kristin McClain<br>3728 Mayfield Hwy<br>Benton, KY 42025-5602 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 | Meagan B. Goad<br>c/o Boerner, Dennis & Franklin<br>P.O. Box 1738<br>Lubbock, TX 79408-1738 |
| Michael Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Miranda Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Nikki Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Piper Olivia Mcclain<br>3728 Mayfield Hwy<br>Benton, KY 42025-5602 | Robert & Rachel Stewart<br>Lane & Countryman<br>1045 Cheever Blvd.<br>Ste. 103<br>San Antonio, TX 78217-6223 | Ronnie Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Steve Ryan<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Steven Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 | Susan Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Wiley Roby Russell Jr.<br>414 Preston Drive<br>Brownsville, TN 38012-2468 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Community Financial Services Bank        (d)Community Financial Services Bank       Frontier Farm Credit
221 W 5th Street                         POBox467                                    2009 Vanesta Place
Benton, KY 42025                         Benton, KY 42025-0467                       Manhattan, KS 66503



Rabo Agrifinance LLC
1402 Technology Parkway
Cedar Falls, IA 50613




              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)AgTexas Farm Credit Services AgTexas, PCA   (u)AgTexas, PCA                       (u)Big Seven Capital Partners, LLC




(u)Community Financial Services Bank     (u)Curtis Jones Farms                       (u)Don Jones Farms, Inc.




(u)Don Jones Trucking, Inc.              (u)HTLF Bank, successor in interest to First  (u)Hines Cattle Company, LLC




(u)Hines Farms, LLC                      (u)Lone Star Bank of West Texas             (u)MAP Enterprises, Inc.




(u)Open A Arena, LLC                     (u)Rabo AgriFinance, LLC                    (u)Ridgefield Capital Group, LLC




(u)Thorlakson Diamond T Feeders, LP      (u)U.S. Department of Agriculture           (d) GUNGOLL CATTLE, LLC
                                                                                     c/o JOHN MASSOUH
                                                                                     PO BOX 15008
                                                                                     AMARILLO TX 79105-5008


(d)BUSS FAMILY TRUST                     (d)Bar D Ranch Land & Cattle                (d)GRAY BROTHERS
c/o JOHN MASSOUH                         4458 S. U.S. Highway 441                    c/o JOHN MASSOUH
PO BOX 15008                             Lake City, FL 32025-0306                    PO BOX 15008
AMARILLO TX 79105-5008                                                               AMARILLO TX 79105-5008
```

(d)J. Brent Burnett
1612 Sanderson Rd.
Mayfield, KY 42066-9108

(d)JORDAN LESH LLC
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

(d)LESH FAMILY TRUST
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

(d)MORRISON CAFE LLC
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

(d)Scarlet & Black Cattle, LLC
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

(d)Shaw & Shaw Farms Partnership, LLC
11605 NW 140 St.
Alachua, FL 32615-6435

(u)Stanley Ayers
6200 Ross Rd. Rockford,OH

(u)Andrew Phillips

(u)Barry Phillips

(d)Bryan Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Charles Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(u)Chelsea McClain

(d)Cole Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(u)Cory Jesko
3970 FM 1057
Hereford

(u)David Weitman

(d)Dennis Buss
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Dora Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Douglas Finley
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Dustin Johnson
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Eddie Bryant
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(u)Edward Lewis Dufurrena

(d)Janet Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Janice Lawhon
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Jared Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Jim Rininger
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Jimmy Greer
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Joel Brookshire
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Leah Gungoll
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Lyndal Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Philip E Rapp
Eggleston King Davis, LLP
102 Houston Avenue
Suite 300
Weatherford, TX 76086-4369

| | | |
|---|---|---|
| (u)Richard Carraway | (u)Rieta May Dufurrena | (d)Robert Braun<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| (u)Robert Ellis | (d)Robert Spring<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | (d)Robert E Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| (u)Scott Stewart | (d)Sherle Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | End of Label Matrix<br>Mailable recipients   234<br>Bypassed recipients    59<br>Total                 293 |