**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | (Jointly Administered) |

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court shall hold a hearing on **September 11, 2024 at 1:30 p.m.** on the *Motion to Compel Production of Documents and Information from Rabo Agrifinance LLC and Focus Management Group USA, Inc.* (Docket No. 268). Such hearing will be held via WebEx by accessing the meeting/dial-in information on the Court's website (www.txnb.uscourts.gov) under Judge Jones' "Hearing Dates and Calendar" tab prior to the hearing.

*/s/ Hudson M. Jobe*
Hudson M. Jobe
State Bar No. 24041189
hjobe@jobelawpllc.com
**Jobe Law PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone:  (214) 807-0563

Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
P. Campbell Sode
State Bar No. 24134507
csode@lynnllp.com
**Lynn Pinker Hurst & Schwegmann LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:     214-981-3800

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

Facsimile: 214-981-3839

**PROPOSED SPECIAL COUNSEL FOR THE TRUSTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2024, a true and correct copy of the foregoing was served via the Court's ECF system on the debtor, debtor's counsel, the United States Trustee, and, all parties that have appeared and requested notice via the Court's ECF system, including counsel for the Parties (as defined in the Motion).

 */s/ Hudson M. Jobe*
Hudson M. Jobe