BTXN 105a (rev. 09/19)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS

In Re: McCLAIN FEED YARD, INC.,
McCLAIN FARMS, INC., and
7M CATTLE FEEDERS, INC.,

Debtor(s)

Case No.: 23-20084-7-rlj

RABO AGRIFINANCE LLC,

Adversary No.: 23-02005-rlj

v.

Plaintiff

ACEY LIVESTOCK, LLC, et al.,

Defendant(s)

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name: **Cannon, Matthew M.**
   *Last*           *First*           *MI*

2. Firm Name: **Ray Quinney & Nebeker P.C.**

3. Address: **36 South State Street, Suite 1400**
   **Salt Lake City, UT 84111**

4. Phone: **(801) 532-1500**     FAX: **(801) 532-7543**
   Email: **mcannon@rqn.com**

5. Name used to sign *all* pleadings: **Matthew M. Cannon**

6. Retained by: **Rabo AgriFinance, LLC**

7. Admitted on **October 12, 2006** and presently a member in good standing of the bar of the highest court of the state of **Utah** and issued the bar license number of **11265** .

8. Admitted to practice before the following courts:

   *Court:*                          *Admission Date:*
   See Attached List

*Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

   ☒ Yes ☐ No

   If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    ☐ Yes ☒ No

    If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    ☐ Yes ☒ No

    If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

    | *Date of Application* | *Case No. and Style* |
    |---|---|
    | N/A | N/A |
    |  |  |
    |  |  |

13. Local counsel of record: Thomas C. Riney and W. Heath Hendricks

14. Local counsel's address: Underwood Law Firm, P.C., 500 South Taylor, Suite 1200
    Amarillo, TX 79101

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.

Matthew M. Cannon                                                8/5/24
Printed Name of Applicant                                        Date

*[signature]*
Signature of Applicant

| **STATE BAR** | **ADMISSION DATE** |
|---|---|
| State Bar of Utah | 10/12/2006 |

| **COURTS** | |
|---|---|
| U.S. Supreme Court | 06/03/2019 |
| U.S. Court of Appeals, 10th Circuit | 12/16/2010 |
| U.S. District Bankruptcy Court, Colorado | 11/09/2023 |
| U.S. District Court, Utah | 11/02/2007 |

# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 6/27/2024

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Matthew M Cannon

This is to certify that Matthew M Cannon, Utah State Bar No. 11265 was admitted to practice law in Utah on 10/12/2006.

Matthew M Cannon is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Maribeth LeHoux
General Counsel
Utah State Bar

No.2024 -1101123
verify by email at cogsrequest@utahbar.org