**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| IN RE: McCLAIN FEED YARD, INC., § <br> McCLAIN FARMS, INC., and § <br> 7M CATTLE FEEDERS, INC., § <br> § <br> Debtors, § <br> § <br> RABO AGRIFINANCE LLC, § <br> § <br> Plaintiff, § <br> v. § <br> § <br> ACEY LIVESTOCK, LLC, et al., § <br> § <br> Defendants. § | Case No.: 23-20084-7-rlj <br><br> Adversary No.: 23-02005-rlj |

## ORDER FOR ADMISSION *PRO HAC VICE*

The court has considered the Application for Admission Pro Hac Vice of Matthew M. Cannon.

It is ORDERED that:

☐     the application is granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. *See* LR 5.1(f) and LCrR 49.2(g).

☐     the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____       _____
DATE                                                         PRESIDING JUDGE