

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed August 7, 2024**

**United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
McClain Feed Yard, Inc. § Case No.: 23−20084−rlj7
 § Chapter No.: 7
Debtor(s) §

## ORDER FOR ADMISSION *PRO HAC VICE*

　　The Court, having considered the Application for Admission *Pro Hac Vice* of **Matthew M. Cannon**, to represent Rabo AgriFinance, LLC, related to document 273, **ORDERS** this application be:

☑ *Granted* − The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non−Appropriated Fund.

☐ *Denied* − The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

| | |
|---|---|
| In re: | Case No. 23-20084-rlj |
| McClain Feed Yard, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 1 of 14 |
| Date Rcvd: Aug 07, 2024 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | AJ Jacques Living Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | AgTexas Farm Credit Services, AgTexas, PCA, and Th, c/o Kerry L. Haliburton and David LeBas, Naman, Howell, Smith & Lee, PLLC, 400 Austin Avenue, Suite 800, Waco, TX 76701-2145 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Michael Kaufman | on behalf of Interested Party Community Financial Services Bank akaufman@grayreed.com mfowlkes@grayreed.com |
| Abel Angel Leal | on behalf of Plaintiff Michael Evans abel@ssbtxlaw.com abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Gungoll Cattle LLC abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Scott Livestock Company Inc. abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Gene Brookshire Family LP abel@ssbtxlaw.com, abel@leal.law |

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 2 of 14 |
| Date Rcvd: Aug 07, 2024 | Form ID: pdf012 | Total Noticed: 2 |

Abel Angel Leal
on behalf of Plaintiff Sherle Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Craig Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Robert E Gray abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Gray Brothers abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Jimmy Greer abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Dustin Johnson abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Jordan Lesh LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
on behalf of Creditor Steve Ryan abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Miranda Evans abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Robert Braun abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Susan Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Bryan Blackman abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Nikki Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Dennis Buss abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Gary Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Dora Blackman abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Morrison Cafe LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Lesh Family Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Colby Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com abel@leal.law

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 3 of 14 |
| Date Rcvd: Aug 07, 2024 | Form ID: pdf012 | Total Noticed: 2 |

Abel Angel Leal
    on behalf of Plaintiff Robert Spring abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Buss Family Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Robert E Gray abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Jared Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Leah Gungoll abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Janet Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Jordan Lesh  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
    on behalf of Creditor Gary Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Jan Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Jan Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Eddie Bryant abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Jim Rininger abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Joel Brookshire abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Jim Rininger abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff AJ Jacques Living Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Steve T Scott Farm  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
    on behalf of Creditor Dennis Buss abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Ronnie Gray abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Cole Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Lyndal Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Amy Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
    on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com abel@leal.law

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 4 of 14 |
| Date Rcvd: Aug 07, 2024 | Form ID: pdf012 | Total Noticed: 2 |

Abel Angel Leal
 on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Charles Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Defendant A.J. Jacques Living Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Janice Lawhon abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Morrison Cafe  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
 on behalf of Creditor Michael Evans abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Gungoll Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Arnold Braun Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Douglas Finley abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Creditor Douglas Finley abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Creditor Steve T Scott Farm  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
 on behalf of Creditor Miranda Evans abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Dora Blackman abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Robert Braun abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Scarlet and Black Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
 on behalf of Creditor Jared Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Creditor Amy Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Creditor Scarlet and Black Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
 on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Gray Brothers abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Creditor Robert Spring abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Craig Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
 on behalf of Creditor Scott Livestock Company  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Gene Brookshire Family  LP abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
 on behalf of Plaintiff Steve Ryan abel@ssbtxlaw.com abel@leal.law

Alan Dabdoub
 on behalf of Trustee Kent David Ries adabdoub@lynnllp.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 5 of 14 |
| Date Rcvd: Aug 07, 2024 | Form ID: pdf012 | Total Noticed: 2 |

kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Amber Miller
on behalf of Creditor Big Seven Capital Partners LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Barry Phillips amiller@cdmlaw.com sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Scott Stewart amiller@cdmlaw.com sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Robert Ellis amiller@cdmlaw.com sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Richard Carraway amiller@cdmlaw.com sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Ridgefield Capital Group LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Andrew Phillips amiller@cdmlaw.com sboggs@cdmlaw.com

Austin C Nate
on behalf of Creditor Rabo AgriFinance LLC anate@rqn.com, arollins@rqn.com;docket@rqn.com

Charity S Bird
on behalf of Interested Party Kinsey Moreland cbird@kaplanjohnsonlaw.com hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charity S Bird
on behalf of Interested Party Meagan B. Goad cbird@kaplanjohnsonlaw.com hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charles Dunham Biles
on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust dunham@bileswilson.com

Daniel P. Callahan
on behalf of Creditor Northland Capital Financial Services LLC dpc@kesslercollins.com, gld@kesslercollins.com

David Weitman
on behalf of Interested Party David Weitman david.weitman@klgates.com

David Weitman
on behalf of Interested Party Consolidated Feeders LLC david.weitman@klgates.com

David L. LeBas
on behalf of Plaintiff Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
on behalf of Defendant Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
on behalf of Creditor AgTexas Farm Credit Services AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
on behalf of Plaintiff AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
on behalf of Creditor Keeling Cattle Feeders Inc. dlebas@namanhowell.com jaucoin@namanhowell.com

David L. LeBas
on behalf of Plaintiff AGTexas Farm Credit Services dlebas@namanhowell.com jaucoin@namanhowell.com

David L. LeBas
on behalf of Creditor Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
on behalf of Creditor AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
on behalf of Creditor Thorlackson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

Dawn Whalen Theiss
on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dawn Whalen Theiss
on behalf of Interested Party mp U.S. Department of Agriculture dawn.theiss@usdoj.gov brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dylan Tanner Franklin Ross
on behalf of Creditor MAP Enterprises Inc. dylan.ross@reedsmith.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 6 of 14 |
| Date Rcvd: Aug 07, 2024 | Form ID: pdf012 | Total Noticed: 2 |

Harrison Pavlasek
    on behalf of Creditor MAP Enterprises Inc. hpavlasek@forsheyprostok.com, khartogh@forsheyprostok.com;calendar@forsheyprostok.com;hpavlasek@ecf.courtdrive.com

Hudson M. Jobe
    on behalf of Trustee Kent Ries hjobe@jobelawpllc.com cswoveland@jobelawpllc.com

Hudson M. Jobe
    on behalf of Trustee Kent David Ries hjobe@jobelawpllc.com cswoveland@jobelawpllc.com

Hudson M. Jobe
    on behalf of Spec. Counsel Quilling Selander, Lownds, Winslett & Moser, P.C. hjobe@jobelawpllc.com, cswoveland@jobelawpllc.com

Jamie Kirk
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Jeff P. Prostok
    on behalf of Creditor MAP Enterprises Inc. jprostok@forsheyprostok.com, calendar@forsheyprostok.com;calendar_0573@ecf.courtdrive.com;jprostok@ecf.courtdrive.com;khartogh@forsheyprostok.com; khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net

John F. Massouh
    on behalf of Plaintiff AJ Jacques Living Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Miranda Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert Spring john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Arnold Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Gary Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Robert J. Spring john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Amy Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Gungoll Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Lesh Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Robert Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

District/off: 0539-2   User: admin   Page 7 of 14
Date Rcvd: Aug 07, 2024   Form ID: pdf012   Total Noticed: 2

John F. Massouh
on behalf of Plaintiff Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Lyndal VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Gray Brothers Cattle john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Scarlet & Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Colton Long john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

District/off: 0539-2 User: admin Page 8 of 14
Date Rcvd: Aug 07, 2024 Form ID: pdf012 Total Noticed: 2

John F. Massouh
    on behalf of Defendant Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Bradley Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Colby VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Edwin D. Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Steve T Scott Farms  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

Case 23-20084-rlj7   Doc 276   Filed 08/09/24   Entered 08/09/24 23:20:58   Desc
Imaged Certificate of Notice   Page 10 of 15

| District/off: 0539-2 | User: admin | Page 9 of 14 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: pdf012 | Total Noticed: 2 |

John F. Massouh
    on behalf of Plaintiff Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Susan VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 10 of 14 |
| Date Rcvd: Aug 07, 2024 | Form ID: pdf012 | Total Noticed: 2 |

John F. Massouh
    on behalf of Defendant Janet VanBuskirk john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Jan Lesh john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Scott Livestock Company john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Cole Lockwood john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Lesh Family Trust john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Craig Sutton john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Douglas Finley john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Amy Sutton john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Susan Van Buskirk john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Colby Van Buskirk john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Dora Blackman john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant A.J. Jacques Living Trust john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Bryan Blackman john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Steve Ryan john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Robert Braun john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Bryan Blackman john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Dora Blackman john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Leah Gungoll john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Eddie Bryant john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Robert E Gray john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Jim Rininger john.massouh@sprouselaw.com   sherida.stone@sprouselaw.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 11 of 14 |
| Date Rcvd: Aug 07, 2024 | Form ID: pdf012 | Total Noticed: 2 |

John H. Lovell
    on behalf of Defendant HTLF Bank john@lovell-law.net
    paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
    on behalf of Creditor Cory Jesko john@lovell-law.net
    paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
    on behalf of Creditor Lone Star Bank of West Texas john@lovell-law.net
    paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
    on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust john@lovell-law.net,
    paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John R. Lane, Jr.
    on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com
    mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com

John Robert Nelson
    on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com  mdallaire@dickinsonwright.com

Joseph H Mattingly
    on behalf of Defendant Don Ralph Barrett joe@mattinglylawoffices.com

Joseph H Mattingly
    on behalf of Defendant Barrett's Livestock Inc. joe@mattinglylawoffices.com

Joseph H Mattingly
    on behalf of Defendant Michael Acey joe@mattinglylawoffices.com

Joseph H Mattingly
    on behalf of Defendant Acey Livestock  LLC joe@mattinglylawoffices.com

Keith James Larson
    on behalf of Interested Party Community Financial Services Bank kjl@mpmfirm.com

Kenneth R. Netardus
    on behalf of Creditor Open A Arena  LLC knetardus@sjblawfirm.com, rmcmurry@sjblawfirm.com

Kenneth R. Netardus
    on behalf of Creditor Edward Lewis Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com

Kenneth R. Netardus
    on behalf of Creditor Rieta May Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com

Kent David Ries
    on behalf of Defendant Kent Ries kent@kentries.com

Kent David Ries
    on behalf of Trustee Kent Ries kent@kentries.com

Kent David Ries
    on behalf of Trustee Kent David Ries trustee@kentries.com  TX41@ecfcbis.com

Kent David Ries
    trustee@kentries.com  TX41@ecfcbis.com

Kerry L. Haliburton
    on behalf of Creditor AgTexas Farm Credit Services  AgTexas, PCA, and Thorlakson Diamond T Feeders, LP
    haliburton@namanhowell.com, karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Kerry L. Haliburton
    on behalf of Creditor Keeling Cattle Feeders Inc. haliburton@namanhowell.com
    karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Kyle Weldon
    on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Robbie Russell kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Priest Victory Investment LLC kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon
    on behalf of Creditor Wiley Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon

Case 23-20084-rlj7   Doc 276   Filed 08/09/24   Entered 08/09/24 23:20:58   Desc
Imaged Certificate of Notice   Page 13 of 15

| District/off: 0539-2 | User: admin | Page 12 of 14 |
|---|---|---|
| Date Rcvd: Aug 07, 2024 | Form ID: pdf012 | Total Noticed: 2 |

| | |
|---|---|
| | on behalf of Creditor Wiley Roby Russell Jr. kyle@bradburycounsel.com |
| Kyle Weldon | |
| | on behalf of Creditor Priest Cattle Company Ltd. kyle@bradburycounsel.com |
| Lynn Hamilton Butler | |
| | on behalf of Defendant Mechanics Bank lynn.butler@huschblackwell.com penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com |
| Marcus Herbert | |
| | on behalf of Interested Party Crystal McClain herbertlaw@vci.net marcus.herbertbk@gmail.com |
| Marcus Herbert | |
| | on behalf of Interested Party Piper Olivia Mcclain herbertlaw@vci.net marcus.herbertbk@gmail.com |
| Marcus Herbert | |
| | on behalf of Interested Party Kristin McClain herbertlaw@vci.net marcus.herbertbk@gmail.com |
| Matthew S Merriott | |
| | on behalf of Interested Party HTLF Bank successor in interest to First Bank & Trust matthew@lovell-law.net, kaye@lovell-law.net;alexis@lovell-law.net |
| Matthew S Merriott | |
| | on behalf of Defendant HTLF Bank matthew@lovell-law.net kaye@lovell-law.net;alexis@lovell-law.net |
| Matthew S. Muckleroy | |
| | on behalf of Defendant Shawn Ragland mmuckleroy@cwl.law cpierrelouis@cwl.law |
| Max Ralph Tarbox | |
| | on behalf of Debtor 7M Cattle Feeders Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Max Ralph Tarbox | |
| | on behalf of Debtor McClain Feed Yard Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Max Ralph Tarbox | |
| | on behalf of Debtor McClain Farms Inc. jessica@tarboxlaw.com, tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com |
| Michael R. Johnson | |
| | on behalf of Defendant Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com |
| Michael R. Johnson | |
| | on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com asanchez@rqn.com;docket@rqn.com |
| Michael R. Johnson | |
| | on behalf of Creditor Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com |
| Michelle D. Esparza | |
| | on behalf of Creditor Caterpillar Financial Services Corporation michelle.esparza@kempsmith.com hkott@dickinson-wright.com |
| Nicole E. Gorovsky | |
| | on behalf of Creditor Northland Capital Financial Services LLC ngorovsky@jenkinskling.com, cwoods@jenkinskling.com |
| Rachel E Barr | |
| | on behalf of Defendant Thorlakson Diamond T Feeders LP rbarr@namanhowell.com |
| Rachel E Barr | |
| | on behalf of Creditor Thorlakson Diamond T Feeders LP rbarr@namanhowell.com |
| Rachel E Barr | |
| | on behalf of Creditor AgTexas Farm Credit Services AgTexas PCA rbarr@namanhowell.com |
| Rachel E Barr | |
| | on behalf of Creditor AgTexas PCA rbarr@namanhowell.com |
| Rachel E Barr | |
| | on behalf of Plaintiff Thorlakson Diamond T Feeders LP rbarr@namanhowell.com |
| Rachel E Barr | |
| | on behalf of Plaintiff AgTexas PCA rbarr@namanhowell.com |
| Rachel E Barr | |
| | on behalf of Plaintiff AGTexas Farm Credit Services rbarr@namanhowell.com |
| Richard A. Illmer | |
| | on behalf of Defendant Mechanics Bank rick.illmer@huschblackwell.com karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com |
| Shawn Kevin Brady | |
| | on behalf of Creditor Citizens Bank NA sgodwin@brady-law-firm.com sbrady@brady-law-firm.com |

District/off: 0539-2 | User: admin | Page 13 of 14
Date Rcvd: Aug 07, 2024 | Form ID: pdf012 | Total Noticed: 2

Stephen Barnes
    on behalf of Interested Party Chelsea McClain sbarnes@wgmfirm.com

Steven Lee Hoard
    on behalf of Creditor Hines Farms  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Hines Farms  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Curtis Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Kinsey Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Don Jones Farms  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Hines Cattle Company  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Steven Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Don Jones Farm  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Shaw & Shaw Farms Partnership LLC shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Riley Livestock  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Shaw & Shaw Farms Partnership LLC shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Bar D Ranch Land & Cattle LLC shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Don Jones Trucking  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Don Jones Trucking  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Riley Livestock  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Bar D Ranch Land & Cattle LLC shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant N. Terry Dicks shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Hines Cattle Company  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Hines Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor David Hines shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Curtis Jones Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Defendant Kinsey Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Don Jones shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Steven Lee Hoard
    on behalf of Creditor Curtis Jones Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com

Todd Farmer
    on behalf of Interested Party Meagan B. Goad todd@farmerwright.com stephanie@sfk-law.com

Todd Farmer
    on behalf of Interested Party Kinsey Moreland todd@farmerwright.com stephanie@sfk-law.com

Todd Jeffrey Johnston
    on behalf of Defendant Angie Robinson tjohnston@mcjllp.com tlofgren@mcjllp.com

| | | |
|---|---|---|
| District/off: 0539-2 | User: admin | Page 14 of 14 |
| Date Rcvd: Aug 07, 2024 | Form ID: pdf012 | Total Noticed: 2 |

Todd Jeffrey Johnston
  on behalf of Creditor 2B Farms a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com, tlofgren@mcjllp.com

United States Trustee
  ustpregion06.da.ecf@usdoj.gov

Whitney A Davis
  on behalf of Creditor Philip E Rapp whit@ekdlaw.com

William Adam Franklin
  on behalf of Interested Party Chelsea McClain bfranklin@bdflawfirm.com

William Adam Franklin
  on behalf of Interested Party Meagan B. Goad bfranklin@bdflawfirm.com

William Adam Franklin
  on behalf of Interested Party Kinsey Moreland bfranklin@bdflawfirm.com

William Heath Hendricks
  on behalf of Creditor Rabo AgriFinance LLC heath.hendricks@uwlaw.com, roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

TOTAL: 339