| | | |
|---|---|---|
| 11605 NW 140 ST.<br>Aluchua , FL 32615-6435 | 2B Farms, a Texas General Partnership, and T<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>P.O. Box 2547<br>Lubbock, TX 79408-2547 | 2B Farms, Inc.<br>9012 County Rd. 3114<br>Snyder, TX 79549-1318 |
| 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | Acey Livestock, LLC<br>211 Old Orchard Road<br>Perryville, KY 40468-9782 | Ag Texas Farm Credit Services<br>PO Box 50060<br>Amarillo, TX 79159-0060 |
| AgTexas, PCA<br>2001 S. Soncy Road<br>Amarillo, TX 79124-2407 | AJ JACQUES LIVING TRUST<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | Amy Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Angela D. Robinson<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>P.O. Box 2547<br>Lubbock, TX 79408-2547 | Angela Powell<br>86 B Commerce Blvd.<br>Benton, KY 42025-1110 | Arnold Braun of the Arnold Braun Trust<br>4932 E. SR 70<br>Grandview, IN 47615-9620 |
| Arnold Braun Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Atten: David L. LeBas<br>Naman Howell Smith & Lee<br>Attorneys at Law<br>8310 N. Capital of Texas Hwy<br>Ste 490<br>Austin, TX 78731-1081 | Bar D Ranch Land & Cattle, LLC<br>4458 South US Highway 441<br>Lake City, FL 32025-0306 |
| Big Seven Capital Partners LLC<br>200 Rock Vista Run<br>Austin, TX 78737-2843 | Bo Robinson<br>9397 County Rd. 3114<br>Snyder, TX 79549-1379 | Bryan Blackman<br>4553 Texas Street<br>Healdton, OK 73438-2906 |
| Bryan Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | BUSS FAMILY TRUST<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | C Heart Ranch, LLC<br>454 Daniels Lane<br>Ardmore, OK 73401-5304 |
| Cactus Operating LLC<br>Robert M Kettle, Agent<br>600 S. TYLER ST., SUITE 280<br>Amarillo, TX 79101-2353 | Caleb Little<br>672 Nelson Trl.<br>Dexter, KY 42036-9402 | Carl Pickett<br>524 Travis Street<br>Liberty, TX 77575 |
| Carol Bosshardt<br>3925 NW 151st Way<br>Newberry , FL 32669 | Carr, Riggs, & Ingram, LLC<br>2424 Louisiana Blvd. NW Suite 300<br>Albuquerque, NM 87110 | Carraway Cattle<br>200 Rock Vista Run<br>Austin, TX 78737-2843 |
| Caterpillar Financial Services<br>John R. Nelson<br>Dickinson Wright PLLC<br>221 N. Kansas St., Suite 200<br>El Paso, TX 79901-1443 | Caterpillar Financial Services<br>Michelle D. Esparza<br>Dickinson Wright PLLC<br>221 N. Kansas St., Suite 2000<br>El Paso, TX 79901-1472 | CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE, TN 37203-5341 |

Caterpillar Financial Services
Corporation
c/o Dickinson Wright PLLC
Attention: John Nelson
607 W. 3rd Street, Ste. 2500
Austin, TX 78701-4713

Charles Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Chelsea Waters McClain
824 Mullins Lane
Benton, KY 42025-4702

Clint Quarles
Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601-8332

Cody L. Simmons
P.O. Box 180
Canyon, TX 79015-0180

Colby Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Cole Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Colton Long
2001 S. Soney Road
Amarillo, TX 79124-2407

COMMUNITY FINANCIAL SERVICES BANK
ATTN ATTN LOSS MITIGATION
P O BOX 467
BENTON, KY 42025-0467

Community Financial Services Bank
221 W 5th Street
Benton, KY 42025

Cory and Jeff Jesko
3970 FM 1057
Hereford, TX 79045-7322

Cory Don Priest
899 Rosenthal Road
Lorena, TX 76655-9665

Craig & Amy Sutton
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Crystal McClain
c/o Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42003-1530

Curtis Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Curtis Jones Farms LLC
1720W. 13th Ave.
Emporia, KS 66801-5659

David Hines
12609 NW 298th St.
High Springs, FL 32643-4911

David Rainey
88 CR 640
Corinth, MS 38834

Death Creek Farms LLC
10150 Highway 47
West Point, MS 39773-4802

Dennis Buss
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Don Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Don Jones Farm, Inc.
2434 Road Y
Reading, KS 66868-9006

Don Jones Trucking, Inc.
2434 Road Y
Reading, KS 66868-9006

Dora Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Douglas C. Pritchett
19601 FM 1541
Canyon, TX 79015-6387

Douglas Finley
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Dr. Arnold Braun
4932 E. SR 70
Grandview, IN 47615-9620

Dustin Johnson
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Dwight and Patty Jesko
3970 FM 1057
Hereford, TX 79045-7322

Dwight Jesko
112 Rr 5/ 3970 FM 1057
Hereford, TX 79045

Eddie Bryant
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Eddie Stewart
1571 Upper Zion Road
Brownsville, TN 38012-8064

Eric DeJarnett
1115 County Road 1024
Cunningham, KY 42035-9309

Euler Hemes N. A. Insurance Co. as Agent fo
800 Red Brook Blvd, #400C
Ownings Mills, MD 21117-5173

First Capital Bank of Texas
3900 Soncy Road
Amarillo, TX 79119-6673

First Kentucky Bank
C/O Tom Blankenship
PO Box 571
Blankenship & Edwards
Benton, KY 42025-0571

First Kentucky Bank, Inc.
605 Main Street
Benton, KY 42025-1236

Friona Industries, L.P.
500 S. Taylor Street, Suite 601
Amarillo, TX 79101-2447

FRONTIER FARM CREDIT
PO BOX 2409
OMAHA, NE 68103-2409

Frontier Farm Credit
2009 Vanesta Place
Manhattan, KS 66503

Garwood Cattle Company LLC
2538 Middleton Road
Columbiana, OH 44408-9550

Gary Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gene Brookshire Family, LP
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

GRAY BROTHERS
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

GUNGOLL CATTLE CO., LLC
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Hines Cattle Company, LLC
12609 NW 298th St.
High Springs, FL 32643-4911

Hines Farms, LLC
1019 NE 90th Ave.
High Springs, FL 32643-5121

J. Brent Burnett
1612 Sanderson Rd.
Mayfield, KY 42066-9108

Jake Rininger
2828 S. Co. Rd. 200 W.
Rockport, IN 47635-8252

Jan Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Janet Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

JANICE E. LAWHON
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Jared Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jared Wayne Lesh
10801 E. Highway 82
Whitesboro, TX 76273

Jed Goad
JLE Trucking, Inc.
PO Box 451
Red Boiling Springs, TN 37150-0451

Jim Rininger
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Jimmy D. Greer
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Joel Brookshire
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

John Dale Tidwell
209 Duffers Ln
Mayfield, KY 42066-1201

John Massouh
Sprouse Shrader Smith PLLC
Box 15008
Amarillo, TX 79105-5008

| | | |
|---|---|---|
| Jordan and Jan Lesh<br>10400 N. Perkins Road<br>Stillwater, OK 74075-1860 | Jordan Lesh, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Joseph Donelson Jones II<br>39551CR 439<br>Umatilla, FL 32784 |
| Julie Whitlock<br>P.O. Box 389<br>Mayfield, KY 42066-0029 | Justin Stuever<br>P.O. Box 22<br>Morrison, OK 73061-0022 | Keeling Cattle Feeders, Inc.<br>PO Box 1853<br>Hereford, TX 79045-1853 |
| Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025-4770 | Kenneth Netardus<br>P.O. Box 3280<br>Amarillo, TX 79116-3280 | Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 |
| Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 | Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868-9055 | Kinsey Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Lazy J. Cattle<br>1515 W. 80th Street<br>Stillwater, OK 74074 | Leah Gungoll<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077-8530 |
| Lesh Family Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Lesh Trucking<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 | Lyndal Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Lyndal Vanbuskirk<br>P.O. Box 778<br>Ringling, OK 73456-0778 | MAP Enterprises Inc.<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | MAP Enterprises, Inc.<br>c/o Jeff P Prostok<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102-5384 |
| Mark J. Reisz<br>1631 McLucas Lane<br>The Villages, FL 34762 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 | Meagan B. Goad<br>1775 Wadesboro Rd. S<br>Benton, KY 42025-4777 |
| Mechanics Bank<br>18400 Von Karman Avenue<br>Suite 1100<br>Irvine, CA 92612-0517 | MICHAEL & MIRANDA EVANS<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | Michael Gourley<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 |
| Michael Johnson<br>Ray Quinney and Nebeker, P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111-1451 | Miranda Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Morrison Cafe, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |

| | | |
|---|---|---|
| Mykel Linn Tidwell<br>66 Lake Terry Dr.<br>Mayfield, KY 42066-6982 | Nikki Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Northland Capital Financial<br>Services, LL<br>P.O. Box 7278<br>Saint Cloud, MN 56302-7278 |
| Northland Capital Financial<br>Services, LLC<br>c/o Jenkins & Kling, P.C.<br>150 N. Meramec Ave., Suite 400<br>St. Louis<br>St. Louis, MO 63105 United States | Northland Capital Financial<br>Services, LLC<br>333 33rd Ave South<br>St. Cloud, MN 56301-5495 | Oklahoma AgCredit<br>601 East Kenosha<br>Broken Arrow, OK 74012-2002 |
| Open A Arena LLC<br>14500 S. Fm 1258<br>Amarillo, TX 79118-4610 | Patty Priest<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Phillip Sullivan<br>396 Neeley Rd<br>Mayfield , KY 42066 |
| Priest Cattle and Land Company,<br>Inc.<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Priest Cattle Company, Ltd<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 | Priest Victory Investment LLC<br>899 Rosenthal Road<br>Lorena, TX 76655-9665 |
| Producers Credit Corporation<br>8351 N. High Street, Suite 250<br>Columbus, OH 43235-1440 | Rabo Agrifinance LLC<br>1402 Technology Parkway<br>Cedar Falls, IA 50613 | Rabo Agrifinance LLC<br>146.76 Outer 40 Road Ste. 400<br>Chesterfield, MO 63017 |
| Rachel E. Barr<br>8310 N. Capital of Texas Highway<br>Ste. 490<br>Austin, TX 78731 | Rapp Ranch<br>400 Smith Trail<br>Weatherford, TX 76088-1606 | Rick Rodgers<br>786 Sutton Ln.<br>Mayfield, KY 42066-6551 |
| Riley Livestock<br>250 Brittian Lane<br>Mayfield, KY 42066-4617 | Riley Livestock, Inc.<br>Attn: Mary Ann Hunter<br>P.O. Box 663<br>Mayfield, KY 42066-0033 | Robbie Russell<br>414 Preston Drive<br>Brownsville, TN 38012-2468 |
| Robert & Rachel Stewart<br>Lane & Countryman<br>1045 Cheever Blvd.<br>Ste. 103<br>San Antonio, TX 78217-6223 | Robert Braun<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | ROBERT E. GRAY<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 |
| ROBERT SPRING<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | RONNIE GRAY<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | Samuel S. Brown<br>3430 St. Rt 45 S<br>Mayfield, KY 42066-6135 |
| Scarlet & Black Cattle, LLC<br>5402 Walesa Court<br>Amarillo, TX 79119-6285 | Scarlet and Black Cattle, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Scott Livestock Company, Inc.<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |

Shaw & Shaw Farms Partnership, LLC
11605 NW 140 St.
Alachua, FL 32615-6435

SHERLE LOCKWOOD
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Sherman Trucking
2098 Symsonia Highway
Benton, KY 42025-5253

Spencer Clift
BAKER, DONELSON, BEARMAN, CALDWELL
& BER
165 Madison Ave.
Memphis, TN 38103-2799

Stanley Ayers
6200 Ross Rd.
Rockford, OH 45882-9523

STEVE RYAN
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Steve T Scott Farm, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Steve T. Scott Farms, Inc.
10150 Highway 47
West Point, MS 39773-4802

Steven Hines
12609 NW 298th St.
High Springs, FL 32643-4911

Steven L. Hoard
Mullin Hoard & Brown, LLP
500 S. Taylor79101,
Suite 800
Amarillo National Bank Plaza II
Amarillo, TX 79101

Susan Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Takeuchi Financial Services,
a program of Bank of the West
1625 West Fountainhead Parkway,
AZ-FTN-1
Temp e, AZ 85282-2371

Terry Burnett
210 Bethel Church Rd
Melber, KY 42069-8826

TGF Ranch
1585 E M-79 Hwy
Hastings, MI 49058-8895

Thomas C. Riney
Underwood Law Firm, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101-2446

Thorlakson Diamond T Feeders, LP
P.O. Box 10040
Airdrie AB T4A0H4

Thorlakson Feedyards
273131 Rr 284
Airdrie, Alberta, T4A 0H4 Canada

Tom Blankenship
PO Box 571
909 Main Street
Benton, KY 42025-1425

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

W. Heath Hendricks
UNDERWOOD LAW FIRM
500 S. Taylor Street Ste. 1200
Amarillo, TX 79101-2401

W. Robbie Russell Living Trust
414 Preston Drive
Brownsville, TN 38012-2468

Wildforest Cattle Company LLC
1206 Paris Road
Mayfield, KY 42066-4989

Wiley Russell Jr.
414 Preston Drive
Brownsville, TN 38012-2468

WJ Performance Horses
650 FM 163
Cleveland , TX 77327

WJ Performance Horses, Inc.
524 Travis Street
Liberty, TX 77575-4824

AJ JACQUES LIVING TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Andrew Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

ARNOLD BRAUN TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Barry Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Big Seven Capital Partners LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

BJM Sales & Service
PO Box 1073
Hereford, TX 79045-1073

Bryan Blackman
4553 Texas Street
Healdton, OK 73438-2906

Cactus Feeders Finance LLC
PO Box 3050
Amarillo, TX 79116-3050

Canyon Rim Consulting, LLC
301 S Polk St., Ste 815
Amarillo, TX 79101-1408

Carraway Cattle, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Citizens Bank NA
c/o Brady Law Firm
6136 Frisco Square Blvd., Suite 400
Frisco, TX 75034-3251

COLBY VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Cory Don Priest
6010 East FM 597
Abernathy, TX 79311-5424

CRAIG SUTTON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

GARY LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

GENE BROOKSHIRE FAMILY, LP
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Heartland Co-op
2829 Westown Parkway, Suite 350
West Des Moines, IA 50266-1340

JAN LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JANET VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JARED LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Jared Lesh Cowhorses Inc.
10801 E. Highway 82
Whitesboro, TX 76273

Jimmy D. Greer
3209 Wrather Rd.
Murray, KY 42071-7417

Joe Burnett
187 Peachtree Rd
Melber, KY 42069-8824

JOEL BROOKSHIRE
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JORDAN LESH, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Kinsey Moreland
c/o Boerner, Dennis & Franklin
P.O. Box 1738
Lubbock, TX 79408-1738

LainFaulkner
400 N St. Paul, Ste 600
Dallas, TX 75201-6897

Lazy J Arena, LLC
1419 W. 80th Street
Stillwater, OK 74074-8164

LEAH GUNGOLL
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

LESH FAMILY TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

LYNDAL VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Meagan B. Goad
c/o Boerner, Dennis & Franklin
P.O. Box 1738
Lubbock, TX 79408-1738

MIRANDA EVANS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

MORRISON CAF LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Philip E. Rapp
Eggleston King Davis, LLP
102 Houston Avenue, Suite 300
Weatherford, TX 76086-4369

Priest Cattle and Land Company, Inc.
6010 East FM 597
Abernathy, TX 79311-5424

Priest Victory Investment LLC
6010 East FM 597
Abernathy, TX 79311-5424

Purina Animal Nutrition LLC
4001 Lexington Avenue North
Arden Hills, MN 55126-2998

Quilling, Selander, Lownds, Winslet & Moser
2001 Bryan Street, Ste 1800
Dallas, TX 75201-3070

Richard Carraway
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Ridgefield Capital Group, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

ROBERT BRAUN
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Robert Ellis
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

RONNIE GRAY
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

SCARLET AND BLACK CATTLE, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Scott Stewart
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

STEVE T SCOTT FARM, INC.
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

SUSAN VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

**The following Trust Claimant's are NOT listed as creditors of the bankruptcy estates.**

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| JoAnn & Keith Brooks d.b.a. Brooks Farms | 4778 Albert Owens Road | South Fulton | TN | 38257 |
| Starnes Cattle (Jeff Starnes) | 851 SW 6th Ave | Williston | FL | 32696 |
| Barrett's Livestock Inc. | 251 W Laurens School Rd | Dublin | GA | 31021 |
| Ralph Reisz | 4062 Keller Road | Owensboro | KY | 42301 |
| Jean Nix | P.O. Box 1527 | Mont Belvieu | TX | 77580 |
| Tindal Truck Sales (John Tindal) | 3484 State Route 45N | Mayfield | KY | 42066 |
| Audy Spell (University of Florida) | P.O. Box 110910 | Gainesville | FL | 32611 |
| Jace Harrold | 650 FM 163 | Cleveland | TX | 77327 |
| David Johnson | P.O. Box 180 | Canyon | TX | 79015 |
| DAC83 LLC | 2200 4th Ave #131 | Canyon | TX | 79015 |
| Dufurrena Cutting Horses (Ed Dufurrena) | 820 CR 133 | Gainesville | TX | 76240 |
| Morgan Perry & Codie Perry | 8242 N Main Street | Braman | OK | 74632 |
| Natalie Martus | 111 Post Oak Dr | Krugerville | TX | 76227 |
| Christopher Prince | 206 Urbana Dr | Blackwell | OK | 74631 |
| Job White | 10216 SW 49th Lane | Gainesville | FL | 32608 |
| Edward Lewis Dufurrena | 820 CR 133 | Gainesville | TX | 76240 |
| Rieta May Dufurrena | 820 CR 133 | Gainesville | TX | 76240 |
| Producers Livestock Commission (Sonny Barthold) | 2501 Exchange Ave. 128 | Oklahoma City | OK | 73108 |
| William A. Weddington | 3486 Hwy 70 East | Brownsville | TN | 38012 |
| Nancy F. Weddington | 3486 Hwy 70 East | Brownsville | TN | 38012 |
| Cameron Weddington | 40 Plainsfield Place | Jackson | TN | 38305 |
| Kingdom Trust (James Mccuan) | 6804 Poplar Corner Rd | Bells | TN | 38006 |