Kent Ries, Attorney at Law
State Bar No. 16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440 – Fax
kent@kentries.com

COUNSEL FOR TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | Jointly Administered |

### MOTION TO PAY ADMINSTRATIVE EXPENSES OF CANYON RIM CONSULTING, LLC

TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:

Comes now, Kent Ries, Trustee of the above referenced bankruptcy estate, and files this his Motion to Pay Administrative Expenses of Canyon Rim Consulting, LLC ("Canyon Rim"), and respectfully shows the Court as follows:

1.  Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code on April 28, 2023. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estate.

2.  The Trustee found it necessary to employ Canyon Rim for computer consulting services in obtaining and investigating records and information of the Debtors, including copying hard drives and similar data storage from the Debtors' computers and cell phones. On June 29, 2023, the Trustee filed his motion, pursuant to 11 U.S.C. § 327, to hire Canyon Rim. On July 6,

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

MOTION TO PAY ADMINISTRATIVE EXPENSE – Page 1

2023, this Court signed its Order authorizing the Trustee to employ Canyon Rim for such services

3. The Trustee seeks approval to pay Canyon Rim for the services described in the three invoices attached hereto as Exhibit "A" and incorporated herein by reference for all purposes. The total amount charged by Canyon Rim is $20,894.12. The Trustee has sufficient funds in the estate bank account to pay these expenses.

4. The Trustee attests that the services provided by Canyon Rim have been charged at the hourly rate disclosed in the Trustee's motion to hire. Further, the Trustee attests that Canyon Rim performed all the services described in a timely and effective manner, including copying multiple hard drives and phones of the Debtors and it owner.

WHEREFORE, PREMISES CONSIDERED, Kent Ries, Trustee herein, respectfully prays for an Order of this Court allowing payment to Canyon Rim as described above, and for such other relief, at law or in equity, to which the Trustee may show himself justly entitled.

        Respectfully submitted,

        Kent Ries, Attorney at Law
        PO Box 3100
        Amarillo, Texas 79116
        (806) 242-7437

        By: /s/ Kent Ries
          State Bar No. 1691450
          COUNSEL FOR TRUSTEE

**IMPORTANT NOTICE**

    **NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 205 SOUTHEAST FIFTH AVENUE, ROOM 133, AMARILLO, TEXAS 79101, BEFORE 4:30 P.M. ON SEPTEMBER 3, 2024, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

    **ANY RESPONSE MUST BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

    **IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 13th day of August 2024, a true and correct copy of the above and foregoing Motion was sent via ECF or mailed by the 14th day of August 2024, in the United States mail, postage prepaid, to the parties listed below and on the attached mailing matrix.

                                                              /s/ Kent Ries

**Canyon Rim Consulting, LLC**

301 S Polk St Ste 815
Amarillo, TX  79101 US
+1 8063827320
wfreeman@canyonrimconsulting.com



# INVOICE

| BILL TO | | INVOICE | 1445 |
|---|---|---|---|
| Kent Ries | | DATE | 08/22/2023 |
| The Estate of McClain Feed Yard Inc | | TERMS | Due on receipt |
| PO BOX 3100 | | DUE DATE | 08/22/2023 |
| Amarillo, Texas  79116 | | | |

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | The Estate of McClain Feed Yard Inc:Data Backup | | | | |
| | 08/09/2023 | | | | |
| 08/09/2023 | Billable Hours:Hours | Pick up equipment - Michael R Lewis | 1:00 | 235.00 | 235.00 |
| | 08/18/2023 | | | | |
| 08/18/2023 | Billable Hours:Hours | Pickup external drives, setup equipment and start data copy - Michael R Lewis | 3:00 | 235.00 | 705.00 |
| | SUBTOTAL - The Estate of McClain Feed Yard Inc:Data Backup | | | | 940.00 |

|  | SUBTOTAL | 940.00 |
|---|---|---|
|  | TAX | 0.00 |
|  | TOTAL | 940.00 |
|  | BALANCE DUE | **$940.00** |

**Canyon Rim Consulting, LLC**

301 S Polk St Ste 815
Amarillo, TX  79101 US
+1 8063827320
wfreeman@canyonrimconsulting.com



# INVOICE

| BILL TO | | INVOICE | 1467 |
|---|---|---|---|
| Kent Ries | | DATE | 09/07/2023 |
| The Estate of McClain Feed Yard Inc | | TERMS | Due on receipt |
| PO BOX 3100 | | DUE DATE | 09/07/2023 |
| Amarillo, Texas  79116 | | | |

| DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | The Estate of McClain Feed Yard Inc:Data Backup | | | | |
| | 08/21/2023 | | | | |
| 08/21/2023 | Billable Hours:Hours | Copy data from optiplex to backup drive - Michael R Lewis | 2:00 | 235.00 | 470.00 |
| | 08/22/2023 | | | | |
| 08/22/2023 | Billable Hours:Hours | Data copy / backup - Michael R Lewis | 7:00 | 235.00 | 1,645.00 |
| | 08/23/2023 | | | | |
| 08/23/2023 | Billable Hours:Hours | Data copy - transfer from linux drives - Michael R Lewis | 7:00 | 235.00 | 1,645.00 |
| | 08/24/2023 | | | | |
| 08/24/2023 | Billable Hours:Hours | Data recovery /copy - Michael R Lewis | 5:00 | 235.00 | 1,175.00 |
| | 08/25/2023 | | | | |
| 08/25/2023 | Billable Hours:Hours | Data recovery/copy - Michael R Lewis | 7:00 | 235.00 | 1,645.00 |
| | 08/28/2023 | | | | |
| 08/28/2023 | Billable Hours:Hours | Password crack windows machines - Michael R Lewis | 5:00 | 235.00 | 1,175.00 |
| | 08/29/2023 | | | | |
| 08/29/2023 | Billable Hours:Hours | Data recovery and copy - Michael R Lewis | 2:00 | 235.00 | 470.00 |
| | 08/31/2023 | | | | |
| 08/31/2023 | Billable Hours:Hours | Data recovery and copy- iPhone - Michael R Lewis | 8:00 | 235.00 | 1,880.00 |
| | 09/01/2023 | | | | |
| 09/01/2023 | Billable Hours:Hours | Iphone data copy - Michael R Lewis | 7:30 | 235.00 | 1,762.50 |
| | SUBTOTAL - The Estate of McClain Feed Yard | | | | 11,867.50 |

Inc:Data Backup

|  |  |
|---|---|
| SUBTOTAL | 11,867.50 |
| TAX | 0.00 |
| TOTAL | 11,867.50 |
| **BALANCE DUE** | **$11,867.50** |

**Canyon Rim Consulting, LLC**

301 S Polk St Ste 815
Amarillo, TX  79101 US
+1 8063827320
wfreeman@canyonrimconsulting.com



# INVOICE

| BILL TO | | INVOICE | 1483 |
|---|---|---|---|
| Kent Ries | | DATE | 09/21/2023 |
| The Estate of McClain Feed Yard Inc | | TERMS | Due on receipt |
| PO BOX 3100 | | DUE DATE | 09/21/2023 |
| Amarillo, Texas  79116 | | | |

| DATE | | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | The Estate of McClain Feed Yard Inc | | | | |
| | 09/13/2023 | | | | |
| 09/13/2023 | Other Services | Shipping Equipment | 1 | 180.15 | 180.15 |
| 09/13/2023 | Hardware:Hardware | 3 external SSD harddrives for copying data - 2TB | 3 | 167.99 | 503.97 |
| | SUBTOTAL - The Estate of McClain Feed Yard Inc | | | | 684.12 |
| | The Estate of McClain Feed Yard Inc:Data Backup | | | | |
| | 09/05/2023 | | | | |
| 09/05/2023 | Billable Hours:Hours | Copy data - setup redundant copies - Michael R Lewis | 5:30 | 235.00 | 1,292.50 |
| | 09/06/2023 | | | | |
| 09/06/2023 | Billable Hours:Hours | File consolidation - Michael R Lewis | 8:00 | 235.00 | 1,880.00 |
| | 09/07/2023 | | | | |
| 09/07/2023 | Billable Hours:Hours | File consolidation - Michael R Lewis | 7:00 | 235.00 | 1,645.00 |
| | 09/08/2023 | | | | |
| 09/08/2023 | Billable Hours:Hours | Data copy - create external drive duplicates - Michael R Lewis | 6:00 | 235.00 | 1,410.00 |
| | 09/12/2023 | | | | |
| 09/12/2023 | Billable Hours:Hours | Verify copies. Box up equipment - Michael R Lewis | 3:00 | 235.00 | 705.00 |
| | 09/13/2023 | | | | |
| 09/13/2023 | Billable Hours:Hours | Work out shipping. Prep boxes - Michael R Lewis | 2:00 | 235.00 | 470.00 |

| | |
|---|---:|
| SUBTOTAL - The Estate of McClain Feed Yard Inc:Data Backup | 7,402.50 |

| | |
|---|---:|
| SUBTOTAL | 8,086.62 |
| TAX | 0.00 |
| TOTAL | 8,086.62 |
| BALANCE DUE | **$8,086.62** |

**Canyon Rim Consulting, LLC**
301 S Polk St Ste 815
Amarillo, TX  79101 US
+1 8063827320
wfreeman@canyonrimconsulting.com



# Statement

**TO**

Kent Ries
The Estate of McClain Feed Yard Inc
PO BOX 3100
Amarillo, Texas  79116

**STATEMENT NO.** 1047
**DATE** 12/11/2023

| DATE | DESCRIPTION | AMOUNT | RECEIVED |
|---|---|---:|---:|
| 08/22/2023 | Invoice #1445 | 940.00 | 0.00 |
| 09/07/2023 | Invoice #1467 | 11,867.50 | 0.00 |
| 09/21/2023 | Invoice #1483 | 8,086.62 | 0.00 |
| 10/02/2023 | Invoice #1501 | 0.00 | 0.00 |

| | TOTAL AMOUNT | TOTAL RECEIVED |
|---|---:|---:|
| | $20,894.12 | $0.00 |