

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 3, 2024**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**McCLAIN FEED YARD, INC., et al.,** [1]<br><br>***Debtors.*** | **CASE NO. 23-20084-7-rlj**<br><br>**Chapter 7**<br><br>**Jointly Administered** |

**ORDER GRANTING RULE 2004 MOTION AND AUTHORIZING THE ISSUANCE OF DOCUMENT SUBPOENAS TO VARIOUS THIRD PARTIES**

This matter is before the Court on *Motion for Rule 2004 Order Authorizing Issuance of Document Subpoenas to Various Third Parties* (the "Rule 2004 Motion") filed in the all three of the above-entitled Chapter 7 cases by Priest Cattle Company, Ltd and Priest Victory Investments LLC (collectively, "Priest"). Pursuant to this Court's Order of June 28, 2023, all three causes are being jointly administered. Therefore, the Rule 2004 Motion and this Order have only been filed

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

in Cause No. 23-20084.

The Court, having reviewed the Rule 2004 Motion and the subpoena riders attached thereto as Exhibits A – C, pursuant to the provisions of Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, and for good cause appearing, **IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Rule 2004 Motion shall be, and it is hereby, GRANTED.

2. Priest shall be, and hereby is, authorized to issue document subpoenas to the following persons or entities for the compelled production of the records and documents identified in the subpoena riders attached to the Rule 2004 Motion:

   A. Rabo AgriFinance LLC;

   B. Focus Management Group; and

   C. Glenn Karlberg.

3. Priest shall provide each party served with a subpoena pursuant to this Order with at least 14 days' notice of the date and time for any required production of records, documents, and things.

# # # END OF ORDER # # #

Order Submitted by:

By: */s/ Kyle K. Weldon* Dated: July 12, 2024

James D. Bradbury
State Bar No. 02814500
jim@bradburycounsel.com
Kyle K. Weldon
State Bar No. 24097192
kyle@bradburycounsel.com
**JAMES D. BRADBURY, PLLC**
201 Main Street, Suite 600
Fort Worth, Texas 76102
Telephone: 817-339-1105