# EXHIBIT A

NAME
NOM

LOT 3651

No.

199

### Cattle Feeding agreement

This agreement exists to identify the partnership of Brian McClain/McClain Feedyard/7M feeders, 2548 CR 15 Friona Tx. 79035, and Thorlakson Diamond T feeders who are involved in cattle feeding arrangement. The arrangement allows for Thorlakson Diamond T Feeder LP to purchase the calves from Brian McClain/Mclain Feedyard/7M feeders. At the time of purchase the cattle have also been contracted for sale at a pre-determined price. Brian McClain will grow the cattle to the desired weight and will cover the costs incurred to do so. These costs will include the feed and supplements provided by McClain Feedyard or 7M feeders, as well as all processing, medicine, trucking, and yardage expenses related to the cattle. Once the cattle have reached the desired weight, the profit will be determined as such:

*Sale price of the feeder cattle*

*Minus*

*Cost stated above that McClain incurs.*

*Minus*

*Original cost of the calves returned to Thorlakson Diamond T Feeders LP*

*Equals profit.*

*Profit divided 1/3 McClain and 2/3 Thorlakson Diamond T Feeders LP*

This agreement is for _290_ head of heifer calves at a total weight of _168,200_ lbs. at a price of _168.50_ per pound. They are lots _3651_ and located at 7M feeders or McClain feeders.

Total cost for this group of calves is $ _283,417_ which Thorlakson Diamond T Feeders has paid to McClain Feedyard or 7M feeders.

These feeder cattle are forward contracted to sell at $ _163.72_ per lb. at an average weight of _775_ lbs.

Tom Thorlakson                                         Brian McClain

Thorlakson Diamond T Feeders LP        McClain Feedyard's/7M Feeders

Date Signed _Oct. 1, 2022_

3651

MCCLAIN FEEDYARD INC.

824 MULLINS LANE

BENTON KY. 42025

BILL TO:  TOM THORLAKSON

9/1/2022

| HEAD | SEX | WEIGHT | PRICE/LB | TOTAL COST |
|------|-----|--------|----------|------------|
| 290 | H | 168200 | 1.685 | $283,417.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |
| | | | | |
| 290 | | | | $283,417.00 |

## PROJECTED CLOSE OUT

| | |
|---|---|
| HEAD | 290 |
| COST | 283417 |
| BOUGHT WEIGHT | 168200 |
| $ SOLD | 367970.12 |
| SELL WEIGHT | 224750 |
| COST/GAIN | 53722.5 |
| LBS GAINED | 56550 |
| PROFIT | 30830.62 |

Transaction Date:        26-Sep
Transaction Total:    $    618,404.69
Difference:            $            -

| Invoice Date | Lot Number | Head | Invoiced Amount |
|---|---|---|---|
| 01-Sep-22 | 3651 | 290 | $    283,417.00 |
| 01-Sep-22 | 3652 | 341 | $    334,987.69 |

| TOTAL | | | $    618,404.69 |

Account number: ███████ ■ September 1, 2022 - September 30, 2022 ■ Page 2 of 2



*Electronic debits/bank debits (continued)*

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/26 | 618,404.69 | WT Fed#06020 Mechanics Bank /Ftr/Bnf=McClain Feedyard Srf# Gw00000053569641 Trn#220926157046 Rfb# 72 |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

## CLOSE OUT

|  |  |
|---|---|
|  | 3651 |
| HEAD | 282 |
| COST | 283417 |
| BOUGHT WEIGHT | 168200 |
| $ SOLD | 350,361.54 |
| SELL WEIGHT | 215448 |
| COST/GAIN | 36,448.98 |
| PROFIT | 30,495.56 |

Transaction Date:        16-Dec
Transaction Total:    $    956,875.98
Difference:            $    19,879.69

| Close Out Date | Lot Number | Head | Invoiced Amount |
|---|---|---|---|
| 28-Nov-22 | 3624 | 387 | $    411,605.50 |
| 28-Nov-22 | 3621 | 207 | $    221,643.42 |
| 28-Nov-22 | 3651 | 282 | $    303,747.37 |

TOTAL                        $    936,996.29

# WellsOne® Account



Account number: ███████ ■ December 1, 2022 - December 31, 2022 ■ Page 1 of 3

THORLAKSON DIAMOND T FEEDERS, LP
2548 COUNTY ROAD 15
FRIONA TX 79035-7034

## Questions?

Call your Customer Service Officer or Client Services
1-800-AT WELLS (1-800-289-3557)
5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (182)
PO Box 63020
San Francisco, CA  94163

## Account summary



| | | |
|---|---|---|
| 12/16 | 956,875.98 | WT Fed#08941 Mechanics Bank /Org=McClain Feed Yard Inc Srf# 1211020360719704 Trn#221216171819 Rfb# |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.