# EXHIBIT C

**KEELING CATTLE FEEDERS, INC.**  **77584**

```
Vendor: 3780    AG TEXAS FOR THE ACCT OF         Check:   77584    01/05/24
OUR REF   YOUR REF   INV DATE    INV AMOUNT      INV TOTAL     DISCOUNT

 060869              01/05/24    351,110.54      351,110.54         .00
         L1854 202H PROCEEDS

                                              Check Total:    351,110.54
```

PRODUCT DLM102    USE WITH 91500 ENVELOPE    TURNKEY COMPUTER SYSTEMS  (806) 372-1200    PRINTED IN U.S.A.    B

4320686900
D9SX2A SLKDK01 08/09/2023 19:41 -118-

PO BOX 1853
HEREFORD TX 79045

806 357-2261


THORLASKON DIAMOND T                    REFERENCE : 65167
BOX 10040
                                        DATE      : 12/14/23
Airdrie AB T4A0H4


CUST #: 3780                            LOT NUMBER: 01-1854
                                        PEN NUMBER: 310


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
         C A T T L E   S H I P M E N T   A D V I C E
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

         NUMBER HEAD              202     Heifers

         SOLD TO                  TYSON FRESH MEATS
                                  PO BOX 30500
                                  AMARILLO TX 79120

         GROSS WEIGHT             253,280      AVG/HD: 1,253.9

         PAY WEIGHT               243,149      AVG/HD: 1,203.7

         SHRINKAGE                4.00 %

         PRICE / CWT              179.67

         TOTAL AMOUNT             436,861.78   AVG/HD: 2,162.68

         BIC & ASSN FEES          404.00-
         CBP CHARGES              404.00-
                                  -------------
         NET SALE AMOUNT          436,053.78
                                  =============
         TOTAL CREDIT AMT         436,053.78



         LESS FEED & INTEREST     -84,943.24
                                  =============
                                  351,110.54

# KEELING CATTLE FEEDERS

806 357-2261

## P E R F O R M A N C E   R E C O R D

```
 Lot #  : 1854 THORKLASON/DIAMOND T          Pen #(s)   : 310

 Date In: 04/20/23                           Origin     : MCCLAIN
 Sex    : Heifers                            Background:
 Type   :                                    Flesh      :
```

### C A T T L E   R E C E I V E D

| Date | Head | OT Wt. | Avg OT | Pay Wt. | Avg PW | Shrnk | $/CWT | Total $ |
|---|---|---|---|---|---|---|---|---|
| 04/19/23 | 288 | 166,275 | 577 | 166,275 | 577 | | | |
| 04/20/23 | 13 | 4,580 | 352 | 4,580 | 352 | | | |
| TOTAL | 301 | 170,855 | 568 | 170,855 | 568 | | | |

### C A T T L E   D E A T H S

| Date | Head | Cause | Dys on Fd | $ Salvage | Dth Loss % |
|---|---|---|---|---|---|
| 04/29/23 | 1 | PNEUMONIA 2 | 10 | | |
| 05/08/23 | 1 | PNEUMONIA 3 | 19 | | |
| 05/24/23 | 1 | PNEUMONIA 2 | 35 | | |
| 06/30/23 | 1 | PNEUMONIA 2 | 72 | | |
| 07/13/23 | 1 | BLOAT | 85 | | |
| 09/02/23 | 1 | BLOAT | 136 | | |
| 09/21/23 | 1 | PENUMONIA 1 | 155 | | |
| 09/25/23 | 1 | BLOAT | 159 | | |
| 10/04/23 | 1 | PNEUMONIA | 168 | | |
| 10/25/23 | 1 | PNEUMONIA | 189 | | |
| 11/03/23 | 1 | PNEUMONIA | 198 | | |
| 12/02/23 | 1 | PROLAPSE | 227 | | |
| 12/11/23 | 1 | BLOAT | 236 | | |
| TOTAL | 13 | | | | 4.32 |

### C A T T L E   S H I P M E N T S

| Date | Head | Pay Wt. | Avg | $/CWT | Total $ | Buyer |
|---|---|---|---|---|---|---|
| 04/26/23 | 6 | 2,890 | 482 | 75.00 | 2,167.50 | SEEDSTOCK INVESTMENTS |
| 07/26/23 | 3 | 1,411 | 470 | 115.00 | 1,622.65 | SEEDSTOCK INVESTMENTS |
| 11/10/23 | 76 | 101,890 | 1,341 | 185.00 | 188,496.50 | CARGILL MEAT SOLUTION |
| 12/07/23 | 1 | 1,018 | 1,018 | 65.00 | 661.70 | SEEDSTOCK INVESTMENTS |
| 12/14/23 | 202 | 243,149 | 1,204 | 179.67 | 436,861.78 | TYSON FRESH MEATS |
| TOTAL | 288 | 350,358 | 1,217 | 179.76 | 629,810.13 | |

```
                    ASSOCIATION FEES:       556.00
                    CBP CHARGES     :       556.00
                    NET PROCEEDS    :   628,698.13
```

806 357-2261

---

### C A T T L E   P E R F O R M A N C E

|  | ----- Pay Weight ---- | | ---- Off Truck Wt. ---- | |
| --- | ---: | ---: | ---: | ---: |
|  | Deads In | Deads Out | Deads In | Deads Out |
| Days on Feed | 220 | | | |
| Total Head Days | 66,102 | | | |
| Total Pounds Gained | 179,503 | 186,882 | 179,503 | 186,882 |
| Average Pounds Gained | 596 | 649 | 596 | 649 |
| Average Daily Gain | 2.72 | 2.83 | 2.72 | 2.83 |
| Dry Matter Conversion | 7.11 | 6.83 | 7.11 | 6.83 |
| As Fed Conversion | 9.58 | 9.20 | 9.58 | 9.20 |
| Total Consumption | 1,718,890 | | | |
| Lbs/Hd/Day - As Fed | 26.00 | | | |
| Lbs/Hd/Day - Dry | 19.32 | | | |
| Feeding Cost/Lb. of Gain | 1.5219 | 1.4618 | 1.5219 | 1.4618 |
| Other Cost/Lb. Gain | .0245 | .0235 | .0245 | .0235 |
| Total Cost/Lb. Gain | 1.5464 | 1.4854 | 1.5464 | 1.4854 |
| Cost per Head per Day | 4.20 | | | |

**KEELING CATTLE FEEDERS**

806 357-2261

Owner: 3780  THORLAKSON DIAMOND T                     Percent Ownership: 100.00
              BOX 10040
              Airdrie AB T4A0H4                       Phone:  403-540-0666


P E R F O R M A N C E   R E C O R D

Lot # : 1854 THORKLASON/DIAMOND T        Pen #(s)  :  310

F I N A N C I A L   S U M M A R Y

|  | | AVG/HEAD | AVG/CWT |
|---|---:|---:|---:|
| FEEDING EXPENSES ----- | | | |
| FEED & RATIONS | 269,498.14 | 895.34 | 150.14 |
| MEDICINE | 1,707.36 | 5.67 | .95 |
| YARDAGE | 1,538.36 | 5.11 | .86 |
| PROCESSING EXPENSE | 199.30 | .66 | .11 |
| CATTLE INSURANCE | 244.80 | .81 | .14 |
| | ------------- | ----------- | ----------- |
| COST OF GAIN-DEADS IN | 273,187.96 | 907.60 | 152.19 |
| DEADS OUT | | | 146.18 |
| SALES | 629,810.13 | 2,092.39 | 179.76 |
| BIC CHARGES | 1,112.00 | 3.69 | .32 |
| | ------------- | ----------- | ----------- |
| NET SALES | 628,698.13 | 2,088.70 | 179.44 |
| | ============ | ========== | ========== |
| CUSTOMER'S COST | | | $/CWT SOLD |
| DUES, ETC. | 236.81 | .79 | .07 |
| INTEREST | 4,162.82 | 13.83 | 1.19 |
| | ------------- | ----------- | ----------- |
| TOTAL CUSTOMER'S COST | 4,399.63 | 14.62 | 1.26 |

```
RUN DATE: 23-AUG-2023  TIME: 02:15 PM              KEELING CATTLE FEEDERS              karen       SEQ #03939 PAGE 0001

C O M P R E H E N S I V E   Y A R D   S H E E T   B Y   O W N E R   ( 1 )

YARD #: 01 KEELING CATTLE FEEDERS
AS OF : 23-Aug-2023


                                              -DAYS ON-   --- AVERAGE PER HEAD ---                         OTHER       TOTAL
     LOT# PEN# LOT NAME           # HEAD   CUR HD  FEED  RTN  WEIGHT  CONSUM    GAIN    IN COST   FEED COST   COST       COST

OWNER #:   3780 THORLASKON DIAMOND T
==============================================
01-1854 110  THORKLASON/DIAM IN:   75.0         75.0  126  86 IN: 568  28.15<7DY> 3.097            39,695.89      996.78    40,692.67
             Heifers        DEAD:        HOS:        RTN:0004          27.44<14D> 3.029 AVG:       AVG:529.28 AVG: 13.29 AVG: 542.57
100.00       DT IN: 04/19/23 SHIP:        BUL:             CUR: 993  26.30<CUM> 3.377 CWT:       H/D: 4.201 H/D:  .105 B/E:  54.63

        310  THORKLASON/DIAM IN:  226.0        212.0  126  86 IN: 568  25.48<7DY> 2.742           106,811.72    2,793.43   109,605.15
             Heifers        DEAD: 5.0 HOS:  3.0 RTN:0004          25.27<14D> 2.736 AVG:       AVG:472.62 AVG: 12.36 AVG: 484.98
100.00       DT IN: 04/19/23 SHIP: 9.0 BUL:             CUR: 968  24.56<CUM> 3.087 CWT:       H/D: 3.919 H/D:  .102 B/E:  51.54
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
             Owner Total:   301.0       287.0
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PENS REPORTED :    2

          287.0 Heifers
          -------
          287.0 TOTAL CATTLE

Reporting criteria - Reporting sequence: 1 = Lot              Include shipped pens ? No     Include cattle grading data? No
              Selected owners: 003780   000000   000000   000000   000000   000000   000000   000000   000000   000000
NOTE: Consumption averages include prorated hospital/buller feed.
```