# EXHIBIT D

Thanks,

**Cody L. Simmons**
*Canyon* │ P.O. Box 180 │ 400 13th St. │ Canyon, Texas 79015
*Hereford* │ P.O. Box 273 │ 623 N. Main St. │ Hereford, Texas 79045
*Phone*: (806) 476-5090
*Email*: cody@ssbtxlaw.com
*Website*: www.ssbtxlaw.com



---

**From:** David LeBas <DLeBas@namanhowell.com>
**Sent:** Monday, April 24, 2023 3:28 PM
**To:** Michael Johnson <MJohnson@rqn.com>; jakers@bgstockyards.com; Cody Simmons <cody@ssbtxlaw.com>; Abel Leal <abel@ssbtxlaw.com>; Rachel Barr <RBarr@namanhowell.com>; Wade King <Wade.King@agtexas.com>; W. Hendricks <heath.hendricks@uwlaw.com>; John Massouh <john.massouh@sprouselaw.com>
**Cc:** Kenneth Netardus <knetardus@sjblawfirm.com>
**Subject:** Keeling Cattle Feeders Report

All,

Following up on today's call, I spoke with Scott Keeling today of Keeling Cattle Feeders (KCF), Hereford Texas, at (806) 357-2261. He confirmed that he has the following cattle on hand:

(1) 49 head in the name of Brian McClain, which will be finished in about 200 days. KCF made a "feedyard value loan" and a feed loan on these.

(2) 228 head checked in by Thorlakson last week. These are the cattle I mentioned this morning that Thorlakson believes were mistakenly picked up from McClain. KCF has feed in these cattle only.

In addition, he may have other cattle with McClain as the origin.

Mike, perhaps the CRO should contact Mr. Keeling to ask him to hold the cattle and/or proceeds for the time being.

David L. LeBas
Naman Howell Smith & Lee, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731│512.807.2460│806.679.6641 cell │512.474.1901 fax
dlebas@namanhowell.com

**Disclaimer**
Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

**Disclaimer**
Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or

other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

**Disclaimer**
Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.