# EXHIBIT N



May 22, 2023

Thorlakson Diamond T Feeders, LP
274220 Range Road 290
Rocky View County
Alberta, Canada T4A3M4

RE: Loan Agreement dated January 27, 2021 (the "Loan Agreement") between Thorlakson Diamond T Feeders, LP (the "Borrower") and AgTexas Farm Credit Services, as agent/nominee (the "Lender"). Capitalized terms not otherwise defined in this letter shall have the meanings assigned to such terms in the Loan Agreement.

Dear Tom and Ben:

The Lender has extended the availability period for your $7,500,000.00 revolving line of credit (Loan Number 5687860), which is evidenced by the promissory note dated March 8, 2022, payable to AgTexas Farm Credit Services, as agent/nominee for AgTexas, PCA. The availability period shall now expire on July 1, 2023, and the maturity date of the Note is extended until July 1, 2023. Further, the Loan Agreement and other Loan Documents are hereby modified wherever necessary to extend the availability period of Loan to July 1, 2023. This extension shall not constitute a commitment to extend the availability period beyond the date specified above.

The Loan Agreement and other Loan Documents are further amended wherever necessary to reflect that the requirement to furnish a monthly Borrowing Base Certificate, and the requirement to furnish an annual reviewed financial statement under the Loan Agreement are waived for all reporting periods ending on or after February 28, 2023.

The Event of Default created by your furnishing compiled financial statements in lieu of the reviewed statements required under the Loan agreement for the reporting period ending December 31, 2021, is hereby waived.

Except as specifically set forth in this letter, all terms of the Note, the Loan Agreement, and the other Loan Documents shall remain in full force and effect without modification.

Sincerely,

Brandon Brock,
Vice President