# EXHIBIT O



June 20, 2023

Thorlakson Diamond T Feeders, LP
274220 Range Road 290
Rocky View County
Alberta, Canada  T4A3M4

Re: Notification of Extension of Availability for Loan Number: _____5687860_____

Dear  Tom and Ben

AgTexas Farm Credit Servcies, as agent/nominee for AgTexas, PCA, has extended the Maturity Date for your $ ____7,500,000.00____ Revolving Line of Credit Loan, Loan No., _____5687860_____ which is evidenced by the Promissory Note dated ____March 8, 2022____, payable to AgTexas Farm Credit Services, as agent/nominee for AgTexas, PCA, (the "Promissory Note"), to  September 1, 2023 .

The Promissory Note, the Loan Agreement, and the other documents executed in connection with Loan Number _____5687860_____, are hereby modified wherever necessary to reflect the extension of the Maturity Date to  September 1, 2023  .

This extension shall not constitute a commitment to extend the Maturity Date beyond the date specified above. All other terms of the Promissory Note and the other loan documents shall remain in full force and effect without modification except as specifically set forth in this letter.

Please feel free to call me if you have any questions.

Sincerely,

Brandon Brock
Vice President

NOTICE OF FINAL AGREEMENT

THIS WRITTEN AGREEMENT REPRESENTS THE FINAL AGREEMENT BETWEEN BORROWER AND AGTEXAS FARM CREDIT SERVICES AND MAY NOT BE CONTRADICTED BY EVIDENCE OF PRIOR, CONTEMPORANEOUS OR SUBSEQUENT ORAL AGREEMENTS BETWEEN BORROWER AND AGTEXAS FARM CREDIT SERVICES. THERE ARE NO UNWRITTEN ORAL AGREEMENTS BETWEEN BORROWER AND AGTEXAS FARM CREDIT SERVICES.