UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

          -and-

Michael R. Johnson (*Pro Hac Vice*)
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com

*Attorneys for Rabo AgriFinance LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC. and 7M CATTLE FEEDERS, INC.,<br><br>     Debtors.[1] | **CASE NO. 23-20084-7-rlj**<br><br>**(Jointly Administered Cases)**<br><br>**Chapter 7** |

---

[1] The Debtors in these jointly administered Chapter 7 cases are: (a) McClain Feed Yard, Inc. (Case No. 23-20084), (b) McClain Farms, Inc. (Case No. 23-20885) and 7M Cattle Feeders, Inc. (Case No. 23-20886).  All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

<u>**NOTICE OF WITHDRAWAL, WITHOUT PREJUDICE, OF RABO'S MOTION FOR
RELIEF FROM THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR
ABANDONMENT OF CERTAIN CATTLE AND PROCEEDS OF CATTLE**</u>

Rabo AgriFinance LLC ("**Rabo**"), through counsel, hereby withdraws, <u>without prejudice</u>

<u>to its re-filing at a later date</u>, its *Motion for Relief From the Automatic Stay or, Alternatively, for*

*Abandonment of Certain Cattle and Proceeds of Cattle* (the "**Motion**"), filed March 12, 2024

[Dkt. 192], and asks that the docket call hearing on the Motion, currently scheduled for

September 11, 2024, at 1:30 p.m., be stricken.

DATED this 6th day of September, 2024.

UNDERWOOD LAW FIRM, P.C.
Thomas C. Riney, SBN: 16935100
W. Heath Hendricks, SBN: 240556451
500 South Taylor, Suite 1200, LB 233
Amarillo, Texas 79101
Telephone: (806) 376-5613
Facsimile: (806) 379-0316
Email: tom.riney@uwlaw.com
Email: heath.hendricks@uwlaw.com

--and--

RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson *(Pro Hac Vice)*
36 South State Street, Suite 1400
Salt Lake City, UT 84111
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com

*/s/ Michael R. Johnson*
Michael R. Johnson
*Attorneys for Rabo AgriFinance LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, the foregoing **NOTICE OF
WITHDRAWAL, WITHOUT PREJUDICE, OF RABO'S MOTION FOR RELIEF FROM
THE AUTOMATIC STAY OR, ALTERNATIVELY, FOR ABANDONMENT OF
CERTAIN CATTLE AND PROCEEDS OF CATTLE** was filed with the Clerk of the Court
in the above-entitled case, which sent notice of electronic filing to all electronic filing users in
the case.

*/s/ Michael R. Johnson*
Michael R. Johnson

1682551