| | |
|---|---|
| **From:** | Heather Shlachtman |
| **To:** | Michael Doland |
| **Cc:** | Gregory Sudbury; Nita Chancellor; Kent Ries; Jason Rae; Rick Cass; Hudson Jobe |
| **Subject:** | RE: [EXTERNAL] - McClain Bankruptcy Case - Order on Rule 2004 Examination |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | 2024 0510 Subpoena to Focus Management Group USA Inc..pdf |

Mr. Doland,

Attached please find the Subpoena to Produce Documents directed to Focus Management Group USA, Inc.

**Heather Shlachtman** | Paralegal
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800, Dallas TX 75201
Direct: (214) 880-1830 | Fax: (214) 871-2111 | hshlachtman@qslwm.com

**From:** Michael Doland <m.doland@focusmg.com>
**Sent:** Wednesday, May 8, 2024 11:59 AM
**To:** Hudson Jobe <hjobe@qslwm.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination



Yes Focus will accept service of the subpoena

**Michael Doland**
Chief Operating Officer
813.281.0062 Office | 813.281.0063 Fax | 727.510.3979 Cell
m.doland@focusmg.com

**Focus Management Group**
30725 US HWY 19N PMB 330
Palm Harbor, FL 34684
www.focusmg.com

**From:** Hudson Jobe <hjobe@qslwm.com>

**Sent:** Wednesday, May 8, 2024 11:51 AM
**To:** Michael Doland <m.doland@focusmg.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** McClain Bankruptcy Case - Order on Rule 2004 Examination

Michael – please let me know if you will agree to receive service of subpoena on behalf of Focus Management Group in connection with the attached Order.

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**