| | |
|---|---|
| **From:** | Gregory Sudbury |
| **To:** | Michael Johnson; Hudson Jobe |
| **Cc:** | Annette Sanchez; Heather Shlachtman; Nita Chancellor; Kent Ries; Jason Rae; Rick Cass; Austin Nate; Matthew Cannon; Heath Hendricks (heath.hendricks@uwlaw.com) |
| **Subject:** | RE: [EXTERNAL] - McClain Bankruptcy Case - Order on Rule 2004 Examination |
| **Date:** | Friday, May 10, 2024 2:24:03 PM |
| **Attachments:** | image001.png<br>image002.png<br>Subpoena to Rabo AgriFinance LLC.pdf<br>Waiver and Acceptance of Service - Rabo AgriFinance LLC.pdf |

Michael

Attached are the Subpoena and Acceptance of Service. Please sign and return the Acceptance when you get a chance.

Thanks.

Gregory M. Sudbury
QSLWM, P.C.
2001 Bryan St., Suite 1800
Dallas, TX 75201
(214) 880-1878 direct
gsudbury@qslwm.com
www.qslwm.com

**From:** Michael Johnson <MJohnson@rqn.com>
**Sent:** Thursday, May 09, 2024 8:01 PM
**To:** Hudson Jobe <hjobe@qslwm.com>
**Cc:** Annette Sanchez <ASanchez@rqn.com>; Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>; Austin Nate <ANate@rqn.com>; Matthew Cannon <mcannon@rqn.com>; Heath Hendricks (heath.hendricks@uwlaw.com) <heath.hendricks@uwlaw.com>
**Subject:** [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination



Yes, I can accept service, subject to all defenses other than ineffective or improper service. Please send the full subpoena along with an Acceptance of Service for me to review.

Michael Johnson | Ray Quinney & Nebeker P.C. | 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: +1 (801) 323-3363 | Facsimile: +1 (801) 532-7543 | www.rqn.com| vCard
This email is from a law firm and may contain privileged or confidential information. Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited. If you are not the intended recipient, please contact the sender and delete this email. Thank you.

**From:** Hudson Jobe <hjobe@qslwm.com>

**Sent:** Wednesday, May 8, 2024 9:48 AM
**To:** Michael Johnson <MJohnson@rqn.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** McClain Bankruptcy Case - Order on Rule 2004 Examination

Michael – please let me know if you will agree to receive service of subpoena on behalf of Rabo in connection with the attached Order.

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**