

**Trustee's Exhibit**

**L**

| Name | Status | Date modified | Type | Size |
|---|---|---|---|---|
| RABO-MCCLAIN 000007 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 1,173 KB |
| RABO-MCCLAIN 000010 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 2,458 KB |
| RABO-MCCLAIN 000017 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 1,034 KB |
| RABO-MCCLAIN 000020 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 6,725 KB |
| RABO-MCCLAIN 000034 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 820 KB |
| RABO-MCCLAIN 000036 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 7,056 KB |
| RABO-MCCLAIN 000048 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 820 KB |
| RABO-MCCLAIN 000050 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 6,472 KB |
| RABO-MCCLAIN 000062 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 791 KB |
| RABO-MCCLAIN 000064 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 6,420 KB |
| RABO-MCCLAIN 000076 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 817 KB |
| RABO-MCCLAIN 000078 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 6,378 KB |
| RABO-MCCLAIN 000090 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 816 KB |
| RABO-MCCLAIN 000092 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 6,475 KB |
| RABO-MCCLAIN 000104 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 169 KB |
| RABO-MCCLAIN 000105 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 169 KB |
| RABO-MCCLAIN 000106 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 169 KB |
| RABO-MCCLAIN 000107 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 167 KB |
| RABO-MCCLAIN 000108 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 169 KB |
| RABO-MCCLAIN 000109 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 823 KB |
| RABO-MCCLAIN 000111 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 6,501 KB |
| RABO-MCCLAIN 000123 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 169 KB |
| RABO-MCCLAIN 000124 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 169 KB |
| RABO-MCCLAIN 000125 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 167 KB |
| RABO-MCCLAIN 000126 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 169 KB |
| RABO-MCCLAIN 000127 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 795 KB |
| RABO-MCCLAIN 000129 | ⊘ | 9/5/2024 4:17 PM | Foxit PDF Editor D… | 6,333 KB |



| Name | Status | Date modified | Type | Size |
|---|---|---|---|---|
| RABO-MCCLAIN 007086 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 285 KB |
| RABO-MCCLAIN 007283 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 306 KB |
| RABO-MCCLAIN 007384 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 285 KB |
| RABO-MCCLAIN 007464 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 289 KB |
| RABO-MCCLAIN 007468 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 289 KB |
| RABO-MCCLAIN 007543 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 288 KB |
| RABO-MCCLAIN 007559 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 289 KB |
| RABO-MCCLAIN 010515 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 41 KB |
| RABO-MCCLAIN 010524 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 40 KB |
| RABO-MCCLAIN 010712 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 284 KB |
| RABO-MCCLAIN 011588 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 37 KB |
| RABO-MCCLAIN 012044 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 70 KB |
| RABO-MCCLAIN 012247 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 40 KB |
| RABO-MCCLAIN 012339 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 41 KB |
| RABO-MCCLAIN 012403 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 37 KB |
| RABO-MCCLAIN 012404 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 37 KB |
| RABO-MCCLAIN 013652 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 286 KB |
| RABO-MCCLAIN 013886 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 33 KB |
| RABO-MCCLAIN 014298 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 372 KB |
| RABO-MCCLAIN 014831 | ⊘ | 9/5/2024 4:20 PM | Chrome HTML Do... | 1 KB |
| RABO-MCCLAIN 014942 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 47 KB |
| RABO-MCCLAIN 014990 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 45 KB |
| RABO-MCCLAIN 015302 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 101 KB |
| RABO-MCCLAIN 019007 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 287 KB |
| RABO-MCCLAIN 019008 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 293 KB |
| RABO-MCCLAIN 020068 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 61 KB |
| RABO-MCCLAIN 020658 | ⊘ | 9/5/2024 4:20 PM | Microsoft Excel M... | 286 KB |



| Name | | Date modified | Type | Size |
|---|---|---|---|---|
| RABO-MCCLAIN 000007 | ✓ | 9/5/2024 4:20 PM | Text Document | 9 KB |
| RABO-MCCLAIN 000010 | ✓ | 9/5/2024 4:20 PM | Text Document | 29 KB |
| RABO-MCCLAIN 000017 | ✓ | 9/5/2024 4:20 PM | Text Document | 9 KB |
| RABO-MCCLAIN 000020 | ✓ | 9/5/2024 4:20 PM | Text Document | 31 KB |
| RABO-MCCLAIN 000034 | ✓ | 9/5/2024 4:20 PM | Text Document | 6 KB |
| RABO-MCCLAIN 000036 | ✓ | 9/5/2024 4:20 PM | Text Document | 29 KB |
| RABO-MCCLAIN 000048 | ✓ | 9/5/2024 4:20 PM | Text Document | 6 KB |
| RABO-MCCLAIN 000050 | ✓ | 9/5/2024 4:20 PM | Text Document | 27 KB |
| RABO-MCCLAIN 000062 | ✓ | 9/5/2024 4:20 PM | Text Document | 5 KB |
| RABO-MCCLAIN 000064 | ✓ | 9/5/2024 4:20 PM | Text Document | 26 KB |
| RABO-MCCLAIN 000076 | ✓ | 9/5/2024 4:20 PM | Text Document | 6 KB |
| RABO-MCCLAIN 000078 | ✓ | 9/5/2024 4:20 PM | Text Document | 26 KB |
| RABO-MCCLAIN 000090 | ✓ | 9/5/2024 4:20 PM | Text Document | 6 KB |
| RABO-MCCLAIN 000092 | ✓ | 9/5/2024 4:20 PM | Text Document | 28 KB |
| RABO-MCCLAIN 000104 | ✓ | 9/5/2024 4:20 PM | Text Document | 2 KB |
| RABO-MCCLAIN 000105 | ✓ | 9/5/2024 4:20 PM | Text Document | 2 KB |
| RABO-MCCLAIN 000106 | ✓ | 9/5/2024 4:20 PM | Text Document | 2 KB |
| RABO-MCCLAIN 000107 | ✓ | 9/5/2024 4:20 PM | Text Document | 2 KB |
| RABO-MCCLAIN 000108 | ✓ | 9/5/2024 4:20 PM | Text Document | 2 KB |
| RABO-MCCLAIN 000109 | ✓ | 9/5/2024 4:20 PM | Text Document | 6 KB |
| RABO-MCCLAIN 000111 | ✓ | 9/5/2024 4:20 PM | Text Document | 26 KB |
| RABO-MCCLAIN 000123 | ✓ | 9/5/2024 4:20 PM | Text Document | 2 KB |
| RABO-MCCLAIN 000124 | ✓ | 9/5/2024 4:20 PM | Text Document | 2 KB |
| RABO-MCCLAIN 000125 | ✓ | 9/5/2024 4:20 PM | Text Document | 2 KB |
| RABO-MCCLAIN 000126 | ✓ | 9/5/2024 4:20 PM | Text Document | 2 KB |
| RABO-MCCLAIN 000127 | ✓ | 9/5/2024 4:20 PM | Text Document | 6 KB |
| RABO-MCCLAIN 000129 | ✓ | 9/5/2024 4:20 PM | Text Document | 28 KB |