## Michael Johnson

| | |
|---|---|
| **From:** | Michael Johnson |
| **Sent:** | Tuesday, September 3, 2024 1:37 PM |
| **To:** | Abel Leal; abel@leal.law; John Massouh; Todd J. Johnston; tlofgren@mcjllp.com; David LeBas; Rachel Barr; dunham@bileswilson.com; lynn.butler@huschblackwell.com; penny.keller@huschblackwell.com; Christine.deacon@huschblackwell.com; Illmer, Rick; Massey, Karen; Baatz, Dee; Hudson Jobe (hjobe@jobelawpllc.com); cswoveland@jobelawpllc.com; John Lovell; paula@lovell-law.net; melissa@lovell-law.net; Kaye Baldwin; Dana Smith; Sherida.stone@sprouselaw.com; Matthew Muckleroy; cpierrelouis@cwl.law; Kent Ries |
| **Cc:** | Matthew Cannon; Austin Nate; W. Heath Hendricks - Underwood Law Firm (heath.hendricks@uwlaw.com); Troy Mollerup |
| **Subject:** | In re McClain Feed Yard et al., Case No. 23-20084-7-rlj (jointly administered) and AgTexas Farm Credit Services et al. v. Rabo AgriFinance, LLC et al., Adversary Consolidated Case 24-02007 |

Kent, Counsel and Counsel Staff:

See the below ShareFile link to download Rabo's production numbered RABO-MCCLAIN 0000007 – RABO-MCCLAIN 034518. All documents are designated CONFIDENTIAL pursuant to the protective order that was entered in the McClain Feed Yard case earlier this year. These documents are being produced:

- In response to (and without waiving any objections to) HTLF's Requests for Production of Documents;
- In response to (and without waiving any objections to) the various subpoenas that have been served on Rabo, pursuant to Rule 2004 or otherwise, including subpoenas that were served by the Chapter 7 Trustee and by Thorlakson Diamond T Feeders; and
- As part of Rabo's initial disclosures in the various adversary proceedings related to the McClain bankruptcy cases to which Rabo is currently a party.

The link below expires this coming Friday.

https://rqnlaw.sharefile.com/d-s6d3de1b023c84fbaae0369f364d7b51b

Please let me know if you have any questions.

**Michael Johnson | Ray Quinney & Nebeker P.C. |** 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
Direct: +1 (801) 323-3363 | Facsimile: +1 (801) 532-7543 | www.rqn.com| vCard

This email is from a law firm and may contain privileged or confidential information. Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited. If you are not the intended recipient, please contact the sender and delete this email. Thank you.

