## Michael Johnson

| | |
|---|---|
| **From:** | Alan Dabdoub <adabdoub@lynnllp.com> |
| **Sent:** | Tuesday, August 20, 2024 12:21 PM |
| **To:** | Michael Johnson |
| **Cc:** | Hudson Jobe; Annette Sanchez; Kent Ries; Rick Cass; Jason Rae; Austin Nate; W. Heath Hendricks - Underwood Law Firm (heath.hendricks@uwlaw.com) |
| **Subject:** | Re: McClain - Rabo Discovery |

---

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

---

MIchael, we already have RAF/AT Subpoena Response 00001-2334.

**ALAN DABDOUB** | Partner
**LynnPinkerHurstSchwegmann**
Direct   214 981 3818
Cell      972 897 4354
Fax      214 981 3839
adabdoub@lynnllp.com

2100 Ross Avenue, Suite 2700
Dallas, Texas 75201

http://www.lynnllp.com/attorneys/alan-dabdoub
*Top 10 Litigation Boutique in the Nation – Benchmark 2017, 2018*
*Recognized as one of the Top 4 firms, Commercial Lit. Texas – Chambers*



The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

> On Aug 16, 2024, at 5:54 PM, Michael Johnson <MJohnson@rqn.com> wrote:
>
> Hudson and Team:
>
> Can you confirm that you have already received RAF/AT Subpoena Response 000001-2334. You should have, and if you did not, Annette will send those early next week. Let me know what other Rabo documents you already have.
>
> Michael Johnson | Ray Quinney & Nebeker P.C. | 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
> Direct: +1 (801) 323-3363 | Facsimile: +1 (801) 532-7543 | www.rqn.com| vCard

1