| Production Number Range | Document Categories |
| --- | --- |
| RABO-MCCLAIN 000007-19; 5623-5632 | Correspondence |
| RABO-MCCLAIN 000020-877 | Bank Statements |
| RABO-MCCLAIN 000878-937; 1059-1068; 5271 | Collateral Inspection Reports |
| RABO-MCCLAIN 000938-939 | Affidavit |
| RABO-MCCLAIN 000940-987 | Agreements |
| RABO-MCCLAIN 000988-1058; 5041-5266 | Corporate Documents |
| RABO-MCCLAIN 001069-2735; 5273-5572 | Borrowing Bases |
| RABO-MCCLAIN 002736-3197; 3954-4660; 5573-5602 | Credit Approvals |
| RABO-MCCLAIN 003198-3953; 5272- | Assessment/Appraisal Documents |
| RABO-MCCLAIN 004661-4991 | Credit Documents |
| RABO-MCCLAIN 004992-5040 | Emails from J. Dunn |
| RABO-MCCLAIN 005267-5270 | Drivers Licenses |
| RABO-MCCLAIN 005603-5622 | Review of Booking |
| RABO-MCCLAIN 005633-5634 | SAM Transfer Letter |
| RABO-MCCLAIN 005635-7046 | Client Risk Rating Reports |
| RABO-MCCLAIN 007047-7604 | Financials |
| RABO-MCCLAIN 007605-7630 | Insurance Certificate Policy Documents |
| RABO-MCCLAIN 007631-7963 | Misc. Loan Documents |
| RABO-MCCLAIN 007964-8672 | Files from M. Stockett |
| RABO-MCCLAIN 008673-8684 | Payoff Letters |
| RABO-MCCLAIN 008685-9412 | Real Estate Documents |
| RABO-MCCLAIN 009413-9466 | Requests for Loan Documents |
| RABO-MCCLAIN 00009467-9484 | Sundry Approval |
| RABO-MCCLAIN 00009485-9489 | Text Messages from D. Villwock |
| RABO-MCCLAIN 009490-9499 | Master Security Agreement |
| RABO-MCCLAIN 009500-9806 | UCC Filing Searches |
| RABO-MCCLAIN 009807 | Waiver |
| RABO-MCCLAIN 00009808-34519 | Rabo Emails and Attachments |


EXHIBIT 12