# Seller Statement

## SELLER 6,917   RABO AGRIFINANCE LLC & MCCLAIN FARMS, INC.

### Monday, April 24, 2023

| TAG | HEAD | DESC | COMMENTS | BUYER | TRAN | PEN | AVG | WGT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5525 | 1 | STEER FDR 30 | | 4484-10 | 543 | 247 | 1050 | 1050 | 132.00 | 1,386.00 |
| 5526 | 1 | STEER FDR 30 | | 4484-10 | 539 | 218 | 1150 | 1150 | 113.00 | 1,299.50 |
| 5527 | 1 | STEER FDR 30 | | 2500-45 | 540 | 319 | 990 | 990 | 97.00 | 960.30 |
| 5528 | 1 | STEER FDR 30 | | 2500-B5 | 542 | 321 | 1125 | 1125 | 112.00 | 1,260.00 |
| 5529 | 1 | STEER FDR 30 | | 4484-10 | 541 | 247 | 1035 | 1035 | 129.00 | 1,335.15 |
| 5530 | 1 | HEIFER FDR 30 | | 3821-10 | 544 | 130 | 1375 | 1375 | 161.00 | 2,213.75 |
| 5531 | 1 | STEER FDR 30 | | 4484-10 | 545 | 247 | 1130 | 1130 | 152.00 | 1,717.60 |
| 5532 | 1 | STEER FDR 30 | | 4484-10 | 546 | 247 | 1440 | 1440 | 172.00 | 2,476.80 |
| 5533 | 1 | STEER FDR 30 | | 4484-10 | 547 | 247 | 1500 | 1500 | 169.00 | 2,535.00 |
| 5534 | 1 | STEER FDR 30 | | 4484-10 | 549 | 247 | 1510 | 1510 | 175.00 | 2,642.50 |
| 5535 | 1 | HEIFER FDR 30 | | 211-101 | 548 | 132 | 865 | 865 | 171.00 | 1,479.15 |
| 5536 | 1 | HEIFER FDR 30 | | 3821-10 | 553 | 130 | 1100 | 1100 | 174.00 | 1,914.00 |
| 5537 | 1 | HEIFER FDR 30 | | 4484-10 | 552 | 247 | 1680 | 1680 | 171.00 | 2,872.80 |
| 5538 | 1 | HEIFER FDR 30 | | 3821-10 | 550 | 130 | 1345 | 1345 | 90.00 | 1,210.50 |
| 5539 | 1 | HEIFER FDR 30 | | 3821-10 | 551 | 130 | 995 | 995 | 135.00 | 1,343.25 |
| 5540 | 1 | HEIFER FDR 30 | CRIPPLED | 4484-10 | 555 | 247 | 1250 | 1250 | 141.00 | 1,762.50 |
| 5541 | 1 | HEIFER FDR 30 | | 4484-10 | 554 | 247 | 1065 | 1065 | 153.00 | 1,629.45 |
| 5542 | 1 | HEIFER FDR 30 | | 4484-10 | 556 | 247 | 1090 | 1090 | 159.00 | 1,733.10 |
| 5543 | 1 | HEIFER FDR 30 | | 4484-10 | 557 | 247 | 1050 | 1050 | 140.00 | 1,470.00 |
| 5544 | 1 | HEIFER FDR 30 | | 4484-10 | 561 | 247 | 1690 | 1690 | 164.00 | 2,771.60 |
| 5545 | 1 | HEIFER FDR 30 | | 4484-10 | 558 | 247 | 1115 | 1115 | 167.00 | 1,862.05 |
| 5546 | 1 | HEIFER FDR 30 | | 4484-10 | 560 | 247 | 995 | 995 | 131.00 | 1,303.45 |
| 5547 | 1 | HEIFER FDR 30 | | 4484-10 | 559 | 247 | 1255 | 1255 | 167.00 | 2,095.85 |
| 5548 | 1 | HEIFER FDR 30 | | 4484-10 | 565 | 237 | 1380 | 1380 | 169.00 | 2,332.20 |
| 5549 | 2 | HEIFER FDR 30 | | 4484-10 | 564 | 237 | 1210 | 2420 | 172.00 | 4,162.40 |
| 5550 | 1 | HEIFER FDR 30 | | 4484-10 | 563 | 247 | 1180 | 1180 | 140.00 | 1,652.00 |
| 5551 | 1 | HEIFER FDR 30 | | 4484-10 | 566 | 237 | 1160 | 1160 | 159.00 | 1,844.40 |
| 5554 | 2 | HEIFER FDR 30 | | 4484-10 | 568 | 237 | 1107 | 2215 | 161.00 | 3,566.15 |
| 5555 | 1 | HEIFER FDR 30 | | 4484-10 | 567 | 237 | 1055 | 1055 | 157.00 | 1,656.35 |
| 5556 | 1 | HEIFER FDR 30 | | 4484-10 | 569 | 237 | 1250 | 1250 | 171.00 | 2,137.50 |
| 5557 | 1 | HEIFER FDR 30 | | 4484-10 | 570 | 237 | 950 | 950 | 144.00 | 1,368.00 |
| 5558 | 1 | HEIFER FDR 30 | | 4484-10 | 573 | 237 | 1115 | 1115 | 159.00 | 1,772.85 |
| 5559 | 1 | HEIFER FDR 30 | | 3821-10 | 571 | 130 | 1185 | 1185 | 169.00 | 2,002.65 |
| 5560 | 1 | HEIFER FDR 30 | | 4484-10 | 572 | 237 | 1455 | 1455 | 174.00 | 2,531.70 |
| 5561 | 1 | FDR 30 | | 320 | 701 | 346 | 710 | 710 | 95.00 | 674.50 |
| NT | 8 | HEIFER FDR 30 | | 2962-302 | 390 | 349 | 396 | 3175 | 180.00 | 5,715.00 |
| NT | 22 | HEIFER FDR 30 | | 2500-55X | 391 | 10 | 478 | 10525 | 174.00 | 18,313.50 |
| NT | 53 | HEIFER FDR 40 | | 4912-5 | 392 | 11/12 | 571 | 30285 | 184.00 | 55,724.40 |
| NT | 12 | HEIFER FDR 40 | | 2962-303 | 393 | 347 | 697 | 8375 | 167.00 | 13,986.25 |
| NT | 84 | HEIFER FDR 40 | | 3821-156 | 394 | 13/14/15 | 586 | 49230 | 200.00 | 98,460.00 |
| NT | 81 | HEIFER FDR 40 | | 3821-157 | 396 | 16/17/18 | 591 | 47925 | 200.00 | 95,850.00 |
| NT | 85 | HEIFER FDR 40 | | 3821-158 | 398 | 25/27/28 | 591 | 50310 | 199.00 | 100,116.90 |
| NT | 85 | HEIFER FDR 40 | | 4912-5X | 400 | 22/23/24 | 561 | 47720 | 204.00 | 97,348.80 |

EXHIBIT 13

# Seller Statement

## SELLER 6,917 RABO AGRIFINANCE LLC & MCCLAIN FARMS INC

### Monday, April 24, 2023

| TAG | HEAD | DESC | COMMENTS | BUYER | TRAN | PEN | AVG | WGT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| NT | 81 | HEIFER FDR 40 | | 150 | 402 | 363 | 577 | 46765 | 195.00 | 91,191.75 |
| NT | 101 | HEIFER FDR 40 | | 151 | 403 | 263/265 | 479 | 48390 | 195.00 | 94,360.50 |
| NT | 55 | HEIFER FDR 40 | | 3821-159 | 405 | 40 | 582 | 32060 | 195.50 | 62,677.30 |
| NT | 107 | HEIFER FDR 40 | | 155 | 407 | 41/42 | 729 | 78060 | 177.00 | 138,166.20 |
| NT | 98 | HEIFER FDR 40 | | 2500-55X | 409 | 366 | 408 | 40050 | 194.00 | 77,697.00 |
| NT | 182 | HEIFER FDR 40 | | 159 | 411 | 43/44/33 | 514 | 93670 | 182.00 | 170,479.40 |
| NT | 211 | HEIFER FDR 40 | | 3821-160 | 413 | 5/46/35/. | 635 | 134145 | 193.00 | 258,899.85 |
| NT | 85 | HEIFER FDR 40 | | 5435-51 | 415 | 368 | 519 | 44165 | 202.50 | 89,434.13 |
| NT | 13 | HEIFER FDR 30 | | 150-X | 417 | 345 | 550 | 7160 | 197.00 | 14,105.20 |
| NT | 7 | HEIFER FDR 30 | | 159-X | 418 | 342 | 535 | 3750 | 176.50 | 6,618.75 |
| NT | 6 | HEIFER FDR 30 | | 211-100 | 419 | 338 | 636 | 3820 | 166.00 | 6,341.20 |
| NT | 4 | BULL FDR 30 | | 2500-55 | 420 | 336 | 470 | 1880 | 192.00 | 3,609.60 |
| NT | 4 | BULL FDR 30 | | 3821-5 | 421 | 359 | 522 | 2090 | 175.00 | 3,657.50 |
| NT | 3 | HEIFER FDR 30 | | 211-100 | 422 | 338 | 590 | 1770 | 149.00 | 2,637.30 |
| NT | 3 | HEIFER FDR 30 | | 151-X | 423 | 261 | 513 | 1540 | 198.00 | 3,049.20 |
| NT | 22 | HEIFER FDR 30 | | 5435-51 | 425 | 343 | 527 | 11610 | 199.00 | 23,103.90 |
| NT | 13 | HEIFER FDR 30 | | 151-XX | 426 | 264 | 487 | 6340 | 193.00 | 12,236.20 |
| NT | 1 | HEIFER FDR 30 | | 311 | 427 | 334 | 895 | 895 | 125.00 | 1,118.75 |
| NT | 29 | HEIFER FDR 30 | | 5435-41 | 428 | 341 | 407 | 11820 | 201.00 | 23,758.20 |
| NT | 3 | HEIFER FDR 30 | | 5435-41 | 429 | 339 | 430 | 1290 | 180.00 | 2,322.00 |
| NT | 2 | HEIFER FDR 30 | | 211-100 | 430 | 338 | 712 | 1425 | 155.00 | 2,208.75 |
| NT | 1 | HEIFER FDR 30 | BAD EYE/WALKS OFF | 3821-48 | 431 | 101 | 565 | 565 | 137.50 | 776.88 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 432 | 228 | 490 | 490 | 142.50 | 698.25 |
| NT | 1 | HEIFER FDR 30 | | 3821-148 | 433 | 253 | 555 | 555 | 175.00 | 971.25 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 434 | 332 | 410 | 410 | 90.00 | 369.00 |
| NT | 1 | HEIFER FDR 30 | KNOT ON SIDE | 1175-47 | 435 | 228 | 565 | 565 | 115.00 | 649.75 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 436 | 228 | 545 | 545 | 132.50 | 722.13 |
| NT | 8 | HEIFER FDR 30 | | 5435-51 | 437 | 257 | 504 | 4035 | 179.00 | 7,222.65 |
| NT | 4 | HEIFER FDR 30 | | 3821-150 | 438 | 256 | 473 | 1895 | 169.00 | 3,202.55 |
| NT | 3 | HEIFER FDR 30 | | 211-100 | 439 | 338 | 581 | 1745 | 153.00 | 2,669.85 |
| NT | 4 | HEIFER FDR 30 | | 5435-41 | 440 | 252 | 476 | 1905 | 172.50 | 3,286.13 |
| NT | 10 | HEIFER FDR 30 | | 1175-41X | 445 | 224 | 430 | 4300 | 185.00 | 7,955.00 |
| NT | 2 | HEIFER FDR 30 | | 3821-148 | 446 | 253 | 550 | 1100 | 160.00 | 1,760.00 |
| NT | 11 | HEIFER FDR 30 | | 1175-47 | 447 | 228 | 465 | 5125 | 135.00 | 6,918.75 |
| NT | 4 | HEIFER FDR 30 | | 1175-47 | 448 | 228 | 490 | 1960 | 139.00 | 2,724.40 |
| NT | 4 | HEIFER FDR 30 | | 2500-56X | 449 | 251 | 545 | 2180 | 157.00 | 3,422.60 |
| NT | 2 | HEIFER FDR 30 | | 1175-47 | 450 | 228 | 562 | 1125 | 131.00 | 1,473.75 |
| NT | 3 | HEIFER FDR 30 | | 211-100 | 451 | 338 | 590 | 1770 | 149.00 | 2,637.30 |
| NT | 5 | HEIFER FDR 30 | | 3821-148 | 452 | 253 | 540 | 2700 | 189.00 | 5,103.00 |
| NT | 2 | HEIFER FDR 30 | | 3821-148 | 453 | 253 | 545 | 1090 | 185.00 | 2,016.50 |

# Seller Statement

## SELLER 6,917   RABO AGRIFINANCE LLC & MCCLAIN FARMS INC

### Monday, April 24, 2023

| TAG | HEAD | DESC | COMMENTS | BUYER | TRAN | PEN | AVG | WGT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| NT | 6 | HEIFER FDR 30 | | 2500-56X | 454 | 251 | 463 | 2780 | 177.00 | 4,920.60 |
| NT | 1 | HEIFER FDR 30 | | 2500-56X | 455 | 251 | 480 | 480 | 169.00 | 811.20 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 456 | 338 | 675 | 675 | 167.00 | 1,127.25 |
| NT | 1 | STEER FDR 30 | | 2184-3 | 457 | 332 | 500 | 500 | 40.00 | 200.00 |
| NT | 2 | HEIFER FDR 30 | | 1175-41X | 458 | 224 | 432 | 865 | 187.00 | 1,617.55 |
| NT | 2 | HEIFER FDR 30 | | 2500-56X | 459 | 251 | 492 | 985 | 158.00 | 1,556.30 |
| NT | 3 | HEIFER FDR 30 | | 211-100 | 460 | 338 | 580 | 1740 | 167.00 | 2,905.80 |
| NT | 3 | HEIFER FDR 30 | | 3821-148 | 461 | 253 | 528 | 1585 | 169.00 | 2,678.65 |
| NT | 2 | HEIFER FDR 30 | | 1175-47 | 462 | 228 | 475 | 950 | 130.00 | 1,235.00 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 463 | 332 | 515 | 515 | 60.00 | 309.00 |
| NT | 1 | HEIFER FDR 30 | | 2500-56X | 464 | 251 | 480 | 480 | 171.00 | 820.80 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 465 | 228 | 430 | 430 | 110.00 | 473.00 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 466 | 338 | 655 | 655 | 157.00 | 1,028.35 |
| NT | 1 | HEIFER FDR 30 | LONGTOE | 1115-22 | 467 | 214 | 640 | 640 | 60.00 | 384.00 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 468 | 332 | 320 | 320 | 65.00 | 208.00 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 469 | 228 | 540 | 540 | 130.00 | 702.00 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 470 | 224 | 420 | 420 | 140.00 | 588.00 |
| NT | 1 | HEIFER FDR 30 | WARTS | 1175-47 | 471 | 228 | 560 | 560 | 90.00 | 504.00 |
| NT | 1 | HEIFER FDR 30 | | 2500-56X | 472 | 251 | 525 | 525 | 93.00 | 488.25 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 473 | 338 | 605 | 605 | 160.00 | 968.00 |
| NT | 1 | HEIFER FDR 30 | | 3821-148 | 474 | 253 | 475 | 475 | 132.00 | 627.00 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 475 | 228 | 455 | 455 | 122.00 | 555.10 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 476 | 228 | 435 | 435 | 91.00 | 395.85 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 477 | 338 | 570 | 570 | 167.00 | 951.90 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 478 | 224 | 390 | 390 | 120.00 | 468.00 |
| NT | 1 | HEIFER FDR 30 | KNOTS | 1175-47 | 479 | 228 | 570 | 570 | 65.00 | 370.50 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 480 | 228 | 475 | 475 | 130.00 | 617.50 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 481 | 338 | 685 | 685 | 160.00 | 1,096.00 |
| NT | 1 | HEIFER FDR 30 | CRIPPLED | 1694-X | 482 | 249 | 715 | 715 | 69.00 | 493.35 |
| NT | 1 | STEER FDR 30 | | 4484-10 | 483 | 247 | 1110 | 1110 | 136.00 | 1,509.60 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 484 | 228 | 485 | 485 | 122.00 | 591.70 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 485 | 338 | 600 | 600 | 152.00 | 912.00 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 486 | 332 | 455 | 455 | 133.00 | 605.15 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 487 | 224 | 365 | 365 | 149.00 | 543.85 |
| NT | 1 | HEIFER FDR 30 | | 2500-56X | 488 | 251 | 530 | 530 | 161.00 | 853.30 |
| NT | 1 | HEIFER FDR 30 | LONGTOES | 1115-22 | 489 | 214 | 930 | 930 | 90.00 | 837.00 |
| NT | 1 | HEIFER FDR 30 | | 2184-3 | 490 | 332 | 365 | 365 | 50.00 | 182.50 |
| NT | 1 | HEIFER FDR 30 | | 1175-41X | 491 | 224 | 420 | 420 | 153.00 | 642.60 |
| NT | 1 | HEIFER FDR 30 | | 2500-56X | 492 | 251 | 570 | 570 | 167.00 | 951.90 |
| NT | 1 | HEIFER FDR 30 | | 211-100 | 493 | 338 | 565 | 565 | 157.00 | 887.05 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 494 | 228 | 445 | 445 | 129.00 | 574.05 |
| NT | 1 | HEIFER FDR 30 | | 1175-47 | 495 | 228 | 520 | 520 | 121.00 | 629.20 |
| NT | 1 | BULL FDR 30 | | 211-100 | 496 | 338 | 570 | 570 | 150.00 | 855.00 |

# Seller Statement

## SELLER 6,917   RABO AGRIFINANCE LLC & MCCLAIN FARMS INC

### Monday, April 24, 2023

| TAG | HEAD | DESC | COMMENTS | BUYER | TRAN | PEN | AVG | WGT | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| NT | 1 | HEIFER FDR 30 |  | 1175-47 | 497 | 228 | 435 | 435 | 130.00 | 565.50 |
| NT | 1 | HEIFER FDR 30 |  | 1175-41X | 498 | 224 | 435 | 435 | 130.00 | 565.50 |
| NT | 1 | HEIFER FDR 30 | BLIND | 1175-41X | 499 | 224 | 405 | 405 | 13.00 | 52.65 |
| NT | 1 | HEIFER FDR 30 |  | 1175-47 | 500 | 228 | 535 | 535 | 91.00 | 486.85 |
| NT | 1 | HEIFER FDR 30 |  | 1175-47 | 501 | 228 | 460 | 460 | 130.00 | 598.00 |
| NT | 1 | HEIFER FDR 30 |  | 3821-148 | 502 | 253 | 460 | 460 | 173.00 | 795.80 |
| NT | 1 | HEIFER FDR 30 |  | 1175-47 | 503 | 226 | 460 | 460 | 171.00 | 786.60 |
| NT | 1 | HEIFER FDR 30 |  | 3821-148 | 504 | 253 | 515 | 515 | 165.00 | 849.75 |
| NT | 1 | HEIFER FDR 30 |  | 2184-3 | 505 | 332 | 345 | 345 | 45.00 | 155.25 |
| NT | 1 | HEIFER FDR 30 |  | 1175-41X | 506 | 224 | 385 | 385 | 141.00 | 542.85 |
| NT | 1 | HEIFER FDR 30 |  | 1175-41X | 507 | 224 | 330 | 330 | 80.00 | 264.00 |
| NT | 1 | HEIFER FDR 30 | CRIPPLED | 3568 | 508 | 337 | 600 | 600 | 52.50 | 315.00 |
| NT | 1 | HEIFER FDR 30 |  | 1175-41X | 509 | 224 | 300 | 300 | 60.00 | 180.00 |
| NT | 1 | HEIFER FDR 30 |  | 1175-41X | 510 | 224 | 340 | 340 | 60.00 | 204.00 |
| NT | 1 | HEIFER FDR 30 |  | 2184-3 | 511 | 332 | 335 | 335 | 10.00 | 33.50 |
| NT | 1 | STEER FDR 30 |  | 1694-X | 512 | 249 | 720 | 720 | 61.00 | 439.20 |
| NT | 1 | HEIFER FDR 30 |  | 1115-22 | 513 | 214 | 615 | 615 | 20.00 | 123.00 |
| NT | 1 | HEIFER FDR 30 |  | 2184-3 | 514 | 332 | 420 | 420 | 42.50 | 178.50 |
|  | 1638 | Totals |  |  |  |  |  | 935220 |  | 1,741,554.07 |

| | | | | | |
|---|---|---|---|---|---|
| COMMISSION | (26,160.00) | BEEF PROMOTION | (1,638.00) | FEED | (9,812.00) |
| INSURANCE | (4,353.94) | KY BEEF PROMOTION | (1,638.00) | TRUCKING (LARK TR | (13,700.00) |
| | | | | MISC (GATHERING & | (20,430.34) |
| | | | | TRUCKING (A HENSL | (10,125.50) |
| | | | | TRUCKING (GOOSE C | (3,000.00) |
| | | | | TRUCKING (ROSS, KE | (1,650.00) |
| | | | | TRUCKING (LSB LOG | (3,000.00) |
| | | | | TRUCKING (SPEARS, | (1,712.00) |
| | | | | TRUCKING (HOLT, JA | (2,412.00) |
| | | | | TRUCKING (CURTSIN | (1,650.00) |
| | | | | TRUCKING (HUNGAT | (1,500.00) |

Check Amount:   1,638,772.29