Seller 2              MCCLAIN FEEDYARD & RABO BANK                04/25/23    PF 4052
─────────────────────────────────────────────────────────────────────────────────────

        Check Continued...

| 1 | 2928 | BLK  | HFR | 4991 |     | 386 | -42  | 565  | 565  | 117.00 | 661.05   |
|---|------|------|-----|------|-----|-----|------|------|------|--------|----------|
| 1 | 2929 | BWF  | HFR | 4991 |     | 64  |      | 535  | 535  | 55.00  | 294.25   |
| 1 | 2930 | BLK  | HFR | 4991 |     | 381 | -1   | 625  | 625  | 32.00  | 200.00   |
| 1 | 2931 | BLK  | STR | 4992 |     | 90  | -5   | 520  | 520  | 130.00 | 676.00   |
| 1 | 2932 | CHAR | STR | 4992 |     | 80  | -X   | 525  | 525  | 55.00  | 288.75   |
| 1 | 2933 | BLK  | HFR | 4992 |     | 207 | -2   | 485  | 485  | 150.00 | 727.50   |
| 1 | 2934 | BLK  | HFR | 4992 |     | Z   | -X   | 755  | 755  | 45.00  | 339.75   |
| 1 | 2935 | BLK  | HFR | 4992 |     | Z   | -X   | 625  | 625  | 10.00  | 62.50    |
| 1 | 2936 | BLK  | HFR | 4992 |     | 80  | -X   | 585  | 585  | 95.00  | 555.75   |
| 1 | 2937 | BLK  | HFR | 4992 |     | 386 | -42  | 640  | 640  | 150.00 | 960.00   |
| 1 | 2938 | BWF  | HFR | 4992 |     | 36  | -5X  | 535  | 535  | 177.00 | 946.95   |
| 1 | 2939 | RWF  | STR | 4992 |     | 90  | -5   | 650  | 650  | 162.00 | 1,053.00 |
| 1 | 2940 | BLK  | HFR | 4992 |     | Z   | -X   | 580  | 580  | 30.00  | 174.00   |
| 1 | 2941 | BLK  | HFR | 4993 |     | Z   | -X   | 610  | 610  | 25.00  | 152.50   |
| 1 | 2942 | BLK  | HFR | 4993 |     | 14  | -11X | 1385 | 1385 | 50.00  | 692.50   |
| 1 | 2945 | CHAR | HFR | 4993 |     | 336 |      | 450  | 450  | 22.00  | 99.00    |
| 1 | 2946 | BLK  | HFR | 4993 |     | 336 |      | 615  | 615  | 60.00  | 369.00   |
| 1 | 2947 | BLK  | HFR | 4993 |     | 90  | -X   | 1640 | 1640 | 92.00  | 1,508.80 |
| 1 | 2948 | BLK  | HFR | 4993 |     | Z   | -X   | 680  | 680  | 40.00  | 272.00   |
| 1 | 2949 | BLK  | HFR | 4993 |     | 64  |      | 650  | 650  | 85.00  | 552.50   |
| 1 | 2950 | BMF  | HFR | 4993 | EYE | 1   | -12  | 975  | 975  | 110.00 | 1,072.50 |
| 1 | 2951 | BLK  | HFR | 4996 |     | 386 | -42  | 650  | 650  | 80.00  | 520.00   |
| 1 | 2952 | BLK  | HFR | 4996 |     | 80  | -X   | 375  | 375  | 120.00 | 450.00   |
| 1 | 2953 | RED  | STR | 4996 | HOR | 14  | -11  | 1025 | 1025 | 82.00  | 840.50   |
| 1 | 2954 | CHAR | HFR |      |     | 386 | -42  | 680  | 680  | 140.00 | 952.00   |
| 1 | 2955 | BLK  | HFR | 4996 |     | 36  | -5X  | 465  | 465  | 157.00 | 730.05   |
| 1 | 2958 | BLK  | HFR | 4996 |     | 207 | -2   | 440  | 440  | 130.00 | 572.00   |
| 1 | 2959 | BWF  | HFR | 4996 |     | Z   | -X   | 860  | 860  | 80.00  | 688.00   |
| 1 | 2960 | RED  | HFR | 4996 |     | 336 |      | 750  | 750  | 15.00  | 112.50   |

        Continued On Next Page...



Seller 2            MCCLAIN FEEDYARD & RABO BANK                04/25/23    PF 4052
────────────────────────────────────────────────────────────────────────────────

          Check Continued...
────────────────────────────────────────────────────────────────────────────────

| 1 | 2928 | BLK  | HFR | 4991     | 386 | -42  | 565  | 565  | 117.00 | 661.05   |
|---|------|------|-----|----------|-----|------|------|------|--------|----------|
| 1 | 2929 | BWF  | HFR | 4991     | 64  |      | 535  | 535  | 55.00  | 294.25   |
| 1 | 2930 | BLK  | HFR | 4991     | 381 | -1   | 625  | 625  | 32.00  | 200.00   |
| 1 | 2931 | BLK  | STR | 4992     | 90  | -5   | 520  | 520  | 130.00 | 676.00   |
| 1 | 2932 | CHAR | STR | 4992     | 80  | -X   | 525  | 525  | 55.00  | 288.75   |
| 1 | 2933 | BLK  | HFR | 4992     | 207 | -2   | 485  | 485  | 150.00 | 727.50   |
| 1 | 2934 | BLK  | HFR | 4992     | Z   | -X   | 755  | 755  | 45.00  | 339.75   |
| 1 | 2935 | BLK  | HFR | 4992     | Z   | -X   | 625  | 625  | 10.00  | 62.50    |
| 1 | 2936 | BLK  | HFR | 4992     | 80  | -X   | 585  | 585  | 95.00  | 555.75   |
| 1 | 2937 | BLK  | HFR | 4992     | 386 | -42  | 640  | 640  | 150.00 | 960.00   |
| 1 | 2938 | BWF  | HFR | 4992     | 36  | -5X  | 535  | 535  | 177.00 | 946.95   |
| 1 | 2939 | RWF  | STR | 4992     | 90  | -5   | 650  | 650  | 162.00 | 1,053.00 |
| 1 | 2940 | BLK  | HFR | 4992     | Z   | -X   | 580  | 580  | 30.00  | 174.00   |
| 1 | 2941 | BLK  | HFR | 4993     | Z   | -X   | 610  | 610  | 25.00  | 152.50   |
| 1 | 2942 | BLK  | HFR | 4993     | 14  | -11X | 1385 | 1385 | 50.00  | 692.50   |
| 1 | 2945 | CHAR | HFR | 4993     | 336 |      | 450  | 450  | 22.00  | 99.00    |
| 1 | 2946 | BLK  | HFR | 4993     | 336 |      | 615  | 615  | 60.00  | 369.00   |
| 1 | 2947 | BLK  | HFR | 4993     | 90  | -X   | 1640 | 1640 | 92.00  | 1,508.80 |
| 1 | 2948 | BLK  | HFR | 4993     | Z   | -X   | 680  | 680  | 40.00  | 272.00   |
| 1 | 2949 | BLK  | HFR | 4993     | 64  |      | 650  | 650  | 85.00  | 552.50   |
| 1 | 2950 | BMF  | HFR | 4993 EYE | 1   | -12  | 975  | 975  | 110.00 | 1,072.50 |
| 1 | 2951 | BLK  | HFR | 4996     | 386 | -42  | 650  | 650  | 80.00  | 520.00   |
| 1 | 2952 | BLK  | HFR | 4996     | 80  | -X   | 375  | 375  | 120.00 | 450.00   |
| 1 | 2953 | RED  | STR | 4996 HOR | 14  | -11  | 1025 | 1025 | 82.00  | 840.50   |
| 1 | 2954 | CHAR | HFR |          | 386 | -42  | 680  | 680  | 140.00 | 952.00   |
| 1 | 2955 | BLK  | HFR | 4996     | 36  | -5X  | 465  | 465  | 157.00 | 730.05   |
| 1 | 2958 | BLK  | HFR | 4996     | 207 | -2   | 440  | 440  | 130.00 | 572.00   |
| 1 | 2959 | BWF  | HFR | 4996     | Z   | -X   | 860  | 860  | 80.00  | 688.00   |
| 1 | 2960 | RED  | HFR | 4996     | 336 |      | 750  | 750  | 15.00  | 112.50   |

          Continued On Next Page...

Seller 2        MCCLAIN FEEDYARD & RABO BANK                    04/25/23    PF 4052

Check Continued...

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 2961 | RWF | HFR | 4996 | 80 | -X | 585 | 585 | 70.00 | 409.50 |
| 1 | 2962 | BLK | HFR | 4996 | 207 | | 655 | 655 | 70.00 | 458.50 |
| 1 | 2963 | BRN | HFR | 4996 | 207 | -4 | 465 | 465 | 135.00 | 627.75 |
| 1 | 2964 | CHAR | HFR | 4998 | 338 | -96 | 735 | 735 | 162.00 | 1,190.70 |
| 1 | 2965 | XBRED | STR | 4998 | 145 | | 655 | 655 | 135.00 | 884.25 |
| 1 | 2966 | RWF | HFR | 4998 | 386 | -42 | 470 | 470 | 130.00 | 611.00 |
| 1 | 2967 | BLK | COW | 4998 | 14 | -11 | 1105 | 1105 | 79.00 | 872.95 |
| 1 | 2968 | CHAR | HFR | 4998 | 386 | -42 | 695 | 695 | 140.00 | 973.00 |
| 1 | 9883 | BLK | HFR | | 381 | -1 | 760 | 760 | 112.00 | 851.20 |
| 1 | 9884 | BLK | HFR | | 386 | -42 | 580 | 580 | 136.00 | 788.80 |
| 1 | 9885 | BLK | HFR | | 207 | -5 | 585 | 585 | 165.00 | 965.25 |
| 1 | 9886 | BLK | HFR | | 1 | -12 | 870 | 870 | 130.00 | 1,131.00 |
| 1 | 9887 | BLK | HFR | | 207 | | 670 | 670 | 155.00 | 1,038.50 |
| 1 | 9890 | BLK | BULL CLF | | 80 | -X | 455 | 455 | 40.00 | 182.00 |
| 1 | 9891 | CHAR | HFR | | 80 | -X | 430 | 430 | 52.00 | 223.60 |
| 1 | 9892 | BLK | HFR | | 336 | | 520 | 520 | 32.00 | 166.40 |
| 40 | 3011 | XBRED | STR | | 25 | -8 | 34065 | 852 | 180.00 | 61,317.00 |
| 28 | 3012 | XBRED | STR | | 25 | -8 | 20305 | 725 | 192.00 | 38,985.60 |
| 64 | 3013 | MIXED | HFR | | 226 | -72 | 50800 | 794 | 173.50 | 88,138.00 |
| 66 | 3016 | MIXED | HFR | | 207 | -65PT | 45417 | 688 | 183.00 | 83,113.11 |
| 13 | 3017 | XBRED | HFR | | 207 | -65PT | 8275 | 637 | 191.00 | 15,805.25 |
| 62 | 3014 | MIXED | HFR | | 226 | -69 | 43940 | 709 | 178.50 | 78,432.90 |
| 25 | 3018 | MIXED | HFR | | 226 | -69 | 18055 | 722 | 177.25 | 32,002.49 |
| 36 | 3019 | MIXED | HFR | | 384 | | 21105 | 586 | 211.00 | 44,531.55 |
| 27 | 3015 | MIXED | HFR | | 392 | -55 | 16665 | 617 | 192.00 | 31,996.80 |
| 1 | 3015 | CHAR | HFR | | 207 | -65PT | 600 | 600 | 179.00 | 1,074.00 |
| 43 | 2840 | MIXED | HFR | | 207 | -65PT | 29025 | 675 | 184.00 | 53,406.00 |
| 33 | 2841 | MIXED | HFR | | 36 | | 19095 | 579 | 200.00 | 38,190.00 |
| 25 | 2842 | MIXED | HFR | | 226 | -69 | 18580 | 743 | 174.50 | 32,422.10 |

Continued On Next Page...

Seller 2          MCCLAIN FEEDYARD & RABO BANK                    04/25/23   PF 4052

          Check Continued...

```
Trucking: 2P TRUCKING LLC                                          4,390.49
Miscellaneous Charge For:  DEAD FEE                                  100.00
Miscellaneous Charge For:  CLIFF LABOR                               400.00
Miscellaneous Charge For:  MED/52HD/15                               780.00
                                   Feed Per CWT Per Day:          18,654.00
Preg Test   ->    2  Head    for   12.00                              12.00
                                   DEDUCTION: INSURANCE             1,858.69
                                   DEDUCTION: BEEF CHECKOFF           804.00
                                   DEDUCTION: YARDAGE - CATTLE      4,824.00
                                   DEDUCTION: BRAND INSPECTION        683.40
                                   DEDUCTION: TEXAS BEEF PROMOTION    804.00
                                   DEDUCTION: HEALTH FEE              321.60
                                   SELLING COMMISSION              14,469.50
                                                                 ‾‾‾‾‾‾‾‾‾‾‾
                                                                 836,983.92
```

                    WE APPRECIATE YOUR BUSINESS

                                              Check No.       0
                                           04/25/2023

     Eight Hundred Thirty Six Thousand Nine Hundred Eighty Three Dollars and 92 Cents    $**836,983.92

          MCCLAIN FEEDYARD & RABO BANK
          ,   —                        **THIS IS NOT A CHECK**

Seller 2            MCCLAIN FEEDYARD & RABO BANK                    04/25/23    23 4052

            Check Continued...

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | 2843 | MIXED | HFR | | 384 | 7235 | 482 | 204.00 14,759.41 |
| 1 | 9859 | XBRED | HFR | | 384 | 470 | 470 | 204.00 959.81 |
| 21 | 2978 | MIXED | HFR | | 384 | 10870 | 518 | 203.00 22,719.30 |
| 1 | 2978 | GRY | HFR | | 386 -42 | 585 | 585 | 175.00 1,023.75 |
| 39 | 2979 | MIXED | HFR | | 7 -3 | 18605 | 477 | 212.00 39,442.60 |
| 40 | 2980 | MIXED | HFR | | 384 | 16725 | 418 | 234.00 39,136.41 |
| 43 | 2974 | MIXED | HFR | | 384 | 20720 | 482 | 211.00 43,719.41 |
| 14 | 2975 | MIXED | HFR | | 392 -55 | 7480 | 534 | 195.00 14,586.00 |
| 15 | 2976 | MIXED | HFR | | 384 | 6020 | 401 | 220.00 13,244.00 |
| 4 | 2977 | BLK | HFR | | 46 | 1185 | 296 | 235.00 2,784.75 |
| 2 | 2977 | XBRED | HFR | | 207 -3 | 625 | 313 | 155.00 968.75 |
| 1 | 9880 | GRY | STR | | 1 -12 | 345 | 345 | 140.00 483.00 |
| 3 | 9881 | XBRED | BULL CLF | | 90 -5 | 1145 | 382 | 150.00 1,717.50 |
| 5 | 9882 | BLK | BULL CLF | | 391 -4 | 2190 | 438 | 225.00 4,927.50 |
| 9 | 2956 | MIXED | HFR | | 392 -55 | 5465 | 607 | 175.00 9,563.75 |
| 43 | 9888 | MIXED | HFR | | 207 -2 | 17315 | 403 | 152.00 26,318.80 |
| 6 | 9889 | BLK | BULL CLF | | 90 -3 | 2370 | 395 | 181.00 4,289.70 |
| 4 | 1000 | MIXED | HFR | N/S | 560 | 0 | 0 | 0.00 .00 |
| 1 | | BLK | HFR | | 46 | 395 | 395 | 160.00 632.00 |

804 Totals                                    492856                    $95,056.60

| Sex | Head | Weight | Avg Wgt | Avg Prc | Avg Pr Hd |
|---|---|---|---|---|---|
| STR | 78 | 60250 | 772.44 | 179.07 | 1383.22 |
| HFR | 706 | 425341 | 602.47 | 179.90 | 1093.96 |
| COW | 1 | 1105 | 1105.00 | 79.00 | 872.95 |
| BULL CLF | 15 | 6160 | 410.67 | 180.47 | 741.11 |

        Continued On Next Page...