# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 23-20085 | Trustee Name: | Kent Ries (631700) |
|---|---|---|---|
| Case Name: | MCCLAIN FARMS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1271 | Account #: | ******4982 Checking |
| For Period Ending: | 09/08/2023 | Blanket Bond (per case limit): | $300,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/03/23 |  | Cactus Feeders Fin | John Lovell client | 1229-000 | 91,507.10 |  | 91,507.10 |
| 06/23/23 | {2} | Kentucky Employers Mutual Insurance | Policy No 419382 refund | 1229-000 | 2,461.70 |  | 93,968.80 |
| 06/30/23 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 5.00 | 93,963.80 |
| 07/11/23 | {3} | Chase | bank account turnover | 1129-000 | 80,010.70 |  | 173,974.50 |
| 07/31/23 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 76.47 | 173,898.03 |
| 08/31/23 |  | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 |  | 145.26 | 173,752.77 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 173,979.50 | 226.73 | $173,752.77 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 |  |
| Subtotal | 173,979.50 | 226.73 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| NET Receipts / Disbursements | $173,979.50 | $226.73 |  |

{} Asset Reference(s)                                                                                                                        ! - transaction has not been cleared



# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 23-20085 | Trustee Name: | Kent Ries (631700) |
|---|---|---|---|
| Case Name: | MCCLAIN FARMS, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***1271 | Account #: | ******0125 USDA |
| For Period Ending: | 09/08/2023 | Blanket Bond (per case limit): | $300,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/07/23 | {1} | Blue Grass | USDA funds from cattle sales | 1229-000 | 1,638,772.29 | | 1,638,772.29 |
| | | | COLUMN TOTALS | | 1,638,772.29 | 0.00 | $1,638,772.29 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 1,638,772.29 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $1,638,772.29 | $0.00 | |

{} Asset Reference(s)

! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | | | | |
|---|---|---|---|---|
| Case No.: | 23-20085 | Trustee Name: | Kent Ries (631700) | |
| Case Name: | MCCLAIN FARMS, INC. | Bank Name: | Metropolitan Commercial Bank | |
| Taxpayer ID #: | **-***1271 | Account #: | ******0125 USDA | |
| For Period Ending: | 09/08/2023 | Blanket Bond (per case limit): | $300,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| | |
|---|---|
| Net Receipts: | $1,812,751.79 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $1,812,751.79 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******4982 Checking | $173,979.50 | $226.73 | $173,752.77 |
| ******0125 USDA | $1,638,772.29 | $0.00 | $1,638,772.29 |
| | $1,812,751.79 | $226.73 | $1,812,525.06 |

09/08/2023
Date

/s/Kent Ries
Kent Ries