# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 23-20084 | | Trustee Name: | Kent Ries (631700) |
|---|---|---|---|---|
| Case Name: | MCCLAIN FEED YARD, INC. | | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2422 | | Account #: | ******7612 USDA |
| For Period Ending: | 09/08/2023 | | Blanket Bond (per case limit): | $300,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/21/23 | {1} | Lonestar Stockyards LLC | USDA trust funds | 1290-002 | 835,560.05 | | 835,560.05 |
| | | | **COLUMN TOTALS** | | 835,560.05 | 0.00 | $835,560.05 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 835,560.05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $835,560.05 | $0.00 | |

{ } Asset Reference(s)    ! - transaction has not been cleared


EXHIBIT 16

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 23-20084 | Trustee Name: | Kent Ries (631700) |
|---|---|---|---|
| Case Name: | MCCLAIN FEED YARD, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***2422 | Account #: | ******8546 Checking |
| For Period Ending: | 09/08/2023 | Blanket Bond (per case limit): | $300,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/27/23 | {2} | Mechanics Bank | Turnover of bank account balance | 1229-000 | 1,414,714.60 | | 1,414,714.60 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 75.58 | 1,414,639.02 |
| 06/13/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -75.58 | 1,414,714.60 |
| 07/06/23 | {12} | TexasMutual Workers Compensation Insurance | 2023 Dividend | 1229-000 | 4,299.82 | | 1,419,014.42 |
| 07/11/23 | {5} | Feed Logistics LLC | commodities refund | 1129-000 | 4,790.70 | | 1,423,805.12 |
| 07/11/23 | {5} | Feed Logistics LLC | commodities refund | 1129-000 | 4,072.85 | | 1,427,877.97 |
| 07/11/23 | {5} | Feed Logistics LLC | sorghum silage | 1129-000 | 3,145.80 | | 1,431,023.77 |
| 07/12/23 | 101 | Robert Prince | Reimburse mailing cost for documents | 2990-000 | | 148.55 | 1,430,875.22 |
| 07/28/23 | {5} | Feed Logistics LLC | 6/30/23 commodities | 1129-000 | 13,010.00 | | 1,443,885.22 |
| 07/28/23 | {5} | Feed Logistics LLC | 7/14/23 commodiities | 1129-000 | 12,486.60 | | 1,456,371.82 |
| 07/28/23 | {5} | Feed Logistics LLC | 7/20/23 commodities | 1129-000 | 4,738.65 | | 1,461,110.47 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.88 | 1,461,094.59 |
| 08/22/23 | {5} | Feed Logistics LLC | 7-31-23 Silage | 1129-000 | 3,960.25 | | 1,465,054.84 |
| 08/22/23 | {5} | Feed Logistics LLC | 8-11-23 silage | 1129-000 | 6,464.15 | | 1,471,518.99 |
| 08/24/23 | {5} | Feed Logistics LLC | 8/18/23 feed | 1129-000 | 6,324.15 | | 1,477,843.14 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 85.57 | 1,477,757.57 |
| | | **COLUMN TOTALS** | | | 1,478,007.57 | 250.00 | $1,477,757.57 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 1,478,007.57 | 250.00 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | $1,478,007.57 | $250.00 | |

{ } Asset Reference(s)                                                                                                                                          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| Case No.: | 23-20084 |
| Case Name: | MCCLAIN FEED YARD, INC. |
| Taxpayer ID #: | **-***2422 |
| For Period Ending: | 09/08/2023 |

| | |
|---|---|
| Trustee Name: | Kent Ries (631700) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******8546 Checking |
| Blanket Bond (per case limit): | $300,000.00 |
| Separate Bond (if applicable): | N/A |

| | |
|---:|---:|
| Net Receipts: | $2,313,567.62 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $835,560.05 |
| Net Estate: | $1,478,007.57 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7612 USDA | $835,560.05 | $0.00 | $835,560.05 |
| ******8546 Checking | $1,478,007.57 | $250.00 | $1,477,757.57 |
| | $2,313,567.62 | $250.00 | $2,313,317.62 |

09/08/2023
Date

/s/Kent Ries
Kent Ries