# Michael Johnson

| | |
|---|---|
| **From:** | Michael Doland <m.doland@focusmg.com> |
| **Sent:** | Thursday, August 24, 2023 8:11 AM |
| **To:** | Hudson Jobe; Juanita Schwartzkopf |
| **Cc:** | Michael Johnson; Annette Sanchez; Kent Ries; Jason Rae; Rick Cass; Nita Chancellor; Carrie Hurst |
| **Subject:** | RE: [EXTERNAL] - Re: McClain Case Documents |

> **CAUTION: EXTERNAL EMAIL**

Hudson

I have invited Jason & Rick to the dropbox folders as requested

**Michael Doland**
Chief Operating Officer
813.281.0062 Office | 813.281.0063 Fax | 727.510.3979 Cell
m.doland@focusmg.com

**Focus Management Group**
30725 US HWY 19N PMB 330
Palm Harbor, FL 34684
www.focusmg.com


**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Thursday, August 24, 2023 10:05 AM
**To:** Michael Doland <m.doland@focusmg.com>; Juanita Schwartzkopf <j.schwartzkopf@focusmg.com>
**Cc:** Michael Johnson <MJohnson@rqn.com>; Annette Sanchez <ASanchez@rqn.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>; Nita Chancellor <nchancellor@qslwm.com>; Carrie Hurst <churst@RQN.COM>
**Subject:** RE: [EXTERNAL] - Re: McClain Case Documents

Michael (Doland),

I am having an issue with hosting a couple of the folders for my group. Can you please send the 2 dropbox links (that you previously sent me) to the 2 individuals below? It was "McClain Electronic Records" and "MClain Boxed and Paper Records". Thanks for your help – hmj

Jason Rae jrae@lainfaulkner.com
Rick Cass fcass@lainfaulkner.com


**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
2001 Bryan Street, Suite 1800, Dallas TX 75201



1

Direct: (214) 880-1858 | Fax: (214) 871-2111
Email: hjobe@qslwm.com

**From:** Michael Doland <m.doland@focusmg.com>
**Sent:** Wednesday, August 2, 2023 12:57 PM
**To:** Juanita Schwartzkopf <j.schwartzkopf@focusmg.com>; Hudson Jobe <hjobe@qslwm.com>
**Cc:** Michael Johnson <MJohnson@rqn.com>; Annette Sanchez <ASanchez@rqn.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>; Nita Chancellor <nchancellor@qslwm.com>; Carrie Hurst <churst@RQN.COM>
**Subject:** RE: [EXTERNAL] - Re: McClain Case Documents


Hudon

Please confirm the receipt of the dropbox invite from this morning and if it worked properly so I can send the invoice to the Second Dropbox.

Thanks

Mike

**Michael Doland**
Chief Operating Officer
813.281.0062 Office | 813.281.0063 Fax | 727.510.3979 Cell
m.doland@focusmg.com

**Focus Management Group**
30725 US HWY 19N PMB 330
Palm Harbor, FL 34684
www.focusmg.com



**From:** Juanita Schwartzkopf <j.schwartzkopf@focusmg.com>
**Sent:** Wednesday, August 2, 2023 1:52 PM
**To:** Hudson Jobe <hjobe@qslwm.com>
**Cc:** Michael Johnson <MJohnson@rqn.com>; Annette Sanchez <ASanchez@rqn.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>; Nita Chancellor <nchancellor@qslwm.com>; Carrie Hurst <churst@RQN.COM>; Michael Doland <m.doland@focusmg.com>
**Subject:** Re: [EXTERNAL] - Re: McClain Case Documents

Mike Doland from FMG has been in communication with the Trustee's team regarding Share File, Dropbox, and the possibility of needing to send a hard drive of the electronic records related to the paper documents and the electronic devices.

One the Trustee's team confirms they are able to access the files, then let's set up the call for us to walk through the file set ups.

Thanks.

**Juanita Schwartzkopf**
773.724.2082 Office | 773.724.2083 Fax | 520.203.2926 Cell

2

j.schwartzkopf@focusmg.com

**Focus Management Group**
6585 N. Avondale Ave.
Chicago, IL 60631

**www.focusmg.com**

On Aug 1, 2023, at 6:42 PM, Hudson Jobe <hjobe@qslwm.com> wrote:

Michael and Juanita –

Below is a link that Focus can use to upload documents. We would appreciate a copy of all non-privileged documents related to the Debtors. Thank you

https://qslwm.sharefile.com/r-re73dbc121fee4819848f4e44c79d4445

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
2001 Bryan Street, Suite 1800, Dallas TX 75201
Direct: (214) 880-1858 | Fax: (214) 871-2111
Email: hjobe@qslwm.com

**From:** Juanita Schwartzkopf <j.schwartzkopf@focusmg.com>
**Sent:** Tuesday, August 1, 2023 2:32 PM
**To:** Michael Johnson <MJohnson@rqn.com>
**Cc:** Hudson Jobe <hjobe@qslwm.com>; Annette Sanchez <ASanchez@rqn.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>; Nita Chancellor <nchancellor@qslwm.com>; Carrie Hurst <churst@RQN.COM>
**Subject:** [EXTERNAL] - Re: McClain Case Documents

Michael,

Would you have time to discuss so I can better understand the request?

**Juanita Schwartzkopf**
773.724.2082 Office | 773.724.2083 Fax | 520.203.2926 Cell

j.schwartzkopf@focusmg.com

**Focus Management Group**

3

6585 N. Avondale Ave.
Chicago, IL 60631

www.focusmg.com

> On Aug 1, 2023, at 3:20 PM, Michael Johnson <MJohnson@rqn.com> wrote:
>
> Thanks Hudson.
>
> On the 2004 records responses, yes, we will get those over to you asap.
>
> On the Focus records, perhaps Juanita, who you copied on the email, can send those directly to you. If not, we can send what we have.
>
> On the "underwriting" requests, I am not sure what you are asking for. Can you clarify? We can certainly produce all the loan documents and the payment histories, as well as the Borrowing Base Reports that McClain sent and the AFCID inspection reports that Rabo generated when it inspected its collateral. There are, of course, also internal Rabo documents (for example, credit decisions and credit writeups) but we need to be careful producing those because they contain confidential and proprietary information and also may include privileged communications (it is not uncommon, for example, for an in-house Rabo attorney to show up in those records).
>
> **Michael Johnson | Ray Quinney & Nebeker P.C.** | 36 South State Street, Suite 1400 | Salt Lake City, Utah 84111
> Direct: +1 (801) 323-3363 | Facsimile: +1 (801) 532-7543 | www.rqn.com| vCard
> This email is from a law firm and may contain privileged or confidential information. Any unauthorized disclosure, distribution, or other use of this email and its contents is prohibited. If you are not the intended recipient, please contact the sender and delete this email. Thank you.
>
> **From:** Hudson Jobe <hjobe@qslwm.com>
> **Sent:** Tuesday, August 1, 2023 1:03 PM
> **To:** Michael Johnson <MJohnson@rqn.com>
> **Cc:** j.schwartzkopf@focusmg.com; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>; Nita Chancellor <nchancellor@qslwm.com>
> **Subject:** McClain Case Documents
>
> CAUTION: EXTERNAL EMAIL
>
> > Michael – good talking with you earlier. Per our discussion I would appreciate if you would forward me a copy of all items received by Rabbo in connection with the 2004 discovery and the non-privileged information with/of Focus. I would also appreciate a

copy of the original underwriting file as well as any subsequent updates to underwriting.

I have created 3 upload links below. One to use for the 04 exam documents, one for the Focus documents, and another general "other" category for your use in this case to get me large files. Please let me know if you have any issues with using the links. Thanks – hmj

2004 Exam
https://qslwm.sharefile.com/r-r0104bb786b144971afe70a075c8dc53d

Focus
https://qslwm.sharefile.com/r-rb2f18355083b454782230b701b669a49

Other
https://qslwm.sharefile.com/r-rf42cf5aceac3495089547625a208aa40

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
2001 Bryan Street, Suite 1800, Dallas TX 75201
Direct: (214) 880-1858 | Fax: (214) 871-2111
Email: hjobe@qslwm.com

5