

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed September 16, 2024

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER APPROVING MOTION TO PAY ADMINISTRATIVE EXPENSES OF CANYON RIM CONSULTING, LLC

Kent Ries, Trustee of the referenced Chapter 7 bankruptcy estate, has filed a Motion To Pay Administrative Expenses of Canyon Rim Consulting, LLC (hereinafter the "Motion"). The Court finds jurisdiction over the subject matter of the Motion and further finds that the relief sought therein is in order and should be approved. It is therefore

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

**ORDERED, ADJUDGED AND DECREED**, that the Trustee, Kent Ries is hereby authorized to distribute to Canyon Rim Consulting, LLC the sum of $20,894.12 on account of the fees and expenses allowed herein.

# # # End of Order # # #

Prepared By:

**Kent Ries, Attorney at Law**
State Bar No.  16914050
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437

COUNSEL FOR TRUSTEE