

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 19, 2024**

_____
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-20084-rlj7 |
| | § | |
| McCLAIN FEED YARD, INC. et al.,[a] | § | HEARING: September 11, 2024 |
| | § | AT 1:30 P.M. |
| | § | |
| Debtors. | § | Jointly Administered |

## AGREED ORDER GRANTING
## MOTION FOR RELIEF FROM STAY

CAME ON for consideration the Motion for Relief from Stay filed by Citizens Bank NA. The Court, having considered the motion and the agreement of Movant and Debtors, determines the motion should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the §362 automatic stay is lifted as to Debtors, Movant, and the vehicle described below, and Movant is

---

[a] The Debtors in these jointly administered cases are: (a) McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), (b) McClain Farms, Inc. (Case No. 23-20085-RLJ), and (c) 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

AGREED ORDER GRANTING MOTION FOR RELIEF FROM STAY – PAGE 1
WWR\1795.AO MRS NORTHERN 7 (1 DEBTOR) lifting stay\SKB-SRG

entitled to repossess and sell the subject vehicle and exercise its state law and contractual remedies consistent with state law and without further Order of this Court: 2022 RAM 4500; VIN# 3C7WRLEL1NG300592. It is further,

**ORDERED, ADJUDGED, AND DECREED** that should Debtor convert from a Chapter 7 to a Chapter 13, this Order shall survive such conversion.

###END OF ORDER###

Prepared By:
Shawn K. Brady
BRADY LAW FIRM, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, Texas 75034
(469) 287-5484 Telephone
sbrady@brady-law-firm.com


**AGREED:**


*/s/Shawn K. Brady*
Shawn K. Brady
Texas Bar No. 00787126

Attorney for Citizens Bank NA

*/s/Kent Ries*
Chapter 7 Trustee