David L. LeBas, SBN 12098600
dlebas@namanhowell.com
NAMAN HOWELL SMITH & LEE PLLC
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
Ph. (512) 479-0300
Fax (512) 474-1901

*ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES*
*AGTEXAS, PCA AND*
*THORLAKSON DIAMOND T FEEDERS, LP*

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>    Debtors. | Case No. 23-20084-rlj<br>Chapter No. 7<br><br>Jointly Administered |
| IN RE:<br><br>2B FARMS, a Texas General Partnership, et al.,<br><br>    Debtors. | Case No. 23-50096-rlj<br>Chapter No. 12<br><br>Jointly Administered |
| IN RE:<br><br>AGTEXAS FARM CREDIT SERVICES; AGTEXAS, PCA; AND THORLAKSON DIAMOND T FEEDERS, LP<br><br>    Plaintiffs,<br><br>and<br><br>EDWARD DUFURRENA et al.,<br>    Intervenor-Plaintiffs | ADV. PROC. NO. 24-02007-rlj<br><br>(Consolidated Adversary Proceeding) |

| | |
|---|---|
| v.<br><br>RABO AGRIFINANCE, LLC et al.,<br><br>    Defendants | |
| IN RE:<br><br>HTLF BANK, as successor to FIRST BANK & TRUST,<br><br>    Plaintiffs, Counter-Defendant, and Cross-Claim Defendant,<br><br>v.<br><br>2B FARMS, a Texas General Partnership, et al., TERRY M. ROBINSON, and REBECCA A. ROBINSON,<br><br>    Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs and Third-Party Counterclaim Defendants,<br><br>v.<br><br>RABO AGRIFINANCE LLC and MECHANICS BANK,<br><br>    Third-Party Defendants, and as to Rabo AgriFinance LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. | ADV. PROC. NO. 24-02007-rlj<br><br>(Consolidated Adversary Proceeding) |

## NOTICE OF CO-COUNSEL'S FIRM DEPARTURE AND WITHDRAW OF REPRESENTATION

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES Rachel Barr, co-counsel for AgTexas Farm Credit Services, AgTexas, PCA, and Thorlakson Diamond T Feeders, LP on the above-styled and referenced causes, and

advises the Court and all parties of record that she has departed the law firm of Naman Howell Smith & Lee, PLLC effective 19 July 2024.  She has moved to a corporate counsel position and will no longer be in the private practice of law.  As such, please take notice she is withdrawing from representation in this matter.  David LeBas will continue to remain lead counsel for AgTexas Farm Credit Services, AgTexas, PCA, and Thorlakson Diamond T Feeders, LP in these causes, and the requisite notices of appearance will be filed at such a time new co-counsel may be designated.  Ms. Barr will comply with updating her contact information on the Texas State Bar database should any issues or questions arise.

    Respectfully submitted,

    NAMAN HOWELL SMITH & LEE, PLLC
    8310 N. Capital of Texas Hwy., Suite 490
    Austin, Texas 78731
    (512) 479-0300
    (512) 474-1901 (FAX)
    Email:  dlebas@namanhowell.com

BY:_ */s/ David L. LeBas*
    David L. LeBas
    State Bar No. 12098600

**ATTORNEYS FOR THORLAKSON DIAMOND T FEEDERS, LP, AGTEXAS FARM CREDIT SERVICES AND AGTEXAS PCA**

**AGREED:**

*/s/ Rachel E. Barr*
Rachel E. Barr
State Bar No. 24118185

**Certificate of Service**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was served upon the counsel and parties of record, electronically through the Bankruptcy Court's Electronic Case Filing System on those parties that have consented to such service on September 20, 2024.

*/s/ David LeBas*
David LeBas