Hudson M. Jobe
State Bar No. 24041189
hjobe@jobelawpllc.com
Jobe Law PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 807-0563

SPECIAL COUNSEL TO THE TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,[1]** | § | **CASE NO. 23-20084-RLJ-7** |
| | § | |
| | § | |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**NOTICE OF FILING OF FEE APPLICATIONS**

**NOTICE**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 205 SOUTHEAST 5TH AVENUE, ROOM 133, AMARILLO, TEXAS, 79101-1559 BEFORE CLOSE OF BUSINESS ON DECEMBER 6, 2024, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

Please take note that the following professionals of Kent Ries, Trustee (the "Trustee")

request approval and payment of the following fees and expenses

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

1.     LainFaulkner in the amount of $284,484.78 for fees and expenses for the period of time from April 1, 2024 to September 30, 2024 in its capacity as accountants for the Trustee;

2.     Lynn Pinker Hurst & Schwegmann in the amount of $204,156.40 for fees and expenses from July 12, 2024 through October 31, 2024 in its capacity as special counsel for the Trustee;

3.     Quilling, Selander, Lownds, Winslett & Moser, P.C. in the amount of $108,212.61 for fees and expenses from April 1, 2024 to June 28, 2024 in its capacity as special counsel for the Trustee;

4.     Jobe Law PLLC in the amount of $75,742.50 for fees and expenses from July 10, 2024 to October 31, 2024 in its capacity as special counsel for the Trustee.

Any party in interest may obtain a copy of the requests free of charge by making a written request to the undersigned counsel.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: */s/ Kenneth A. Hill*
       Kenneth A. Hill
       Texas Bar No. 09646950
SPECIAL COUNSEL FOR THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing (a) by ECF upon all persons who have filed ECF appearances in this case and (b) by first class mail, postage prepaid, on the persons and entities set forth on the attached service list. The service list is omitted from service copies to avoid unnecessary copying and postage charges, but a copy can be obtained free of charge by making a written request to Kenneth A. Hill at Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201, fax (214) 871-2111, e-mail kenhill@qslwm.com.

*/s/ Kenneth A. Hill*
Kenneth A. Hill

Label Matrix for local noticing
0539-2
Case 23-20084-rlj7
Northern District of Texas
Amarillo
Fri Nov 15 14:07:32 CST 2024

2B Farms, a Texas General Partnership, and T
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408-2547

AJ Jacques Living Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

AgTexas Farm Credit Services, AgTexas, PCA,
c/o Kerry L. Haliburton and David LeBas
Naman, Howell, Smith & Lee, PLLC
400 Austin Avenue, Suite 800
Waco, TX 76701-2145

Arnold Braun Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Bar D Ranch Land & Cattle LLC
4458 S. U.S. Highway 441
Lake City, FL 32025-0306

Buss Family Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Canyon Rim Consulting, LLC
301 S Polk St., Ste 815
Amarillo, TX 79101-1408

Caterpillar Financial Services Corporation
c/o Dickinson Wright PLLC
ATTN: John Nelson
607 W. 3rd Street, Ste. 2500
Austin, TX 78701-4713

Citizens Bank NA
c/o Brady Law Firm
6136 Frisco Square Blvd., Suite 400
Frisco, TX 75034-3251

Gene Brookshire Family, LP
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gray Brothers
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gungoll Cattle, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jordan Lesh, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Keeling Cattle Feeders Inc.
c/o Kerry Haliburton and David LeBas
Naman, Howell, Smith & Lee, PLLC
400 Austin Avenue, Suite 800
Waco, TX 76701-2145

LainFaulkner
400 N St. Paul, Ste 600
Dallas, TX 75201-6897

Lesh Family Trust
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

McClain Feed Yard, Inc.
4010 FM 1057
Hereford, TX 79045-7386

Morrison Cafe, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Northland Capital Financial Services, LLC
c/o Jenkins & Kling, P.C.
150 N. Meramec Ave., Suite 400
St. Louis, MO 63105-3753

Priest Cattle Company, Ltd.
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655-9665

Quilling, Selander, Lownds, Winslet & Moser
2001 Bryan Street, Ste 1800
Dallas, TX 75201-3070

Quilling, Selander, Lownds, Winslett & Moser
QSLWM, P.C.
Attn: Hudson Jobe
2001 Bryan Street
Suite 1800
Dallas, TX 75201-3070

Riley Livestock, Inc.
P.O. Box 663
Mayfield, KY 42066-0033

Scarlet and Black Cattle, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Scott Livestock Company, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Shaw & Shaw Farms Partnership LLC
11605 NW 140 St.
Alachua, FL 32615-6435

Steve T Scott Farm, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Texas Comptroller of Public Accounts, Revenu
Jamie Kirk
c/o Sherri Simpson, Paralegal
PO Box 12548
Austin, TX 78711-2548

W. Robbie Russell Living Trust
414 Preston Drive
Brownsville, TX 38012-2468

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

AJ JACQUES LIVING TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

ARNOLD BRAUN TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

BRYAN BLACKMAN
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

CHARLES LOCKWOOD
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

COLE LOCKWOOD
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

DOUGLAS FINLEY
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

DUSTIN JOHNSON
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

JAN LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

JANET VAN BUSKIRK
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

JIM RININGER
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

JOEL BROOKSHIRE
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

LEAH GUNGOLL
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

LYNDAL VAN BUSKIRK
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

MIRANDA EVANS
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

NIKKI LOCKWOOD
c/o JOHN MASSOU
PO BOX 15008
AMARILLO TX 79105-5008

SUSAN VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

2B Farms Inc
9012 County Rd. 3114
Snyder, TX 79549-1318

2B Farms, a Texas GP, Debtor-In-Possession
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408-2547

AMY & CRAIG SUTTON
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

Acey Livestock, LLC
211 Old Orchard Road
Perryville, KY 40468-9782

AgTexas Farm Credit Services
c/o David LeBas
8310 N. Capital of Texas Hwy, Suite 490
Austin, Texas 78731-1081

AgTexas, PCA
c/o David LeBas
8310 N. Capital of Texas Hwy, Suite 490
Austin, Texas 78731-1081

Andrew Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Angela D. Robinson
c/o Todd J. Johnston
McWhorter, Cobb & Johnson, LLP
P.O. Box 2547
Lubbock, TX 79408-2547

Angela Powell
86 B Commerce Blvd.
Benton, KY 42025-1110

Arnold Braun or Arnold Braun Trust
4932 E SR 70
Grandview, IN 47615-9620

Atten: David L. LeBas
Naman Howell Smith & Lee
Attorneys at Law
8310 N. Capital of Texas HWY
Ste 490
Austin, TX 78731-1081

BJM Sales & Service
PO Box 1073
Hereford, TX 79045-1073

Bar D Ranch Land & Cattle, LLC
4458 South US Highway 441
Lake City, FL 32025-0306

Barry Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Big Seven Capital Partners LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Bo Robinson
9397 County Rd. 3114
Snyder, TX 79549-1379

Bryan Blackman
4553 Texas Street
Healdton, OK 73438-2906

C Heart Ranch, LLC
454 Daniels Lane
Ardmore, OK 73401-5304

COLBY VAN BUSKIRK
SUSAN VAN BUSKIRK
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

CRAIG SUTTON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Cactus Feeders Finance LLC
PO Box 3050
Amarillo, TX 79116-3050

Cactus Operating LLC
Robert M Kettle, Agent
600 S. Tyler St., Suite 280
Amarillo, TX 79101-2353

Caleb Little
672 Nelson Trl
Dexter, KY 42036-9402

Carl Pickett
524 Travis Street/650 FM 163 Rd
Liberty, TX 77575

Carol Bosshardt
3925 NW 151st Way
Newberry, FL 32669-2008

Carr, Riggs, & Ingram, LLC
2424 Louisiana Blvd. NW
Suite 300
Albuquerque, NM 87110

Carraway Cattle, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Caterpillar Financial Services Corporation
c/o Dickinson Wright PLLC
Attention: Michelle Esparza
221 N. Kansas St. Ste. 2000
El Paso, Texas 79901-1472

Chelsea Waters McClain
824 Mullins Lane
Benton, KY 42025-4702

Clint Quarles
Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601-8332

Cody L. Simmons
P.O. Box 180
Canyon, TX 79015-0180

Colton Long
1501 Red Tail Ln.
Canyon, TX 79015-4989

(p)COMMUNITY FINANCIAL SERVICES BANK
ATTN ATTN LOSS MITIGATION
P O BOX 467
BENTON KY 42025-0467

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Cory Don Priest
6010 East FM  597
Abernathy, Texas 79311-5424

Cory and Jeff Jesko
3970 FM 1057
Hereford, TX 79045-7322

Crystal McClain
824 Mullins Lane
Benton, KY 42025-4702

Curtis Jones Farms
1720 W. 13th Ave.
Emporia, KS 66801-5659

Curtis Jones Farms LLC
1720W. 13th Ave.
Emporia, KS 66801-5659

DENNIS BUSS
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

DORA BLACKMAN
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

David Rainey 88 CR 640
Corinth, MS 38834

Death Creek Farms LLC
10150 Highway 47
West Point, MS 39773-4802

Don Jones 2434 Road Y
Reading, KS 66868-9006

Don Jones Farm, Inc. 2434 Road Y
Reading, KS 66868-9006

Don Jones Trucking, Inc.
2434 Road Y
Reading, KS 66868-9006

Douglas C. Pritchett
19601 FM 1541
Canyon, TX 79015-6387

Dr. Arnold Bra1,1n
4932 E. SR 70
Grandview, IN 47615-9620

Dwight Jesko
112 Rr 5/ 3970 FM 1057
Hereford, TX 79045

Dwight and Patty Jesko
3970 FM 1057
Hereford, TX 79045-7322

EDDIE BRYANT
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

Ed and Rieta Dufurrena
Kenneth R. Netardus
1030 N. Western
Amarillo, TX 79106-7011

Eddie Stewart
c/o Kyle Weldon
201 Main Street, Suite 600
Fort Worth, Texas 76102-3110

Eric DeJarnett
1115 County Road 1024
Cunningham, KY 42035-9309

Eric Dejarnatt 1115 CR 1024
Cunningham, KY 42035-9309

First Capital Bank of Texas
3900 Soncy Road
Amarillo, TX 79119-6673

First Kentucky Bank, Inc.
605 Main Street
Benton, KY 42025-1236

Friona Industries
PO Box 15568
Amarillo, TX 79105-5568

Friona Industries, L.P.
500 S. Taylor Street, Suite 601
Amarillo, TX 79101-2447

(p)FRONTIER FARM CREDIT
PO BOX 2409
OMAHA NE 68103-2409

GARY LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

GENE BROOKSHIRE FAMILY, LP
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

Garwood Cattle Company LLC
2538 Middleton Road
Columbiana, OH 44408-9550

HTLF Bank
9816 Slide Rd.
Lubbock, TX 79424-5781

Heartland Co-op
2829 Westown Parkway, Suite 350
West Des Moines, IA 50266-1340

Hines Cattle Company, LLC
12609 NW 298th St.
High Springs, FL 32643-4911

Hines Farms, LLC
1019 NE 90th Ave.
High Springs, FL 32643-5121

J Brent Burnett
1612 Sanderson Rd
Mayfield, KY 42066-9108

JAN & GARY LESH
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

JANICE LAWHON
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

JARED LESH
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

JIMMY GREER
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

Jake Rininger
2828 S. Co. Rd. 200 W.
Rockport, IN 47635-8252

Jared Lesh Cowhorses Inc
10801 E. Highway 82
Whitesboro, TX 76273

Jared Wayne Lesh
10801 E. Highway 82
Whitesboro, TX 76273

Jed Goad
JLE Trucking, Inc.
PO Box 451
Red Boiling Springs, TN 37150-0451

Jimmy D. Greer
3209 Wrather Rd.
Murray, KY 42071-7417

Job E. White
10216 SW 49th Ln
Gainesville, FL 32608-7161

Joe Burnett
187 Peachtree Rd
Melber, KY 42069-8824

John Dale Tidwell
209 Duffers Ln
Mayfield, KY 42066-1201

John Massouh
Sprouse Shrader Smith PLLC
Box 15008
Amarillo, TX 79105-5008

Jordan Robert Lesh
10400 N. Perkins Rd.
Stillwater, OK 74075-1860

Jordan and Jan Lesh
10400 N. Perkins Road
Stillwater, OK 74075-1860

Joseph Donelson Jones II
39551 CR 439
Umatilla, FL 32784-7529

Julie Whitlock
P.O. Box 389
Mayfield, KY 42066-0029

Justin Stuever
P.O. Box 22
Morrison OK 73061-0022

Keeling Cattle Feeders, Inc.
PO Box 1853
Hereford, Texas 79045-1853

Keith Harris Farms, Inc.
703 Waller Cemetery Road
Benton, KY 42025-4770

Kenneth Netardus
P.O. Box 3280
Amarillo, TX 79116-3280

Kenneth R. Netardus
1030 N. Western
Amarillo, TX 79106-7011

Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601-8332

Kinsey Jones
30308 S. Carlson Rd.
Reading, KS 66868-9055

Lazy J Arena, LLC
1419 W. 80th Street
Stillwater, OK 74074-8164

Lazy J. Cattle
1515 W. 80th Street
Stillwater, OK 74074-8186

Lesh Family Trust
19700 County Road 200
Perry, OK 73077-8530

Lesh Trucking'
10400 N. Perkins Rd.
Stillwater, OK 74075-1860

Lyndal Vanbuskirk
P.0 Box 778
Ringling, OK 73456-0778

MAP Enterprises Inc.
P.O. Box 1045
Mayfield, KY 42066-0041

MAP Enterprises, Inc.
c/o Jeff P. Prostok
777 Main Street, Suite 1550
Fort Worth, TX 76102-5384

MICHAEL & MIRANDA EVANS
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

Meagan B. Goad
1775 Wadesboro Rd.
S Benton, KY 42025-4777

Meagan B. Powell
621 Mullins Ln.
Benton, KY 42025-4762

Mechanics Bank
18400 Von Karman Avenue Suite 1100
Irvine, CA 92612-0517

Michael Gourley
P.O. Box 1045
Mayfield, KY 42066-0041

Michael Johnson
Ray Quinney and Nebeker, P.C.
36 South State Street
Suite 1400
Salt Lake City, UT 84111-1451

Mykel Linn Tidwell
66 Lake Terry Dr.
Mayfield, KY 42066-6982

National Finance Credit Corporation of Texas
c/o Kyle Weldon
201 Main Street, Suite 600
Fort Worth, Texas 76102-3110

Northland Capital Financial Services, LL
P.O. Box 7278
Saint Cloud, MN 56302-7278

Northland Capital Financial Services, LLC
333 33rd Ave South
St. Cloud, MN 56301-5495

Oklahoma AgCredit
601 East Kenosha
Broken Arrow, OK 74012-2002

Open A Arena LLC
14500 S. Fm 1258
Amarillo, TX 79118-4610

Open A Arena, LLC
Kenneth R. Netardus
1030 N. Western
Amarillo, TX 79106-7011

Patti Priest
6010 East FM 597
Abernathy, TEXAS 79311-5424

Philip E. Rapp
Eggleston King Davis, LLP
102 Houston Avenue, Suite 300
Weatherford, TX 76086-4369

Priest Cattle Company, Ltd
6010 East FM 597
Abernathy, Texas 79311-5424

Priest Cattle Company, Ltd.
c/o Kyle Weldon
201 Main Street, Suite 600
Fort Worth, Texas 76102-3110

Priest Cattle and Land Company, Inc.
6010 East FM  597
Abernathy, Texas 79311-5424

Priest Victory Investment LLC
6010 East FM  597
Abernathy, Texas 79311-5424

Producers Credit Corporation
8351 N. High Street, Suite 250
Columbus, OH 43235-1440

Purina Animal Nutrition LLC
4001 Lexington Avenue North
Arden Hills, MN 55126-2998

ROBERT BRAUN
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

ROBERT E. GRAY
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

ROBERT SPRING
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

RONNIE GRAY
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

(p)RABO AGRIFINANCE LLC
1402 TECHNOLOGY DR
CEDAR FALLS IA 50613-1233

Rabo Agrifinance LLC
14767 North Outer 40 Road Ste. 400
Chesterfield, MO 63017-2003

Rapp Ranch
400 Smith Trail
Weatherford, TX 76088-1606

Richard Carraway
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Rick Rodgers 786 Sutton Ln.
Mayfield, KY 42066-6551

Ridgefield Capital Asset Management
P.O. Box 389
Ridgefield, CT 06877-0389

Ridgefield Capital Group, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Riley Livestock
250 Brittian Lane
Mayfield, KY 42066-4617

Riley Livestock, Inc.
Attn: Mary Ann Hunter
P.O. Box 663
Mayfield, KY 42066-0033

Robert Braun
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

Robert Ellis
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479


Robert Stewart & Rachel Conway Stewart
c/o Lane & Countryman
1045 Cheever Blvd., Ste. 103
San Antonio, Texas 78217-6223

SCARLET AND BLACK CATTLE, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, Texas 79015-0180

SCOTT LIVESTOCK COMPANY, INC.
c/o JOHN MASSOUH
PO BOX 15008
AMARO\ILLO TX 79105-5008


SHERLE LOCKWOOD
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

STEVE RYAN
c/o JOHN MASSUH
PO BOX 15008
AMARILLO TX 79105-5008

STEVE T SCOTT FARMS, INC.
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008


Samuel S. Brown
3430 St. Rt 45 S
Mayfield, KY 42066-6135

Scarlet & Black Cattle, LLC
1501 Red Tail Ln.
Canyon, TX 79015-4989

Scott Livestock Company (Steve Scott)
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008


Scott Stewart
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, Texas 79464-4479

Sherman Trucking
2098 Symsonia Highway/ 5508 Oak Level Ro
Benton, KY 42025-5024

Spencer Clift
BAKER, DONELSON, BEARMAN, CALDWELL & BER
165 Madison Ave.
Memphis, TN 38103-2799


Steve T. Scott Farms, Inc.
10150 Highway 4 7
West Point, MS 39773-4802

Steven L. Hoard
Mullin Hoard & Brown, LLP
500 S. Taylor79101, Suite
800 Amarillo National Bank Plaza II
Amarillo,  TX 79101

TGF Ranch
1585 E M-79 Hwy
Hastings, MI 49058-8895


Takeuchi Financial Services,  a program  of
1625 West Fountainhead Parkway,
AZ-FTN-1
Temp e,AZ 85282-2371

Terry Burnett
210 Bethel Church Rd .
Melber, KY 42069-8826

Thomas C. Riney
Underwood Law Firm, P.C.
500 S. Taylor, Suite 1200
Amarillo, TX 79101-2446


Thorlakson Diamond T Feeders, LP
c/o David LeBas
8310 N. Capital of Texas Hwy, Suite 490
Austin, Texas 78731-1081

Thorlakson Feedyards
273131 Rr 284
Airdrie, Alberta, T4A 0H4 Canada

Tom Thorlakson
2548 CR 15
Friona,TX 79035-7034


United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

W. Heath Hendricks UNDERWOOD LAW FIRM
500 S. Taylor Street Ste. 1200
Amarillo, TX 79101-2458

W. Robbie Russell Living Trust
c/o Kyle Weldon
201 Main Street, Suite 600
Fort Worth, Texas 76102-3110


W. Robbie Russell Living Trust and Eddie Ste
c/o Kyle Weldon
201 Main Street, Suite 600
Fort Worth, Texas 76102-3110

WJ Performance Horses, Inc.
524 Travis Street
Liberty, TX 77575-4824

Wildforest Cattle Company LLC
1206 Paris Road
Mayfield, KY 42066-4989

| | | |
|---|---|---|
| Amy Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Colby Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Craig Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Crystal McClain<br>c/o Marcus H. Herbert<br>Attorney at Law<br>416 South 5th Street<br>Paducah, KY 42003-1530 | Curtis Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | David Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 |
| Don Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 | Eddie Stewart<br>1571 Upper Zion Road<br>Brownsville, TN 38012-8064 | Gary Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Jan Lesh<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 | Kinsey Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Kinsey Moreland<br>c/o Boerner, Dennis & Franklin<br>P.O. Box 1738<br>Lubbock, TX 79408-1738 | Kristin McClain<br>3728 Mayfield Hwy<br>Benton, KY 42025-5602 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 |
| Meagan B. Goad<br>c/o Boerner, Dennis & Franklin<br>P.O. Box 1738<br>Lubbock, TX 79408-1738 | Michael Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Miranda Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Nikki Lockwood<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Piper Olivia Mcclain<br>3728 Mayfield Hwy<br>Benton, KY 42025-5602 | Robert & Rachel Stewart<br>Lane & Countryman<br>1045 Cheever Blvd.<br>Ste. 103<br>San Antonio, TX 78217-6223 |
| Ronnie Gray<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Steve Ryan<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Steven Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 |
| Susan Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Wiley Roby Russell Jr.<br>414 Preston Drive<br>Brownsville, TN 38012-2468 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Community Financial Services Bank
221 W 5th Street
Benton, KY 42025

(d)Community Financial Services Bank
POBox467
Benton, KY 42025-0467

Frontier Farm Credit
2009 Vanesta Place
Manhattan, KS 66503

Rabo Agrifinance LLC
1402 Technology Parkway
Cedar Falls, IA 50613

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)AgTexas Farm Credit Services AgTexas, PCA

(u)AgTexas, PCA

(u)Big Seven Capital Partners, LLC

(u)Community Financial Services Bank

(u)Curtis Jones Farms

(u)Don Jones Farms, Inc.

(u)Don Jones Trucking, Inc.

(u)HTLF Bank, successor in interest to First

(u)Hines Cattle Company, LLC

(u)Hines Farms, LLC

(u)Lone Star Bank of West Texas

(u)MAP Enterprises, Inc.

(u)Open A Arena, LLC

(u)Rabo AgriFinance, LLC

(u)Ridgefield Capital Group, LLC

(u)Thorlakson Diamond T Feeders, LP

(u)U.S. Department of Agriculture

(d) GUNGOLL CATTLE, LLC
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

(d)BUSS FAMILY TRUST
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

(d)Bar D Ranch Land & Cattle
4458 S. U.S. Highway 441
Lake City, FL 32025-0306

(d)GRAY BROTHERS
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

(d)J. Brent Burnett
1612 Sanderson Rd.
Mayfield, KY 42066-9108

(d)JORDAN LESH, LLC
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

(d)LESH FAMILY TRUST
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008


(d)MORRISON CAFE LLC
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO TX 79105-5008

(d)Shaw & Shaw Farms Partnership, LLC
11605 NW 140 St.
Alachua, FL 32615-6435

(u)Stanley Ayers
6200 Ross Rd. Rockford,OH


(u)Andrew Phillips

(u)Barry Phillips

(d)Bryan Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008


(d)Charles Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(u)Chelsea McClain

(d)Cole Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008


(u)Cory Jesko
3970 FM 1057
Hereford

(u)David Weitman

(d)Dennis Buss
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008


(d)Dora Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Douglas Finley
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Dustin Johnson
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008


(d)Eddie Bryant
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(u)Edward Lewis Dufurrena

(d)Janet Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008


(d)Janice Lawhon
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Jared Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Jim Rininger
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008


(d)Jimmy Greer
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Joel Brookshire
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Leah Gungoll
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008


(d)Lyndal Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Philip E Rapp
Eggleston King Davis, LLP
102 Houston Avenue
Suite 300
Weatherford, TX 76086-4369

(u)Richard Carraway

(u)Rieta May Dufurrena

(d)Robert Braun
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(u)Robert Ellis

(d)Robert Spring
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(d)Robert E Gray
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

(u)Scott Stewart

(d)Sherle Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

End of Label Matrix
Mailable recipients    235
Bypassed recipients     58
Total                  293