# FEE APPLICATION COVER SHEET

## Second Interim Fee Application of Lain, Faulkner & Co., P.C.

For the time period of April 1, 2024 through September 30, 2024

Capacity:   Forensic Accountants for Trustee          Chapter:    7

Debtor/Case: *McClain Feed Yard, Inc. et al*; Case No. 23-20084-rlj7

Retainer Received:  $0.00                              Amount Previously Paid: $160,969.18

**Amount Requested:**                                  **Reductions (unless contested):**

Fees: $280,831.00                                      Non-Billed Hours:  1,338.10

Expenses: $3,653.78                                    Vol. Fee Reductions: $0.00

Other:  $0.00                                          Expense Reductions:  $0.00

**Total:      $284,484.78**                            **Total Reductions:      $0.00**

**Expenses:**

Copies per page ($0.20):  $1.00                        PACER:  $427.10

Courier Service: $79.92                                Postage/Overnight Delivery: $367.36

Other: $2,778.40                                       Faxes per page:  No Charge

| **Hourly Rates:** | Professionals | Accountants/Staff |
|---|---|---|
| Highest Rates: | $500.00 | $250.00 |
| Hours Billed: | 1,166.30 | 171.80 |

Average:  $209.87


*/s/ Jason Rae*                                        November , 2024
Signature                                              Date