**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | (Jointly Administered) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that if a hearing is required, the Court shall hold a hearing on **December 12, 2024 at 1:30 p.m.** on the following matters:

1. **FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF JOBE LAW PLLC (DKT. 311);**

2. **SECOND INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF LAIN, FAULKNER & CO., P.C. (DKT. 310);**

3. **SECOND AND FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C. (DKT. 309); AND**

4. **FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF LYNN PINKER HURST & SCHWEGMANN, LLP, SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE (DKT. 312).**

Such hearing will be held via WebEx by accessing the meeting/dial-in information on the Court's website (www.txnb.uscourts.gov) under Judge Jones' "Hearing Dates and Calendar" tab prior to the hearing.

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

/s/ Hudson M. Jobe
Hudson M. Jobe
State Bar No. 24041189
hjobe@jobelawpllc.com
**Jobe Law PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone:  (214) 807-0563

**SPECIAL COUNSEL FOR THE TRUSTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2024, a true and correct copy of the foregoing was served via the Court's ECF system on the debtor, debtor's counsel, the United States Trustee, and, all parties that have appeared and requested notice via the Court's ECF system.

/s/ Hudson M. Jobe
Hudson M. Jobe