**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| DEBTOR(S):<br>MCCLAIN FEED YARD, INC. | BANKRUPTCY CASE NO.:<br>23-20084-RLJ-7 (Jointly Administered) |
|---|---|
| **CAPTION & CASE NO. OF ADVERSARY:** | **DATE OF TRIAL/HEARING AND NATURE OF PROCEEDING:**<br><br><u>Hearing: December 12, 2024 at 1:30 p.m</u><br>**Application for compensation (Second & Final) for Quilling, Selander, Lownds, Winslett & Moser, P.C., Special Counsel, Period: 4/1/2024 to 6/28/2024, Fee: $105,073.00, Expenses: $3,139.61. - Filed by Attorney Kenneth A. Hill (309)**<br><br>**Application for compensation for LainFaulkner, Accountant, Period: 4/1/2024 to 9/30/2024, Fee: $280831.00, Expenses: $3653.78. Filed by Accountant LainFaulkner (310)**<br><br>**Application for compensation First Interim for Jobe Law PLLC, Trustee's Attorney, Period: 7/10/2024 to 10/31/2024, Fee: $75742.50, Expenses: $. Filed by Attorney Jobe Law PLLC (311)**<br><br>**Application for compensation for Alan Dabdoub, Special     Counsel, Period: 8/20/2024 to 11/15/2024,   Fee: $202,417.50, Expenses: $1,738.90. Filed by Attorney Alan Dabdoub (312)** |

1

# MOVANTS' WITNESS AND EXHIBIT LIST

The movants to the above titled Applications file this Witness and Exhibit List for the hearings to be held December 12, 2024 as follows:

## WITNESSES

1. Hudson Jobe;
2. Ken Hill;
3. Gregory Sudbury;
4. Jason Rae;
5. Alan Dabdoub;
6. Kent Ries, Trustee;
7. Any witness designated by any other party;
8. Any impeachment or rebuttal witness; and
9. Movants reserve the right to amend this designation as appropriate.

## EXHIBITS

| EXHIBIT | DESCRIPTION OF EXHIBIT | OFFERED | OBJECTION | ADMITTED |
|---|---|---|---|---|
| A | Redacted invoices for QSLWM | | | |
| B | Redacted invoices for Lain Faulkner | | | |
| C | Redacted invoices for Jobe Law PLLC | | | |
| D | Engagement Agreement for Jobe Law PLLC | | | |
| E | Redacted invoices for Lynn Pinker | | | |
| F | Engagement Agreement for Lynn Pinker | | | |
| | Movants also designate any filing in the Debtors' bankruptcy cases. | | | |
| | Movants reserve the right to limit any document to redacted form. | | | |
| | Any exhibit designated by any other party. | | | |
| | Any pleadings, reports, or other documents filed in the Debtors' bankruptcy cases. | | | |
| | Any impeachment or rebuttal exhibits. | | | |
| | All attachments or exhibits to any of the foregoing documents. | | | |

The Movants reserves the right to amend or supplement this Witness and Exhibit List at any time prior to the hearing or otherwise as appropriate.

By: */s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, a true and correct copy of the foregoing was served via the Court's ECF system on Debtors' counsel, the United States Trustee, and all parties that have appeared and requested notice via the Court's ECF system.

*/s/ Hudson M. Jobe*