**Exhibit "A"**

**QSLWM**
QUILLING · SELANDER · LOWNDS · WINSLETT · MOSER

Tax ID: 75-2459334

Kent Ries, Chapter 7 Trustee of McClain Debtors

| | |
|---|---|
| Invoice Date: | October 22, 2024 |
| Invoice No. | 529349 |
| Client No. | 2322.0002 |
| Page: | 1 |

General Case Administration

**ITEMIZED SERVICES BILL**

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 04/03/2024 | HMJ | Outline various aspects of case for use in segregating time on fee application, follow up with trustee and accountants on same(1.0); Review prior proceedings and Form 1, draft financial background section for use in Fee Application(.8); Draft case background and summary for Fee Application(2.0). | 3.80 | 1,995.00 |
| 04/11/2024 | BR | Conference with H. Jobe regarding information obtained about the ▬▬ handling of investor funds. | 0.30 | 75.00 |
| 04/18/2024 | HMJ | Review LF invoices, prepare comments thereto(.5); Review/revisions to QSLWM fee application and related documents(1.8). | 2.30 | 1,207.50 |
| 04/19/2024 | HMJ | Several correspondence and conferences with client and LF regarding fee application drafts and invoices(1.6); Revise QSLWM Fee Application and related documents(1.2). | 2.80 | 1,470.00 |
| 04/24/2024 | HMJ | Review/revise Lain Faulkner fee application, follow up with Trustee and LF on same and related case issues. | 1.00 | 525.00 |
| 05/12/2024 | HMJ | Prepare fee app orders on QSLWM and LF and follow up with trustee on same. | 0.60 | 315.00 |
| | | For Current Services Rendered | 10.80 | 5,587.50 |

**Recapitulation**

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Brent Rodine | 0.30 | $250.00 | $75.00 |
| Hudson M. Jobe | 10.50 | 525.00 | 5,512.50 |

| | |
|---|---|
| Photocopies | 2.40 |
| Postage | 412.16 |
| Pacer Service | 132.90 |
| Total Expenses Thru 10/22/2024 | 547.46 |

Bryan Tower   2001 Bryan St., Suite 1800   Dallas, TX 75201   ph. 214.871.2100   fx. 214.871.2111   www.qslwm.com
A PROFESSIONAL CORPORATION   ATTORNEYS AND COUNSELORS

QSLWM 0001

General Case Administration

Total Current Work 6,134.96

**NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT**

*QSLWM 0002*

# QSLWM
QUILLING · SELANDER · LOWNDS · WINSLETT · MOSER

Tax ID: 75-2459334

Kent Ries, Chapter 7 Trustee of McClain Debtors

| | |
|---|---:|
| Invoice Date: | October 22, 2024 |
| Invoice No. | 529350 |
| Client No. | 2322.0003 |
| Page: | 1 |

USDA Claim Issues

## ITEMIZED SERVICES BILL

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/04/2024 | HMJ | Several correspondence and conferences with parties on pending Rabo USDA lawsuit, scheduling order, and plans for addressing timing of various components(1.8); Review/revise proposed scheduling order terms and negotiate same with parties and timing of consideration with court(1.5). | 3.30 | 1,732.50 |
| 04/19/2024 | GMS | Review and analysis of Memorandum Opinion and Order granting Trustee's request for discovery from Cattle Claimants, and evaluate next steps; | 0.60 | 270.00 |
| 05/16/2024 | GMS | Correspondence from counsel for certain USDA claimants and Rabo regarding withdrawal of claims and proposed stipulation; | 0.20 | 90.00 |
| | | For Current Services Rendered | 4.10 | 2,092.50 |

### Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---:|---:|---:|
| Hudson M. Jobe | 3.30 | $525.00 | $1,732.50 |
| Gregory M. Sudbury | 0.80 | 450.00 | 360.00 |

Total Current Work  2,092.50

Balance Due  $2,092.50

**NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT**

Bryan Tower    2001 Bryan St., Suite 1800    Dallas, TX 75201    ph. 214.871.2100    fx. 214.871.2111    www.qslwm.com
A  PROFESSIONAL  CORPORATION              ATTORNEYS  AND  COUNSELORS



Tax ID: 75-2459334

Kent Ries, Chapter 7 Trustee of McClain Debtors

| | |
|---|---:|
| Invoice Date: | October 22, 2024 |
| Invoice No. | 529351 |
| Client No. | 2322.0004 |
| Page: | 1 |

Investigation of Possible Estate Claims

### ITEMIZED SERVICES BILL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/01/2024 | HMJ | Review various issues raised by parties in several related lawsuits and interplay of same ▓▓▓(1.8); Outline items for follow up with parties and possible motions(.7). | 2.50 | 1,312.50 |
| 04/04/2024 | HMJ | Conference with Trustee on ▓▓▓(.5); Further outline and analysis of various items for follow up discovery(1.2); Review issues in pending lawsuits and potential ▓▓▓ claims and options to address same(1.0). | 2.70 | 1,417.50 |
| 04/05/2024 | HMJ | Review voluminous ▓▓▓ discovery production and identification of issues to input/review/process in ▓▓▓ discovery. | 2.30 | 1,207.50 |
| 04/09/2024 | HMJ | Conferences with Trustee on ▓▓▓(.9); Review documents and issues in preparation for conference with Goad, attend conference(3.0); Outline and analysis of Debtor document issues and background, follow up with Rabo on related case issues and discovery(1.4). | 5.30 | 2,782.50 |
| 04/10/2024 | HMJ | Review various outstanding documents from ▓▓▓ Debtor records(2.6); Follow up with Rabo re same re physical records(.2); Work with parties on Rabo MLS and Scheduling Order issues in Rabo adversary proceeding(1.0); Follow up with court on various scheduling matters(.1); Review Rabo spreadsheets and various issues ▓▓▓ related documents and analysis(1.4); Follow up with accountants re same(.3); Review documents and issues concerning ▓▓▓ buying activity(1.0); Research potential related entities and individuals(.8); Follow up with trustee on same(.5). | 7.90 | 4,147.50 |
| 04/11/2024 | HMJ | Conference with Trustee on general case issues and pending matters (.8); Revise language on discovery orders, negotiate same with parties(1.5). | 2.30 | 1,207.50 |
| 04/15/2024 | HMJ | Initial review and analysis of updated documents and issues concerning ▓▓▓ interplay of same with ▓▓▓ follow up with accountants on same. | 2.40 | 1,260.00 |

Bryan Tower    2001 Bryan St., Suite 1800    Dallas, TX 75201    ph. 214.871.2100    fx. 214.871.2111    www.qslwm.com
A  PROFESSIONAL  CORPORATION           ATTORNEYS  AND  COUNSELORS

Investigation of Possible Estate Claims

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/19/2024 | HMJ | Review opinion re discovery on USDA claimants and POC parties, initial outline of next steps to coordinate submission and order procedures. | 0.50 | 262.50 |
| 04/23/2024 | HMJ | Prepare detailed revised discovery orders per court opinion on various objections thereto. | 1.50 | 787.50 |
| 04/25/2024 | HMJ | Prepare red-lined discovery orders(.4); Follow up with court on same(.1); Emails with court re various setting issues(.3); Several lengthy conferences with discovery parties and accountants on production issues and procedures(2.2). | 3.00 | 1,575.00 |
| 04/29/2024 | HMJ | Review various issues and documents related to investigation of ▓▓▓ ▓▓▓▓ transactions in preparation for ▓▓▓▓▓▓▓(1.5); Attend conference with Goad ▓▓▓▓(2.0); Prepare for and attend conference with various USDA cattle on case issues(.8); Review/revise scheduling order and circulate same on pending lawsuits(.5); Comprehensive review and outline of current records and additional discovery needed from various banks, consultants, accountants, and other parties(3.0); Prepare draft of additional discovery requests and production(2.5). | 10.30 | 5,407.50 |
| 04/30/2024 | HMJ | Analysis and outline of terms of discovery submission instructions and procedures for use in dealing with ▓▓▓▓ discovery ▓▓▓▓▓▓▓▓ 1.0); Several conferences with Trustee and accountants on ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 1.4). | 2.40 | 1,260.00 |
| 05/01/2024 | HMJ | Prepare comprehensive analysis and outline of ▓▓▓▓ and procedure for next 3 months and conference with Trustee ▓▓▓(1.2); Conference with Trustee on ▓▓▓▓▓▓▓▓▓(2.0). | 3.20 | 1,680.00 |
| 05/02/2024 | HMJ | Several conferences with parties and accountants coordinating discovery submission issues and procedures. | 2.00 | 1,050.00 |
| 05/08/2024 | HMJ | Review discovery orders(.1); Review/revise various lists of parties and counsel, coordinate service and instructions with accountants and other parties(2.0); Review various outstanding issues and documents on banking records(1.2); Negotiations with CFSB on same(.6). | 3.90 | 2,047.50 |
| 05/09/2024 | HMJ | Review Rabo documents and related issues, draft order comments on Rabo MLS(.4); Follow up with trustee on same(.2); Review missing USDA discovery, prepare summary of follow up notifications and next step procedures(1.5); Conference with accountants ▓▓▓.5). | 2.60 | 1,365.00 |
| 05/10/2024 | HMJ | Several lengthy correspondence and conferences with various parties negotiating discovery production scope and deadlines. | 1.40 | 735.00 |
| 05/13/2024 | HMJ | Lengthy conference with Trustee and accountants ▓▓▓▓▓▓▓ issues(1.0); Continue review of discovery submission protocol and initial document production(1.7); Review various issues with pending lawsuits related to possible estate claims, correspondence with parties on same(.9); 1 hour call with Kent and accountants (1.0). | 4.60 | 2,415.00 |
| 05/14/2024 | HMJ | Prepare updated list of parties, follow up with LF on same(1.0); Review I▓▓ ▓▓▓▓ discovery, outline parties for follow up service(1.5). | 2.50 | 1,312.50 |

Case 23-20084-rlj7   Doc 315-1   Filed 12/09/24   Entered 12/09/24 17:27:22   Desc
Kent Ries, Chapter 7 Trustee of McClain Debtors Exhibit A   Page 6 of 18

Page: 3
10/22/2024
Client No:      2322-0004M
Invoice No:        529351

Investigation of Possible Estate Claims

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/15/2024 | HMJ | Continue review of incoming discovery, comparison of same to ▉▉▉▉ and various issues with submission(2.0); Follow up with Trustee and accountants ▉▉▉ .5). | 2.50 | 1,312.50 |
| 05/20/2024 | HF | Receive and review returns of service for subpoenas issued to ADPowell, Inc., Angela Powell, and Peel & Holland, Inc. | 0.20 | 29.00 |
|  | HMJ | Review records and issues related to ▉▉▉ activity(.8); Conference with Friona regarding discovery issues(.3); Review status of outstanding discovery(.4); Follow up with respondents and negotiate various extended dates for objection/production(1.4); Review/revise website and email protocol for discovery production(1.0).. | 3.90 | 2,047.50 |
| 05/21/2024 | HF | Receive and review returns of service for subpoenas issued to Grange Insurance Company and Grange Life Insurance Company (Ohio registered agent). | 0.10 | 14.50 |
|  | HF | Review Grange's response to subpoena served to Grange Life Insurance Company and further research to identify alternatives for service of the subpoena (.4); Revise subpoena to Grange Life Insurance Company and coordinate service with process server (.2) | 0.60 | 87.00 |
|  | HF | Receive and brief review of records from Grange Life Insurance Company. | 0.30 | 43.50 |
|  | HMJ | Review various documents related to ▉▉▉ claims(.7); Conference with counsel for McClain wife ▉▉▉ (.3); Continue working on discovery submission procedures and instructions(1.0). | 2.00 | 1,050.00 |
| 05/22/2024 | HMJ | Conference with Trustee on ▉▉▉ .5); Review various outstanding case issues and prepare for conference with Rabo counsel(1.0); Attend lengthy conference with Rabo on case issues (1.3). | 2.80 | 1,470.00 |
| 05/23/2024 | HMJ | Review concerns/issues to Rabo Motion for Default Judgments in Rabo AP, follow up with parties on same. | 0.80 | 420.00 |
| 05/24/2024 | HF | Review initial response to subpoena from The Cincinnati Life Insurance Company and update tracking spreadsheet. | 0.10 | 14.50 |
|  | HF | Receive and review return of service for subpoena to The Prudential Insurance Company of America. | 0.10 | 14.50 |
|  | HF | Discussions with GS re memo concerning related adversary proceedings. | 0.20 | 29.00 |
|  | HMJ | Conference with counsel for USDA on discovery issues(.4); Prepare summary of discovery issues(.3); Follow up with counsel and Trustee on same(.2); Several correspondence and conferences with parties on incoming discovery issues(2.0); Review updated issues with Friona and attend conference with counsel for Friona on same(1.0); Prepare lengthy summary of outstanding Friona issues and documents(.3). | 4.20 | 2,205.00 |
| 05/28/2024 | HF | Receive and review return of service for subpoena issued to H&R Block, Inc. | 0.10 | 14.50 |
|  | HMJ | Conferences with Trustee and Rabo on case issues and discovery (1.2); Several conferences and correspondence with parties on voluminous multi party discovery issues(2.8). | 4.00 | 2,100.00 |

Investigation of Possible Estate Claims

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/29/2024 | HF | Receive and review return of service for second subpoena issued to Grange Life Insurance Company. | 0.10 | 14.50 |
|  | HMJ | Conference with Trustee ▊▊▊▊▊ .5); Prepare for and attend conference with counsel for various claimants on case issues(.9); Continue negotiations with parties on discovery production(2.4). | 3.80 | 1,995.00 |
| 05/30/2024 | HF | Update subpoena tracking for returns of service received for each subpoena issued to third parties for the production of documents. | 0.40 | 58.00 |
|  | HF | Research to determine if there is a filing requirement for subpoenas that were served to counsel instead of a process server and to determine if a formal agreement re acceptance of service is needed in order to file motions to compel or for sanctions (.3); Research re whether a formal agreement is required for counsel to accept service on behalf of a client (1). | 1.30 | 188.50 |
|  | HMJ | Review and analysis of ▊▊▊▊ production and outline of follow up issues and items to address. | 2.00 | 1,050.00 |
| 05/31/2024 | HMJ | Prepare for and attend conference with Friona counsel re background issues and discovery. | 0.80 | 420.00 |
| 06/04/2024 | HF | Receive and review return of service for subpoena issued to The Cincinnati Life Insurance Company. | 0.10 | 17.50 |
| 06/06/2024 | HF | Receive objections and brief review of records from Mechanic's Bank in response to subpoena. | 0.40 | 70.00 |
|  | HF | Receive and review return of service for second subpoena issued to Grange Life Insurance Company. | 0.10 | 17.50 |
|  | HMJ | Review and analysis of updated discovery materials, work with accountants on coordinating additional submission instructions. | 2.20 | 1,155.00 |
| 06/07/2024 | HMJ | Review prior correspondence and production by Mechanics Bank(1.4); Conference with Mechanics bank on additional background and more documents/information needed(.6); Review prior correspondence and production by Cactus Feeders(1.0); Conference with Cactus Feeders on additional background and more documents/information needed(.5); Review prior correspondence and production by Friona (.6); Conference with Friona on additional background and more documents/information needed(.7); Several additional correspondence and conferences with Mechanics Bank on production(1.2). | 6.00 | 3,150.00 |
| 06/10/2024 | HF | Assemble emails reflecting agreement to accept service of subpoenas and subsequent service of subpoenas by email. | 0.20 | 43.00 |
|  | HMJ | Continue review of ▊▊▊ production and ▊▊▊▊▊▊▊ materials, and negotiations with parties on additional production. | 3.00 | 1,575.00 |
| 06/11/2024 | HMJ | Review prior production and additional background information needed from ▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊▊ (2.7); Continue working with banks and USDA parties on discovery production issues (1.4). | 4.10 | 2,152.50 |

QSLWM 0007

Investigation of Possible Estate Claims

                                                                                                    Hours

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/2024 | HMJ | Review outstanding issues and documents with Friona, conference with counsel on same(1.0); Conference with Trustee on ▓▓▓▓ ▓▓▓▓(.6); Conference with counsel for Riley on production(.3).. | 1.90 | 997.50 |
| 06/13/2024 | HMJ | Outline additional data entry and reports needed re prior operations and transactions(.7); Conference with accountants on same(.3); Comprehensive review and analysis of briefing and documents in related lawsuits for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓(3.0). | 4.00 | 2,100.00 |
| 06/17/2024 | HMJ | Continue review and analysis of Cactus and Riley documents, other documents and information concerning ▓▓▓▓▓▓▓(2.4); Follow up with Lovell regarding ▓▓▓(.4); Conference with Trustee on ▓▓▓▓▓(.8); Outline items for W&E list on adversary proceeding consolidation and estate standing hearing(1.5); Draft reply brief on consolidation and standing issues in pending lawsuits(4.0). | 9.10 | 4,777.50 |
| 06/18/2024 | HMJ | Draft/revise reply brief on consolidation and standing issues in pending lawsuits(1.4); Review/revise demonstrative aids on live claims and standing arguments(2.0); Prepare demo aid on USDA/POC(1.0). | 4.40 | 2,310.00 |
| 06/19/2024 | HF | Revise memorandum for trustee's motion to consolidate and abate relating to the AgTexas and Thorlakson matter. | 0.40 | 86.00 |
|  | HF | Revise memorandum for trustee's motion to consolidate and abate relating to 2B Farms matter. | 0.50 | 107.50 |
|  | HMJ | Outline items for review/analysis related to ▓▓▓▓▓ records, ▓▓▓▓ documents, ▓▓▓▓ records, ▓▓ documents, ▓▓▓▓▓▓▓ documents, and other related ▓▓▓▓▓▓▓▓▓▓▓ documents(1.6); Prepare related documents and summaries(1.5); Conferences with Trustee and accountants ▓▓▓▓▓(1.0). | 4.10 | 2,152.50 |
| 06/20/2024 | HMJ | Review pleadings and exhibits for contested hearing on adversary consolidation and standing in preparation for hearing on same, outline presentation(2.0); Several conferences with Trustee ▓▓▓▓▓(.6); Attend docket call on adversary consolidation/standing issues(1.3). | 3.90 | 2,047.50 |
| 06/21/2024 | KAH | Consider issues regarding ▓▓▓▓▓▓ adversary proceedings ▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ motions ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 0.50 | 175.00 |
| 06/24/2024 | HMJ | Further Outline items for review/analysis related to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ other related ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ documents(.8); Conferences and correspondence with Trustee and accountants on ▓▓▓▓(1.2). | 2.00 | 1,050.00 |
| 06/25/2024 | HMJ | Prepare for and attend contested hearing on consolidation, remand, and standing of adversary cases. | 2.50 | 1,312.50 |
| 06/26/2024 | HMJ | Review updated documents and information from Riley, Cactus Feeders, and other parties(2.0); Several correspondence and conferences with Riley counsel, Cactus Feeders, and other discovery parties on background and production issues(1.6); Several conferences with Trustee regarding case ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓(.8); Conferences with Trustee and potential |  |  |

Case 23-20084-rlj7   Doc 315-1   Filed 12/09/24   Entered 12/09/24 17:27:22   Desc
Exhibit A   Page 9 of 18

Kent Ries, Chapter 7 Trustee of McClain Debtors

Page: 6
10/22/2024
Client No:   2322-0004M
Invoice No:   529351

Investigation of Possible Estate Claims

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | litigation counsel(1.8). | 6.20 | 3,255.00 |
| 06/28/2024 | HMJ | Review documents related to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ related documents(1.8); Prepare various comments thereto for additional items and documents to incorporate(.7); Conference with accountants on ▮▮▮▮▮▮▮▮.6). | 3.10 | 1,627.50 |
|  |  | For Current Services Rendered | 152.30 | 77,989.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Kenneth A. Hill | 0.50 | $350.00 | $175.00 |
| Hudson M. Jobe | 146.60 | 525.00 | 76,965.00 |
| Heather Ferrill | 5.20 | 163.27 | 849.00 |

| | |
|---|---|
| Courier Deliveries | 2,578.05 |
| Paid to Secretary of State of NJ for Copy of Corporate Records | 0.10 |
| Paid to Secretary of State of Texas for web inquires. | 14.00 |
| Total Expenses Thru 10/22/2024 | 2,592.15 |
| Total Current Work | 80,581.15 |
| Balance Due | $80,581.15 |

**NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT**

**QSLWM**
QUILLING · SELANDER · LOWNDS · WINSLETT · MOSER

Tax ID: 75-2459334

Kent Ries, Chapter 7 Trustee of McClain Debtors

| | |
|---|---:|
| Invoice Date: | October 22, 2024 |
| Invoice No. | 529352 |
| Client No. | 2322.0007 |
| Page: | 1 |

Adversary Proceedings

### ITEMIZED SERVICES BILL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 04/08/2024 | GMS | Review and analysis of AgTexas and Thorlakson's state court lawsuit originally against RAF and McClain debtors, including amended petitions, petitions in intervention, nonsuit of McClain debtors, and notice of removal filed by RAF to evaluate options to address lawsuit on behalf of Trustee; | 1.70 | 765.00 |
| 04/09/2024 | GMS | Review and analysis of AgTexas and Thorlakson's state court lawsuit originally against RAF and McClain debtors, including amended petitions, petitions in intervention, nonsuit of McClain debtors, and notice of removal filed by RAF to evaluate options to address lawsuit on behalf of Trustee; | 1.40 | 630.00 |
| 04/11/2024 | GMS | Correspondences with counsel regarding proposed stipulation related to phased discovery and resolution of issues in RAF's adversary proceeding and status conference; | 0.50 | 225.00 |
| | GMS | Conference with Mr. Hobe ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ evaluate next steps; | 0.30 | 135.00 |
| 04/12/2024 | GMS | Conference regarding most recent status conference and plan for proceeding, including potential consolidation, intervention, and abatement of pending lawsuits that may include claims held by the Trustee; | 0.40 | 180.00 |
| 04/16/2024 | GMS | Review and analysis of plaintiff AgTexas pleadings in removed adversary proceeding to summarize allegations and evaluate Trustee's procedural options to intervene in that lawsuit; | 1.30 | 585.00 |
| 04/17/2024 | GMS | Review and analysis of Thorlakson and AgTexas' pleadings in adversary proceeding and prepare summary of all pending claims in adversary proceedings; | 1.80 | 810.00 |
| 04/24/2024 | GMS | Review and analysis of current docket sheet in pending adversary proceedings to update memorandum regarding status of adversary proceedings and evaluate options to proceed; | 1.10 | 495.00 |
| 04/25/2024 | GMS | Review and analysis of pleadings in three pending adversary proceeding | | |

Bryan Tower    2001 Bryan St., Suite 1800    Dallas, TX 75201    ph. 214.871.2100    fx. 214.871.2111    www.qslwm.com
A  PROFESSIONAL  CORPORATION            ATTORNEYS  AND  COUNSELORS

Case 23-20084-rlj7   Doc 315-1   Filed 12/09/24   Entered 12/09/24 17:27:22   Desc
Exhibit A   Page 11 of 18

Kent Ries, Chapter 7 Trustee of McClain Debtors

Page: 2
10/22/2024
Client No: 2322-0007M
Invoice No: 529352

Adversary Proceedings

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | (Rabo's, AgTexas / Thorlakson, and HTLF) including recent filings to assist with memorandum summarizing claims and evaluating options to proceed; | 6.30 | 2,835.00 |
| | GMS | Prepare revised motion to abate or alternatively intervene or enforce stay in connection with HTLF's adversary proceeding in 2B / Robinson bankruptcy; | 0.70 | 315.00 |
| | GMS | Perform legal research regarding ████████████ | 0.80 | 360.00 |
| | GMS | Correspondence with Mr. Ries regarding ████████████ | ██ | ██.00 |
| 04/26/2024 | GMS | Perform legal research regarding ████████████ pending adversary proceedings; | 0.20 | 90.00 |
| | GMS | Correspondence regarding Trustee's option to ████ pending adversary proceedings and next steps; | 0.10 | 45.00 |
| 04/29/2024 | GMS | Prepare Alternative Scheduling Order in connection with Rabo's adversary proceeding; | 0.50 | 225.00 |
| | GMS | Correspondences and telephone conference with Rabo and claimants' counsel regarding proposed Alternative Scheduling Order and plan for proceeding; | 0.70 | 315.00 |
| 05/01/2024 | GMS | Review and analysis of three pending adversary complaints to evaluate Trustee's options ████████ | 0.60 | 270.00 |
| | GMS | Prepare for and attend meeting with Trustee and forensic accounts to evaluate status of documents from ████████ | 2.70 | 1,215.00 |
| 05/02/2024 | GMS | Review notice of hearing on AgTexas and Thorlakson's motion to remand and abstain in related adversary proceeding; | 0.10 | 45.00 |
| 05/08/2024 | HF | Communications re overview of case, direction of discovery, and subpoenas. | 0.90 | 130.50 |
| | GMS | Review Order allowing service of subpoenas to non-parties and evaluate next steps, including subpoena targets and documents to be requested; | 0.80 | 360.00 |
| | GMS | Correspondences with non-parties' counsel regarding subpoenas for documents and whether they will accept service of the subpoenas; | 0.20 | 90.00 |
| | GMS | Review and analysis of USDA Claimants' proposed revisions to Alternative Scheduling Order in Rabo adversary proceeding and evaluate options to respond; | 0.30 | 135.00 |
| 05/09/2024 | HF | Obtain registered agent information for Cactus Feeders Finance, LLC (.1); Prepare subpoena to Cactus Feeders Finance, LLC and assemble attachments (.2). | 0.30 | 43.50 |

Case 23-20084-rlj7   Doc 315-1   Filed 12/09/24   Entered 12/09/24 17:27:22   Desc
Exhibit A   Page 12 of 18

Kent Ries, Chapter 7 Trustee of McClain Debtors

Page: 3
10/22/2024
Client No: 2322-0007M
Invoice No: 529352

Adversary Proceedings

| | | | Hours | |
|---|---|---|---:|---:|
| | HF | Obtain registered agent information for Cactus Operating LLC (.1); Prepare subpoena to Cactus Operating LLC and assemble attachments (.2). | 0.30 | 43.50 |
| | HF | Obtain registered agent information for Friona Industries, L.P. (.1); Prepare subpoena to Friona Industries, L.P. and assemble attachments (.2). | 0.30 | 43.50 |
| | HF | Research state of incorporation for Riley Livestock, Inc. (.1); Prepare subpoena to Riley Livestock, Inc. and assemble attachments (.2). | 0.30 | 43.50 |
| | HF | Research state of incorporation for Rabo AgriFinance LLC (.1); Prepare subpoena to Rabo AgriFinance LLC and assemble attachments (.2). | 0.30 | 43.50 |
| | HF | Research state of incorporation for Focus Management Group LLC (.1); Prepare subpoena to Focus Management Group LLC and assemble attachments (.2). | 0.30 | 43.50 |
| | HF | Research state of incorporation for Mechanic's Bank (.1); Prepare subpoena to Mechanic's Bank and assemble attachments (.2). | 0.30 | 43.50 |
| | HF | Research state of incorporation for Community Financial Services Bank, Inc. (.1); Prepare subpoena to Community Financial Services Bank, Inc. (.1). | 0.20 | 29.00 |
| | HF | Obtain registered agent information for Carr, Riggs & Ingram, L.L.C. (.1); Prepare subpoena to Carr, Riggs & Ingram, L.L.C. and assemble attachments (.2). | 0.30 | 43.50 |
| | HF | Obtain registered agent information for ADPowell, Inc. (.1); Prepare subpoena to ADPowell, Inc. and assemble attachments (.2). | 0.30 | 43.50 |
| | HF | Prepare subpoena to Angela Powell (individually) and assemble attachments. | 0.20 | 29.00 |
| | HF | Obtain registered agent information for H&R Block, Inc. (.3); Prepare subpoena to H&R Block, Inc. and assemble attachments (.1). | 0.40 | 58.00 |
| | GMS | Review and analysis of adversary plaintiffs AgTexas and Thorlakson's joint motion to remand or alternatively abstain and brief in support, notice of docket call, and evaluate options to respond; | 1.30 | 585.00 |
| | GMS | Correspondences with counsel for nonparty subpoena target CFSB regarding documents CFSB previously produced and still needs to produce, and plan for proceeding; | 0.40 | 180.00 |
| | GMS | Review and analysis of docket entries and pleading in each of the three adversary proceedings that my impact T[REDACTED] | 0.70 | 315.00 |
| | GMS | Review and analysis of subpoenas to be served on multiple parties pursuant to Court's Order allowing service of subpoenas and instruct regarding service of the subpoenas; | 0.20 | 90.00 |
| 05/10/2024 | HF | Assemble attachments for subpoena to Community Financial Services Bank, Inc. | 0.10 | 14.50 |
| | HF | Prepare acceptance of service for Rabo AgriFinance, LLC and coordinate service to counsel for Rabo AgriFinance, LLC. | 0.20 | 29.00 |

Case 23-20084-rlj7   Doc 315-1   Filed 12/09/24   Entered 12/09/24 17:27:22   Desc
Kent Ries, Chapter 7 Trustee of McClain Debtors   Exhibit A   Page 13 of 18
Page: 4
10/22/2024
Client No:    2322-0007M
Invoice No:        529352

Adversary Proceedings

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| | HF | Finalize subpoenas and coordinate service of subpoenas by process server for Cactus Feeders Finance, LLC, Cactus Operating, LLC, Friona Industries, L.P., Carr, Riggs & Ingram, LLC, Angela Powell, ADPowell, Inc., H&R Block, Inc., and Focus Management Group USA, Inc. | 0.70 | 101.50 |
| | HF | Email courtesy copy of subpoena to Robert Ray for subpoena directed to Carr, Riggs & Ingram, L.L.C. | 0.10 | 14.50 |
| | HF | Email courtesy copy of subpoena to Michael Doland for subpoena directed to Focus Management Group USA, Inc. | 0.10 | 14.50 |
| | HF | Serve subpoenas to counsel for Riley Livestock, Inc., Mechanic's Bank, and Community Financial Services Bank. | 0.30 | 43.50 |
| | GMS | Prepare subpoenas to be served on various parties to assist with investigation of potential claims and instruct regarding service of the subpoenas; | 1.10 | 495.00 |
| | GMS | Correspondences with counsel for Riley Livestock regarding his confirmation of authority to accept service of subpoena; | 0.10 | 45.00 |
| | GMS | Correspondences with Rabo's counsel regarding subpoena and acceptance of service of subpoena; | 0.20 | 90.00 |
| | GMS | Correspondences with CFSB's counsel regarding subpoena served on CFSB, CFSB's prior document production, and plan for proceeding; | 0.20 | 90.00 |
| 05/13/2024 | GMS | Revise proposed Alternative Scheduling Order in connection with Rabo's adversary proceeding; | 0.50 | 225.00 |
| | GMS | Correspondences with parties regarding revised Alternative Scheduling Order in connection with Rabo's adversary proceeding and plan for proceeding; | 0.50 | 225.00 |
| | GMS | Review and analysis of motions and items scheduled on May 16 docket call and prepare for docket call to address each pending motion and item; | 0.50 | 225.00 |
| | GMS | Correspondences with various banks counsel regarding discovery requests and plan for proceeding, including delivery of electronic and paper documents; | 0.20 | 90.00 |
| | GMS | Prepare Trustee's motion to abate, intervene, and enforce stay in Rabo's adversary proceeding; | 0.60 | 270.00 |
| 05/14/2024 | HF | Review corporate records for Peel & Holland and research whom to serve for dissolved corporation in Kentucky (.3); Prepare subpoena to Peel & Holland, Inc., prepare Exhibit A, and assemble attachments (.4). | 0.70 | 101.50 |
| | HF | Research Prudential entity to direct subpoena and identify registered agent for The Prudential Insurance Company of America (.3); Prepare subpoena to The Prudential Insurance Company of America and assemble attachments (.2). | 0.50 | 72.50 |
| | HF | Obtain registered agent information for Cincinnati Life Insurance Company (.1); Prepare subpoena to Cincinnati Life Insurance Company and assemble attachments (.2). | 0.30 | 43.50 |
| | HF | Research Grange entity to direct subpoena and identify registered agent for | | |

Case 23-20084-rlj7   Doc 315-1   Filed 12/09/24   Entered 12/09/24 17:27:22   Desc
Exhibit A   Page 14 of 18

Kent Ries, Chapter 7 Trustee of McClain Debtors

Page: 5
10/22/2024
Client No: 2322-0007M
Invoice No: 529352

Adversary Proceedings

| Date | Tkpr | Description | Hours | Amount |
|---|---|---|---|---|
| | | Grange Insurance Company (.3); Prepare subpoena to Grange Insurance Company and assemble attachments (.2). | 0.50 | 72.50 |
| | GMS | Prepare Trustee's motion to consolidate and abate, intervene, and enforce stay in two separate adversary proceedings, including detailed review of all live pleadings in adversary proceeding to evaluate whether claims asserted belong to Trustee; | 6.30 | 2,835.00 |
| | GMS | Perform legal research regarding ▉▉▉▉▉ analysis and case law that ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 1.20 | 540.00 |
| | GMS | Correspondences with counsel regarding clean version of Alternative Scheduling Order in Rabo adversary proceeding and plan for proceeding; | 0.20 | 90.00 |
| | GMS | Correspondences with counsel for 2B Farms regarding proposed joint motion to consolidate and abate adversary proceedings, and next steps; | 0.30 | 135.00 |
| | GMS | Telephone conference with counsel for CFSB regarding served subpoena, scope of document requests, and options for bank to produce responsive documents; | 0.50 | 225.00 |
| 05/15/2024 | HF | Obtain registered agent information for Grange Life Insurance Company, identify address on file with the Ohio Department of Insurance, and review company website to identify corporate mailing address (.3); Prepare subpoena to Grange Life Insurance Company and assemble attachments (.2). | 0.50 | 72.50 |
| | HF | Finalize subpoenas and coordinate service of subpoenas by process server for Peel & Holland, Inc., The Prudential Insurance Company of America, The Cincinnati Life Insurance Company, Grange Insurance Company, and Grange Life Insurance Company. | 0.50 | 72.50 |
| | HF | Receive and review returns of service for subpoenas issued to Carr, Riggs, & Ingram, LLC and Friona Industries, L.P. | 0.10 | 14.50 |
| | GMS | Prepare Trustee's motions to consolidate and abate, intervene, and enforce stay in two separate adversary proceedings; | 0.90 | 405.00 |
| | GMS | Multiple correspondences and telephone conferences with parties to the 2B Farms and AgTexas / Thorlakson adversary proceedings regarding motions to consolidate and abate, intervene, and enforce stay, and plan for proceeding; | 1.70 | 765.00 |
| | GMS | Correspondences regarding non-party subpoenas, including identification of insurers to be served with subpoenas, and plan for proceeding; | 0.20 | 90.00 |
| 05/16/2024 | HF | Receive and review returns of service for subpoenas issued to Cactus Feeders Finance, LLC and Cactus Operating, LLC. | 0.10 | 14.50 |
| | HF | Communications with process server re service attempt on Focus Management Group. | 0.10 | 14.50 |
| | GMS | Multiple correspondences and telephone conferences with parties to the 2B Farms and AgTexas / Thorlakson adversary proceedings regarding motions to consolidate and abate, intervene, and enforce stay, and plan for proceeding; | 0.50 | 225.00 |

QSLWM 0014

Case 23-20084-rlj7   Doc 315-1   Filed 12/09/24   Entered 12/09/24 17:27:22   Desc
Exhibit A   Page 15 of 18

Kent Ries, Chapter 7 Trustee of McClain Debtors

Page: 6
10/22/2024
Client No:  2322-0007M
Invoice No:  529352

Adversary Proceedings

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | GMS | Prepare Trustee's motions to consolidate abate, in the alternative motion to intervene, and further in the alternative motion to enforce stay in both 2B Farms adversary proceeding and Ag Texas and Thorlakson adversary proceeding; | 0.90 | 405.00 |
|  | GMS | Correspondences with Rabo's counsel and USDA claimants' counsel regarding Alternative Scheduling Order in Rabo adversary proceeding and next steps; | 0.20 | 90.00 |
|  | GMS | Prepare for and attend court-ordered docket call related to various pending motions; | 1.60 | 720.00 |
| 05/17/2024 | GMS | Correspondences with counsel for financial institution, USDA claims, and other parties regarding Trustee's draft motions to consolidate and abate, intervene, and enforce stay in 2B Farms and AgTexas and Thorlakson adversary proceedings; | 0.50 | 225.00 |
|  | GMS | Prepare Trustee's motions to consolidate and abate 2B Farms and AgTexas and Thorlakson adversary proceedings, and instruct regarding service of the motions; | 0.40 | 180.00 |
| 05/20/2024 | GMS | Correspondence from attorney for Grange Life Insurance regarding sale of company in 2018 and alleged lack of documents responsive to subpoena, and evaluate options to proceed; | 0.20 | 90.00 |
|  | GMS | Correspondences with Mechanics Bank's counsel regarding Trustee's motion to consolidate and abate 2B Farms and AgTexas / Thorlakson adversary proceedings and postponement of scheduled hearing on Mechanics Bank's motion to dismiss in 2BFarms adversary proceeding; | 0.20 | 90.00 |
|  | GMS | Prepare summary of communication with CFSB's counsel regarding subpoena for banking records of Debtor Entities and Debtor Affiliates, issues to be addressed including potential protective order for Debtor Affiliates and scope of document requests; | 0.50 | 225.00 |
| 05/21/2024 | GMS | Correspondences with 2B Farms and Robinsons and Banks' counsel regarding notice of hearing on Trustee's Motion to Consolidate and Abate; | 0.40 | 180.00 |
|  | GMS | Prepare notices of hearing in both 2BFarms and AgTexas / Thorlakson adversary proceeding on Trustee's pending motion to consolidate and abate; | 0.20 | 90.00 |
|  | GMS | Correspondence from Court Clerk regarding submission of proposed Order granting Trustee's motion to consolidated 2BFarms and AgTexas / Thorlakson adversary proceeding and evaluate next steps; | 0.20 | 90.00 |
| 05/22/2024 | GMS | Prepare draft Order Granting Motion to Consolidate 2BFarms and AgTexas / Thorlakson's adversary proceedings; | 2.10 | 945.00 |
|  | GMS | Review and analysis of docket sheets and prior pleadings in 2BFarms and AgTexas / Thorlakson's adversary proceedings to assist with preparation of proposed Order Granting Motion to Consolidate the adversary proceedings; | 0.70 | 315.00 |
| 05/23/2024 | GMS | Correspondence regarding uploaded proposed Orders to consolidate AgTexas / Thorlakson and 2B Farms adversary proceedings; | 0.10 | 45.00 |

Case 23-20084-rlj7   Doc 315-1   Filed 12/09/24   Entered 12/09/24 17:27:22   Desc
Exhibit A   Page 16 of 18

Kent Ries, Chapter 7 Trustee of McClain Debtors

Page: 7
10/22/2024
Client No:  2322-0007M
Invoice No:  529352

Adversary Proceedings

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/27/2024 | GMS | Prepare memorandum with summary of ▮▮▮▮▮▮▮▮▮▮▮▮ | 1.20 | 540.00 |
| 05/28/2024 | GMS | Prepare proposed Order Granting Trustee's Motion to Consolidate and Abate the 2B Farms Adversary proceeding and AgTexas and Thorlakson adversary proceeding; | 0.40 | 180.00 |
| 05/29/2024 | GMS | Correspondences related to ▮▮▮▮▮▮▮▮▮▮ | 0.20 | 90.00 |
| | GMS | Prepare proposed Order granting abatement of both 2B Farms and AgTexas and Thorlakson adversary proceedings; | 0.20 | 90.00 |
| 05/30/2024 | GMS | Perform research and evaluate options to ▮▮▮▮▮▮▮▮▮▮▮▮ | 1.60 | 720.00 |
| | GMS | Prepare proposed Orders granting Trustee's motions to abate in both AgTexas / Thorlakson and 2B Farms Adversary Proceedings; | 1.60 | 720.00 |
| 05/31/2024 | GMS | Correspondences from counsel for claimants Friona and Cactus Feeders regarding response and objection to subpoenas, and document production; | 0.20 | 90.00 |
| 06/05/2024 | GMS | Evaluate options to proceed based on various parties ▮▮▮▮▮▮▮▮▮▮▮▮ discovery objections; | 0.40 | 180.00 |
| 06/07/2024 | GMS | Prepare memorandum and notes to assist with hearing on Trustee's motion to consolidate and abate, intervene, and enforce stay in AgTexas / Thorlakson Adversary Proceeding and 2B Farms Adversary Proceeding; | 3.20 | 1,440.00 |
| | GMS | Review and analysis of all live pleadings in AgTexas / Thorlakson Adversary Proceeding and 2B Farms Adversary Proceeding to evaluate potential claims belonging to the Trustee and frame out argument as to which claims are property of the Estate; | 2.60 | 1,170.00 |
| 06/08/2024 | GMS | Prepare memorandum and notes to assist with hearing on Trustee's motion to consolidate and abate, intervene, and enforce stay in AgTexas / Thorlakson Adversary Proceeding and 2B Farms Adversary Proceeding; | 1.40 | 630.00 |
| | GMS | Review and analysis of all live pleadings in AgTexas / Thorlakson Adversary Proceeding and 2B Farms Adversary Proceeding to evaluate potential claims belonging to the Trustee and frame out argument as to which claims are property of the Estate; | 1.80 | 810.00 |
| 06/09/2024 | GMS | Review and analysis of plaintiffs and intervenors' response to motion to consolidate in the AgTexas and Thorlakson adversary proceeding; | 0.50 | 225.00 |
| 06/10/2024 | GMS | Prepare memorandum, notes, and demonstrative aid to assist with hearing on Trustee's motion to consolidate and abate, intervene, and enforce stay in AgTexas / Thorlakson Adversary Proceeding and 2B Farms Adversary Proceeding; | 1.10 | 495.00 |
| | GMS | Review and analysis of Rabo and Plaintiff's AgTexas and Thorlakson and | | |

Case 23-20084-rlj7   Doc 315-1   Filed 12/09/24   Entered 12/09/24 17:27:22   Desc
Exhibit A   Page 17 of 18

Page: 8
10/22/2024
Client No: 2322-0007M
Invoice No: 529352

Kent Ries, Chapter 7 Trustee of McClain Debtors

Adversary Proceedings

| Date | | Description | Hours | |
|---|---|---|---|---|
| | | Intervenors Responses to Trustee's Motion to Consolidate and Abate, Intervene, and Enforce Stay, and evaluate options to proceed; | 2.40 | 1,080.00 |
| | GMS | Correspondence with Rabo's counsel regarding subpoena served on Rabo and Rabo's objections and responses to the subpoena; | 0.20 | 90.00 |
| 06/14/2024 | GMS | Prepare demonstrative aid summarizing claims asserted in AgTexas and Thorlakson and 2B Farms Adversary Proceedings to assist with presentation of Trustee's Motion to Consolidate and Abate, and assertion that certain claims alleged belong to the Trustee; | 0.50 | 225.00 |
| | GMS | Telephone conference with defendant Shawn Ragland's counsel regarding Trustee's pending motion to consolidate and abate; | 0.10 | 45.00 |
| 06/16/2024 | GMS | Prepare demonstrative aid summarizing claims asserted in AgTexas and Thorlakson and 2B Farms Adversary Proceedings to assist with presentation of Trustee's Motion to Consolidate and Abate, and assertion that certain claims alleged belong to the Trustee; | 3.30 | 1,485.00 |
| | GMS | Perform legal research and review [REDACTED] | 0.90 | 405.00 |
| 06/17/2024 | GMS | Prepare demonstrative aid summarizing claims asserted in AgTexas and Thorlakson and 2B Farms Adversary Proceedings to assist with presentation of Trustee's Motion to Consolidate and Abate, and assertion that certain claims alleged belong to the Trustee; | 4.90 | 2,205.00 |
| | GMS | Prepare witness and exhibit lists in connection with Trustee's Motion to Consolidate and Abate, Intervene, or Enforce Stay; | 0.60 | 270.00 |
| | GMS | Perform legal research regarding [REDACTED] | 0.60 | 270.00 |
| | GMS | Review and analysis of AgTexas, Thorlakson, and Intervenors alleged "Reply" brief in connection with Trustee's Motion to Consolidate and Abate, Intervene, or Enforce Stay; | 0.30 | 135.00 |
| | GMS | Prepare Trustee's Reply brief in support of Motion to Consolidate and Abate, Intervene, or Enforce Stay; | 0.20 | 90.00 |
| 06/18/2024 | GMS | Prepare Reply brief in support of Trustee's Motion to Consolidate and Abate, and supporting exhibits including live pleadings charts; | 2.10 | 945.00 |
| | GMS | Correspondences with Rabo's counsel regarding status of proposed Agreed Scheduling Order in Rabo's adversary proceeding concerning priority of lien in relation to USDA Claimants; | 0.20 | 90.00 |
| 06/20/2024 | GMS | Telephone conferences regarding Trustee's Motion to Consolidate and Abate, and plan for proceeding; | 0.40 | 180.00 |
| 06/24/2024 | GMS | Telephone conference and correspondences regarding subpoena served on Community First State Bank, its objections and responses, and plan for proceeding; | 0.40 | 180.00 |

Case 23-20084-rlj7    Doc 315-1    Filed 12/09/24    Entered 12/09/24 17:27:22    Desc
Exhibit A    Page 18 of 18

Kent Ries, Chapter 7 Trustee of McClain Debtors

Page: 9
10/22/2024
Client No: 2322-0007M
Invoice No: 529352

Adversary Proceedings

|  |  |  | Hours |  |
|---|---|---|---|---|
|  | GMS | Review and analysis of non-party Community First State Bank's objections and responses to subpoena, and proposed rolling production of banking documents, and evaluate next steps; | 0.30 | 135.00 |
|  | GMS | Correspondence with non-party CFSB's counsel regarding its objections and responses to subpoena, request for rolling document production, and request for input related to certain issues previously raised by CFSB's counsel; | 0.20 | 90.00 |
| 06/28/2024 | GMS | Correspondence with CFSB's counsel regarding production of all remote detail for Debtor's account as requested in subpoena; | 0.20 | 90.00 |
|  | GMS | Evaluate options to proceed based on hearing on USDA Claimants' motion to remand and Court's pending ruling; | 0.20 | 90.00 |
|  |  | For Current Services Rendered | 93.80 | 39,404.00 |

Recapitulation

| Timekeeper | Hours | Hourly Rate | Total |
|---|---|---|---|
| Gregory M. Sudbury | 84.60 | $450.00 | $38,070.00 |
| Heather Ferrill | 9.20 | 145.00 | 1,334.00 |

Total Current Work                                            39,404.00

Balance Due                                                   $39,404.00

**NOTE: PLEASE REFERENCE THE CLIENT MATTER NO. WITH PAYMENT**