# INVOICE

**Jobe Law PLLC**
6060 N Central Expy
Ste 500
Dallas, TX 75206-5249

hjobe@jobelawpllc.com
+1 (214) 807-0563
www.jobelawpllc.com

**Bill to**
McClain FeedYard - Employment

**Invoice details**
Invoice no.: 1016
Invoice date: 11/15/2024
Due date: 12/15/2024

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 07/17/2024 | Prepare for and attend conference with counsel and accountants(.6); Attend second deposition of JY family members (1.3); Review and analysis of banking records and outstanding case documents needed(2.0); Several correspondence and conferences with parties on discovery matters and updates needed(1.7). (HJ) | 5.9 | $400.00 | $2,360.00 |
| 08/08/2024 | Review/revise employment materials and execute same(.5). (HJ) | 0.5 | $400.00 | $200.00 |
| | | | **Total** | **$2,560.00** |

# INVOICE

Jobe Law PLLC
6060 N Central Expy
Ste 500
Dallas, TX 75206-5249

hjobe@jobelawpllc.com
+1 (214) 807-0563
www.jobelawpllc.com

**Bill to**
McClain Feedyard - Investigation of Claims

**Invoice details**
Invoice no.: 1018
Invoice date: 11/15/2024
Due date: 12/15/2024

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 07/10/2024 | Review/revise LP engagement terms, follow up on same(.6). (HJ) | 0.6 | $400.00 | $240.00 |
| 07/15/2024 | Review documents and case issues in preparation for depositions of KY family members(1.6); Attend initial deposition(1.0); Review related documents to transfers and operations(.8); Attend second deposition of KY family members(1.0). (HJ) | 4.4 | $400.00 | $1,760.00 |
| 07/16/2024 | Review documents in preparation for Goad deposition and attend deposition(4.5); Review rabo discovery documents, respond to Rabo re same and objections thereto(1.2); Review and organize prior Rabo production(.9). (HJ) | 6.1 | $400.00 | $2,440.00 |
| 07/18/2024 | Call with LF re documents and financial analysis (1.0); Research and analysis of ▮▮▮▮▮▮(.8); Work on outline of outstanding documents(.7); Review updated DB records from LF(1.5). (HJ) | 4 | $400.00 | $1,600.00 |
| 07/19/2024 | Review and organize relevant file documents for transmission to LP for follow up on discovery matters and potential ▮▮▮▮▮▮ suits(2.2). (HJ) | 2.2 | $400.00 | $880.00 |
| 07/21/2024 | Review various issues and arguments concerning Rabo ▮▮▮▮▮▮ outline same for LP follow up(1.4). (HJ) | 1.4 | $400.00 | $560.00 |
| 07/23/2024 | Conference with litigation counsel on case background(.9); Lengthy review and outline of case background and documents for special counsel use of evaluating certain claims and parties(3.0). | 3.9 | $400.00 | $1,560.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/23/2024 | Review various documents related to FSLR claims, backup documentation, outstanding items needed, and cash tracing(1.7); Follow up with LF regarding same(.3); Further review and analysis of Rabo production, sorting of documents, and various outstanding documents and issues(2.0). (HJ) | 4.0 | $400.00 | $1,600.00 |
| 07/26/2024 | Review/revise Rabo Motion to Compel(.7). (HJ) | 0.7 | $400.00 | $280.00 |
| 07/30/2024 | Review Rabo discovery motion, prepare NOH and coordinate setting with parties(.7). (HJ) | 0.7 | $400.00 | $280.00 |
| 07/31/2024 | Additional review and analysis of Riley documents, outline search and tag terms, follow up with discovery review team on same(3.5). (HJ) | 3.5 | $400.00 | $1,400.00 |
| 08/01/2024 | Outline issues and instructions for Riley review/sort by invoice type, coordinate same with document review team(1.8). (HJ) | 1.8 | $400.00 | $720.00 |
| 08/02/2024 | Lengthy review and analysis of bank and accounting firm productions, outstanding bank and accounting firm discovery, and related case documents(3.0); Follow up with accountants and counsel on same(.2) (HJ) | 3.2 | $400.00 | $1,280.00 |
| 08/05/2024 | Coordinate amended setting on Rabo discovery motion, prepare amended NOH(.5); Continue working with parties on Rabo review and discover dispute issues(2.0). (HJ) | 2.5 | $400.00 | $1,000.00 |
| 08/07/2024 | Several correspondence and conferences with parties on Rabo and Carr Riggs discovery materials(1.5). (HJ) | 1.5 | $400.00 | $600.00 |
| 08/08/2024 | Review outline of Rabo production, review Rabo materials, and outline additional items to add for Rabo discovery(1.5); Continue review and analysis of Riley production and information relevant to purchases and sales(2.0); Update discovery index on same(.9); Several correspondence and conferences with parties on outstanding discovery issues(1.0). (HJ) | 5.4 | $400.00 | $2,160.00 |
| 08/09/2024 | Review documents in preparation for conference with discovery review team on outstanding discovery review(.5); Conference with parties on same(.7). (HJ) | 1.2 | $400.00 | $480.00 |
| 08/14/2024 | Review lengthy draft LP memo on possible claims and related issues(.5); Review prior briefing and prepare updated analysis of various issues in connection with ▮▮▮▮▮ claims(2.0); Conference and correspondence ▮▮▮▮▮ ▮▮▮▮▮ issues(.5); Conference with Trustee on various case issues (.5). (HJ) | 3.5 | $400.00 | $1,400.00 |
| 08/15/2024 | Review ▮▮▮▮▮ emails with counsel on same(.5). (HJ) | 0.5 | $400.00 | $200.00 |
| 08/16/2024 | Initial review of probate pleadings and analysis of potential claims/issues(1.5); Initial review of indexed | 2.5 | $400.00 | $1,000.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| | Riley production, conference with document review team on same(1.0). (HJ) | | | |
| 08/19/2024 | Review correspondence with Rabo related to discovery, review prior PO's and related case issues, follow up with Rabo counsel on same(.8); Follow up with Lovell re protective order(.3); Review case issues in preparation for conference with trustee(1.0); Conference with Trustee on case issues(1.0). (HJ) | 3.1 | $400.00 | $1,240.00 |
| 08/20/2024 | Review Riley documents and Rabo documents related to LP review(1.5); Revise index and loading list for DISCO program, coordinate same with parties(.9). | 2.4 | $400.00 | $960.00 |
| 08/21/2024 | Review and analysis of ▮▮▮▮ documents and legal analysis of claims, including ▮▮▮▮ issues(1.2); Research and compile legal briefing on standing, ▮▮▮▮ ▮▮▮▮ ▮▮▮▮ issues(3.0); Conference with counsel and accountants on ▮▮▮▮ claims(1.0). (HJ) | 5.2 | $400.00 | $2,080.00 |
| 08/26/2024 | Review case materials related to cash tracing and accounting firm issues in preparation for conference with counsel and LF on same(1.5); Attend conference with counsel and LF re possible claims involving ▮▮▮▮ ▮▮▮▮ and avoidance claims(1.0). (HJ) | 2.5 | $400.00 | $1,000.00 |
| 08/27/2024 | Review Riley sorting, outline items for follow up(1.0); Conference with document review team on Riley documents and issues(.5). (HJ) | 1.5 | $400.00 | $600.00 |
| 08/29/2024 | Outline items for Riley invoice input on sales from Debtor to Riley, prepare example spreadsheet and format example(1.0) (HJ) | 1 | $400.00 | $400.00 |
| 08/30/2024 | Review designated Riley invoices on sales from McClain, coordinate data entry of selected invoice information for further analytics(1.5); Conference with LF on ▮▮▮▮▮▮▮▮▮▮▮▮ analysis(1.0).(HJ) | 2.5 | $400.00 | $1,000.00 |
| 08/30/2024 | Data entry of Riley Invoices (CS) | 4.9 | $125.00 | $612.50 |
| | Total | | | $29,332.50 |

# INVOICE

**Jobe Law PLLC**
6060 N Central Expy
Ste 500
Dallas, TX 75206-5249

hjobe@jobelawpllc.com
+1 (214) 807-0563
www.jobelawpllc.com

**Bill to**
McClain FeedYard - Employment

**Invoice details**
Invoice no.: 1020
Invoice date: 11/15/2024
Due date: 12/15/2024

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 10/02/2024 | Review/revise ▇▇▇▇▇▇▇.5); Analysis of claims(1.0); Pull claims register and damages analysis(1.0); Review items and issues in preparation for conference on ▇▇▇▇▇▇ and attend conference with parties on same(1.4).(HJ) | 3.9 | $400.00 | $1,560.00 |
| 09/03/2024 | Data Entry Riley Invoices(CS) | 2.7 | $125.00 | $337.50 |
| 09/06/2024 | Data Entry Riley Invoices(CS) | 1.3 | $125.00 | $162.50 |
| | | | **Total** | **$2,060.00** |

# INVOICE

**Jobe Law PLLC**
6060 N Central Expy
Ste 500
Dallas, TX 75206-5249

hjobe@jobelawpllc.com
+1 (214) 807-0563
www.jobelawpllc.com

**Bill to**
McClain Feedyard - Investigation of Claims

**Invoice details**
Invoice no.: 1021
Invoice date: 11/15/2024
Due date: 12/15/2024

| Date | Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 09/17/2024 | Continue review and analysis of voluminous cattle buyer production and data, analysis of same with respect to ▇▇▇ 2.0); Review demand letter and various issues associated with accounting firm lawsuit, prepare comments thereto and work with parties on further investigation ▇▇▇ ▇▇ issues(3.0).(HJ) | 5 | $400.00 | $2,000.00 |
| 09/02/2024 | Continue working on input/revisions/analysis of voluminous cattle buyer data and spreadsheets(5.0); Correspondence and conferences with parties on discovery and pending litigation issues(1.5); Review/revise Motion to Compel on Rabo discovery issues and outline exhibits and issues for hearing on same(1.6); Conference and correspondence with parties on discovery issues(1.4). (HJ) | 9.5 | $400.00 | $3,800.00 |
| 09/03/2024 | Data Entry Riley Invoices(CS) | 6.2 | $125.00 | $775.00 |
| 09/04/2024 | Review additional Riley documents and data entry, outline additional items for entry and processing(1.2); Review issues with Rabo production and several correspondence with parties negotiating same(1.0). (HJ) | 2.2 | $400.00 | $880.00 |
| 09/04/2024 | Data Entry Riley Invoices(CS) | 5.3 | $125.00 | $662.50 |
| 09/05/2024 | Review and preparation of various voluminous discovery documents for transmission to LP for document review on lender and accounting firm claims(2.0); Several lengthy correspondence and conferences with parties on same(1.2); Initial review and outline of exhibits for contested discovery hearing with Rabo(1.5).(HJ) | 4.7 | $400.00 | $1,880.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/05/2024 | Data Entry Riley Invoices(CS) | 6.5 | $125.00 | $812.50 |
| 09/06/2024 | Research and analysis of ▓▓▓▓▓ issues related to b▓▓▓▓▓ analysis(1.8); Continue review and analysis of voluminous Riley documents(2.0); Review Rabo production documents and issues, continue input and analysis of same(1.6); Review and summarize Rabo production including screenshot of production(1.4); Several correspondence and conferences summarizing various Rabo objections and discovery issues(1.5); Coordinate finalizing W&E list items for Rabo discovery hearing(1.0).(HJ) | 9.3 | $400.00 | $3,720.00 |
| 09/06/2024 | Data Entry Riley Invoices(CS) | 2.3 | $125.00 | $287.50 |
| 09/08/2024 | Review and revise Reply brief on Rabo discovery issues, draft additional arguments on same(1.5).(HJ) | 1.5 | $400.00 | $600.00 |
| 09/09/2024 | Further review and analysis of initial Rabo production and issues with same(3.2); Outline and analysis of issues and arguments for upcoming hearing on Rabo discovery issues and arguments for Reply brief, coordinate same with counsel and parties (1.2).(HJ) | 4.4 | $400.00 | $1,760.00 |
| 09/09/2024 | Data Entry Riley Invoices(CS) | 3.7 | $125.00 | $462.50 |
| 09/10/2024 | Coordinate final revisions to Reply brief and preparation for hearing on contested Rabo discovery issues(2.0).(HJ) | 2 | $400.00 | $800.00 |
| 09/10/2024 | Further review of documents and preparation for contested hearing on Rabo discovery(1.8); Attend docket call and hearing on same(2.0); Post-hearing outline and analysis of items for further briefing(1.3).(HJ) | 5.1 | $400.00 | $2,040.00 |
| 09/11/2024 | Data Entry Riley Invoices(CS) | 3.2 | $125.00 | $400.00 |
| 09/12/2024 | Further review of outstanding discovery issues with Rabo and coordination of research and preparation of additional briefing on same(1.2). (HJ) | 1.2 | $400.00 | $480.00 |
| 09/12/2024 | Data Entry Riley Invoices(CS) | 3.2 | $125.00 | $400.00 |
| 09/13/2024 | Data Entry Riley Invoices(CS) | 3.7 | $125.00 | $462.50 |
| 09/16/2024 | Review ▓▓▓▓ nalysis, prepare comments thereto for follow up(.4); Review/revise letter brief on Rabo discovery issues(.6).(HJ) | 1 | $400.00 | $400.00 |
| 09/17/2024 | Data Entry Riley Invoices(CS) | 1.1 | $125.00 | $137.50 |
| 09/18/2024 | Data Entry Riley Invoices(CS) | 4.7 | $125.00 | $587.50 |
| 09/19/2024 | Data Entry Riley Invoices(CS) | 2.2 | $125.00 | $275.00 |
| 09/20/2024 | Further review of voluminous Rabo document production(1.2); Several correspondence and conferences with parties related to same(.8).(HJ) | 2 | $400.00 | $800.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 09/20/2024 | Data Entry Riley Invoices(CS) | 4.3 | $125.00 | $537.50 |
| 09/24/2024 | Data Entry Friona Invoices(CS) | 1.7 | $125.00 | $212.50 |
| 09/25/2024 | Continue review and analysis of voluminous document production related to ▮▮▮ data, analysis of ▮▮▮ data, and ▮▮▮▮▮▮y(3.0).(HJ) | 3 | $400.00 | $1,200.00 |
| 09/25/2024 | Data Entry Friona Invoices(CS) | 3.9 | $125.00 | $487.50 |
| 09/26/2024 | Continue review and analysis of cash tracing and potential lender claims and related claims against ▮▮▮▮▮▮▮(2.5); Review ▮▮▮▮▮ production for ▮▮▮▮▮▮▮(2.0); Update discovery analysis related to same(.5).(HJ) | 5 | $400.00 | $2,000.00 |
| 09/27/2024 | Continue review and analysis of C▮▮▮▮▮ production and related file materials for evidence of ▮▮▮▮▮▮▮(2.2); Review and analysis of cited ▮▮▮▮▮▮▮▮▮▮▮(1.8); Outline findings and comments for use by ▮▮▮▮▮(1.0).(HJ) | 5 | $400.00 | $2,000.00 |
| 09/30/2024 | Continue review and analysis of ▮▮▮▮▮s production and related file materials for evidence of ▮▮▮▮▮▮▮(2.2); Review and analysis of cited ▮▮▮▮▮▮▮▮▮▮▮(1.8); Outline findings and comments for use by ▮▮▮▮▮(1.1).(HJ) | 5.1 | $400.00 | $2,040.00 |
| 09/30/2024 | Data Entry Friona Invoices(CS) | 3.8 | $125.00 | $475.00 |
| 10/01/2024 | Continue working on trucking summary analysis and review(2.0).(HJ) | 2 | $400.00 | $800.00 |
| 10/01/2024 | Trucking Invoices Data Entry (CS) | 4.5 | $125.00 | $562.50 |
| 10/02/2024 | Trucking Invoices Data Entry (CS) | 5.2 | $125.00 | $650.00 |
| 10/03/2024 | Continue research and investigation of issues regarding potential claims against ▮▮▮▮▮▮▮, conference with parties on same(2.0).(HJ) | 2 | $400.00 | $800.00 |
| 10/03/2024 | Trucking Invoices Data Entry (CS) | 6.2 | $125.00 | $775.00 |
| 10/07/2024 | Trucking Invoices Data Entry (CS) | 2.5 | $125.00 | $312.50 |
| 10/08/2024 | Trucking Invoices Data Entry (CS) | 2.7 | $125.00 | $337.50 |
| 10/09/2024 | Trucking Invoices Data Entry (CS) | 4.8 | $125.00 | $600.00 |
| 10/14/2024 | Trucking Invoices Data Entry (CS) | 0.8 | $125.00 | $100.00 |
| 10/15/2024 | Trucking Invoices Data Entry (CS) | 4.2 | $125.00 | $525.00 |
| 10/16/2024 | Trucking Invoices Data Entry (CS) | 2.3 | $125.00 | $287.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 10/17/2024 | Review and analysis of arguments and issues in Rabo MSJ on Dealer Trust Claim, follow up with Trustee with comments thereto(1.0).(HJ) | 1 | $400.00 | $400.00 |
| 10/17/2024 | Trucking Invoices Data Entry (CS) | 0.4 | $125.00 | $50.00 |
| 10/21/2024 | Outline voluminous discovery materials for further review and analysis(1.0).(HJ) | 1 | $400.00 | $400.00 |
| 10/23/2024 | Trucking Invoices Data Entry (CS) | 2.1 | $125.00 | $262.50 |
| 10/24/2024 | Lengthy outline and analysis of various outstanding case items(1.0); Conference with accountants and litigation counsel on same(.6).(HJ) | 1.6 | $400.00 | $640.00 |
| 10/30/2024 | Trucking Invoices Data Entry (CS) | 2.6 | $125.00 | $325.00 |
| 10/31/2024 | Trucking Invoices Data Entry (CS) | 4.7 | $125.00 | $587.50 |
| | **Total** | | | **$41,790.00** |