| | | |
|---|---|---|
| 11605 NW 140 ST.<br>Aluchua , FL 32615-6435 | 2B Farms, a Texas General Partnership, and T<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>P.O. Box 2547<br>Lubbock, TX 79408-2547 | 2B Farms, Inc.<br>9012 County Rd. 3114<br>Snyder, TX 79549-1318 |
| 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 | Acey Livestock, LLC<br>211 Old Orchard Road<br>Perryville, KY 40468-9782 | Ag Texas Farm Credit Services<br>PO Box 50060<br>Amarillo, TX 79159-0060 |
| AgTexas, PCA<br>2001 S. Soncy Road<br>Amarillo, TX 79124-2407 | AJ JACQUES LIVING TRUST<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | Amy Sutton<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Angela D. Robinson<br>c/o Todd J. Johnston<br>McWhorter, Cobb & Johnson, LLP<br>P.O. Box 2547<br>Lubbock, TX 79408-2547 | Angela Powell<br>86 B Commerce Blvd.<br>Benton, KY 42025-1110 | Arnold Braun of the Arnold Braun Trust<br>4932 E. SR 70<br>Grandview, IN 47615-9620 |
| Arnold Braun Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Atten: David L. LeBas<br>Naman Howell Smith & Lee<br>Attorneys at Law<br>8310 N. Capital of Texas Hwy<br>Ste 490<br>Austin, TX 78731-1081 | Bar D Ranch Land & Cattle, LLC<br>4458 South US Highway 441<br>Lake City, FL 32025-0306 |
| Big Seven Capital Partners LLC<br>200 Rock Vista Run<br>Austin, TX 78737-2843 | Bo Robinson<br>9397 County Rd. 3114<br>Snyder, TX 79549-1379 | Bryan Blackman<br>4553 Texas Street<br>Healdton, OK 73438-2906 |
| Bryan Blackman<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | BUSS FAMILY TRUST<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | C Heart Ranch, LLC<br>454 Daniels Lane<br>Ardmore, OK 73401-5304 |
| Cactus Operating LLC<br>Robert M Kettle, Agent<br>600 S. TYLER ST., SUITE 280<br>Amarillo, TX 79101-2353 | Caleb Little<br>672 Nelson Trl.<br>Dexter, KY 42036-9402 | Carl Pickett<br>524 Travis Street<br>Liberty, TX 77575 |
| Carol Bosshardt<br>3925 NW 151st Way<br>Newberry , FL 32669 | Carr, Riggs, & Ingram, LLC<br>2424 Louisiana Blvd. NW Suite 300<br>Albuquerque, NM 87110 | Carraway Cattle<br>200 Rock Vista Run<br>Austin, TX 78737-2843 |
| Caterpillar Financial Services<br>John R. Nelson<br>Dickinson Wright PLLC<br>221 N. Kansas St., Suite 200<br>El Paso, TX 79901-1443 | Caterpillar Financial Services<br>Michelle D. Esparza<br>Dickinson Wright PLLC<br>221 N. Kansas St., Suite 2000<br>El Paso, TX 79901-1472 | CATERPILLAR FINANCIAL SERVICES CORPORATION<br>2120 WEST END AVENUE<br>NASHVILLE, TN 37203-5341 |

Caterpillar Financial Services
Corporation
c/o Dickinson Wright PLLC
Attention: John Nelson
607 W. 3rd Street, Ste. 2500
Austin, TX 78701-4713

Charles Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Chelsea Waters McClain
824 Mullins Lane
Benton, KY 42025-4702

Clint Quarles
Kentucky Department of Agriculture
105 Corporate Drive
Frankfort, KY 40601-8332

Cody L. Simmons
P.O. Box 180
Canyon, TX 79015-0180

Colby Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Cole Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Colton Long
2001 S. Soney Road
Amarillo, TX 79124-2407

COMMUNITY FINANCIAL SERVICES BANK
ATTN ATTN LOSS MITIGATION
P O BOX 467
BENTON, KY 42025-0467

Community Financial Services Bank
221 W 5th Street
Benton, KY 42025

Cory and Jeff Jesko
3970 FM 1057
Hereford, TX 79045-7322

Cory Don Priest
899 Rosenthal Road
Lorena, TX 76655-9665

Craig & Amy Sutton
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Crystal McClain
c/o Marcus H. Herbert
Attorney at Law
416 South 5th Street
Paducah, KY 42003-1530

Curtis Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Curtis Jones Farms LLC
1720W. 13th Ave.
Emporia, KS 66801-5659

David Hines
12609 NW 298th St.
High Springs, FL 32643-4911

David Rainey
88 CR 640
Corinth, MS 38834

Death Creek Farms LLC
10150 Highway 47
West Point, MS 39773-4802

Dennis Buss
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Don Jones
1720 W. 13th Ave.
Emporia, KS 66801-5659

Don Jones Farm, Inc.
2434 Road Y
Reading, KS 66868-9006

Don Jones Trucking, Inc.
2434 Road Y
Reading, KS 66868-9006

Dora Blackman
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Douglas C. Pritchett
19601 FM 1541
Canyon, TX 79015-6387

Douglas Finley
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Dr. Arnold Braun
4932 E. SR 70
Grandview, IN 47615-9620

Dustin Johnson
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Dwight and Patty Jesko
3970 FM 1057
Hereford, TX 79045-7322

Dwight Jesko
112 Rr 5/ 3970 FM 1057
Hereford, TX 79045

Eddie Bryant
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Eddie Stewart
1571 Upper Zion Road
Brownsville, TN 38012-8064

Eric DeJarnett
1115 County Road 1024
Cunningham, KY 42035-9309

Euler Hemes N. A. Insurance Co. as Agent fo
800 Red Brook Blvd, #400C
Ownings Mills, MD 21117-5173

First Capital Bank of Texas
3900 Soncy Road
Amarillo, TX 79119-6673

First Kentucky Bank
C/O Tom Blankenship
PO Box 571
Blankenship & Edwards
Benton, KY 42025-0571

First Kentucky Bank, Inc.
605 Main Street
Benton, KY 42025-1236

Friona Industries, L.P.
500 S. Taylor Street, Suite 601
Amarillo, TX 79101-2447

FRONTIER FARM CREDIT
PO BOX 2409
OMAHA, NE 68103-2409

Frontier Farm Credit
2009 Vanesta Place
Manhattan, KS 66503

Garwood Cattle Company LLC
2538 Middleton Road
Columbiana, OH 44408-9550

Gary Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Gene Brookshire Family, LP
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

GRAY BROTHERS
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

GUNGOLL CATTLE CO., LLC
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Hines Cattle Company, LLC
12609 NW 298th St.
High Springs, FL 32643-4911

Hines Farms, LLC
1019 NE 90th Ave.
High Springs, FL 32643-5121

J. Brent Burnett
1612 Sanderson Rd.
Mayfield, KY 42066-9108

Jake Rininger
2828 S. Co. Rd. 200 W.
Rockport, IN 47635-8252

Jan Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Janet Van Buskirk
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

JANICE E. LAWHON
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Jared Lesh
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Jared Wayne Lesh
10801 E. Highway 82
Whitesboro, TX 76273

Jed Goad
JLE Trucking, Inc.
PO Box 451
Red Boiling Springs, TN 37150-0451

Jim Rininger
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Jimmy D. Greer
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Joel Brookshire
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

John Dale Tidwell
209 Duffers Ln
Mayfield, KY 42066-1201

John Massouh
Sprouse Shrader Smith PLLC
Box 15008
Amarillo, TX 79105-5008

| | | |
|---|---|---|
| Jordan and Jan Lesh<br>10400 N. Perkins Road<br>Stillwater, OK 74075-1860 | Jordan Lesh, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Joseph Donelson Jones II<br>39551CR 439<br>Umatilla, FL 32784 |
| Julie Whitlock<br>P.O. Box 389<br>Mayfield, KY 42066-0029 | Justin Stuever<br>P.O. Box 22<br>Morrison, OK 73061-0022 | Keeling Cattle Feeders, Inc.<br>PO Box 1853<br>Hereford, TX 79045-1853 |
| Keith Harris Farms, Inc.<br>703 Waller Cemetery Road<br>Benton, KY 42025-4770 | Kenneth Netardus<br>P.O. Box 3280<br>Amarillo, TX 79116-3280 | Kent David Ries<br>Kent Ries, Trustee<br>PO Box 3100<br>Amarillo, TX 79116-3100 |
| Kentucky Department of Agriculture<br>105 Corporate Drive<br>Frankfort, KY 40601-8332 | Kinsey Jones<br>30308 S. Carlson Rd.<br>Reading, KS 66868-9055 | Kinsey Jones<br>1720 W. 13th Ave.<br>Emporia, KS 66801-5659 |
| Lazy J. Cattle<br>1515 W. 80th Street<br>Stillwater, OK 74074 | Leah Gungoll<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Lesh Family Trust<br>19700 County Road 200<br>Perry, OK 73077-8530 |
| Lesh Family Trust<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Lesh Trucking<br>10400 N. Perkins Rd.<br>Stillwater, OK 74075-1860 | Lyndal Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |
| Lyndal Vanbuskirk<br>P.O. Box 778<br>Ringling, OK 73456-0778 | MAP Enterprises Inc.<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 | MAP Enterprises, Inc.<br>c/o Jeff P Prostok<br>777 Main Street, Suite 1550<br>Fort Worth, TX 76102-5384 |
| Mark J. Reisz<br>1631 McLucas Lane<br>The Villages, FL 34762 | Max Ralph Tarbox<br>Tarbox Law, P.C.<br>2301 Broadway<br>Lubbock, TX 79401-2916 | Meagan B. Goad<br>1775 Wadesboro Rd. S<br>Benton, KY 42025-4777 |
| Mechanics Bank<br>18400 Von Karman Avenue<br>Suite 1100<br>Irvine, CA 92612-0517 | MICHAEL & MIRANDA EVANS<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | Michael Gourley<br>P.O. Box 1045<br>Mayfield, KY 42066-0041 |
| Michael Johnson<br>Ray Quinney and Nebeker, P.C.<br>36 South State Street<br>Suite 1400<br>Salt Lake City, UT 84111-1451 | Miranda Evans<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Morrison Cafe, LLC<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 |

Mykel Linn Tidwell
66 Lake Terry Dr.
Mayfield, KY 42066-6982

Nikki Lockwood
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Northland Capital Financial
Services, LL
P.O. Box 7278
Saint Cloud, MN 56302-7278

Northland Capital Financial
Services, LLC
c/o Jenkins & Kling, P.C.
150 N. Meramec Ave., Suite 400
St. Louis
St. Louis, MO 63105 United States

Northland Capital Financial
Services, LLC
333 33rd Ave South
St. Cloud, MN 56301-5495

Oklahoma AgCredit
601 East Kenosha
Broken Arrow, OK 74012-2002

Open A Arena LLC
14500 S. Fm 1258
Amarillo, TX 79118-4610

Patty Priest
899 Rosenthal Road
Lorena, TX 76655-9665

Phillip Sullivan
396 Neeley Rd
Mayfield , KY 42066

Priest Cattle and Land Company,
Inc.
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Cattle Company, Ltd
899 Rosenthal Road
Lorena, TX 76655-9665

Priest Victory Investment LLC
899 Rosenthal Road
Lorena, TX 76655-9665

Producers Credit Corporation
8351 N. High Street, Suite 250
Columbus, OH 43235-1440

Rabo Agrifinance LLC
1402 Technology Parkway
Cedar Falls, IA 50613

Rabo Agrifinance LLC
146.76 Outer 40 Road Ste. 400
Chesterfield, MO 63017

Rachel E. Barr
8310 N. Capital of Texas Highway
Ste. 490
Austin, TX 78731

Rapp Ranch
400 Smith Trail
Weatherford, TX 76088-1606

Rick Rodgers
786 Sutton Ln.
Mayfield, KY 42066-6551

Riley Livestock
250 Brittian Lane
Mayfield, KY 42066-4617

Riley Livestock, Inc.
Attn: Mary Ann Hunter
P.O. Box 663
Mayfield, KY 42066-0033

Robbie Russell
414 Preston Drive
Brownsville, TN 38012-2468

Robert & Rachel Stewart
Lane & Countryman
1045 Cheever Blvd.
Ste. 103
San Antonio, TX 78217-6223

Robert Braun
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

ROBERT E. GRAY
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

ROBERT SPRING
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

RONNIE GRAY
C/O JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

Samuel S. Brown
3430 St. Rt 45 S
Mayfield, KY 42066-6135

Scarlet & Black Cattle, LLC
5402 Walesa Court
Amarillo, TX 79119-6285

Scarlet and Black Cattle, LLC
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

Scott Livestock Company, Inc.
c/o John Massouh
PO Box 15008
Amarillo, TX 79105-5008

| | | |
|---|---|---|
| Shaw & Shaw Farms Partnership, LLC<br>11605 NW 140 St.<br>Alachua, FL 32615-6435 | SHERLE LOCKWOOD<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 | Sherman Trucking<br>2098 Symsonia Highway<br>Benton, KY 42025-5253 |
| Spencer Clift<br>BAKER, DONELSON, BEARMAN, CALDWELL & BER<br>165 Madison Ave.<br>Memphis, TN 38103-2799 | Stanley Ayers<br>6200 Ross Rd.<br>Rockford, OH 45882-9523 | STEVE RYAN<br>C/O JOHN MASSOUH<br>PO BOX 15008<br>AMARILLO, TX 79105-5008 |
| Steve T Scott Farm, Inc.<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Steve T. Scott Farms, Inc.<br>10150 Highway 47<br>West Point, MS 39773-4802 | Steven Hines<br>12609 NW 298th St.<br>High Springs, FL 32643-4911 |
| Steven L. Hoard<br>Mullin Hoard & Brown, LLP<br>500 S. Taylor79101,<br>Suite 800<br>Amarillo National Bank Plaza II<br>Amarillo, TX 79101 | Susan Van Buskirk<br>c/o John Massouh<br>PO Box 15008<br>Amarillo, TX 79105-5008 | Takeuchi Financial Services,<br>a program of Bank of the West<br>1625 West Fountainhead Parkway,<br>AZ-FTN-1<br>Temp e, AZ 85282-2371 |
| Terry Burnett<br>210 Bethel Church Rd<br>Melber, KY 42069-8826 | TGF Ranch<br>1585 E M-79 Hwy<br>Hastings, MI 49058-8895 | Thomas C. Riney<br>Underwood Law Firm, P.C.<br>500 S. Taylor, Suite 1200<br>Amarillo, TX 79101-2446 |
| Thorlakson Diamond T Feeders, LP<br>P.O. Box 10040<br>Airdrie AB T4A0H4 | Thorlakson Feedyards<br>273131 Rr 284<br>Airdrie, Alberta, T4A 0H4 Canada | Tom Blankenship<br>PO Box 571<br>909 Main Street<br>Benton, KY 42025-1425 |
| United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | W. Heath Hendricks<br>UNDERWOOD LAW FIRM<br>500 S. Taylor Street Ste. 1200<br>Amarillo, TX 79101-2401 | W. Robbie Russell Living Trust<br>414 Preston Drive<br>Brownsville, TN 38012-2468 |
| Wildforest Cattle Company LLC<br>1206 Paris Road<br>Mayfield, KY 42066-4989 | Wiley Russell Jr.<br>414 Preston Drive<br>Brownsville, TN 38012-2468 | WJ Performance Horses<br>650 FM 163<br>Cleveland , TX 77327 |
| WJ Performance Horses, Inc.<br>524 Travis Street<br>Liberty, TX 77575-4824 | | |

AJ JACQUES LIVING TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Andrew Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

ARNOLD BRAUN TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Barry Phillips
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Big Seven Capital Partners LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

BJM Sales & Service
PO Box 1073
Hereford, TX 79045-1073

Bryan Blackman
4553 Texas Street
Healdton, OK 73438-2906

Cactus Feeders Finance LLC
PO Box 3050
Amarillo, TX 79116-3050

Canyon Rim Consulting, LLC
301 S Polk St., Ste 815
Amarillo, TX 79101-1408

Carraway Cattle, LLC
C/o Amber Miller
Crenshaw, Dupree & Milam, LLP
P.O. Box 64479
Lubbock, TX 79464-4479

Citizens Bank NA
c/o Brady Law Firm
6136 Frisco Square Blvd., Suite 400
Frisco, TX 75034-3251

COLBY VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Cory Don Priest
6010 East FM 597
Abernathy, TX 79311-5424

CRAIG SUTTON
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

GARY LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

GENE BROOKSHIRE FAMILY, LP
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Heartland Co-op
2829 Westown Parkway, Suite 350
West Des Moines, IA 50266-1340

JAN LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JANET VAN BUSKIRK
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JARED LESH
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Jared Lesh Cowhorses Inc.
10801 E. Highway 82
Whitesboro, TX 76273

Jimmy D. Greer
3209 Wrather Rd.
Murray, KY 42071-7417

Joe Burnett
187 Peachtree Rd
Melber, KY 42069-8824

JOEL BROOKSHIRE
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

JORDAN LESH, LLC
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

Kinsey Moreland
c/o Boerner, Dennis & Franklin
P.O. Box 1738
Lubbock, TX 79408-1738

LainFaulkner
400 N St. Paul, Ste 600
Dallas, TX 75201-6897

Lazy J Arena, LLC
1419 W. 80th Street
Stillwater, OK 74074-8164

LEAH GUNGOLL
c/o JOHN MASSOUH
PO BOX 15008
AMARILLO, TX 79105-5008

LESH FAMILY TRUST
c/o Abel Leal
SIMMONS SMITH BROWN, PLLC
400 13th Street
PO Box 180
Canyon, TX 79015-0180

```
LYNDAL VAN BUSKIRK              Meagan B. Goad                      MIRANDA EVANS
c/o Abel Leal                   c/o Boerner, Dennis & Franklin      c/o Abel Leal
SIMMONS SMITH BROWN, PLLC       P.O. Box 1738                       SIMMONS SMITH BROWN, PLLC
400 13th Street                 Lubbock, TX 79408-1738              400 13th Street
PO Box 180                                                          PO Box 180
Canyon, TX 79015-0180                                               Canyon, TX 79015-0180


MORRISON CAF LLC                Philip E. Rapp                      Priest Cattle and Land Company,
c/o Abel Leal                   Eggleston King Davis, LLP           Inc.
SIMMONS SMITH BROWN, PLLC       102 Houston Avenue, Suite 300       6010 East FM 597
400 13th Street                 Weatherford, TX 76086-4369          Abernathy, TX 79311-5424
PO Box 180
Canyon, TX 79015-0180


Priest Victory Investment LLC   Purina Animal Nutrition LLC         Quilling, Selander, Lownds,
6010 East FM 597                4001 Lexington Avenue North         Winslet & Moser
Abernathy, TX 79311-5424        Arden Hills, MN 55126-2998          2001 Bryan Street, Ste 1800
                                                                    Dallas, TX 75201-3070


Richard Carraway                Ridgefield Capital Group, LLC       ROBERT BRAUN
C/o Amber Miller                C/o Amber Miller                    c/o Abel Leal
Crenshaw, Dupree & Milam, LLP   Crenshaw, Dupree & Milam, LLP       SIMMONS SMITH BROWN, PLLC
P.O. Box 64479                  P.O. Box 64479                      400 13th Street
Lubbock, TX 79464-4479          Lubbock, TX 79464-4479              PO Box 180
                                                                    Canyon, TX 79015-0180


Robert Ellis                    RONNIE GRAY                         SCARLET AND BLACK CATTLE, LLC
C/o Amber Miller                c/o Abel Leal                       c/o Abel Leal
Crenshaw, Dupree & Milam, LLP   SIMMONS SMITH BROWN, PLLC           SIMMONS SMITH BROWN, PLLC
P.O. Box 64479                  400 13th Street                     400 13th Street
Lubbock, TX 79464-4479          PO Box 180                          PO Box 180
                                Canyon, TX 79015-0180               Canyon, TX 79015-0180


Scott Stewart                   STEVE T SCOTT FARM, INC.            SUSAN VAN BUSKIRK
C/o Amber Miller                c/o Abel Leal                       c/o Abel Leal
Crenshaw, Dupree & Milam, LLP   SIMMONS SMITH BROWN, PLLC           SIMMONS SMITH BROWN, PLLC
P.O. Box 64479                  400 13th Street                     400 13th Street
Lubbock, TX 79464-4479          PO Box 180                          PO Box 180
                                Canyon, TX 79015-0180               Canyon, TX 79015-0180
```

**The following Trust Claimant's are NOT listed as creditors of the bankruptcy estates.**

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| JoAnn & Keith Brooks d.b.a. Brooks Farms | 4778 Albert Owens Road | South Fulton | TN | 38257 |
| Starnes Cattle (Jeff Starnes) | 851 SW 6th Ave | Williston | FL | 32696 |
| Barrett's Livestock Inc. | 251 W Laurens School Rd | Dublin | GA | 31021 |
| Ralph Reisz | 4062 Keller Road | Owensboro | KY | 42301 |
| Jean Nix | P.O. Box 1527 | Mont Belvieu | TX | 77580 |
| Tindal Truck Sales (John Tindal) | 3484 State Route 45N | Mayfield | KY | 42066 |
| Audy Spell (University of Florida) | P.O. Box 110910 | Gainesville | FL | 32611 |
| Jace Harrold | 650 FM 163 | Cleveland | TX | 77327 |
| David Johnson | P.O. Box 180 | Canyon | TX | 79015 |
| DAC83 LLC | 2200 4th Ave #131 | Canyon | TX | 79015 |
| Dufurrena Cutting Horses (Ed Dufurrena) | 820 CR 133 | Gainesville | TX | 76240 |
| Morgan Perry & Codie Perry | 8242 N Main Street | Braman | OK | 74632 |
| Natalie Martus | 111 Post Oak Dr | Krugerville | TX | 76227 |
| Christopher Prince | 206 Urbana Dr | Blackwell | OK | 74631 |
| Job White | 10216 SW 49th Lane | Gainesville | FL | 32608 |
| Edward Lewis Dufurrena | 820 CR 133 | Gainesville | TX | 76240 |
| Rieta May Dufurrena | 820 CR 133 | Gainesville | TX | 76240 |
| Producers Livestock Commission (Sonny Barthold) | 2501 Exchange Ave. 128 | Oklahoma City | OK | 73108 |
| William A. Weddington | 3486 Hwy 70 East | Brownsville | TN | 38012 |
| Nancy F. Weddington | 3486 Hwy 70 East | Brownsville | TN | 38012 |
| Cameron Weddington | 40 Plainsfield Place | Jackson | TN | 38305 |
| Kingdom Trust (James Mccuan) | 6804 Poplar Corner Rd | Bells | TN | 38006 |