**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | (Jointly Administered) |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that if a hearing is necessary, the Court shall hold a hearing on **January 15, 2024 at 1:30 p.m.** on the *Application to Retain Contingency Litigation Counsel under 11 U.S.C. § 328(a)* (Docket No. 417). Such hearing will be held via WebEx by accessing the meeting/dial-in information on the Court's website (www.txnb.uscourts.gov) under Judge Jones' "Hearing Dates and Calendar" tab prior to the hearing.

　　　　　　　　　　　　　　　　　　*/s/ Hudson M. Jobe*
　　　　　　　　　　　　　　　　　　Hudson M. Jobe
　　　　　　　　　　　　　　　　　　State Bar No. 24041189
　　　　　　　　　　　　　　　　　　hjobe@jobelawpllc.com
　　　　　　　　　　　　　　　　　　**Jobe Law PLLC**
　　　　　　　　　　　　　　　　　　6060 North Central Expressway, Suite 500
　　　　　　　　　　　　　　　　　　Dallas, Texas 75206
　　　　　　　　　　　　　　　　　　Telephone: (214) 807-0563

　　　　　　　　　　　　　　　　　　Alan Dabdoub
　　　　　　　　　　　　　　　　　　State Bar No. 24056836
　　　　　　　　　　　　　　　　　　adabdoub@lynnllp.com
　　　　　　　　　　　　　　　　　　P. Campbell Sode
　　　　　　　　　　　　　　　　　　State Bar No. 24134507
　　　　　　　　　　　　　　　　　　csode@lynnllp.com
　　　　　　　　　　　　　　　　　　**Lynn Pinker Hurst & Schwegmann LLP**
　　　　　　　　　　　　　　　　　　2100 Ross Avenue, Suite 2700
　　　　　　　　　　　　　　　　　　Dallas, Texas 75201
　　　　　　　　　　　　　　　　　　Telephone:　　214-981-3800
　　　　　　　　　　　　　　　　　　Facsimile:　　214-981-3839

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

          **PROPOSED SPECIAL COUNSEL FOR THE TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, a true and correct copy of the foregoing was served via the Court's ECF system on the debtor, debtor's counsel, the United States Trustee, and, all parties that have appeared and requested notice via the Court's ECF system, including counsel for the Parties (as defined in the Motion).

      */s/ Hudson M. Jobe*
      Hudson M. Jobe