

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 18, 2024

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER GRANTING FIRST INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF JOBE LAW PLLC

On December 12, 2024, the Court held a hearing on the *First Application for Allowance of Fees and Expenses of Jobe Law PLLC* (Dkt. No. 311, the "Application") filed by the law firm of Jobe Law PLLC ("Jobe Law"), as counsel to Kent Ries, Trustee ("Trustee") of the above-referenced Chapter 7 bankruptcy cases, as well as the Response filed thereto by Rabo AgriFinance LLC ("Rabo"). The Court, after considering the record in this case and the representations of counsel, as well as the

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

PAGE 1

agreement of Rabo set forth below, finds that notice of the Application was appropriate and sufficient under the circumstances, the amount sought by Jobe Law is reasonable compensation for actual and necessary services rendered to the Trustee pursuant to 11 U.S.C. §§ 330 and 331, and the Application should be granted as set forth below.

It is therefore ORDERED that Jobe Law is hereby allowed, on an interim basis, compensation in the amount of $75,742.50 in fees and $0.00 in expenses for the time period July 10, 2024 to October 31, 2024.

It is further ORDERED that the Trustee shall be and hereby is authorized to immediately pay Jobe Law the $75,742.50 approved herein from the funds remaining from the $3,000,000.00 settlement agreement that was the subject of this Court's Order Granting Motion for Approval of Compromise and Settlement with Meagan B. Goad, Jed Goad, Kinsey Moreland, and Josh Moreland (Dkt. No. 166).

# # # End of Order # # #

Submitted by:
Hudson M. Jobe
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE

Agreed:
RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (Pro Hac Vice)
36 South State, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
*/s/ Michael R. Johnson*
Michael R. Johnson
Attorneys for Rabo AgriFinance LLC