

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed December 18, 2024

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER GRANTING FIRST APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF LYNN PINKER HURST & SCHWEGMANN, LLP

On December 12, 2024, the Court held a hearing on the *First Interim Application for Allowance of Fees and Expenses of Lynn Pinker Hurst & Schwegmann, LLP* (Dkt. No. 312, the "Application") filed by the law firm of Lynn Pinker Hurst & Schwegmann ("Lynn Pinker"), as counsel to Kent Ries, Trustee ("Trustee") of the above-referenced Chapter 7 bankruptcy cases, as well as the Response filed thereto by Rabo AgriFinance LLC ("Rabo"). The Court, after considering the record in this case and the representations of counsel, as well as the

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

agreement of Rabo set forth below, finds that notice of the Application was appropriate and sufficient under the circumstances, the amount sought by Lynn Pinker is reasonable compensation for actual and necessary services rendered to the Trustee pursuant to 11 U.S.C. §§ 330 and 331, and the Application should be granted as set forth below.

It is therefore ORDERED that Lynn Pinker is hereby allowed, on an interim basis, compensation in the amount of $202,417.50 in fees and $1,738.90 in expenses for the time period July 12, 2024 through October 31, 2024.

It is further ORDERED that the Trustee shall be and hereby is authorized to immediately pay Lynn Pinker $204,156.40 approved herein from the funds remaining from the $3,000,000.00 settlement agreement that was the subject of this Court's Order Granting Motion for Approval of Compromise and Settlement with Meagan B. Goad, Jed Goad, Kinsey Moreland, and Josh Moreland (Dkt. No. 166).

# # # End of Order # # #

Submitted by:
Hudson M. Jobe
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE

Agreed:
RAY QUINNEY & NEBEKER P.C.
Michael R. Johnson (Pro Hac Vice)
36 South State, Suite 1400
Salt Lake City, UT 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
*/s/ Michael R. Johnson*
Michael R. Johnson
Attorneys for Rabo AgriFinance LLC