Kent Ries, Attorney at Law
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440-Fax

COUNSEL TO THE TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | Jointly Administered |

## CERTIFICATE OF NO OBJECTION

I hereby certify that on December 12, 2024, I filed the Application to Retain Contingency Litigation Counsel under 11 U.S.C. § 328(a) ("Application") [Docket No. 317] which contained twenty-one (21) day negative notice language. As of today's date, no responses or objections to the Application have been filed.

DATED:  January 7, 2025

                                                        Respectfully submitted,

                                                        By: *Kent Ries*
                                                        State Bar No. 1691450
                                                        Kent Ries, Attorney at Law
                                                        PO Box 3100
                                                        Amarillo, Texas 79116
                                                        (806) 242-7437
                                                        (806) 242-7440-Fax

                                                        COUNSEL FOR TRUSTEE

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

**CERTIFICATE OF NO OBJECTION  -  Solo Page**