

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed January 8, 2025

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | Jointly Administered |

**ORDER GRANTING TRUSTEE'S APPLICATION TO RETAIN
CONTINGENCY LITIGATION COUNSEL UNDER 11 U.S.C. § 328(A)**

On this day came for consideration the Application to Retain Contingency Litigation Counsel under 11 U.S.C. § 328(a) (the "Application") filed by Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy cases (the "Bankruptcy Cases") whereby the Trustee seeks to retain Jobe Law PLLC and Lynn Pinker Hurst & Schwegmann LLP (collectively referred to as the "Firms") pursuant to the engagement agreement attached as Exhibit A to the Application (the "Agreement"). The Court finds that notice of the Application was proper and that the Application should be granted based upon the representations set forth in the Application, and the prior record in this case including the prior disclosures and findings that the Firms are "disinterested persons",

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

and do not represent or hold an interest adverse to the interest of the estates with respect to the matters on which the Firms are to be employed. IT IS THEREFORE

ORDERED that the Application and Agreement are APPROVED; it is further

ORDERED that the Trustee is authorized to retain the Firms as special counsel in the Bankruptcy Cases upon the terms contained in the Agreement, and that the Firms shall be compensated as provided for in the Agreement under 11 U.S.C. § 328(a).  IT IS FURTHER

ORDERED that as set forth in the Application and the Agreement, the Debtors' estates will be liable for all Case Expenses. The Firms may seek approval of payment and/or reimbursement of all Case Expenses on 10-days notice, no more frequently than monthly.

# # # END OF ORDER # # #

Order submitted by:

Kent Ries,
Attorney at Law
PO Box 3100
Amarillo, Texas 79116
(806) 242-7437
(806) 242-7440-Fax

COUNSEL TO THE TRUSTEE