IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: McClain Feed Yard, Inc., et al,[1] | § | |
| | § | Case No. 23-20084-rlj7 |
| *Debtors*. | § | Jointly Administered |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Matthew S. Merriott of the firm of MULLIN HOARD & BROWN, LLP, and hereby enters his appearance as counsel of record for HTLF Bank, as successor to First Bank & Trust. John Lovell, of Lovell, Isern, and Farabough, LLP, remains lead counsel for HTLF Bank, as successor to First Bank & Trust. Mr. Merriott is a licensed attorney in good standing with the State Bar of Texas and is admitted to practice before this Court. Mr. Merriott requests that copies of all pleadings, motions, and notices in this cause be sent to the following:

> Matthew S. Merriott, Texas Bar No. 24100846
> 500 South Taylor, Suite 800
> P.O. Box 31656
> Amarillo, Texas 79120-1656
> Telephone:  (806) 372-5050
> Facsimile:  (806) 372-5086
> mmerriott@mhba.com

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

Respectfully submitted,

**MULLIN HOARD & BROWN, L.L.P.**

Matthew S. Merriott, Texas Bar No. 24100846
500 South Taylor, Suite 800
P.O. Box 31656
Amarillo, Texas 79120-1656
Telephone: (806) 372-5050
Facsimile: (806) 372-5086
Email: mmerriott@mhba.com

By: /s/ *Matthew S. Merriott*
Matthew S. Merriott

*Attorney for HTLF Bank, as successor to First Bank & Trust*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on this 13th day of January 2025, I electronically filed the foregoing document with the Northern District of Texas through its filing system through and that a true and correct copy was served on the parties listed through the electronic case filing system by email as registered with the electronic case filing system:

/s/ *Matthew S. Merriott*
Matthew S. Merriott