HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

SPECIAL COUNSEL TO THE TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| Debtors. | § | Jointly Administered |

**CERTIFICATE OF NO OBJECTION**

I hereby certify that on February 12, 2024, I filed the Trustee's Expedited Motion to Approve Payment of Mediation Expenses (Dkt. No. 328) which contained ten (10) day negative notice language pursuant to this Court's Order Granting Trustee's Application to Retain Contingency Litigation Counsel Under 11 U.S.C. § 328(a) (Dkt. No. 325) (the "Retention Order"). Pursuant to the Retention Order, the Debtors' estates are to pay all Case Expenses, and approval of payment and/or reimbursement of all Case Expenses may be sought on 10-days' notice, no more frequently than monthly.

As of today's date, no responses or objections to the Motion have been filed.

DATED: February 27, 2025.

/s/
*Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
JOBE LAW PLLC

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

**CERTIFICATE OF NO OBJECTION  -  Solo Page**

6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE

Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:     214-981-3800
Facsimile:      214-981-3839

SPECIAL COUNSEL TO THE TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that February 27, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on the debtors, debtors' counsel, the United States Trustee, and, all parties that have appeared and requested notice via the Court's ECF system.

 */s/ Hudson M. Jobe*
Hudson M. Jobe