ANGLEA ROBINSON

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/08/18 | 2604 | ANGELA ROBINSON | 105,828.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/15/18 | 2991 | ANGELA ROBINSON | 126,807.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/07/19 | 22670 | ANGELA ROBINSON | 114,488.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/21/19 | 23501 | ANGIE ROBINSON | 115,365.68 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/22/19 | 24468 | ANGELA ROBINSON | 116,082.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/20/20 | 25389 | ANGIE ROBINSON | 141,898.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/18/20 | 26547 | ANGIE ROBINSON | 137,400.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/15/20 | 26867 | ANGELA ROBINSON | 134,033.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/04/21 | 28298 | ANGELA ROBINSON | 163,698.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/14/21 | 29040 | ANGIE ROBINSON | 136,146.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/01/21 | 29661 | ANGIE ROBINSON | 133,162.25 |
| McClain Farms | Mechanics Bank | 3070 | 12/24/21 | 1507 | ANGIE ROBINSON | 129,416.07 |
| McClain Farms | Mechanics Bank | 3070 | 04/19/22 | 2358 | ANGIE ROBINSON | 131,978.22 |
| McClain Farms | Mechanics Bank | 3070 | 07/26/22 | 2857 | ANGELA ROBINSON | 133,476.13 |
| McClain Farms | Mechanics Bank | 3070 | 09/29/22 | 3426 | ANGELA ROBINSON | 137,296.47 |
| McClain Farms | Mechanics Bank | 3070 | 01/19/23 | 4555 | ANGELA ROBINSON | 217,594.19 |
| **Subtotal** | | | | | | **2,174,673.78** |
| | | | | | | |
| McClain Farms | Mechanics Bank | 3070 | 03/22/23 | 7139 | ANGIE ROBINSON | 223,057.46 |
| **Subtotal** | | | | | | **223,057.46** |
| | | | | | | |
| **Total** | | | | | | **2,397,731.24** |