2B FARMS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/23/18 | 2546 | 2B FARMS | 301,541.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/01/18 | 2583 | 2B FARMS | 369,464.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/27/18 | 2649 | 2B FARMS | 288,151.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/20/18 | 2728 | 2B FARMS | 413,467.09 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/12/18 | 2827 | 2B FARMS | 88,570.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/25/18 | 2857 | 2B FARMS | 367,253.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/01/18 | 2878 | 2B FARMS | 276,379.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/08/18 | 21217 | 2B FARMS | 245,101.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/18/18 | 2996 | 2B FARMS | 265,860.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/02/18 | 3043 | 2B FARMS | 150,445.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/25/18 | 2997 | 2B FARMS | 237,746.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/17/18 | 21897 | 2B FARMS | 404,977.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/18 | 21926 | 2B FARMS | 503,004.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/08/18 | 22042 | 2B FARMS | 307,981.90 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/18 | 22180 | 2B FARMS | 18,901.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/18 | 22179 | 2B FARMS | 237,239.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/21/18 | 22280 | 2B FARMS | 128,206.25 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/03/19 | 22304 | 2B FARMS | 199,339.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/19 | 22548 | 2B FARMS | 339,257.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/19 | 22549 | 2B FARMS | 370,862.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/19 | 22473 | 2B FARMS | 394,302.58 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/01/19 | 22634 | 2B FARMS | 498,427.75 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/20/19 | 22635 | 2B FARMS | 412,703.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/12/19 | 22636 | 2B FARMS | 171,763.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/15/19 | 22924 | 2B FARMS | 14,401.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/11/19 | 23050 | 2B FARMS | 6,609.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/11/19 | 22743 | 2B FARMS | 131,524.28 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/20/19 | 23051 | 2B FARMS | 698,022.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/28/19 | 23297 | 2B FARMS | 100,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/28/19 | 23298 | 2B FARMS | 736,163.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/03/19 | 23296 | 2B FARMS | 509,466.80 |

2B FARMS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 06/21/19 | 23503 | 2B FARMS | 6,400.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/26/19 | 23452 | 2B FARMS | 429,090.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/01/19 | 23593 | 2B FARMS | 18,740.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/26/19 | 23589 | 2B FARMS | 142,460.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/29/19 | 23590 | 2B FARMS | 111,627.28 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/27/19 | 23592 | 2B FARMS | 37,724.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/29/19 | 23591 | 2B FARMS | 134,229.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/30/19 | 24330 | 2B FARMS | 468,146.85 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/15/19 | 24331 | 2B FARMS | 28,662.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/17/19 | 24332 | 2B FARMS | 832,768.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/22/19 | 24469 | 2B FARMS | 488,769.43 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 11/04/19 | 5285 | 2B FARMS | 88,694.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/05/19 | 24471 | 2B FARMS | 62,634.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/18/19 | 24814 | 2B FARMS | 13,992.32 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 11/18/19 | 5286 | 2B FARMS | 81,429.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/18/19 | 24470 | 2B FARMS | 419,359.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/11/19 | 24815 | 2B FARMS | 148,453.42 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/13/19 | 5352 | 2B FARMS | 6,900.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/23/19 | 25108 | 2B FARMS | 692,620.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/27/19 | 25224 | 2B FARMS | 252,701.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/31/19 | 25107 | 2B FARMS | 756,124.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/03/20 | 25227 | 2B FARMS | 40,042.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/14/20 | 25392 | 2B FARMS | 247,539.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/20 | 25391 | 2B FARMS | 268,945.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/24/20 | 25390 | 2B FARMS | 407,683.18 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/27/20 | 25750 | 2B FARMS | 66,547.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/26/20 | 25751 | 2B FARMS | 510,701.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/07/20 | 25752 | 2B FARMS | 469,212.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/14/20 | 26089 | 2B FARMS | 36,386.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/14/20 | 26086 | 2B FARMS | 455,710.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/23/20 | 26088 | 2B FARMS | 406,212.89 |

2B FARMS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 05/01/20 | 26178 | 2B FARMS | 95,670.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/01/20 | 26179 | 2B FARMS | 506,037.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/22/20 | 26177 | 2B FARMS | 402,602.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/20 | 26181 | 2B FARMS | 159,394.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/03/20 | 26548 | 2B FARMS | 514,333.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/16/20 | 26550 | 2B FARMS | 338,304.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/23/20 | 26549 | 2B FARMS | 498,185.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/31/20 | 26864 | 2B FARMS | 517,467.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/12/20 | 26869 | 2B FARMS | 664,393.25 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/20 | 26868 | 2B FARMS | 500,281.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/28/20 | 26865 | 2B FARMS | 274,724.33 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/15/20 | 26866 | 2B FARMS | 507,675.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/04/20 | 27632 | 2B FARMS | 349,779.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/05/20 | 27629 | 2B FARMS | 464,744.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/05/20 | 27628 | TERRY ROBINSON - 2B FARMS | 36,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/27/20 | 27630 | 2B FARMS | 885,532.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/10/20 | 27991 | 2B FARMS | 469,416.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/21/20 | 27994 | 2B FARMS | 531,612.27 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/20/21 | 27996 | 2B FARMS | 621,143.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/03/21 | 28297 | 2B FARMS | 298,270.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/11/21 | 28299 | 2B FARMS | 1,293,314.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/19/21 | 28300 | 2B FARMS | 993,920.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/01/21 | 28301 | 2B FARMS | 659,928.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/05/21 | 28302 | 2B FARMS | 617,993.18 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/10/21 | 27631 | 2B FARMS | 524,078.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/18/21 | 28554 | 2B FARMS | 431,013.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/21 | 28555 | 2B FARMS | 745,335.42 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/12/21 | 28556 | 2B FARMS | 330,200.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/18/21 | 28557 | 2B FARMS | 1,120,603.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/01/21 | 29038 | 2B FARMS | 506,837.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/14/21 | 29039 | 2B FARMS | 293,119.02 |

2B FARMS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 06/17/21 | 29041 | 2B FARMS | 298,086.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/23/21 | 29296 | 2B FARMS | 961,635.88 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/30/21 | 29297 | 2B FARMS | 899,571.90 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/13/21 | 29298 | 2B FARMS | 210,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/18/21 | 25659 | 2B FARMS | 1,227,310.69 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/19/21 | 29660 | 2B FARMS | 7,652.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/01/21 | 29663 | 2B FARMS | 216,173.58 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/13/21 | 29664 | 2B FARMS | 624,514.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/17/21 | 29662 | 2B FARMS | 280,348.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/23/21 | 29946 | 2B FARMS | 408,139.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/21 | 29948 | 2B FARMS | 433,620.94 |
| McClain Farms | Mechanics Bank | 3070 | 12/22/21 | 1505 | 2B FARMS | 801,396.93 |
| McClain Farms | Mechanics Bank | 3070 | 12/22/21 | 1506 | 2B FARMS | 899,438.40 |
| McClain Farms | Mechanics Bank | 3070 | 12/30/21 | 1508 | 2B FARMS | 422,143.57 |
| McClain Farms | Mechanics Bank | 3070 | 01/13/22 | 1697 | 2B FARMS | 1,091,005.49 |
| McClain Farms | Mechanics Bank | 3070 | 01/13/22 | 1699 | TERRY BO ROBINSON - 2B FARMS | 1,096,547.04 |
| McClain Farms | Mechanics Bank | 3070 | 01/21/22 | 1700 | 2B FARMS | 425,850.72 |
| McClain Farms | Mechanics Bank | 3070 | 02/08/22 | 1701 | 2B FARMS | 14,835.82 |
| McClain Farms | Mechanics Bank | 3070 | 02/16/22 | 1963 | 2B FARMS | 721,500.52 |
| McClain Farms | Mechanics Bank | 3070 | 02/17/22 | 1964 | 2B FARMS | 897,860.27 |
| McClain Farms | Mechanics Bank | 3070 | 02/22/22 | 1965 | 2B FARMS | 798,371.59 |
| McClain Farms | Mechanics Bank | 3070 | 02/24/22 | 1966 | 2B FARMS | 912,724.25 |
| McClain Farms | Mechanics Bank | 3070 | 02/28/22 | 1967 | 2B FARMS | 421,380.85 |
| McClain Farms | Mechanics Bank | 3070 | 03/07/22 | 2097 | 2B FARMS | 549,921.93 |
| McClain Farms | Mechanics Bank | 3070 | 03/08/22 | 2098 | 2B FARMS | 211,462.55 |
| McClain Farms | Mechanics Bank | 3070 | 03/28/22 | 2099 | 2B FARMS | 250,016.75 |
| McClain Farms | Mechanics Bank | 3070 | 04/05/22 | 2100 | 2B FARMS | 1,397,378.32 |
| McClain Farms | Mechanics Bank | 3070 | 04/11/22 | 2101 | 2B FARMS | 1,368,794.21 |
| McClain Farms | Mechanics Bank | 3070 | 04/13/22 | 2357 | 2B FARMS | 567,477.91 |
| McClain Farms | Mechanics Bank | 3070 | 04/19/22 | 2359 | 2B FARMS | 427,249.98 |
| McClain Farms | Mechanics Bank | 3070 | 04/22/22 | 2360 | 2B FARMS | 577,355.47 |

2B FARMS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 05/05/22 | 2361 | 2B FARMS | 791,432.35 |
| McClain Farms | Mechanics Bank | 3070 | 05/10/22 | 2494 | 2B FARMS | 1,133,086.57 |
| McClain Farms | Mechanics Bank | 3070 | 05/12/22 | 2495 | 2B FARMS | 746,640.18 |
| McClain Farms | Mechanics Bank | 3070 | 05/13/22 | 2496 | 2B FARMS | 987,250.31 |
| McClain Farms | Mechanics Bank | 3070 | 05/26/22 | 2497 | 2B FARMS | 784,660.21 |
| McClain Farms | Mechanics Bank | 3070 | 05/27/22 | 2498 | 2B FARMS | 737,724.65 |
| McClain Farms | Mechanics Bank | 3070 | 05/31/22 | 2499 | 2B FARMS | 593,210.86 |
| McClain Farms | Mechanics Bank | 3070 | 06/01/22 | 2500 | 2B FARMS | 346,733.03 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/03/22 | 4425 | 2B FARMS | 1,171,792.09 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/06/22 | 4426 | 2B FARMS | 1,377,913.76 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/07/22 | 4427 | 2B FARMS | 1,081,498.32 |
| McClain Farms | Mechanics Bank | 3070 | 06/08/22 | 2662 | 2B FARMS | 1,159,436.39 |
| McClain Farms | Mechanics Bank | 3070 | 06/15/22 | 2663 | 2B FARMS | 1,382,699.89 |
| McClain Farms | Mechanics Bank | 3070 | 06/17/22 | 2664 | 2B FARMS | 700,723.04 |
| McClain Farms | Mechanics Bank | 3070 | 06/21/22 | 2665 | 2B FARMS | 1,547,831.24 |
| McClain Farms | Mechanics Bank | 3070 | 06/23/22 | 2667 | 2B FARMS | 1,162,917.06 |
| McClain Farms | Mechanics Bank | 3070 | 06/23/22 | 2666 | 2B FARMS | 1,381,561.25 |
| McClain Farms | Mechanics Bank | 3070 | 06/24/22 | 2668 | 2B FARMS | 1,083,488.39 |
| McClain Farms | Mechanics Bank | 3070 | 07/01/22 | 2669 | 2B FARMS | 780,928.71 |
| McClain Farms | Mechanics Bank | 3070 | 07/11/22 | 2670 | 2B FARMS | 428,699.90 |
| McClain Farms | Mechanics Bank | 3070 | 07/13/22 | 2671 | 2B FARMS | 966,982.85 |
| McClain Farms | Mechanics Bank | 3070 | 07/20/22 | 2854 | 2B FARMS | 972,138.27 |
| McClain Farms | Mechanics Bank | 3070 | 07/22/22 | 2855 | 2B FARMS | 1,290,359.94 |
| McClain Farms | Mechanics Bank | 3070 | 07/25/22 | 2856 | 2B FARMS | 1,420,422.62 |
| McClain Farms | Mechanics Bank | 3070 | 07/26/22 | 2858 | 2B FARMS | 575,862.05 |
| McClain Farms | Mechanics Bank | 3070 | 07/27/22 | 2859 | 2B FARMS | 1,491,914.73 |
| McClain Farms | Mechanics Bank | 3070 | 08/09/22 | 2860 | 2B FARMS | 258,188.13 |
| McClain Farms | Mechanics Bank | 3070 | 08/24/22 | 2861 | 2B FARMS | 142,806.80 |
| McClain Farms | Mechanics Bank | 3070 | 09/02/22 | 2862 | 2B FARMS | 1,265,448.64 |
| McClain Farms | Mechanics Bank | 3070 | 09/06/22 | 2863 | 2B FARMS | 1,335,119.16 |
| McClain Farms | Mechanics Bank | 3070 | 09/08/22 | 3326 | 2B FARMS | 1,535,681.58 |

2B FARMS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 09/09/22 | 3327 | 2B FARMS | 1,519,848.17 |
| McClain Farms | Mechanics Bank | 3070 | 09/16/22 | 3328 | 2B FARMS | 8,307.36 |
| McClain Farms | Mechanics Bank | 3070 | 09/16/22 | 3329 | 2B FARMS | 1,052,732.18 |
| McClain Farms | Mechanics Bank | 3070 | 09/19/22 | 3330 | 2B FARMS | 1,516,990.05 |
| McClain Farms | Mechanics Bank | 3070 | 09/21/22 | 3423 | 2B FARMS | 1,395,573.07 |
| McClain Farms | Mechanics Bank | 3070 | 09/26/22 | 3424 | 2B FARMS | 519,253.10 |
| McClain Farms | Mechanics Bank | 3070 | 09/29/22 | 3425 | 2B FARMS | 536,370.11 |
| McClain Farms | Mechanics Bank | 3070 | 09/30/22 | 3427 | 2B FARMS | 2,068,736.78 |
| McClain Farms | Mechanics Bank | 3070 | 10/14/22 | 3428 | 2B FARMS | 2,296,430.39 |
| McClain Farms | Mechanics Bank | 3070 | 10/28/22 | 3736 | 2B FARMS | 92,125.28 |
| McClain Farms | Mechanics Bank | 3070 | 11/02/22 | 3737 | 2B FARMS | 1,495,687.15 |
| McClain Farms | Mechanics Bank | 3070 | 11/07/22 | 3738 | 2B FARMS | 1,426,879.33 |
| McClain Farms | Mechanics Bank | 3070 | 11/09/22 | 3739 | 2B FARMS | 1,132,256.36 |
| McClain Farms | Mechanics Bank | 3070 | 11/10/22 | 3740 | 2B FARMS | 624,438.89 |
| McClain Farms | Mechanics Bank | 3070 | 11/17/22 | 3741 | 2B FARMS | 1,492,566.51 |
| McClain Farms | Mechanics Bank | 3070 | 11/21/22 | 3742 | 2B FARMS | 1,088,239.13 |
| McClain Farms | Mechanics Bank | 3070 | 11/25/22 | 4069 | 2B FARMS | 1,468,259.44 |
| McClain Farms | Mechanics Bank | 3070 | 11/29/22 | 4070 | 2B FARMS | 1,492,068.95 |
| McClain Farms | Mechanics Bank | 3070 | 11/30/22 | 4071 | 2B FARMS | 1,499,337.78 |
| McClain Farms | Mechanics Bank | 3070 | 12/01/22 | 4072 | 2B FARMS | 1,499,337.78 |
| McClain Farms | Mechanics Bank | 3070 | 12/02/22 | 4073 | 2B FARMS | 1,696,268.23 |
| McClain Farms | Mechanics Bank | 3070 | 12/05/22 | 4074 | 2B FARMS | 2,961,520.76 |
| McClain Farms | Mechanics Bank | 3070 | 12/06/22 | 4075 | 2B FARMS | 1,551,332.82 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/07/22 | 6367 | 2B FARMS | 1,866,607.64 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/08/22 | 6368 | 2B FARMS | 1,955,109.43 |
| McClain Farms | Mechanics Bank | 3070 | 12/12/22 | 4171 | 2B FARMS | 2,052,794.76 |
| McClain Farms | Mechanics Bank | 3070 | 12/13/22 | 4172 | 2B FARMS | 1,351,679.02 |
| McClain Farms | Mechanics Bank | 3070 | 12/14/22 | 4174 | 2B FARMS | 1,460,034.61 |
| McClain Farms | Mechanics Bank | 3070 | 12/15/22 | 4175 | 2B FARMS | 711,962.55 |
| McClain Farms | Mechanics Bank | 3070 | 12/16/22 | 4176 | 2B FARMS | 1,404,594.27 |
| McClain Farms | Mechanics Bank | 3070 | 12/19/22 | 4177 | 2B FARMS | 1,506,722.51 |

Case 23-20084-rlj7    Doc 330-3    Filed 03/02/25    Entered 03/02/25 18:27:14    Desc
Exhibit 3    Page 7 of 9

2B FARMS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 12/20/22 | 4178 | 2B FARMS | 1,047,500.73 |
| McClain Farms | Mechanics Bank | 3070 | 12/21/22 | 4179 | 2B FARMS | 917,581.19 |
| McClain Farms | Mechanics Bank | 3070 | 12/23/22 | 4180 | 2B FARMS | 1,605,565.94 |
| McClain Farms | Mechanics Bank | 3070 | 12/27/22 | 4255 | 2B FARMS | 1,512,582.60 |
| McClain Farms | Mechanics Bank | 3070 | 12/28/22 | 4256 | 2B FARMS | 1,366,702.00 |
| McClain Farms | Mechanics Bank | 3070 | 12/29/22 | 4257 | 2B FARMS | 1,143,938.18 |
| McClain Farms | Mechanics Bank | 3070 | 12/30/22 | 4258 | 2B FARMS | 1,348,813.07 |
| McClain Farms | Mechanics Bank | 3070 | 01/03/23 | 4259 | 2B FARMS | 1,482,798.49 |
| McClain Farms | Mechanics Bank | 3070 | 01/04/23 | 4260 | 2B FARMS | 1,494,867.25 |
| McClain Farms | Mechanics Bank | 3070 | 01/05/23 | 4261 | 2B FARMS | 1,484,312.50 |
| McClain Farms | Mechanics Bank | 3070 | 01/06/23 | 4262 | 2B FARMS | 1,489,800.51 |
| McClain Farms | Mechanics Bank | 3070 | 01/09/23 | 4263 | 2B FARMS | 1,537,184.04 |
| McClain Farms | Mechanics Bank | 3070 | 01/10/23 | 4264 | 2B FARMS | 1,484,851.42 |
| McClain Farms | Mechanics Bank | 3070 | 01/11/23 | 4265 | 2B FARMS | 1,363,653.43 |
| McClain Farms | Mechanics Bank | 3070 | 01/12/23 | 4551 | 2B FARMS | 1,537,779.47 |
| McClain Farms | Mechanics Bank | 3070 | 01/13/23 | 4552 | 2B FARMS | 1,483,325.84 |
| McClain Farms | Mechanics Bank | 3070 | 01/17/23 | 4553 | 2B FARMS | 1,493,325.12 |
| McClain Farms | Mechanics Bank | 3070 | 01/18/23 | 4554 | 2B FARMS | 1,540,395.78 |
| McClain Farms | Mechanics Bank | 3070 | 01/19/23 | 4556 | 2B FARMS | 1,484,177.88 |
| McClain Farms | Mechanics Bank | 3070 | 01/20/23 | 4557 | 2B FARMS | 1,493,105.54 |
| McClain Farms | Mechanics Bank | 3070 | 01/24/23 | 4692 | 2B FARMS | 1,492,120.95 |
| McClain Farms | Mechanics Bank | 3070 | 01/25/23 | 4693 | 2B FARMS | 1,483,715.41 |
| McClain Farms | Mechanics Bank | 3070 | 01/26/23 | 4694 | 2B FARMS | 1,493,117.86 |
| McClain Farms | Mechanics Bank | 3070 | 01/27/23 | 4696 | 2B FARMS | 1,541,023.59 |
| **Subtotal** | | | | | | **160,590,783.96** |
| McClain Farms | Mechanics Bank | 3070 | 01/30/23 | 4697 | 2B FARMS | 1,484,703.12 |
| McClain Farms | Mechanics Bank | 3070 | 01/31/23 | 4698 | 2B FARMS | 1,492,354.34 |
| McClain Farms | Mechanics Bank | 3070 | 02/01/23 | 4699 | 2B FARMS | 1,492,304.83 |
| McClain Farms | Mechanics Bank | 3070 | 02/02/23 | 4700 | 2B FARMS | 1,487,576.52 |

2B FARMS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 02/03/23 | 4701 | 2B FARMS | 1,492,107.82 |
| McClain Farms | Mechanics Bank | 3070 | 02/06/23 | 4702 | 2B FARMS | 1,762,015.42 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/08/23 | 4812 | 2B FARMS | 2,638,126.41 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/09/23 | 4813 | 2B FARMS | 2,548,626.23 |
| McClain Farms | Mechanics Bank | 3070 | 02/10/23 | 4957 | 2B FARMS | 2,530,585.59 |
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 4958 | 2B FARMS | 2,543,047.91 |
| McClain Farms | Mechanics Bank | 3070 | 02/14/23 | 4959 | 2B FARMS | 2,554,383.55 |
| McClain Farms | Mechanics Bank | 3070 | 02/15/23 | 4960 | 2B FARMS | 2,540,819.72 |
| McClain Farms | Mechanics Bank | 3070 | 02/16/23 | 4961 | 2B FARMS | 2,535,932.64 |
| McClain Farms | Mechanics Bank | 3070 | 02/17/23 | 4962 | 2B FARMS | 1,506,494.83 |
| McClain Farms | Mechanics Bank | 3070 | 02/21/23 | 4963 | 2B FARMS | 3,857,157.02 |
| McClain Farms | Mechanics Bank | 3070 | 02/22/23 | 4964 | 2B FARMS | 2,566,109.62 |
| McClain Farms | Mechanics Bank | 3070 | 02/23/23 | 4965 | 2B FARMS | 2,526,619.57 |
| McClain Farms | Mechanics Bank | 3070 | 02/24/23 | 4966 | 2B FARMS | 2,561,065.97 |
| McClain Farms | Mechanics Bank | 3070 | 02/27/23 | 4967 | 2B FARMS | 2,536,427.54 |
| McClain Farms | Mechanics Bank | 3070 | 02/28/23 | 4968 | 2B FARMS | 2,556,805.41 |
| McClain Farms | Mechanics Bank | 3070 | 03/01/23 | 5023 | 2B FARMS | 782,855.43 |
| McClain Farms | Mechanics Bank | 3070 | 03/01/23 | 5022 | 2B FARMS | 2,533,391.23 |
| McClain Farms | Mechanics Bank | 3070 | 03/02/23 | 5025 | 2B FARMS | 1,588,776.01 |
| McClain Farms | Mechanics Bank | 3070 | 03/02/23 | 5024 | 2B FARMS | 2,558,413.28 |
| McClain Farms | Mechanics Bank | 3070 | 03/03/23 | 5026 | 2B FARMS | 2,545,098.65 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6651 | 2B FARMS | 3,498,661.35 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/07/23 | 6652 | 2B FARMS | 3,096,556.56 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/08/23 | 6653 | 2B FARMS | 2,556,463.59 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/09/23 | 6654 | 2B FARMS | 2,556,028.89 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/10/23 | 6655 | 2B FARMS | 2,543,529.15 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/13/23 | 6656 | 2B FARMS | 2,548,546.40 |
| McClain Farms | Mechanics Bank | 3070 | 03/15/23 | 7134 | 2B FARMS | 2,561,487.65 |
| McClain Farms | Mechanics Bank | 3070 | 03/16/23 | 7135 | 2B FARMS | 891,922.29 |
| McClain Farms | Mechanics Bank | 3070 | 03/17/23 | 7136 | 2B FARMS | 875,670.12 |
| McClain Farms | Mechanics Bank | 3070 | 03/20/23 | 7137 | 2B FARMS | 2,227,090.01 |

2B FARMS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 03/21/23 | 7138 | 2B FARMS | 1,530,192.73 |
| McClain Farms | Mechanics Bank | 3070 | 03/22/23 | 7140 | 2B FARMS | 2,543,187.36 |
| McClain Farms | Mechanics Bank | 3070 | 03/23/23 | 7141 | 2B FARMS | 2,549,504.33 |
| McClain Farms | Mechanics Bank | 3070 | 03/24/23 | 7142 | 2B FARMS | 2,458,266.67 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7143 | 2B FARMS | 2,530,044.60 |
| McClain Farms | Mechanics Bank | 3070 | 03/28/23 | 7322 | 2B FARMS | 2,473,605.10 |
| McClain Farms | Mechanics Bank | 3070 | 03/29/23 | 7323 | 2B FARMS | 2,533,167.22 |
| McClain Farms | Mechanics Bank | 3070 | 03/30/23 | 7324 | 2B FARMS | 2,556,692.05 |
| McClain Farms | Mechanics Bank | 3070 | 03/31/23 | 7325 | 2B FARMS | 1,498,203.86 |
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7326 | 2B FARMS | 2,552,476.08 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7327 | 2B FARMS | 2,551,704.09 |
| **Subtotal** | | | | | | **104,354,798.76** |
| **Total** | | | | | | **264,945,582.72** |