ARNOLD BRAUN AND ARNOLD BRAUN TRUST

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 03/07/18 | 20907 | ARNOLD BRAUN | 188,133.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/11/18 | 2831 | ARNOLD BRAUN | 107,816.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/18/18 | 21372 | ARNOLD BRAUN | 199,510.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/05/18 | 21751 | ARNOLD BRAUN | 39.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/28/18 | 22186 | ARNOLD BRAUN | 213,983.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/14/18 | 22273 | ARNOLD BRAUN | 116,379.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/09/19 | 21982 | ARNOLD BRAUN | 124,507.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/09/19 | 23091 | ARNOLD BRAUN | 228,944.71 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/19 | 24002 | ARNOLD BRAUN | 133,068.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/19 | 24003 | ARNOLD BRAUN | 245,457.02 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/30/19 | 25287 | ARNOLD BRAUN | 142,466.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/30/19 | 25288 | ARNOLD BRAUN | 262,736.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/05/20 | 26244 | ARNOLD BRAUN | 142,682.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/05/20 | 26245 | ARNOLD BRAUN | 263,272.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/25/20 | 27134 | ARNOLD BRAUN | 152,571.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/25/20 | 27133 | ARNOLD BRAUN | 281,500.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/05/21 | 28176 | ARNOLD BRAUN | 163,295.46 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/05/21 | 28175 | ARNOLD BRAUN | 301,952.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/23/21 | 28877 | ARNOLD BRAUN | 174,900.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/23/21 | 28876 | ARNOLD BRAUN | 323,414.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/27/21 | 29773 | ARNOLD BRAUN | 187,470.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/27/21 | 29774 | ARNOLD BRAUN | 346,180.50 |
| McClain Farms | Mechanics Bank | 3070 | 01/05/22 | 1691 | ARNOLD BRAUN | 183,557.21 |
| McClain Farms | Mechanics Bank | 3070 | 01/05/22 | 1690 | ARNOLD BRAUN | 339,261.03 |
| McClain Farms | Mechanics Bank | 3070 | 01/11/22 | 1721 | ARNOLD BRAUN | 12,165.04 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/09/22 | 4294 | ARNOLD BRAUN | 194,212.81 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/09/22 | 4295 | ARNOLD BRAUN | 359,602.68 |
| McClain Farms | Mechanics Bank | 3070 | 06/30/22 | 2848 | ARNOLD BRAUN | 198,248.86 |
| McClain Farms | Mechanics Bank | 3070 | 06/30/22 | 2847 | ARNOLD BRAUN | 363,821.61 |
| McClain Farms | Mechanics Bank | 3070 | 11/01/22 | 3867 | ARNOLD BRAUN | 199,051.76 |
| McClain Farms | Mechanics Bank | 3070 | 11/01/22 | 3868 | ARNOLD BRAUN | 364,674.67 |
| McClain Farms | Mechanics Bank | 3070 | 01/24/23 | 4766 | ARNOLD BRAUN TRUST | 195,450.79 |
| McClain Farms | Mechanics Bank | 3070 | 01/24/23 | 4767 | ARNOLD BRAUN TRUST | 357,604.22 |
| **Subtotal** | | | | | | **7,067,933.92** |

ARNOLD BRAUN AND ARNOLD BRAUN TRUST

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/15/23 | 6495 | ARNOLD BRAUN TRUST | 190,094.06 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/15/23 | 6494 | ARNOLD BRAUN TRUST | 347,222.00 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6738 | ARNOLD BRAUN TRUST | 189,546.03 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6737 | ARNOLD BRAUN TRUST | 345,697.98 |
| **Subtotal** | | | | | | **1,072,560.07** |
| **Total** | | | | | | **8,140,493.99** |