ROBERT BRAUN

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/10/18 | 2523 | ROBERT BRAUN | 107,738.89 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/06/18 | 20908 | ROBERT BRAUN | 107,977.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/05/18 | 21203 | ROBERT BRAUN | 108,321.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/17/18 | 21371 | ROBERT BRAUN | 108,423.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/26/18 | 21752 | ROBERT BRAUN | 92.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/27/18 | 22185 | ROBERT BRAUN | 109,046.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/11/18 | 22274 | ROBERT BRAUN | 116,419.77 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/09/19 | 23089 | ROBERT BRAUN | 108,615.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/09/19 | 21983 | ROBERT BRAUN | 161,029.24 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/19 | 24000 | ROBERT BRAUN | 109,221.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/19 | 24001 | ROBERT BRAUN | 161,058.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/30/19 | 25286 | ROBERT BRAUN | 109,096.87 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/30/19 | 25285 | ROBERT BRAUN | 161,105.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/05/20 | 26248 | ROBERT BRAUN | 109,180.47 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/05/20 | 26247 | ROBERT BRAUN | 161,627.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/25/20 | WIRE | ROB BRAUN | 49,183.75 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/25/20 | 27136 | ROBERT BRAUN | 108,999.89 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/25/20 | 27135 | ROBERT BRAUN | 161,752.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/05/21 | 28173 | ROBERT BRAUN | 109,690.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/05/21 | 28174 | ROBERT BRAUN | 162,449.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/22/21 | 28879 | ROBERT BRAUN | 109,856.25 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/22/21 | 28878 | ROBERT BRAUN | 162,111.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/27/21 | 29771 | ROBERT BRAUN | 110,370.68 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/27/21 | 29772 | ROBERT BRAUN | 162,179.47 |
| McClain Farms | Mechanics Bank | 3070 | 01/04/22 | 1693 | ROBERT BRAUN | 108,273.25 |
| McClain Farms | Mechanics Bank | 3070 | 01/04/22 | 1692 | ROBERT BRAUN | 158,901.71 |
| McClain Farms | Mechanics Bank | 3070 | 01/11/22 | 1722 | ROBERT BRAUN | 6,279.15 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/09/22 | 4296 | ROBERT BRAUN | 109,890.43 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/09/22 | 4297 | ROBERT BRAUN | 160,204.20 |
| McClain Farms | Mechanics Bank | 3070 | 06/29/22 | 2845 | ROBERT BRAUN | 111,642.32 |
| McClain Farms | Mechanics Bank | 3070 | 06/29/22 | 2846 | ROBERT BRAUN | 162,368.73 |
| McClain Farms | Mechanics Bank | 3070 | 11/01/22 | 3865 | ROBERT BRAUN | 161,767.14 |
| McClain Farms | Mechanics Bank | 3070 | 11/01/22 | 3866 | ROBERT BRAUN | 162,763.46 |
| McClain Farms | Mechanics Bank | 3070 | 01/24/23 | 4731 | ROBERT BRAUN | 180,385.61 |
| McClain Farms | Mechanics Bank | 3070 | 01/24/23 | 4732 | ROBERT BRAUN | 181,706.12 |
| **Subtotal** | | | | | | **4,379,729.95** |

ROBERT BRAUN

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/15/23 | 6497 | ROBERT BRAUN | 174,945.21 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/15/23 | 6496 | ROBERT BRAUN | 176,807.81 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/07/23 | 6739 | ROBERT BRAUN | 174,056.06 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/07/23 | 6740 | ROBERT BRAUN | 176,185.27 |
| **Subtotal** | | | | | | **701,994.35** |
| **Total** | | | | | | **5,081,724.30** |