C HEART RANCH LLC

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 08/10/21 | WIRE | C HEART RANCH LLC | 2,839,047.03 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/11/21 | WIRE | C HEART RANCH LLC | 2,287,744.64 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/12/21 | WIRE | C HEART RANCH LLC | 192,310.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/12/21 | WIRE | C HEART RANCH LLC | 2,747,856.25 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/13/21 | WIRE | C HEART RANCH LLC | 1,415,781.38 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/16/21 | WIRE | C HEART RANCH LLC | 4,525,594.34 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/17/21 | WIRE | C HEART RANCH LLC | 4,992,092.96 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/18/21 | WIRE | C HEART RANCH LLC | 531,783.44 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/18/21 | WIRE | C HEART RANCH LLC | 3,596,540.29 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/19/21 | WIRE | C HEART RANCH LLC | 5,164,931.78 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/20/21 | WIRE | C HEART RANCH LLC | 4,908,210.28 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/23/21 | WIRE | C HEART RANCH LLC | 5,169,796.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/07/21 | 29585 | C HEART RANCH LLC | 20,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 06/02/22 | 2315 | C HEART RANCH LLC | 25,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 09/01/22 | 2798 | C HEART RANCH LLC | 12,300.00 |
| McClain Farms | Mechanics Bank | 3070 | 09/12/22 | 2799 | C HEART RANCH LLC | 25,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 09/21/22 | 3382 | C HEART RANCH LLC | 27,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 09/28/22 | 3383 | C HEART RANCH LLC | 30,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 10/26/22 | 3384 | C HEART RANCH LLC | 13,050.00 |
| McClain Farms | Mechanics Bank | 3070 | 11/03/22 | 3717 | C HEART RANCH LLC | 25,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 11/25/22 | 3719 | C HEART RANCH LLC | 18,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 12/01/22 | 3720 | C HEART RANCH LLC | 20,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 12/14/22 | 4214 | C HEART RANCH LLC | 25,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 12/30/22 | 4216 | C HEART RANCH LLC | 7,335.00 |
| McClain Farms | Mechanics Bank | 3070 | 01/10/23 | 4217 | C HEART RANCH LLC | 25,000.00 |
| **Subtotal** | | | | | | **38,644,374.36** |
| McClain Farms | Mechanics Bank | 3070 | 02/02/23 | 4218 | C HEART RANCH LLC | 25,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 02/17/23 | 4970 | C HEART RANCH LLC | 30,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 02/24/23 | 4971 | C HEART RANCH LLC | 10,125.00 |
| McClain Farms | Mechanics Bank | 3070 | 03/21/23 | 4972 | C HEART RANCH LLC | 25,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 03/31/23 | 4973 | C HEART RANCH LLC | 5,175.00 |
| **Subtotal** | | | | | | **95,300.00** |
| **Total** | | | | | | **38,739,674.36** |