COLETTE LESH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/16/18 | 20117 | COLETTE LESH & RCB | 107,894.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/31/18 | 20742 | COLETTE LESH & RCB | 424,672.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/18 | 20745 | COLETTE LESH & RCB | 105,250.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/13/18 | 21004 | COLETTE LESH & RCB | 121,726.77 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/17/18 | 21005 | COLETTE LESH & RCB | 297,205.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/10/18 | 21235 | COLETTE LESH & RCB | 312,007.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/13/18 | 21237 | COLETTE LESH & RCB | 107,994.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/13/18 | 21238 | COLETTE LESH & RCB | 122,224.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/17/18 | 21447 | COLETTE LESH & RCB | 316,357.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/22/18 | 21444 | COLETTE LESH & RCB | 108,105.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/29/18 | 21440 | COLETTE LESH & RCB | 124,480.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/17/18 | 22005 | COLETTE LESH & RCB | 304,083.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/21/18 | 22006 | COLETTE LESH & RCB | 107,407.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/19 | 22008 | COLETTE LESH & RCB | 462,166.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/19 | 22451 | COLETTE LESH & RCB | 294,549.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/15/19 | 22454 | COLETTE LESH & RCB | 105,254.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/05/19 | 22718 | COLETTE LESH & RCB | 120,310.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/15/19 | 22846 | COLETTE LESH & RCB | 300,126.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/20/20 | 27198 | JOEL & COLETTE LESH | 568,698.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/20 | 27200 | JOEL & COLETTE LESH | 1,393,226.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/02/20 | 27638 | JOEL & COLETTE LESH | 1,501,246.25 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/04/20 | 27633 | JOEL & COLETTE LESH | 556,920.89 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/10/20 | 27636 | JOEL & COLETTE LESH | 204,113.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/16/20 | 27765 | JOEL & COLETTE LESH | 412,142.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/18/20 | 26678 | JOEL & COLETTE LESH | 395,676.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/24/20 | 27670 | JOEL & COLETTE LESH | 930,024.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/30/20 | 27843 | JARED & COLETTE LESH | 27,182.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/01/20 | 27666 | JOEL & COLETTE LESH | 378,931.47 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/02/20 | 27669 | JARED & COLETTE LESH | 104,968.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/02/20 | 27668 | JOEL & COLETTE LESH | 354,873.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/02/20 | 27671 | JOEL & COLETTE LESH | 720,768.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/07/20 | 27842 | JOEL & COLETTE LESH | 397,652.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/11/20 | 27841 | JOEL & COLETTE LESH | 1,223,233.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/16/20 | 27768 | JOEL & COLETTE LESH | 1,148.43 |

COLETTE LESH

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 12/16/20 | 27769 | JOEL & COLETTE LESH | 1,663,651.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/28/21 | 28255 | JOEL & COLETTE LESH | 989,900.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/02/21 | 28258 | JOEL & COLETTE LESH | 814,823.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/11/21 | 28260 | JOEL & COLETTE LESH | 262,899.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/04/21 | 28102 | JOEL & COLETTE LESH | 1,846,273.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/12/21 | 28462 | JOEL & COLETTE LESH | 557,670.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/24/21 | 28467 | JOEL & COLETTE LESH | 607,514.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/21 | 28571 | JOEL & COLETTE LESH | 1,148,285.66 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 05/07/21 | WIRE | JOEL & COLETTE LESH | 265,316.00 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 05/20/21 | WIRE | JOEL & COLETTE LESH | 209,339.55 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 06/08/21 | WIRE | JOEL & COLETTE LESH | 191,255.30 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 06/14/21 | WIRE | JOEL & COLETTE LESH | 107,205.43 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 07/16/21 | WIRE | JOEL & COLETTE LESH | 134,612.36 |
| **Total** | | | | | | **21,811,373.37** |