JAN LESH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 04/20/18 | 20491 | JAN LESH | 213.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/18/18 | 20495 | JAN LESH | 370,819.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/17/18 | 21453 | JAN LESH | 313,112.90 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/05/18 | 21866 | JAN LESH | 169,458.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/05/18 | 21045 | JAN LESH | 315,076.43 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/19 | 21051 | JAN LESH | 87,193.68 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/11/19 | 22004 | JAN LESH | 136,113.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/28/19 | 22535 | JAN LESH | 104,283.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/28/19 | 22534 | JAN LESH | 199,281.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/01/19 | 22540 | JAN LESH | 169,709.47 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/18/19 | 22847 | JAN LESH | 200,572.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/01/19 | 23271 | JAN LESH | 737,240.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/14/19 | 23273 | JAN LESH | 717,566.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/20 | 25305 | JAN LESH | 703,888.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/28/20 | 25309 | JAN LESH | 569,808.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/18/20 | 26686 | JAN LESH | 404,815.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/22/20 | 26687 | JAN LESH | 60,044.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/20 | 27774 | JAN LESH | 121,458.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/26/21 | 28239 | JAN LESH | 676,509.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/26/21 | 28342 | GARY & JAN LESH | 444,545.88 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/26/21 | 29541 | GARY & JAN LESH | 899,823.32 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/14/21 | 4088 | JAN LESH | 45,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/14/21 | 29542 | JAN LESH | 160,416.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/28/21 | 29543 | JAN LESH | 100,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/22 | 29544 | JAN LESH | 623,141.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/10/22 | 29545 | JAN LESH | 365,499.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/12/22 | 29546 | JAN LESH | 880,229.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/18/22 | 29547 | GARY & JAN LESH | 1,760,507.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/03/22 | 29238 | JAN LESH | 721,882.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/09/22 | 29538 | JAN LESH | 459,705.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/14/22 | 24720 | JAN LESH | 740,220.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/15/22 | 23279 | JAN LESH | 100,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/15/22 | 29539 | JAN LESH | 149,566.46 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/16/22 | 29187 | JAN LESH | 50,000.00 |

JAN LESH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 04/13/22 | 24724 | JAN LESH | 50,000.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/24/22 | WIRE | GARY & JAN LESH | 523,467.96 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/18/22 | WIRE | GARY & JAN LESH | 40,000.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/20/22 | 4090 | JAN LESH | 100,000.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/09/22 | WIRE | GARY & JAN LESH | 359,473.08 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/15/22 | 4091 | JAN LESH | 50,000.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/10/22 | WIRE | GARY & JAN LESH | 450,000.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/30/22 | WIRE | GARY & JAN LESH | 40,880.49 |
| **Subtotal** | | | | | | **15,171,524.48** |
| | | | | | | |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/01/23 | WIRE | GARY & JAN LESH | 88,382.83 |
| **Subtotal** | | | | | | **88,382.83** |
| | | | | | | |
| **Total** | | | | | | **15,259,907.31** |