GARY LESH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/18 | 20734 | GARY LESH | 42,800.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/18 | 20252 | GARY LESH & RCB BANK | 171,096.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/26/18 | 20930 | GARY LESH | 165,424.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/26/18 | 20929 | GARY LESH & RCB BANK | 168,466.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/18 | 20931 | GARY LESH & RCB BANK | 42,389.04 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/22/18 | 20496 | GARY LESH | 170,961.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/10/18 | 20529 | GARY LESH | 43,270.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/11/18 | 21013 | GARY LESH | 43,698.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/24/18 | 21454 | GARY LESH | 171,272.94 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/22/18 | 21861 | GARY LESH | 44,029.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/22/18 | 21862 | GARY LESH | 44,214.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/04/19 | 22543 | GARY LESH | 86,560.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/13/19 | WIRE | GARY WAYNE LESH | 263,140.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/10/19 | WIRE | GARY WAYNE LESH | 53,620.38 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/22/20 | WIRE | GARY LESH | 263,578.67 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/07/20 | WIRE | GARY LESH | 53,818.90 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/08/20 | WIRE | GARY WAYNE LESH | 89,835.78 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/09/20 | WIRE | GARY WAYNE LESH | 228,837.55 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/12/20 | WIRE | GARY WAYNE LESH | 229,859.89 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/26/21 | 28342 | GARY & JAN LESH | 444,545.88 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/19/21 | 28891 | GARY LESH TRUST | 1,837,980.09 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/18/21 | 29709 | GARY LESH | 1,005,500.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/26/21 | 29541 | GARY & JAN LESH | 899,823.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/18/22 | 29547 | GARY & JAN LESH | 1,760,507.13 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/24/22 | WIRE | GARY & JAN LESH | 523,467.96 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/06/22 | 4089 | GARY LESH | 100,000.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/18/22 | WIRE | GARY & JAN LESH | 40,000.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/09/22 | WIRE | GARY & JAN LESH | 359,473.08 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/10/22 | WIRE | GARY & JAN LESH | 450,000.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/30/22 | WIRE | GARY & JAN LESH | 40,880.49 |
| **Subtotal** | | | | | | **9,839,055.95** |
| | | | | | | |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/01/23 | WIRE | GARY & JAN LESH | 88,382.83 |
| **Subtotal** | | | | | | **88,382.83** |
| | | | | | | |
| **Total** | | | | | | **9,927,438.78** |