JARED LESH

| Company | Bank | Acct . | Date | Check  # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/18 | 20749 | JARED LESH | 293.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/18 | 20750 | JARED LESH | 31,456.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/18 | 20748 | JARED LESH | 49,450.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/10/18 | 21015 | JARED LESH | 69,764.70 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/17/18 | 20530 | JARED LESH | 2,239.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/20/18 | 20531 | JARED LESH | 306,128.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/04/18 | 21095 | JARED LESH | 23,977.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/16/18 | 2923 | JARED LESH | 12,022.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/19/18 | 21246 | JARED LESH | 36,487.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/08/18 | 3152 | JARED LESH | 18,473.25 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/13/18 | 21641 | JARED LESH | 10,180.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/12/18 | 21842 | JARED LESH | 575.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/12/18 | 21858 | JARED LESH | 23,839.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/11/18 | 22198 | JARED LESH | 50,076.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/03/19 | 22288 | JARED LESH | 50,563.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/19 | 22574 | JARED LESH | 55,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/25/19 | 23040 | JARED LESH | 38,275.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/15/19 | 23203 | JARED LESH | 10,613.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/27/19 | 23438 | JARED LESH | 415.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/28/19 | 23439 | JARED LESH | 49,785.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/30/19 | 23678 | JARED LESH | 49,562.89 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/13/19 | 25053 | JARED LESH | 9,477.71 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/21/20 | 25364 | JARED LESH | 23,836.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/05/20 | 25568 | JARED LESH | 29,575.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/14/20 | 23677 | JARED LESH | 80,768.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/08/20 | 26035 | JARED LESH | 49,733.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/12/20 | 26275 | JARED LESH | 50,019.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/23/20 | 26559 | JARED LESH | 400.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/09/20 | 12068 | JARED LESH | 2,567.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/21/20 | 26792 | JARED LESH | 30,760.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/06/20 | 25635 | JARED LESH | 55,121.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/03/20 | 26793 | JARED LESH | 25,598.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/30/20 | 27843 | JARED & COLETTE LESH | 27,182.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/02/20 | 27669 | JARED & COLETTE LESH | 104,968.57 |

JARED LESH

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 12/09/20 | 27877 | JARED LESH & ANB | 235,352.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/10/21 | 26794 | JARED LESH | 69,916.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/09/21 | 26795 | JARED LESH | 21,171.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/17/21 | 28558 | JARED LESH | 33,943.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/12/21 | 28682 | JARED LESH & ANB | 235,863.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/15/21 | 28559 | JARED LESH | 124,465.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/12/21 | 28560 | JARED LESH | 54,914.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/25/21 | 29704 | JARED LESH & ANB | 236,180.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/01/21 | 28561 | JARED LESH | 197,142.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/14/21 | 29846 | JARED LESH & ANB | 374,498.35 |
| McClain Farms | Mechanics Bank | 3070 | 12/07/21 | 1035 | JARED LESH | 90,270.88 |
| McClain Farms | Mechanics Bank | 3070 | 12/23/21 | 1195 | JARED LESH & ANB | 236,077.00 |
| McClain Farms | Mechanics Bank | 3070 | 01/24/22 | 1707 | JARED LESH & ANB | 374,527.35 |
| McClain Farms | Mechanics Bank | 3070 | 02/16/22 | 1036 | JARED LESH | 24,984.71 |
| McClain Farms | Mechanics Bank | 3070 | 03/02/22 | 2049 | JARED LESH & ANB | 593,688.93 |
| McClain Farms | Mechanics Bank | 3070 | 03/11/22 | 1037 | JARED LESH | 78,400.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/31/22 | 28562 | JARED LESH | 25,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 04/12/22 | 1038 | JARED LESH | 55,230.84 |
| McClain Farms | Mechanics Bank | 3070 | 06/22/22 | 2560 | JARED LESH & ANB | 613,780.87 |
| McClain Farms | Mechanics Bank | 3070 | 07/06/22 | 1039 | JARED LESH | 50,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 08/12/22 | 2938 | JARED LESH | 50,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 10/11/22 | 3450 | JARED LESH & ANB | 612,664.25 |
| McClain Farms | Mechanics Bank | 3070 | 10/20/22 | 2940 | JARED LESH | 315,663.50 |
| McClain Farms | Mechanics Bank | 3070 | 11/14/22 | 2941 | JARED LESH | 159,221.02 |
| McClain Farms | Mechanics Bank | 3070 | 11/22/22 | 3975 | JARED LESH & ANB | 591,582.64 |
| McClain Farms | Mechanics Bank | 3070 | 12/13/22 | 2942 | JARED LESH | 50,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 01/04/23 | 4317 | JARED LESH | 120,940.21 |
| **Subtotal** | | | | | | **7,004,669.05** |
| | | | | | | |
| McClain Farms | Mechanics Bank | 3070 | 02/14/23 | 2943 | JARED LESH | 45,676.96 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/17/23 | 6552 | JARED LESH & ANB | 606,032.72 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/07/23 | 6751 | JARED LESH & ANB | 581,838.61 |
| McClain Farms | Mechanics Bank | 3070 | 03/09/23 | 4318 | JARED LESH | 150,000.00 |

JARED LESH

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 03/24/23 | 4319 | JARED LESH | 29,446.50 |
| **Subtotal** | | | | | | **1,412,994.79** |
| **Total** | | | | | | **8,417,663.84** |