LESH TRUCKING

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 12/20/18 | 21046 | LESH TRUCKING | 30,840.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/11/19 | 22833 | LESH TRUCKING | 11,156.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/04/19 | 22837 | LESH TRUCKING | 8,971.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/16/19 | 22848 | LESH TRUCKING | 10,418.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/24/19 | 23054 | LESH TRUCKING | 5,644.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/19 | 23056 | LESH TRUCKING | 13,417.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/05/19 | 23058 | LESH TRUCKING | 14,040.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/22/19 | 23059 | LESH TRUCKING | 11,404.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/01/19 | 23061 | LESH TRUCKING | 11,239.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/29/19 | 23274 | LESH TRUCKING | 8,481.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/26/20 | 25307 | LESH TRUCKING | 6,781.70 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/13/20 | 25308 | LESH TRUCKING | 4,095.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/22/20 | 25313 | LESH TRUCKING | 8,020.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/05/20 | 25314 | LESH TRUCKING | 20,131.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/04/20 | 26680 | LESH TRUCKING | 13,795.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/15/20 | 26263 | LESH TRUCKING | 19,756.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/30/20 | 26264 | LESH TRUCKING | 15,960.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/14/20 | 26265 | LESH TRUCKING | 5,846.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/12/20 | 26266 | LESH TRUCKING | 16,596.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/09/20 | 26269 | LESH TRUCKING | 17,483.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/21 | 27928 | LESH TRUCKING | 6,022.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/03/21 | 27934 | LESH TRUCKING | 25,974.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/08/21 | 27936 | LESH TRUCKING | 14,811.70 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/15/21 | 27937 | LESH TRUCKING | 18,808.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/02/21 | 28337 | LESH TRUCKING | 13,716.70 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/12/21 | 28338 | LESH TRUCKING | 19,896.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/04/21 | 29183 | LESH TRUCKING | 6,956.60 |
| McClain Farms | Mechanics Bank | 3070 | 10/25/22 | 3743 | LESH TRUCKING | 32,130.00 |
| McClain Farms | Mechanics Bank | 3070 | 11/09/22 | 3879 | LESH TRUCKING | 4,430.00 |
| McClain Farms | Mechanics Bank | 3070 | 11/09/22 | 3880 | LESH TRUCKING | 11,016.50 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/09/22 | 4092 | LESH TRUCKING | 17,988.50 |
| McClain Farms | Mechanics Bank | 3070 | 11/22/22 | 4012 | LESH TRUCKING | 10,124.40 |

LESH TRUCKING

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 11/22/22 | 4011 | LESH TRUCKING | 19,531.40 |
| McClain Farms | Mechanics Bank | 3070 | 11/28/22 | 4066 | LESH TRUCKING | 11,355.00 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/06/22 | 6402 | LESH TRUCKING | 16,264.50 |
| McClain Farms | Mechanics Bank | 3070 | 12/12/22 | 4146 | LESH TRUCKING | 4,972.50 |
| McClain Farms | Mechanics Bank | 3070 | 12/21/22 | 4272 | LESH TRUCKING | 5,406.50 |
| McClain Farms | Mechanics Bank | 3070 | 01/05/23 | 4410 | LESH TRUCKING | 5,829.75 |
| McClain Farms | Mechanics Bank | 3070 | 01/05/23 | 4459 | LESH TRUCKING | 5,967.25 |
| McClain Farms | Mechanics Bank | 3070 | 01/11/23 | 4481 | LESH TRUCKING | 5,323.00 |
| McClain Farms | Mechanics Bank | 3070 | 01/19/23 | 4572 | LESH TRUCKING | 10,357.50 |
| **Subtotal** | | | | | | **520,964.05** |
| McClain Farms | Mechanics Bank | 3070 | 02/15/23 | 4952 | LESH TRUCKING | 10,986.00 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/22/23 | 6490 | LESH TRUCKING | 8,850.00 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/02/23 | 6584 | LESH TRUCKING | 2,225.00 |
| McClain Farms | Mechanics Bank | 3070 | 03/21/23 | 7220 | LESH TRUCKING | 6,975.00 |
| McClain Farms | Mechanics Bank | 3070 | 03/29/23 | 7303 | LESH TRUCKING | 4,225.00 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7432 | LESH TRUCKING | 11,400.00 |
| **Subtotal** | | | | | | **44,661.00** |
| **Total** | | | | | | **565,625.05** |