JOEL LESH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/11/18 | 20116 | JOEL LESH & RCB | 178,981.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/18 | 20740 | JOEL LESH & RCB | 85,315.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/18 | 20741 | JOEL LESH & RCB | 227,301.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/02/18 | 20743 | JOEL LESH & RCB | 155,957.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/16/18 | 20744 | JOEL LESH & RCB | 182,833.94 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/03/18 | 21002 | JOEL LESH & RCB | 231,753.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/12/18 | 21009 | JOEL LESH & RCB | 199,334.85 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/13/18 | 21003 | JOEL LESH & RCB | 81,573.85 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/14/18 | 21006 | JOEL LESH & RCB | 172,123.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/12/18 | 21007 | JOEL LESH & RCB | 188,029.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/29/18 | 21008 | JOEL LESH & RCB | 208,027.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/29/18 | 21236 | JOEL LESH & RCB | 240,888.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/02/18 | 21239 | JOEL LESH & RCB | 14,889.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/13/18 | 21234 | JOEL LESH & RCB | 84,944.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/17/18 | 21232 | JOEL LESH & RCB | 186,233.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/02/18 | 21441 | JOEL LESH & RCB | 205,863.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/02/18 | 21442 | JOEL LESH & RCB | 238,448.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/17/18 | 21445 | JOEL LESH & RCB | 84,972.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/29/18 | 21443 | JOEL LESH & RCB | 162,264.02 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/10/18 | 21463 | JOEL LESH & RCB | 204,678.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/10/18 | 21462 | JOEL LESH & RCB | 225,545.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/10/18 | 22000 | JOEL LESH & RCB | 261,590.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/21/18 | 22007 | JOEL LESH | 85,125.09 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/14/19 | 22449 | JOEL LESH & RCB | 243,870.42 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/19 | 22450 | JOEL LESH & RCB | 188,229.46 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/01/19 | 22452 | JOEL LESH & RCB | 248,437.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/05/19 | 22716 | JOEL LESH & RCB | 180,955.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/05/19 | 22719 | JOEL LESH & RCB | 228,870.94 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/25/19 | 22843 | JOEL LESH & RCB | 188,825.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/25/19 | 22842 | JOEL LESH & RCB | 253,142.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/20/20 | 27198 | JOEL & COLETTE LESH | 568,698.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/20 | 27200 | JOEL & COLETTE LESH | 1,393,226.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/02/20 | 27638 | JOEL & COLETTE LESH | 1,501,246.25 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/04/20 | 27633 | JOEL & COLETTE LESH | 556,920.89 |

JOEL LESH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 11/10/20 | 27636 | JOEL & COLETTE LESH | 204,113.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/16/20 | 27765 | JOEL & COLETTE LESH | 412,142.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/18/20 | 26678 | JOEL & COLETTE LESH | 395,676.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/24/20 | 27670 | JOEL & COLETTE LESH | 930,024.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/01/20 | 27666 | JOEL & COLETTE LESH | 378,931.47 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/02/20 | 27668 | JOEL & COLETTE LESH | 354,873.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/02/20 | 27671 | JOEL & COLETTE LESH | 720,768.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/07/20 | 27842 | JOEL & COLETTE LESH | 397,652.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/11/20 | 27841 | JOEL & COLETTE LESH | 1,223,233.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/16/20 | 27768 | JOEL & COLETTE LESH | 1,148.43 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/16/20 | 27769 | JOEL & COLETTE LESH | 1,663,651.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/28/21 | 28255 | JOEL & COLETTE LESH | 989,900.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/02/21 | 28258 | JOEL & COLETTE LESH | 814,823.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/11/21 | 28260 | JOEL & COLETTE LESH | 262,899.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/04/21 | 28102 | JOEL & COLETTE LESH | 1,846,273.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/12/21 | 28462 | JOEL & COLETTE LESH | 557,670.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/24/21 | 28467 | JOEL & COLETTE LESH | 607,514.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/21 | 28571 | JOEL & COLETTE LESH | 1,148,285.66 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 05/07/21 | WIRE | JOEL & COLETTE LESH | 265,316.00 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 05/20/21 | WIRE | JOEL & COLETTE LESH | 209,339.55 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 06/08/21 | WIRE | JOEL & COLETTE LESH | 191,255.30 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 06/14/21 | WIRE | JOEL & COLETTE LESH | 107,205.43 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 07/16/21 | WIRE | JOEL & COLETTE LESH | 134,612.36 |
| **Total** | | | | | | **23,276,411.74** |