LAZY J ARENA

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/23/18 | 21233 | LAZY J ARENA | 243,287.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/14/18 | 22009 | LAZY J ARENA | 81,952.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/15/19 | 22453 | LAZY J ARENA | 114,970.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/05/19 | 22720 | LAZY J ARENA | 17,986.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/05/19 | 22717 | LAZY J ARENA | 133,935.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/25/19 | 22721 | LAZY J ARENA | 68,866.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/02/19 | 22844 | LAZY J ARENA | 120,240.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/05/19 | 22845 | LAZY J ARENA | 165,835.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/08/19 | 22999 | LAZY J ARENA | 283,046.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/08/19 | 23000 | LAZY J ARENA | 310,869.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/23/19 | 23001 | LAZY J ARENA | 906,827.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/01/19 | 23002 | LAZY J ARENA | 580,969.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/11/19 | 23003 | LAZY J ARENA | 554,893.74 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/15/19 | 23004 | LAZY J ARENA | 720,548.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/27/19 | 23776 | LAZY J ARENA | 1,067,443.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/30/19 | 23005 | LAZY J ARENA | 956,428.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/13/19 | 23777 | LAZY J ARENA | 1,056,564.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/29/19 | 23778 | LAZY J ARENA | 956,317.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/20/19 | 23779 | LAZY J ARENA | 1,987,620.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/30/19 | 23780 | LAZY J ARENA | 1,611,968.25 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/03/20 | 23781 | LAZY J ARENA | 1,891,540.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/06/20 | 23782 | LAZY J ARENA | 1,946,381.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/10/20 | 23783 | LAZY J ARENA | 893,606.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/14/20 | 23784 | LAZY J ARENA | 681,978.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/27/20 | 25403 | LAZY J ARENA | 844,490.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/20 | 23785 | LAZY J ARENA | 1,133,111.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/31/20 | 25404 | LAZY J ARENA | 23,208.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/07/20 | 25405 | LAZY J ARENA | 1,127,271.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/10/20 | 25406 | LAZY J ARENA | 463,537.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/13/20 | 25407 | LAZY J ARENA | 368,376.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/14/20 | 25408 | LAZY J ARENA | 674,110.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/18/20 | 25409 | LAZY J ARENA | 542,868.74 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/19/20 | 25698 | LAZY J ARENA | 743,378.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/20/20 | 25699 | LAZY J ARENA | 1,215,698.44 |

LAZY J ARENA

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/24/20 | 25700 | LAZY J ARENA | 729,400.04 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/10/20 | 25701 | LAZY J ARENA | 335,276.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/14/20 | 25702 | LAZY J ARENA | 649,769.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/17/20 | 25703 | LAZY J ARENA | 390,970.58 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/22/20 | 25704 | LAZY J ARENA | 700,937.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/30/20 | 25705 | LAZY J ARENA | 32,868.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/06/20 | 25708 | LAZY J ARENA | 1,846,345.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/11/20 | 25706 | LAZY J ARENA | 1,525,136.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/10/20 | 26256 | LAZY J ARENA | 461,986.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/19/20 | 25707 | LAZY J ARENA | 746,138.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/29/20 | 26262 | LAZY J ARENA | 546,684.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/30/20 | 26261 | LAZY J ARENA | 181,129.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/03/20 | 26260 | LAZY J ARENA | 444,219.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/06/20 | 26259 | LAZY J ARENA | 35,704.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/07/20 | 26258 | LAZY J ARENA | 544,395.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/08/20 | 26257 | LAZY J ARENA | 150,023.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/10/20 | 26672 | LAZY J ARENA | 139,127.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/20/20 | 26674 | LAZY J ARENA | 412,008.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/23/20 | 26673 | LAZY J ARENA | 645,190.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/24/20 | 26675 | LAZY J ARENA | 413,768.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/28/20 | 26679 | LAZY J ARENA | 622,883.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/03/20 | 26676 | LAZY J ARENA | 560,283.58 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/06/20 | 26677 | LAZY J ARENA | 485,854.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/10/20 | 26945 | LAZY J ARENA | 541,520.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/11/20 | 26946 | LAZY J ARENA | 471,652.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/18/20 | 26947 | LAZY J ARENA | 1,263,541.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/21/20 | 26948 | LAZY J ARENA | 1,805,921.88 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/26/20 | 26949 | LAZY J ARENA | 724,383.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/28/20 | 26950 | LAZY J ARENA | 583,369.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/31/20 | 26944 | LAZY J ARENA | 992,858.79 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/09/20 | 26943 | LAZY J ARENA | 357,246.24 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/17/20 | 26942 | LAZY J ARENA | 405,557.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/08/20 | 26951 | LAZY J ARENA | 316,470.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/09/20 | 27197 | LAZY J ARENA | 297,648.89 |

LAZY J ARENA

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 10/13/20 | 27204 | LAZY J ARENA | 1,253,760.18 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/22/20 | 27199 | LAZY J ARENA | 44,622.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/28/20 | 27203 | LAZY J ARENA | 501,979.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/28/20 | 27202 | LAZY J ARENA | 598,957.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/28/20 | 27201 | LAZY J ARENA | 679,575.87 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/05/20 | 27635 | LAZY J ARENA | 680,831.47 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/05/20 | 27634 | LAZY J ARENA | 755,080.02 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/10/20 | 27764 | LAZY J ARENA | 646,547.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/10/20 | 27637 | LAZY J ARENA | 789,467.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/19/20 | 27767 | LAZY J ARENA | 227,432.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/19/20 | 27766 | LAZY J ARENA | 568,793.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/30/20 | 27836 | LAZY J ARENA | 234,384.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/30/20 | 27844 | LAZY J ARENA | 274,679.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/02/20 | 27667 | LAZY J ARENA | 597,799.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/04/20 | 27837 | LAZY J ARENA | 1,833,808.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/08/20 | 27839 | LAZY J ARENA | 621,661.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/08/20 | 27838 | LAZY J ARENA | 695,207.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/08/20 | 27840 | LAZY J ARENA | 706,914.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/17/20 | 27971 | LAZY J ARENA | 873,877.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/18/20 | 27972 | LAZY J ARENA | 10,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/21/20 | 27973 | LAZY J ARENA | 1,878,245.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/23/20 | 27976 | LAZY J ARENA | 711,702.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/23/20 | 27975 | LAZY J ARENA | 767,899.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/24/20 | 27974 | LAZY J ARENA | 2,293,742.65 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/30/20 | 28109 | LAZY J ARENA | 1,119,374.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/30/20 | 28097 | LAZY J ARENA | 1,517,233.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/05/21 | 27977 | LAZY J ARENA | 2,136,674.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/08/21 | 27978 | LAZY J ARENA | 1,686,165.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/13/21 | 28108 | LAZY J ARENA | 1,090,693.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/14/21 | 28107 | LAZY J ARENA | 383,288.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/19/21 | 27979 | LAZY J ARENA | 1,228,674.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/20/21 | 28095 | LAZY J ARENA | 324,984.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/21 | 28096 | LAZY J ARENA | 817,678.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/25/21 | 28254 | LAZY J ARENA | 1,690,270.70 |

LAZY J ARENA

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/27/21 | 28106 | LAZY J ARENA | 959,758.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/28/21 | 28256 | LAZY J ARENA | 1,306,589.33 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/02/21 | 28257 | LAZY J ARENA | 1,107,812.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/08/21 | 28105 | LAZY J ARENA | 1,326,767.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/11/21 | 28259 | LAZY J ARENA | 1,816,341.70 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/17/21 | 28098 | LAZY J ARENA | 21,780.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/17/21 | 28261 | LAZY J ARENA | 2,763,386.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/22/21 | 28262 | LAZY J ARENA | 1,489,553.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/23/21 | 28263 | LAZY J ARENA | 581,019.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/25/21 | 28099 | LAZY J ARENA | 1,281,870.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/01/21 | 28100 | LAZY J ARENA | 1,080,146.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/02/21 | 28101 | LAZY J ARENA | 778,006.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/08/21 | 28103 | LAZY J ARENA | 853,900.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/09/21 | 28460 | LAZY J ARENA | 50,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/09/21 | 28459 | LAZY J ARENA | 1,833,001.42 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/10/21 | 28564 | LAZY J ARENA | 877,698.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/11/21 | 28104 | LAZY J ARENA | 1,431,633.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/12/21 | 28565 | LAZY J ARENA | 1,362,883.04 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/15/21 | 28566 | LAZY J ARENA | 1,249,755.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/16/21 | 28567 | LAZY J ARENA | 1,121,526.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/17/21 | 28463 | LAZY J ARENA | 1,964,174.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/18/21 | 28464 | LAZY J ARENA | 965,126.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/19/21 | 28465 | LAZY J ARENA | 915,653.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/22/21 | 28466 | LAZY J ARENA | 2,143,592.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/24/21 | 28468 | LAZY J ARENA | 306,592.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/25/21 | 28570 | LAZY J ARENA | 2,840,866.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/30/21 | 28572 | LAZY J ARENA | 2,761,603.42 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/01/21 | 28573 | LAZY J ARENA | 2,052,048.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/02/21 | 28461 | LAZY J ARENA | 1,147,992.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/05/21 | 28665 | LAZY J ARENA | 1,160,850.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/07/21 | 28666 | LAZY J ARENA | 2,990,252.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/08/21 | 28667 | LAZY J ARENA | 1,272,351.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/15/21 | 28668 | LAZY J ARENA | 2,836,107.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/20/21 | 28569 | LAZY J ARENA | 2,858,415.57 |

LAZY J ARENA

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 04/23/21 | 28568 | LAZY J ARENA | 1,664,169.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/27/21 | 28660 | LAZY J ARENA | 618,920.09 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/28/21 | 28661 | LAZY J ARENA | 2,373,986.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/30/21 | 28669 | LAZY J ARENA | 1,475,111.75 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/03/21 | 28670 | LAZY J ARENA | 1,448,950.77 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/05/21 | 28671 | LAZY J ARENA | 2,603,309.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/07/21 | 28672 | LAZY J ARENA | 265,828.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/10/21 | 28673 | LAZY J ARENA | 2,194,320.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/12/21 | 28674 | LAZY J ARENA | 1,087,313.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/13/21 | 28675 | LAZY J ARENA | 2,462,681.77 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/14/21 | 28676 | LAZY J ARENA | 341,596.24 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/18/21 | 28662 | LAZY J ARENA | 2,971,086.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/19/21 | 28663 | LAZY J ARENA | 283,516.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/21/21 | 28664 | LAZY J ARENA | 3,247,899.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/26/21 | 29077 | LAZY J ARENA | 3,113,917.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/01/21 | 29019 | LAZY J ARENA | 3,285,157.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/21 | 29078 | LAZY J ARENA | 3,088,883.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/08/21 | 29020 | LAZY J ARENA | 404,120.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/09/21 | 29079 | LAZY J ARENA | 3,225,950.46 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/10/21 | 29021 | LAZY J ARENA | 13,040.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/14/21 | 29081 | LAZY J ARENA | 3,193,225.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/17/21 | 29022 | LAZY J ARENA | 3,278,239.18 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/21/21 | 29198 | LAZY J ARENA | 1,951,962.69 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/22/21 | 29199 | LAZY J ARENA | 3,140,662.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/23/21 | 29082 | LAZY J ARENA | 686,465.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/24/21 | 29023 | LAZY J ARENA | 405,314.58 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/25/21 | 29024 | LAZY J ARENA | 3,274,807.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/28/21 | 29207 | LAZY J ARENA | 980,381.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/29/21 | 29025 | LAZY J ARENA | 333,374.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/30/21 | 29200 | LAZY J ARENA | 2,843,562.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/02/21 | 29201 | LAZY J ARENA | 70,566.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/02/21 | 29206 | LAZY J ARENA | 1,201,650.89 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/06/21 | 29205 | LAZY J ARENA | 2,748,853.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/07/21 | 29204 | LAZY J ARENA | 986,600.73 |

LAZY J ARENA

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/08/21 | 29373 | LAZY J ARENA | 1,844,902.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/09/21 | 29374 | LAZY J ARENA | 2,550,153.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/12/21 | 29375 | LAZY J ARENA | 162,110.46 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/13/21 | 29376 | LAZY J ARENA | 1,881,236.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/14/21 | 29377 | LAZY J ARENA | 3,512,384.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/15/21 | 29378 | LAZY J ARENA | 1,434,094.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/16/21 | 29380 | LAZY J ARENA | 1,879,414.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/19/21 | 29381 | LAZY J ARENA | 2,226,959.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/20/21 | 29382 | LAZY J ARENA | 1,596,595.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/21/21 | 29469 | LAZY J ARENA | 1,861,558.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/22/21 | 29457 | LAZY J ARENA | 2,985,680.43 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/23/21 | 29458 | LAZY J ARENA | 1,709,616.33 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/26/21 | 29459 | LAZY J ARENA | 2,143,852.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/27/21 | 29460 | LAZY J ARENA | 2,296,230.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/28/21 | 29461 | LAZY J ARENA | 2,374,983.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/29/21 | 29462 | LAZY J ARENA | 1,950,423.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/30/21 | 29463 | LAZY J ARENA | 2,946,170.87 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/02/21 | 29464 | LAZY J ARENA | 2,414,228.90 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/04/21 | 29465 | LAZY J ARENA | 2,270,882.85 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/04/21 | 29466 | LAZY J ARENA | 2,847,907.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/17/21 | 29468 | LAZY J ARENA | 8,626.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/07/21 | 29379 | LAZY J ARENA | 25,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/01/21 | 29584 | LAZY J ARENA | 25,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/07/21 | 29586 | LAZY J ARENA | 25,200.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/26/21 | 29587 | LAZY J ARENA | 19,950.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/29/21 | 29588 | LAZY J ARENA | 35,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/17/21 | 29203 | LAZY J ARENA | 30,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/21 | 29202 | LAZY J ARENA | 35,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/07/21 | 29589 | LAZY J ARENA | 40,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 12/20/21 | 1532 | LAZY J ARENA | 25,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/04/22 | 29590 | LAZY J ARENA | 25,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 02/01/22 | 1534 | LAZY J ARENA | 47,100.00 |
| McClain Farms | Mechanics Bank | 3070 | 02/23/22 | 1533 | LAZY J ARENA | 25,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 04/06/22 | 1535 | LAZY J ARENA | 36,900.00 |

LAZY J ARENA

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 04/18/22 | 2313 | LAZY J ARENA | 20,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 04/28/22 | 2314 | LAZY J ARENA | 25,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 06/08/22 | 2316 | LAZY J ARENA | 36,150.00 |
| McClain Farms | Mechanics Bank | 3070 | 06/23/22 | 2317 | LAZY J ARENA | 30,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 07/13/22 | 2794 | LAZY J ARENA | 15,150.00 |
| McClain Farms | Mechanics Bank | 3070 | 07/19/22 | 2795 | LAZY J ARENA | 25,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 08/05/22 | 2796 | LAZY J ARENA | 20,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 08/29/22 | 2797 | LAZY J ARENA | 25,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 11/15/22 | 3718 | LAZY J ARENA | 31,050.00 |
| McClain Farms | Mechanics Bank | 3070 | 12/16/22 | 4215 | LAZY J ARENA | 40,500.00 |
| **Subtotal** | | | | | | **229,426,911.29** |
| | | | | | | |
| McClain Farms | Mechanics Bank | 3070 | 02/14/23 | 4969 | LAZY J ARENA | 19,575.00 |
| **Subtotal** | | | | | | **19,575.00** |
| | | | | | | |
| **Total** | | | | | | **229,446,486.29** |