MORRISON CAFE

| Company | Bank | Acct . | Date | Check  # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/19/18 | 20110 | MORRISON CAFE | 368,914.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/16/18 | 20735 | MORRISON CAFE | 105,406.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/20/18 | 20934 | MORRISON CAFE | 201,910.94 |
| **Total** | | | | | | **676,231.54** |