GARY LESH TRUST

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/19/21 | 28891 | GARY LESH TRUST | 1,837,980.09 |
| **Total** | | | | | | **1,837,980.09** |