LESH FAMILY TRUST

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/28/18 | 20736 | LESH FAMILY TRUST | 53,159.24 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/08/18 | 20739 | LESH FAMILY TRUST | 194,765.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/12/18 | 20494 | LESH FAMILY TRUST | 54,655.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/12/18 | 20492 | LESH FAMILY TRUST | 105,604.28 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/12/18 | 20493 | LESH FAMILY TRUST | 140,943.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/17/18 | 21452 | LESH FAMILY TRUST | 308,886.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/24/18 | 21455 | LESH FAMILY TRUST | 55,537.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/05/18 | 21867 | LESH FAMILY TRUST | 310,707.89 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/19 | 21048 | LESH FAMILY TRUST | 56,193.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/11/19 | 22003 | LESH FAMILY TRUST | 161,371.46 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/01/19 | 22539 | LESH FAMILY TRUST | 392,001.94 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/25/19 | 22838 | LESH FAMILY TRUST | 104,809.90 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/05/19 | 22836 | LESH FAMILY TRUST | 351,747.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/09/19 | 23053 | LESH FAMILY TRUST | 65,676.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/20/19 | 22835 | LESH FAMILY TRUST | 105,162.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/20/19 | 22834 | LESH FAMILY TRUST | 207,436.89 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/20/19 | 23057 | LESH FAMILY TRUST | 357,654.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/23/19 | 23272 | LESH FAMILY TRUST | 710,708.42 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/30/19 | 23063 | LESH FAMILY TRUST | 289,304.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/31/19 | 23064 | LESH FAMILY TRUST | 463,878.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/17/20 | 25304 | LESH FAMILY TRUST | 712,617.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/06/20 | 25312 | LESH FAMILY TRUST | 679,000.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/22/20 | 25310 | LESH FAMILY TRUST | 167,850.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/02/20 | 25311 | LESH FAMILY TRUST | 619,351.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/08/20 | 26688 | LESH FAMILY TRUST | 848,455.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/05/20 | 26681 | LESH FAMILY TRUST | 138,518.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/07/20 | 26682 | LESH FAMILY TRUST | 618,501.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/12/20 | 26683 | LESH FAMILY TRUST | 476,942.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/18/20 | 26684 | LESH FAMILY TRUST | 528,140.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/28/20 | 26685 | LESH FAMILY TRUST | 461,695.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/14/20 | 27311 | LESH FAMILY TRUST | 150,030.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/14/20 | 27312 | LESH FAMILY TRUST | 300,031.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/16/20 | 27313 | LESH FAMILY TRUST | 470,387.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/16/20 | 27314 | LESH FAMILY TRUST | 515,167.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/20/20 | 27315 | LESH FAMILY TRUST | 468,425.52 |

LESH FAMILY TRUST

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 10/21/20 | 27316 | LESH FAMILY TRUST | 510,170.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/20 | 27592 | LESH FAMILY TRUST | 539,709.90 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/19/20 | 27771 | LESH FAMILY TRUST | 671,378.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/24/20 | 27772 | LESH FAMILY TRUST | 649,561.02 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/30/20 | 27773 | LESH FAMILY TRUST | 422,112.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/02/20 | 27775 | LESH FAMILY TRUST | 936,942.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/09/20 | 27776 | LESH FAMILY TRUST | 676,524.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/14/20 | 27777 | LESH FAMILY TRUST | 515,726.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/16/20 | 28002 | LESH FAMILY TRUST | 756,345.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/18/20 | 28003 | LESH FAMILY TRUST | 328,510.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/18/20 | 28004 | LESH FAMILY TRUST | 538,900.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/21/20 | 28005 | LESH FAMILY TRUST | 693,642.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/05/21 | 28006 | LESH FAMILY TRUST | 531,760.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/11/21 | 27930 | LESH FAMILY TRUST | 246,375.33 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/12/21 | 27931 | LESH FAMILY TRUST | 657,817.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/20/21 | 27932 | LESH FAMILY TRUST | 842,165.94 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/25/21 | 27933 | LESH FAMILY TRUST | 767,925.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/04/21 | 28235 | LESH FAMILY TRUST | 296,737.42 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/11/21 | 28236 | LESH FAMILY TRUST | 814,443.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/24/21 | 28237 | LESH FAMILY TRUST | 812,537.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/25/21 | 27935 | LESH FAMILY TRUST | 21,625.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/16/21 | 28238 | LESH FAMILY TRUST | 632,200.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/19/21 | 28523 | LESH FAMILY TRUST | 630,974.88 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/22/21 | 28524 | LESH FAMILY TRUST | 882,783.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/24/21 | 27938 | LESH FAMILY TRUST | 1,424,600.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/31/21 | 28529 | LESH FAMILY TRUST | 1,161,485.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/02/21 | 28525 | LESH FAMILY TRUST | 1,235,595.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/12/21 | 28526 | LESH FAMILY TRUST | 1,272,182.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/21/21 | 28528 | LESH FAMILY TRUST | 460,214.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/23/21 | 28344 | LESH FAMILY TRUST | 475,839.42 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/07/21 | 28521 | LESH FAMILY TRUST | 1,321,687.94 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/13/21 | 28883 | LESH FAMILY TRUST | 1,292,961.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/18/21 | 28884 | LESH FAMILY TRUST | 1,017,912.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/21/21 | 28885 | LESH FAMILY TRUST | 1,845,918.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/26/21 | 28886 | LESH FAMILY TRUST | 1,590,305.22 |

LESH FAMILY TRUST

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 06/01/21 | 28887 | LESH FAMILY TRUST | 1,818,715.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/21 | 28889 | LESH FAMILY TRUST | 1,729,256.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/09/21 | 28888 | LESH FAMILY TRUST | 1,896,792.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/14/21 | 29182 | LESH FAMILY TRUST | 1,881,481.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/28/21 | 28890 | LESH FAMILY TRUST | 1,850,912.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/01/21 | 29234 | LESH FAMILY TRUST | 1,140,352.18 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/07/21 | 29243 | LESH FAMILY TRUST | 1,030,543.28 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/12/21 | 29235 | LESH FAMILY TRUST | 874,924.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/14/21 | 29239 | LESH FAMILY TRUST | 598,823.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/30/21 | 28892 | LESH FAMILY TRUST | 1,349,170.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/04/21 | 29242 | LESH FAMILY TRUST | 1,462,154.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/06/21 | 29236 | LESH FAMILY TRUST | 295,992.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/09/21 | 29237 | LESH FAMILY TRUST | 1,877,200.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/11/21 | 29184 | LESH FAMILY TRUST | 728,603.78 |
| **Total** | | | | | | **57,655,823.17** |