KATIE LESH

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/21 | 27929 | KATIE LESH | 7,193.79 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/24/21 | 28339 | KATIE LESH | 6,840.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/26/21 | 29186 | KATIE LESH | 7,141.07 |
| **Total** | | | | | | **21,175.79** |