JORDAN LESH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/16/18 | 20109 | JORDAN LESH | 66,184.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/16/18 | 20111 | JORDAN LESH | 92,300.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/21/18 | 20737 | JORDAN LESH | 12,037.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/12/18 | 20738 | JORDAN LESH & RCB BANK | 151,002.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/23/18 | 20925 | JORDAN LESH | 18,011.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/18 | 20933 | JORDAN LESH | 64,897.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/18 | 20932 | JORDAN LESH & RCB BANK | 90,832.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/23/18 | 20926 | JORDAN LESH | 15,444.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/11/18 | 21010 | JORDAN LESH | 12,317.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/31/18 | 21011 | JORDAN LESH | 13,544.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/26/18 | 21012 | JORDAN LESH | 11,577.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/10/18 | 20528 | JORDAN LESH | 109,015.09 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/11/18 | 20928 | JORDAN LESH | 66,573.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/11/18 | 20927 | JORDAN LESH | 93,065.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/03/18 | 21014 | JORDAN LESH | 12,549.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/31/18 | 21450 | JORDAN LESH | 14,090.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/17/18 | 21451 | JORDAN LESH | 10,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/25/18 | 21456 | JORDAN LESH | 16,065.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/09/18 | 21457 | JORDAN LESH | 16,065.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/12/18 | 21860 | JORDAN LESH | 67,152.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/12/18 | 21458 | JORDAN LESH | 93,708.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/12/18 | 21459 | JORDAN LESH | 108,917.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/12/18 | 21859 | JORDAN LESH | 192,523.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/31/18 | 21863 | JORDAN LESH | 31,046.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/20/18 | 21864 | JORDAN LESH | 10,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/28/18 | 21865 | JORDAN LESH | 31,634.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/31/18 | 21047 | JORDAN LESH | 191,117.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/02/19 | 21050 | JORDAN LESH | 108,012.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/19 | 21049 | JORDAN LESH | 66,222.88 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/08/19 | 21052 | JORDAN LESH | 93,814.75 |

JORDAN LESH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/23/19 | 22533 | JORDAN LESH | 6,044.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/12/19 | 22536 | JORDAN LESH | 17,614.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/20/19 | 22538 | JORDAN LESH | 106,650.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/20/19 | 22537 | JORDAN LESH | 187,433.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/04/19 | 22542 | JORDAN LESH | 65,519.94 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/04/19 | 22541 | JORDAN LESH | 92,269.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/08/19 | 23055 | JORDAN LESH | 13,125.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/30/19 | 23015 | JORDAN LESH & RCB BANK | 397,381.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/29/19 | 23060 | JORDAN LESH | 12,319.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/09/19 | 23275 | JORDAN LESH | 4,535.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/03/20 | 23062 | JORDAN LESH | 348,184.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/09/20 | 25303 | JORDAN LESH | 877,345.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/20 | 25306 | JORDAN LESH | 67,605.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/10/20 | WIRE | JORDAN LESH | 267,933.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/12/20 | 25315 | JORDAN LESH | 67,678.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/28/20 | 27593 | JORDAN LESH | 897,430.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/03/20 | 27594 | JORDAN LESH | 800,143.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/04/20 | 27595 | JORDAN LESH | 221,866.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/09/20 | 27596 | JORDAN LESH | 305,821.58 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/10/20 | 27597 | JORDAN LESH | 680,618.96 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/10/20 | WIRE | JORDAN LESH | 358,446.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/12/20 | 26267 | JORDAN LESH | 68,141.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/16/20 | 26268 | JORDAN LESH | 437,655.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/03/21 | 28240 | JORDAN LESH | 699,699.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/05/21 | 28241 | JORDAN LESH | 447,987.87 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/12/21 | 28527 | JORDAN LESH | 426,067.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/27/21 | 28522 | JORDAN LESH | 1,256,483.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/08/21 | 28340 | JORDAN LESH | 420,453.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/22/21 | 29240 | JORDAN LESH | 1,029,797.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/27/21 | 29241 | JORDAN LESH | 1,887,642.58 |

JORDAN LESH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | 09/09/21 | WIRE | JORDAN LESH | 268,609.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/10/21 | 29540 | JORDAN LESH | 10,578.66 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/18/22 | WIRE | JORDAN LESH | 268,995.95 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/07/22 | WIRE | JORDAN LESH | 158,181.56 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/01/22 | WIRE | JORDAN LESH | 108,742.87 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/06/22 | WIRE | JORDAN LESH | 269,530.06 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/13/22 | WIRE | JORDAN LESH | 266,636.61 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/04/22 | WIRE | JORDAN LESH | 262,444.97 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/07/22 | WIRE | JORDAN LESH | 157,699.55 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/15/22 | WIRE | JORDAN LESH | 108,477.36 |
| **Subtotal** | | | | | | **16,229,518.98** |
| | | | | | | |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/17/23 | WIRE | JORDAN LESH | 157,484.37 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/23/23 | WIRE | JORDAN LESH | 270,338.10 |
| **Subtotal** | | | | | | **427,822.47** |
| | | | | | | |
| **Total** | | | | | | **16,657,341.45** |