JARED LESH COWHORSES INC

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 09/04/19 | 23205 | JARED LESH COWHORSES INC | 3,765.50 |
| **Subtotal** | | | | | | **3,765.50** |
| | | | | | | |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/03/23 | WIRE | JARED LESH COWHORSES INC | 510,550.80 |
| **Subtotal** | | | | | | **510,550.80** |
| | | | | | | |
| **Total** | | | | | | **514,316.30** |