ROBERT (BOBBY) GRAY, RONNIE GRAY, GRAY BROTHERS CATTLE, GRAY FAMILY TRUST

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/06/18 | 2578 | BOBBY GRAY & RCB BANK | 69,181.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/01/18 | 2871 | GRAY FAMILY TRUST & RCB BANK | 75,503.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/15/18 | 2920 | BOBBY GRAY & RCB BANK | 157,622.28 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/01/18 | 2960 | GRAY FAMILY TRUST & RCB BANK | 80,548.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/27/18 | 3013 | BOBBY GRAY & RCB BANK | 85,684.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/27/18 | 3014 | GRAY FAMILY TRUST & RCB BANK | 80,639.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/09/18 | 3066 | GRAY FAMILY TRUST & RCB BANK | 80,477.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/07/18 | 21581 | GRAY FAMILY TRUST & RCB BANK | 75,946.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/24/18 | 21927 | BOBBY GRAY & RCB BANK | 158,246.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/08/18 | 22044 | GRAY FAMILY TRUST & RCB BANK | 80,802.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/08/18 | 22045 | GRAY FAMILY TRUST & RCB BANK | 81,259.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/08/18 | 22043 | ROBERT GRAY AND RCB BANK | 86,659.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/05/18 | 22196 | GRAY FAMILY TRUST & RCB BANK | 81,216.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/23/19 | 22506 | GRAY FAMILY TRUST & RCB BANK | 80,936.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/01/19 | 22803 | ROBERT GRAY AND RCB BANK | 158,767.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/21/19 | 22850 | GRAY FAMILY TRUST & RCB BANK | 162,339.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/21/19 | 22849 | ROBERT GRAY AND RCB BANK | 87,616.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/29/19 | 0 | GRAY FAMILY TRUST | 81,319.69 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/20/19 | 0 | GRAY FAMILY TRUST | 76,346.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/13/19 | 0 | ROBERT ERNEST GRAY | 160,071.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/10/19 | 0 | ROBERT ERNEST GRAY | 87,552.38 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/24/19 | 1374 | ARMSTRONG BANK | 163,136.44 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/14/19 | 1375 | GRAY FAMILY TRUST | 158,027.68 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 01/21/20 | 0 | ROBERT GRAY | 159,835.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/07/20 | 24657 | ARMSTRONG BANK | 163,657.86 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/20/20 | 0 | ROBERT E GRAY | 87,985.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/14/20 | 26091 | ARMSTRONG BANK | 191,187.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/22/20 | 0 | BOBBY GRAY | 160,824.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/23/20 | 26092 | GRAY FAMILY TRUST C/O BOBBY GRAY | 165,379.72 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/31/20 | 0 | ROBERT E GRAY | 89,133.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/16/20 | 26094 | GRAY FAMILY TRUST | 228,899.67 |

ROBERT (BOBBY) GRAY, RONNIE GRAY, GRAY BROTHERS CATTLE, GRAY FAMILY TRUST

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 12/02/20 | 0 | ROBERT E GRAY | 248,996.18 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/10/20 | 27662 | GRAY FAMILY TRUST | 163,735.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/08/21 | 28477 | GRAY FAMILY TRUST | 224,652.45 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/15/21 | 0 | ROBERT GRAY | 249,933.74 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/20/21 | 27663 | GRAY FAMILY TRUST | 217,945.78 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 09/13/21 | 0 | ROBERT GRAY | 250,013.43 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/26/21 | 29817 | BOBBY GRAY | 368.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/21/21 | 28478 | GRAY FAMILY TRUST | 218,231.94 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/01/22 | 0 | ROBERT GRAY | 250,090.81 |
| McClain Farms | Mechanics Bank | 3070 | 03/02/22 | 2075 | GRAY BROTHERS CATTLE | 247,400.13 |
| McClain Farms | Mechanics Bank | 3070 | 05/31/22 | 2076 | GRAY BROTHERS CATTLE | 218,935.88 |
| McClain Farms | Mechanics Bank | 3070 | 08/15/22 | 2079 | ROBERT GRAY | 251,146.91 |
| McClain Farms | Mechanics Bank | 3070 | 09/08/22 | 2078 | RONNIE GRAY | 215,554.34 |
| McClain Farms | Mechanics Bank | 3070 | 09/08/22 | 2077 | GRAY BROTHERS CATTLE | 468,409.65 |
| **Subtotal** | | | | | | **6,882,219.21** |
| McClain Farms | Mechanics Bank | 3070 | 02/02/23 | 3331 | ROBERT GRAY | 250,702.38 |
| McClain Farms | Mechanics Bank | 3070 | 02/28/23 | 3333 | RONNIE GRAY | 215,444.47 |
| McClain Farms | Mechanics Bank | 3070 | 02/28/23 | 3332 | GRAY BROTHERS CATTLE | 470,202.80 |
| **Subtotal** | | | | | | **936,349.65** |
| **Total** | | | | | | **7,818,568.86** |