BRADLEY GUNGOLL

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/10/18 | 2516 | BRAD GUNGOLL WYATT GUNGOLL & RCB BANK | 164,024.68 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/19/18 | 20118 | BRAD GUNGOLL & RCB BANK | 43,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/02/18 | 2773 | BRAD GUNGOLL & RCB BANK | 207,034.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/15/18 | 2912 | BRAD GUNGOLL | 43,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/18 | 3173 | BRAD GUNGOLL & RCB BANK | 86,283.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/18 | 3174 | BRAD GUNGOLL & RCB BANK | 77,090.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/03/19 | 22343 | BRAD GUNGOLL & RCB BANK | 164,881.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/06/19 | WIRE | BRADLEY A GUNGOLL | 165,341.85 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/06/19 | WIRE | BRADLEY A GUNGOLL | 152,954.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/24/19 | WIRE | BRADLEY A GUNGOLL | 165,983.30 |
| **Total** | | | | | | **1,269,594.01** |