GUNGOLL CATTLE LLC

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 10/03/19 | 24356 | GUNGOLL CATTLE LLC | 340,168.44 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/08/20 | WIRE | GUNGOLL CATTLE LLC | 60,721.10 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/25/20 | WIRE | GUNGOLL CATTLE LLC | 42,322.95 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/01/20 | WIRE | GUNGOLL CATTLE LLC | 12,268.67 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/02/20 | WIRE | GUNGOLL CATTLE LLC | 23,214.51 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/05/20 | WIRE | GUNGOLL CATTLE LLC | 12,610.15 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/04/21 | WIRE | GUNGOLL CATTLE LLC | 92,028.42 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/22/21 | WIRE | GUNGOLL CATTLE LLC | 64,998.12 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/23/21 | WIRE | GUNGOLL CATTLE LLC | 65,947.96 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/01/22 | WIRE | GUNGOLL CATTLE LLC | 109,136.68 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/04/22 | WIRE | GUNGOLL CATTLE LLC | 23,090.26 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/22/22 | WIRE | GUNGOLL CATTLE LLC | 48,343.54 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/06/23 | WIRE | GUNGOLL CATTLE LLC | 45,913.75 |
| **Total** | | | | | | **940,764.55** |