WADE GUNGOLL

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 12/02/19 | 23016 | WADE GUNGOLL & RCB BANK | 187,807.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/31/19 | 22597 | WADE GUNGOLL & RCB BANK | 187,547.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/20/19 | WIRE | WADE GUNGOLL | 187,670.84 |
| **Total** | | | | | | **563,025.63** |