WILLIAM GUNGOLL

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 12/31/18 | 22341 | WILL GUNGOLL & RCB BANK | 187,780.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/18 | 3175 | WILL GUNGOLL & RCB BANK | 186,818.43 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/30/19 | WIRE | WILLIAM GUNGOLL | 187,872.99 |
| **Total** | | | | | | **562,471.56** |