WYATT GUNGOLL

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/10/18 | 2516 | BRAD GUNGOLL WYATT GUNGOLL & RCB BANK | 164,024.68 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/05/18 | 21798 | WYATT GUNGOLL & RCB BANK | 183,677.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/15/18 | 2911 | WYATT GUNGOLL & RCB BANK | 181,865.71 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/21/19 | 23536 | WYATT GUNGOLL & RCB BANK | 185,708.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/23/19 | 22505 | WYATT GUNGOLL & RCB BANK | 184,865.15 |
| **Total** | | | | | | **900,142.13** |