CORY JEFF JESKO

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 02/14/22 | 1861 | JEFFREY JESKO | 26,191.85 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/03/22 | 4253 | CORY JESKO | 49,184.99 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/27/22 | 4467 | CORY JESKO | 14,760.36 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/23/22 | 4574 | CORY & JEFF JESKO | 90,243.05 |
| **Subtotal** | | | | | | **180,380.25** |
| | | | | | | |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/13/23 | 4816 | CORY JESKO | 91,401.30 |
| **Subtotal** | | | | | | **91,401.30** |
| | | | | | | |
| **Total** | | | | | | **271,781.55** |