DWIGHT JESKO

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---:|
| McClain Farms | Community Financial Services Bank | 3786 | 12/05/18 | 22213 | DWIGHT JESKO | 92,535.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/12/19 | 1058 | DWIGHT JESKO | 5,462.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/12/19 | 1057 | DWIGHT JESKO | 68,275.02 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/02/19 | 10702 | DWIGHT JESKO | 50,032.40 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/25/19 | 1628 | DWIGHT JESKO | 181,311.20 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 07/10/20 | 1148 | DWIGHT JESKO | 48,772.74 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/25/20 | 26934 | DWIGHT JESKO | 268,244.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/31/20 | 28054 | DWIGHT JESKO | 160,641.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/27/21 | 28147 | DWIGHT JESKO | 330,016.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/02/21 | 28693 | DWIGHT JESKO | 321,606.27 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/18/21 | 3847 | DWIGHT JESKO | 27,129.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/28/21 | 29895 | DWIGHT JESKO | 316,808.80 |
| McClain Farms | Mechanics Bank | 3070 | 02/14/22 | 1862 | DWIGHT JESKO | 269,342.90 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/15/22 | 4224 | DWIGHT JESKO | 330,914.01 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/07/22 | 4254 | DWIGHT JESKO | 10,668.78 |
| McClain Farms | Mechanics Bank | 3070 | 04/21/22 | 2389 | DWIGHT JESKO | 331,988.59 |
| McClain Farms | Mechanics Bank | 3070 | 05/25/22 | 2421 | DWIGHT JESKO | 53,916.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/23/22 | 4575 | DWIGHT JESKO | 331,172.61 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/04/23 | 4807 | DWIGHT JESKO | 138,003.54 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/13/23 | 4817 | DWIGHT JESKO | 332,914.16 |
| **Total** | | | | | | **3,669,756.02** |