DANIEL JESKO AND DANIEL JESKO FARMS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 02/26/19 | 954 | DANIEL JESKO FARMS | 50,337.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/30/19 | 10703 | DANIEL JESCO | 75,461.43 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/02/19 | 1627 | DANIEL JESCO | 62,391.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/06/21 | 28148 | DANIEL JESKO | 87,993.12 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/14/22 | 4197 | DANIEL JESKO | 227,034.14 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/16/23 | 4869 | DANIEL JESKO FARMS | 3,656.25 |
| **Total** | | | | | | **506,873.44** |