DON JONES TRUCKING

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 03/13/18 | 20882 | DON JONES TRUCKING | 4,018.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/07/18 | 21352 | DON JONES TRUCKING | 2,007.25 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/08/18 | 449 | DON JONES TRUCKING | 8,991.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/05/18 | 21396 | DON JONES TRUCKING | 3,857.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/07/19 | 23222 | DON JONES TRUCKING INC | 69,625.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/06/21 | 28643 | DON JONES TRUCKING | 178,652.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/11/21 | 28856 | DON JONES TRUCKING | 185,824.45 |
| McClain Farms | Mechanics Bank | 3070 | 11/15/21 | 1137 | DON JONES TRUCKING | 426,315.05 |
| McClain Farms | Mechanics Bank | 3070 | 01/26/22 | 1585 | DON JONES TRUCKING INC | 121,603.98 |
| McClain Farms | Mechanics Bank | 3070 | 04/19/22 | 2305 | DON JONES TRUCKING INC | 290,842.30 |
| McClain Farms | Mechanics Bank | 3070 | 05/13/22 | 2306 | DON JONES TRUCKING INC | 768,837.53 |
| McClain Farms | Mechanics Bank | 3070 | 10/20/22 | 3014 | DON JONES TRUCKING INC | 326,186.81 |
| McClain Farms | Mechanics Bank | 3070 | 10/28/22 | 3752 | DON JONES TRUCKING INC | 463,474.05 |
| **Total** | | | | | | **2,850,235.94** |