CURT & KINSEY JONES AND CURTIS JONES FARMS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 10/15/18 | 21841 | CURTIS JONES FARMS | 4,567.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/28/18 | 22371 | KINSEY & CURT JONES | 499,807.79 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/24/19 | 23557 | KINSEY & CURT JONES | 499,591.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/05/19 | 24686 | CURTIS JONES FARMS | 72,213.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/27/19 | 24936 | CURTIS JONES FARMS | 7,932.75 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/20 | 25293 | CURT & KINSEY JONES | 329,182.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/20 | 25446 | CURT & KINSEY JONES | 268,689.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/15/20 | 26118 | CURTIS JONES FARMS | 96,648.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/17/20 | 26763 | CURTIS JONES FARMS | 781,437.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/13/20 | 27021 | CURTIS JONES FARMS | 306,993.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/29/20 | 27320 | CURTIS JONES FARMS | 237,708.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/24/20 | 28078 | CURTIS JONES FARMS | 355,189.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/24/20 | 28079 | KINSEY JONES | 355,189.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/28/21 | 28081 | CURTIS JONES FARMS | 344,077.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/08/21 | 28334 | CURTIS JONES FARMS | 332,761.24 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/29/21 | 29216 | KINSEY JONES AND CURITS JONES FARMS | 901,922.49 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/25/21 | 6029 | CURTIS JONES FARMS | 380,834.75 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/16/21 | 29175 | CURTIS JONES FARMS | 402,764.59 |
| McClain Farms | Mechanics Bank | 3070 | 12/28/21 | 1581 | CURTIS JONES FARMS | 504,715.85 |
| McClain Farms | Mechanics Bank | 3070 | 12/28/21 | 1582 | KINSEY JONES | 504,715.85 |
| McClain Farms | Mechanics Bank | 3070 | 01/26/22 | 1674 | CURTIS JONES FARMS | 459,236.90 |
| McClain Farms | Mechanics Bank | 3070 | 03/21/22 | 1677 | CURTIS JONES FARMS | 446,792.66 |
| McClain Farms | Mechanics Bank | 3070 | 07/01/22 | 2627 | CURTIS JONES FARMS | 527,745.52 |
| McClain Farms | Mechanics Bank | 3070 | 07/01/22 | 2628 | KINSEY JONES | 527,745.52 |
| McClain Farms | Mechanics Bank | 3070 | 07/21/22 | 2631 | CURTIS JONES FARMS | 618,717.98 |
| McClain Farms | Mechanics Bank | 3070 | 09/30/22 | 3012 | CURTIS JONES FARMS | 646,865.62 |
| McClain Farms | Mechanics Bank | 3070 | 10/20/22 | 3013 | CURTIS JONES FARMS | 805,296.72 |
| McClain Farms | Mechanics Bank | 3070 | 12/29/22 | 3756 | CURTIS JONES FARMS | 589,536.95 |
| McClain Farms | Mechanics Bank | 3070 | 12/29/22 | 3757 | KINSEY JONES | 589,536.95 |
| McClain Farms | Mechanics Bank | 3070 | 01/24/23 | 4670 | CURTIS JONES FARMS | 660,387.89 |
| **Total** | | | | | | **13,058,806.26** |