DON JONES FARM

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 10/18/18 | 0 | DON JONES FARM INC | 769,934.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/18/19 | 23723 | DON JONES FARM INC | 205,045.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/25/19 | 24313 | DON JONES FARM INC | 816,710.25 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/05/19 | 24684 | DON JONES FARM INC | 487,188.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/05/19 | 24685 | DON JONES FARM INC | 491,803.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/26/19 | 25244 | DON JONES FARM INC | 278,265.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/20 | 25292 | DON JONES FARM INC | 546,959.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/20 | 25445 | DON JONES FARM INC | 73,001.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/04/20 | 25554 | DON JONES FARM INC | 719,214.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/26/20 | 25555 | DON JONES FARM INC | 961,378.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/14/20 | 25730 | DON JONES FARM INC | 573,472.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/09/20 | 25731 | DON JONES FARM INC | 176,270.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/15/20 | 26762 | DON JONES FARM INC | 774,735.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/13/20 | 27022 | DON JONES FARM INC | 638,037.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/21/20 | 27319 | DON JONES FARM INC | 751,013.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/29/20 | 27321 | DON JONES FARM INC | 468,988.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/02/20 | 27396 | DON JONES FARM INC | 238,565.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/20/20 | 27397 | DON JONES FARM INC | 1,041,032.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/13/20 | 27761 | DON JONES FARM INC | 240,073.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/08/20 | 27762 | DON JONES FARM INC | 688,469.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/24/20 | 27763 | DON JONES FARM INC | 707,829.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/28/21 | 28080 | DON JONES FARM INC | 786,364.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/17/21 | 28335 | DON JONES FARM INC | 481,432.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/25/21 | 28641 | DON JONES FARM INC | 479,204.65 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/06/21 | 28642 | DON JONES FARM INC | 395,794.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/13/21 | 28644 | DON JONES FARM INC | 486,172.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/22/21 | 28854 | DON JONES FARM INC | 719,211.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/11/21 | 28855 | DON JONES FARM INC | 783,397.71 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/26/21 | 28857 | DON JONES FARM INC | 440,780.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/15/21 | 29213 | DON JONES FARM INC | 775,630.18 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/22/21 | 29214 | DON JONES FARM INC | 631,113.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/09/21 | 29215 | DON JONES FARM INC | 314,571.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/09/21 | 29179 | DON JONES FARM INC | 1,434,781.70 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/25/21 | 6030 | DON JONES FARM INC | 729,005.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/22/21 | 29177 | DON JONES FARM INC | 265,886.03 |

DON JONES FARM

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 09/22/21 | 29176 | DON JONES FARM INC | 414,697.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/29/21 | 29178 | DON JONES FARM INC | 692,785.78 |
| McClain Farms | Mechanics Bank | 3070 | 10/18/21 | 1135 | DON JONES FARM INC | 573,405.14 |
| McClain Farms | Mechanics Bank | 3070 | 11/09/21 | 1136 | DON JONES FARM INC | 714,657.49 |
| McClain Farms | Mechanics Bank | 3070 | 12/06/21 | 1138 | DON JONES FARM INC | 713,942.76 |
| McClain Farms | Mechanics Bank | 3070 | 12/17/21 | 1139 | DON JONES FARM INC | 1,146,562.17 |
| McClain Farms | Mechanics Bank | 3070 | 12/28/21 | 1583 | DON JONES FARM INC | 712,721.02 |
| McClain Farms | Mechanics Bank | 3070 | 01/05/22 | 1584 | DON JONES FARM INC | 568,759.94 |
| McClain Farms | Mechanics Bank | 3070 | 03/01/22 | 1675 | DON JONES FARM INC | 1,518,420.90 |
| McClain Farms | Mechanics Bank | 3070 | 03/15/22 | 1676 | DON JONES FARM INC | 1,226,873.93 |
| McClain Farms | Mechanics Bank | 3070 | 04/05/22 | 1678 | DON JONES FARM INC | 750,078.44 |
| McClain Farms | Mechanics Bank | 3070 | 04/19/22 | 2304 | DON JONES FARM INC | 427,459.20 |
| McClain Farms | Mechanics Bank | 3070 | 05/13/22 | 2307 | DON JONES FARM INC | 806,539.31 |
| McClain Farms | Mechanics Bank | 3070 | 05/24/22 | 2308 | DON JONES FARM INC | 798,048.97 |
| McClain Farms | Mechanics Bank | 3070 | 06/14/22 | 2626 | DON JONES FARM INC | 1,410,993.78 |
| McClain Farms | Mechanics Bank | 3070 | 07/12/22 | 2629 | DON JONES FARM INC | 923,788.64 |
| McClain Farms | Mechanics Bank | 3070 | 07/21/22 | 2630 | DON JONES FARM INC | 615,092.40 |
| McClain Farms | Mechanics Bank | 3070 | 08/05/22 | 3007 | DON JONES FARM INC | 947,488.11 |
| McClain Farms | Mechanics Bank | 3070 | 08/18/22 | 3008 | DON JONES FARM INC | 1,265,331.46 |
| McClain Farms | Mechanics Bank | 3070 | 09/06/22 | 3009 | DON JONES FARM INC | 340,174.50 |
| McClain Farms | Mechanics Bank | 3070 | 09/16/22 | 3010 | DON JONES FARM INC | 1,263,515.31 |
| McClain Farms | Mechanics Bank | 3070 | 09/28/22 | 3011 | DON JONES FARM INC | 1,816,004.70 |
| McClain Farms | Mechanics Bank | 3070 | 10/20/22 | 3015 | DON JONES FARM INC | 800,176.62 |
| McClain Farms | Mechanics Bank | 3070 | 10/28/22 | 3016 | DON JONES FARM INC | 521,587.28 |
| McClain Farms | Mechanics Bank | 3070 | 11/14/22 | 3753 | DON JONES FARM INC | 2,034,264.71 |
| McClain Farms | Mechanics Bank | 3070 | 01/04/23 | 3758 | DON JONES FARM INC | 813,087.74 |
| McClain Farms | Mechanics Bank | 3070 | 01/24/23 | 3759 | DON JONES FARM INC | 993,214.73 |
| **Subtotal** | | | | | | **45,181,011.37** |
| McClain Farms | Mechanics Bank | 3070 | 02/07/23 | 4672 | DON JONES FARM INC | 1,510,601.06 |
| McClain Farms | Mechanics Bank | 3070 | 02/17/23 | 4673 | DON JONES FARM INC | 1,652,501.82 |
| McClain Farms | Mechanics Bank | 3070 | 03/21/23 | 4674 | DON JONES FARM INC | 1,375,882.48 |
| **Subtotal** | | | | | | **4,538,985.36** |
| **Total** | | | | | | **49,719,996.73** |