DON JONES

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/03/18 | 2489 | DON JONES | 369,465.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/06/18 | 2559 | DON JONES | 8,266.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/06/18 | 2596 | DON JONES | 523,733.04 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/22/18 | 2641 | DON JONES | 212,517.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/05/18 | 20885 | DON JONES | 507,044.85 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/20/18 | 2837 | DON JONES | 508,939.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/09/18 | 2906 | DON JONES | 196,030.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/31/18 | 2972 | DON JONES | 457,482.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/19/18 | 2993 | DON JONES | 113,778.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/19/18 | 2994 | DON JONES | 412,875.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/19/18 | 2992 | DON JONES | 503,398.33 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/08/18 | 21428 | DON JONES | 507,618.79 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/13/18 | 21642 | DON JONES | 777,617.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/23/18 | 22136 | DON JONES | 541,200.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/10/18 | 22238 | DON JONES | 446,544.75 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/27/18 | 22349 | DON JONES | 608,761.77 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/28/18 | 22370 | DON JONES | 31,207.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/19 | 22619 | DON JONES | 229,733.42 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/26/19 | 22771 | DON JONES | 503,867.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/20/19 | 22923 | DON JONES | 954,854.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/02/19 | 23007 | DON JONES | 292,445.85 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/07/19 | 23221 | DON JONES | 518,667.94 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/30/19 | 23386 | DON JONES | 494,214.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/24/19 | 23558 | DON JONES | 595,526.28 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/05/19 | 23634 | DON JONES | 185,097.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/21/19 | 24044 | DON JONES | 209,468.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/21/19 | 24043 | DON JONES | 517,071.15 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 09/16/19 | 5092 | DON JONES | 590,462.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/19 | 24978 | DON JONES | 250,647.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/19 | 24979 | DON JONES | 294,900.94 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/01/20 | 26022 | DON JONES | 731,242.43 |
| McClain Farms | Mechanics Bank | 3070 | 12/01/22 | 3754 | JONES FAMILY CATTLE | 828,334.98 |
| McClain Farms | Mechanics Bank | 3070 | 12/06/22 | 3755 | JONES FAMILY CATTLE | 1,285,682.68 |
| **Total** | | | | | | **15,208,702.23** |