RIDGEFIELD CAPITAL ASSET MANAGEMENT

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/07/18 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 99,460.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/25/18 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 36,177.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/27/18 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 20,472.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/27/18 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 37,995.77 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/19 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 22,106.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/03/19 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 67,643.88 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/11/19 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 23,752.62 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 09/27/19 | WIRE | RIDGEFIELD CAPITAL | 62,610.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/05/19 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 22,684.74 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/09/20 | WIRE | RIDGEFIELD CAPITAL | 63,083.68 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/24/20 | WIRE | RIDGEFIELD CAPITAL | 191,756.07 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/14/20 | WIRE | RIDGEFIELD CAPITAL | 309,838.52 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/27/20 | WIRE | RIDGEFIELD CAPITAL | 134,349.99 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/28/20 | WIRE | RIDGEFIELD CAPITAL | 218,284.43 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/12/20 | WIRE | RIDGEFIELD CAPITAL | 312,237.89 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/12/20 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 560,125.36 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/02/20 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 191,226.47 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/08/20 | WIRE | RIDGEFIELD CAPITAL | 525,174.21 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 07/31/20 | WIRE | RIDGEFIELD CAPITAL | 134,146.81 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/15/20 | WIRE | RIDGEFIELD CAPITAL | 217,644.88 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/28/20 | WIRE | RIDGEFIELD CAPITAL | 872,213.86 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 11/04/20 | WIRE | RIDGEFIELD CAPITAL | 192,320.16 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/10/20 | WIRE | RIDGEFIELD CAPITAL | 526,282.98 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/15/20 | WIRE | RIDGEFIELD CAPITAL | 134,963.32 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/12/21 | WIRE | RIDGEFIELD CAPITAL | 217,888.93 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/17/21 | WIRE | RIDGEFIELD CAPITAL | 872,633.24 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/19/21 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 527,707.85 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/20/21 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 192,547.88 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/12/21 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 134,963.25 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/01/21 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 705,337.29 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/06/21 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 385,326.43 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/01/21 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 330,679.74 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/03/21 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 385,963.48 |

RIDGEFIELD CAPITAL ASSET MANAGEMENT

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 10/29/21 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 134,762.45 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/19/21 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 1,090,050.68 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/07/22 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 290,530.96 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/09/22 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 427,408.50 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/14/22 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 385,762.29 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/11/22 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 1,091,671.04 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/06/22 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 911,595.44 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/08/22 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 428,516.30 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/14/22 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 920,085.50 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/16/22 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 73,118.70 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/16/22 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 100,000.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/05/22 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 1,339,812.33 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/15/23 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 489,070.19 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/15/23 | WIRE | RIDGEFIELD CAPITAL ASSET MANAGEMENT | 608,329.72 |
| **Total** | | | | | | **17,020,315.29** |