ROBERT AND ELIZABETH ELLIS FAMILY FOUNDATION

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/27/18 | WIRE | ROBERT AND ELIZABETH ELLIS FAMILY FOUNDATION | 15,941.75 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/19 | WIRE | UBS FINANCIAL SERVICES | 16,098.90 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/11/19 | WIRE | ROBERT AND ELIZABETH ELLIS FAMILY FOUNDATION | 17,513.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/05/19 | WIRE | ROBERT AND ELIZABETH ELLIS FAMILY FOUNDATION | 16,852.68 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/14/20 | WIRE | ROBERT AND ELIZABETH ELLIS | 231,949.28 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/08/20 | WIRE | UBS FINANCIAL SERVICES | 231,865.27 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/10/20 | WIRE | ROBERT AND ELIZABETH ELLIS FAMILY FOUNDATION | 231,862.52 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/19/21 | WIRE | ROBERT AND ELIZABETH ELLIS FAMILY FOUNDATION | 232,244.62 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/03/21 | WIRE | ROBERT AND ELIZABETH ELLIS FAMILY FOUNDATION | 232,593.18 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/07/22 | WIRE | ROBERT AND ELIZABETH ELLIS FAMILY FOUNDATION | 233,288.08 |
| **Total** | | | | | | **1,460,210.14** |