TGF RANCH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---:|
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/18 | 2538 | TGF RANCH | 72,081.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/10/18 | 2743 | TGF RANCH | 57,924.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/02/18 | 21241 | TGF RANCH | 192,934.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/01/18 | 21701 | TGF RANCH | 73,640.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/15/18 | 21852 | TGF RANCH | 71,529.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/15/18 | 21853 | TGF RANCH | 124,401.33 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/24/18 | 22243 | TGF RANCH | 65,802.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/24/18 | 22244 | TGF RANCH | 74,654.94 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/07/19 | 22788 | TGF RANCH | 265,586.75 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/29/19 | 23105 | TGF RANCH | 129,830.69 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/19/19 | 23475 | TGF RANCH | 122,271.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/19/19 | 23474 | TGF RANCH | 135,990.43 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/13/19 | 23941 | TGF RANCH | 70,101.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/13/19 | 23942 | TGF RANCH | 71,141.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/13/19 | 24529 | TGF RANCH | 193,900.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/30/19 | 25042 | TGF RANCH | 70,922.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/21/20 | 25387 | TGF RANCH | 68,936.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/21/20 | 25388 | TGF RANCH | 75,388.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/31/20 | 25848 | TGF RANCH | 118,340.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/31/20 | 25849 | TGF RANCH | 131,381.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/15/20 | 26279 | TGF RANCH | 199,617.77 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/20/20 | 26280 | TGF RANCH | 186,464.75 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/11/20 | 26860 | TGF RANCH | 116,558.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/11/20 | 27168 | TGF RANCH | 70,350.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/08/20 | 27383 | TGF RANCH | 200,222.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/21 | 27384 | TGF RANCH | 305,595.58 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/02/21 | 28309 | TGF RANCH | 125,805.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/21 | 28311 | TGF RANCH | 142,772.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/05/21 | 28708 | TGF RANCH | 75,664.79 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/23/21 | 28709 | TGF RANCH | 84,450.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/27/21 | 28711 | TGF RANCH | 174,770.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/15/21 | 29083 | TGF RANCH | 128,164.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/13/21 | 29084 | TGF RANCH | 75,545.87 |

TGF RANCH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 08/12/21 | 29085 | TGF RANCH | 215,121.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/27/21 | 29849 | TGF RANCH | 136,207.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/27/21 | 29850 | TGF RANCH | 385,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 11/01/21 | 1251 | TGF RANCH | 311,564.58 |
| McClain Farms | Mechanics Bank | 3070 | 11/30/21 | 1253 | TGF RANCH | 76,990.41 |
| McClain Farms | Mechanics Bank | 3070 | 01/19/22 | 1254 | TGF RANCH | 219,787.29 |
| McClain Farms | Mechanics Bank | 3070 | 01/31/22 | 1255 | TGF RANCH | 344,996.99 |
| McClain Farms | Mechanics Bank | 3070 | 03/08/22 | 1812 | TGF RANCH | 67,292.11 |
| McClain Farms | Mechanics Bank | 3070 | 03/08/22 | 1811 | TGF RANCH | 116,379.43 |
| McClain Farms | Mechanics Bank | 3070 | 04/12/22 | 1813 | TGF RANCH | 210,913.06 |
| McClain Farms | Mechanics Bank | 3070 | 06/01/22 | 1814 | TGF RANCH | 216,195.77 |
| McClain Farms | Mechanics Bank | 3070 | 07/05/22 | 1887 | TGF RANCH | 426,114.39 |
| McClain Farms | Mechanics Bank | 3070 | 07/12/22 | 1888 | TGF RANCH | 118,415.52 |
| McClain Farms | Mechanics Bank | 3070 | 07/27/22 | 1889 | TGF RANCH | 144,649.40 |
| McClain Farms | Mechanics Bank | 3070 | 08/29/22 | 1890 | TGF RANCH | 78,790.21 |
| McClain Farms | Mechanics Bank | 3070 | 10/19/22 | 1891 | TGF RANCH | 221,187.33 |
| McClain Farms | Mechanics Bank | 3070 | 11/01/22 | 3494 | TGF RANCH | 107,376.45 |
| McClain Farms | Mechanics Bank | 3070 | 11/21/22 | 3495 | TGF RANCH | 549,657.61 |
| McClain Farms | Mechanics Bank | 3070 | 01/03/23 | 3496 | TGF RANCH | 147,532.79 |
| McClain Farms | Mechanics Bank | 3070 | 01/17/23 | 3497 | TGF RANCH | 82,111.65 |
| **Subtotal** | | | | | | **8,249,030.98** |
| McClain Farms | Mechanics Bank | 3070 | 02/08/23 | 3498 | TGF RANCH | 325,848.78 |
| McClain Farms | Mechanics Bank | 3070 | 03/30/23 | 4975 | TGF RANCH | 540,638.17 |
| **Subtotal** | | | | | | **866,486.95** |
| **Total** | | | | | | **9,115,517.93** |