THOMAS G FRITH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/23/18 | 2612 | TOM FRITH | 239,705.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/11/18 | 2898 | TOM FRITH | 66,523.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/16/18 | 3135 | TOM FRITH | 66,308.43 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/02/20 | 27382 | TOM FRITH | 215,936.96 |
| **Total** | | | | | | **588,473.55** |