WILDFOREST CATTLE CO

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 01/05/23 | 4503 | WILDFOREST CATTLE CO | 350,316.87 |
| McClain Farms | Mechanics Bank | 3070 | 01/05/23 | 4502 | WILDFOREST CATTLE CO | 597,150.82 |
| McClain Farms | Mechanics Bank | 3070 | 01/09/23 | 4542 | WILDFOREST CATTLE CO | 166,050.29 |
| McClain Farms | Mechanics Bank | 3070 | 01/09/23 | 4543 | WILDFOREST CATTLE CO | 180,364.96 |
| McClain Farms | Mechanics Bank | 3070 | 01/09/23 | 4544 | WILDFOREST CATTLE CO | 302,151.50 |
| McClain Farms | Mechanics Bank | 3070 | 01/09/23 | 4540 | WILDFOREST CATTLE CO | 351,782.28 |
| McClain Farms | Mechanics Bank | 3070 | 01/09/23 | 4541 | WILDFOREST CATTLE CO | 564,965.35 |
| McClain Farms | Mechanics Bank | 3070 | 01/11/23 | 4578 | WILDFOREST CATTLE CO | 7,658.00 |
| McClain Farms | Mechanics Bank | 3070 | 01/11/23 | 4576 | WILDFOREST CATTLE CO | 327,216.32 |
| McClain Farms | Mechanics Bank | 3070 | 01/11/23 | 4577 | WILDFOREST CATTLE CO | 327,643.77 |
| McClain Farms | Mechanics Bank | 3070 | 01/11/23 | 4575 | WILDFOREST CATTLE CO | 595,199.46 |
| McClain Farms | Mechanics Bank | 3070 | 01/13/23 | 4603 | WILDFOREST CATTLE CO | 348,921.35 |
| McClain Farms | Mechanics Bank | 3070 | 01/13/23 | 4602 | WILDFOREST CATTLE CO | 351,100.03 |
| McClain Farms | Mechanics Bank | 3070 | 01/13/23 | 4601 | WILDFOREST CATTLE CO | 563,765.34 |
| McClain Farms | Mechanics Bank | 3070 | 01/19/23 | 4686 | WILDFOREST CATTLE CO | 165,956.99 |
| McClain Farms | Mechanics Bank | 3070 | 01/19/23 | 4685 | WILDFOREST CATTLE CO | 180,313.20 |
| McClain Farms | Mechanics Bank | 3070 | 01/19/23 | 4684 | WILDFOREST CATTLE CO | 302,779.50 |
| McClain Farms | Mechanics Bank | 3070 | 01/19/23 | 4682 | WILDFOREST CATTLE CO | 325,634.38 |
| McClain Farms | Mechanics Bank | 3070 | 01/19/23 | 4683 | WILDFOREST CATTLE CO | 326,575.59 |
| McClain Farms | Mechanics Bank | 3070 | 01/23/23 | 4739 | WILDFOREST CATTLE CO | 351,616.41 |
| McClain Farms | Mechanics Bank | 3070 | 01/23/23 | 4740 | WILDFOREST CATTLE CO | 565,361.00 |
| McClain Farms | Mechanics Bank | 3070 | 01/23/23 | 4741 | WILDFOREST CATTLE CO | 596,772.78 |
| McClain Farms | Mechanics Bank | 3070 | 01/25/23 | 4782 | WILDFOREST CATTLE CO | 179,861.52 |
| McClain Farms | Mechanics Bank | 3070 | 01/25/23 | 4781 | WILDFOREST CATTLE CO | 301,420.50 |
| McClain Farms | Mechanics Bank | 3070 | 01/25/23 | 4779 | WILDFOREST CATTLE CO | 325,741.71 |
| McClain Farms | Mechanics Bank | 3070 | 01/25/23 | 4780 | WILDFOREST CATTLE CO | 326,637.84 |
| McClain Farms | Mechanics Bank | 3070 | 01/25/23 | 4783 | WILDFOREST CATTLE CO | 350,535.52 |
| **Subtotal** | | | | | | **9,333,493.28** |
| | | | | | | |
| McClain Farms | Mechanics Bank | 3070 | 01/30/23 | 4842 | WILDFOREST CATTLE CO | 165,169.60 |
| McClain Farms | Mechanics Bank | 3070 | 01/30/23 | 4837 | WILDFOREST CATTLE CO | 179,930.51 |
| McClain Farms | Mechanics Bank | 3070 | 01/30/23 | 4838 | WILDFOREST CATTLE CO | 348,135.28 |
| McClain Farms | Mechanics Bank | 3070 | 01/30/23 | 4839 | WILDFOREST CATTLE CO | 351,006.16 |

WILDFOREST CATTLE CO

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 01/30/23 | 4840 | WILDFOREST CATTLE CO | 565,505.37 |
| McClain Farms | Mechanics Bank | 3070 | 01/30/23 | 4841 | WILDFOREST CATTLE CO | 596,487.59 |
| McClain Farms | Mechanics Bank | 3070 | 02/01/23 | 4888 | WILDFOREST CATTLE CO | 164,638.72 |
| McClain Farms | Mechanics Bank | 3070 | 02/01/23 | 4886 | WILDFOREST CATTLE CO | 301,868.44 |
| McClain Farms | Mechanics Bank | 3070 | 02/01/23 | 4885 | WILDFOREST CATTLE CO | 326,442.94 |
| McClain Farms | Mechanics Bank | 3070 | 02/01/23 | 4884 | WILDFOREST CATTLE CO | 326,456.42 |
| McClain Farms | Mechanics Bank | 3070 | 02/01/23 | 4887 | WILDFOREST CATTLE CO | 564,409.32 |
| McClain Farms | Mechanics Bank | 3070 | 02/01/23 | 4889 | WILDFOREST CATTLE CO | 595,247.38 |
| McClain Farms | Mechanics Bank | 3070 | 02/06/23 | 4944 | WILDFOREST CATTLE CO | 180,575.48 |
| McClain Farms | Mechanics Bank | 3070 | 02/06/23 | 4945 | WILDFOREST CATTLE CO | 300,848.72 |
| McClain Farms | Mechanics Bank | 3070 | 02/06/23 | 4946 | WILDFOREST CATTLE CO | 325,505.58 |
| McClain Farms | Mechanics Bank | 3070 | 02/06/23 | 4943 | WILDFOREST CATTLE CO | 349,269.31 |
| McClain Farms | Mechanics Bank | 3070 | 02/06/23 | 4941 | WILDFOREST CATTLE CO | 351,142.54 |
| McClain Farms | Mechanics Bank | 3070 | 02/06/23 | 4940 | WILDFOREST CATTLE CO | 564,369.58 |
| McClain Farms | Mechanics Bank | 3070 | 02/06/23 | 4939 | WILDFOREST CATTLE CO | 594,853.61 |
| McClain Farms | Mechanics Bank | 3070 | 02/07/23 | 4984 | WILDFOREST CATTLE CO | 164,985.55 |
| McClain Farms | Mechanics Bank | 3070 | 02/07/23 | 4983 | WILDFOREST CATTLE CO | 301,320.80 |
| McClain Farms | Mechanics Bank | 3070 | 02/07/23 | 4980 | WILDFOREST CATTLE CO | 325,204.69 |
| McClain Farms | Mechanics Bank | 3070 | 02/07/23 | 4985 | WILDFOREST CATTLE CO | 326,244.78 |
| McClain Farms | Mechanics Bank | 3070 | 02/07/23 | 4981 | WILDFOREST CATTLE CO | 564,549.87 |
| McClain Farms | Mechanics Bank | 3070 | 02/07/23 | 4982 | WILDFOREST CATTLE CO | 595,007.11 |
| McClain Farms | Mechanics Bank | 3070 | 02/10/23 | 5043 | WILDFOREST CATTLE CO | 180,182.42 |
| McClain Farms | Mechanics Bank | 3070 | 02/10/23 | 5039 | WILDFOREST CATTLE CO | 300,853.38 |
| McClain Farms | Mechanics Bank | 3070 | 02/10/23 | 5040 | WILDFOREST CATTLE CO | 325,308.21 |
| McClain Farms | Mechanics Bank | 3070 | 02/10/23 | 5042 | WILDFOREST CATTLE CO | 348,565.90 |
| McClain Farms | Mechanics Bank | 3070 | 02/10/23 | 5041 | WILDFOREST CATTLE CO | 350,435.04 |
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 5067 | WILDFOREST CATTLE CO | 164,254.32 |
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 5061 | WILDFOREST CATTLE CO | 179,521.53 |
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 5064 | WILDFOREST CATTLE CO | 325,758.78 |
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 5062 | WILDFOREST CATTLE CO | 346,993.28 |
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 5063 | WILDFOREST CATTLE CO | 349,341.11 |
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 5065 | WILDFOREST CATTLE CO | 564,951.02 |
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 5066 | WILDFOREST CATTLE CO | 595,438.04 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/14/23 | 6481 | WILDFOREST CATTLE CO | 164,314.57 |

WILDFOREST CATTLE CO

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/14/23 | 6482 | WILDFOREST CATTLE CO | 301,164.17 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/14/23 | 6478 | WILDFOREST CATTLE CO | 325,426.26 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/14/23 | 6483 | WILDFOREST CATTLE CO | 325,530.36 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/14/23 | 6477 | WILDFOREST CATTLE CO | 348,093.68 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/14/23 | 6479 | WILDFOREST CATTLE CO | 564,930.76 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/14/23 | 6480 | WILDFOREST CATTLE CO | 595,062.60 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/15/23 | 6500 | WILDFOREST CATTLE CO | 164,194.64 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/15/23 | 6499 | WILDFOREST CATTLE CO | 179,688.58 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/15/23 | 6498 | WILDFOREST CATTLE CO | 350,055.15 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/16/23 | 6535 | WILDFOREST CATTLE CO | 301,076.32 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/16/23 | 6536 | WILDFOREST CATTLE CO | 324,680.44 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/16/23 | 6533 | WILDFOREST CATTLE CO | 324,798.94 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/16/23 | 6534 | WILDFOREST CATTLE CO | 594,512.93 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6566 | WILDFOREST CATTLE CO | 164,596.50 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6564 | WILDFOREST CATTLE CO | 179,101.77 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6568 | WILDFOREST CATTLE CO | 300,995.86 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6579 | WILDFOREST CATTLE CO | 324,303.02 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6569 | WILDFOREST CATTLE CO | 324,908.32 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6565 | WILDFOREST CATTLE CO | 347,864.01 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6567 | WILDFOREST CATTLE CO | 349,061.77 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6578 | WILDFOREST CATTLE CO | 564,024.02 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6570 | WILDFOREST CATTLE CO | 594,648.24 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/23/23 | 6604 | WILDFOREST CATTLE CO | 351,325.88 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/23/23 | 6605 | WILDFOREST CATTLE CO | 596,150.65 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6642 | WILDFOREST CATTLE CO | 164,597.91 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6645 | WILDFOREST CATTLE CO | 180,168.86 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6639 | WILDFOREST CATTLE CO | 302,098.65 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6643 | WILDFOREST CATTLE CO | 326,011.89 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6640 | WILDFOREST CATTLE CO | 326,059.00 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6638 | WILDFOREST CATTLE CO | 349,399.37 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6641 | WILDFOREST CATTLE CO | 349,613.96 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6644 | WILDFOREST CATTLE CO | 565,796.22 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6637 | WILDFOREST CATTLE CO | 594,431.74 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/28/23 | 6674 | WILDFOREST CATTLE CO | 179,920.44 |

WILDFOREST CATTLE CO

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/28/23 | 6672 | WILDFOREST CATTLE CO | 564,291.16 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/28/23 | 6673 | WILDFOREST CATTLE CO | 595,311.67 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/01/23 | 6687 | WILDFOREST CATTLE CO | 301,097.13 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/01/23 | 6688 | WILDFOREST CATTLE CO | 325,145.94 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/01/23 | 6690 | WILDFOREST CATTLE CO | 325,166.64 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/01/23 | 6689 | WILDFOREST CATTLE CO | 349,171.16 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/01/23 | 6691 | WILDFOREST CATTLE CO | 349,757.36 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/02/23 | 6706 | WILDFOREST CATTLE CO | 164,717.65 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/02/23 | 6703 | WILDFOREST CATTLE CO | 179,856.46 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/02/23 | 6705 | WILDFOREST CATTLE CO | 564,052.99 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/02/23 | 6704 | WILDFOREST CATTLE CO | 594,646.63 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/03/23 | 6717 | WILDFOREST CATTLE CO | 300,376.39 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/03/23 | 6718 | WILDFOREST CATTLE CO | 324,567.72 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/03/23 | 6719 | WILDFOREST CATTLE CO | 324,989.53 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/03/23 | 6720 | WILDFOREST CATTLE CO | 348,175.67 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6731 | WILDFOREST CATTLE CO | 164,261.22 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6729 | WILDFOREST CATTLE CO | 179,746.25 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6736 | WILDFOREST CATTLE CO | 291,885.85 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6734 | WILDFOREST CATTLE CO | 324,534.61 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6735 | WILDFOREST CATTLE CO | 324,649.62 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6733 | WILDFOREST CATTLE CO | 347,766.25 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6728 | WILDFOREST CATTLE CO | 349,302.45 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6732 | WILDFOREST CATTLE CO | 563,737.55 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6730 | WILDFOREST CATTLE CO | 594,202.05 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/07/23 | 6753 | WILDFOREST CATTLE CO | 349,704.07 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/07/23 | 6754 | WILDFOREST CATTLE CO | 594,548.00 |
| McClain Farms | Mechanics Bank | 3070 | 03/08/23 | 7101 | WILDFOREST CATTLE CO | 164,279.20 |
| McClain Farms | Mechanics Bank | 3070 | 03/08/23 | 7102 | WILDFOREST CATTLE CO | 292,176.38 |
| McClain Farms | Mechanics Bank | 3070 | 03/08/23 | 7104 | WILDFOREST CATTLE CO | 325,605.74 |
| McClain Farms | Mechanics Bank | 3070 | 03/08/23 | 7103 | WILDFOREST CATTLE CO | 348,397.98 |
| McClain Farms | Mechanics Bank | 3070 | 03/08/23 | 7105 | WILDFOREST CATTLE CO | 565,033.45 |
| McClain Farms | Mechanics Bank | 3070 | 03/10/23 | 7159 | WILDFOREST CATTLE CO | 180,274.74 |
| McClain Farms | Mechanics Bank | 3070 | 03/10/23 | 7157 | WILDFOREST CATTLE CO | 349,654.12 |
| McClain Farms | Mechanics Bank | 3070 | 03/13/23 | 7195 | WILDFOREST CATTLE CO | 163,747.11 |

WILDFOREST CATTLE CO

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 03/13/23 | 7194 | WILDFOREST CATTLE CO | 291,803.32 |
| McClain Farms | Mechanics Bank | 3070 | 03/13/23 | 7192 | WILDFOREST CATTLE CO | 325,667.28 |
| McClain Farms | Mechanics Bank | 3070 | 03/13/23 | 7189 | WILDFOREST CATTLE CO | 326,178.56 |
| McClain Farms | Mechanics Bank | 3070 | 03/13/23 | 7193 | WILDFOREST CATTLE CO | 348,041.57 |
| McClain Farms | Mechanics Bank | 3070 | 03/13/23 | 7196 | WILDFOREST CATTLE CO | 349,507.58 |
| McClain Farms | Mechanics Bank | 3070 | 03/13/23 | 7191 | WILDFOREST CATTLE CO | 564,208.55 |
| McClain Farms | Mechanics Bank | 3070 | 03/13/23 | 7190 | WILDFOREST CATTLE CO | 595,437.10 |
| McClain Farms | Mechanics Bank | 3070 | 03/16/23 | 7246 | WILDFOREST CATTLE CO | 180,063.94 |
| McClain Farms | Mechanics Bank | 3070 | 03/16/23 | 7245 | WILDFOREST CATTLE CO | 565,394.30 |
| McClain Farms | Mechanics Bank | 3070 | 03/16/23 | 7244 | WILDFOREST CATTLE CO | 596,337.97 |
| McClain Farms | Mechanics Bank | 3070 | 03/20/23 | 7284 | WILDFOREST CATTLE CO | 164,510.22 |
| McClain Farms | Mechanics Bank | 3070 | 03/20/23 | 7285 | WILDFOREST CATTLE CO | 292,681.09 |
| McClain Farms | Mechanics Bank | 3070 | 03/20/23 | 7283 | WILDFOREST CATTLE CO | 326,009.17 |
| McClain Farms | Mechanics Bank | 3070 | 03/20/23 | 7286 | WILDFOREST CATTLE CO | 326,850.99 |
| McClain Farms | Mechanics Bank | 3070 | 03/20/23 | 7282 | WILDFOREST CATTLE CO | 348,513.12 |
| McClain Farms | Mechanics Bank | 3070 | 03/20/23 | 7281 | WILDFOREST CATTLE CO | 350,438.70 |
| McClain Farms | Mechanics Bank | 3070 | 03/20/23 | 7280 | WILDFOREST CATTLE CO | 563,805.09 |
| McClain Farms | Mechanics Bank | 3070 | 03/21/23 | 7314 | WILDFOREST CATTLE CO | 180,224.94 |
| McClain Farms | Mechanics Bank | 3070 | 03/21/23 | 7315 | WILDFOREST CATTLE CO | 564,191.97 |
| McClain Farms | Mechanics Bank | 3070 | 03/21/23 | 7313 | WILDFOREST CATTLE CO | 596,208.01 |
| McClain Farms | Mechanics Bank | 3070 | 03/22/23 | 7332 | WILDFOREST CATTLE CO | 164,686.79 |
| McClain Farms | Mechanics Bank | 3070 | 03/22/23 | 7320 | WILDFOREST CATTLE CO | 1,096,123.39 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7407 | WILDFOREST CATTLE CO | 292,529.49 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7408 | WILDFOREST CATTLE CO | 326,127.52 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7406 | WILDFOREST CATTLE CO | 326,792.19 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7409 | WILDFOREST CATTLE CO | 348,410.47 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7410 | WILDFOREST CATTLE CO | 350,021.64 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7405 | WILDFOREST CATTLE CO | 564,055.67 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7404 | WILDFOREST CATTLE CO | 595,396.64 |
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7500 | WILDFOREST CATTLE CO | 164,823.44 |
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7501 | WILDFOREST CATTLE CO | 181,010.27 |
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7504 | WILDFOREST CATTLE CO | 326,532.37 |
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7502 | WILDFOREST CATTLE CO | 326,919.69 |
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7505 | WILDFOREST CATTLE CO | 348,495.81 |

WILDFOREST CATTLE CO

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7503 | WILDFOREST CATTLE CO | 349,929.18 |
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7506 | WILDFOREST CATTLE CO | 565,834.28 |
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7507 | WILDFOREST CATTLE CO | 596,844.92 |
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7508 | WILDFOREST CATTLE CO | 1,258,376.45 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7514 | WILDFOREST CATTLE CO | 164,581.52 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7515 | WILDFOREST CATTLE CO | 179,620.93 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7513 | WILDFOREST CATTLE CO | 293,633.67 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7516 | WILDFOREST CATTLE CO | 325,375.45 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7518 | WILDFOREST CATTLE CO | 325,585.91 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7519 | WILDFOREST CATTLE CO | 347,781.73 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7517 | WILDFOREST CATTLE CO | 349,313.89 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7520 | WILDFOREST CATTLE CO | 564,038.96 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7521 | WILDFOREST CATTLE CO | 595,366.29 |
| **Subtotal** | | | | | | **57,028,498.63** |
| | | | | | | |
| **Total** | | | | | | **66,361,991.91** |