SAM BROWN

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 09/03/21 | 29818 | SAM BROWN | 268,121.84 |
| McClain Farms | Mechanics Bank | 3070 | 12/27/21 | 1626 | SAM BROWN | 287,495.70 |
| McClain Farms | Mechanics Bank | 3070 | 12/27/21 | 1627 | SAM BROWN | 616,509.18 |
| McClain Farms | Mechanics Bank | 3070 | 01/05/22 | 1712 | SAM BROWN | 160,630.00 |
| McClain Farms | Mechanics Bank | 3070 | 02/16/22 | 2016 | SAM BROWN | 641,958.06 |
| McClain Farms | Mechanics Bank | 3070 | 02/17/22 | 2027 | SAM BROWN | 298,251.96 |
| McClain Farms | Mechanics Bank | 3070 | 02/17/22 | 2025 | SAM BROWN | 519,324.77 |
| McClain Farms | Mechanics Bank | 3070 | 02/17/22 | 2026 | SAM BROWN | 539,562.76 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/23/22 | 4265 | SAM BROWN | 154,437.66 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/23/22 | 4266 | SAM BROWN | 165,770.63 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/04/22 | 4282 | SAM BROWN | 661,494.09 |
| McClain Farms | Mechanics Bank | 3070 | 03/09/22 | 2151 | SAM BROWN | 550,422.89 |
| McClain Farms | Mechanics Bank | 3070 | 03/21/22 | 2246 | SAM BROWN | 533,370.51 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/22 | 2303 | SAM BROWN | 639,029.27 |
| McClain Farms | Mechanics Bank | 3070 | 04/12/22 | 2367 | SAM BROWN | 677,704.99 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/14/22 | 4366 | SAM BROWN | 309,487.05 |
| McClain Farms | Mechanics Bank | 3070 | 04/20/22 | 2411 | SAM BROWN | 570,791.42 |
| McClain Farms | Mechanics Bank | 3070 | 05/02/22 | 2458 | SAM BROWN | 174,663.66 |
| McClain Farms | Mechanics Bank | 3070 | 05/02/22 | 2459 | SAM BROWN | 544,888.66 |
| McClain Farms | Mechanics Bank | 3070 | 05/05/22 | 2473 | SAM BROWN | 163,112.92 |
| McClain Farms | Mechanics Bank | 3070 | 05/05/22 | 2474 | SAM BROWN | 692,498.38 |
| McClain Farms | Mechanics Bank | 3070 | 06/02/22 | 2660 | SAM BROWN | 320,759.41 |
| McClain Farms | Mechanics Bank | 3070 | 06/02/22 | 2661 | SAM BROWN | 587,561.53 |
| McClain Farms | Mechanics Bank | 3070 | 06/09/22 | 2731 | SAM BROWN | 321,057.15 |
| McClain Farms | Mechanics Bank | 3070 | 06/09/22 | 2730 | SAM BROWN | 559,132.28 |
| McClain Farms | Mechanics Bank | 3070 | 06/16/22 | 2764 | SAM BROWN | 180,304.81 |
| McClain Farms | Mechanics Bank | 3070 | 06/16/22 | 2763 | SAM BROWN | 714,201.78 |
| McClain Farms | Mechanics Bank | 3070 | 06/21/22 | 2785 | SAM BROWN | 167,809.70 |
| McClain Farms | Mechanics Bank | 3070 | 06/23/22 | 2821 | SAM BROWN | 327,469.66 |
| McClain Farms | Mechanics Bank | 3070 | 06/23/22 | 2820 | SAM BROWN | 600,179.83 |
| McClain Farms | Mechanics Bank | 3070 | 06/29/22 | 2850 | SAM BROWN | 326,393.56 |
| McClain Farms | Mechanics Bank | 3070 | 06/29/22 | 2849 | SAM BROWN | 568,814.01 |
| McClain Farms | Mechanics Bank | 3070 | 07/06/22 | 2914 | SAM BROWN | 177,901.22 |
| McClain Farms | Mechanics Bank | 3070 | 07/06/22 | 2913 | SAM BROWN | 702,840.14 |

SAM BROWN

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 07/08/22 | 2944 | SAM BROWN | 509,751.46 |
| McClain Farms | Mechanics Bank | 3070 | 07/13/22 | 2965 | SAM BROWN | 16,079.42 |
| McClain Farms | Mechanics Bank | 3070 | 07/13/22 | 2964 | SAM BROWN | 597,514.74 |
| McClain Farms | Mechanics Bank | 3070 | 07/14/22 | 2966 | SAM BROWN | 325,126.88 |
| McClain Farms | Mechanics Bank | 3070 | 07/19/22 | 3004 | SAM BROWN | 326,047.90 |
| McClain Farms | Mechanics Bank | 3070 | 07/19/22 | 3005 | SAM BROWN | 567,702.98 |
| McClain Farms | Mechanics Bank | 3070 | 07/21/22 | 3024 | SAM BROWN | 167,182.48 |
| McClain Farms | Mechanics Bank | 3070 | 07/21/22 | 3023 | SAM BROWN | 701,146.73 |
| McClain Farms | Mechanics Bank | 3070 | 08/08/22 | 3143 | SAM BROWN | 326,031.48 |
| McClain Farms | Mechanics Bank | 3070 | 08/08/22 | 3142 | SAM BROWN | 598,274.80 |
| McClain Farms | Mechanics Bank | 3070 | 08/25/22 | 3278 | SAM BROWN | 179,721.57 |
| McClain Farms | Mechanics Bank | 3070 | 08/25/22 | 3279 | SAM BROWN | 709,214.77 |
| McClain Farms | Mechanics Bank | 3070 | 09/01/22 | 3323 | SAM BROWN | 330,030.11 |
| McClain Farms | Mechanics Bank | 3070 | 09/01/22 | 3322 | SAM BROWN | 573,493.57 |
| McClain Farms | Mechanics Bank | 3070 | 09/06/22 | 3347 | SAM BROWN | 327,481.42 |
| McClain Farms | Mechanics Bank | 3070 | 09/07/22 | 3353 | SAM BROWN | 169,024.72 |
| McClain Farms | Mechanics Bank | 3070 | 09/07/22 | 3351 | SAM BROWN | 175,922.05 |
| McClain Farms | Mechanics Bank | 3070 | 09/07/22 | 3352 | SAM BROWN | 602,284.88 |
| McClain Farms | Mechanics Bank | 3070 | 09/13/22 | 3391 | SAM BROWN | 324,691.54 |
| McClain Farms | Mechanics Bank | 3070 | 09/13/22 | 3389 | SAM BROWN | 527,170.31 |
| McClain Farms | Mechanics Bank | 3070 | 09/14/22 | 3390 | SAM BROWN | 324,439.07 |
| McClain Farms | Mechanics Bank | 3070 | 09/14/22 | 3388 | SAM BROWN | 563,496.54 |
| McClain Farms | Mechanics Bank | 3070 | 09/20/22 | 3438 | SAM BROWN | 176,921.70 |
| McClain Farms | Mechanics Bank | 3070 | 09/20/22 | 3437 | SAM BROWN | 708,452.61 |
| McClain Farms | Mechanics Bank | 3070 | 09/23/22 | 3474 | SAM BROWN | 593,178.73 |
| McClain Farms | Mechanics Bank | 3070 | 09/28/22 | 3532 | SAM BROWN | 326,026.97 |
| McClain Farms | Mechanics Bank | 3070 | 09/28/22 | 3531 | SAM BROWN | 564,493.10 |
| McClain Farms | Mechanics Bank | 3070 | 09/30/22 | 3563 | SAM BROWN | 169,994.59 |
| McClain Farms | Mechanics Bank | 3070 | 09/30/22 | 3564 | SAM BROWN | 593,410.71 |
| McClain Farms | Mechanics Bank | 3070 | 10/12/22 | 3667 | SAM BROWN | 177,154.86 |
| McClain Farms | Mechanics Bank | 3070 | 10/12/22 | 3668 | SAM BROWN | 705,025.66 |
| McClain Farms | Mechanics Bank | 3070 | 10/14/22 | 3681 | SAM BROWN | 329,320.99 |
| McClain Farms | Mechanics Bank | 3070 | 10/14/22 | 3682 | SAM BROWN | 597,569.21 |
| McClain Farms | Mechanics Bank | 3070 | 10/19/22 | 3728 | SAM BROWN | 328,239.04 |

SAM BROWN

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 10/19/22 | 3729 | SAM BROWN | 567,546.77 |
| McClain Farms | Mechanics Bank | 3070 | 10/21/22 | 3764 | SAM BROWN | 167,168.66 |
| McClain Farms | Mechanics Bank | 3070 | 10/21/22 | 3762 | SAM BROWN | 175,893.32 |
| McClain Farms | Mechanics Bank | 3070 | 10/21/22 | 3763 | SAM BROWN | 593,785.53 |
| McClain Farms | Mechanics Bank | 3070 | 10/25/22 | 3794 | SAM BROWN | 165,723.26 |
| McClain Farms | Mechanics Bank | 3070 | 10/25/22 | 3793 | SAM BROWN | 701,511.53 |
| McClain Farms | Mechanics Bank | 3070 | 10/28/22 | 3844 | SAM BROWN | 327,612.61 |
| McClain Farms | Mechanics Bank | 3070 | 10/28/22 | 3845 | SAM BROWN | 563,152.23 |
| McClain Farms | Mechanics Bank | 3070 | 11/01/22 | 3874 | SAM BROWN | 302,667.34 |
| McClain Farms | Mechanics Bank | 3070 | 11/01/22 | 3869 | SAM BROWN | 699,900.41 |
| McClain Farms | Mechanics Bank | 3070 | 11/04/22 | 3912 | SAM BROWN | 166,030.66 |
| McClain Farms | Mechanics Bank | 3070 | 11/04/22 | 3911 | SAM BROWN | 179,710.31 |
| McClain Farms | Mechanics Bank | 3070 | 11/04/22 | 3913 | SAM BROWN | 597,248.63 |
| McClain Farms | Mechanics Bank | 3070 | 11/08/22 | 3942 | SAM BROWN | 301,597.39 |
| McClain Farms | Mechanics Bank | 3070 | 11/08/22 | 3943 | SAM BROWN | 326,731.95 |
| McClain Farms | Mechanics Bank | 3070 | 11/08/22 | 3941 | SAM BROWN | 327,619.14 |
| McClain Farms | Mechanics Bank | 3070 | 11/14/22 | 3988 | SAM BROWN | 586.21 |
| McClain Farms | Mechanics Bank | 3070 | 11/14/22 | 3980 | SAM BROWN | 165,411.69 |
| McClain Farms | Mechanics Bank | 3070 | 11/14/22 | 3979 | SAM BROWN | 179,269.43 |
| McClain Farms | Mechanics Bank | 3070 | 11/14/22 | 3978 | SAM BROWN | 594,902.68 |
| McClain Farms | Mechanics Bank | 3070 | 11/16/22 | 4016 | SAM BROWN | 301,612.45 |
| McClain Farms | Mechanics Bank | 3070 | 11/16/22 | 4015 | SAM BROWN | 703,367.23 |
| McClain Farms | Mechanics Bank | 3070 | 11/18/22 | 4034 | SAM BROWN | 326,289.35 |
| McClain Farms | Mechanics Bank | 3070 | 11/18/22 | 4033 | SAM BROWN | 572,234.86 |
| McClain Farms | Mechanics Bank | 3070 | 11/22/22 | 4084 | SAM BROWN | 165,533.39 |
| McClain Farms | Mechanics Bank | 3070 | 11/22/22 | 4082 | SAM BROWN | 179,693.48 |
| McClain Farms | Mechanics Bank | 3070 | 11/22/22 | 4083 | SAM BROWN | 596,827.61 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 11/25/22 | 6376 | SAM BROWN | 302,247.85 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 11/25/22 | 6375 | SAM BROWN | 701,048.02 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/02/22 | 6432 | SAM BROWN | 165,155.87 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/02/22 | 6431 | SAM BROWN | 179,105.91 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/02/22 | 6433 | SAM BROWN | 327,092.04 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/02/22 | 6434 | SAM BROWN | 330,202.59 |
| McClain Farms | Mechanics Bank | 3070 | 12/05/22 | 4116 | SAM BROWN | 302,117.34 |

SAM BROWN

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 12/05/22 | 4115 | SAM BROWN | 700,584.33 |
| McClain Farms | Mechanics Bank | 3070 | 12/06/22 | 4152 | SAM BROWN | 326,303.24 |
| McClain Farms | Mechanics Bank | 3070 | 12/06/22 | 4153 | SAM BROWN | 598,786.81 |
| McClain Farms | Mechanics Bank | 3070 | 12/08/22 | 4193 | SAM BROWN | 326,050.13 |
| McClain Farms | Mechanics Bank | 3070 | 12/08/22 | 4192 | SAM BROWN | 567,802.32 |
| McClain Farms | Mechanics Bank | 3070 | 12/13/22 | 4287 | SAM BROWN | 165,669.96 |
| McClain Farms | Mechanics Bank | 3070 | 12/13/22 | 4288 | SAM BROWN | 179,542.35 |
| McClain Farms | Mechanics Bank | 3070 | 12/13/22 | 4289 | SAM BROWN | 302,377.06 |
| McClain Farms | Mechanics Bank | 3070 | 12/13/22 | 4290 | SAM BROWN | 350,189.17 |
| McClain Farms | Mechanics Bank | 3070 | 12/16/22 | 4328 | SAM BROWN | 351,611.13 |
| McClain Farms | Mechanics Bank | 3070 | 12/16/22 | 4329 | SAM BROWN | 596,851.87 |
| McClain Farms | Mechanics Bank | 3070 | 12/20/22 | 4368 | SAM BROWN | 328,286.58 |
| McClain Farms | Mechanics Bank | 3070 | 12/20/22 | 4367 | SAM BROWN | 565,194.33 |
| McClain Farms | Mechanics Bank | 3070 | 12/22/22 | 4378 | SAM BROWN | 302,003.51 |
| McClain Farms | Mechanics Bank | 3070 | 12/22/22 | 4377 | SAM BROWN | 327,753.65 |
| McClain Farms | Mechanics Bank | 3070 | 12/22/22 | 4379 | SAM BROWN | 349,653.64 |
| McClain Farms | Mechanics Bank | 3070 | 12/27/22 | 4408 | SAM BROWN | 165,648.58 |
| McClain Farms | Mechanics Bank | 3070 | 12/27/22 | 4407 | SAM BROWN | 179,715.46 |
| McClain Farms | Mechanics Bank | 3070 | 12/27/22 | 4409 | SAM BROWN | 596,427.59 |
| McClain Farms | Mechanics Bank | 3070 | 12/28/22 | 4418 | SAM BROWN | 351,793.42 |
| McClain Farms | Mechanics Bank | 3070 | 12/28/22 | 4417 | SAM BROWN | 563,422.18 |
| McClain Farms | Mechanics Bank | 3070 | 12/30/22 | 4456 | SAM BROWN | 302,179.94 |
| McClain Farms | Mechanics Bank | 3070 | 12/30/22 | 4455 | SAM BROWN | 326,388.79 |
| McClain Farms | Mechanics Bank | 3070 | 12/30/22 | 4457 | SAM BROWN | 328,052.89 |
| **Total** | | | | | | **50,344,455.74** |