COLBY VANBUSKIRK

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 03/04/19 | 22669 | FRANK & COLBY VANBUSKIRK & ANB | 83,373.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/24/19 | 22806 | FRANK & COLBY VANBUSKIRK & ANB | 75,365.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/03/19 | 23163 | FRANK & COLBY VANBUSKIRK & ANB | 79,847.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/27/19 | 23359 | FRANK & COLBY VANBUSKIRK & ANB | 150,550.65 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/28/19 | 23604 | FRANK & COLBY VANBUSKIRK & ANB | 84,456.89 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/04/19 | 24063 | FRANK & COLBY VANBUSKIRK & ANB | 163,773.24 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/15/19 | 24066 | FRANK & COLBY VANBUSKIRK & ANB | 160,251.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/19 | 24972 | FRANK & COLBY VANBUSKIRK & ANB | 314,075.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/30/19 | 25217 | FRANK & COLBY VANBUSKIRK & ANB | 161,611.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/24/20 | 25219 | FRANK & COLBY VANBUSKIRK & ANB | 162,624.90 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/20/20 | 25720 | FRANK & COLBY VANBUSKIRK & ANB | 305,204.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/29/20 | 26382 | FRANK & COLBY VANBUSKIRK & ANB | 161,906.79 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/30/20 | 26544 | FRANK & COLBY VANBUSKIRK & ANB | 163,563.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/20/20 | 26670 | VANBUSKIRK CATTLE | 77,083.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/21/20 | 27044 | FRANK & COLBY VANBUSKIRK & ANB | 467,255.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/26/20 | 27040 | VANBUSKIRK CATTLE | 25,920.18 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/21/20 | 27037 | FRANK & COLBY VANBUSKIRK & ANB | 164,975.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/30/20 | 27876 | FRANK & COLBY VANBUSKIRK & ANB | 474,760.24 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/20/21 | 28136 | COLBY & SUSAN VANBUSKIRK & ANB | 165,297.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/18/21 | 28308 | LYNDAL COLBY SUSAN VANBUSKIRK & ANB | 991,758.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/21/21 | 28683 | LYNDAL COLBY SUSAN VANBUSKIRK & ANB | 670,918.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/03/21 | 29029 | LYNDAL COLBY SUSAN VANBUSKIRK & ANB | 785,723.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/20/21 | 29703 | COLBY & SUSAN VANBUSKIRK & ANB | 467,615.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/27/21 | 29750 | COLBY & SUSAN VANBUSKIRK & ANB | 162,524.37 |
| McClain Farms | Mechanics Bank | 3070 | 01/04/22 | 1598 | COLBY & SUSAN VANBUSKIRK & ANB | 633,514.74 |
| McClain Farms | Mechanics Bank | 3070 | 02/25/22 | 2045 | COLBY & SUSAN VANBUSKIRK & ANB | 619,029.13 |
| McClain Farms | Mechanics Bank | 3070 | 06/28/22 | 2685 | COLBY & SUSAN VANBUSKIRK & ANB | 634,680.53 |
| McClain Farms | Mechanics Bank | 3070 | 07/18/22 | 2692 | VANBUSKIRK CATTLE | 88,103.09 |
| McClain Farms | Mechanics Bank | 3070 | 09/29/22 | 3443 | COLBY & SUSAN VANBUSKIRK & ANB | 634,233.69 |
| McClain Farms | Mechanics Bank | 3070 | 11/08/22 | 3708 | COLBY & SUSAN VANBUSKIRK & ANB | 611,048.46 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 11/30/22 | 6369 | COLBY & SUSAN VANBUSKIRK & ANB | 606,167.34 |
| McClain Farms | Mechanics Bank | 3070 | 12/30/22 | 4242 | COLBY & SUSAN VANBUSKIRK & ANB | 611,775.63 |
| **Subtotal** | | | | | | **10,958,987.95** |
| | | | | | | |
| McClain Farms | Mechanics Bank | 3070 | 02/17/23 | 4865 | COLBY & SUSAN VANBUSKIRK & ANB | 623,622.05 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/13/23 | 6747 | COLBY & SUSAN VANBUSKIRK & ANB | 614,802.95 |

COLBY VANBUSKIRK

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7345 | COLBY & SUSAN VANBUSKIRK & ANB | 612,755.61 |
| **Subtotal** | | | | | | **1,851,180.61** |
| | | | | | | |
| **Total** | | | | | | **12,810,168.56** |