LYNDAL VANBUSKIRK

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/15/19 | 22668 | LYNDAL VANBUSKIRK & ANB | 170,653.70 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/24/19 | 22958 | LYNDAL VANBUSKIRK | 461,913.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/24/19 | 22959 | LYNDAL VANBUSKIRK | 150,238.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/03/19 | 23164 | LYNDAL VANBUSKIRK | 330,354.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/27/19 | 23358 | LYNDAL VANBUSKIRK & ANB | 170,325.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/04/19 | 24064 | LYNDAL VANBUSKIRK & ANB | 322,066.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/16/19 | 24459 | LYNDAL VANBUSKIRK & ANB | 159,247.09 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/19 | 24973 | LYNDAL VANBUSKIRK & ANB | 207,321.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/05/19 | 24975 | LYNDAL VANBUSKIRK & ANB | 318,034.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/30/19 | 25218 | LYNDAL VANBUSKIRK & ANB | 318,105.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/24/20 | 25220 | LYNDAL VANBUSKIRK & ANB | 162,790.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/20/20 | 25722 | LYNDAL VANBUSKIRK & ANB | 207,196.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/27/20 | 25724 | LYNDAL VANBUSKIRK & ANB | 337,903.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/29/20 | 26383 | LYNDAL VANBUSKIRK & ANB | 318,659.47 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/05/20 | 26387 | LYNDAL VANBUSKIRK & ANB | 279,673.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/30/20 | 26545 | LYNDAL VANBUSKIRK & ANB | 201,260.70 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/20/20 | 26670 | VANBUSKIRK CATTLE | 77,083.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/21/20 | 27045 | LYNDAL VANBUSKIRK & ANB | 525,374.79 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/26/20 | 27040 | VANBUSKIRK CATTLE | 25,920.18 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/21/20 | 27036 | LYNDAL VANBUSKIRK & ANB | 201,210.46 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/30/20 | 27875 | LYNDAL VANBUSKIRK & ANB | 528,227.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/11/20 | 27878 | LYNDAL VANBUSKIRK & ANB | 255,193.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/21 | 28135 | LYNDAL VANBUSKIRK & ANB | 223,899.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/19/21 | 27987 | LYNDAL VANBUSKIRK & ANB | 201,743.28 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/27/21 | 28303 | LYNDAL VANBUSKIRK | 95,085.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/18/21 | 28308 | LYNDAL COLBY SUSAN VANBUSKIRK & ANB | 991,758.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/26/21 | 28679 | LYNDAL VANBUSKIRK & ANB | 400,919.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/21/21 | 28683 | LYNDAL COLBY SUSAN VANBUSKIRK & ANB | 670,918.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/03/21 | 29029 | LYNDAL COLBY SUSAN VANBUSKIRK & ANB | 785,723.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/30/21 | 29278 | LYNDAL VANBUSKIRK & ANB | 250,972.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/09/21 | 29344 | LYNDAL VANBUSKIRK | 241,108.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/03/21 | 29534 | LYNDAL VANBUSKIRK | 239,476.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/19/21 | 29701 | LYNDAL VANBUSKIRK & ANB | 600,758.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/26/21 | 29749 | LYNDAL VANBUSKIRK & ANB | 527,341.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/01/21 | 29752 | LYNDAL VANBUSKIRK | 91,707.66 |

LYNDAL VANBUSKIRK

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 09/15/21 | 29842 | LYNDAL VANBUSKIRK & ANB | 534,899.08 |
| McClain Farms | Mechanics Bank | 3070 | 11/30/21 | 1192 | LYNDAL VANBUSKIRK & ANB | 257,231.03 |
| McClain Farms | Mechanics Bank | 3070 | 12/24/21 | 1198 | LYNDAL VANBUSKIRK & ANB | 734,705.55 |
| McClain Farms | Mechanics Bank | 3070 | 12/29/21 | 1197 | LYNDAL VANBUSKIRK & ANB | 648,309.17 |
| McClain Farms | Mechanics Bank | 3070 | 12/30/21 | 1594 | LYNDAL VANBUSKIRK & ANB | 744,891.97 |
| McClain Farms | Mechanics Bank | 3070 | 12/31/21 | 1596 | LYNDAL VANBUSKIRK & ANB | 384,581.11 |
| McClain Farms | Mechanics Bank | 3070 | 01/12/22 | 1705 | LYNDAL VANBUSKIRK & ANB | 398,659.18 |
| McClain Farms | Mechanics Bank | 3070 | 02/09/22 | 1868 | LYNDAL VANBUSKIRK & ANB | 513,967.59 |
| McClain Farms | Mechanics Bank | 3070 | 02/15/22 | 1863 | LYNDAL VANBUSKIRK & ANB | 559,684.86 |
| McClain Farms | Mechanics Bank | 3070 | 02/18/22 | 1865 | LYNDAL VANBUSKIRK & ANB | 783,212.66 |
| McClain Farms | Mechanics Bank | 3070 | 02/22/22 | 1866 | LYNDAL VANBUSKIRK & ANB | 533,598.69 |
| McClain Farms | Mechanics Bank | 3070 | 02/28/22 | 2044 | LYNDAL VANBUSKIRK & ANB | 384,681.95 |
| McClain Farms | Mechanics Bank | 3070 | 03/03/22 | 2106 | LYNDAL VANBUSKIRK | 18,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 03/28/22 | 2109 | LYNDAL VANBUSKIRK & ANB | 244,363.69 |
| McClain Farms | Mechanics Bank | 3070 | 04/08/22 | 2112 | LYNDAL VANBUSKIRK & ANB | 729,938.75 |
| McClain Farms | Mechanics Bank | 3070 | 05/18/22 | 2402 | LYNDAL VANBUSKIRK & ANB | 741,053.59 |
| McClain Farms | Mechanics Bank | 3070 | 05/19/22 | 2550 | LYNDAL VANBUSKIRK & ANB | 674,893.22 |
| McClain Farms | Mechanics Bank | 3070 | 05/20/22 | 2551 | LYNDAL VANBUSKIRK | 169,460.06 |
| McClain Farms | Mechanics Bank | 3070 | 05/23/22 | 2552 | LYNDAL VANBUSKIRK & ANB | 561,286.05 |
| McClain Farms | Mechanics Bank | 3070 | 05/24/22 | 2554 | LYNDAL VANBUSKIRK & ANB | 369,709.86 |
| McClain Farms | Mechanics Bank | 3070 | 07/05/22 | 2688 | LYNDAL VANBUSKIRK & ANB | 741,578.69 |
| McClain Farms | Mechanics Bank | 3070 | 07/07/22 | 2689 | LYNDAL VANBUSKIRK & ANB | 904,355.41 |
| McClain Farms | Mechanics Bank | 3070 | 07/11/22 | 2691 | LYNDAL VANBUSKIRK & ANB | 942,264.22 |
| McClain Farms | Mechanics Bank | 3070 | 07/18/22 | 2692 | VANBUSKIRK CATTLE | 88,103.09 |
| McClain Farms | Mechanics Bank | 3070 | 07/26/22 | 2894 | LYNDAL VANBUSKIRK & ANB | 430,365.88 |
| McClain Farms | Mechanics Bank | 3070 | 07/26/22 | 2893 | LYNDAL VANBUSKIRK & ANB | 166,591.98 |
| McClain Farms | Mechanics Bank | 3070 | 08/01/22 | 2895 | LYNDAL VANBUSKIRK | 165,754.44 |
| McClain Farms | Mechanics Bank | 3070 | 09/13/22 | 3304 | LYNDAL VANBUSKIRK & ANB | 524,449.98 |
| McClain Farms | Mechanics Bank | 3070 | 09/15/22 | 3306 | LYNDAL VANBUSKIRK & ANB | 953,473.27 |
| McClain Farms | Mechanics Bank | 3070 | 09/21/22 | 3308 | LYNDAL VANBUSKIRK & ANB | 396,317.56 |
| McClain Farms | Mechanics Bank | 3070 | 10/11/22 | 3449 | LYNDAL VANBUSKIRK & ANB | 521,711.63 |
| McClain Farms | Mechanics Bank | 3070 | 10/17/22 | 3452 | LYNDAL VANBUSKIRK & ANB | 1,183,945.09 |
| McClain Farms | Mechanics Bank | 3070 | 10/19/22 | 3703 | LYNDAL VANBUSKIRK | 169,858.32 |
| McClain Farms | Mechanics Bank | 3070 | 10/28/22 | 3704 | LYNDAL VANBUSKIRK & ANB | 385,738.98 |
| McClain Farms | Mechanics Bank | 3070 | 11/03/22 | 3706 | LYNDAL VANBUSKIRK & ANB | 745,223.35 |

LYNDAL VANBUSKIRK

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 11/04/22 | 3707 | LYNDAL VANBUSKIRK & ANB | 721,136.69 |
| McClain Farms | Mechanics Bank | 3070 | 11/21/22 | 3972 | LYNDAL VANBUSKIRK & ANB | 1,162,608.04 |
| McClain Farms | Mechanics Bank | 3070 | 11/23/22 | 3976 | LYNDAL & SAM VANBUSKIRK | 163,414.89 |
| McClain Farms | Mechanics Bank | 3070 | 11/23/22 | 3977 | LYNDAL VANBUSKIRK & ANB | 1,088,639.75 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 11/29/22 | 6370 | LYNDAL VANBUSKIRK | 165,423.22 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/07/22 | 6406 | LYNDAL VANBUSKIRK | 285,832.71 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/07/22 | 6371 | LYNDAL VANBUSKIRK & ANB | 707,236.46 |
| McClain Farms | Mechanics Bank | 3070 | 12/15/22 | 4236 | LYNDAL VANBUSKIRK & ANB | 834,085.29 |
| McClain Farms | Mechanics Bank | 3070 | 12/19/22 | 4239 | LYNDAL VANBUSKIRK & ANB | 673,927.32 |
| McClain Farms | Mechanics Bank | 3070 | 12/19/22 | 4238 | LYNDAL VANBUSKIRK & ANB | 161,715.01 |
| McClain Farms | Mechanics Bank | 3070 | 12/22/22 | 4240 | LYNDAL VANBUSKIRK & ANB | 738,178.48 |
| McClain Farms | Mechanics Bank | 3070 | 12/28/22 | 4371 | LYNDAL VANBUSKIRK | 164,880.34 |
| McClain Farms | Mechanics Bank | 3070 | 12/28/22 | 4241 | LYNDAL VANBUSKIRK & ANB | 712,319.07 |
| McClain Farms | Mechanics Bank | 3070 | 01/03/23 | 4243 | LYNDAL VANBUSKIRK & ANB | 930,134.03 |
| McClain Farms | Mechanics Bank | 3070 | 01/09/23 | 4466 | LYNDAL & SAM VANBUSKIRK | 162,345.84 |
| McClain Farms | Mechanics Bank | 3070 | 01/09/23 | 4467 | LYNDAL VANBUSKIRK & ANB | 573,016.18 |
| McClain Farms | Mechanics Bank | 3070 | 01/20/23 | 4629 | LYNDAL VANBUSKIRK & ANB | 741,197.72 |
| McClain Farms | Mechanics Bank | 3070 | 01/23/23 | 4630 | LYNDAL VANBUSKIRK & ANB | 712,470.25 |
| McClain Farms | Mechanics Bank | 3070 | 01/26/23 | 4634 | LYNDAL VANBUSKIRK & ANB | 937,716.96 |
| **Subtotal** | | | | | | **40,993,305.95** |
| McClain Farms | Mechanics Bank | 3070 | 01/30/23 | 4636 | LYNDAL VANBUSKIRK & ANB | 735,467.56 |
| McClain Farms | Mechanics Bank | 3070 | 02/08/23 | 4858 | LYNDAL VANBUSKIRK & ANB | 735,945.07 |
| McClain Farms | Mechanics Bank | 3070 | 02/09/23 | 4859 | LYNDAL VANBUSKIRK & ANB | 706,624.34 |
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 4861 | LYNDAL VANBUSKIRK & ANB | 930,892.95 |
| McClain Farms | Mechanics Bank | 3070 | 02/15/23 | 4863 | LYNDAL VANBUSKIRK | 162,315.41 |
| McClain Farms | Mechanics Bank | 3070 | 02/16/23 | 4864 | LYNDAL VANBUSKIRK & ANB | 571,001.59 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/24/23 | 6606 | LYNDAL VANBUSKIRK | 378,040.34 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/01/23 | 6545 | LYNDAL VANBUSKIRK & ANB | 517,557.58 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/03/23 | 6542 | LYNDAL VANBUSKIRK & ANB | 1,442,084.13 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6540 | LYNDAL VANBUSKIRK & ANB | 1,112,668.21 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/10/23 | 6748 | LYNDAL VANBUSKIRK & ANB | 578,765.39 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/20/23 | 6745 | LYNDAL VANBUSKIRK & ANB | 892,671.87 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/22/23 | 6744 | LYNDAL VANBUSKIRK & ANB | 551,529.32 |

LYNDAL VANBUSKIRK

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/23/23 | 6743 | LYNDAL VANBUSKIRK & ANB | 715,737.01 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7343 | LYNDAL VANBUSKIRK & ANB | 953,993.33 |
| McClain Farms | Mechanics Bank | 3070 | 03/31/23 | 7344 | LYNDAL VANBUSKIRK | 101,807.63 |
| **Subtotal** | | | | | | **11,087,101.73** |
| **Total** | | | | | | **52,080,407.68** |