JANET VANBUSKIRK

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/20/20 | 26670 | VANBUSKIRK CATTLE | 77,083.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/26/20 | 27040 | VANBUSKIRK CATTLE | 25,920.18 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/08/21 | 28304 | JANET VANBUSKIRK | 169,309.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/21 | 29028 | JANET VANBUSKIRK | 170,416.24 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/01/21 | 29751 | JANET VANBUSKIRK | 169,403.11 |
| McClain Farms | Mechanics Bank | 3070 | 01/14/22 | 1706 | JANET VANBUSKIRK | 170,537.43 |
| McClain Farms | Mechanics Bank | 3070 | 03/07/22 | 2043 | JANET VANBUSKIRK | 164,249.17 |
| McClain Farms | Mechanics Bank | 3070 | 05/31/22 | 2403 | JANET VANBUSKIRK | 170,928.44 |
| McClain Farms | Mechanics Bank | 3070 | 07/18/22 | 2692 | VANBUSKIRK CATTLE | 88,103.09 |
| McClain Farms | Mechanics Bank | 3070 | 07/26/22 | 2892 | JANET VANBUSKIRK | 167,837.04 |
| McClain Farms | Mechanics Bank | 3070 | 10/19/22 | 3702 | JANET VANBUSKIRK | 171,494.45 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/10/23 | 6539 | JANET VANBUSKIRK | 166,583.78 |
| **Total** | | | | | | **1,711,865.58** |