SUSAN VANBUSKIRK

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/20/20 | 26670 | VANBUSKIRK CATTLE | 77,083.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/26/20 | 27040 | VANBUSKIRK CATTLE | 25,920.18 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/20/21 | 28136 | COLBY & SUSAN VANBUSKIRK & ANB | 165,297.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/18/21 | 28308 | LYNDAL COLBY SUSAN VANBUSKIRK & ANB | 991,758.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/21/21 | 28683 | LYNDAL COLBY SUSAN VANBUSKIRK & ANB | 670,918.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/03/21 | 29029 | LYNDAL COLBY SUSAN VANBUSKIRK & ANB | 785,723.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/20/21 | 29703 | COLBY & SUSAN VANBUSKIRK & ANB | 467,615.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/27/21 | 29750 | COLBY & SUSAN VANBUSKIRK & ANB | 162,524.37 |
| McClain Farms | Mechanics Bank | 3070 | 01/04/22 | 1598 | COLBY & SUSAN VANBUSKIRK & ANB | 633,514.74 |
| McClain Farms | Mechanics Bank | 3070 | 02/25/22 | 2045 | COLBY & SUSAN VANBUSKIRK & ANB | 619,029.13 |
| McClain Farms | Mechanics Bank | 3070 | 06/28/22 | 2685 | COLBY & SUSAN VANBUSKIRK & ANB | 634,680.53 |
| McClain Farms | Mechanics Bank | 3070 | 07/18/22 | 2692 | VANBUSKIRK CATTLE | 88,103.09 |
| McClain Farms | Mechanics Bank | 3070 | 09/29/22 | 3443 | COLBY & SUSAN VANBUSKIRK & ANB | 634,233.69 |
| McClain Farms | Mechanics Bank | 3070 | 11/08/22 | 3708 | COLBY & SUSAN VANBUSKIRK & ANB | 611,048.46 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 11/30/22 | 6369 | COLBY & SUSAN VANBUSKIRK & ANB | 606,167.34 |
| McClain Farms | Mechanics Bank | 3070 | 12/30/22 | 4242 | COLBY & SUSAN VANBUSKIRK & ANB | 611,775.63 |
| **Subtotal** | | | | | | **7,785,393.24** |
| McClain Farms | Mechanics Bank | 3070 | 02/17/23 | 4865 | COLBY & SUSAN VANBUSKIRK & ANB | 623,622.05 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/13/23 | 6747 | COLBY & SUSAN VANBUSKIRK & ANB | 614,802.95 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7345 | COLBY & SUSAN VANBUSKIRK & ANB | 612,755.61 |
| **Subtotal** | | | | | | **1,851,180.61** |
| **Total** | | | | | | **9,636,573.85** |