SAM VANBUSKIRK

| Company | Bank | Acct . | Date | Check  # | Payee | Amount |
|---------|------|--------|------|----------|-------|--------|
| McClain Farms | Community Financial Services Bank | 3786 | 07/20/20 | 26670 | VANBUSKIRK CATTLE | 77,083.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/26/20 | 27040 | VANBUSKIRK CATTLE | 25,920.18 |
| McClain Farms | Mechanics Bank | 3070 | 07/18/22 | 2692 | VANBUSKIRK CATTLE | 88,103.09 |
| McClain Farms | Mechanics Bank | 3070 | 11/23/22 | 3976 | LYNDAL & SAM VANBUSKIRK | 163,414.89 |
| McClain Farms | Mechanics Bank | 3070 | 01/09/23 | 4466 | LYNDAL & SAM VANBUSKIRK | 162,345.84 |
| **Total** | | | | | | **516,867.13** |