CHARLES LOCKWOOD

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/30/18 | 3099 | CHARLES LOCKWOOD | 153,950.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/23/18 | 3190 | CHARLES LOCKWOOD & ANB | 148,614.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/01/18 | 21749 | CHARLES LOCKWOOD | 158,729.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/29/18 | 21928 | CHARLES LOCKWOOD & ANB | 157,480.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/14/18 | 22051 | CHARLES LOCKWOOD & ANB | 146,700.33 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/10/19 | 22418 | CHARLES LOCKWOOD & ANB | 154,275.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/19 | 22589 | CHARLES LOCKWOOD & ANB | 75,809.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/19 | 22590 | CHARLES LOCKWOOD & ANB | 85,397.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/12/19 | 22666 | CHARLES LOCKWOOD & ANB | 158,237.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/04/19 | 22805 | CHARLES LOCKWOOD & ANB | 147,945.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/24/19 | 22807 | CHARLES LOCKWOOD | 461,913.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/03/19 | 22961 | CHARLES LOCKWOOD & ANB | 325,501.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/27/19 | 23357 | CHARLES LOCKWOOD & ANB | 312,429.24 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/26/19 | 23602 | CHARLES LOCKWOOD & ANB | 167,166.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/16/19 | 24460 | CHARLES LOCKWOOD & ANB | 153,251.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/19 | 24974 | CHARLES LOCKWOOD & ANB | 341,070.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/05/19 | 24976 | CHARLES LOCKWOOD | 318,034.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/26/19 | 25216 | CHARLES LOCKWOOD & ANB | 206,521.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/24/20 | 25223 | CHARLES LOCKWOOD & ANB | 154,022.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/21/20 | 25715 | CHARLES LOCKWOOD & ANB | 125,248.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/17/20 | 25719 | CHARLES LOCKWOOD & ANB | 338,556.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/27/20 | 26381 | CHARLES LOCKWOOD & ANB | 303,394.58 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/29/20 | 26384 | CHARLES LOCKWOOD & ANB | 208,743.70 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/05/20 | 26388 | CHARLES LOCKWOOD & ANB | 279,673.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/02/20 | 26546 | CHARLES LOCKWOOD & ANB | 570,332.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/18/20 | 27043 | CHARLES LOCKWOOD & ANB | 339,055.79 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/20/20 | 27035 | CHARLES LOCKWOOD & ANB | 208,025.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/20 | 27605 | CHARLES LOCKWOOD & ANB | 186,040.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/24/20 | 27607 | CHARLES & NIKKI LOCKWOOD & ANB | 422,631.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/11/20 | 27880 | CHARLES LOCKWOOD & ANB | 255,937.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/05/21 | 27982 | CHARLES LOCKWOOD & ANB | 109,100.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/14/21 | 27986 | CHARLES LOCKWOOD & ANB | 208,017.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/19/21 | 27990 | CHARLES & NIKKI LOCKWOOD & ANB | 339,085.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/16/21 | 28307 | CHARLES LOCKWOOD & ANB | 881,889.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/26/21 | 28680 | CHARLES LOCKWOOD & ANB | 400,284.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/12/21 | 28681 | CHARLES SHERLE & COLE LOCKWOOD & ANB | 940,672.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/01/21 | 29026 | CHARLES & NIKKI LOCKWOOD & ANB | 310,042.45 |

CHARLES LOCKWOOD

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 06/21/21 | 29031 | CHARLES & NIKKI LOCKWOOD & ANB | 424,480.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/30/21 | 29279 | CHARLES LOCKWOOD & ANB | 250,972.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/26/21 | 29280 | CHARLES LOCKWOOD & ANB | 186,047.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/16/21 | 29281 | CHARLES LOCKWOOD & ANB | 711,270.74 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/19/21 | 29702 | CHARLES LOCKWOOD & ANB | 235,815.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/08/21 | 29753 | CHARLES & NIKKI LOCKWOOD & ANB | 423,883.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/17/21 | 29843 | CHARLES LOCKWOOD & ANB | 681,858.77 |
| McClain Farms | Mechanics Bank | 3070 | 11/30/21 | 1193 | CHARLES LOCKWOOD & ANB | 257,231.03 |
| McClain Farms | Mechanics Bank | 3070 | 12/23/21 | 1196 | CHARLES & NIKKI LOCKWOOD & ANB | 1,454,845.15 |
| McClain Farms | Mechanics Bank | 3070 | 01/24/22 | 1708 | CHARLES LOCKWOOD & ANB | 382,771.00 |
| McClain Farms | Mechanics Bank | 3070 | 02/16/22 | 1864 | CHARLES LOCKWOOD & ANB | 771,643.49 |
| McClain Farms | Mechanics Bank | 3070 | 03/02/22 | 2048 | CHARLES LOCKWOOD & ANB | 384,207.72 |
| McClain Farms | Mechanics Bank | 3070 | 03/04/22 | 2107 | CHARLES LOCKWOOD & ANB | 748,582.24 |
| McClain Farms | Mechanics Bank | 3070 | 03/25/22 | 2108 | CHARLES LOCKWOOD & ANB | 244,363.69 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/22 | 2110 | CHARLES LOCKWOOD & ANB | 385,607.66 |
| McClain Farms | Mechanics Bank | 3070 | 04/06/22 | 2111 | CHARLES LOCKWOOD & ANB | 580,536.88 |
| McClain Farms | Mechanics Bank | 3070 | 04/18/22 | 2113 | CHARLES LOCKWOOD & ANB | 388,705.03 |
| McClain Farms | Mechanics Bank | 3070 | 04/28/22 | 2394 | CHARLES LOCKWOOD & ANB | 178,507.12 |
| McClain Farms | Mechanics Bank | 3070 | 05/05/22 | 2397 | CHARLES LOCKWOOD & ANB | 578,101.82 |
| McClain Farms | Mechanics Bank | 3070 | 05/13/22 | 2400 | CHARLES LOCKWOOD & ANB | 387,659.15 |
| McClain Farms | Mechanics Bank | 3070 | 05/23/22 | 2553 | CHARLES LOCKWOOD & ANB | 369,709.86 |
| McClain Farms | Mechanics Bank | 3070 | 05/25/22 | 2555 | CHARLES LOCKWOOD & ANB | 756,421.32 |
| McClain Farms | Mechanics Bank | 3070 | 06/09/22 | 2559 | CHARLES LOCKWOOD & ANB | 739,588.16 |
| McClain Farms | Mechanics Bank | 3070 | 06/27/22 | 2683 | CHARLES LOCKWOOD & ANB | 759,233.36 |
| McClain Farms | Mechanics Bank | 3070 | 07/08/22 | 2690 | CHARLES LOCKWOOD & ANB | 740,764.16 |
| McClain Farms | Mechanics Bank | 3070 | 07/25/22 | 2891 | CHARLES LOCKWOOD & ANB | 581,932.27 |
| McClain Farms | Mechanics Bank | 3070 | 08/26/22 | 2896 | CHARLES LOCKWOOD & ANB | 389,628.49 |
| McClain Farms | Mechanics Bank | 3070 | 08/29/22 | 2897 | CHARLES LOCKWOOD & ANB | 358,707.40 |
| McClain Farms | Mechanics Bank | 3070 | 08/30/22 | 2898 | CHARLES LOCKWOOD & ANB | 456,094.04 |
| McClain Farms | Mechanics Bank | 3070 | 08/31/22 | 2899 | CHARLES LOCKWOOD & ANB | 306,490.27 |
| McClain Farms | Mechanics Bank | 3070 | 09/09/22 | 2900 | CHARLES LOCKWOOD & ANB | 726,777.02 |
| McClain Farms | Mechanics Bank | 3070 | 09/12/22 | 3303 | CHARLES LOCKWOOD & ANB | 746,082.24 |
| McClain Farms | Mechanics Bank | 3070 | 09/14/22 | 3305 | CHARLES LOCKWOOD & ANB | 349,537.54 |
| McClain Farms | Mechanics Bank | 3070 | 09/30/22 | 3444 | CHARLES LOCKWOOD & ANB | 726,440.41 |
| McClain Farms | Mechanics Bank | 3070 | 10/05/22 | 3445 | CHARLES LOCKWOOD & ANB | 761,174.41 |
| McClain Farms | Mechanics Bank | 3070 | 10/07/22 | 3448 | CHARLES LOCKWOOD & ANB | 521,711.63 |
| McClain Farms | Mechanics Bank | 3070 | 10/27/22 | 3701 | CHARLES LOCKWOOD & ANB | 403,785.91 |

CHARLES LOCKWOOD

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 10/28/22 | 3705 | CHARLES LOCKWOOD & ANB | 354,838.72 |
| McClain Farms | Mechanics Bank | 3070 | 11/10/22 | 3709 | CHARLES LOCKWOOD & ANB | 176,832.36 |
| McClain Farms | Mechanics Bank | 3070 | 11/15/22 | 3710 | CHARLES LOCKWOOD & ANB | 972,233.51 |
| McClain Farms | Mechanics Bank | 3070 | 11/21/22 | 3973 | CHARLES LOCKWOOD & ANB | 1,481,861.91 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/07/22 | 6372 | CHARLES LOCKWOOD & ANB | 1,049,276.33 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/09/22 | 6373 | CHARLES LOCKWOOD & ANB | 450,154.36 |
| McClain Farms | Mechanics Bank | 3070 | 01/03/23 | 4464 | CHARLES LOCKWOOD & ANB | 1,047,795.54 |
| McClain Farms | Mechanics Bank | 3070 | 01/06/23 | 4465 | CHARLES LOCKWOOD & ANB | 452,661.18 |
| McClain Farms | Mechanics Bank | 3070 | 01/17/23 | 4471 | CHARLES LOCKWOOD & ANB | 1,047,517.57 |
| McClain Farms | Mechanics Bank | 3070 | 01/23/23 | 4632 | CHARLES LOCKWOOD & ANB | 449,686.37 |
| McClain Farms | Mechanics Bank | 3070 | 01/25/23 | 4633 | CHARLES LOCKWOOD & ANB | 656,256.37 |
| McClain Farms | Mechanics Bank | 3070 | 01/27/23 | 4635 | CHARLES LOCKWOOD & ANB | 383,095.37 |
| **Subtotal** | | | | | | **38,127,165.73** |
| McClain Farms | Mechanics Bank | 3070 | 02/07/23 | 4857 | CHARLES LOCKWOOD & ANB | 450,683.12 |
| McClain Farms | Mechanics Bank | 3070 | 02/09/23 | 4860 | CHARLES LOCKWOOD & ANB | 657,771.13 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/22/23 | 6551 | CHARLES LOCKWOOD & ANB | 660,219.28 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/23/23 | 6549 | CHARLES LOCKWOOD & ANB | 175,801.63 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6548 | CHARLES LOCKWOOD & ANB | 658,174.27 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/01/23 | 6544 | CHARLES LOCKWOOD & ANB | 517,557.58 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/02/23 | 6543 | CHARLES LOCKWOOD & ANB | 830,793.02 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/03/23 | 6541 | CHARLES LOCKWOOD & ANB | 656,143.74 |
| McClain Farms | Mechanics Bank | 3070 | 03/23/23 | 7341 | CHARLES LOCKWOOD & ANB | 660,579.55 |
| McClain Farms | Mechanics Bank | 3070 | 03/24/23 | 7342 | CHARLES LOCKWOOD & ANB | 838,331.43 |
| **Subtotal** | | | | | | **6,106,054.75** |
| **Total** | | | | | | **44,233,220.48** |