NIKKI LOCKWOOD

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/20 | 27603 | NIKKI LOCKWOOD & ANB | 153,000.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/24/20 | 27607 | CHARLES & NIKKI LOCKWOOD & ANB | 422,631.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/14/21 | 27983 | NIKKI LOCKWOOD & ANB | 73,607.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/19/21 | 27990 | CHARLES & NIKKI LOCKWOOD & ANB | 339,085.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/01/21 | 29026 | CHARLES & NIKKI LOCKWOOD & ANB | 310,042.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/21/21 | 29031 | CHARLES & NIKKI LOCKWOOD & ANB | 424,480.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/18/21 | 29700 | NIKKI LOCKWOOD & ANB | 226,835.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/08/21 | 29753 | CHARLES & NIKKI LOCKWOOD & ANB | 423,883.80 |
| McClain Farms | Mechanics Bank | 3070 | 12/23/21 | 1196 | CHARLES & NIKKI LOCKWOOD & ANB | 1,454,845.15 |
| McClain Farms | Mechanics Bank | 3070 | 02/22/22 | 1867 | NIKKI LOCKWOOD & ANB | 310,445.68 |
| McClain Farms | Mechanics Bank | 3070 | 04/27/22 | 2114 | NIKKI LOCKWOOD & ANB | 310,163.33 |
| McClain Farms | Mechanics Bank | 3070 | 05/12/22 | 2399 | NIKKI LOCKWOOD & ANB | 94,708.23 |
| McClain Farms | Mechanics Bank | 3070 | 06/07/22 | 2557 | NIKKI LOCKWOOD & ANB | 303,968.46 |
| McClain Farms | Mechanics Bank | 3070 | 09/19/22 | 3307 | NIKKI LOCKWOOD & ANB | 416,116.70 |
| McClain Farms | Mechanics Bank | 3070 | 11/17/22 | 3971 | NIKKI LOCKWOOD & ANB | 407,948.29 |
| McClain Farms | Mechanics Bank | 3070 | 12/13/22 | 4234 | NIKKI LOCKWOOD & ANB | 396,489.82 |
| McClain Farms | Mechanics Bank | 3070 | 01/12/23 | 4469 | NIKKI LOCKWOOD & ANB | 398,850.85 |
| **Subtotal** | | | | | | **6,467,104.57** |
| McClain Farms | Mechanics Bank | 3070 | 01/30/23 | 4638 | NIKKI LOCKWOOD & ANB | 394,249.42 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/24/23 | 6550 | NIKKI LOCKWOOD & ANB | 397,815.47 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/09/23 | 6750 | NIKKI LOCKWOOD & ANB | 393,852.35 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7346 | NIKKI LOCKWOOD & ANB | 397,418.51 |
| **Subtotal** | | | | | | **1,583,335.75** |
| **Total** | | | | | | **8,050,440.32** |