COLE LOCKWOOD

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/30/18 | 3100 | COLE LOCKWOOD | 77,245.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/23/18 | 3191 | COLE LOCKWOOD & ANB | 73,272.70 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/01/18 | 21748 | COLE LOCKWOOD | 76,669.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/29/18 | 21929 | COLE LOCKWOOD & ANB | 79,036.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/14/18 | 22050 | COLE LOCKWOOD & ANB | 72,291.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/10/19 | 22419 | COLE LOCKWOOD & ANB | 76,371.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/19 | 22591 | COLE LOCKWOOD & ANB | 77,010.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/12/19 | 22665 | COLE LOCKWOOD & ANB | 79,150.79 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/04/19 | 22804 | COLE LOCKWOOD & ANB | 74,376.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/03/19 | 23162 | COLE LOCKWOOD & ANB | 152,975.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/28/19 | 23360 | COLE LOCKWOOD & ANB | 77,570.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/26/19 | 23601 | COLE LOCKWOOD & ANB | 151,123.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/16/19 | 24463 | COLE LOCKWOOD & ANB | 151,931.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/19 | 24970 | COLE LOCKWOOD & ANB | 148,256.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/27/19 | 25214 | COLE LOCKWOOD & ANB | 304,853.77 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/24/20 | 25222 | COLE LOCKWOOD & ANB | 153,817.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/17/20 | 25717 | COLE LOCKWOOD & ANB | 147,417.68 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/29/20 | 26385 | COLE LOCKWOOD & ANB | 305,981.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/18/20 | 27041 | COLE LOCKWOOD & ANB | 147,637.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/15/20 | 27034 | COLE LOCKWOOD & ANB | 306,518.70 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/20 | 27604 | COLE LOCKWOOD & ANB | 153,405.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/25/20 | 27606 | COLE LOCKWOOD & ANB | 148,074.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/17/20 | 27981 | COLE LOCKWOOD & ANB | 41,940.90 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/14/21 | 27984 | COLE LOCKWOOD & ANB | 305,824.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/19/21 | 27988 | COLE LOCKWOOD & ANB | 153,436.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/12/21 | 28681 | CHARLES SHERLE & COLE LOCKWOOD & ANB | 940,672.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/01/21 | 29027 | SHERLE & COLE LOCKWOOD & ANB | 307,921.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/17/21 | 29698 | COLE LOCKWOOD & ANB | 308,404.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/13/21 | 29754 | COLE LOCKWOOD & ANB | 147,134.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/23/21 | 29845 | COLE LOCKWOOD & ANB | 444,883.95 |
| McClain Farms | Mechanics Bank | 3070 | 12/31/21 | 1595 | COLE LOCKWOOD & ANB | 612,282.86 |
| McClain Farms | Mechanics Bank | 3070 | 03/02/22 | 2047 | COLE LOCKWOOD & ANB | 599,140.45 |
| McClain Farms | Mechanics Bank | 3070 | 05/04/22 | 2396 | COLE LOCKWOOD & ANB | 601,778.56 |
| McClain Farms | Mechanics Bank | 3070 | 06/07/22 | 2558 | COLE LOCKWOOD & ANB | 589,633.74 |
| McClain Farms | Mechanics Bank | 3070 | 07/05/22 | 2687 | COLE LOCKWOOD & ANB | 586,055.23 |
| McClain Farms | Mechanics Bank | 3070 | 09/21/22 | 3310 | COLE LOCKWOOD & ANB | 615,880.43 |

COLE LOCKWOOD

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 10/06/22 | 3446 | COLE LOCKWOOD & ANB | 587,550.19 |
| McClain Farms | Mechanics Bank | 3070 | 11/17/22 | 3970 | COLE LOCKWOOD & ANB | 599,422.34 |
| McClain Farms | Mechanics Bank | 3070 | 12/13/22 | 4235 | COLE LOCKWOOD & ANB | 587,478.93 |
| McClain Farms | Mechanics Bank | 3070 | 12/16/22 | 4237 | COLE LOCKWOOD & ANB | 97,149.60 |
| McClain Farms | Mechanics Bank | 3070 | 01/17/23 | 4470 | COLE LOCKWOOD & ANB | 592,122.17 |
| **Subtotal** | | | | | | **11,753,703.61** |
| McClain Farms | Mechanics Bank | 3070 | 01/30/23 | 4637 | COLE LOCKWOOD & ANB | 583,704.72 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/28/23 | 6547 | COLE LOCKWOOD & ANB | 590,174.62 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/09/23 | 6749 | COLE LOCKWOOD & ANB | 583,117.51 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7348 | COLE LOCKWOOD & ANB | 587,920.59 |
| **Subtotal** | | | | | | **2,344,917.44** |
| **Total** | | | | | | **14,098,621.05** |