SHERLE LOCKWOOD

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/19 | 22592 | SHERLE LOCKWOOD & ANB | 90,415.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/12/19 | 22664 | SHERLE LOCKWOOD & ANB | 87,444.71 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/04/19 | 22709 | SHERLE LOCKWOOD & ANB | 83,282.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/24/19 | 22960 | SHERLE LOCKWOOD | 76,141.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/03/19 | 23161 | SHERLE LOCKWOOD & ANB | 77,394.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/28/19 | 23599 | SHERLE LOCKWOOD & ANB | 172,811.25 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/26/19 | 23600 | SHERLE LOCKWOOD & ANB | 83,275.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/05/19 | 24065 | SHERLE LOCKWOOD & ANB | 81,776.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/15/19 | 24067 | SHERLE LOCKWOOD & ANB | 78,938.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/19 | 24971 | SHERLE LOCKWOOD & ANB | 326,784.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/27/19 | 25215 | SHERLE LOCKWOOD & ANB | 325,024.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/24/20 | 25221 | SHERLE LOCKWOOD & ANB | 156,561.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/17/20 | 25718 | SHERLE LOCKWOOD & ANB | 318,634.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/02/20 | 26386 | SHERLE LOCKWOOD & ANB | 325,853.42 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/18/20 | 27042 | SHERLE LOCKWOOD & ANB | 319,048.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/15/20 | 27033 | SHERLE LOCKWOOD & ANB | 327,000.74 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/20 | 27602 | SHERLE LOCKWOOD & ANB | 156,436.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/25/20 | 27874 | SHERLE LOCKWOOD & ANB | 320,266.68 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/14/21 | 27985 | SHERLE LOCKWOOD & ANB | 326,770.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/19/21 | 27989 | SHERLE LOCKWOOD & ANB | 154,007.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/12/21 | 28681 | CHARLES SHERLE & COLE LOCKWOOD & ANB | 940,672.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/01/21 | 29027 | SHERLE & COLE LOCKWOOD & ANB | 307,921.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/22/21 | 29277 | SHERLE LOCKWOOD & ANB | 468,489.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/18/21 | 29699 | SHERLE LOCKWOOD & ANB | 482,219.77 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/13/21 | 29755 | SHERLE LOCKWOOD & ANB | 319,926.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/21/21 | 29844 | SHERLE LOCKWOOD & ANB | 465,841.17 |
| McClain Farms | Mechanics Bank | 3070 | 12/20/21 | 1194 | SHERLE LOCKWOOD & ANB | 142,793.31 |
| McClain Farms | Mechanics Bank | 3070 | 01/04/22 | 1597 | SHERLE LOCKWOOD & ANB | 807,842.39 |
| McClain Farms | Mechanics Bank | 3070 | 02/25/22 | 2046 | SHERLE LOCKWOOD & ANB | 798,833.73 |
| McClain Farms | Mechanics Bank | 3070 | 05/03/22 | 2395 | SHERLE LOCKWOOD & ANB | 788,765.06 |
| McClain Farms | Mechanics Bank | 3070 | 06/07/22 | 2556 | SHERLE LOCKWOOD & ANB | 779,485.00 |
| McClain Farms | Mechanics Bank | 3070 | 07/01/22 | 2686 | SHERLE LOCKWOOD & ANB | 773,185.30 |
| McClain Farms | Mechanics Bank | 3070 | 09/21/22 | 3309 | SHERLE LOCKWOOD & ANB | 814,256.85 |
| McClain Farms | Mechanics Bank | 3070 | 10/06/22 | 3447 | SHERLE LOCKWOOD & ANB | 202,643.89 |
| McClain Farms | Mechanics Bank | 3070 | 11/17/22 | 3711 | SHERLE LOCKWOOD & ANB | 787,602.66 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/12/22 | 6374 | SHERLE LOCKWOOD & ANB | 776,748.67 |
| McClain Farms | Mechanics Bank | 3070 | 01/10/23 | 4468 | SHERLE LOCKWOOD & ANB | 782,157.90 |
| McClain Farms | Mechanics Bank | 3070 | 01/23/23 | 4631 | SHERLE LOCKWOOD & ANB | 774,579.20 |
| **Subtotal** | | | | | | **15,101,833.60** |

SHERLE LOCKWOOD

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 4862 | SHERLE LOCKWOOD & ANB | 777,630.78 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/28/23 | 6546 | SHERLE LOCKWOOD & ANB | 775,292.56 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 7347 | SHERLE LOCKWOOD & ANB | 786,941.36 |
| **Subtotal** | | | | | | **2,339,864.70** |
| | | | | | | |
| **Total** | | | | | | **17,441,698.30** |