PRIEST VICTORY INVESTMENTS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/02/18 | 2479 | PRIEST VICTORY INVESTMENTS LLC | 26,700.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/14/18 | 20829 | PRIEST VICTORY INVESTMENTS LLC | 105,142.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/10/18 | 2797 | PRIEST VICTORY INVESTMENTS LLC | 139,156.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/10/18 | 2798 | PRIEST VICTORY INVESTMENTS LLC | 165,932.71 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/07/18 | 22233 | PRIEST VICTORY INVESTMENTS LLC | 103,247.27 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/24/18 | 22307 | PRIEST VICTORY INVESTMENTS LLC | 375,217.85 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/19/19 | 22939 | PRIEST VICTORY INVESTMENTS | 128,920.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/19 | 23401 | PRIEST VICTORY INVESTMENT | 297,251.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/19 | 23822 | PRIEST VICTORY INVESTMENT | 71,190.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/19 | 23946 | PRIEST VICTORY INVESTMENT | 104,323.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/19/19 | 24829 | PRIEST VICTORY INVESTMENT | 52,137.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/19/19 | 24828 | PRIEST VICTORY INVESTMENT | 198,148.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/19/19 | 24827 | PRIEST VICTORY INVESTMENT | 222,116.74 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/14/20 | 25410 | PRIEST VICTORY INVESTMENT | 188,130.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/13/20 | 25624 | PRIEST VICTORY INVESTMENT | 32,033.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/30/20 | 26012 | PRIEST VICTORY INVESTMENT | 532,932.27 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/19/20 | 25841 | PRIEST VICTORY INVESTMENT | 185,698.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/02/20 | 26300 | PRIEST VICTORY INVESTMENT | 34,414.47 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/07/20 | 26302 | PRIEST VICTORY INVESTMENT | 16,362.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/11/20 | 26957 | PRIEST VICTORY INVESTMENT | 592,479.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/29/20 | 27216 | PRIEST VICTORY INVESTMENTS | 242,130.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/11/20 | 27655 | PRIEST VICTORY INVESTMENTS | 123,947.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/24/20 | 27656 | PRIEST VICTORY INVESTMENT | 377,536.25 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/01/21 | 26712 | PRIEST VICTORY INVESTMENT | 170,614.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/08/21 | 26715 | PRIEST VICTORY INVESTMENTS | 236,865.27 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/13/21 | 26716 | PRIEST VICTORY INVESTMENT | 98,258.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/16/21 | 28811 | PRIEST VICTORY INVESTMENT | 12,391.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/10/21 | 28955 | PRIEST VICTORY INVESTMENT | 379,677.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/11/21 | 29165 | PRIEST VICTORY INVESTMENT | 440,997.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/10/21 | 29167 | PRIEST VICTORY INVESTMENTS | 97,978.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/20/21 | 29170 | PRIEST VICTORY INVESTMENTS | 374,542.66 |
| McClain Farms | Mechanics Bank | 3070 | 10/19/21 | 1008 | PRIEST VICTORY INVESTMENT | 541,753.94 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/10/21 | 4130 | PRIEST VICTORY INVESTMENTS | 98,496.79 |

PRIEST VICTORY INVESTMENTS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 01/11/22 | 1641 | PRIEST VICTORY INVESTMENT | 375,492.99 |
| McClain Farms | Mechanics Bank | 3070 | 02/07/22 | 1643 | PRIEST VICTORY INVESTMENT | 610,304.99 |
| McClain Farms | Mechanics Bank | 3070 | 03/18/22 | 1647 | PRIEST VICTORY INVESTMENT | 98,505.28 |
| McClain Farms | Mechanics Bank | 3070 | 04/20/22 | 2191 | PRIEST VICTORY INVESTMENT | 374,577.29 |
| McClain Farms | Mechanics Bank | 3070 | 06/07/22 | 2194 | PRIEST VICTORY INVESTMENT | 953,130.18 |
| McClain Farms | Mechanics Bank | 3070 | 06/30/22 | 2720 | PRIEST VICTORY INVESTMENT | 125,647.25 |
| McClain Farms | Mechanics Bank | 3070 | 07/28/22 | 2948 | PRIEST VICTORY INVESTMENT | 90,222.26 |
| McClain Farms | Mechanics Bank | 3070 | 08/05/22 | 3090 | PRIEST VICTORY INVESTMENT | 419,508.00 |
| McClain Farms | Mechanics Bank | 3070 | 09/14/22 | 3096 | PREIST VORTAZ INVESTMENT | 444,775.00 |
| McClain Farms | Mechanics Bank | 3070 | 10/12/22 | 3097 | PRIEST VICTORY INVESTMENT | 323,819.38 |
| McClain Farms | Mechanics Bank | 3070 | 11/07/22 | 3551 | PRIEST VICTORY INVESTMENT | 576,763.94 |
| McClain Farms | Mechanics Bank | 3070 | 12/06/22 | 3095 | PRIEST VICTORY INVESTMENT | 161,217.54 |
| McClain Farms | Mechanics Bank | 3070 | 12/22/22 | 3092 | PRIEST VICTORY INVESTMENT | 286,054.92 |
| McClain Farms | Mechanics Bank | 3070 | 02/09/23 | 4891 | PRIEST VICTORY INVESTMENT | 262,821.04 |
| **Subtotal** | | | | | | **11,869,566.10** |
| | | | | | | |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/08/23 | 6514 | PRIEST VICTORY INVENTMENTS | 593,820.85 |
| **Subtotal** | | | | | | **593,820.85** |
| | | | | | | |
| **Total** | | | | | | **12,463,386.95** |