PRIEST CATTLE CO

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/02/18 | 2478 | CORY PRIEST | 142,191.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/26/18 | 20751 | CORY PRIEST | 433,394.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/14/18 | 20830 | CORY PRIEST | 89,058.27 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/27/18 | 2639 | CORY PRIEST | 308,358.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/12/18 | 20905 | CORY PRIEST | 157,141.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/27/18 | 2729 | CORY PRIEST | 151,852.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/06/18 | 2799 | CORY PRIEST | 147,899.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/17/18 | 3177 | CORY PRIEST | 63,753.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/14/18 | 22072 | PRIEST CATTLE LTD | 181,713.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/26/18 | 22308 | PRIEST CATTLE CO | 159,127.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/31/18 | 22361 | CORY PRIEST | 264,419.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/18/19 | 22509 | PRIEST CATTLE | 204,502.87 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/19 | 22594 | CORY PRIEST | 60,177.89 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/19/19 | 22911 | PRIEST CATTLE | 6,027.11 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/19/19 | 22912 | PRIEST CATTLE | 49,830.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/19/19 | 22914 | PRIEST CATTLE | 145,484.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/19/19 | 22913 | PRIEST CATTLE | 211,030.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/22/19 | 22940 | PRIEST CATTLE | 129,980.02 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/15/19 | 23945 | PRIEST CATTLE | 106,799.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/15/19 | 24741 | PRIEST CATTLE | 48,349.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/15/19 | 24743 | PRIEST CATTLE | 72,466.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/15/19 | 24742 | PRIEST CATTLE | 191,239.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/15/19 | 24740 | PRIEST CATTLE | 191,487.04 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/15/19 | 24739 | PRIEST CATTLE | 195,144.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/21/20 | 25433 | PRIEST CATTLE | 85,105.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/21/20 | 25434 | PRIEST CATTLE | 93,722.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/21/20 | 25435 | PRIEST CATTLE | 106,338.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/20 | 25489 | PRIEST CATTLE | 262,417.46 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/06/20 | 25546 | PRIEST CATTLE | 90,303.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/06/20 | 25547 | PRIEST CATTLE | 96,363.93 |

PRIEST CATTLE CO

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/13/20 | 25627 | PRIEST CATTLE | 54,824.74 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/13/20 | 25626 | PRIEST CATTLE | 57,132.28 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/13/20 | 25628 | PRIEST CATTLE | 95,175.46 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/13/20 | 25629 | PRIEST CATTLE | 98,738.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/13/20 | 25625 | PRIEST CATTLE | 188,478.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/10/20 | 25839 | PRIEST CATTLE | 101,008.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/17/20 | 25840 | PRIEST CATTLE | 1,090,280.75 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/01/20 | 26011 | PRIEST CATTLE | 183,064.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/19/20 | 25842 | PRIEST CATTLE | 252,386.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/02/20 | 26299 | PRIEST CATTLE | 568,977.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/08/20 | 26303 | PRIEST CATTLE | 785,751.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/11/20 | 26958 | PRIEST CATTLE | 735,348.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/14/20 | 27214 | PRIEST CATTLE | 368,193.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/29/20 | 27215 | PRIEST CATTLE | 402,370.70 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/11/20 | 27654 | PRIEST CATTLE | 830,196.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/24/20 | 27657 | PRIEST CATTLE | 857,624.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/27/21 | 26710 | PRIEST CATTLE | 335,026.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/01/21 | 26711 | PRIEST CATTLE | 756,019.47 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/03/21 | 26714 | PRIEST CATTLE | 850,067.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/13/21 | 26717 | PRIEST CATTLE | 822,262.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/16/21 | 28813 | PRIEST CATTLE | 54,874.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/04/21 | 28814 | PRIEST CATTLE | 171,987.94 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/10/21 | 28815 | PRIEST CATTLE | 1,109,283.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/14/21 | 28956 | PRIEST CATTLE | 2,000,308.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/12/21 | 28957 | PRIEST CATTLE | 266,843.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/10/21 | 29166 | PRIEST CATTLE | 801,147.88 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/24/21 | 29168 | PRIEST CATTLE | 962,463.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/16/21 | 29169 | PRIEST CATTLE | 1,117,662.00 |
| McClain Farms | Mechanics Bank | 3070 | 09/30/21 | 1002 | PRIEST CATTLE CO LTD | 706,113.64 |
| McClain Farms | Mechanics Bank | 3070 | 10/20/21 | 1003 | PRIEST CATTLE CO LTD | 926,391.42 |

PRIEST CATTLE CO

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 12/10/21 | 4126 | PRIEST CATTLE COMPANY | 804,390.07 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/21/21 | 4128 | PRIEST CATTLE COMPANY | 529,840.04 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/04/22 | 4129 | PRIEST CATTLE COMPANY | 40,816.28 |
| McClain Farms | Mechanics Bank | 3070 | 01/13/22 | 1640 | PRIEST CATTLE COMPANY | 1,049,316.95 |
| McClain Farms | Mechanics Bank | 3070 | 02/01/22 | 1642 | PRIEST CATTLE COMPANY | 1,054,306.80 |
| McClain Farms | Mechanics Bank | 3070 | 02/08/22 | 1645 | PRIEST CATTLE COMPANY | 27,987.80 |
| McClain Farms | Mechanics Bank | 3070 | 02/08/22 | 1644 | PRIEST CATTLE COMPANY | 788,227.10 |
| McClain Farms | Mechanics Bank | 3070 | 03/22/22 | 1646 | PRIEST CATTLE COMPANY | 755,704.64 |
| McClain Farms | Mechanics Bank | 3070 | 04/05/22 | 2189 | PRIEST CATTLE COMPANY | 766,308.41 |
| McClain Farms | Mechanics Bank | 3070 | 04/22/22 | 2190 | PRIEST CATTLE COMPANY | 1,036,267.33 |
| McClain Farms | Mechanics Bank | 3070 | 05/16/22 | 2192 | PRIEST CATTLE COMPANY | 34,980.32 |
| McClain Farms | Mechanics Bank | 3070 | 06/01/22 | 2193 | PRIEST CATTLE COMPANY | 57,857.78 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 06/06/22 | WIRE | NATIONAL FINANCIAL SERVICES FURTHER CREDIT PRIEST CATTLE LTD LOAN 9340 | 1,697,450.01 |
| McClain Farms | Mechanics Bank | 3070 | 06/30/22 | 2719 | PRIEST CATTLE COMPANY | 287,168.83 |
| McClain Farms | Mechanics Bank | 3070 | 07/12/22 | 2721 | PRIEST CATTLE COMPANY | 360,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 07/20/22 | 2946 | PRIEST CATTLE COMPANY | 46,226.41 |
| McClain Farms | Mechanics Bank | 3070 | 07/20/22 | 2945 | PRIEST CATTLE COMPANY | 505,499.09 |
| McClain Farms | Mechanics Bank | 3070 | 08/02/22 | 2947 | PRIEST CATTLE COMPANY | 535,912.85 |
| McClain Farms | Mechanics Bank | 3070 | 08/08/22 | 3091 | PRIEST CATTLE COMPANY | 146,551.91 |
| McClain Farms | Mechanics Bank | 3070 | 08/08/22 | 3089 | PRIEST CATTLE COMPANY | 790,681.00 |
| McClain Farms | Mechanics Bank | 3070 | 09/16/22 | 3098 | PRIEST CATTLE COMPANY | 571,520.00 |
| McClain Farms | Mechanics Bank | 3070 | 10/14/22 | 3550 | PRIEST CATTLE COMPANY | 764,936.52 |
| McClain Farms | Mechanics Bank | 3070 | 11/08/22 | 3552 | PRIEST CATTLE COMPANY | 533,049.00 |
| McClain Farms | Mechanics Bank | 3070 | 12/08/22 | 3094 | PRIEST CATTLE COMPANY | 546,241.11 |
| McClain Farms | Mechanics Bank | 3070 | 12/09/22 | 3553 | PRIEST CATTLE COMPANY | 105,517.66 |
| McClain Farms | Mechanics Bank | 3070 | 12/28/22 | 3093 | PRIEST CATTLE COMPANY | 638,880.14 |
| **Subtotal** | | | | | | **36,471,327.34** |

PRIEST CATTLE CO

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 4892 | PRIEST CATTLE COMPANY | 166,250.52 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/10/23 | 6513 | PRIEST CATTLE COMPANY | 129,528.38 |
| McClain Farms | Mechanics Bank | 3070 | 03/17/23 | 4890 | PRIEST CATTLE COMPANY | 280,770.00 |
| **Subtotal** | | | | | | **576,548.90** |
| | | | | | | |
| **Total** | | | | | | **37,047,876.24** |