CORY PRIEST

| Company | Bank | Acct. | Type | Date | Check # | PAYEE | Amount |
|---|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | DEBIT | 01/02/18 | 2478 | CORY PRIEST | 142,191.97 |
| McClain Farms | Community Financial Services Bank | 3786 | DEBIT | 01/26/18 | 20751 | CORY PRIEST | 433,394.93 |
| McClain Farms | Community Financial Services Bank | 3786 | DEBIT | 02/14/18 | 20830 | CORY PRIEST | 89,058.27 |
| McClain Farms | Community Financial Services Bank | 3786 | DEBIT | 02/27/18 | 2639 | CORY PRIEST | 308,358.49 |
| McClain Farms | Community Financial Services Bank | 3786 | DEBIT | 03/12/18 | 20905 | CORY PRIEST | 157,141.96 |
| McClain Farms | Community Financial Services Bank | 3786 | DEBIT | 03/27/18 | 2729 | CORY PRIEST | 151,852.29 |
| McClain Farms | Community Financial Services Bank | 3786 | DEBIT | 04/06/18 | 2799 | CORY PRIEST | 147,899.14 |
| McClain Farms | Community Financial Services Bank | 3786 | DEBIT | 08/17/18 | 3177 | CORY PRIEST | 63,753.51 |
| McClain Farms | Community Financial Services Bank | 3786 | DEBIT | 12/31/18 | 22361 | CORY PRIEST | 264,419.93 |
| McClain Farms | Community Financial Services Bank | 3786 | DEBIT | 01/30/19 | 22594 | CORY PRIEST | 60,177.89 |
| **Total** | | | | | | | **1,818,248.38** |