TYLER PITTMAN

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/18 | 2562 | TYLER PITTMAN | 61,686.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/04/18 | 2811 | TYLER PITTMAN | 434,672.65 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/25/18 | 2961 | TYLER PITTMAN | 66,491.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/17/18 | 21369 | TYLER PITTMAN | 426,090.02 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/25/18 | 21757 | TYLER PITTMAN | 66,919.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/25/19 | 22600 | TYLER PITTMAN | 71,665.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/12/19 | 22908 | TYLER PITTMAN | 437,461.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/13/19 | 23497 | TYLER PITTMAN | 76,653.75 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/02/19 | 23627 | TYLER PITTMAN | 426,383.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/31/19 | 24666 | TYLER PITTMAN | 78,726.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/31/19 | 24667 | TYLER PITTMAN | 430,705.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/23/20 | 25483 | TYLER PITTMAN | 82,864.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/23/20 | 25484 | TYLER PITTMAN | 323,558.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/29/20 | 26413 | TYLER PITTMAN | 34,952.68 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/29/20 | 26411 | TYLER PITTMAN | 88,863.04 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/29/20 | 26412 | TYLER PITTMAN | 325,195.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/05/20 | 27451 | TYLER PITTMAN & JUSTIN PUCKETT | 69,617.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/05/20 | 27450 | TYLER PITTMAN | 94,617.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/05/20 | 27449 | TYLER PITTMAN | 332,481.14 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/29/21 | 3134 | JUSTIN PUCKETT & TYLER PITTMAN | 70,005.11 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/29/21 | 3132 | TYLER PITTMAN | 94,685.91 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/29/21 | 3131 | TYLER PITTMAN | 223,290.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/11/21 | 29231 | TYLER PITTMAN | 318,971.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/14/21 | 29230 | TYLER PITTMAN & JUSTIN PUCKETT | 69,970.13 |
| McClain Farms | Mechanics Bank | 3070 | 01/26/22 | 1872 | TYLER PITTMAN & JUSTIN PUCKETT | 69,404.17 |
| McClain Farms | Mechanics Bank | 3070 | 07/11/22 | 2953 | TYLER PITTMAN | 107,550.68 |
| McClain Farms | Mechanics Bank | 3070 | 11/22/22 | 4035 | TYLER PITTMAN | 99,103.67 |
| **Total** | | | | | | **4,982,587.68** |