PITTMAN FARMS LLC

| Company | Bank | Acct. | Date | Check # | PAYEE | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 11/27/18 | 22177 | PITTMAN FARMS LLC | 438,673.02 |
| **Total** | | | | | | **438,673.02** |