DAC83 LLC

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 04/06/21 | 28620 | DAC83 LLC | 91,436.65 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/06/21 | 29523 | DAC83 LLC | 81,871.99 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/01/21 | 4087 | DAC 83 LLC | 93,057.62 |
| McClain Farms | Mechanics Bank | 3070 | 01/18/22 | 1764 | DAC LLC | 161,840.96 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/05/23 | WIRE | DAC83 LLC | 32,738.32 |
| **Total** | | | | | | **460,945.54** |