OPEN A ARENA AND DOUG PRITCHETT

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 04/05/19 | 23030 | AMARILLO NATIONAL BANK & DOUG PRITCHETT OPEN A ARENA | 225,374.86 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/25/19 | 707 | DOUG PRITCHETT AND AMARILLO NATIONAL BANK | 54,620.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/09/19 | 23674 | OPEN A ARENA & AMARILLO NATIONAL BANK | 19,917.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/19 | 23825 | OPEN A ARENA & AMARILLO NATIONAL BANK | 179,220.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/03/19 | 24103 | OPEN A ARENA & AMARILLO NATIONAL BANK | 54,145.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/21/20 | 25384 | DOUG PRITCHETT OPEN A ARENA & ANB | 80,927.09 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/25/20 | 25636 | OPEN A ARENA & AMARILLO NATIONAL BANK | 95,969.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/09/20 | 26378 | OPEN A ARENA & AMARILLO NATIONAL BANK | 66,752.65 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/13/20 | 26666 | DOUG PRITCHETT | 12,321.04 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/04/20 | 26761 | OPEN A ARENA & AMARILLO NATIONAL BANK | 74,431.58 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/27/20 | 27028 | OPEN A ARENA & AMARILLO NATIONAL BANK | 70,548.24 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/19/20 | 27477 | OPEN A ARENA & AMARILLO NATIONAL BANK | 78,853.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/26/20 | 27560 | OPEN A ARENA & AMARILLO NATIONAL BANK | 82,023.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/17/20 | 28035 | OPEN A ARENA & AMARILLO NATIONAL BANK | 82,342.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/12/21 | 28194 | OPEN A ARENA & AMARILLO NATIONAL BANK | 84,180.33 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/12/21 | 28195 | 2DEEP CONSTRUCTION LLC | 74,047.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/22/21 | 28581 | OPEN A ARENA & AMARILLO NATIONAL BANK | 306,878.27 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/06/21 | 29522 | OPEN A ARENA & AMARILLO NATIONAL BANK | 307,587.65 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/01/21 | 4086 | OPEN A ARENA & AMARILLO NATIONAL BANK | 278,767.84 |
| McClain Farms | Mechanics Bank | 3070 | 12/28/21 | 1512 | OPEN A ARENA & AMARILLO NATIONAL BANK | 23,726.72 |
| McClain Farms | Mechanics Bank | 3070 | 01/18/22 | 1763 | OPEN A ARENA & AMARILLO NATIONAL BANK | 134,590.99 |
| McClain Farms | Mechanics Bank | 3070 | 03/17/22 | 2183 | OPEN A ARENA & AMARILLO NATIONAL BANK | 540,167.46 |
| McClain Farms | Mechanics Bank | 3070 | 04/11/22 | 2184 | OPEN A ARENA & AMARILLO NATIONAL BANK | 152,495.96 |
| McClain Farms | Mechanics Bank | 3070 | 06/13/22 | 2185 | OPEN A ARENA & AMARILLO NATIONAL BANK | 887,948.56 |
| McClain Farms | Mechanics Bank | 3070 | 08/11/22 | 2716 | OPEN A ARENA & AMARILLO NATIONAL BANK | 135,428.40 |
| McClain Farms | Mechanics Bank | 3070 | 08/26/22 | 2717 | OPEN A ARENA & AMARILLO NATIONAL BANK | 152,863.45 |
| McClain Farms | Mechanics Bank | 3070 | 10/19/22 | 2718 | OPEN A ARENA & AMARILLO NATIONAL BANK | 889,145.91 |
| **Subtotal** | | | | | | **5,145,278.04** |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/14/23 | WIRE | OPEN A ARENA & AMARILLO NATIONAL BANK | 387,958.03 |
| **Subtotal** | | | | | | **387,958.03** |
| **Total** | | | | | | **5,533,236.07** |