BRANDON AND RIETA DUFURRENA

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/10/18 | 3041 | BRANDON DUFURRENA | 160,811.65 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/04/18 | 22144 | BRANDON DUFURRENA | 161,592.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/16/19 | 2829 | RIETA AND BRANDON DAFURRENA | 160,398.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/15/19 | 2830 | BRANDON & RIETA DUFURRENA | 156,690.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/28/20 | 25790 | BRANDON DUFURRENA | 62,362.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/02/20 | 25779 | BRANDON DUFURRENA | 62,963.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/25/21 | 28415 | BRANDON DUFURRENA | 63,527.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/03/21 | 29800 | BRANDON DUFURRENA | 64,152.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/14/22 | 29687 | RIETA DAFURRENA | 136,984.71 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/01/22 | 29685 | BRANDON DUFURRENA | 67,780.70 |
| McClain Farms | Mechanics Bank | 3070 | 05/24/22 | 2524 | RIETA DUFURRENA | 141,958.04 |
| McClain Farms | Mechanics Bank | 3070 | 10/26/22 | 1728 | RIETA DUFURRENA | 144,551.89 |
| **Subtotal** | | | | | | **1,383,773.86** |
| | | | | | | |
| McClain Farms | Mechanics Bank | 3070 | 04/04/23 | 1733 | RIETA DUFURRENA | 144,550.16 |
| **Subtotal** | | | | | | **144,550.16** |
| | | | | | | |
| **Total** | | | | | | **1,528,324.02** |