ED DUFURRENA

| Company | Bank | Acct. | Date | Check # | PAYEE | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/12/18 | 2392 | ED DUFURRENA | 262,555.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/26/18 | 2699 | ED DUFURRENA | 64,862.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/08/18 | 2453 | ED DUFURRENA | 126,048.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/09/18 | 2597 | ED DUFURRENA | 346,183.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/11/18 | 3042 | ED DUFURRENA | 195,000.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/06/18 | 22145 | ED DUFURRENA | 198,115.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/17/18 | WIRE | ED DUFURRENA - KY TAX PMT | 1,432.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/17/18 | WIRE | MUNSTER STATE BANK | 82,471.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/20/18 | WIRE | ED DUFURRENA | 54,208.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/07/19 | 22620 | ED DUFURRENA & MUNSTER STATE BANK | 196,869.28 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/24/19 | 23108 | ED DUFURRENA | 202,036.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/26/19 | 23102 | ED DUFURRENA | 20,508.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/05/19 | 23107 | ED DUFURRENA | 264,883.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/13/19 | 23104 | ED DUFURRENA | 20,178.09 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/23/19 | 23103 | ED DUFURRENA | 64,200.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/07/19 | 23994 | ED DUFURRENA | 203,200.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/29/19 | 3069 | ED DUFURRENA CATTLE ACCT | 269,359.88 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/04/20 | 25448 | ED DUFURRENA | 262,534.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/20/20 | 23993 | ED DUFURRENA | 263,628.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/27/20 | 21700 | ED DUFURRENA | 241,116.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/14/20 | 26671 | ED DUFURRENA | 6,244.69 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/05/20 | 26428 | ED DUFURRENA | 383,890.04 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/22/20 | 26429 | ED DUFURRENA | 258,327.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/17/20 | 26431 | ED DUFURRENA | 389,294.42 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/30/20 | 26597 | ED DUFURRENA | 7,626.24 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/10/21 | 26596 | ED DUFURRENA | 259,619.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/12/21 | 28583 | ED DUFURRENA | 64,085.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/03/21 | 28584 | ED DUFURRENA | 386,341.67 |

ED DUFURRENA

| Company | Bank | Acct. | Date | Check # | PAYEE | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 08/16/21 | 28585 | ED DUFURRENA | 384,014.77 |
| McClain Farms | Mechanics Bank | 3070 | 09/27/21 | 1004 | ED DUFURRENA | 393,841.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/14/22 | 29689 | ED DUFURRENA | 268,500.13 |
| McClain Farms | Mechanics Bank | 3070 | 03/07/22 | 1005 | ED DUFURRENA | 394,043.83 |
| McClain Farms | Mechanics Bank | 3070 | 05/25/22 | 1006 | ED DUFURRENA | 281,856.78 |
| McClain Farms | Mechanics Bank | 3070 | 05/31/22 | 2526 | ED DUFURRENA | 22,610.00 |
| McClain Farms | Mechanics Bank | 3070 | 08/12/22 | 2527 | ED DUFURRENA | 398,015.89 |
| McClain Farms | Mechanics Bank | 3070 | 12/20/22 | 1729 | ED DUFURRENA | 295,891.73 |
| **Subtotal** | | | | | | **7,533,595.98** |
| | | | | | | |
| McClain Farms | Mechanics Bank | 3070 | 02/07/23 | 1731 | ED DUFURRENA | 403,727.24 |
| **Subtotal** | | | | | | **403,727.24** |
| | | | | | | |
| **Total** | | | | | | **7,937,323.22** |