SCARLET & BLACK CATTLE LLC

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 05/10/21 | 28939 | SCARLET & BLACK CATTLE LLC | 25,272.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/10/21 | 28937 | SCARLET & BLACK CATTLE LLC | 70,551.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/21 | 29128 | SCARLET & BLACK CATTLE LLC | 12,243.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/21 | 29126 | SCARLET & BLACK CATTLE LLC | 53,174.49 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/16/21 | WIRE | SCARLET & BLACK CATTLE LLC | 16,728.92 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/03/21 | WIRE | SCARLET & BLACK CATTLE LLC | 19,447.61 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/10/21 | WIRE | SCARLET & BLACK CATTLE LLC | 149,960.97 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/25/21 | WIRE | SCARLET & BLACK CATTLE LLC | 43,364.74 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/24/21 | WIRE | SCARLET & BLACK CATTLE LLC | 359,711.38 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/14/21 | WIRE | SCARLET & BLACK CATTLE LLC | 405,980.68 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/20/21 | WIRE | SCARLET & BLACK CATTLE LLC | 82,918.09 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/02/21 | WIRE | SCARLET & BLACK CATTLE LLC | 269,744.44 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/09/21 | WIRE | SCARLET & BLACK CATTLE LLC | 108,436.31 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/26/21 | WIRE | SCARLET & BLACK CATTLE LLC | 98,612.94 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/30/21 | WIRE | SCARLET & BLACK CATTLE LLC | 175,956.29 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/02/21 | WIRE | SCARLET & BLACK CATTLE LLC | 333,633.80 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/07/21 | WIRE | SCARLET & BLACK CATTLE LLC | 59,000.10 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/12/22 | WIRE | SCARLET & BLACK CATTLE LLC | 585,620.33 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/04/22 | WIRE | SCARLET & BLACK CATTLE LLC | 91,214.79 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/14/22 | WIRE | SCARLET & BLACK CATTLE LLC | 375,904.10 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/15/22 | WIRE | SCARLET & BLACK CATTLE LLC | 308,073.19 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/18/22 | WIRE | SCARLET & BLACK CATTLE LLC | 65,341.63 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/05/22 | WIRE | SCARLET & BLACK CATTLE LLC | 208,387.51 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/18/22 | WIRE | SCARLET & BLACK CATTLE LLC | 812,292.08 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/29/22 | WIRE | SCARLET & BLACK CATTLE LLC | 41,013.32 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/10/22 | WIRE | SCARLET & BLACK CATTLE LLC | 742,814.07 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/23/22 | WIRE | SCARLET & BLACK CATTLE LLC | 417,079.35 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/23/22 | WIRE | SCARLET & BLACK CATTLE LLC | 479,380.20 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/07/22 | WIRE | SCARLET & BLACK CATTLE LLC | 83,630.38 |

SCARLET & BLACK CATTLE LLC

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 06/13/22 | WIRE | SCARLET & BLACK CATTLE LLC | 374,927.55 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/18/22 | WIRE | SCARLET & BLACK CATTLE LLC | 69,464.81 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/01/22 | WIRE | SCARLET & BLACK CATTLE LLC | 497,784.99 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/10/22 | WIRE | SCARLET & BLACK CATTLE LLC | 469,898.19 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/19/22 | WIRE | SCARLET & BLACK CATTLE LLC | 753,714.02 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/25/22 | WIRE | SCARLET & BLACK CATTLE LLC | 764,057.37 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/29/22 | WIRE | SCARLET & BLACK CATTLE LLC | 127,736.36 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/28/22 | WIRE | SCARLET & BLACK CATTLE LLC | 375,514.47 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 10/25/22 | WIRE | SCARLET & BLACK CATTLE LLC | 69,718.38 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/15/22 | WIRE | SCARLET & BLACK CATTLE LLC | 496,698.94 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/01/22 | WIRE | SCARLET & BLACK CATTLE LLC | 1,221,835.82 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/20/22 | WIRE | SCARLET & BLACK CATTLE LLC | 892,493.86 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/12/23 | WIRE | SCARLET & BLACK CATTLE LLC | 376,212.40 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/12/23 | WIRE | SCARLET & BLACK CATTLE LLC | 536,363.77 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/18/23 | WIRE | SCARLET & BLACK CATTLE LLC | 429,138.99 |
| **Subtotal** | | | | | | **13,951,048.61** |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/08/23 | WIRE | SCARLET & BLACK CATTLE LLC | 70,739.22 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/02/23 | WIRE | SCARLET & BLACK CATTLE LLC | 496,643.92 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/16/23 | WIRE | SCARLET & BLACK CATTLE LLC | 354,338.26 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/17/23 | WIRE | SCARLET & BLACK CATTLE LLC | 407,047.12 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/17/23 | WIRE | SCARLET & BLACK CATTLE LLC | 463,124.46 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/30/23 | WIRE | SCARLET & BLACK CATTLE LLC | 478,681.57 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/31/23 | WIRE | SCARLET & BLACK CATTLE LLC | 414,368.44 |
| **Subtotal** | | | | | | **2,684,942.99** |
| **Total** | | | | | | **16,635,991.60** |