# RED RAIDER CATTLE

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 05/10/21 | 28940 | RED RAIDER CATTLE LLC | 25,272.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/10/21 | 28938 | RED RAIDER CATTLE LLC | 70,551.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/21 | 29127 | RED RAIDER CATTLE LLC | 12,243.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/21 | 29130 | RED RAIDER CATTLE LLC | 53,174.49 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/16/21 | WIRE | RED RAIDER CATTLE LLC | 16,728.92 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/03/21 | WIRE | RED RAIDER CATTLE LLC | 19,447.61 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/10/21 | WIRE | RED RAIDER CATTLE LLC | 149,960.97 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/25/21 | WIRE | RED RAIDER CATTLE LLC | 43,364.74 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/24/21 | WIRE | RED RAIDER CATTLE LLC | 128,417.61 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/14/21 | WIRE | RED RAIDER CATTLE LLC | 174,338.14 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/09/21 | WIRE | RED RAIDER CATTLE LLC | 136,323.50 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/26/21 | WIRE | RED RAIDER CATTLE LLC | 98,612.94 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/30/21 | WIRE | RED RAIDER CATTLE LLC | 175,956.29 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/07/21 | WIRE | RED RAIDER CATTLE LLC | 59,000.10 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/12/22 | WIRE | RED RAIDER CATTLE LLC | 44,547.52 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/04/22 | WIRE | RED RAIDER CATTLE LLC | 91,214.79 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/15/22 | WIRE | RED RAIDER CATTLE LLC | 95,144.53 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/22/22 | WIRE | RED RAIDER CATTLE LLC | 87,758.31 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/07/22 | WIRE | RED RAIDER CATTLE LLC | 120,050.06 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/29/22 | WIRE | RED RAIDER CATTLE LLC | 41,013.32 |
| **Total** | | | | | | **1,643,120.82** |