CARRAWAY CATTLE LLC

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 02/22/23 | WIRE | CARRAWAY CATTLE LLC | 112,717.08 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/29/23 | WIRE | CARRAWAY CATTLE LLC | 268,440.76 |
| **Total** | | | | | | **381,157.84** |