RICHARD CARRAWAY

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/06/18 | WIRE | RICHARD CARRAWAY | 243,513.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/20/18 | WIRE | RICHARD CARRAWAY | 60,653.65 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/10/18 | WIRE | RICHARD CARRAWAY | 194,040.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/18 | WIRE | RICHARD CARRAWAY | 244,078.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/03/18 | WIRE | RICHARD CARRAWAY | 59,951.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/03/18 | WIRE | RICHARD CARRAWAY | 59,951.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/27/18 | WIRE | RICHARD CARRAWAY | 182,544.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/02/18 | WIRE | RICHARD CARRAWAY | 245,837.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/10/18 | WIRE | RICHARD CARRAWAY | 60,023.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/20/18 | WIRE | RICHARD CARRAWAY | 182,629.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/01/19 | WIRE | RICHARD CARRAWAY | 249,744.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/15/19 | WIRE | RICHARD CARRAWAY | 60,421.69 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/01/19 | WIRE | RICHARD CARRAWAY | 182,209.79 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/19 | WIRE | RICHARD CARRAWAY | 250,271.69 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/19/19 | WIRE | RICHARD CARRAWAY | 71,401.43 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/03/19 | WIRE | RICHARD CARRAWAY | 183,751.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/11/19 | WIRE | RICHARD CARRAWAY | 262,559.42 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/02/20 | WIRE | RICHARD CARRAWAY | 74,940.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/16/20 | WIRE | RICHARD CARRAWAY | 184,652.87 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/12/20 | WIRE | RICHARD CARRAWAY | 262,926.84 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/05/20 | WIRE | RICHARD CARRAWAY | 80,446.56 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/06/20 | WIRE | RICHARD CARRAWAY | 80,446.56 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/26/20 | WIRE | RICHARD CARRAWAY | 185,054.74 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/15/20 | WIRE | RICHARD CARRAWAY | 263,833.02 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/03/20 | WIRE | RICHARD CARRAWAY | 85,904.83 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/21/20 | WIRE | RICHARD CARRAWAY | 54,274.89 |

RICHARD CARRAWAY

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 10/01/20 | WIRE | RICHARD CARRAWAY | 182,585.31 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/15/20 | WIRE | RICHARD CARRAWAY | 268,929.39 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/08/21 | WIRE | RICHARD CARRAWAY | 85,957.83 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/19/21 | WIRE | RICHARD CARRAWAY | 54,138.19 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 01/28/21 | WIRE | RICHARD CARRAWAY | 182,290.73 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/09/21 | WIRE | RICHARD CARRAWAY | 269,474.10 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/12/21 | WIRE | RICHARD CARRAWAY | 86,900.04 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 05/27/21 | WIRE | RICHARD CARRAWAY | 53,935.24 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/08/21 | WIRE | RICHARD CARRAWAY | 183,874.18 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/04/21 | WIRE | RICHARD CARRAWAY | 379,785.30 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 09/15/21 | WIRE | RICHARD CARRAWAY | 107,430.32 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/28/21 | WIRE | RICHARD CARRAWAY | 107,935.97 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/15/21 | WIRE | RICHARD CARRAWAY | 186,347.71 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/15/21 | WIRE | RICHARD CARRAWAY | 379,739.98 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/21/22 | WIRE | RICHARD CARRAWAY | 107,318.88 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/16/22 | WIRE | RICHARD CARRAWAY | 108,117.56 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/24/22 | WIRE | RICHARD CARRAWAY | 187,635.10 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/20/22 | WIRE | RICHARD CARRAWAY | 218,199.88 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/21/22 | WIRE | RICHARD CARRAWAY | 163,153.57 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/25/22 | WIRE | RICHARD CARRAWAY | 112,890.26 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/16/22 | WIRE | RICHARD CARRAWAY | 57,138.37 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/29/22 | WIRE | RICHARD CARRAWAY | 242,437.56 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/12/22 | WIRE | RICHARD CARRAWAY | 107,309.11 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/26/22 | WIRE | RICHARD CARRAWAY | 386,003.94 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/17/22 | WIRE | RICHARD CARRAWAY | 112,964.66 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/28/22 | WIRE | RICHARD CARRAWAY | 58,522.27 |

RICHARD CARRAWAY

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 11/22/22 | WIRE | RICHARD CARRAWAY | 297,970.43 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/06/23 | WIRE | RICHARD CARRAWAY | 108,186.03 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/18/23 | WIRE | RICHARD CARRAWAY | 385,845.17 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/10/23 | WIRE | RICHARD CARRAWAY | 67,627.17 |
| **Total** | | | | | | **9,316,708.71** |