ROBERT CARRAWAY

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 03/20/18 | WIRE | ROBERT CARRAWAY | 277,026.58 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/31/18 | WIRE | ROBERT CARRAWAY | 321,684.28 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/28/18 | WIRE | ROBERT CARRAWAY | 321,663.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/04/19 | WIRE | ROBERT CARRAWAY | 322,257.89 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/06/19 | WIRE | ROBERT CARRAWAY | 322,473.75 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/28/20 | WIRE | ROBERT CARRAWAY | 69,697.30 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/07/20 | WIRE | ROBERT CARRAWAY | 428,924.68 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/10/20 | WIRE | ROBERT CARRAWAY | 74,869.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/04/21 | 28369 | ROBERT CARRAWAY | 416.30 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/22/21 | WIRE | ROBERT CARRAWAY | 344,432.99 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/25/21 | WIRE | ROBERT CARRAWAY | 368,406.74 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/03/22 | WIRE | ROBERT CARRAWAY | 375,447.47 |
| **Total** | | | | | | **3,227,300.39** |