GENE BROOKSHIRE AND GENE BROOKSHIRE FAMILY LP

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 02/27/23 | WIRE | GENE BROOKSHIRE FAMILY LP | 141,272.92 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/24/23 | WIRE | GENE BROOKSHIRE FAMILY LP | 63,099.46 |
| **Total** | | | | | | **204,372.38** |