JOEL CARLA BROOKSHIRE

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 09/18/19 | 22224 | JOEL BROOKSHIRE | 316.51 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/08/20 | WIRE | JOEL & CARLA BROOKSHIRE | 88,027.30 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/09/20 | WIRE | JOEL & CARLA BROOKSHIRE | 576,178.52 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/15/20 | WIRE | JOEL & CARLA BROOKSHIRE | 86,975.87 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/22/20 | WIRE | JOEL & CARLA BROOKSHIRE | 17,048.68 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/27/20 | WIRE | JOEL & CARLA BROOKSHIRE | 16,004.93 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/29/20 | WIRE | JOEL & CARLA BROOKSHIRE | 9,313.33 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/23/20 | WIRE | JOEL BROOKSHIRE OR CARLA BROOKSHIRE | 12,604.16 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/24/20 | WIRE | JOEL BROOKSHIRE OR CARLA BROOKSHIRE | 1,632.07 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 07/27/20 | WIRE | JOEL BROOKSHIRE OR CARLA BROOKSHIRE | 3,589.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/07/20 | WIRE | JOEL BROOKSHIRE OR CARLA BROOKSHIRE | 6,295.59 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/10/20 | WIRE | JOEL BROOKSHIRE OR CARLA BROOKSHIRE | 12,800.30 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/13/20 | WIRE | JOEL BROOKSHIRE OR CARLA BROOKSHIRE | 12,958.88 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/19/20 | WIRE | JOEL BROOKSHIRE OR CARLA BROOKSHIRE | 8,974.50 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/26/20 | WIRE | JOEL BROOKSHIRE OR CARLA BROOKSHIRE | 174,271.46 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/27/20 | WIRE | JOEL BROOKSHIRE OR CARLA BROOKSHIRE | 9,064.75 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/31/20 | WIRE | JOEL BROOKSHIRE OR CARLA BROOKSHIRE | 11,500.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/21/21 | WIRE | JOEL & CARLA BROOKSHIRE | 133,281.33 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/08/21 | WIRE | JOEL & CARLA BROOKSHIRE | 42,791.23 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/16/21 | WIRE | JOEL & CARLA BROOKSHIRE | 15,774.46 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/30/21 | WIRE | JOEL & CARLA BROOKSHIRE | 47,475.60 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/15/21 | WIRE | JOEL & CARLA BROOKSHIRE | 22,326.35 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/11/22 | WIRE | JOEL & CARLA BROOKSHIRE | 16,211.45 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/12/22 | WIRE | JOEL & CARLA BROOKSHIRE | 18,794.81 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/18/22 | WIRE | JOEL & CARLA BROOKSHIRE | 24,779.78 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/21/22 | WIRE | JOEL & CARLA BROOKSHIRE | 22,830.72 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/24/22 | WIRE | JOEL & CARLA BROOKSHIRE | 19,185.62 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/15/22 | WIRE | JOEL & CARLA BROOKSHIRE | 15,576.46 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/16/22 | WIRE | JOEL & CARLA BROOKSHIRE | 21,312.76 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/05/22 | WIRE | JOEL & CARLA BROOKSHIRE | 60,626.79 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/25/22 | WIRE | JOEL & CARLA BROOKSHIRE | 21,573.44 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/26/22 | WIRE | JOEL & CARLA BROOKSHIRE | 51,093.23 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/21/22 | WIRE | JOEL & CARLA BROOKSHIRE | 49,804.72 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/11/22 | WIRE | JOEL & CARLA BROOKSHIRE | 23,643.10 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/20/22 | WIRE | JOEL & CARLA BROOKSHIRE | 136,471.22 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 10/25/22 | WIRE | JOEL & CARLA BROOKSHIRE | 47,395.53 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/26/23 | WIRE | JOEL & CARLA BROOKSHIRE | 25,680.83 |
| **Subtotal** | | | | | | **1,864,185.57** |

JOEL CARLA BROOKSHIRE

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 02/27/23 | WIRE | JOEL & CARLA BROOKSHIRE | 130,608.33 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/24/23 | WIRE | JOEL & CARLA BROOKSHIRE | 50,190.41 |
| **Subtotal** | | | | | | **180,798.74** |
| **Total** | | | | | | **2,044,984.31** |