PHIL RAPP

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 05/09/18 | 2903 | PHIL RAPP | 127,735.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/25/18 | 3005 | PHIL RAPP | 68,804.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/22/18 | 3192 | PHIL RAPP | 64,858.42 |
| **Total** | | | | | | **261,399.07** |