RAPP RANCH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/11/18 | 2517 | RAPP RANCH | 61,968.77 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/27/18 | 2650 | RAPP RANCH | 66,452.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/21/18 | 2701 | RAPP RANCH | 65,794.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/18 | 2751 | RAPP RANCH | 64,067.71 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/20/18 | 3017 | RAPP RANCH | 67,330.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/11/18 | 21812 | RAPP RANCH | 129,901.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/29/18 | 21813 | RAPP RANCH | 137,214.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/20/18 | 22181 | RAPP RANCH | 66,007.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/20/19 | 22182 | RAPP RANCH | 65,934.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/20/19 | 22917 | RAPP RANCH | 132,240.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/30/19 | 22918 | RAPP RANCH | 132,499.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/05/19 | 23413 | RAPP RANCH | 61,820.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/19/19 | 23516 | RAPP RANCH | 64,525.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/23/19 | 23758 | RAPP RANCH | 64,131.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/06/19 | 23893 | RAPP RANCH | 64,492.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/20/19 | 23679 | RAPP RANCH | 68,544.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/23/19 | 24280 | RAPP RANCH | 61,698.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/16/19 | 24464 | RAPP RANCH | 63,125.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/01/19 | 24615 | RAPP RANCH | 64,128.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/20/19 | 24864 | RAPP RANCH | 64,559.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/13/19 | 25083 | RAPP RANCH | 63,249.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/13/20 | 25362 | RAPP RANCH | 65,101.77 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/24/20 | 25467 | RAPP RANCH | 61,110.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/27/20 | 25697 | RAPP RANCH | 59,151.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/31/20 | 25972 | RAPP RANCH | 58,319.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/10/20 | 26060 | RAPP RANCH | 59,281.41 |

RAPP RANCH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 04/30/20 | 26188 | RAPP RANCH | 59,337.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/27/20 | 26328 | RAPP RANCH | 59,915.85 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/02/20 | 26655 | RAPP RANCH | 58,737.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/23/20 | 26851 | RAPP RANCH | 58,356.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/10/20 | 26852 | RAPP RANCH | 57,510.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/25/20 | 27068 | RAPP RANCH | 54,093.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/09/20 | 27218 | RAPP RANCH | 114,282.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/01/20 | 27398 | RAPP RANCH | 58,713.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/20 | 27572 | RAPP RANCH | 58,395.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/16/20 | 27779 | RAPP RANCH | 59,435.65 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/04/20 | 27884 | RAPP RANCH | 59,240.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/08/21 | 28055 | RAPP RANCH | 114,909.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/02/21 | 28317 | RAPP RANCH | 58,619.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/03/21 | 28446 | RAPP RANCH | 58,744.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/07/21 | 28496 | RAPP RANCH | 58,316.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/28/21 | 28912 | RAPP RANCH | 58,751.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/28/21 | 28866 | RAPP RANCH | 57,371.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/01/21 | 29309 | RAPP RANCH | 58,238.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/19/21 | 29432 | RAPP RANCH | 58,224.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/04/21 | 29499 | RAPP RANCH | 56,822.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/23/21 | 29708 | RAPP RANCH | 58,549.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/10/21 | 28867 | RAPP RANCH | 59,905.95 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/30/21 | 3970 | RAPP RANCH | 119,588.82 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/08/21 | 3971 | RAPP RANCH | 60,179.32 |
| McClain Farms | Mechanics Bank | 3070 | 12/01/21 | 1414 | RAPP RANCH | 59,647.45 |
| McClain Farms | Mechanics Bank | 3070 | 12/21/21 | 1538 | RAPP RANCH | 61,139.24 |

RAPP RANCH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 01/06/22 | 1590 | RAPP RANCH | 61,139.24 |
| McClain Farms | Mechanics Bank | 3070 | 02/22/22 | 2013 | RAPP RANCH | 63,460.77 |
| McClain Farms | Mechanics Bank | 3070 | 03/07/22 | 2014 | RAPP RANCH | 125,244.22 |
| McClain Farms | Mechanics Bank | 3070 | 04/04/22 | 2068 | RAPP RANCH | 62,669.30 |
| McClain Farms | Mechanics Bank | 3070 | 04/19/22 | 2319 | RAPP RANCH | 61,954.05 |
| McClain Farms | Mechanics Bank | 3070 | 05/03/22 | 2408 | RAPP RANCH | 63,306.66 |
| McClain Farms | Mechanics Bank | 3070 | 05/23/22 | 2566 | RAPP RANCH | 62,080.91 |
| McClain Farms | Mechanics Bank | 3070 | 06/13/22 | 2747 | RAPP RANCH | 63,077.05 |
| McClain Farms | Mechanics Bank | 3070 | 06/28/22 | 2748 | RAPP RANCH | 64,266.86 |
| McClain Farms | Mechanics Bank | 3070 | 07/20/22 | 2714 | RAPP RANCH | 63,873.69 |
| McClain Farms | Mechanics Bank | 3070 | 08/01/22 | 2715 | RAPP RANCH | 64,213.94 |
| McClain Farms | Mechanics Bank | 3070 | 08/15/22 | 3140 | RAPP RANCH | 65,401.52 |
| McClain Farms | Mechanics Bank | 3070 | 08/31/22 | 3141 | RAPP RANCH | 66,263.73 |
| McClain Farms | Mechanics Bank | 3070 | 09/12/22 | 3350 | RAPP RANCH | 66,617.73 |
| McClain Farms | Mechanics Bank | 3070 | 10/12/22 | 3473 | RAPP RANCH | 64,183.73 |
| McClain Farms | Mechanics Bank | 3070 | 10/31/22 | 3751 | RAPP RANCH | 65,831.42 |
| McClain Farms | Mechanics Bank | 3070 | 11/15/22 | 3864 | RAPP RANCH | 69,689.24 |
| McClain Farms | Mechanics Bank | 3070 | 11/29/22 | 4060 | RAPP RANCH | 69,078.44 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/16/22 | 6395 | RAPP RANCH | 69,544.20 |
| McClain Farms | Mechanics Bank | 3070 | 01/06/23 | 4301 | RAPP RANCH | 70,096.35 |
| McClain Farms | Mechanics Bank | 3070 | 01/18/23 | 4421 | RAPP RANCH | 71,585.22 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/08/23 | 4956 | RAPP RANCH | 67,654.01 |
| McClain Farms | Mechanics Bank | 3070 | 03/24/23 | 7218 | RAPP RANCH | 137,276.51 |
| **Total** | | | | | | **5,268,189.85** |