BIG SEVEN CAPITAL PARTNERS LLC

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 02/03/22 | WIRE | BIG SEVEN CAPITAL PARTNERS LLC | 161,273.53 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/09/22 | WIRE | BIG SEVEN CAPITAL PARTNERS LLC | 376,243.72 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/16/22 | WIRE | BIG SEVEN CAPITAL PARTNERS LLC | 172,696.48 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/20/22 | WIRE | BIG SEVEN CAPITAL PARTNERS LLC | 403,200.07 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/28/22 | WIRE | BIG SEVEN CAPITAL PARTNERS LLC | 184,708.00 |
| **Subtotal** | | | | | | **1,298,121.80** |
| | | | | | | |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/03/23 | WIRE | BIG SEVEN CAPITAL PARTNERS LLC | 408,048.30 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/10/23 | WIRE | BIG SEVEN CAPITAL PARTNERS LLC | 185,384.85 |
| **Subtotal** | | | | | | **593,433.15** |
| | | | | | | |
| **Total** | | | | | | **1,891,554.95** |