'BRYAN BLACKMAN

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 06/27/18 | 3045 | BRYAN BLACKMAN | 256,066.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/05/18 | 3065 | BRYAN BLACKMAN | 330,906.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/25/18 | 21930 | BRYAN BLACKMAN & ANB | 589,481.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/14/19 | 22667 | BRYAN BLACKMAN | 588,879.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/07/19 | 22769 | BRYAN BLACKMAN | 5,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/20/19 | 23355 | BRYAN BLACKMAN & ANB | 592,327.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/27/19 | 23603 | BRYAN BLACKMAN & ANB | 106,898.88 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/19 | 24462 | BRYAN BLACKMAN & ANB | 592,337.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/26/19 | 24977 | BRYAN BLACKMAN & ANB | 107,189.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/26/20 | 25716 | BRYAN BLACKMAN & ANB | 593,918.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/07/20 | 25723 | BRYAN BLACKMAN & ANB | 107,504.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/20/20 | 26330 | BRYAN BLACKMAN | 50,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/24/20 | 26543 | BRYAN BLACKMAN & ANB | 593,630.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/28/20 | 27046 | BRYAN BLACKMAN & ANB | 107,322.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/20 | 27601 | BRYAN BLACKMAN & ANB | 594,430.47 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/21 | 28305 | BRYAN BLACKMAN & ANB | 107,339.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/08/21 | 28306 | BRYAN BLACKMAN & ANB | 594,566.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/10/21 | 29030 | BRYAN BLACKMAN & ANB | 702,233.68 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/26/21 | 29705 | BRYAN BLACKMAN & ANB | 698,771.89 |
| McClain Farms | Mechanics Bank | 3070 | 01/06/22 | 1704 | BRYAN BLACKMAN & ANB | 703,365.88 |
| McClain Farms | Mechanics Bank | 3070 | 03/02/22 | 2105 | BRYAN BLACKMAN & ANB | 223,490.30 |
| McClain Farms | Mechanics Bank | 3070 | 03/02/22 | 2050 | BRYAN BLACKMAN & ANB | 357,995.43 |
| McClain Farms | Mechanics Bank | 3070 | 05/12/22 | 2398 | BRYAN BLACKMAN & ANB | 107,543.96 |
| McClain Farms | Mechanics Bank | 3070 | 05/17/22 | 2401 | BRYAN BLACKMAN & ANB | 595,256.75 |
| McClain Farms | Mechanics Bank | 3070 | 06/30/22 | 2684 | BRYAN BLACKMAN & ANB | 676,839.25 |
| McClain Farms | Mechanics Bank | 3070 | 10/11/22 | 3451 | BRYAN BLACKMAN & ANB | 705,008.43 |
| McClain Farms | Mechanics Bank | 3070 | 11/22/22 | 3974 | BRYAN BLACKMAN & ANB | 682,397.01 |
| **Subtotal** | | | | | | **11,370,701.35** |
| McClain Farms | Mechanics Bank | 3070 | 02/17/23 | 4866 | BRYAN BLACKMAN & ANB | 698,685.73 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/07/23 | 6752 | BRYAN BLACKMAN | 672,315.53 |
| **Subtotal** | | | | | | **1,371,001.26** |
| **Total** | | | | | | **12,741,702.61** |