BRAVO GOLF AVIATION

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 03/21/19 | WIRE | BRAVO GOLF AVIATION | 176,356.71 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/18/19 | WIRE | BRAVO GOLF AVIATION | 177,330.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/19 | WIRE | BRAVO GOLF AVIATION | 175,508.28 |
| **Total** | | | | | | **529,195.49** |