DENNIS BUSS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 03/01/18 | 2633 | DENNIS BUSS & RCB BANK | 70,063.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/02/18 | 2772 | DENNIS BUSS & RCB BANK | 115,928.04 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/18/18 | 3090 | DENNIS BUSS & RCB BANK | 54,051.55 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/18 | 3176 | DENNIS BUSS & RCB BANK | 107,908.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/05/18 | 22197 | DENNIS BUSS & RCB BANK | 54,735.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/03/19 | 22342 | DENNIS BUSS & RCB BANK | 129,433.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/11/19 | 22671 | DENNIS BUSS & RCB BANK | 159,886.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/26/19 | WIRE | DENNIS BUSS | 165,521.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/18/19 | WIRE | DENNIS BUSS | 166,347.54 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/14/20 | WIRE | DENNIS BUSS | 186,572.93 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/02/20 | WIRE | DENNIS BUSS | 167,373.97 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/26/21 | WIRE | DENNIS BUSS | 226,022.81 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/23/21 | WIRE | DENNIS BUSS | 167,569.76 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/15/21 | WIRE | DENNIS BUSS | 168,099.94 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/15/22 | WIRE | DENNIS BUSS | 203,869.31 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/12/22 | WIRE | DENNIS BUSS | 169,649.45 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/12/22 | WIRE | DENNIS BUSS | 162,226.33 |
| **Subtotal** | | | | | | **2,475,260.37** |
| | | | | | | |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/07/23 | WIRE | DENNIS BUSS | 198,443.21 |
| **Subtotal** | | | | | | **198,443.21** |
| | | | | | | |
| **Total** | | | | | | **2,673,703.58** |