EDWIN BUSS

| Company | Bank | Acct. | Date | Check  # | Payee | Amount |
|---------|------|-------|------|----------|-------|--------|
| McClain Feed Yard | Mechanics Bank | 0197 | 02/07/23 | WIRE | ED BUSS | 163,093.85 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/29/23 | WIRE | ED BUSS | 161,008.63 |
| **Total** | | | | | | **324,102.48** |