BILLY AND BETTYE BUTLER

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 06/12/18 | 21247 | BILL BUTLER | 331.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/29/18 | 21953 | BILLY & BETTYE BUTLER | 340.01 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/30/18 | 21952 | BILLY BUTLER KINGDOM TRUST COMPANY FBO CUSTODIAN | 428.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/30/18 | 21951 | BETTYE BUTLER KINGDOM TRUST COMPANY FBO CUSTODIAN | 394.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/24/19 | 22586 | BILLY BUTLER | 7,021.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/03/19 | 23178 | BILLY & BETTYE BUTLER | 726.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/10/19 | 23443 | BILLY & BETTYE BUTLER | 368.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/10/19 | 23437 | BILLY & BETTYE BUTLER | 189.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/10/19 | 24171 | BILLY & BETTYE BUTLER | 383.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/10/19 | 24170 | BILLY & BETTYE BUTLER | 36.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/10/19 | 24172 | BILLY & BETTYE BUTLER | 15.71 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/19 | 24929 | BILLY & BETTYE BUTLER | 295.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/16/19 | 25054 | BILLY & BETTYE BUTLER | 471.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/10/20 | 25880 | BILLY BUTLER | 721.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/18/20 | 26325 | BILLY & BETTYE BUTLER | 10,113.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/08/20 | 27170 | BILLY & BETTYE BUTLER | 327.06 |
| McClain Farms | Mechanics Bank | 3070 | 05/31/22 | 2523 | BETTY BUTLER | 291,698.29 |
| **Subtotal** | | | | | | **313,864.48** |
| | | | | | | |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/10/23 | WIRE | BETTY BUTLER | 40,772.67 |
| **Subtotal** | | | | | | **40,772.67** |
| | | | | | | |
| **Total** | | | | | | **354,637.15** |