CALEB LITTLE

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 04/17/20 | 26165 | CALEB LITTLE | 30,112.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/17/20 | 26166 | CALEB LITTLE | 115,948.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/24/20 | 27127 | CALEB LITTLE | 75,352.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/06/21 | 28188 | CALEB LITTLE | 80,761.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/05/21 | 28960 | CALEB LITTLE | 215,258.67 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/20/21 | 6051 | CALEB LITTLE | 213,858.48 |
| McClain Farms | Mechanics Bank | 3070 | 02/28/22 | 2102 | CALEB LITTLE | 153,840.76 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/13/22 | WIRE | CALEB LITTLE | 154,917.91 |
| McClain Farms | Mechanics Bank | 3070 | 10/31/22 | 3848 | CALEB LITTLE | 155,081.49 |
| **Total** | | | | | | **1,195,131.91** |