DANNIE WINFREY

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/01/18 | 2590 | DANNIE WINFREY | 148,399.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/07/18 | 2691 | DANNIE WINFREY | 160,289.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/16/18 | 2934 | DANNIE WINFREY | 158,639.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/25/18 | 3033 | DANNIE WINFREY | 162,517.04 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/11/18 | 21650 | DANNIE WINFREY | 169,837.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/09/18 | 21868 | DANNIE WINFREY | 164,153.60 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/21/18 | 868 | DANNIE WINFREY | 181,947.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/09/19 | 22472 | DANNIE WINFREY | 246,472.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/25/19 | 22986 | DANNIE WINFREY | 248,994.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/25/19 | 22987 | DANNIE WINFREY | 194,614.90 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/01/19 | 23629 | DANNIE WINFREY | 208,596.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/18/19 | 23774 | DANNIE WINFREY | 251,913.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/06/19 | 24737 | DANNIE WINFREY | 248,379.87 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/06/19 | 24736 | DANNIE WINFREY | 223,472.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/08/20 | 25357 | DANNIE WINFREY | 232,250.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/08/20 | 25358 | DANNIE WINFREY | 206,688.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/24/20 | 26183 | DANNIE WINFREY | 240,445.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/24/20 | 26184 | DANNIE WINFREY | 196,196.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/13/20 | 27039 | DANNIE WINFREY | 448,841.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/04/20 | 27956 | DANNIE WINFREY | 241,735.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/04/20 | 27955 | DANNIE WINFREY | 172,246.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/06/21 | 29384 | DANNIE WINFREY | 244,400.47 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/06/21 | 29385 | DANNIE WINFREY | 197,634.66 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/16/21 | 3898 | DANNY WINFREY | 227,985.40 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/16/21 | 3897 | DANNY WINFREY | 204,677.29 |
| McClain Farms | Mechanics Bank | 3070 | 12/20/21 | 1574 | DANNIE WINFREY | 235,909.48 |
| McClain Farms | Mechanics Bank | 3070 | 01/03/22 | 1680 | DANNIE WINFREY | 211,386.48 |
| **Total** | | | | | | **5,828,627.43** |