DIAMOND B PRODUCTIONS LLC

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 10/09/18 | 21819 | DIAMOND B PRODUCTIONS LLC & RCB BANK | 320,901.99 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/31/19 | 22603 | DIAMOND B PRODUCTIONS & RCB BANK | 320,928.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/21/19 | 23535 | RCB BANK AND DIAMOND B PRODUCTIONS LLC | 322,463.79 |
| **Total** | | | | | | **964,294.23** |