ERIC DEJARNATT

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/28/23 | 6636 | ERIC DEJARNATT | 66,284.06 |
| McClain Farms | Mechanics Bank | 3070 | 03/14/23 | 7197 | ERIC DEJARNATT | 67,391.75 |
| **Total** | | | | | | **133,675.81** |