EDWIN STEWART

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/24/18 | WIRE | EDWIN P STEWART | 113,381.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/06/18 | WIRE | EDWIN P STEWART | 256,401.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/03/18 | WIRE | EDWIN P STEWART | 131,569.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/24/18 | WIRE | EDWIN P STEWART | 53,915.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/16/18 | WIRE | EDWIN P STEWART | 113,631.79 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/05/18 | WIRE | EDWIN P STEWART | 179,383.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/18/18 | WIRE | EDWIN P STEWART | 77,311.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/30/18 | WIRE | EDWIN P STEWART | 117,363.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/06/18 | WIRE | EDWIN P STEWART | 123,122.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/07/18 | WIRE | EDWIN P STEWART | 8,867.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/18 | WIRE | EDWIN P STEWART | 54,063.41 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/14/18 | WIRE | EDWIN P STEWART | 179,626.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/26/18 | WIRE | EDWIN P STEWART | 113,676.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/19/18 | WIRE | EDWIN P STEWART | 77,822.09 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/28/18 | WIRE | EDWIN P STEWART | 54,358.74 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/04/18 | WIRE | EDWIN P STEWART | 132,158.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/19 | WIRE | EDWIN P STEWART | 179,983.88 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/22/19 | WIRE | EDWIN P STEWART | 230,294.47 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/15/19 | 22694 | EDWIN P STEWART | 493.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/19/19 | WIRE | EDWIN P STEWART | 78,401.88 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/05/19 | WIRE | EDWIN P STEWART | 162,446.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/12/19 | WIRE | EDWIN P STEWART | 132,347.29 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/08/19 | WIRE | EDWIN P STEWART | 75,173.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/13/19 | WIRE | EDWIN P STEWART | 180,086.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/20/19 | WIRE | EDWIN P STEWART | 114,419.02 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/01/19 | WIRE | EDWIN P STEWART | 78,364.24 |

EDWIN STEWART

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/18/19 | WIRE | EDWIN P STEWART | 116,002.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/23/19 | WIRE | EDWIN P STEWART | 161,764.85 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/12/19 | WIRE | EDWIN P STEWART | 239,436.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/13/19 | WIRE | EDWIN P STEWART | 74,834.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/16/19 | WIRE | EDWIN P STEWART | 180,101.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/30/19 | WIRE | EDWIN P STEWART | 268,427.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/04/19 | WIRE | EDWIN P STEWART | 78,787.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/03/19 | WIRE | EDWIN P STEWART | 162,058.86 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/16/19 | WIRE | EDWIN P STEWART | 239,663.49 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/23/20 | WIRE | EDWIN P STEWART | 180,522.94 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/20 | WIRE | EDWIN P STEWART | 75,312.31 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/19/20 | WIRE | EDWIN P STEWART | 267,412.71 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/02/20 | WIRE | EDWIN P STEWART | 78,978.22 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/26/20 | WIRE | EDWIN P STEWART | 162,570.80 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/27/20 | WIRE | EDWIN P STEWART | 107,212.97 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/17/20 | WIRE | EDWIN P STEWART | 132,962.13 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/26/20 | WIRE | EDWIN P STEWART | 180,647.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/27/20 | WIRE | EDWIN P STEWART | 75,318.05 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/19/20 | WIRE | EDWIN P STEWART | 115,096.87 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/22/20 | WIRE | EDWIN P STEWART | 152,338.89 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/27/20 | WIRE | EDWIN P STEWART | 55,307.22 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/29/20 | WIRE | EDWIN P STEWART | 107,534.55 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/30/20 | WIRE | EDWIN P STEWART | 107,188.08 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/21/20 | WIRE | EDWIN P STEWART | 132,952.78 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 09/23/20 | WIRE | EDWIN P STEWART | 180,943.26 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/23/20 | WIRE | EDWIN P STEWART | 75,392.72 |

EDWIN STEWART

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 10/19/20 | WIRE | EDWIN P STEWART | 115,340.76 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/20/20 | WIRE | EDWIN P STEWART | 152,186.07 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/04/20 | WIRE | EDWIN P STEWART | 79,322.15 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/30/20 | WIRE | EDWIN P STEWART | 172,230.03 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/07/20 | WIRE | EDWIN P STEWART | 107,580.55 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/08/20 | WIRE | EDWIN P STEWART | 107,442.18 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/22/20 | WIRE | EDWIN P STEWART | 133,606.60 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/19/21 | WIRE | EDWIN P STEWART | 75,479.39 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/20/21 | WIRE | EDWIN P STEWART | 181,412.09 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/11/21 | WIRE | EDWIN P STEWART | 268,708.68 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/17/21 | WIRE | EDWIN P STEWART | 79,653.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/02/21 | 28740 | EDWIN P STEWART | 2,593.25 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/12/21 | WIRE | EDWIN P STEWART | 281,018.72 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/14/21 | WIRE | EDWIN P STEWART | 107,411.20 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/27/21 | WIRE | EDWIN P STEWART | 133,510.40 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/28/21 | WIRE | EDWIN P STEWART | 256,647.03 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/14/21 | WIRE | EDWIN P STEWART | 268,393.06 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/20/21 | WIRE | EDWIN P STEWART | 79,798.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/30/21 | 29524 | EDWIN P STEWART | 4,019.25 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/12/21 | WIRE | EDWIN P STEWART | 281,502.59 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/24/21 | WIRE | EDWIN P STEWART | 107,783.43 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 09/14/21 | WIRE | EDWIN P STEWART | 133,438.61 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/16/21 | WIRE | EDWIN P STEWART | 99,633.04 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/24/21 | WIRE | EDWIN P STEWART | 257,141.85 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/22/21 | WIRE | EDWIN P STEWART | 268,336.04 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/23/21 | WIRE | EDWIN P STEWART | 80,156.36 |

EDWIN STEWART

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 12/22/21 | WIRE | EDWIN P STEWART | 281,580.50 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/28/21 | WIRE | EDWIN P STEWART | 107,602.65 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/14/22 | WIRE | EDWIN P STEWART | 133,999.38 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/24/22 | WIRE | EDWIN P STEWART | 257,570.90 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/22/22 | WIRE | EDWIN P STEWART | 269,069.38 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/15/22 | WIRE | EDWIN P STEWART | 80,321.16 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/20/22 | WIRE | EDWIN P STEWART | 56,314.69 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/21/22 | WIRE | EDWIN P STEWART | 226,086.28 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/02/22 | WIRE | EDWIN P STEWART | 107,621.73 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/10/22 | WIRE | EDWIN P STEWART | 321,333.23 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/24/22 | WIRE | EDWIN P STEWART | 133,204.09 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/01/22 | WIRE | EDWIN P STEWART | 181,647.76 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 06/06/22 | WIRE | EDWIN P STEWART | 76,614.69 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/29/22 | WIRE | EDWIN P STEWART | 269,039.99 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/22/22 | WIRE | EDWIN P STEWART | 80,406.76 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/04/22 | WIRE | EDWIN P STEWART | 225,936.92 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/05/22 | WIRE | EDWIN P STEWART | 163,464.79 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/09/22 | WIRE | EDWIN P STEWART | 321,436.21 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/20/22 | WIRE | EDWIN P STEWART | 392,133.63 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/03/22 | WIRE | EDWIN P STEWART | 269,041.79 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/29/22 | WIRE | EDWIN P STEWART | 80,405.64 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/06/22 | WIRE | EDWIN P STEWART | 117,884.55 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/12/22 | WIRE | EDWIN P STEWART | 165,343.51 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/15/22 | WIRE | EDWIN P STEWART | 407,981.79 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/21/23 | WIRE | EDWIN P STEWART | 133,663.08 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/22/23 | WIRE | EDWIN P STEWART | 76,987.45 |

EDWIN STEWART

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 02/27/23 | WIRE | EDWIN P STEWART | 181,583.33 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/15/23 | WIRE | EDWIN P STEWART | 270,468.71 |
| **Total** | | | | | | **15,950,523.37** |