ERNEST GARD

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 05/22/20 | 25522 | ERNEST GARD | 52,014.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/04/20 | 26900 | ERNEST GARD | 207,647.81 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/15/20 | 27229 | ERNEST GARD | 190,075.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/20 | 27530 | ERNEST GARD | 100,946.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/12/20 | 27531 | ERNEST GARD | 180,652.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/08/21 | 26719 | ERNEST GARD | 272,871.20 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/21 | 27714 | ERNEST GARD | 392,071.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/05/21 | 28481 | ERNEST GARD | 32,598.23 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/21/21 | 29880 | EARNEST GARD | 122,612.69 |
| McClain Farms | Mechanics Bank | 3070 | 10/22/21 | 1180 | ERNEST GARD | 55,401.51 |
| **Subtotal** | | | | | | **1,606,891.43** |