GALE FORCE QUARTER HORSES
BOBBY GALE

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 03/21/18 | 2700 | GALE FORCE QUARTER HORSES | 68,928.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/15/18 | 3145 | BOBBY GALE | 67,075.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/28/19 | 22460 | GALE FORCE QUARTER HORSES | 67,284.25 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/12/19 | 23894 | GALE FORCE QUARTER HORSES | 65,618.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/26/19 | 25163 | GALE FORCE QUARTER HORSES | 65,255.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/16/20 | 26445 | GALE FORCE QUARTER HORSES | 62,997.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/09/20 | 27883 | GALE FORCE QUARTER HORSES | 63,141.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/04/21 | 28913 | GALE FORCE QUARTER HORSES | 63,449.58 |
| McClain Farms | Mechanics Bank | 3070 | 01/18/22 | 1766 | GALE FORCE QH | 4,624.49 |
| McClain Farms | Mechanics Bank | 3070 | 03/25/22 | 2245 | GALE FORCE QH | 67,305.21 |
| **Total** | | | | | | **595,679.85** |