'GARWOOD CATTLE COMPANY

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/18/19 | 23612 | GARWOOD CATTLE | 210,198.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/17/19 | 24528 | GARWOOD CATTLE | 149,132.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/10/20 | 25346 | GARWOOD CATTLE | 203,648.18 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/20 | 25385 | GARWOOD CATTLE | 241,530.77 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/20 | 25347 | GARWOOD CATTLE | 239,851.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/27/20 | 25386 | GARWOOD CATTLE | 262,976.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/28/20 | 26172 | GARWOOD CATTLE | 182,063.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/27/20 | 26726 | GARWOOD CATTLE | 1,111,402.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/22/20 | 26727 | GARWOOD CATTLE COMPANY | 1,655,155.43 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/25/21 | 29194 | GARWOOD CATTLE | 1,646,904.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/24/22 | 29195 | GARWOOD CATTLE | 233,655.87 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/28/22 | 29196 | GARWOOD CATTLE | 321,066.52 |
| **Total** | | | | | | **6,457,584.13** |