J S INVESTMENTS

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/01/19 | 23643 | J & S INVESTMENTS | 300,375.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/01/19 | 24713 | J & S INVESTMENTS | 455,895.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/05/20 | 25609 | J & S INVESTMENTS | 509,506.09 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/15/20 | 2371 | J & S INVESTMENTS | 590,622.46 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/16/20 | 2734 | J & S INVESTMENTS | 429,608.11 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/29/21 | 3133 | J & S INVESTMENTS | 535,322.02 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/11/21 | 29232 | J & S INVESTMENTS | 536,121.39 |
| **Total** | | | | | | **3,357,451.56** |