JIM RININGER

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/09/18 | 2524 | JIM RININGER | 160,930.87 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/28/18 | 2667 | JIM RININGER | 64,064.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/06/18 | 21204 | JIM RININGER | 160,080.43 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/17/18 | 21373 | JIM RININGER | 68,261.45 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/17/18 | 21919 | JIM RININGER | 161,023.89 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/10/18 | 22263 | JIM RININGER | 72,453.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/27/19 | 22796 | JIM RININGER | 161,127.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/10/19 | 23086 | JIM RININGER | 77,169.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/16/19 | 23760 | JIM RININGER | 160,412.43 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/28/19 | 24114 | JIM RININGER | 82,385.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/04/19 | 25017 | JIM RININGER | 160,124.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/20 | 24717 | JIM RININGER | 88,196.92 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/28/20 | 26209 | JIM RININGER | 160,562.57 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/20/20 | 26351 | JIM RININGER | 94,314.72 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/26/20 | 27132 | JIM RININGER | 160,719.91 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/20 | 27582 | JIM RININGER | 95,103.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/12/21 | 28172 | JIM RININGER | 160,820.27 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/24/21 | 3225 | JIM RININGER | 95,130.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/19/21 | 29015 | JIM RININGER | 160,892.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/14/21 | 29423 | JIM RININGER | 95,597.74 |
| McClain Farms | Mechanics Bank | 3070 | 09/28/21 | 1031 | JIM RININGER | 161,202.33 |
| McClain Farms | Mechanics Bank | 3070 | 11/29/21 | 1417 | JIM RININGER | 96,205.47 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/15/22 | 4248 | JIM RININGER | 161,207.45 |
| McClain Farms | Mechanics Bank | 3070 | 03/29/22 | 2278 | JIM RININGER | 96,230.77 |
| McClain Farms | Mechanics Bank | 3070 | 06/07/22 | 2722 | JIM RININGER | 160,629.36 |
| McClain Farms | Mechanics Bank | 3070 | 07/13/22 | 2961 | JIM RININGER | 96,606.35 |
| McClain Farms | Mechanics Bank | 3070 | 10/18/22 | 3716 | JIM RININGER | 160,308.85 |
| McClain Farms | Mechanics Bank | 3070 | 12/14/22 | 4291 | JIM RININGER | 96,802.57 |
| **Subtotal** | | | | | | **3,468,564.96** |

JIM RININGER

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 02/14/23 | 5075 | JIM RININGER | 160,528.37 |
| **Subtotal** | | | | | | **160,528.37** |
| | | | | | | |
| **Total** | | | | | | **3,629,093.33** |