JIMMY GREER

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/07/18 | 20823 | JIMMY GREER | 140,598.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/25/18 | 3032 | JIMMY GREER | 140,479.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/19/18 | 22134 | JIMMY GREER | 141,957.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/27/19 | 22810 | JIMMY GREER | 142,468.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/01/19 | 23628 | JIMMY GREER | 142,760.35 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/10/19 | 1825 | JIMMY GREER | 143,112.87 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/24/20 | 26185 | JIMMY GREER | 143,617.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/24/20 | 26616 | JIMMY GREER | 820.80 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/14/20 | 27038 | JIMMY GREER | 271,412.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/05/20 | 27703 | JIMMY GREER | 5,220.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/04/21 | 28398 | JIMMY GREER | 128,716.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/04/21 | 28397 | JIMMY GREER | 144,187.37 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/23/21 | 28904 | JIMMY GREER | 273,204.92 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/16/21 | 3895 | JIMMY GREER | 128,705.88 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/16/21 | 3896 | JIMMY GREER | 145,242.15 |
| McClain Farms | Mechanics Bank | 3070 | 11/19/21 | 1314 | JIMMY GREER | 5,513.75 |
| McClain Farms | Mechanics Bank | 3070 | 12/29/21 | 1630 | JIMMY GREER | 128,717.11 |
| McClain Farms | Mechanics Bank | 3070 | 12/29/21 | 1629 | JIMMY GREER | 145,281.28 |
| McClain Farms | Mechanics Bank | 3070 | 01/11/22 | 1768 | JIMMY GREER | 262,647.10 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/23/22 | 4263 | JIMMY GREER | 139,111.47 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/23/22 | 4264 | JIMMY GREER | 123,825.44 |
| McClain Farms | Mechanics Bank | 3070 | 04/08/22 | 2322 | JIMMY GREER | 139,966.05 |
| McClain Farms | Mechanics Bank | 3070 | 04/08/22 | 2321 | JIMMY GREER | 124,208.83 |
| McClain Farms | Mechanics Bank | 3070 | 05/06/22 | 2486 | JIMMY GREER | 138,631.56 |
| McClain Farms | Mechanics Bank | 3070 | 05/06/22 | 2485 | JIMMY GREER | 123,688.43 |
| McClain Farms | Mechanics Bank | 3070 | 05/20/22 | 2596 | JIMMY GREER | 137,711.20 |
| McClain Farms | Mechanics Bank | 3070 | 05/20/22 | 2595 | JIMMY GREER | 122,573.81 |
| McClain Farms | Mechanics Bank | 3070 | 05/26/22 | 2633 | JIMMY GREER | 137,503.78 |
| McClain Farms | Mechanics Bank | 3070 | 05/26/22 | 2634 | JIMMY GREER | 122,880.76 |

JIMMY GREER

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---------|------|--------|------|---------|-------|--------|
| McClain Farms | Mechanics Bank | 3070 | 06/22/22 | 2816 | JIMMY GREER | 138,566.14 |
| McClain Farms | Mechanics Bank | 3070 | 06/22/22 | 2817 | JIMMY GREER | 123,971.26 |
| McClain Farms | Mechanics Bank | 3070 | 07/11/22 | 2955 | JIMMY GREER | 138,294.29 |
| McClain Farms | Mechanics Bank | 3070 | 07/11/22 | 2956 | JIMMY GREER | 123,793.49 |
| McClain Farms | Mechanics Bank | 3070 | 08/31/22 | 3313 | JIMMY GREER | 140,710.04 |
| McClain Farms | Mechanics Bank | 3070 | 08/31/22 | 5283070 | JIMMY GREER | 125,377.77 |
| McClain Farms | Mechanics Bank | 3070 | 09/09/22 | 3363 | JIMMY GREER | 137,231.75 |
| McClain Farms | Mechanics Bank | 3070 | 09/09/22 | 3362 | JIMMY GREER | 121,916.04 |
| McClain Farms | Mechanics Bank | 3070 | 09/23/22 | 3475 | JIMMY GREER | 136,959.83 |
| McClain Farms | Mechanics Bank | 3070 | 09/23/22 | 3476 | JIMMY GREER | 121,420.58 |
| McClain Farms | Mechanics Bank | 3070 | 10/05/22 | 5283070 | JIMMY GREER | 136,111.84 |
| McClain Farms | Mechanics Bank | 3070 | 10/05/22 | 3611 | JIMMY GREER | 121,715.20 |
| McClain Farms | Mechanics Bank | 3070 | 11/04/22 | 3909 | JIMMY GREER | 137,966.72 |
| McClain Farms | Mechanics Bank | 3070 | 11/04/22 | 3910 | JIMMY GREER | 124,120.57 |
| McClain Farms | Mechanics Bank | 3070 | 11/18/22 | 4030 | JIMMY GREER | 136,751.49 |
| McClain Farms | Mechanics Bank | 3070 | 11/18/22 | 4029 | JIMMY GREER | 122,895.25 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/01/22 | 6420 | JIMMY GREER | 112,959.10 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 12/01/22 | 6419 | JIMMY GREER | 145,931.00 |
| McClain Farms | Mechanics Bank | 3070 | 12/12/22 | 4283 | JIMMY GREER | 112,774.46 |
| McClain Farms | Mechanics Bank | 3070 | 12/12/22 | 4282 | JIMMY GREER | 145,994.53 |
| McClain Farms | Mechanics Bank | 3070 | 12/19/22 | 4355 | JIMMY GREER | 112,900.02 |
| McClain Farms | Mechanics Bank | 3070 | 12/19/22 | 4354 | JIMMY GREER | 145,739.33 |
| McClain Farms | Mechanics Bank | 3070 | 01/03/23 | 4476 | JIMMY GREER | 214,901.55 |
| McClain Farms | Mechanics Bank | 3070 | 01/03/23 | 4477 | JIMMY GREER | 145,638.01 |

JIMMY GREER

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 01/12/23 | 4590 | JIMMY GREER | 214,625.98 |
| McClain Farms | Mechanics Bank | 3070 | 01/12/23 | 4591 | JIMMY GREER | 145,440.50 |
| McClain Farms | Mechanics Bank | 3070 | 01/24/23 | 4768 | JIMMY GREER | 214,139.91 |
| McClain Farms | Mechanics Bank | 3070 | 01/24/23 | 4769 | JIMMY GREER | 145,590.26 |
| McClain Farms | Mechanics Bank | 3070 | 01/25/23 | 4778 | JIMMY GREER | 6,364.85 |
| **Subtotal** | | | | | | **7,895,567.25** |
| | | | | | | |
| McClain Farms | Mechanics Bank | 3070 | 02/06/23 | 4937 | JIMMY GREER | 214,773.39 |
| McClain Farms | Mechanics Bank | 3070 | 02/06/23 | 4938 | JIMMY GREER | 145,679.85 |
| McClain Farms | Mechanics Bank | 3070 | 02/09/23 | 4938 | JIMMY GREER | 145,679.85 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6576 | JIMMY GREER | 214,650.10 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6577 | JIMMY GREER | 145,433.65 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6629 | JIMMY GREER | 213,373.18 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6628 | JIMMY GREER | 144,130.30 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6722 | JIMMY GREER | 213,394.15 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6723 | JIMMY GREER | 144,703.94 |
| McClain Farms | Mechanics Bank | 3070 | 03/13/23 | 7187 | JIMMY GREER | 213,787.17 |
| McClain Farms | Mechanics Bank | 3070 | 03/13/23 | 7186 | JIMMY GREER | 145,044.99 |
| McClain Farms | Mechanics Bank | 3070 | 03/20/23 | 7274 | JIMMY GREER | 213,639.27 |
| McClain Farms | Mechanics Bank | 3070 | 03/20/23 | 7275 | JIMMY GREER | 144,797.98 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7399 | JIMMY GREER | 213,482.90 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7398 | JIMMY GREER | 144,615.85 |
| McClain Farms | Mechanics Bank | 3070 | 03/31/23 | 7489 | JIMMY GREER | 213,383.01 |
| McClain Farms | Mechanics Bank | 3070 | 03/31/23 | 7490 | JIMMY GREER | 144,776.16 |
| **Subtotal** | | | | | | **3,015,345.74** |
| | | | | | | |
| **Total** | | | | | | **10,910,912.99** |