JOE BURNETT

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 04/29/22 | 2454 | JOE BURNETT | 219,481.39 |
| McClain Farms | Mechanics Bank | 3070 | 08/16/22 | 3206 | JOE BURNETT | 15,442.56 |
| McClain Farms | Mechanics Bank | 3070 | 01/04/23 | 4485 | JOE BURNETT | 14,878.60 |
| **Total** | | | | | | **249,802.55** |