DUSTIN JOHNSON

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/13/18 | 20120 | DUSTIN JOHNSON | 3,812.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/26/19 | 22725 | DUSTIN JOHNSON | 59,511.60 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/06/20 | 25267 | DUSTIN JOHNSON | 131,565.03 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/29/20 | 26353 | DUSTIN JOHNSON | 115,355.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/12/20 | 26976 | DUSTIN JOHNSON | 63,209.10 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/07/20 | 27661 | DUSTIN JOHNSON | 64,159.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/19/21 | 28590 | DUSTIN JOHNSON | 312,792.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/14/21 | 28963 | DUSTIN JOHNSON | 136,964.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/27/21 | 29470 | DUSTIN JOHNSON | 174,825.02 |
| McClain Farms | Mechanics Bank | 3070 | 10/19/21 | 1085 | DUSTIN JOHNSON | 166,195.38 |
| McClain Farms | Mechanics Bank | 3070 | 11/08/21 | 1244 | DUSTIN JOHNSON | 62,385.84 |
| McClain Farms | Mechanics Bank | 3070 | 01/05/22 | 1589 | DUSTIN JOHNSON | 229,432.22 |
| McClain Farms | Mechanics Bank | 3070 | 03/22/22 | 2197 | DUSTIN JOHNSON | 5,045.76 |
| McClain Farms | Mechanics Bank | 3070 | 04/29/22 | 2420 | DUSTIN JOHNSON | 196,820.73 |
| McClain Farms | Mechanics Bank | 3070 | 09/20/22 | 3302 | DUSTIN JOHNSON | 31,326.19 |
| McClain Farms | Mechanics Bank | 3070 | 01/12/23 | 4478 | DUSTIN JOHNSON | 76,824.34 |
| **Total** | | | | | | **1,830,225.94** |