KEITH HARRIS, KEITH HARRIS FARMS AND KKH FARMS

| Company | Bank | Acct. | Date | Check # | PAYEE | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/18 | 2573 | KKH FARMS | 20,253.30 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/18 | 2574 | KKH FARMS | 61,910.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/18 | 2575 | KKH FARMS | 73,600.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/26/18 | 2762 | KKH FARMS | 53,430.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/26/18 | 2761 | KKH FARMS | 146,641.53 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/27/18 | 2881 | KKH FARMS | 85,800.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/27/18 | 2880 | KKH FARMS | 107,834.25 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/22/18 | 3030 | KKH FARMS | 23,517.74 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/22/18 | 3028 | KKH FARMS | 76,160.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/22/18 | 3029 | KKH FARMS | 107,418.31 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/31/18 | 21423 | KKH FARMS | 16,148.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/31/18 | 21424 | KKH FARMS | 61,896.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/31/18 | 21425 | KKH FARMS | 133,355.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/11/18 | 21890 | KKH FARMS | 19,740.90 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/11/18 | 21891 | KKH FARMS | 49,836.65 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/11/18 | 21892 | KKH FARMS | 204,000.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/26/18 | 874 | KKH FARMS | 20,020.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/26/18 | 870 | KKH FARMS | 22,224.48 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/26/18 | 873 | KKH FARMS | 25,062.54 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/26/18 | 872 | KKH FARMS | 93,665.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/26/18 | 871 | KKH FARMS | 160,978.24 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/16/19 | 932 | KKH FARMS | 9,100.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/16/19 | 930 | KKH FARMS | 22,258.78 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/16/19 | 931 | KKH FARMS | 87,571.71 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/26/19 | 1042 | KKH FARMS - KEITH HARRIS FARMS | 23,400.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/26/19 | 1041 | KKH FARMS - KEITH HARRIS FARMS | 27,762.49 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/26/19 | 1040 | KKH FARMS - KEITH HARRIS FARMS | 245,906.70 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/12/19 | 1146 | KKH FARMS | 195,650.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/12/19 | 23513 | KEITH HARRIS FARMS | 13,050.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/12/19 | 23514 | KEITH HARRIS FARMS | 20,825.00 |

KEITH HARRIS, KEITH HARRIS FARMS AND KKH FARMS

| Company | Bank | Acct. | Date | Check # | PAYEE | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 06/12/19 | 23511 | KEITH HARRIS FARMS | 32,188.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/12/19 | 23510 | KEITH HARRIS FARMS | 58,328.70 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/12/19 | 23512 | KEITH HARRIS FARMS | 97,204.14 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/27/19 | 1446 | KEITH HARRIS FARMS | 40,062.85 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/27/19 | 1448 | KEITH HARRIS FARMS | 86,430.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/27/19 | 1447 | KEITH HARRIS FARMS | 249,820.69 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/22/19 | 1564 | KEITH HARRIS FARMS | 27,537.98 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/22/19 | 1565 | KEITH HARRIS FARMS | 110,198.62 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/22/19 | 1566 | KEITH HARRIS FARMS | 112,770.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/19/19 | 1705 | KEITH HARRIS FARMS | 23,141.45 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/19/19 | 1706 | KEITH HARRIS FARMS | 69,467.80 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/19/19 | 1704 | KEITH HARRIS FARMS | 165,165.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/26/19 | 1927 | KEITH HARRIS FARMS | 27,687.27 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/26/19 | 1925 | KEITH HARRIS FARMS | 171,951.40 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/26/19 | 1926 | KEITH HARRIS FARMS | 179,200.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/19/20 | 2091 | KEITH HARRIS FARMS | 21,247.95 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/19/20 | 2092 | KEITH HARRIS FARMS | 61,910.31 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/19/20 | 2093 | KEITH HARRIS FARMS | 161,280.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/30/20 | 2261 | KEITH HARRIS FARMS | 30,280.20 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/30/20 | 2262 | KEITH HARRIS FARMS | 43,120.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/30/20 | 2260 | KEITH HARRIS FARMS | 75,490.12 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/10/20 | 2536 | KEITH HARRIS FARMS | 27,880.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/10/20 | 2534 | KEITH HARRIS FARMS | 58,000.73 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/10/20 | 2535 | KEITH HARRIS FARMS | 312,085.75 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/15/20 | 2663 | KEITH HARRIS FARMS | 29,049.94 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/15/20 | 2661 | KEITH HARRIS FARMS | 48,720.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/15/20 | 2662 | KEITH HARRIS FARMS | 169,090.54 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/26/20 | 2783 | KEITH HARRIS FARMS | 15,492.02 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/26/20 | 2785 | KEITH HARRIS FARMS | 70,607.87 |

KEITH HARRIS, KEITH HARRIS FARMS AND KKH FARMS

| Company | Bank | Acct. | Date | Check # | PAYEE | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 10/26/20 | 2784 | KEITH HARRIS FARMS | 127,920.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/13/21 | 3064 | KEITH HARRIS FARMS | 36,333.72 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/13/21 | 3063 | KEITH HARRIS FARMS | 73,810.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/13/21 | 3062 | KEITH HARRIS FARMS | 212,853.10 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/18/21 | 3329 | KEITH HARRIS FARMS | 29,464.54 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/18/21 | 3331 | KEITH HARRIS FARMS | 107,870.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/18/21 | 3330 | KEITH HARRIS FARMS | 144,713.86 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/14/21 | 3431 | KEITH HARRIS FARMS | 23,792.69 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/14/21 | 3433 | KEITH HARRIS FARMS | 71,980.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/14/21 | 3432 | KEITH HARRIS FARMS | 93,027.69 |
| McClain Feed Yard | Mechanics Bank | 0197 | 05/03/21 | 3492 | KEITH HARRIS | 198,250.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/22/21 | 3668 | KEITH HARRIS FARMS | 15,438.37 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/22/21 | 3671 | KEITH HARRIS FARMS | 21,163.48 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/22/21 | 3672 | KEITH HARRIS FARMS | 28,350.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/22/21 | 3669 | KEITH HARRIS FARMS | 29,599.59 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/22/21 | 3670 | KEITH HARRIS FARMS | 254,156.80 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/23/21 | 3901 | KEITH HARRIS FARMS | 20,081.36 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/23/21 | 3902 | KEITH HARRIS FARMS | 137,468.72 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/23/21 | 3903 | KEITH HARRIS FARMS | 175,440.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/04/21 | 30021 | KEITH HARRIS | 21,648.97 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/04/21 | 30020 | KEITH HARRIS | 22,942.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/04/21 | 30022 | KEITH HARRIS | 229,320.00 |
| McClain Farms | Mechanics Bank | 3070 | 12/29/21 | 1639 | KEITH HARRIS FARMS | 34,115.62 |
| McClain Farms | Mechanics Bank | 3070 | 12/29/21 | 1638 | KEITH HARRIS FARMS | 70,483.92 |
| McClain Farms | Mechanics Bank | 3070 | 12/29/21 | 1637 | KEITH HARRIS FARMS | 196,000.00 |
| McClain Farms | Mechanics Bank | 3070 | 02/07/22 | 1954 | KEITH HARRIS FARMS | 36,032.14 |
| McClain Farms | Mechanics Bank | 3070 | 02/07/22 | 1955 | KEITH HARRIS FARMS | 117,986.15 |
| McClain Farms | Mechanics Bank | 3070 | 02/07/22 | 1956 | KEITH HARRIS FARMS | 125,160.00 |
| McClain Farms | Mechanics Bank | 3070 | 03/21/22 | 2222 | KEITH HARRIS FARMS | 28,888.54 |

Exhibit 86    Page 4 of 4

KEITH HARRIS, KEITH HARRIS FARMS AND KKH FARMS

| Company | Bank | Acct. | Date | Check # | PAYEE | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 03/21/22 | 2220 | KEITH HARRIS FARMS | 127,559.04 |
| McClain Farms | Mechanics Bank | 3070 | 03/21/22 | 2221 | KEITH HARRIS FARMS | 148,995.00 |
| McClain Farms | Mechanics Bank | 3070 | 05/16/22 | 2541 | KEITH HARRIS FARMS | 15,645.00 |
| McClain Farms | Mechanics Bank | 3070 | 05/16/22 | 2542 | KEITH HARRIS FARMS | 33,829.90 |
| McClain Farms | Mechanics Bank | 3070 | 05/16/22 | 2540 | KEITH HARRIS FARMS | 117,884.21 |
| McClain Farms | Mechanics Bank | 3070 | 08/04/22 | 3117 | KEITH HARRIS FARMS | 32,596.24 |
| McClain Farms | Mechanics Bank | 3070 | 08/04/22 | 3118 | KEITH HARRIS FARMS | 163,240.00 |
| McClain Farms | Mechanics Bank | 3070 | 08/04/22 | 3116 | KEITH HARRIS FARMS | 226,987.05 |
| McClain Farms | Mechanics Bank | 3070 | 10/26/22 | 3800 | KEITH HARRIS FARMS | 16,308.56 |
| McClain Farms | Mechanics Bank | 3070 | 10/26/22 | 3801 | KEITH HARRIS FARMS | 33,721.16 |
| McClain Farms | Mechanics Bank | 3070 | 10/26/22 | 3798 | KEITH HARRIS FARMS | 114,267.04 |
| McClain Farms | Mechanics Bank | 3070 | 10/26/22 | 3799 | KEITH HARRIS FARMS | 134,869.20 |
| **Subtotal** | | | | | | **8,634,622.49** |
| McClain Farms | Mechanics Bank | 3070 | 01/31/23 | 4881 | KEITH HARRIS FARMS | 45,450.80 |
| McClain Farms | Mechanics Bank | 3070 | 01/31/23 | 4880 | KEITH HARRIS FARMS | 79,380.00 |
| McClain Farms | Mechanics Bank | 3070 | 01/31/23 | 4879 | KEITH HARRIS FARMS | 391,679.96 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7414 | KEITH HARRIS | 27,285.75 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7416 | KEITH HARRIS | 46,720.00 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7415 | KEITH HARRIS | 171,096.21 |
| **Subtotal** | | | | | | **761,612.72** |
| **Total** | | | | | | **9,396,235.21** |