MICHAEL COOPER

| Company | Bank | Acct . | Date | Check  # | Payee | Amount |
|---------|------|--------|------|----------|-------|--------|
| McClain Feed Yard | Mechanics Bank | 0197 | 08/24/21 | 3904 | MICHAEL COOPER | 54,183.04 |
| **Total** | | | | | | **54,183.04** |