PAT BAKER

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 03/06/18 | 2670 | PAT BAKER | 63,934.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/30/18 | 21588 | PAT BAKER | 66,663.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/03/19 | 22408 | PAT BAKER | 70,464.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/09/19 | 23262 | PAT BAKER | 74,312.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/26/19 | 24344 | PAT BAKER | 78,265.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/03/20 | 25838 | PAT BAKER | 81,885.50 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/15/20 | 26757 | PAT BAKER | 54,697.46 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/04/21 | 28368 | PAT BAKER | 64,645.68 |
| **Total** | | | | | | **554,870.19** |