RALPH REISZ

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 05/17/22 | WIRE | RALPH REISZ | 377,791.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/16/20 | 26521 | RALPH REISZ | 377,484.10 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/27/22 | WIRE | RALPH REISZ | 377,175.04 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/29/22 | WIRE | RALPH REISZ | 377,155.20 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/05/22 | WIRE | RALPH REISZ | 376,837.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/07/19 | 23447 | RALPH REISZ | 376,454.82 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/28/21 | WIRE | RALPH REISZ | 376,343.65 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/09/20 | WIRE | RALPH REISZ | 375,817.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/10/18 | 22262 | RALPH REISZ | 375,650.33 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/16/21 | WIRE | RALPH REISZ | 375,453.11 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/20/21 | WIRE | RALPH REISZ | 375,267.44 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 07/13/21 | WIRE | RALPH A REISZ OR VERONICA W | 374,970.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/10/18 | 3079 | RALPH REISZ | 374,271.69 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/30/18 | 2576 | RALPH REISZ | 373,547.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/23/20 | 27357 | RALPH REISZ | 289,567.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/09/20 | 25826 | RALPH REISZ | 289,477.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/16/19 | 24008 | RALPH REISZ | 288,738.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/13/19 | 22853 | RALPH REISZ | 287,744.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/09/18 | 21878 | RALPH REISZ | 287,199.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/10/18 | 2821 | RALPH REISZ | 268,074.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/08/20 | 25332 | RALPH REISZ | 37,318.74 |
| **Subtotal** | | | | | | **7,012,341.47** |
| | | | | | | |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/27/23 | WIRE | RALPH REISZ | 378,543.67 |
| **Subtotal** | | | | | | **378,543.67** |
| | | | | | | |
| **Total** | | | | | | **7,390,885.14** |