ROBERT STEWART

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---------|------|--------|------|---------|-------|--------|
| McClain Farms | Community Financial Services Bank | 3786 | 12/02/19 | WIRE | ROBERT STEWART | 7,041.44 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/16/20 | WIRE | ROBERT STEWART | 198,137.99 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/11/21 | WIRE | ROBERT STEWART | 211,433.37 |
| McClain Feed Yard | Mechanics Bank | 0197 | 07/20/21 | WIRE | ROBERT STEWART | 222,817.94 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/10/22 | WIRE | ROBERT STEWART | 235,817.31 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/10/22 | WIRE | ROBERT STEWART | 250,000.19 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/04/22 | WIRE | ROBERT STEWART | 264,439.95 |
| **Total** | | | | | | **1,389,688.19** |