ROGER WELCH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 05/08/19 | 23224 | ROGER WELCH | 157,433.12 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/24/19 | 1374 | ARMSTRONG BANK | 163,136.44 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/06/19 | 24663 | ROGER WELCH | 156,279.93 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/07/20 | 24657 | ARMSTRONG BANK | 163,657.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/09/20 | 24658 | ROGER WELCH | 156,748.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/14/20 | 26091 | ARMSTRONG BANK | 191,187.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/19/20 | 26093 | ROGER WELCH | 157,487.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/08/21 | 28479 | RODGER WELCH | 157,123.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/19/21 | 27664 | ROGER WELCH | 156,997.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/12/22 | 27665 | ROGER WELCH | 157,411.20 |
| **Total** | | | | | | **1,617,463.58** |