ROSE VALLEY RANCH

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/05/18 | WIRE | ROSA VALLEY RANCH | 170,400.17 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/12/18 | WIRE | ROSA VALLEY RANCH | 110,394.12 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/23/18 | WIRE | ROSA VALLEY RANCH | 241,994.76 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/07/19 | WIRE | ROSE VALLEY RANCH | 23,788.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/25/19 | 23775 | ROSE VALLEY RANCH | 124,562.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/13/20 | 26784 | ROSE VALLEY RANCH | 82,409.62 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/10/20 | 27105 | ROSE VALLEY RANCH | 83,753.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/29/20 | 27478 | ROSE VALLEY RANCH | 83,199.59 |
| **Total** | | | | | | **920,502.61** |