SAWMILL CREEK LLC

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 02/09/18 | 2580 | SAWMILL CREEK LLC | 136,573.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/18 | 2741 | SAWMILL CREEK LLC | 6,533.84 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/23/18 | 2921 | SAWMILL CREEK LLC | 168,724.63 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/23/18 | 2922 | SAWMILL CREEK LLC | 158,089.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/13/18 | 2982 | SAWMILL CREEK LLC | 137,268.98 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/28/18 | 21514 | SAWMILL CREEK LLC | 98,671.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/10/18 | 21821 | SAWMILL CREEK LLC | 168,936.52 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/10/18 | 21820 | SAWMILL CREEK LLC | 158,747.34 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/15/18 | 22053 | SAWMILL CREEK LLC | 138,242.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/24/19 | 22547 | SAWMILL CREEK | 98,926.24 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/08/19 | 23210 | SAWMILL CREEK | 170,507.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/08/19 | 23209 | SAWMILL CREEK | 160,498.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/08/19 | 23211 | SAWMILL CREEK | 139,202.38 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/07/19 | 23845 | SAWMILL CREEK | 100,272.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/07/19 | 24345 | SAWMILL CREEK | 139,095.86 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/31/19 | 25111 | SAWMILL CREEK | 100,050.13 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/02/20 | 25226 | SAWMILL CREEK | 138,669.40 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/16/20 | 26399 | SAWMILL CREEK | 239,172.90 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/14/21 | 28074 | SAWMILL CREEK | 223,364.97 |
| **Total** | | | | | | **2,681,548.74** |