SCOTT STEWART

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 04/10/18 | WIRE | SCOTT E STEWART | 66,713.32 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/17/18 | WIRE | SCOTT E STEWART | 68,716.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/10/19 | WIRE | SCOTT STEWART | 72,254.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/23/19 | WIRE | SCOTT STEWART | 72,713.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/30/19 | WIRE | SCOTT STEWART | 73,385.61 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/18/20 | WIRE | SCOTT E STEWART | 73,120.07 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/08/20 | WIRE | SCOTT STEWART | 75,230.42 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/30/20 | WIRE | SCOTT STEWART | 75,606.57 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/26/21 | WIRE | SCOTT STEWART | 75,615.55 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 09/09/21 | WIRE | SCOTT STEWART | 78,066.71 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/18/22 | WIRE | SCOTT STEWART | 78,388.24 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/10/22 | WIRE | SCOTT STEWART | 78,292.26 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/31/22 | WIRE | SCOTT STEWART | 68,108.95 |
| **Subtotal** | | | | | | **956,211.93** |
| | | | | | | |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/17/23 | WIRE | SCOTT STEWART | 79,516.53 |
| **Subtotal** | | | | | | **79,516.53** |
| | | | | | | |
| **Total** | | | | | | **1,035,728.46** |