SCOTT LIVESTOCK

| Company | Bank | Acct. | Date | Check # | PAYEE | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 07/13/22 | 2954 | SCOTT LIVESTOCK | 769,423.26 |
| McClain Farms | Mechanics Bank | 3070 | 08/19/22 | 3222 | SCOTT LIVESTOCK | 161,587.06 |
| McClain Farms | Mechanics Bank | 3070 | 09/22/22 | 3442 | SCOTT LIVESTOCK | 160,139.87 |
| McClain Farms | Mechanics Bank | 3070 | 10/12/22 | 3649 | SCOTT LIVESTOCK | 160,380.91 |
| McClain Farms | Mechanics Bank | 3070 | 10/14/22 | 3676 | SCOTT LIVESTOCK | 885.00 |
| McClain Farms | Mechanics Bank | 3070 | 10/14/22 | 3675 | SCOTT LIVESTOCK | 157,433.86 |
| McClain Farms | Mechanics Bank | 3070 | 10/20/22 | 3734 | SCOTT LIVESTOCK | 164,092.42 |
| McClain Farms | Mechanics Bank | 3070 | 11/15/22 | 4002 | SCOTT LIVESTOCK | 244,783.18 |
| McClain Farms | Mechanics Bank | 3070 | 12/08/22 | 4161 | SCOTT LIVESTOCK | 400,185.24 |
| McClain Farms | Mechanics Bank | 3070 | 12/29/22 | 4384 | SCOTT LIVESTOCK | 238,188.42 |
| McClain Farms | Mechanics Bank | 3070 | 01/11/23 | 4560 | SCOTT LIVESTOCK | 735,760.45 |
| **Subtotal** | | | | | | **3,192,859.67** |
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 5058 | SCOTT LIVESTOCK | 354,520.41 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/22/23 | 6581 | SCOTT LIVESTOCK | 230,831.73 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/01/23 | 6675 | SCOTT LIVESTOCK | 230,831.73 |
| McClain Farms | Mechanics Bank | 3070 | 03/14/23 | 7200 | SCOTT LIVESTOCK | 639,183.85 |
| McClain Farms | Mechanics Bank | 3070 | 03/24/23 | 7355 | SCOTT LIVESTOCK | 559,994.07 |
| McClain Farms | Mechanics Bank | 3070 | 03/31/23 | 7464 | SCOTT LIVESTOCK | 252,424.52 |
| McClain Farms | Mechanics Bank | 3070 | 03/31/23 | 7463 | SCOTT LIVESTOCK | 642,855.75 |
| **Subtotal** | | | | | | **2,910,642.06** |
| **Total** | | | | | | **6,103,501.73** |