KEITH MYERS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 06/14/18 | 21257 | KEITH MYERS | 118,586.66 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/12/18 | 21888 | KEITH MYERS | 123,744.67 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/14/18 | 22306 | KEITH MYERS | 182,402.26 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/14/19 | 22722 | KEITH MYERS | 131,970.59 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/12/19 | 1145 | KEITH MYERS | 140,206.22 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/05/19 | 23664 | KEITH MYERS | 132,440.73 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/12/19 | 24242 | KEITH MYERS | 140,552.53 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/05/19 | 1793 | KEITH MYERS | 132,623.48 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/23/20 | 25492 | KEITH MYERS | 141,504.06 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/23/20 | 26189 | KEITH MYERS | 132,833.36 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/12/20 | 26541 | KEITH MYERS | 141,489.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/18/20 | 27371 | KEITH MYERS | 134,119.34 |
| McClain Feed Yard | Mechanics Bank | 0197 | 10/21/20 | 2750 | KEITH MYERS | 141,464.21 |
| McClain Feed Yard | Mechanics Bank | 0197 | 01/25/21 | 3119 | KEITH MYERS | 133,409.49 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/09/21 | 3223 | KEITH MYERS | 141,638.78 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/28/21 | 29124 | KEITH MYERS | 133,872.89 |
| **Total** | | | | | | **2,202,859.09** |