TOMMY MANION RANCH CATTLE

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 01/05/18 | 2496 | TOMMY MANTON RANCH INC | 68,457.15 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/05/18 | 2495 | TOMMY MANTON RANCH INC | 65,241.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/07/18 | 2579 | TOMMY MANION | 68,162.42 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/10/18 | 2790 | TOMMY MANTON RANCH INC | 67,900.54 |
| McClain Farms | Community Financial Services Bank | 3786 | 04/10/18 | 2789 | TOMMY MANTON RANCH INC | 66,673.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/09/18 | 2874 | TOMMY MANION | 65,804.47 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/21/18 | 2983 | TOMMY MANTON RANCH INC | 59,344.64 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/30/18 | 3121 | TOMMY MANTON RANCH INC | 61,141.43 |
| McClain Farms | Community Financial Services Bank | 3786 | 09/10/18 | 21583 | TOMMY MANION | 60,106.49 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/11/18 | 21851 | TOMMY MANTON RANCH INC | 58,462.08 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/23/18 | 21896 | TOMMY MANION | 60,072.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/27/18 | 22094 | TOMMY MANION | 61,820.95 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/08/19 | 22402 | TOMMY MANION RANCH CATTLE | 60,445.56 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/25/19 | 22530 | TOMMY MANION RANCH CATTLE | 61,166.21 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/13/19 | 22829 | TOMMY MANION RANCH CATTLE | 60,793.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 03/29/19 | 22948 | TOMMY MANION RANCH CATTLE | 61,801.96 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/10/19 | 23223 | TOMMY MANION RANCH CATTLE | 59,016.35 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/06/19 | 23389 | TOMMY MANION RANCH CATTLE | 59,869.61 |
| McClain Farms | Community Financial Services Bank | 3786 | 07/22/19 | 23650 | TOMMY MANION | 58,625.19 |
| McClain Farms | Community Financial Services Bank | 3786 | 08/22/19 | 23928 | TOMMY MANION RANCH CATTLE | 61,847.58 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/07/19 | 24281 | TOMMY MANION RANCH CATTLE | 60,047.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 10/24/19 | 24540 | TOMMY MANION RANCH CATTLE | 58,284.14 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/27/19 | 24837 | TOMMY MANION RANCH CATTLE | 59,706.02 |
| McClain Farms | Community Financial Services Bank | 3786 | 01/29/20 | 25265 | TOMMY MANION RANCH CATTLE | 58,935.81 |
| **Subtotal** | | | | | | **1,483,727.56** |