BRENT BURNETT

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6634 | BRENT BURNETT | 117,096.07 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6635 | BRENT BURNETT | 59,153.63 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6742 | BRENT BURNETT | 117,462.20 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6741 | BRENT BURNETT | 59,555.71 |
| **Total** | | | | | | **353,267.61** |