CODIE AND MORGAN PERRY

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 02/22/23 | 3512 | CODIE PERRY | 163,249.24 |
| **Total** | | | | | | **163,249.24** |