MYKEL TIDWELL

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 01/30/23 | 4834 | MYKEL TIDWELL | 250,946.35 |
| McClain Farms | Mechanics Bank | 3070 | 01/30/23 | 4833 | MYKEL TIDWELL | 250,681.38 |
| McClain Farms | Mechanics Bank | 3070 | 02/07/23 | 4949 | MYKEL TIDWELL | 251,980.92 |
| McClain Farms | Mechanics Bank | 3070 | 02/07/23 | 4950 | MYKEL TIDWELL | 251,943.35 |
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 5068 | MYKEL TIDWELL | 252,307.28 |
| McClain Farms | Mechanics Bank | 3070 | 02/13/23 | 5069 | MYKEL TIDWELL | 252,273.80 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6575 | MYKEL TIDWELL | 252,476.92 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | 6574 | MYKEL TIDWELL | 252,137.18 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6632 | MYKEL TIDWELL | 252,055.69 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | 6633 | MYKEL TIDWELL | 251,884.02 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6725 | MYKEL TIDWELL | 252,205.34 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | 6724 | MYKEL TIDWELL | 251,558.28 |
| McClain Farms | Mechanics Bank | 3070 | 03/13/23 | 7184 | MYKEL TIDWELL | 252,385.76 |
| McClain Farms | Mechanics Bank | 3070 | 03/13/23 | 7185 | MYKEL TIDWELL | 251,174.07 |
| McClain Farms | Mechanics Bank | 3070 | 03/20/23 | 7276 | MYKEL TIDWELL | 252,279.29 |
| McClain Farms | Mechanics Bank | 3070 | 03/20/23 | 7277 | MYKEL TIDWELL | 251,468.64 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7401 | MYKEL TIDWELL | 252,986.32 |
| McClain Farms | Mechanics Bank | 3070 | 03/27/23 | 7400 | MYKEL TIDWELL | 251,873.17 |
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7498 | MYKEL TIDWELL | 252,941.03 |
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7499 | MYKEL TIDWELL | 251,679.70 |
| **Total** | | | | | | **5,039,238.49** |