RICK RODGERS

| Company | Bank | Acct . | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 02/02/23 | 4894 | RICK RODGERS | 21,363.27 |
| McClain Farms | Mechanics Bank | 3070 | 02/02/23 | 4895 | RICK RODGERS | 9,020.51 |
| McClain Farms | Mechanics Bank | 3070 | 02/02/23 | 4893 | RICK RODGERS | 6,911.35 |
| McClain Farms | Mechanics Bank | 3070 | 02/02/23 | 4896 | RICK RODGERS | 407.79 |
| McClain Farms | Mechanics Bank | 3070 | 02/14/23 | 5013 | RICK RODGERS | 99,720.97 |
| McClain Farms | Mechanics Bank | 3070 | 04/03/23 | 7509 | RICK RODGERS | 5,191.80 |
| **Total** | | | | | | **142,615.69** |