STAN AYERS

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Mechanics Bank | 3070 | 02/10/23 | 4979 | STAN AYERS | 63,061.82 |
| McClain Farms | Mechanics Bank | 3070 | 02/10/23 | 4977 | STAN AYERS | 96,761.45 |
| McClain Farms | Mechanics Bank | 3070 | 02/10/23 | 4978 | STAN AYERS | 146,165.82 |
| **Total** | | | | | | **305,989.09** |