THORLAKSON DIAMOND T FEEDERS LP

| Company | Bank | Acct. | Date | Payee | Amount |
|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 02/09/23 | THORLAKSON DIAMOND T FEEDERS LP | 421,528.66 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/16/23 | THORLAKSON DIAMOND T FEEDERS LP | 967,156.63 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/23/23 | THORLAKSON DIAMOND T FEEDERS LP | 317,655.97 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/01/23 | THORLAKSON DIAMOND T FEEDERS LP | 765,874.66 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/02/23 | THORLAKSON DIAMOND T FEEDERS LP | 805,557.93 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/07/23 | THORLAKSON DIAMOND T FEEDERS LP | 415,811.95 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/09/23 | THORLAKSON DIAMOND T FEEDERS LP | 396,705.84 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/10/23 | THORLAKSON DIAMOND T FEEDERS LP | 115,561.92 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/22/23 | THORLAKSON DIAMOND T FEEDERS LP | 1,063,737.49 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/03/23 | THORLAKSON DIAMOND T FEEDERS LP | 2,000,164.27 |
| **Total** | | | | | **7,269,755.32** |