WR RUSSELL JR

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 01/31/23 | WIRE | WR RUSSELL JR | 218,547.89 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/21/23 | WIRE | WR RUSSELL JR | 133,663.08 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/22/23 | WIRE | WR RUSSELL JR | 76,987.45 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/23/23 | WIRE | WR RUSSELL JR | 270,907.01 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/27/23 | WIRE | WR RUSSELL JR | 451,789.91 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/01/23 | WIRE | WR RUSSELL JR | 272,479.53 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/15/23 | WIRE | WR RUSSELL JR | 270,468.71 |
| **Total** | | | | | | **1,694,843.58** |