WJ PERFORMANCE HORSES INC

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Feed Yard | Mechanics Bank | 0197 | 03/21/23 | WIRE | WJ PERFORMANCE HORSES INC | 794,432.65 |
| **Total** | | | | | | **794,432.65** |