NATIONAL FINANCIAL SERVICES

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 04/05/19 | WIRE | NATIONAL FINANCIAL SERVICES | 376,761.92 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/06/19 | WIRE | NATIONAL FINANCIAL SERVICES | 430,952.51 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/06/19 | WIRE | NATIONAL FINANCIAL SERVICES | 85,734.05 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/09/19 | WIRE | NATIONAL FINANCIAL SERVICES | 90,372.96 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/13/20 | WIRE | NATIONAL FINANCIAL SERVICES | 539,193.60 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/13/20 | WIRE | NATIONAL FINANCIAL SERVICES | 185,434.41 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/21/20 | WIRE | NATIONAL FINANCIAL SERVICES | 269,675.30 |
| McClain Feed Yard | Mechanics Bank | 0197 | 08/21/20 | WIRE | NATIONAL FINANCIAL SERVICES | 186,874.08 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 08/25/20 | WIRE | NATIONAL FINANCIAL SERVICES | 310,508.10 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/21/20 | WIRE | NATIONAL FINANCIAL SERVICES | 624,767.28 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/21/20 | WIRE | NATIONAL FINANCIAL SERVICES | 188,297.22 |
| McClain Feed Yard | Mechanics Bank | 0197 | 12/22/20 | WIRE | NATIONAL FINANCIAL SERVICES | 624,767.28 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/23/21 | WIRE | NATIONAL FINANCIAL SERVICES | 670,326.09 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/23/21 | WIRE | NATIONAL FINANCIAL SERVICES | 169,975.73 |
| McClain Feed Yard | Mechanics Bank | 0197 | 09/08/21 | WIRE | NATIONAL FINANCIAL SERVICES | 809,168.24 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/01/22 | WIRE | NATIONAL FINANCIAL SERVICES | 99,975.30 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 06/06/22 | WIRE | NATIONAL FINANCIAL SERVICES | 1,697,450.01 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/21/22 | WIRE | NATIONAL FINANCIAL SERVICES | 24,523.50 |
| McClain Feed Yard | Mechanics Bank | 0197 | 06/21/22 | WIRE | NATIONAL FINANCIAL SERVICES | 24,523.50 |
| McClain Feed Yard | Mechanics Bank | 0197 | 11/22/22 | WIRE | NATIONAL FINANCIAL SERVICES | 38,864.55 |
| **Total** | | | | | | **7,448,145.63** |