RIVER VALLEY AG CREDIT

| Company | Bank | Acct . | Date | Check  # | Payee | Amount |
|---|---|---|---|---|---|---|
| McClain Farms | Community Financial Services Bank | 3786 | 07/01/19 | 23635 | RIVER VALLEY AG CREDIT | 19,484.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/19/19 | 24838 | RIVER VALLEY AG CREDIT | 7,000.00 |
| McClain Farms | Community Financial Services Bank | 3786 | 11/29/19 | 24995 | RIVER VALLEY AG CREDIT | 15,912.39 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/01/20 | 26237 | RIVER VALLEY AG CREDIT | 24,035.59 |
| McClain Farms | Community Financial Services Bank | 3786 | 05/01/20 | 26240 | RIVER VALLEY AG CREDIT | 2,017,103.82 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/04/20 | 26468 | RIVER VALLEY AG CREDIT | 493,457.83 |
| McClain Farms | Community Financial Services Bank | 3786 | 06/24/20 | 26626 | RIVER VALLEY AG CREDIT | 19,484.51 |
| McClain Farms | Community Financial Services Bank | 3786 | 12/23/20 | 28087 | RIVER VALLEY AG CREDIT | 2,558,492.16 |
| McClain Farms | Community Financial Services Bank | 3786 | 02/08/21 | 28416 | RIVER VALLEY AG CREDIT | 2,509,121.25 |
| **Total** | | | | | | **7,664,092.06** |