HEARTLAND COOP

| Company | Bank | Acct. | Date | Payee | Amount |
|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | 01/30/23 | HEARTLAND COOP | 52,882.63 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/14/23 | HEARTLAND COOP | 79,264.04 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/14/23 | HEARTLAND COOP | 14,916.74 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/21/23 | HEARTLAND COOP | 53,055.74 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/21/23 | HEARTLAND COOP | 6,849.48 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/27/23 | HEARTLAND COOP | 47,527.97 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/06/23 | HEARTLAND COOP | 47,857.86 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/06/23 | HEARTLAND COOP | 6,374.62 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/13/23 | HEARTLAND COOP | 56,176.80 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/20/23 | HEARTLAND COOP | 48,678.12 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/27/23 | HEARTLAND COOP | 21,184.82 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/27/23 | HEARTLAND COOP | 15,350.12 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 04/03/23 | HEARTLAND COOP | 39,549.03 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/03/23 | HEARTLAND COOP | 8,180.75 |
| **Total** | | | | | **497,848.72** |