LAND O LAKES AG SERVICE

| Company | Bank | Acct. | Type | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | DEBIT | 01/31/23 | WIRE | LAND O LAKES AG SERVICE | 8,938.72 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | DEBIT | 02/06/23 | WIRE | LAND O LAKES AG SERVICE | 8,809.86 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | DEBIT | 02/14/23 | WIRE | LAND O LAKES AG SERVICE | 8,693.03 |
| McClain Feed Yard | Mechanics Bank | 0197 | DEBIT | 02/16/23 | WIRE | LAND O LAKES AG SERVICE | 10,401.40 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | DEBIT | 02/22/23 | WIRE | LAND O LAKES AG SERVICE | 8,747.80 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | DEBIT | 02/27/23 | WIRE | LAND O LAKES AG SERVICE | 8,463.02 |
| McClain Feed Yard | Mechanics Bank | 0197 | DEBIT | 03/02/23 | WIRE | LAND O LAKES AG SERVICE | 9,898.64 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | DEBIT | 03/07/23 | WIRE | LAND O LAKES AG SERVICE | 8,850.02 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | DEBIT | 03/13/23 | WIRE | LAND O LAKES AG SERVICE | 8,806.21 |
| McClain Feed Yard | Mechanics Bank | 0197 | DEBIT | 03/17/23 | WIRE | LAND O LAKES AG SERVICE | 9,943.97 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | DEBIT | 03/21/23 | WIRE | LAND O LAKES AG SERVICE | 8,645.57 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | DEBIT | 03/27/23 | WIRE | LAND O LAKES AG SERVICE | 8,656.52 |
| McClain Feed Yard | Mechanics Bank | 0197 | DEBIT | 03/31/23 | WIRE | LAND O LAKES AG SERVICE | 9,927.49 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | DEBIT | 04/03/23 | WIRE | LAND O LAKES AG SERVICE | 8,747.80 |
| **Total** | | | | | | | **127,530.05** |