REINERT HAY CO

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | 01/31/23 | 6467 | REINERT HAY CO | 30,000.00 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/07/23 | 6469 | REINERT HAY CO | 30,000.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 02/13/23 | 4843 | REINERT HAY CO | 11,592.50 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/14/23 | 6476 | REINERT HAY CO | 38,052.50 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/01/23 | 4862 | REINERT HAY CO | 12,357.50 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/24/23 | 4966 | REINERT HAY CO | 5,850.50 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/29/23 | 6778 | REINERT HAY CO | 30,000.00 |
| **Total** | | | | | | **157,853.00** |