VET INDUSTRIES FEED & SUPPLY

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/01/23 | 6463 | VET INDUSTRIES FEED & SUPPLY | 65,000.00 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/16/23 | 2464 | VET INDUSTRIES | 25,000.00 |
| McClain Feed Yard | Mechanics Bank | 0197 | 03/15/23 | 4920 | VET INDUSTRIES | 45,356.54 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/15/23 | 2498 | VET INDUSTRIES | 40,171.67 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 04/04/23 | 6777 | VET INDUSTRIES FEED & SUPPLY | 40,171.67 |
| McClain Feed Yard | Mechanics Bank | 0197 | 04/04/23 | 4977 | VET INDUSTRIES | 19,002.38 |
| **Total** | | | | | | **234,702.26** |