WHITE ENERGY

| Company | Bank | Acct. | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|---|
| 7M Cattle Feeders | Mechanics Bank | 0423 | 01/30/23 | 6462 | WHITE ENERGY | 50,000.00 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/06/23 | 6472 | WHITE ENERGY | 54,353.36 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 02/07/23 | 6473 | WHITE ENERGY | 20,333.28 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/01/23 | 6646 | WHITE ENERGY | 51,528.72 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/20/23 | 6769 | WHITE ENERGY | 57,667.20 |
| 7M Cattle Feeders | Mechanics Bank | 0423 | 03/30/23 | 6772 | WHITE ENERGY | 59,083.20 |
| **Total** | | | | | | **292,965.76** |