



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed February 28, 2025

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| McClain Feed Yard, Inc., et al | § | Case No. 23-20084-rlj-7 |
| | § | |
| *Debtors*. | § | Jointly Administered |

### ORDER GRANTING AGREED MOTION FOR THE WITHDRAW OF C. DUNHAM BILES AND STEPTOE & JOHNSON PLLC AS COUNSEL FOR FIRST BANK & TRUST

This matter is before the Court Agreed Motion for the Withdraw of C. Dunham Biles and Steptoe & Johnson PLLC as Counsel (the "**Motion**") filed in the above-entitled Chapter 7 case by First Bank & Trust.

The Court, having reviewed the Motion, and for good cause appearing, **HEREBY GRANTS** the Motion and Orders that C. Dunham Biles and the firm of Steptoe & Johnson, PLLC are withdrawn as counsel of record for First Bank & Trust.

###############################END OF ORDER###############################

*Order Submitted by:*

/s/ C. Dunham Biles                              Dated:  December 12, 2024
C. Dunham Biles
State Bar No. 24042407
**BILES WILSON, PLLC**
457 Laurence St., Suite 195
Heath, Texas 75032
972-345-2626
dunham@bileswilson.com