## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case No. 23-20084-RLJ-7 |
| MCCLAIN FEED YARD, INC.., et al.,1 | § | |
| Debtors. | § | Jointly Administered |

## Agreed Amendment to Stipulated Protective Order
## [Doc 194]

Pursuant to Paragraph 37 ("Amendment of Protective Order") which provides, "This Stipulated Protective Order may be amended by the written stipulation of the Parties or by the Court upon a showing of good cause," the Parties[1] hereby agree to amend Paragraphs 22 and 32 of the Stipulated Protective Order (Doc No. 194) entered in the matter of *In re: McClain Feed Yard, Inc., et al.*, United States Bankruptcy Court for the Northern District of Texas, Amarillo Division, case number 23-20084-RLJ-7, as follows:

22. <u>Disclosure of Confidential Material to Qualified Persons</u>: Protected Material may be disclosed and copies may be provided by the Receiving Party to any of the following "qualified persons":

j.     Any Party's insurance company and such insurance company's auditors, regulators, accountants, and reinsurers.

## RETURN OR DESTRUCTION OF DOCUMENTS OR INFORMATION

32.     No later than sixty (60) days after Conclusion of the Action, each Receiving Party or other individuals subject to this Stipulated Protective Order shall be under an obligation to destroy or return to the Designating Party any Protected Material subject to this Stipulated Protective Order that is in his or her possession, custody or control, including all copies thereof. Notice of the destruction or return

of any such Protected Material shall be made by Counsel in writing, and notice of receipt thereof shall be acknowledged in writing. If any insurance company subject to this Stipulated Protected Order is unable to comply with the sixty (60) day return or destruction requirement because of document retention requirements including contractual, statutory, or regulatory obligations, such insurance company will maintain Protected Material in its files, in continuing compliance with the terms of this Stipulated Protective Order until such time that the insurer is permitted to destroy Protected Material in accordance with its contractual, statutory, or regulatory obligations. Notwithstanding the foregoing provisions of this Paragraph, receiving Counsel shall be entitled to retain all litigation documents containing Protected Material which become part of this Action's record, including pleadings, briefs, and exhibits. The Trustee shall not be subject to this Paragraph.

The Parties further agree to amend the last paragraph of Exhibit A – Confidentiality Agreement to the Stipulated Protective Order as follows:

I understand that I am to retain all documents or materials designated as "CONFIDENTIAL" or containing Confidential Information in a secure manner, and that all such documents and materials are to remain in my personal custody until the completion of my assigned duties in this matter, whereupon all such documents and materials designated "CONFIDENTIAL" including all copies thereof, and any writings prepared by me containing any Confidential Information, are to be (1) returned to the person(s) who provided me with such documents and materials, (2) destroyed, or (3) permanently deleted. If any insurance company subject to this Stipulated Protected Order is unable to return, destroy, or permanently delete documents and material containing Confidential Information upon completion of its duties in this matter because of document retention requirements including contractual, statutory, or regulatory obligations, such insurance company will maintain Confidential Information in its files, in continuing

compliance with the terms of this Stipulated Protective Order until such time that the insurer is permitted to destroy documents and material containing Confidential Information in accordance with its contractual, statutory, or regulatory obligations.

AGREED:

MCWHORTER, COBB AND JOHNSON,
LLP
Todd J. Johnston, SBN 24050837
1722 Broadway Street
Lubbock, Texas 79401-3014
Telephone: (806) 762-0214
Email: tjohnston@mcjllp.com


By: */s/ Todd J. Johnston*
Todd Johnston

LYNN PINKER HURST &
SCHWEGMANN, LLP
Alan Dabdoub, SBN 24056836
2100 Ross Ave. Ste 2700
Dallas, Texas 75201-7919
Telephone: (214) 981-3800
Email: adabdoub@lynnllp.com


By: */s/ Alan Dabdoub*
Alan Dabdoub

JOBE LAW PLLC
Hudson Jobe, SBN 24041189
6060 N. Central Expy Ste. 500
Dallas, Texas 75206-
Telephone: (214) 514-5656
Email: hjobe@jobelawpllc.com


By: */s/ Hudson M. Jobe*
Hudson M. Jobe

JAMES D. BRADBURY, PLLC
James D. Bradbury, SBN 02814500
9111 Jollyville Rd. Ste 220
Austin, Texas 78759-7454
Telephone: (817) 339-1105
Email: jim@bradburycounsel.com


By: */s/ James 'Jim' D. Bradbury*
James 'Jim' D. Bradbury

Naman, Howell, Smith & Lee PLLC
David L. LeBas, SBN 12098600
8310 N. Capital of Texas Hwy Ste 490
Austin, Texas 78731-1081
Telephone: (512) 479-0300
Email: dlebas@namanhowell.com

By: */s/ David L. LeBas*
David L. LeBas

LEAL LAW FIRM, LLC
Abel A. Leal, SBN 24026989
9238 Moss Haven Dr.
Dallas, Texas 75231-1412
Telephone: (214)395-5325
Email: abel@leal.law


By: */s/ Abel A. Leal*
Abel A. Leal

MCWHORTER, COBB AND JOHNSON, LLP
Timothy T. Pridmore, SBN 00788224
1722 Broadway St.
Lubbock, Texas 79401-3014
Telephone: (806) 762-0214
Email: tpridmore@mcjllp.com


By: /s/ Timothy T. Pridmore
Timothy T. Pridmore

LOVELL ISERN & FARABOUGH, LLP
John H. Lovell, SBN 12609300
112 SW 8th Avenue, Suite 1000
Amarillo, Texas 79101-2314
Telephone: (806) 373-1515
Email: john@lovell-law.net


By:   /s/ John H. Lovell
John H. Lovell

CRENSHAW, DUPREE, MILAM, LLP
Amber S. Miller, SBN 24050320
4411 98th St. Ste 107
Lubbock, Texas 79424-5061
Telephone: (806) 470-6086
Email: amiller@cdmlaw.com


By: /s/ Amber S. Miller
Amber S. Miller

MULLIN, HOARD & BROWN, LLP
Matthew S. Merriott, SBN 24100846
500 S. Taylor St.
Amarillo, Texas 79101-2314
Telephone: (806) 372-5050
Email: mmerriott@mhba.com


By: /s/ Matthew S. Merriott
Matthew S. Merriott

SPROUSE SHRADER SMITH, PLLC
John F. Massouh, SBN 24026866
701 S. Taylor St. Suite 500
Amarillo, Texas 79101-2314
Telephone: (806) 468-3300

Email:John.massouh@sprouselaw.com


By: /s/ John F. Massouh
John F. Massouh