

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 1, 2025**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO and LUBBOCK DIVISIONS

| | |
|---|---|
| In re:<br><br>McClain Feed Yard, Inc., et al.,[1]<br><br>    Debtors.<br>_____<br><br>In re:<br><br>2B Farms, Texas General Partnership, et al.,[2]<br><br>    Debtors.<br>_____<br><br>AgTexas Farm Credit Services, AgTexas, PCA, Thorlakson Diamond T Feeders, LP,<br><br>    Plaintiffs,<br><br>Edward Dufurrena, et al.,[3] | §<br>§<br>§ Case No. 23-20084-rlj7<br>§ Jointly Administered<br>§<br>§<br>§<br>_____<br>§<br>§<br>§<br>§ Case No. 23-50096-rlj12<br>§ Jointly Administered<br>§<br>§<br>§<br>_____<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

---

[1] The jointly administered debtors in Case No. 23-20084 are McClain Feed Yard, Inc., McClain Farms, Inc. (Case No. 23-20085-rlj7), and 7M Cattle Feeders, Inc. (Case No. 23-20086-rlj7).

[2] The jointly administered debtors in Case No. 23-50096 are 2B Farms, a Texas General Partnership, and Terry M. and Rebecca A. Robinson (Case No. 23-50097-rlj12).

[3] The Intervenor-Plaintiffs are Edward Dufurrena, Open A Arena, LLC, Dennis Buss, Buss Family Trust, Eddie Bryant, Robert E Gray, Ronnie Gray, Gray Brothers, Craig Sutton, Amy Sutton, Steve Ryan, Janice Lawhon, AJ Jacques Living Trust, Gungoll Cattle, LLC, Leah Gungoll, Morrison Cafe, LLC, Gary Lesh, Jan Lesh, Lesh Family Trust, Jared Lesh,

1

| | |
|---|---|
| Intervenor-Plaintiffs, § § § | |
| v. § § | Adversary No. 24-02007-rlj |
| Rabo AgriFinance, LLC; HTLF Bank, successor to First Bank & Trust; Shawn Ragland; Mechanics Bank; and Meagan Goad, § § § § § § § | Consolidated Adversary Proceeding |
| Defendants. § § | |
| HTLF Bank, successor to First Bank & Trust, § § § § | |
| Plaintiff, Counter-Defendant, and Cross-Claim Defendant, § § § § | |
| v. § § | Adversary No. 24-02007-rlj |
| 2B Farms, Terry M. Robinson, Rebecca A. Robinson, and Angela Robinson, § § § § | Consolidated Adversary Proceeding |
| Defendants, Counterclaim-Plaintiffs, Third-Party Plaintiffs, and Third-Party Counterclaim Defendants, § § § § | |
| v. § § | |
| Rabo AgriFinance, LLC and Mechanics Bank, § § § § | |
| Third-Party Defendants and, as to Rabo AgriFinance, LLC only, Third-Party Counterclaim Plaintiff and Cross-Claim Plaintiff. § § § § § § | |

---

Jordan Lesh, LLC, Joel Brookshire, Gene Brookshire Family, LP, Douglas Finley, Scarlet and Black Cattle, LLC, Bryan Blackman, Steve T Scott Farm, Inc., Scott Livestock Company, Inc., Arnold Braun Trust, Robert Braun, Jim Rininger, Robert Spring, Michael Evans, Miranda Evans, Charles Lockwood, Cole Lockwood, Sherle Lockwood, Nikki Lockwood, Lyndal Van Buskirk, Janet Van Buskirk, Colby Van Buskirk, Susan Van Buskirk, Jimmy Greer, Dustin Johnson, Dora Blackman, Ridgefield Capital Asset Management, LP, Robert Ellis, Carraway Cattle, LLC, Big Seven Capital Partners, LLC, Richard Carraway, Drew Phillips, Barry Phillips, Priest Cattle Company, Ltd, Priest Victory Investment, LLC, Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust, and Eddie Stewart.

2

| | | |
|---|---|---|
| Rabo AgriFinance LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Adversary No. 23-02005 |
| Acey Livestock, LLC, et al.,[4] | § § § | |
| Defendants. | § § | |
| Kent Ries, Chapter 7 Trustee of bankruptcy estates of McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc., | § § § § § | |
| Plaintiff, | § § § | |
| v. | § § | Adversary No. 25-02003 |
| Angela Robinson, et al.,[5] | § § | |

---

[4] The Defendants in Adversary No. 23-02005 are Acey Livestock, LLC, Michael Acey, Arnold Braun Trust, Arnold Braun, Robert Braun, Bar D Ranch Land & Cattle LLC, N. Terry Dicks, Barrett's Livestock Inc., Don Ralph Barrett, Dora Blackman, Bryan Blackman, Eddie Bryant, Joe Burnett, Buss Family Trust, Edwin D. Buss, Dennis Buss, Colette Lesh, Curtis Jones Farms, DAC83 LLC, Don Jones Farm, Inc., Don Jones Trucking, Inc., Dufurrena Cutting Horses, Edward Lewis Dufurrena, Rieta May Dufurrena, Michael Evans, Douglas Finley, Gene Brookshire Family, LP, Joel Brookshire, Gray Brothers Cattle, Robert Gray, Ronnie Gray, Jimmy Greer, Gungoll Cattle, LLC, Bradley Gungoll, Leah Gungoll, Hines Cattle Company, LLC, Hines Farms, LLC, A.J. Jacques Living Trust, Cory Jesko, Dwight Jesko, Dustin Johnson, David Johnson, Kinsey Jones, Janice Lawhon, Jan Lesh, Morrison Cafe, LLC, Lesh Family Trust, Gary Lesh, Jared Lesh, Jordan Lesh, LLC, Charles Lockwood, Cole Lockwood, Sherle Lockwood, Nikki Lockwood, Natalie Martus, Open A Arena LLC, Sonny Barthold, Rapp Ranch, Jim Giordano, Riley Livestock, Inc., Angie Robinson, Rick Rodgers, Steve Ryan, Jim Rininger, Scarlet & Black Cattle, LLC, Colton Long, Scott Livestock Company, Shaw & Shaw Farms Partnership LLC, The University of Florida, Robert J. Spring, Steve T Scott Farms, Inc., Amy Sutton, Craig Sutton, Thorlakson Diamond T Feeders, LP, John Tidwell, Mykel Tidwell, John Tindal, Janet VanBuskirk, Lyndal VanBuskirk, Susan VanBuskirk, Colby VanBuskirk, Cameron Weddington, and Kent Ries as Chapter 7 Trustee.

[5] The Defendants in Adversary No. 25-02003 are Angela Robinson, Terry Robinson, Rebecca Robinson, 2B Farms, Arnold Braun, Arnold Braun Trust, Robert Braun, C Heart Ranch LLC, Colette Lesh/ f/k/a Colette Brooks, Jan Lesh, Gary Lesh, Jared Lesh, Lesh Trucking, Joel Lesh, Lazy J Arena, Morrison Café, Gary Lesh Trust, Lesh Family Trust, Katie Lesh, Jordan Lesh, Jared Lesh Cowhorses, Inc., Gray Brothers Cattle, Gray Family Trust, Ronnie Gray, Robert Gray, Bradley Gungoll, Gungoll Cattle LLC, Wade Gungoll, William Gungoll, Wyatt Gungoll, Cory Jesko, Jeff Jesko, Dwight Jesko, Patricia Jesko, Daniel Jesko, Daniel Jesco Farms, Don Jones Trucking, Curt Jones, Kinsey Jones, Curtis Jones Farms, Don Jones Farm, Inc., Don Jones, Jones Family Cattle, Ridgefield Capital, Robert Ellis, Elizabeth Ellis, Robert and Elizabeth Family Foundation, TGF Ranch, Thomas Frith, Wildforest Cattle Co., Sam Brown, Colby Vanbuskirk, Lyndal Vanbuskirk, Janet Vanbuskirk, Frank Vanbuskirk, Susan Vanbuskirk, Sam Vanbuskirk, Charles Lockwood, Nikki Lockwood, Cole Lockwood, Sherle Lockwood, Priest Victory Investments, Priest Cattle, Corey Priest, Tyler Pittman, Pittman Farms, DAC83 LLC, Open A Arena, Doug Pritchett, 2Deep Construction LLC, Brandon Dufurrena, Rieta Dufurrena, Ed Dufurrena, Scarlet & Black Cattle, LLC, Red Raider Cattle, LLC, Carraway Cattle LLC, Richard Carraway, Robert Carraway, Gene Brookshire Family LP, Joel Brookshire, Carla Brookshire, Philip Rapp, Rapp Ranch, Big Seven Capital Partners, Bryan Blackman, Bravo Golf Aviation LLC, Dennis Buss, Edwin Buss, Bettye Butler, Billy Butler, Caleb Little, Dannie Winfrey, Diamond B Productions LLC, Eric Dejarnatt, Edwin Stewart, Ernest Gard, Gale Force Quarter Horses, Garwood Cattle Company, J&S Investments, Jim Rininger, Jimmy Greer, Peggy Greer,

3

|  |  |
|---|---|
| Defendants. | § § § |

| | |
|---|---|
| Kent Ries, Chapter 7 Trustee of bankruptcy estates of McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc., <br><br>Plaintiff, <br><br>v. <br><br>Community Financial Services Bank, HTLF Bank, Mechanics Bank, and Rabo AgriFinance, LLC, <br><br>Defendants. | § § § § § § § § § § § § § § § § § § § § § Adversary No. 25-02005 |

## **ORDER**

In light of my retirement in early April 2025, and thus my inability to hear and decide presently pending matters before the Court, I must recuse from presiding over the above-referenced bankruptcy cases: McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc., which are jointly administered under Case No. 23-20084; 2B Farms, a Texas General Partnership, and Terry M. and Rebecca A. Robinson, which are jointly administered under Case No. 23-50096; and all related adversary proceedings. It is, therefore,

ORDERED that, as directed by the Honorable Stacey G. C. Jernigan, Chief Judge of the Court, the Clerk of the Bankruptcy Court for the Northern District of Texas is instructed to reassign the referenced cases and proceedings to the Honorable Scott W. Everett, Northern District of

---

Robert Stewart, Roger Welch, Rose Valley Ranch, Sawmill Creek LLC, Scott Stewart, Scott Livestock, Stanley Keith Myers, Tommy Manion Ranch, Inc., Brent Burnett, Codie Perry, Mykel Tidwell, Rick Rodgers, Stanley Ayers, Thorlakson Diamond T Feeders, Wiley Roby Russell Jr., WJ Performance Horses, Joe Burnett, Dustin Johnson, Keith Harris Farms, MAP Enterprises, Michael Cooper, Patrick Baker, Ralph Reisz, Veronica Reisz, Heartland Coop, Land O Lakes Ag Service, Reinert Hay Co., Vet Industries Feed & Supply, White Energy, Crystal McClain, Chelsea McClain, Piper McClain, and Kristin McClain.

4

Texas, Dallas Division.

### End of Order ###

5