UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| McCLAIN FEED YARD, INC., | § | CASE NO. 23-20084 (SWE) |
| | § | |
| DEBTOR. | § | (Jointly Administered) |
| | § | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
AND SERVICE OF ALL OTHER PAPERS

**PLEASE TAKE NOTICE** that Husch Blackwell LLP, appears as counsel for Mechanics Bank ("Mechanics"), creditor and in interest in this matter. Mechanics requests, pursuant to Bankruptcy Rules 2002, 3017, and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 7 cases and copies of all papers served or required to be served in these chapter 7 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 7 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the following:

Buffey E. Klein
Buffey.Klein@huschblackwell.com
**Husch Blackwell, LLP**
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201
(214) 999-6100 Telephone
(214) 999-6170 Facsimile

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders

HB: 4918-4939-0129.1

and notices of any application, complaint, or demand, motion, petition, pleading, or request, and answering or reply papers filed in this case, whether formal or informal, written or oral, and whether served, transmitted, or conveyed by mail, hand delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a waiver of any of the rights of Mechanics, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Mechanics may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: April 2, 2025

        HUSCH BLACKWELL LLP
        1900 N. Pearl, Suite 1800
        Dallas, Texas 75201
        (214) 999-6100 (Telephone)
        (214) 999-6170 (Facsimile)

        By: /s/ *Buffey E. Klein*
           Buffey E. Klein
           State Bar No. 24032515
           buffey.klein@huschblackwell.com

        ATTORNEY FOR MECHANICS BANK

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd day of April, 2025, a true and correct copy of the foregoing was served via the Court's ECF system to the parties registered to receive electronic service.

                                                */s/ Buffey E. Klein*
                                                Buffey E. Klein

HB: 4918-4939-0129.1