

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 1, 2025**

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO and LUBBOCK DIVISIONS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| McClain Feed Yard, Inc., et al.,[1] | § | Case No. 23-20084-rlj7 |
| | § | Jointly Administered |
| Debtors. | § | |
| _____ | § | _____ |
| | § | |
| In re: | § | |
| | § | |
| 2B Farms, Texas General Partnership, et al.,[2] | § | Case No. 23-50096-rlj12 |
| | § | Jointly Administered |
| Debtors. | § | |
| _____ | § | _____ |
| | § | |
| AgTexas Farm Credit Services, AgTexas, | § | |
| PCA, Thorlakson Diamond T Feeders, LP, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| Edward Dufurrena, et al.,[3] | § | |

---

[1] The jointly administered debtors in Case No. 23-20084 are McClain Feed Yard, Inc., McClain Farms, Inc. (Case No. 23-20085-rlj7), and 7M Cattle Feeders, Inc. (Case No. 23-20086-rlj7).

[2] The jointly administered debtors in Case No. 23-50096 are 2B Farms, a Texas General Partnership, and Terry M. and Rebecca A. Robinson (Case No. 23-50097-rlj12).

[3] The Intervenor-Plaintiffs are Edward Dufurrena, Open A Arena, LLC, Dennis Buss, Buss Family Trust, Eddie Bryant, Robert E Gray, Ronnie Gray, Gray Brothers, Craig Sutton, Amy Sutton, Steve Ryan, Janice Lawhon, AJ Jacques Living Trust, Gungoll Cattle, LLC, Leah Gungoll, Morrison Cafe, LLC, Gary Lesh, Jan Lesh, Lesh Family Trust, Jared Lesh,

Intervenor-Plaintiffs,

§
§
§
v.                                                    § Adversary No. 24-02007-rlj
                                                      § Consolidated Adversary Proceeding
Rabo AgriFinance, LLC; HTLF Bank,                     §
successor to First Bank & Trust; Shawn                §
Ragland; Mechanics Bank; and Meagan                   §
Goad,                                                 §
                                                      §
        Defendants.                                   §
                                                      §
_____                  § _____
                                                      §
HTLF Bank, successor to First Bank &                  §
Trust,                                                §
                                                      §
        Plaintiff, Counter-Defendant, and            §
        Cross-Claim Defendant,                        §
                                                      §
v.                                                    § Adversary No. 24-02007-rlj
                                                      § Consolidated Adversary Proceeding
2B Farms, Terry M. Robinson, Rebecca A.               §
Robinson, and Angela Robinson,                        §
                                                      §
        Defendants, Counterclaim-Plaintiffs,         §
        Third-Party Plaintiffs, and Third-           §
        Party Counterclaim Defendants,               §
                                                      §
v.                                                    §
                                                      §
Rabo AgriFinance, LLC and Mechanics                   §
Bank,                                                 §
                                                      §
        Third-Party Defendants and, as to            §
        Rabo AgriFinance, LLC only,                   §
        Third-Party Counterclaim Plaintiff           §
        and Cross-Claim Plaintiff.                    §
_____                   _____

---

Jordan Lesh, LLC, Joel Brookshire, Gene Brookshire Family, LP, Douglas Finley, Scarlet and Black Cattle, LLC, Bryan Blackman, Steve T Scott Farm, Inc., Scott Livestock Company, Inc., Arnold Braun Trust, Robert Braun, Jim Rininger, Robert Spring, Michael Evans, Miranda Evans, Charles Lockwood, Cole Lockwood, Sherle Lockwood, Nikki Lockwood, Lyndal Van Buskirk, Janet Van Buskirk, Colby Van Buskirk, Susan Van Buskirk, Jimmy Greer, Dustin Johnson, Dora Blackman, Ridgefield Capital Asset Management, LP, Robert Ellis, Carraway Cattle, LLC, Big Seven Capital Partners, LLC, Richard Carraway, Drew Phillips, Barry Phillips, Priest Cattle Company, Ltd, Priest Victory Investment, LLC, Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust, and Eddie Stewart.



Rabo AgriFinance LLC,                          §
                                               §
    Plaintiff,              §
                                               §
v.                                             §     Adversary No. 23-02005
                                               §
Acey Livestock, LLC, et al.,[4]                §
                                               §
    Defendants.             §
                                               §

Kent Ries, Chapter 7 Trustee of bankruptcy     §
estates of McClain Feed Yard, Inc., McClain    §
Farms, Inc., and 7M Cattle Feeders, Inc.,      §
                                               §
    Plaintiff,              §
                                               §
v.                                             §     Adversary No. 25-02003
                                               §
Angela Robinson, et al.,[5]                    §

---

[4] The Defendants in Adversary No. 23-02005 are Acey Livestock, LLC, Michael Acey, Arnold Braun Trust, Arnold Braun, Robert Braun, Bar D Ranch Land & Cattle LLC, N. Terry Dicks, Barrett's Livestock Inc., Don Ralph Barrett, Dora Blackman, Bryan Blackman, Eddie Bryant, Joe Burnett, Buss Family Trust, Edwin D. Buss, Dennis Buss, Colette Lesh, Curtis Jones Farms, DAC83 LLC, Don Jones Farm, Inc., Don Jones Trucking, Inc., Dufurrena Cutting Horses, Edward Lewis Dufurrena, Rieta May Dufurrena, Michael Evans, Douglas Finley, Gene Brookshire Family, LP, Joel Brookshire, Gray Brothers Cattle, Robert Gray, Ronnie Gray, Jimmy Greer, Gungoll Cattle, LLC, Bradley Gungoll, Leah Gungoll, Hines Cattle Company, LLC, Hines Farms, LLC, A.J. Jacques Living Trust, Cory Jesko, Dwight Jesko, Dustin Johnson, David Johnson, Kinsey Jones, Janice Lawhon, Jan Lesh, Morrison Cafe, LLC, Lesh Family Trust, Gary Lesh, Jared Lesh, Jordan Lesh, LLC, Charles Lockwood, Cole Lockwood, Sherle Lockwood, Nikki Lockwood, Natalie Martus, Open A Arena LLC, Sonny Barthold, Rapp Ranch, Jim Giordano, Riley Livestock, Inc., Angie Robinson, Rick Rodgers, Steve Ryan, Jim Rininger, Scarlet & Black Cattle, LLC, Colton Long, Scott Livestock Company, Shaw & Shaw Farms Partnership LLC, The University of Florida, Robert J. Spring, Steve T Scott Farms, Inc., Amy Sutton, Craig Sutton, Thorlakson Diamond T Feeders, LP, John Tidwell, Mykel Tidwell, John Tindal, Janet VanBuskirk, Lyndal VanBuskirk, Susan VanBuskirk, Colby VanBuskirk, Cameron Weddington, and Kent Ries as Chapter 7 Trustee.

[5] The Defendants in Adversary No. 25-02003 are Angela Robinson, Terry Robinson, Rebecca Robinson, 2B Farms, Arnold Braun, Arnold Braun Trust, Robert Braun, C Heart Ranch LLC, Colette Lesh/ f/k/a Colette Brooks, Jan Lesh, Gary Lesh, Jared Lesh, Lesh Trucking, Joel Lesh, Lazy J Arena, Morrison Cafe, Gary Lesh Trust, Lesh Family Trust, Katie Lesh, Jordan Lesh, Jared Lesh Cowhorses, Inc., Gray Brothers Cattle, Gray Family Trust, Ronnie Gray, Robert Gray, Bradley Gungoll, Gungoll Cattle LLC, Wade Gungoll, William Gungoll, Wyatt Gungoll, Cory Jesko, Jeff Jesko, Dwight Jesko, Patricia Jesko, Daniel Jesko, Daniel Jesco Farms, Don Jones Trucking, Curt Jones, Kinsey Jones, Curtis Jones Farms, Don Jones Farm, Inc., Don Jones, Jones Family Cattle, Ridgefield Capital, Robert Ellis, Elizabeth Ellis, Robert and Elizabeth Family Foundation, TGF Ranch, Thomas Frith, Wildforest Cattle Co., Sam Brown, Colby Vanbuskirk, Lyndal Vanbuskirk, Janet Vanbuskirk, Frank Vanbuskirk, Susan Vanbuskirk, Sam Vanbuskirk, Charles Lockwood, Nikki Lockwood, Cole Lockwood, Sherle Lockwood, Priest Victory Investments, Priest Cattle, Corey Priest, Tyler Pittman, Pittman Farms, DAC83 LLC, Open A Arena, Doug Pritchett, 2Deep Construction LLC, Brandon Dufurrena, Rieta Dufurrena, Ed Dufurrena, Scarlet & Black Cattle, LLC, Red Raider Cattle, LLC, Carraway Cattle LLC, Richard Carraway, Robert Carraway, Gene Brookshire Family LP, Joel Brookshire, Carla Brookshire, Philip Rapp, Rapp Ranch, Big Seven Capital Partners, Bryan Blackman, Bravo Golf Aviation LLC, Dennis Buss, Edwin Buss, Bettye Butler, Billy Butler, Caleb Little, Dannie Winfrey, Diamond B Productions LLC, Eric Dejarnatt, Edwin Stewart, Ernest Gard, Gale Force Quarter Horses, Garwood Cattle Company, J&S Investments, Jim Rininger, Jimmy Greer, Peggy Greer,

3

|  | § |  |
|---|---|---|
| Defendants. | § | |
| | § | |
| | § | |
| Kent Ries, Chapter 7 Trustee of bankruptcy | § | |
| estates of McClain Feed Yard, Inc., McClain | § | |
| Farms, Inc., and 7M Cattle Feeders, Inc., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adversary No. 25-02005 |
| | § | |
| Community Financial Services Bank, HTLF | § | |
| Bank, Mechanics Bank, and Rabo | § | |
| AgriFinance, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In light of my retirement in early April 2025, and thus my inability to hear and decide presently pending matters before the Court, I must recuse from presiding over the above-referenced bankruptcy cases: McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc., which are jointly administered under Case No. 23-20084; 2B Farms, a Texas General Partnership, and Terry M. and Rebecca A. Robinson, which are jointly administered under Case No. 23-50096; and all related adversary proceedings. It is, therefore,

ORDERED that, as directed by the Honorable Stacey G. C. Jernigan, Chief Judge of the Court, the Clerk of the Bankruptcy Court for the Northern District of Texas is instructed to reassign the referenced cases and proceedings to the Honorable Scott W. Everett, Northern District of

---

Robert Stewart, Roger Welch, Rose Valley Ranch, Sawmill Creek LLC, Scott Stewart, Scott Livestock, Stanley Keith Myers, Tommy Manion Ranch, Inc., Brent Burnett, Codie Perry, Mykel Tidwell, Rick Rodgers, Stanley Ayers, Thorlakson Diamond T Feeders, Wiley Roby Russell Jr., WJ Performance Horses, Joe Burnett, Dustin Johnson, Keith Harris Farms, MAP Enterprises, Michael Cooper, Patrick Baker, Ralph Reisz, Veronica Reisz, Heartland Coop, Land O Lakes Ag Service, Reinert Hay Co., Vet Industries Feed & Supply, White Energy, Crystal McClain, Chelsea McClain, Piper McClain, and Kristin McClain.

4

Texas, Dallas Division.

### End of Order ###

United States Bankruptcy Court
Northern District of Texas

In re:                                                          Case No. 23-20084-rlj
McClain Feed Yard, Inc.                                         Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-2                    User: admin                              Page 1 of 27
Date Rcvd: Apr 01, 2025                 Form ID: pdf013                           Total Noticed: 231

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | McClain Feed Yard, Inc., 4010 FM 1057, Hereford, TX 79045-7386 |
| aty | + | Lynn Pinker Hurst & Schwegmann, LLP, 2100 Ross Avenue, Stuite 2700, Dallas, TX 75201-2739 |
| aty | + | Matthew M. Cannon, Ray Quinney & Nebeker PC, 36 South State St., Suite 1400, Salt Lake City, UT 84111-1451 |
| cr | + | 2B Farms, a Texas General Partnership, and Terry a, c/o Todd J. Johnston, McWhorter, Cobb & Johnson, LLP, P.O. Box 2547, Lubbock, TX 79408-2547 |
| cr | + | AJ Jacques Living Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | AgTexas Farm Credit Services, AgTexas, PCA, and Th, c/o Kerry L. Haliburton and David LeBas, Naman, Howell, Smith & Lee, PLLC, 400 Austin Avenue, Suite 800, Waco, TX 76701-2145 |
| cr | + | Amy Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Arnold Braun Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| op | + | Canyon Rim Consulting, LLC, 301 S Polk St., Ste 815, Amarillo, TX 79101-1408 |
| cr | + | Caterpillar Financial Services Corporation, c/o Dickinson Wright PLLC, ATTN: John Nelson, 607 W. 3rd Street, Ste. 2500, Austin, TX 78701 U.S.A. 78701-4713 |
| cr | + | Citizens Bank NA, c/o Brady Law Firm, 6136 Frisco Square Blvd., Suite 400, Frisco, TX 75034-3251 |
| cr | + | Colby Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Craig Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| intp | + | Crystal McClain, c/o Marcus H. Herbert, Attorney at Law, 416 South 5th Street, Paducah, KY 42003-1530 |
| cr | + | Curtis Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | David Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Don Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | Eddie Stewart, 1571 Upper Zion Road, Brownsville, TN 38012-8064 |
| cr | + | Gary Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gene Brookshire Family, LP, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jan Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Keeling Cattle Feeders Inc., c/o Kerry Haliburton and David LeBas, Naman, Howell, Smith & Lee, PLLC, 400 Austin Avenue, Suite 800, Waco, TX 76701-2145 |
| cr | + | Kinsey Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| intp | + | Kinsey Moreland, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |
| intp | + | Kristain McClain, 3728 Mayfield Hwy, Benton, KY 42025-5602 |
| acc | + | LainFaulkner, 400 N St. Paul, Ste 600, Dallas, TX 75201-6897 |
| sp | + | Lynn Pinker Hurst & Schwegmann, 2100 Ross Avenue, Suite 2700, Dallas, TX 75201-7919 |
| intp | + | Meagan B. Goad, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |
| cr | + | Michael Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Miranda Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Nikki Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Northland Capital Financial Services, LLC, c/o Jenkins & Kling, P.C., 150 N. Meramec Ave., Suite 400, St. Louis, MO 63105-3753 |
| intp | + | Piper Olivia Mcclain, 3728 Mayfield Hwy, Benton, KY 42025-5602 |
| cr | + | Priest Victory Investment LLC, 899 Rosenthal Road, Lorena, TX 76655-9665 |
| cr | + | Riley Livestock, Inc., P.O. Box 663, Mayfield, KY 42066-0033 |
| cr | + | Robert & Rachel Stewart, Lane & Countryman, 1045 Cheever Blvd., Ste. 103, San Antonio, TX 78217-6223 |
| cr | + | Ronnie Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Scarlet and Black Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |

District/off: 0539-2                                User: admin                                Page 2 of 27
Date Rcvd: Apr 01, 2025                                                                Form ID: pdf013                                Total Noticed: 231

| | | |
|---|---|---|
| cr | + | Scott Livestock Company, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steve Ryan, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steve T Scott Farm, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steven Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Susan Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | W. Robbie Russell Living Trust, 414 Preston Drive, Brownsville, TN 38012-2468 |
| cr | + | Wiley Roby Russell, Jr., 414 Preston Drive, Brownsville, TN 38012-2468 |
| 20138258 | + | 2B Farms Inc, 9012 County Rd. 3114, Snyder, TX 79549-1318 |
| 20243452 | + | 2B Farms, a Texas GP, Debtor-In-Possession, c/o Todd J. Johnston, McWhorter, Cobb & Johnson, LLP, P.O. Box 2547, Lubbock, TX 79408-2547 |
| 20151050 | + | AJ JACQUES LIVING TRUST, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151047 | + | AMY & CRAIG SUTTON, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151066 | + | ARNOLD BRAUN TRUST, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138259 | + | Acey Livestock, LLC, 211 Old Orchard Road, Perryville, KY 40468-9782 |
| 20138260 | + | AgTexas Farm Credit Services, c/o David LeBas, 8310 N. Capital of Texas Hwy, Suite 490, Austin, Texas 78731-1081 |
| 20138261 | + | AgTexas, PCA, c/o David LeBas, 8310 N. Capital of Texas Hwy, Suite 490, Austin, Texas 78731-1081 |
| 20180742 | | Andrew Phillips, C/o Amber Miller, Crenshaw, Dupree & Milam, LLP, P.O. Box 64479, Lubbock, Texas 79464-4479 |
| 20243446 | + | Angela D. Robinson, c/o Todd J. Johnston, McWhorter, Cobb & Johnson, LLP, P.O. Box 2547, Lubbock, TX 79408-2547 |
| 20138262 | + | Angela Powell, 86 B Commerce Blvd., Benton, KY 42025-1110 |
| 20138263 | + | Arnold Braun or Arnold Braun Trust, 4932 E SR 70, Grandview, IN 47615-9620 |
| 20138399 | + | Atten: David L. LeBas, Naman Howell Smith & Lee, Attorneys at Law, 8310 N. Capital of Texas HWY, Ste 490 Austin, TX 78731-1081 |
| 20154189 | + | BJM Sales & Service, PO Box 1073, Hereford, TX 79045-1073 |
| 20151063 | + | BRYAN BLACKMAN, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151041 | + | BUSS FAMILY TRUST, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20156722 | | Bar D Ranch Land & Cattle, 4458 S. U.S. Highway 441, Lake City, FL 32025-0306 |
| 20138264 | + | Bar D Ranch Land & Cattle, LLC, 4458 South US Highway 441, Lake City, FL 32025-0306 |
| 20180740 | | Barry Phillips, C/o Amber Miller, Crenshaw, Dupree & Milam, LLP, P.O. Box 64479, Lubbock, Texas 79464-4479 |
| 20138265 | | Big Seven Capital Partners LLC, C/o Amber Miller, Crenshaw, Dupree & Milam, LLP, P.O. Box 64479, Lubbock, Texas 79464-4479 |
| 20138266 | + | Bo Robinson, 9397 County Rd. 3114, Snyder, TX 79549-1379 |
| 20138268 | + | C Heart Ranch, LLC, 454 Daniels Lane, Ardmore, OK 73401-5304 |
| 20151072 | + | CHARLES LOCKWOOD, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151078 | + | COLBY VAN BUSKIRK, SUSAN VAN BUSKIRK, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151073 | + | COLE LOCKWOOD, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151046 | + | CRAIG SUTTON, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138269 | + | Cactus Feeders Finance LLC, PO Box 3050, Amarillo, TX 79116-3050 |
| 20138270 | + | Cactus Operating LLC, Robert M Kettle, Agent, 600 S. Tyler St., Suite 280, Amarillo, TX 79101-2353 |
| 20138271 | + | Caleb Little, 672 Nelson Trl, Dexter, KY 42036-9402 |
| 20138272 | | Carl Pickett, 524 Travis Street/650 FM 163 Rd, Liberty, TX 77575 |
| 20244375 | + | Carol Bosshardt, 3925 NW 151st Way, Newberry, FL 32669-2008 |
| 20138273 | | Carr, Riggs, & Ingram, LLC, 2424 Louisiana Blvd. NW, Suite 300, Albuquerque, NM 87110 |
| 20138274 | + | Carraway Cattle, LLC, C/o Amber Miller, Crenshaw, Dupree & Milam, LLP, P.O. Box 64479, Lubbock, Texas 79464-4479 |
| 20138275 | + | Caterpillar Financial Services Corporation, c/o Dickinson Wright PLLC, Attention: Michelle Esparza, 221 N. Kansas St. Ste. 2000, El Paso, Texas 79901-1472 |
| 20138390 | + | Chelsea Waters McClain, 824 Mullins Lane, Benton, KY 42025-4702 |
| 20138391 | + | Clint Quarles, Kentucky Department of Agriculture, 105 Corporate Drive, Frankfort, KY 40601-8332 |
| 20138392 | + | Cody L. Simmons, P.O. Box 180, Canyon, TX 79015-0180 |
| 20138393 | + | Colton Long, 1501 Red Tail Ln., Canyon, TX 79015-4989 |
| 20138396 | + | Cory Don Priest, 6010 East FM 597, Abernathy, Texas 79311-5424 |
| 20218363 | + | Cory and Jeff Jesko, 3970 FM 1057, Hereford, TX 79045-7322 |
| 20138397 | + | Crystal McClain, 824 Mullins Lane, Benton, KY 42025-4702 |
| 20156912 | + | Curtis Jones Farms, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| 20138398 | + | Curtis Jones Farms LLC, 1720W. 13th Ave., Emporia, KS 66801-5659 |
| 20151040 | + | DENNIS BUSS, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151082 | + | DORA BLACKMAN, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151061 | + | DOUGLAS FINLEY, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151081 | + | DUSTIN JOHNSON, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20138400 | | David Rainey 88 CR 640, Corinth, MS 38834 |
| 20138401 | + | Death Creek Farms LLC, 10150 Highway 47, West Point, MS 39773-4802 |
| 20138402 | + | Don Jones 2434 Road Y, Reading, KS 66868-9006 |
| 20138403 | + | Don Jones Farm, Inc. 2434 Road Y, Reading, KS 66868-9006 |
| 20156897 | + | Don Jones Trucking, Inc., 2434 Road Y, Reading, KS 66868-9006 |
| 20138404 | + | Douglas C. Pritchett, 19601 FM 1541, Canyon, TX 79015-6387 |

District/off: 0539-2                              User: admin                              Page 3 of 27
Date Rcvd: Apr 01, 2025                          Form ID: pdf013                          Total Noticed: 231

| | | |
|---|---|---|
| 20138405 | + | Dr. Arnold Bra1,1n, 4932 E. SR 70, Grandview, IN 47615-9620 |
| 20138406 | | Dwight Jesko, 112 Rr 5/ 3970 FM 1057, Hereford, TX 79045 |
| 20218360 | + | Dwight and Patty Jesko, 3970 FM 1057, Hereford, TX 79045-7322 |
| 20151042 | + | EDDIE BRYANT, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20288960 | + | Ed and Rieta Dufurrena, Kenneth R. Netardus, 1030 N. Western, Amarillo, TX 79106-7011 |
| 20243515 | + | Eddie Stewart, c/o Kyle Weldon, 201 Main Street, Suite 600, Fort Worth, Texas 76102-3110 |
| 20201958 | + | Eric DeJarnett, 1115 County Road 1024, Cunningham, KY 42035-9309 |
| 20138407 | + | Eric Dejarnatt 1115 CR 1024, Cunningham, KY 42035-9309 |
| 20138408 | + | First Capital Bank of Texas, 3900 Soncy Road, Amarillo, TX 79119-6673 |
| 20138409 | + | First Kentucky Bank, Inc., 605 Main Street, Benton, KY 42025-1236 |
| 20138411 | + | Friona Industries, L.P., 500 S. Taylor Street, Suite 601, Amarillo, TX 79101-2447 |
| 20151054 | + | GARY LESH, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151060 | + | GENE BROOKSHIRE FAMILY, LP, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151045 | + | GRAY BROTHERS, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151051 | + | GUNGOLL CATTLE, LLC, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20138413 | + | Garwood Cattle Company LLC, 2538 Middleton Road, Columbiana, OH 44408-9550 |
| 20244135 | + | HTLF Bank, 9816 Slide Rd., Lubbock, TX 79424-5781 |
| 20149630 | #+ | Heartland Co-op, 2829 Westown Parkway, Suite 350, West Des Moines, IA 50266-1340 |
| 20156847 | + | Hines Cattle Company, LLC, 12609 NW 298th St., High Springs, FL 32643-4911 |
| 20156863 | + | Hines Farms, LLC, 1019 NE 90th Ave., High Springs, FL 32643-5121 |
| 20138414 | + | J. Brent Burnett, 1612 Sanderson Rd., Mayfield, KY 42066-9108 |
| 20244379 | + | JAN & GARY LESH, C/O JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151055 | + | JAN LESH, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151077 | + | JANET VAN BUSKIRK, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151049 | + | JANICE LAWHON, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151057 | + | JARED LESH, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151068 | + | JIM RININGER, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151080 | + | JIMMY GREER, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151059 | + | JOEL BROOKSHIRE, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151058 | + | JORDAN LESH, LLC, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20138415 | + | Jake Rininger, 2828 S. Co. Rd. 200 W., Rockport, IN 47635-8252 |
| 20138416 | | Jared Lesh Cowhorses Inc., 10801 E. Highway 82, Whitesboro, TX 76273 |
| 20138417 | | Jared Wayne Lesh, 10801 E. Highway 82, Whitesboro, TX 76273 |
| 20138418 | + | Jed Goad, JLE Trucking, Inc., PO Box 451, Red Boiling Springs, TN 37150-0451 |
| 20138420 | + | Jimmy D. Greer, 3209 Wrather Rd., Murray, KY 42071-7417 |
| 20244069 | + | Job E. White, 10216 SW 49th Ln, Gainesville, FL 32608-7161 |
| 20180510 | + | Joe Burnett, 187 Peachtree Rd, Melber, KY 42069-8824 |
| 20138421 | + | John Dale Tidwell, 209 Duffers Ln, Mayfield, KY 42066-1201 |
| 20138422 | + | John Massouh, Sprouse Shrader Smith PLLC, Box 15008, Amarillo, TX 79105-5008 |
| 20138424 | + | Jordan Robert Lesh, 10400 N. Perkins Rd., Stillwater, OK 74075-1860 |
| 20138423 | + | Jordan and Jan Lesh, 10400 N. Perkins Road, Stillwater, OK 74075-1860 |
| 20244380 | + | Joseph Donelson Jones II, 39551 CR 439, Umatilla, FL 32784-7529 |
| 20138425 | + | Julie Whitlock, P.O. Box 389, Mayfield, KY 42066-0029 |
| 20152159 | + | Justin Stuever, P.O. Box 22, Morrison OK 73061-0022 |
| 20138426 | + | Keeling Cattle Feeders, Inc., PO Box 1853, Hereford, Texas 79045-1853 |
| 20138427 | + | Keith Harris Farms, Inc., 703 Waller Cemetery Road, Benton, KY 42025-4770 |
| 20138428 | + | Kenneth Netardus, P.O. Box 3280, Amarillo, TX 79116-3280 |
| 20288959 | + | Kenneth R. Netardus, 1030 N. Western, Amarillo, TX 79106-7011 |
| 20138429 | + | Kentucky Department of Agriculture, 105 Corporate Drive, Frankfort, KY 40601-8332 |
| 20156887 | + | Kinsey Jones, 30308 S. Carlson Rd., Reading, KS 66868-9055 |
| 20151052 | + | LEAH GUNGOLL, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151056 | + | LESH FAMILY TRUST, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151076 | + | LYNDAL VAN BUSKIRK, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20138430 | + | Lazy J Arena, LLC, 1419 W. 80th Street, Stillwater, OK 74074-8164 |
| 20138431 | + | Lazy J. Cattle, 1515 W. 80th Street, Stillwater, OK 74074-8186 |
| 20138432 | + | Lesh Family Trust, 19700 County Road 200, Perry, OK 73077-8530 |
| 20138433 | + | Lesh Trucking', 10400 N. Perkins Rd., Stillwater, OK 74075-1860 |
| 20138434 | + | Lyndal Vanbuskirk, P.0 Box 778, Ringling, OK 73456-0778 |
| 20138435 | + | MAP Enterprises Inc., P.0. Box 1045, Mayfield, KY 42066-0025 |
| 20152072 | + | MAP Enterprises, Inc., c/o Jeff P. Prostok, 777 Main Street, Suite 1550, Fort Worth, TX 76102-5384 |
| 20151070 | + | MICHAEL & MIRANDA EVANS, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151071 | + | MIRANDA EVANS, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |

| | | |
|---|---|---|
| 20151053 | + | MORRISON CAFE LLC, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20138436 | #+ | Meagan B. Goad, 1775 Wadesboro Rd., S Benton, KY 42025-4777 |
| 20138439 | + | Michael Gourley, P.O. Box 1045, Mayfield, KY 42066-0025 |
| 20138440 | + | Michael Johnson, Ray Quinney and Nebeker, P.C., 36 South State Street, Suite 1400, Salt Lake City, UT 84111-1451 |
| 20138441 | + | Mykel Linn Tidwell, 66 Lake Terry Dr., Mayfield, KY 42066-6982 |
| 20151075 | + | NIKKI LOCKWOOD, c/o JOHN MASSOU, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20243995 | + | National Finance Credit Corporation of Texas, c/o Kyle Weldon, 201 Main Street, Suite 600, Fort Worth, Texas 76102-3110 |
| 20138442 | + | Northland Capital Financial Services, LL, P.0. Box 7278, Saint Cloud, MN 56302-7278 |
| 20143839 | + | Northland Capital Financial Services, LLC, 333 33rd Ave South, St. Cloud, MN 56301-5495 |
| 20138443 | + | Oklahoma AgCredit, 601 East Kenosha, Broken Arrow, OK 74012-2002 |
| 20138444 | + | Open A Arena LLC, 14500 S. Fm 1258, Amarillo, TX 79118-4610 |
| 20295198 | + | Open A Arena, LLC, Kenneth R. Netardus, 1030 N. Western, Amarillo, TX 79106-7011 |
| 20138445 | + | Patti Priest, 6010 East FM 597, Abernathy, TEXAS 79311-5424 |
| 20221369 | + | Philip E. Rapp, Eggleston King Davis, LLP, 102 Houston Avenue, Suite 300, Weatherford, TX 76086-4369 |
| 20138447 | + | Priest Cattle Company, Ltd, 6010 East FM 597, Abernathy, Texas 79311-5424 |
| 20243945 | + | Priest Cattle Company, Ltd., c/o Kyle Weldon, 201 Main Street, Suite 600, Fort Worth, Texas 76102-3110 |
| 20138446 | + | Priest Cattle and Land Company, Inc., 6010 East FM 597, Abernathy, Texas 79311-5424 |
| 20138448 | + | Priest Victory Investment LLC, 6010 East FM 597, Abernathy, Texas 79311-5424 |
| 20138449 | + | Producers Credit Corporation, 8351 N. High Street, Suite 250, Columbus, OH 43235-1440 |
| 20158794 | | Purina Animal Nutrition LLC, 4001 Lexington Avenue North, Arden Hills, MN 55126-2998 |
| 20151067 | + | ROBERT BRAUN, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, Po Box 180 Canyon, Texas 79015-0180 |
| 20151043 | + | ROBERT E. GRAY, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151069 | + | ROBERT SPRING, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151044 | + | RONNIE GRAY, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138450 | + | Rabo Agrifinance LLC, 14767 North Outer 40 Road Ste. 400, Chesterfield, MO 63017-2003 |
| 20138452 | + | Rapp Ranch, 400 Smith Trail, Weatherford, TX 76088-1606 |
| 20180739 | | Richard Carraway, C/o Amber Miller, Crenshaw, Dupree & Milam, LLP, P.O. Box 64479, Lubbock, Texas 79464-4479 |
| 20138453 | + | Rick Rodgers 786 Sutton Ln., Mayfield, KY 42066-6551 |
| 20244136 | + | Ridgefield Capital Asset Management, P.O. Box 389, Ridgefield, CT 06877-0389 |
| 20180741 | | Ridgefield Capital Group, LLC, C/o Amber Miller, Crenshaw, Dupree & Milam, LLP, P.O. Box 64479, Lubbock, Texas 79464-4479 |
| 20138454 | + | Riley Livestock, 250 Brittian Lane, Mayfield, KY 42066-4617 |
| 20177669 | + | Riley Livestock, Inc., Attn: Mary Ann Hunter, P.O. Box 663, Mayfield, KY 42066-0033 |
| 20138456 | + | Robert Braun, C/O JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20180743 | | Robert Ellis, C/o Amber Miller, Crenshaw, Dupree & Milam, LLP, P.O. Box 64479, Lubbock, Texas 79464-4479 |
| 20217370 | + | Robert Stewart & Rachel Conway Stewart, c/o Lane & Countryman, 1045 Cheever Blvd., Ste. 103, San Antonio, Texas 78217-6223 |
| 20151062 | + | SCARLET AND BLACK CATTLE, LLC, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20151065 | + | SCOTT LIVESTOCK COMPANY, INC., c/o JOHN MASSOUH, PO BOX 15008, AMARO/ILLO TX 79105-5008 |
| 20151074 | + | SHERLE LOCKWOOD, c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151048 | + | STEVE RYAN, c/o JOHN MASSUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151064 | + | STEVE T SCOTT FARMS, INC., c/o JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20151079 | + | SUSAN VAN BUSKIRK, c/o Abel Leal, SIMMONS SMITH BROWN, PLLC, 400 13th Street, PO Box 180 Canyon, Texas 79015-0180 |
| 20138457 | + | Samuel S. Brown, 3430 St. Rt 45 S, Mayfield, KY 42066-6135 |
| 20138458 | + | Scarlet & Black Cattle, LLC, 1501 Red Tail Ln., Canyon, TX 79015-4989 |
| 20138459 | + | Scott Livestock Company (Steve Scott), C/O JOHN MASSOUH, PO BOX 15008, AMARILLO TX 79105-5008 |
| 20180738 | | Scott Stewart, C/o Amber Miller, Crenshaw, Dupree & Milam, LLP, P.O. Box 64479, Lubbock, Texas 79464-4479 |
| 20156730 | + | Shaw & Shaw Farms Partnership, LLC, 11605 NW 140 St., Alachua, FL 32615-6435 |
| 20138460 | + | Sherman Trucking, 2098 Symsonia Highway/ 5508 Oak Level Ro, Benton, KY 42025-5024 |
| 20138461 | + | Spencer Clift, BAKER, DONELSON, BEARMAN, CALDWELL & BER, 165 Madison Ave., Memphis, TN 38103-2799 |
| 20138463 | + | Steve T. Scott Farms, Inc., 10150 Highway 4 7, West Point, MS 39773-4802 |
| 20138464 | | Steven L. Hoard, Mullin Hoard & Brown, LLP, 500 S. Taylor79101, Suite, 800 Amarillo National Bank Plaza II, Amarillo, TX 79101 |
| 20138467 | + | TGF Ranch, 1585 E M-79 Hwy, Hastings, MI 49058-8895 |
| 20138465 | + | Takeuchi Financial Services, a program of Bank, 1625 West Fountainhead Parkway,, AZ-FTN-1, Temp e,AZ 85282-2371 |
| 20138466 | + | Terry Burnett, 210 Bethel Church Rd ., Melber, KY 42069-8826 |
| 20140869 | + | Thomas C. Riney, Underwood Law Firm, P.C., 500 S. Taylor, Suite 1200, Amarillo, TX 79101-2446 |
| 20243788 | + | Thorlakson Diamond T Feeders, LP, c/o David LeBas, 8310 N. Capital of Texas Hwy, Suite 490, Austin, Texas 78731-1081 |
| 20138468 | | Thorlakson Feedyards, 273131 Rr 284, Airdrie, Alberta, T4A 0H4 Canada |
| 20138469 | + | Tom Thorlakson, 2548 CR 15, Friona,TX 79035-7034 |
| 20138470 | + | W. Heath Hendricks UNDERWOOD LAW FIRM, 500 S. Taylor Street Ste. 1200, Amarillo, TX 79101-2458 |
| 20243768 | + | W. Robbie Russell Living Trust, c/o Kyle Weldon, 201 Main Street, Suite 600, Fort Worth, Texas 76102-3110 |
| 20243789 | + | W. Robbie Russell Living Trust and Eddie Stewart, c/o Kyle Weldon, 201 Main Street, Suite 600, Fort Worth, Texas 76102-3110 |
| 20138472 | + | WJ Performance Horses, Inc., 524 Travis Street, Liberty, TX 77575-4824 |
| 20138471 | + | Wildforest Cattle Company LLC, 1206 Paris Road, Mayfield, KY 42066-4989 |

District/off: 0539-2 | User: admin | Page 5 of 27
Date Rcvd: Apr 01, 2025 | Form ID: pdf013 | Total Noticed: 231
TOTAL: 222

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| res | ^ | MEBN | | |
| | | | Apr 01 2025 23:08:00 | Quilling, Selander, Lownds, Winslet & Moser, 2001 Bryan Street, Ste 1800, Dallas, TX 75201-3070 |
| sp | ^ | MEBN | | |
| | | | Apr 01 2025 23:08:00 | Quilling, Selander, Lownds, Winslett & Moser, P.C., QSLWM, P.C., Attn: Hudson Jobe, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | ^ | MEBN | | |
| | | | Apr 01 2025 23:06:33 | Texas Comptroller of Public Accounts, Revenue Acco, Jamie Kirk, c/o Sherri Simpson, Paralegal, PO Box 12548, Austin, TX 78711-2548 |
| 20138394 | | Email/Text: bankruptcy@cfsvcs.com | | |
| | | | Apr 01 2025 23:09:00 | Community Financial Services Bank, 221 W 5th Street, Benton, KY 42025 |
| 20138395 | | Email/Text: bankruptcy@cfsvcs.com | | |
| | | | Apr 01 2025 23:09:00 | Community Financial Services Bank, POBox467, Benton, KY 42025-0467 |
| 20354450 | ^ | MEBN | | |
| | | | Apr 01 2025 23:06:32 | Comptroller of Public Accounts, C/O Office of the Attorney General, Bankruptcy - Collections Division MC-008, PO Box 12548, Austin TX 78711-2548 |
| 20138412 | | Email/Text: CreditandResolutionsLitigation@fcsamerica.com | | |
| | | | Apr 01 2025 23:09:00 | Frontier Farm Credit, 2009 Vanesta Place, Manhattan, KS 66503 |
| 20138438 | + | Email/Text: SPECIALSERVICES@mechanicsbank.com | | |
| | | | Apr 01 2025 23:11:00 | Mechanics Bank, 18400 Von Karman Avenue Suite 1100, Irvine, CA 92612-0517 |
| 20138451 | | Email/Text: fm.us.RAFCFLegal@raboag.com | | |
| | | | Apr 01 2025 23:09:00 | Rabo Agrifinance LLC, 1402 Technology Parkway, Cedar Falls, IA 50613 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Jobe Law PLLC |
| cr | | Cory Jesko, 3970 FM 1057, Hereford |
| sp | | Jobe Law PLLC |
| 20138462 | | Stanley Ayers, 6200 Ross Rd. Rockford,OH |
| cr | * | Bar D Ranch Land & Cattle LLC, 4458 S. U.S. Highway 441, Lake City, FL 32025-0306 |
| cr | *+ | Bryan Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Buss Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Charles Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Cole Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Dennis Buss, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Dora Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Douglas Finley, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Dustin Johnson, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Eddie Bryant, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Gray Brothers, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Gungoll Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Janet Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Janice Lawhon, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Jared Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Jim Rininger, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Jimmy Greer, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Joel Brookshire, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Jordan Lesh, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Leah Gungoll, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |

District/off: 0539-2                                    User: admin                                    Page 6 of 27
Date Rcvd: Apr 01, 2025                            Form ID: pdf013                            Total Noticed: 231

| cr | *+ | Lesh Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Lyndal Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Morrison Cafe, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Philip E Rapp, Eggleston King Davis, LLP, 102 Houston Avenue, Suite 300, Weatherford, TX 76086-4369 |
| cr | *+ | Robert Braun, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Robert E Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Robert Spring, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | *+ | Shaw & Shaw Farms Partnership LLC, 11605 NW 140 St., Alachua, FL 32615-6435 |
| cr | *+ | Sherle Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| 20180505 | *+ | J Brent Burnett, 1612 Sanderson Rd, Mayfield, KY 42066-9108 |
| 20138419 | *+ | Jed Goad, JLE Trucking, Inc., PO Box 451, Red Boiling Springs, TN 37150-0451 |
| cr | ##+ | Priest Cattle Company, Ltd., 899 Rosenthal Road, Lorena, TX 76655-9665 |
| 20138267 | ##+ | Bryan Blackman, 4553 Texas Street, Healdton, OK 73438-2906 |
| 20138410 | ##+ | Friona Industries, PO Box 15568, Amarillo, TX 79105-5568 |
| 20138437 | ##+ | Meagan B. Powell, 621 Mullins Ln., Benton, KY 42025-4762 |

TOTAL: 4 Undeliverable, 31 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron Michael Kaufman | on behalf of Interested Party Community Financial Services Bank akaufman@grayreed.com  mfowlkes@grayreed.com |
| Abel Angel Leal | on behalf of Creditor Robert Spring abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Gungoll Cattle  LLC abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Miranda Evans abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Steve T Scott Farm  Inc. abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Defendant A.J. Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Michael Evans abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Arnold Braun Trust abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Douglas Finley abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com  abel@leal.law |

Abel Angel Leal

on behalf of Creditor Douglas Finley abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Robert Braun abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Scarlet and Black Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Jared Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Amy Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Gray Brothers abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Craig Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Scott Livestock Company  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Michael Evans abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Sherle Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Gray Brothers abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jimmy Greer abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Dustin Johnson abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Robert Braun abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Gary Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Dora Blackman abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Morrison Cafe  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Lesh Family Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Colby Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Robert Spring abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Buss Family Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Robert E Gray abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jared Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Janet Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal
                on behalf of Creditor Jordan Lesh  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Eddie Bryant abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Joel Brookshire abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff AJ Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Creditor Dennis Buss abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Ronnie Gray abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Charles Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Janice Lawhon abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Morrison Cafe  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Gungoll Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
                on behalf of Creditor Steve T Scott Farm  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
                on behalf of Creditor Miranda Evans abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Dora Blackman abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Creditor Scarlet and Black Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
                on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Gene Brookshire Family  LP abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Steve Ryan abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Scott Livestock Company  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
                on behalf of Creditor Gene Brookshire Family  LP abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
                on behalf of Creditor Craig Sutton abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Robert E Gray abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Jordan Lesh  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
                on behalf of Creditor Steve Ryan abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                on behalf of Plaintiff Susan Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Bryan Blackman abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Nikki Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Dennis Buss abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Leah Gungoll abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Creditor Gary Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Creditor Jan Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Jan Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Jim Rininger abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Creditor Jim Rininger abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Cole Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Lyndal Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Plaintiff Amy Sutton abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
    on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com  abel@leal.law

Alan Dabdoub
    on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. adabdoub@lynnllp.com,
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub
    on behalf of Trustee Kent David Ries adabdoub@lynnllp.com
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub
    on behalf of Plaintiff Kent Ries adabdoub@lynnllp.com  kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub
    on behalf of U.S. Trustee United States Trustee adabdoub@lynnllp.com
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Amber Miller
    on behalf of Creditor Robert Ellis amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Big Seven Capital Partners LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Richard Carraway amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Creditor Barry Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor W. Robbie Russell Living Trust amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Priest Cattle Company  Ltd. amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Creditor Scott Stewart amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Ridgefeld Capital Asset Management  LP amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Drew Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Creditor Andrew Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Carraway Cattle  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Creditor Ridgefield Capital Group  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Wiley Roby Russell Russell  Jr. amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Robert Ellis amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Eddie Stewart amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Barry Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Priest Victory Investment  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Creditor Big Seven Capital Partners  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Creditor Richard Carraway amiller@cdmlaw.com  sboggs@cdmlaw.com

Austin C Nate

on behalf of Creditor Rabo AgriFinance  LLC anate@rqn.com, arollins@rqn.com;docket@rqn.com

Charity S Bird

on behalf of Defendant Meagan Goad cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charity S Bird

on behalf of Interested Party Kinsey Moreland cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charity S Bird

on behalf of Interested Party Meagan B. Goad cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charles Dunham Biles

on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust dunham@bileswilson.com

Dallas Flick

on behalf of Defendant Shawn Ragland dflick@cwl.law

Daniel P. Callahan

on behalf of Creditor Northland Capital Financial Services  LLC dpc@kesslercollins.com, gld@kesslercollins.com

David Weitman

on behalf of Interested Party Consolidated Feeders LLC david.weitman@klgates.com

David Weitman

on behalf of Interested Party David Weitman david.weitman@klgates.com

District/off: 0539-2                                      User: admin                                      Page 11 of 27
Date Rcvd: Apr 01, 2025                              Form ID: pdf013                              Total Noticed: 231

David L. LeBas
       on behalf of Plaintiff AGTexas Farm Credit Services dlebas@namanhowell.com  jaucoin@namanhowell.com

David L. LeBas
       on behalf of Creditor Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
       on behalf of Creditor AgTexas  PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
       on behalf of Creditor Thorlackson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
       on behalf of Defendant Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
       on behalf of Creditor AgTexas Farm Credit Services AgTexas  PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
       on behalf of Plaintiff AgTexas  PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas
       on behalf of Creditor Keeling Cattle Feeders Inc. dlebas@namanhowell.com  jaucoin@namanhowell.com

David L. LeBas
       on behalf of Plaintiff AgTexas PCA dlebas@namanhowell.com  jaucoin@namanhowell.com

David L. LeBas
       on behalf of Plaintiff Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

Dawn Whalen Theiss
       on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov
brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dawn Whalen Theiss
       on behalf of Interested Party mp U.S. Department of Agriculture dawn.theiss@usdoj.gov
brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dylan Tanner Franklin Ross
       on behalf of Creditor MAP Enterprises  Inc. dylan.ross@reedsmith.com

Farsheed Fozouni
       on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. ffozouni@lynnllp.com

Harrison Pavlasek
       on behalf of Creditor MAP Enterprises  Inc. harrison.pavlasek@kellyhart.com

Hudson M. Jobe
       on behalf of Trustee Kent David Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe
       on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. hjobe@jobelawpllc.com,
cswoveland@jobelawpllc.com

Hudson M. Jobe
       on behalf of Attorney Jobe Law PLLC hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe
       on behalf of Spec. Counsel Quilling  Selander, Lownds, Winslett & Moser, P.C. hjobe@jobelawpllc.com,
cswoveland@jobelawpllc.com

Hudson M. Jobe
       on behalf of Plaintiff Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe
       on behalf of Defendant Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe
       on behalf of Trustee Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Jamie Kirk
       on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov,
sherri.simpson@oag.texas.gov

Jeff P. Prostok
       on behalf of Creditor MAP Enterprises  Inc. jeff.prostok@vhh.law,
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

John F. Massouh
       on behalf of Defendant Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

District/off: 0539-2                                        User: admin                                        Page 12 of 27
Date Rcvd: Apr 01, 2025                              Form ID: pdf013                                  Total Noticed: 231

John F. Massouh

      on behalf of Defendant Gray Brothers Cattle john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Intervenor-Plaintiff Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Intervenor-Plaintiff Jim Rininger john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Defendant Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Defendant Dustin Johnson john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Intervenor-Plaintiff Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Plaintiff Cole Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Intervenor-Plaintiff AJ Jacques Living Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Intervenor-Plaintiff Bryan Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Plaintiff Craig Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Plaintiff Douglas Finley john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Intervenor-Plaintiff Nikki Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Defendant Amy Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Intervenor-Plaintiff Dora Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Plaintiff Susan Van Buskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Plaintiff Dora Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Defendant A.J. Jacques Living Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Plaintiff Bryan Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Plaintiff Steve Ryan john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Defendant Robert Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Intervenor-Plaintiff Dennis Buss john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Plaintiff Eddie Bryant john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Plaintiff Robert E Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

      on behalf of Intervenor-Plaintiff Craig Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Intervenor-Plaintiff Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Defendant Arnold Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Intervenor-Plaintiff Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Intervenor-Plaintiff Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Intervenor-Plaintiff Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Intervenor-Plaintiff Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Defendant Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Plaintiff Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Plaintiff Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Defendant Robert Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Plaintiff Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Defendant Lyndal VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Intervenor-Plaintiff Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Plaintiff Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Plaintiff Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Defendant Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Plaintiff Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Defendant Scarlet & Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Plaintiff Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Plaintiff Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Intervenor-Plaintiff Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Intervenor-Plaintiff Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
 on behalf of Defendant Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Bradley Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Gene Brookshire Family  LP.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Janet VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Scott Livestock Company john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Robert J. Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Colton Long john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Colby VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Edwin D. Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Steve T Scott Farms  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Susan VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Intervenor-Plaintiff Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Intervenor-Plaintiff Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Intervenor-Plaintiff Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John H. Lovell
on behalf of Defendant HTLF Bank john@lovell-law.net
paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
on behalf of Plaintiff HTLF Bank  Successor-in-Interest to First Bank & Trust john@lovell-law.net,
paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
on behalf of Debtor McClain Feed Yard  Inc. john@lovell-law.net,
paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
on behalf of Creditor Cory Jesko john@lovell-law.net
paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
on behalf of Creditor Lone Star Bank of West Texas john@lovell-law.net
paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John H. Lovell
on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust john@lovell-law.net,
paula@lovell-law.net;melissa@lovell-law.net;kaye@lovell-law.net;courtney@lovell-law.net;dana@lovell-law.net

John R. Lane, Jr.
on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com
mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com

John Robert Nelson
on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com  mdallaire@dickinsonwright.com

Joseph H Mattingly
on behalf of Defendant Don Ralph Barrett joe@mattinglylawoffices.com

Joseph H Mattingly
on behalf of Defendant Barrett's Livestock Inc. joe@mattinglylawoffices.com

Joseph H Mattingly
on behalf of Defendant Michael Acey joe@mattinglylawoffices.com

Joseph H Mattingly
on behalf of Defendant Acey Livestock  LLC joe@mattinglylawoffices.com

Josh Kundert
on behalf of Defendant Cole Lockwood josh.kundert@sprouselaw.com

Josh Kundert
on behalf of Plaintiff Dennis Buss josh.kundert@sprouselaw.com

Josh Kundert
on behalf of Defendant Douglas Finley josh.kundert@sprouselaw.com

Josh Kundert
on behalf of Plaintiff Jordan Lesh  LLC josh.kundert@sprouselaw.com

Josh Kundert
on behalf of Plaintiff Arnold Braun Trust josh.kundert@sprouselaw.com

Josh Kundert
on behalf of Intervenor-Plaintiff Robert Braun josh.kundert@sprouselaw.com

Josh Kundert
on behalf of Intervenor-Plaintiff Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Colby Van Buskirk josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Steve Ryan josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Miranda Evans josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Jordan Lesh  LLC josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Janet VanBuskirk josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Sherle Lockwood josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Jim Rininger josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Edwin D. Buss josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Dora Blackman josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Gary Lesh josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Arnold Braun josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Leah Gungoll josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Eddie Bryant josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Scott Livestock Company  Inc. josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Robert Braun josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Robert E Gray josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Ronnie Gray josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Amy Sutton josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Dustin Johnson josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Robert Braun josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Steve Ryan josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Craig Sutton josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Bryan Blackman josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff AJ Jacques Living Trust josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Colby Van Buskirk josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Miranda Evans josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Joel Brookshire josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Jan Lesh josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Jared Lesh josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Robert Spring josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Eddie Bryant josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Robert E Gray josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Lyndal Van Buskirk josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Charles Lockwood josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Leah Gungoll josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Craig Sutton josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Janice Lawhon josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Arnold Braun Trust josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Morrison Cafe  LLC josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff AJ Jacques Living Trust josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Dustin Johnson josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Bryan Blackman josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Lesh Family Trust josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Gary Lesh josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Steve T Scott Farm  Inc. josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Steve T Scott Farm  Inc. josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Buss Family Trust josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Dora Blackman josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Craig Sutton josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Nikki Lockwood josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Gray Brothers josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Joel Brookshire josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Scott Livestock Company  Inc. josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Jan Lesh josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Sherle Lockwood josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Joel Brookshire josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Michael Evans josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Ronnie Gray josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Nikki Lockwood josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Gary Lesh josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant A.J. Jacques Living Trust josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Jared Lesh josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Morrison Cafe  LLC josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Eddie Bryant josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Susan Van Buskirk josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Scarlet and Black Cattle  LLC josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Scarlet and Black Cattle  LLC josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Janet Van Buskirk josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Cole Lockwood josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Lesh Family Trust josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Colette Lesh josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Sherle Lockwood josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Dora Blackman josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Dennis Buss josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Gray Brothers josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Douglas Finley josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Scarlet & Black Cattle  LLC josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Jimmy Greer josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Colby VanBuskirk josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Buss Family Trust josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Douglas Finley josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Janice Lawhon josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Michael Evans josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Janice Lawhon josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Buss Family Trust josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Bradley Gungoll josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Lesh Family Trust josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Janet Van Buskirk josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Leah Gungoll josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Nikki Lockwood josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Susan Van Buskirk josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Jim Rininger josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Jared Lesh josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Lyndal VanBuskirk josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Morrison Cafe  LLC josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Amy Sutton josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Lyndal Van Buskirk josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Charles Lockwood josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Jan Lesh josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Cole Lockwood josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Dennis Buss josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Susan VanBuskirk josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Intervenor-Plaintiff Bryan Blackman josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Charles Lockwood josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Jimmy Greer josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Defendant Amy Sutton josh.kundert@sprouselaw.com

Josh Kundert

on behalf of Plaintiff Dustin Johnson josh.kundert@sprouselaw.com

Josh Kundert
                    on behalf of Defendant Michael Evans josh.kundert@sprouselaw.com

Josh Kundert
                    on behalf of Intervenor-Plaintiff Robert Spring josh.kundert@sprouselaw.com

Keith James Larson
                    on behalf of Interested Party Community Financial Services Bank kjl@mpmfirm.com

Kenneth A. Hill
                    on behalf of Trustee Kent David Ries kenhill@qslwm.com  dcruz@qslwm.com

Kenneth A. Hill
                    on behalf of Spec. Counsel Quilling  Selander, Lownds, Winslett & Moser, P.C. kenhill@qslwm.com, dcruz@qslwm.com

Kenneth R. Netardus
                    on behalf of Creditor Open A Arena  LLC knetardus@sjblawfirm.com, rmcmurry@sjblawfirm.com

Kenneth R. Netardus
                    on behalf of Creditor Edward Lewis Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com

Kenneth R. Netardus
                    on behalf of Creditor Rieta May Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com

Kent David Ries
                    on behalf of Interested Party Law Office of Kent Ries kent@kentries.com

Kent David Ries
                    on behalf of Trustee Kent David Ries trustee@kentries.com  TX41@ecfcbis.com

Kent David Ries
                    trustee@kentries.com  TX41@ecfcbis.com

Kent David Ries
                    on behalf of Defendant Kent Ries kent@kentries.com

Kent David Ries
                    on behalf of Trustee Kent Ries kent@kentries.com

Kerry L. Haliburton
                    on behalf of Creditor AgTexas Farm Credit Services  AgTexas, PCA, and Thorlakson Diamond T Feeders, LP
                    haliburton@namanhowell.com, karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Kerry L. Haliburton
                    on behalf of Creditor Keeling Cattle Feeders Inc. haliburton@namanhowell.com
                    karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Kyle Weldon
                    on behalf of Creditor Priest Cattle Company  Ltd. kyle@bradburycounsel.com

Kyle Weldon
                    on behalf of Creditor Robbie Russell kyle@bradburycounsel.com

Kyle Weldon
                    on behalf of Intervenor Priest Cattle Company  Ltd. kyle@bradburycounsel.com

Kyle Weldon
                    on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com

Kyle Weldon
                    on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon
                    on behalf of Intervenor Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon
                    on behalf of Intervenor W. Robbie Russell Living Trust kyle@bradburycounsel.com

Kyle Weldon
                    on behalf of Intervenor Priest Victory Investment  LLC kyle@bradburycounsel.com

Kyle Weldon
                    on behalf of Intervenor Wiley Roby Russell Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon
                    on behalf of Creditor Priest Victory Investment LLC kyle@bradburycounsel.com

Kyle Weldon
                    on behalf of Creditor Wiley Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon
                    on behalf of Creditor Wiley Roby Russell  Jr. kyle@bradburycounsel.com

District/off: 0539-2                                    User: admin                                    Page 24 of 27
Date Rcvd: Apr 01, 2025                              Form ID: pdf013                              Total Noticed: 231

Lynn Hamilton Butler
    on behalf of Defendant Mechanics Bank lynn.butler@huschblackwell.com
    penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Marcus Herbert
    on behalf of Interested Party Kristain McClain herbertlaw@vci.net  marcus.herbertbk@gmail.com

Marcus Herbert
    on behalf of Interested Party Crystal McClain herbertlaw@vci.net  marcus.herbertbk@gmail.com

Marcus Herbert
    on behalf of Interested Party Piper Olivia Mcclain herbertlaw@vci.net  marcus.herbertbk@gmail.com

Matthew M. Cannon
    on behalf of Plaintiff Rabo AgriFinance LLC mcannon@rqn.com  lbeidoun@rqn.com;docket@rqn.com

Matthew S Merriott
    on behalf of Cross Defendant First Bank & Trust mmerriott@mhba.com  lsteen@mhba.com

Matthew S Merriott
    on behalf of Defendant HTLF Bank  Successor-in-Interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S Merriott
    on behalf of Defendant HTLF Bank mmerriott@mhba.com  lsteen@mhba.com

Matthew S Merriott
    on behalf of Plaintiff HTLF Bank  Successor-in-Interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S Merriott
    on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S. Muckleroy
    on behalf of Defendant Shawn Ragland mmuckleroy@cwl.law  paralegal2@cwl.law

Max Ralph Tarbox
    on behalf of Debtor 7M Cattle Feeders  Inc. jessica@tarboxlaw.com,
    tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox
    on behalf of Debtor McClain Feed Yard  Inc. jessica@tarboxlaw.com,
    tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox
    on behalf of Debtor McClain Farms  Inc. jessica@tarboxlaw.com,
    tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Michael R. Johnson
    on behalf of Creditor Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson
    on behalf of Defendant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson
    on behalf of 3rd Pty Defendant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson
    on behalf of Cross-Claimant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson
    on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com  asanchez@rqn.com;docket@rqn.com

Michael S Duncan
    on behalf of Plaintiff Thorlakson Diamond T Feeders  LP mduncan@namanhowell.com

Michael S Duncan
    on behalf of Plaintiff AGTexas Farm Credit Services mduncan@namanhowell.com

Michael S Duncan
    on behalf of Plaintiff AgTexas PCA mduncan@namanhowell.com

Michelle D. Esparza, I
    on behalf of Creditor Caterpillar Financial Services Corporation michelle.esparza@kempsmith.com
    Chelsea.Salgado@kempsmith.com

Nathaniel Anson Plemons
    on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
    YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. nplemons@lynnllp.com, mgonzalez@lynnllp.com

Nathaniel Anson Plemons
    on behalf of Trustee Kent David Ries nplemons@lynnllp.com  mgonzalez@lynnllp.com

Nicole E. Gorovsky
    on behalf of Creditor Northland Capital Financial Services  LLC ngorovsky@jenkinskling.com, cwoods@jenkinskling.com

District/off: 0539-2                                    User: admin                                    Page 25 of 27
Date Rcvd: Apr 01, 2025                              Form ID: pdf013                                 Total Noticed: 231

Peter Sode
on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. csode@lynnllp.com, mspear@lynnllp.com

Rachel E Barr
on behalf of Plaintiff Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com

Rachel E Barr
on behalf of Creditor AgTexas  PCA rbarr@namanhowell.com

Rachel E Barr
on behalf of Plaintiff AGTexas Farm Credit Services rbarr@namanhowell.com

Rachel E Barr
on behalf of Defendant Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com

Rachel E Barr
on behalf of Plaintiff AgTexas  PCA rbarr@namanhowell.com

Richard A. Illmer
on behalf of 3rd Pty Defendant Mechanics Bank rick.illmer@huschblackwell.com karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com

Richard A. Illmer
on behalf of Defendant Mechanics Bank rick.illmer@huschblackwell.com karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com

Shawn Kevin Brady
on behalf of Creditor Citizens Bank NA sgodwin@brady-law-firm.com  sbrady@brady-law-firm.com

Stephen Barnes
on behalf of Interested Party Chelsea McClain sbarnes@wgmfirm.com

Steven Lee Hoard
on behalf of Defendant Curtis Jones Farms shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Hines Farms LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Hines Cattle Company  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Don Jones Farm  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Shaw & Shaw Farms Partnership LLC shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Don Jones Trucking  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Riley Livestock  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Hines Cattle Company  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Curtis Jones Farms shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Don Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Hines Farms  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Curtis Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Don Jones Farms  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Steven Hines shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Riley Livestock  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Shaw & Shaw Farms Partnership LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Bar D Ranch Land & Cattle LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Don Jones Trucking  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Bar D Ranch Land & Cattle LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant N. Terry Dicks shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor David Hines shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Hines Farms shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Thomas C. Riney
on behalf of Plaintiff Rabo AgriFinance LLC tom.riney@uwlaw.com
hhendricks@rineymayfield.com;rduke@rineymayfield.com;jschulte@rineymayfield.com;colguin@rineymayfield.com;dfields@ri
neymayfield.com

Todd Farmer
on behalf of Interested Party Kinsey Moreland todd@farmerwright.com  stephanie@sfk-law.com

Todd Farmer
on behalf of Defendant Meagan Goad todd@farmerwright.com  stephanie@sfk-law.com

Todd Farmer
on behalf of Interested Party Meagan B. Goad todd@farmerwright.com  stephanie@sfk-law.com

Todd Jeffrey Johnston
on behalf of Defendant Angie Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Creditor 2B Farms  a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com,
tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Defendant 2B Farms  a General Texas Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of 3rd Party Plaintiff Rebecca Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of 3rd Party Plaintiff 2B Farms  a General Texas Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of 3rd Party Plaintiff Terry Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Whitney A Davis
on behalf of Creditor Philip E Rapp whit@ekdlaw.com

William Adam Franklin
on behalf of Interested Party Kinsey Moreland bfranklin@bdflawfirm.com

William Adam Franklin
on behalf of Interested Party Chelsea McClain bfranklin@bdflawfirm.com

William Adam Franklin
on behalf of Interested Party Meagan B. Goad bfranklin@bdflawfirm.com

William Heath Hendricks

on behalf of Creditor Rabo AgriFinance  LLC heath.hendricks@uwlaw.com,
roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

William Heath Hendricks

on behalf of Plaintiff Rabo AgriFinance LLC heath.hendricks@uwlaw.com
roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

TOTAL: 554