# LainFaulkner

McClain Feed Yard, Inc., et al
c/o Kent Ries, Chapter 7 Trustee
P.O. Box 3100
Amarillo, TX 79116

Invoice Period: 10-01-2024 - 01-31-2025

**RE: MF1970 - McClain Feed Yard, Inc., et al**

## Time Details

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| Avoidance Actions - Individual File Review | | | | | |
| 01-09-2025 | Rick Cass | Prepared 90 day bank activity database to assist with avoidance action reviews for selected targets. | 3.00 | 280.00 | 840.00 |
| 01-09-2025 | Rick Cass | Commenced avoidance action reviews on selected targets including 2B Farms, Wildforest Cattle and MAP Enterprises. | 2.50 | 280.00 | 700.00 |
| 01-09-2025 | Rick Cass | Continued avoidance action reviews on selected targets including Wildforest Cattle and MAP Enterprises. | 3.00 | 280.00 | 840.00 |
| 01-10-2025 | Rick Cass | Continued avoidance action reviews on selected targets including Mykel & Amber Tidwell, Priest Victory Investments, Ridgefield Capital Asset (Robert Ellis), Scarlet & Black Cattle LLC, Scott Livestock, TGF Ranch and Thorlakson Diamond T Feeders. | 3.50 | 280.00 | 980.00 |
| 01-10-2025 | Rick Cass | Continued avoidance action reviews on selected targets including Vanbuskirk Group; WJ Performance Horses, WR Russell Jr, Bryan Blackman, Robert Braun, Martha & Arnold Braun, Edwin P Stewart, Jimmy & Peggy Greer, John & Deanna Tidwell, Don Jones Farms, KKH Farms (Keith Harris Farms), Lesh Group and Lockwood Group. | 3.50 | 280.00 | 980.00 |
| 01-10-2025 | Rick Cass | Updated target list summary. | 0.50 | 280.00 | 140.00 |
| 01-13-2025 | Rick Cass | Continued preference reviews on selected targets including Codie & Morgan Perry, Craig & Amy Sutton, David Rainey Group, Dufurrena Group, Eric & Vivan Dejarnatt and Gray Brothers Cattle. | 2.40 | 280.00 | 672.00 |
| 01-13-2025 | Rick Cass | Continued preference reviews on selected targets including 2B Farms, 3D Land & Farms, Bard D Ranch, Bass Farms, Dora Alcia Blackman, Big Seven Capital Partners, Brent Burnett, Gene Brokshire Family LP, Joel & Carla Brookshire, Buss Group, Carraway Cattle LLC and Chad Trigg. | 2.80 | 280.00 | 784.00 |
| 01-13-2025 | Rick Cass | Met with Brian Crisp regarding preference analysis on selected targets. | 0.40 | 280.00 | 112.00 |
| 01-14-2025 | Rick Cass | Prepared 90 day profit analysis for MAP Enterprises. | 2.50 | 280.00 | 700.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|

Avoidance Actions - Individual File Review

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 01-14-2025 | Rick Cass | Prepared 90 day profit analysis for 2B Farms. | 1.20 | 280.00 | 336.00 |
| 01-14-2025 | Rick Cass | Prepared 90 day profit analysis for Wildforest Cattle (Sam Brown). | 1.20 | 280.00 | 336.00 |
| 01-14-2025 | Rick Cass | Met with Brian Crisp to review Map Enterprises documents and discuss preference analyses and defenses. | 1.00 | 280.00 | 280.00 |
| 01-15-2025 | Rick Cass | Continued preference reviews on selected targets including Hefner Cattle, Janice Lawhon, Jared Grell, Jesko Group, Little Spur Ranch, Mark Reisz and Michael Evans. | 3.80 | 280.00 | 1,064.00 |
| 01-15-2025 | Rick Cass | Continued preparing 90 day profit analysis for MAP Enterprises. | 1.00 | 280.00 | 280.00 |
| 01-15-2025 | Rick Cass | Prepared 90 day profit analysis for Charles Lockwood. | 1.70 | 280.00 | 476.00 |
| 01-16-2025 | Rick Cass | Continued preference reviews on Corey & Jeff Jesko, Dwight & Patrica Jesko, Daniel Jesko Farms and combined analyses. | 2.50 | 280.00 | 700.00 |
| 01-16-2025 | Rick Cass | Continued preference reviews on Dennis & Valerie Buss, Ed & Linda Buss and and combined analyses. | 1.70 | 280.00 | 476.00 |
| 01-16-2025 | Rick Cass | Continued preference reviews on selected targets including Open A Arena & Amarillo National Bank, Partain Investment Group, Ralph Reisz & Vernoica Reisz and Rapp Ranch. | 2.80 | 280.00 | 784.00 |
| 01-17-2025 | Rick Cass | Continued preference reviews on Jordan Lesh, Jared Lesh, Jared Lesh Cowhorses, Gary & Jan Lesh, C Heart and combined analyses. | 1.80 | 280.00 | 504.00 |
| 01-17-2025 | Rick Cass | Continued preference reviews on Little Spur Ranch and KKH Farms (Keith Harris Farms). | 1.60 | 280.00 | 448.00 |
| 01-17-2025 | Rick Cass | Email to Hudson Jobe and Alan Daboub regarding bank activity summaries and 90 day payments. | 0.40 | 280.00 | 112.00 |
| 01-17-2025 | Rick Cass | Respond to Hudson Jobe regarding 1 year summary for investor group. | 1.00 | 280.00 | 280.00 |
| 01-19-2025 | Rick Cass | Reviewed payment summaries and analysis for 90 day and 1 year periods in preparation for status telecom with counsel. | 0.50 | 280.00 | 140.00 |
| 01-20-2025 | Rick Cass | Continued working on new value analyses for Lockwood Group including Charles, Sherle, Cole & Nikki. | 2.50 | 280.00 | 700.00 |
| 01-20-2025 | Rick Cass | Continued avoidance action reviews on selected targets including Richard Carraway, Robert Gray, | 3.00 | 280.00 | 840.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | Avoidance Actions - Individual File Review | | | |
| | | Rodgers Group, Ronnie Gray, Scott Stewart and Stanley Ayers. | | | |
| 01-20-2025 | Jason Rae | Follow up regarding preference analysis. | 0.30 | 525.00 | 157.50 |
| 01-21-2025 | Rick Cass | Continued preference reviews on Travis Miller, Thorlakson Diamond T Feeders and Priest Victory Investments LLC. | 2.60 | 280.00 | 728.00 |
| 01-21-2025 | Rick Cass | Updated preference analyses for 2B Farms-Angela Robinson, Lockwood Group, WR Russell Jr, Bryan Blackman, WJ Performance Horses and Wildforest Cattle. | 2.60 | 280.00 | 728.00 |
| 01-21-2025 | Rick Cass | Continued preference reviews on Vansbuskirk Group including Lyndal & ANB, Colby & Susan and Janet. | 2.00 | 280.00 | 560.00 |
| 01-22-2025 | Rick Cass | Updated bank activity database for selected investor transactions and updated summary reports for 4 year, 1 year and 90 day periods. | 2.80 | 280.00 | 784.00 |
| 01-22-2025 | Rick Cass | Updated new value analyses on 2B Farms, Terry Bo Robinson and Angela Robinson. | 2.30 | 280.00 | 644.00 |
| 01-22-2025 | Rick Cass | Prepared draft 90 day target list for non investor group. | 1.60 | 280.00 | 448.00 |
| 01-22-2025 | Rick Cass | Updated 90 day summary for investor group. | 0.50 | 280.00 | 140.00 |
| 01-23-2025 | Rick Cass | Continued review and updating new value analyses on selected investors. | 2.80 | 280.00 | 784.00 |
| 01-23-2025 | Rick Cass | Prepared preference review on Spiritual Care Consultants of W MI Inc. | 0.50 | 280.00 | 140.00 |
| 01-24-2025 | Rick Cass | Prepared preference database for selected targets to assist with analyzing potential defenses. | 1.10 | 280.00 | 308.00 |
| 01-24-2025 | Rick Cass | Continued preparing preference analysis on Producers Livestock, Livingston Livestock, JLE Trucking, White Energy and BCA. | 2.60 | 280.00 | 728.00 |
| 01-24-2025 | Rick Cass | Continued preparing preference analysis on Vet Industries Feed & Supply, Performance Feed, Reinert Hay Co, Cargill, Land O Lakes Ag Service, Megan B Goad, Michael Acey dba Acey Farms, Brooks Farms, Riley Livestock and Heartland Coop. | 2.30 | 280.00 | 644.00 |
| 01-27-2025 | Rick Cass | Prepared preference database for selected targets to assist with analyzing potential defenses. | 3.20 | 280.00 | 896.00 |
| 01-27-2025 | Rick Cass | Continued preparing preference database for selected targets to assist with analyzing potential defenses. | 3.50 | 280.00 | 980.00 |
| 01-27-2025 | Rick Cass | Imported payment database into preference system and generated draft preference reports. | 0.70 | 280.00 | 196.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|

### Avoidance Actions - Individual File Review

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 01-28-2025 | Rick Cass | Reviewed payment history for selected investors and prepare ordinary course charts. | 2.50 | 280.00 | 700.00 |
| 01-28-2025 | Rick Cass | Continued reviewing payment history for selected investors and prepare ordinary course charts. | 2.00 | 280.00 | 560.00 |
| 01-29-2025 | Rick Cass | Continued updating new value and ordinary course analyses for potential preference targets. | 2.30 | 280.00 | 644.00 |
| 01-29-2025 | Rick Cass | Continued updating new value and ordinary course analyses for potential preference targets. | 1.50 | 280.00 | 420.00 |
| 01-30-2025 | Rick Cass | Prepared preference review and analyses on Rabo. | 1.50 | 280.00 | 420.00 |
| 01-30-2025 | Rick Cass | Updated exhibits in preparation for status telecom. | 0.50 | 280.00 | 140.00 |
| 01-30-2025 | Rick Cass | Continued updating new value and ordinary course analyses for potential preference targets. | 2.20 | 280.00 | 616.00 |
| 01-30-2025 | Rick Cass | Continued updating new value and ordinary course analyses for potential preference targets. | 2.30 | 280.00 | 644.00 |
| 01-31-2025 | Rick Cass | Continued updating new value and ordinary course analyses for potential preference targets. | 3.40 | 280.00 | 952.00 |
| 01-31-2025 | Rick Cass | Continued updating new value and ordinary course analyses for potential preference targets. | 3.80 | 280.00 | 1,064.00 |
| | | | 105.20 | | 29,529.50 |

### Claims - Maintenance/Analysis

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 12-13-2024 | Rick Cass | Various emails from counsel and Karla Wortham regarding USDA claimants; met with Karla Wortham regarding same. | 0.40 | 275.00 | 110.00 |
| 12-13-2024 | Karla Wortham | Reviewed USDA claims and compared to claims filed with the court; Corresponded with Hudson Jobe regarding same. | 1.80 | 250.00 | 450.00 |
| | | | 2.20 | | 560.00 |

### Document Management

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 11-21-2024 | Rick Cass | Reviewed documents provided by claimants and document production summary schedule.. | 1.50 | 175.00 | 262.50 |
| 01-07-2025 | Rick Cass | Respond to email from Hudson Jobe regarding Gene Brookshire document production. | 0.10 | 175.00 | 17.50 |
| 01-23-2025 | Rick Cass | Respond to email regarding document production on Scarlet & Black, Morrison Cafe & Lesh Family Trust. | 0.20 | 175.00 | 35.00 |
| 01-29-2025 | Rick Cass | Respond to Sherida Stone regarding updated links for Janet and Lyndal Vanbuskirk. | 0.20 | 175.00 | 35.00 |
| | | | 2.00 | | 350.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| **Employment/Fee Application** | | | | | |
| 10-08-2024 | Rick Cass | Reviewed logs for 2nd interim fee application. | 1.20 | 275.00 | 330.00 |
| 10-09-2024 | Rick Cass | Continued reviewing logs for 2nd interim fee application. | 2.50 | 275.00 | 687.50 |
| 10-09-2024 | Rick Cass | Continued reviewing logs for 2nd interim fee application. | 2.00 | 275.00 | 550.00 |
| 10-10-2024 | Rick Cass | Continued reviewing logs for 2nd interim fee application. | 3.50 | 275.00 | 962.50 |
| 10-14-2024 | Rick Cass | Met with Jason Rae regarding 2nd interim fee application. | 0.50 | 275.00 | 137.50 |
| 10-24-2024 | Jason Rae | Work session call regarding fee application and next steps. | 1.00 | 500.00 | 500.00 |
| 11-12-2024 | Jason Rae | Worked on fee application; staff direction on same. | 1.80 | 500.00 | 900.00 |
| 11-13-2024 | Jason Rae | Worked on fee application. | 0.50 | 500.00 | 250.00 |
| 11-15-2024 | Jason Rae | Worked on finalizing fee applications. | 1.20 | 500.00 | 600.00 |
| 12-12-2024 | Jason Rae | Attended fee application hearing; prepared for same. | 1.50 | 500.00 | 750.00 |
| | | | 15.70 | | 5,667.50 |
| **Financial Analysis** | | | | | |
| 10-01-2024 | Kelly McCullough | Reviewed and commented on draft demand letter to Carr Riggs Ingram. | 0.90 | 500.00 | 450.00 |
| 10-01-2024 | Rick Cass | Reviewed bank records and activity related to various Brian McClain accounts. | 2.80 | 275.00 | 770.00 |
| 10-02-2024 | Rick Cass | Continued reviewing Brian McClain bank records and prepared database of activity focusing on CFSB account ending in #4137. | 2.50 | 275.00 | 687.50 |
| 10-02-2024 | Kelly McCullough | Reviewed and commented on draft demand letter to Carr Riggs Ingram. | 0.70 | 500.00 | 350.00 |
| 10-02-2024 | Kelly McCullough | Researched and commented on Carr Riggs demand letter. | 1.20 | 500.00 | 600.00 |
| 10-02-2024 | Aniza Rowe | Prepared summary of analysis of cattle sale activity for Curtis Jones et al for January 2018 through April 2023. | 1.70 | 280.00 | 476.00 |
| 10-02-2024 | Rick Cass | Continued reviewing Brian McClain bank records and prepared database of activity focusing on CFSB account ending in #6181. | 1.40 | 275.00 | 385.00 |
| 10-02-2024 | Rick Cass | Continued reviewing Brian McClain bank records and prepared database of activity focusing on CFSB account ending in #2923. | 2.30 | 275.00 | 632.50 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| _Financial Analysis_ | | | | | |
| 10-02-2024 | Jason Rae | Work session regarding Carr Riggs analysis. | 0.80 | 500.00 | 400.00 |
| 10-02-2024 | Jason Rae | Reviewed files; prepared for work session. | 1.40 | 500.00 | 700.00 |
| 10-03-2024 | Rick Cass | Continued reviewing Brian McClain bank records and prepared database of activity focusing on CFSB account ending in #2923. | 2.20 | 275.00 | 605.00 |
| 10-03-2024 | Rick Cass | Continued reviewing Brian McClain bank records and prepared database of activity focusing on CFSB account ending in #2923. | 1.70 | 275.00 | 467.50 |
| 10-03-2024 | Rick Cass | Reviewed bank activity summary and researched selected investor transactions. | 2.10 | 275.00 | 577.50 |
| 10-04-2024 | Rick Cass | Updated bank activity database and prepared updated investor summary for Alan Dabdoub. | 2.50 | 275.00 | 687.50 |
| 10-04-2024 | Aniza Rowe | Assisted Scott Reese with preparation summary of analysis of cattle sale activity for Cameron Weddington and William Weddington for January 2018 through April 2023. | 1.10 | 280.00 | 308.00 |
| 10-04-2024 | Rick Cass | Met with Jason Rae regarding 2B Farm response to HTLF and investor summary. | 0.30 | 275.00 | 82.50 |
| 10-04-2024 | Rick Cass | Continued reviewing Brian McClain bank records and prepared database of activity focusing on CFSB account ending in #2923. | 2.20 | 275.00 | 605.00 |
| 10-04-2024 | Jason Rae | Met with team regarding check kiting analysis; staff direction on same. | 0.50 | 500.00 | 250.00 |
| 10-04-2024 | Jason Rae | Met with Rick Cass regarding investor analysis. | 0.30 | 500.00 | 150.00 |
| 10-04-2024 | Aniza Rowe | Met with Jason Rae and Rick Cass regarding check kiting cases. | 0.50 | 280.00 | 140.00 |
| 10-07-2024 | Rick Cass | Continued reviewing Brian McClain bank records and prepared database of activity focusing on CFSB account ending in #3287. | 3.20 | 275.00 | 880.00 |
| 10-07-2024 | Rick Cass | Continued reviewing Brian McClain bank records and prepared database of activity focusing on CFSB account ending in #2923. | 1.10 | 275.00 | 302.50 |
| 10-08-2024 | Rick Cass | Continued reviewing Brian McClain bank records and prepared database of activity focusing on CFSB account ending in #3287. | 1.40 | 275.00 | 385.00 |
| 10-08-2024 | Rick Cass | Drafted email to Hudson Jobe regarding ██████████ | 1.30 | 275.00 | 357.50 |
| 10-08-2024 | Rick Cass | Continued reviewing Brian McClain bank records and prepared database of activity focusing on CFSB | 1.80 | 275.00 | 495.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|

### Financial Analysis

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| | | account ending in #3287. | | | |
| 10-09-2024 | Rick Cass | Researched selected investor transactions. | 1.00 | 275.00 | 275.00 |
| 10-09-2024 | Jason Rae | Reviewed counsel inquiry; staff direction on same. | 0.60 | 500.00 | 300.00 |
| 10-10-2024 | Rick Cass | Researched selected investor transactions. | 2.20 | 275.00 | 605.00 |
| 10-11-2024 | Rick Cass | Researched selected investor transactions. | 2.30 | 275.00 | 632.50 |
| 10-11-2024 | Rick Cass | Researched selected investor transactions, focusing on Priest Victory Investments and McClain Feedyard. | 2.70 | 275.00 | 742.50 |
| 10-11-2024 | Jason Rae | Research and follow up regarding footnotes per counsel inquiry. | 2.20 | 500.00 | 1,100.00 |
| 10-11-2024 | Jason Rae | Research and follow up with Trustee. | 0.40 | 500.00 | 200.00 |
| 10-11-2024 | Misty Berumen | Assisted with footnote search. | 0.60 | 295.00 | 177.00 |
| 10-14-2024 | Aniza Rowe | Prepared summary of analysis of cattle sale activity for Curtis Jones et al for January 2018 through April 2023. | 2.30 | 280.00 | 644.00 |
| 10-14-2024 | Jason Rae | Follow up regarding demand letter. | 2.20 | 500.00 | 1,100.00 |
| 10-14-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investments cattle sales analyses. | 2.00 | 275.00 | 550.00 |
| 10-14-2024 | Rick Cass | Continued researching investor transactions. | 2.60 | 275.00 | 715.00 |
| 10-14-2024 | Aniza Rowe | Continued preparing summary of analysis of cattle sale activity for Curtis Jones et al for January 2018 through April 2023. | 2.40 | 280.00 | 672.00 |
| 10-15-2024 | Rick Cass | Continued researching investor transactions. | 3.00 | 275.00 | 825.00 |
| 10-15-2024 | Jason Rae | Prepared for status call. | 0.40 | 500.00 | 200.00 |
| 10-15-2024 | Aniza Rowe | Prepared summary of analysis of ███████████ Curtis Jones et al for January 2018 through April 2023. | 3.20 | 280.00 | 896.00 |
| 10-16-2024 | Aniza Rowe | Prepared summary of analysis o█ ███████████ Curtis Jones et al for January 20██ | 2.70 | 280.00 | 756.00 |
| 10-16-2024 | Rick Cass | Met with Jason Rae regarding details of inspection reports. | 0.70 | 275.00 | 192.50 |
| 10-16-2024 | Jason Rae | Met with Rick Cass regarding lender reports. | 0.70 | 500.00 | 350.00 |
| 10-16-2024 | Jason Rae | Reviewed materials from counsel. | 0.60 | 500.00 | 300.00 |
| 10-16-2024 | Rick Cass | Reviewed Rabo files. | 1.80 | 275.00 | 495.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|

### Financial Analysis

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-16-2024 | Rick Cass | Continued researching investor transactions. | 1.70 | 275.00 | 467.50 |
| 10-16-2024 | Aniza Rowe | Continued preparation ████████ r Curtis Jones et al for January ███. | 2.40 | 280.00 | 672.00 |
| 10-17-2024 | Aniza Rowe | Prepared summary of analysis o███████ r Curtis Jones et al for January 20██. | 0.80 | 280.00 | 224.00 |
| 10-17-2024 | Aniza Rowe | Prepared summary of analysis o███████ r Bryan Blackman et al for January 2018 through April 2023. | 1.60 | 280.00 | 448.00 |
| 10-17-2024 | Aniza Rowe | Prepared summary of analysis ████████or Andrew Phillips for January 2018 through April 2023. | 3.80 | 280.00 | 1,064.00 |
| 10-18-2024 | Aniza Rowe | Prepared summary of analysis of ███████or Andrew Phillips for January 2018 through April 2023. | 1.50 | 280.00 | 420.00 |
| 10-21-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investments ██████████. | 2.80 | 275.00 | 770.00 |
| 10-21-2024 | Aniza Rowe | Met with Rick Cass regarding the Priest analysis of ███████. | 0.50 | 280.00 | 140.00 |
| 10-21-2024 | Aniza Rowe | Prepared summary of analysis ████████or Andrew Phillips for January 2018 through April 2023. | 2.20 | 280.00 | 616.00 |
| 10-21-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investment█████████. | 2.40 | 275.00 | 660.00 |
| 10-21-2024 | Rick Cass | Met with Aniza Rowe regardin███████████ focusing on Priest Cattle. | 0.50 | 275.00 | 137.50 |
| 10-22-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investment█████████. | 2.20 | 275.00 | 605.00 |
| 10-22-2024 | Aniza Rowe | Prepared summary of analysis of ██████████ Dora Blackman for January 2018 ███. | 1.20 | 280.00 | 336.00 |
| 10-22-2024 | Aniza Rowe | Prepared summary of analysis ██████████ the Gray Brothers for January 2018 through April 2023. | 1.30 | 280.00 | 364.00 |
| 10-22-2024 | Aniza Rowe | Prepared summary of analysis o███████ Dennis Russ for January 2018 th██. | 1.40 | 280.00 | 392.00 |
| 10-22-2024 | Rick Cass | Continued working o█████████ and Priest Victory Investm███████. | 2.80 | 275.00 | 770.00 |
| 10-22-2024 | Jason Rae | Reviewed Carr Riggs materials; follow up with counsel on same. | 1.20 | 500.00 | 600.00 |
| 10-23-2024 | Aniza Rowe | Telecom with Rick Cass █████████ analysis. | 0.30 | 280.00 | 84.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|

<u>Financial Analysis</u>

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-23-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investments ███████ | 3.60 | 275.00 | 990.00 |
| 10-23-2024 | Aniza Rowe | Prepared summary of analysis ████████ r the Gray brothers for January 2████████ 8. | 3.90 | 280.00 | 1,092.00 |
| 10-23-2024 | Rick Cass | Continued working on ██████ and Priest Victory Investmen ██████ | 2.60 | 275.00 | 715.00 |
| 10-23-2024 | Rick Cass | Telecom with Aniza Rowe regarding ██████ analysis. | 0.30 | 275.00 | 82.50 |
| 10-24-2024 | Rick Cass | Met with Aniza Rowe regarding ██████ | 0.30 | 275.00 | 82.50 |
| 10-24-2024 | Rick Cass | Continued working on Priest analyses. | 2.50 | 275.00 | 687.50 |
| 10-24-2024 | Aniza Rowe | Prepared summary of analy ██████ or the Gray Brothers for January 2018 through April 2023. | 2.00 | 280.00 | 560.00 |
| 10-24-2024 | Aniza Rowe | Continued preparation o ██████ y for the Gray Brothers for January 2018 through April 2023. | 2.20 | 280.00 | 616.00 |
| 10-24-2024 | Aniza Rowe | Met with Rick Cass regardi ██████ | 0.30 | 280.00 | 84.00 |
| 10-25-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investmen ██████ | 3.30 | 275.00 | 907.50 |
| 10-25-2024 | Aniza Rowe | Prepared summary of analysis of ██████ Jace Harrold for January 2018 thr | 0.70 | 280.00 | 196.00 |
| 10-25-2024 | Aniza Rowe | Prepared summary of analysis ██████ Janice Lawhon for January 201 | 1.10 | 280.00 | 308.00 |
| 10-25-2024 | Aniza Rowe | Prepared summary of analysi ██████ Jean Nix for January 2018 thr | 0.40 | 280.00 | 112.00 |
| 10-25-2024 | Aniza Rowe | Prepared summary of a ██████ Tom Thorlakson and T ██████ for January 2018 through April 2023. | 3.50 | 280.00 | 980.00 |
| 10-25-2024 | Rick Cass | Continued working on P ██████ and Priest Victory Investments ██████ | 3.50 | 275.00 | 962.50 |
| 10-28-2024 | Aniza Rowe | Prepared summary of analysis o ██████ Tom Thorlakson and Thorlakso ██████ for January 2018 through April 2023. | 1.70 | 280.00 | 476.00 |
| 10-28-2024 | Rick Cass | Continued working on ██████ and Priest Victory Investment ██████ | 3.00 | 275.00 | 825.00 |
| 10-28-2024 | Rick Cass | Continued working on ██████ and Priest Victory Investment ██████ | 3.50 | 275.00 | 962.50 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|

<u>Financial Analysis</u>

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| 10-28-2024 | Aniza Rowe | Continued preparing summary of analysis of ████ or Tom Thorlakson and Th Diamond T Feeders for January 2018 throug 2023. | 2.50 | 280.00 | 700.00 |
| 10-29-2024 | Aniza Rowe | Continued preparing summary of analysis of ████ for Tom Thorlakson and Thor Diamond T Feeders for January 2018 through April 2023. | 2.60 | 280.00 | 728.00 |
| 10-29-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investmen ████ | 2.70 | 275.00 | 742.50 |
| 10-29-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investmen ████ | 3.00 | 275.00 | 825.00 |
| 10-29-2024 | Aniza Rowe | Prepared summary of analysis of ████ r Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 3.50 | 280.00 | 980.00 |
| 10-30-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Inve ████ | 2.50 | 275.00 | 687.50 |
| 10-30-2024 | Rick Cass | Met with Aniza Rowe regarding Priest analyses. | 0.40 | 275.00 | 110.00 |
| 10-30-2024 | Aniza Rowe | Mew with Rick Cass regarding analysis of P ████ | 0.40 | 280.00 | 112.00 |
| 10-30-2024 | Aniza Rowe | Prepared summary of analysis ████ r Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 3.90 | 280.00 | 1,092.00 |
| 10-30-2024 | Aniza Rowe | Continued preparing summary of analysis of ████ r Tom Thorlakson and Thorl Diamond T Feeders for January 2018 through April 2023. | 2.90 | 280.00 | 812.00 |
| 10-30-2024 | Rick Cass | Continued working on ████ and Priest Victory Investmen ████ | 3.10 | 275.00 | 852.50 |
| 10-31-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investment ████ | 3.30 | 275.00 | 907.50 |
| 10-31-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investments cattle sales analyses. | 2.50 | 275.00 | 687.50 |
| 10-31-2024 | Aniza Rowe | Prepared summary of analysis of ████ r Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 3.40 | 280.00 | 952.00 |
| 10-31-2024 | Aniza Rowe | Continued preparing summary of analysis ████ for Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 2.60 | 280.00 | 728.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| <u>Financial Analysis</u> | | | | | |
| 11-01-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investment ███████████ | 2.00 | 275.00 | 550.00 |
| 11-01-2024 | Aniza Rowe | Prepared summary of analysis o███████████r Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 2.00 | 280.00 | 560.00 |
| 11-01-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investments ███████████ | 3.00 | 275.00 | 825.00 |
| 11-01-2024 | Aniza Rowe | Continued preparation of analysis of ███████████ for Tom Thorlakson and Thorlaks Feeders for January 2018 through April 2023. | 2.10 | 280.00 | 588.00 |
| 11-04-2024 | Rick Cass | Continued updates to ███████████ Priest Cattle Company. | 2.70 | 275.00 | 742.50 |
| 11-04-2024 | Rick Cass | Continued updates ███████████ Priest Cattle Company. | 2.30 | 275.00 | 632.50 |
| 11-05-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Inve███████████ | 2.20 | 275.00 | 605.00 |
| 11-05-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investments ███████████ | 2.50 | 275.00 | 687.50 |
| 11-06-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investment ███████████ | 3.00 | 275.00 | 825.00 |
| 11-06-2024 | Rick Cass | Continued working on ███████████ and Priest Victory Investment ███████████ | 2.40 | 275.00 | 660.00 |
| 11-07-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investments ███████████ | 3.00 | 275.00 | 825.00 |
| 11-07-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investments ███████████ | 2.50 | 275.00 | 687.50 |
| 11-08-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investments ███████████ | 2.00 | 275.00 | 550.00 |
| 11-08-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investment ███████████ | 4.00 | 275.00 | 1,100.00 |
| 11-11-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investment ███████████ | 2.30 | 275.00 | 632.50 |
| 11-11-2024 | Rick Cass | Continued working on Priest Cattle Company and Priest Victory Investme███████████ | 3.50 | 275.00 | 962.50 |
| 11-12-2024 | Rick Cass | Reviewed Priest Cattle Company correspondence file for 2016 through 2023. | 3.50 | 275.00 | 962.50 |
| 11-13-2024 | Rick Cass | Reviewed Priest Cattle emails and attachments. | 1.60 | 275.00 | 440.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Financial Analysis | | | | | |
| 11-13-2024 | Rick Cass | Continued reviewing Priest Cattle Company correspondence file for 2016 through 2023. | 2.40 | 275.00 | 660.00 |
| 11-14-2024 | Jason Rae | Reviewed Mechanics bank items and follow up with staff. | 0.80 | 500.00 | 400.00 |
| 11-14-2024 | Aniza Rowe | Telecom with Jason Rae regarding Mechanics Bank complaint; reviewed text messages for information regarding McClain check stock held at various banks. | 0.80 | 280.00 | 224.00 |
| 11-14-2024 | Rick Cass | Reviewed Mechanics bank activity summaries and bank records to assist counsel with preparation of lawsuit. | 3.50 | 275.00 | 962.50 |
| 11-18-2024 | Rick Cass | Researched deposit activity for selected investors compared to Riley cattle sales database. | 2.50 | 275.00 | 687.50 |
| 11-18-2024 | Rick Cass | Researched deposit activity for selected investors and cattle sales database. | 1.60 | 275.00 | 440.00 |
| 11-20-2024 | Aniza Rowe | Prepared summary of analysis of cattle sale activity for Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 3.00 | 280.00 | 840.00 |
| 11-20-2024 | Rick Cass | Researched internet for national cattle sales data. | 2.50 | 275.00 | 687.50 |
| 11-20-2024 | Aniza Rowe | Continued preparation of analysis of cattle sale activity for Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 2.10 | 280.00 | 588.00 |
| 11-21-2024 | Rick Cass | Reviewed documents provided by Jimmy & Peggy Greer and commenced preparin█ ███████ █████████████ | 3.00 | 275.00 | 825.00 |
| 11-22-2024 | Rick Cass | Met with Aniza Rowe regarding status o█ ██████████ ████████ nd workplan. | 0.50 | 275.00 | 137.50 |
| 11-22-2024 | Aniza Rowe | Met with Rick Cass regarding analysis of ██████████ data. | 0.50 | 280.00 | 140.00 |
| 11-22-2024 | Aniza Rowe | Prepared summary of analysis of ██████████████ r Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 1.30 | 280.00 | 364.00 |
| 11-22-2024 | Rick Cass | Reviewed documents provided by Jimmy & Peggy Greer and commenced preparing█████████ ████████ | 2.50 | 275.00 | 687.50 |
| 11-22-2024 | Rick Cass | Continued reviewing documents provided by Jimmy & Peggy Greer and commenced prep ███████████ | 3.20 | 275.00 | 880.00 |
| 11-22-2024 | Rick Cass | Reviewed documents provided by Justin & Lori Stuever and prepared ███████████ | 0.50 | 275.00 | 137.50 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|

### Financial Analysis

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 11-25-2024 | Rick Cass | Reviewed documents provided by Barrett's Livestock and Brooks Farms. | 0.70 | 275.00 | 192.50 |
| 11-25-2024 | Rick Cass | Reviewed documents provided by Keith Harris Farms and commenced preparing cattle sales analyses. | 2.70 | 275.00 | 742.50 |
| 11-25-2024 | Rick Cass | Continued working on Keith Harris Farms ███████ ██████ | 3.30 | 275.00 | 907.50 |
| 11-26-2024 | Rick Cass | Continued working on Keith Harris Farms ███████ analyses. | 2.50 | 275.00 | 687.50 |
| 11-26-2024 | Aniza Rowe | Prepared summary of analysis o██████████r Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 2.60 | 280.00 | 728.00 |
| 11-26-2024 | Aniza Rowe | Continued preparing summary of analysis ███████ ████████ Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 1.90 | 280.00 | 532.00 |
| 11-26-2024 | Rick Cass | Continued working on Keith Harris Farms ██████████ ██████ | 2.40 | 275.00 | 660.00 |
| 11-26-2024 | Rick Cass | Reviewed documents related to Ed Norfeet & Sons, Kentuckian/RBF Livestock, Brooks Farms, Barrett's Livestock, Livingston Co Livestock and Mike Evans. | 1.50 | 275.00 | 412.50 |
| 11-27-2024 | Aniza Rowe | Prepared summary of analysis of ██████████or Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 3.90 | 280.00 | 1,092.00 |
| 11-27-2024 | Rick Cass | Reviewed documents provided by Codie & Morgan Perry and updated ████████ | 1.30 | 275.00 | 357.50 |
| 11-27-2024 | Rick Cass | Reviewed documents provided by Kingdom Trust Company and update ██████████ | 2.50 | 275.00 | 687.50 |
| 12-02-2024 | Rick Cass | Reviewed documents for Natalie Martus, Ralph Reisz, Richard Carraway, Ridgefield Capital Assets (Robert Ellis), Richard Stewart and Robert Braun and commenced preparation of ██████████ | 2.50 | 275.00 | 687.50 |
| 12-03-2024 | Rick Cass | Continued reviewing documents for Natalie Martus and updated ████████. | 1.40 | 275.00 | 385.00 |
| 12-03-2024 | Rick Cass | Continued reviewing documents for Ralph & Veronica Reisz and updated ████████ | 2.30 | 275.00 | 632.50 |
| 12-03-2024 | Rick Cass | Continued reviewing documents for Richard Carraway and updated ████████ | 0.80 | 275.00 | 220.00 |
| 12-03-2024 | Rick Cass | Reviewed documents for Ridgefield Captial Asset (Robert Ellis) and updated ████████ | 1.50 | 275.00 | 412.50 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|

### Financial Analysis

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 12-04-2024 | Rick Cass | Continued reviewing documents for Ridgefield Captial Asset (Robert Ellis) and updati ██████ | 2.50 | 275.00 | 687.50 |
| 12-04-2024 | Rick Cass | Continued reviewing documents for Ridgefield Captial Asset (Robert Ellis) and updating ██████ | 3.00 | 275.00 | 825.00 |
| 12-05-2024 | Rick Cass | Reviewed documents for Robert & Rachel Stewart and updated ██████ | 3.50 | 275.00 | 962.50 |
| 12-05-2024 | Rick Cass | Continued reviewing documents for Ridgefield Captial Asset (Robert Ellis) and upd ██████ | 1.50 | 275.00 | 412.50 |
| 12-06-2024 | Rick Cass | Continued reviewed documents for Robert Braun; update ██████ | 2.50 | 275.00 | 687.50 |
| 12-06-2024 | Rick Cass | Continued reviewed documents for Arnold Braun; update ██████ | 2.00 | 275.00 | 550.00 |
| 12-09-2024 | Jason Rae | Worked on Carr Riggs matters. | 1.30 | 500.00 | 650.00 |
| 12-09-2024 | Rick Cass | Reviewed documents for Scott Stewart, Robert Spring, Starnes Cattle, Shaw & Shaw Farms, Tindal Truck Sales and Steve Ryan and commenced preparation of cattle sales analyses. | 1.20 | 275.00 | 330.00 |
| 12-09-2024 | Rick Cass | Reviewed documents for Scott Stewart and updated ██████ | 3.70 | 275.00 | 1,017.50 |
| 12-09-2024 | Rick Cass | Reviewed documents for Steve Ryan and updated ██████ | 2.50 | 275.00 | 687.50 |
| 12-10-2024 | Rick Cass | Reviewed documents for W Robbie Russell Living Trust and update ██████ | 2.40 | 275.00 | 660.00 |
| 12-10-2024 | Rick Cass | Reviewed documents for Robert Spring and updated ██████ | 0.50 | 275.00 | 137.50 |
| 12-10-2024 | Rick Cass | Continued reviewing documents for W Robbie Russell Living Trust and update ██████ | 3.20 | 275.00 | 880.00 |
| 12-11-2024 | Rick Cass | Continued reviewing documents for W Robbie Russell Living Trust and updated ██████ | 3.20 | 275.00 | 880.00 |
| 12-11-2024 | Rick Cass | Continued reviewing documents for Robbie Russell Living Trust & Eddie Stewart and ██████ | 1.00 | 275.00 | 275.00 |
| 12-12-2024 | Rick Cass | Continued reviewing documents for W Robbie Russell Living Trust and u ██████ | 3.00 | 275.00 | 825.00 |
| 12-12-2024 | Rick Cass | Continued reviewing documents for W Robbie Russell Living Trust and u ██████ | 2.70 | 275.00 | 742.50 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| <u>Financial Analysis</u> | | | | | |
| 12-12-2024 | Aniza Rowe | Prepared summary analysis of ███████████ Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 3.20 | 280.00 | 896.00 |
| 12-12-2024 | Aniza Rowe | Continued preparing summ ███████████ ████████ r Tom Thorlakson T Feeders for January 2018 through April 2023. | 2.80 | 280.00 | 784.00 |
| 12-13-2024 | Aniza Rowe | Continued preparing summary analysis of ███████ ██████ or Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 2.30 | 280.00 | 644.00 |
| 12-13-2024 | Aniza Rowe | Prepared summary analysis of ████████████ for Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 3.60 | 280.00 | 1,008.00 |
| 12-13-2024 | Rick Cass | Continued reviewing documents for W Robbie Russell Living Trust and ███████████ | 1.50 | 275.00 | 412.50 |
| 12-13-2024 | Rick Cass | Continued reviewing documents for Robbie Russell Living Trust & Eddie Stewart and ███████████ | 3.20 | 275.00 | 880.00 |
| 12-16-2024 | Rick Cass | Continued reviewing documents for Robbie Russell Living Trust & Eddie Ste ████████ ████ | 2.60 | 275.00 | 715.00 |
| 12-16-2024 | Rick Cass | Continued reviewing documents for Robbie Russell Living Trust & Eddie Stewart a ███████████ | 2.80 | 275.00 | 770.00 |
| 12-16-2024 | Aniza Rowe | Prepared summary ███████████ Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 2.40 | 280.00 | 672.00 |
| 12-17-2024 | Aniza Rowe | Prepared summary ███████████ r Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 1.10 | 280.00 | 308.00 |
| 12-17-2024 | Rick Cass | Continued reviewing documents for Robbie Russell Living Trust & Eddie Stewart a ███████████ | 2.80 | 275.00 | 770.00 |
| 12-17-2024 | Rick Cass | Continued reviewing documents for Robbie Russell Living Trust & Eddie Stewart and ███████████ | 3.50 | 275.00 | 962.50 |
| 12-18-2024 | Rick Cass | Continued reviewing documents for Robbie Russell Living Trust & Eddie Stewart ███████████ | 2.20 | 275.00 | 605.00 |
| 12-18-2024 | Rick Cass | Continued reviewing documents for Robbie Russell Living Trust & Eddie Stewart and ███████████ | 3.30 | 275.00 | 907.50 |
| 12-19-2024 | Rick Cass | Continued reviewing documents for Robbie Russell | 3.80 | 275.00 | 1,045.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| **Financial Analysis** | | | | | |
| | | Living Trust & Eddie Stewart and ███████████████ | | | |
| 12-19-2024 | Rick Cass | Reviewed bank activity and claim documents related to certain USDA claimants. | 1.50 | 275.00 | 412.50 |
| 12-19-2024 | Jason Rae | Reviewed counsel request and related materials; follow up on same; staff direction on same. | 0.50 | 500.00 | 250.00 |
| 12-19-2024 | Jason Rae | Worked on Carr Riggs matters. | 0.40 | 500.00 | 200.00 |
| 12-20-2024 | Rick Cass | Prepared summary of bank activity for certain USDA claimants and draft email to counsel regarding findings. | 2.20 | 275.00 | 605.00 |
| 12-20-2024 | Rick Cass | Continued reviewing documents for W Robbie Russell Living Trust a████████████████ | 1.30 | 275.00 | 357.50 |
| 12-20-2024 | Rick Cass | Converted  c████████████████ provided by W Robbie Russell Living Trust to assist ████████████████ | 1.00 | 275.00 | 275.00 |
| 12-23-2024 | Jason Rae | Worked on Carr Riggs materials. | 0.80 | 500.00 | 400.00 |
| 12-30-2024 | Rick Cass | Converted ████████████ provided by W Robbie Russell Living Trust & Eddie ████████████ | 1.30 | 275.00 | 357.50 |
| 12-30-2024 | Rick Cass | Continued reviewing documents for W Robbie Russell ████████████ | 1.00 | 275.00 | 275.00 |
| 12-30-2024 | Rick Cass | Converted ████████████ provided by W Robbie Russell Living Trust & Edd██████ | 2.20 | 275.00 | 605.00 |
| 12-31-2024 | Rick Cass | Converted ████████ provided by W Robbie Russell Living Trust & Eddie ████████ | 2.00 | 275.00 | 550.00 |
| 12-31-2024 | Rick Cass | Converted ████████ provided by W Robbie Russell Living Trust & Eddie ████████ | 2.10 | 275.00 | 577.50 |
| 01-07-2025 | Rick Cass | Reviewed Brooks Farms documents and commenced preparing analysi████████ | 2.50 | 280.00 | 700.00 |
| 01-07-2025 | Rick Cass | Continued reviewing Brooks Farms documents and preparing analysis of ████████ | 1.20 | 280.00 | 336.00 |
| 01-07-2025 | Jason Rae | Prepared for and participated in weekly call. | 1.20 | 525.00 | 630.00 |
| 01-08-2025 | Rick Cass | Reviewed and updated EOD bank summary for CFSB and Mechanics Bank for periods January 2018 through April 2023. | 2.70 | 280.00 | 756.00 |
| | | | 2.80 | 280.00 | 784.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| _Financial Analysis_ | | | | | |
| 01-08-2025 | Rick Cass | Reviewed bank activity database and updated categories for selected transactions. | | | |
| 01-08-2025 | Rick Cass | Continued reviewing bank activity database and updated categories for selected transactions. | 2.00 | 280.00 | 560.00 |
| 01-08-2025 | Rick Cass | Updated bank activity summary of net winner / loser for periods covered January 2019 through April 2023. | 0.80 | 280.00 | 224.00 |
| 01-08-2025 | Rick Cass | Updated bank activity summary by category for periods covered January 2019 through April 2023. | 0.70 | 280.00 | 196.00 |
| 01-13-2025 | Aniza Rowe | Met with Rick Cass regarding status of cattle database data entry. | 0.20 | 290.00 | 58.00 |
| 01-13-2025 | Rick Cass | Met with Aniza Rowe regarding cattle sales database. | 0.20 | 280.00 | 56.00 |
| 01-14-2025 | Jason Rae | Staff direction regarding banking matters. | 0.40 | 525.00 | 210.00 |
| 01-14-2025 | Rick Cass | Met with Jason Rae regarding CFSB and Mechanics Bank. | 0.40 | 280.00 | 112.00 |
| 01-17-2025 | Aniza Rowe | Met with Rick Cass regarding analysis of information ▇▇▇▇▇▇▇ base. | 0.40 | 290.00 | 116.00 |
| 01-17-2025 | Rick Cass | Met with Aniza Rowe regarding ▇▇▇▇▇▇ atabase. | 0.40 | 280.00 | 112.00 |
| 01-19-2025 | Jason Rae | Reviewed files from Rick Cass to prepare for discussion. | 0.40 | 525.00 | 210.00 |
| 01-20-2025 | Rick Cass | Reviewed Rabo loan analysis. | 0.50 | 280.00 | 140.00 |
| 01-21-2025 | Aniza Rowe | Continued preparing summary of ▇▇▇▇▇▇▇ r Tom Thorlakson and Thorlakson Diamond T Feeders for January 2018 through April 2023. | 1.40 | 290.00 | 406.00 |
| 01-22-2025 | Aniza Rowe | Continued preparing summary o▇▇▇▇▇▇ for Tom Thorlakson and Thorlakson eeders for January 2018 through April 2023. | 3.80 | 290.00 | 1,102.00 |
| 01-23-2025 | Aniza Rowe | Continued preparing summary of ▇▇▇▇▇▇ or Tom Thorlakson and Thorlakson eeders for January 2018 through April 2023. | 2.60 | 290.00 | 754.00 |
| 01-23-2025 | Aniza Rowe | Meeting with Rick Cass regardi ▇▇▇▇▇▇ ▇▇▇▇▇ | 0.40 | 290.00 | 116.00 |
| 01-23-2025 | Rick Cass | Various meetings with Aniza Rowe ▇▇▇▇▇ ▇▇▇▇▇▇ | 0.40 | 280.00 | 112.00 |
| 01-29-2025 | Rick Cass | Met with Misty Berumen regarding analyses and | 1.30 | 280.00 | 364.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|

**Financial Analysis**

|  |  | exhibits. |  |  |  |
| 01-29-2025 | Misty Berumen | Meeting with Rick Cass; data review. | 1.30 | 310.00 | 403.00 |
|  |  |  | 419.00 |  | 120,542.00 |

**Status Conferences/Meetings**

| 10-07-2024 | Jason Rae | Met with staff regarding bank summary. | 0.20 | 500.00 | 100.00 |
| 10-07-2024 | Rick Cass | Met with Jason Rae regarding Brian McClain individual bank account activity. | 0.20 | 275.00 | 55.00 |
| 10-15-2024 | Jason Rae | Work session call with counsel and Trustee; staff direction on same. | 1.50 | 500.00 | 750.00 |
| 10-15-2024 | Rick Cass | Attend status telecom with Hudson Jobe, Alan Dabdoub, Kent Ries and Jason Rae. | 1.50 | 275.00 | 412.50 |
| 01-17-2025 | Rick Cass | Telecom with Jason Rae regarding case status and workplan. | 0.30 | 280.00 | 84.00 |
| 01-17-2025 | Jason Rae | Telecom with Rick Cass regarding case status and workplan. | 0.30 | 525.00 | 157.50 |
| 01-19-2025 | Jason Rae | Work session with Rick Cass and Hudson Jobe. | 1.50 | 525.00 | 787.50 |
| 01-19-2025 | Rick Cass | Attend status telecom with Hudson Jobe and Jason Rae regarding case status and workplan. | 1.50 | 280.00 | 420.00 |
| 01-23-2025 | Rick Cass | Met with Jason Rae regarding case status. | 0.30 | 280.00 | 84.00 |
| 01-23-2025 | Jason Rae | Met with Rick Cass regarding case status. | 0.30 | 525.00 | 157.50 |
| 01-28-2025 | Rick Cass | Telecom with Kent Reis, Hudson Jobe and Jason Rae regarding case status. | 1.00 | 280.00 | 280.00 |
| 01-28-2025 | Jason Rae | Teleconference with Kent Reis, Hudson Jobe and Rick Cass regarding case status. | 1.00 | 525.00 | 525.00 |
| 01-30-2025 | Rick Cass | Status telecom with Hudson Jobe and Kent Ries regarding case status and ordinary course analyses. | 0.90 | 280.00 | 252.00 |
|  |  |  | 10.50 |  | 4,065.00 |

**Tax Services - Other Tax Services**

| 10-16-2024 | Dean Bielitz | Met with Jason Rae and discussed topics to prepare for conference call. | 0.30 | 440.00 | 132.00 |
| 10-16-2024 | Jason Rae | Met with Dean Bielitz regarding tax reporting. | 0.30 | 500.00 | 150.00 |
| 10-18-2024 | Dean Bielitz | Performed follow-up research on topics raised during the teleconference. | 0.70 | 440.00 | 308.00 |
| 10-18-2024 | Dean Bielitz | Discussed various tax matters with Kent Reis and Jason Rae. | 0.80 | 440.00 | 352.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| **Tax Services - Other Tax Services** | | | | | |
| 10-18-2024 | Jason Rae | Discussed various tax matters with Trustee and Dean Bielitz; pre-call session with Dean Bielitz. | 0.80 | 500.00 | 400.00 |
| 10-31-2024 | Dean Bielitz | Approved and Signed three Forms 941. | 0.30 | 440.00 | 132.00 |
| 11-06-2024 | Brenda Puente | Prepared final zero Forms 941 for 7M Cattle Feeders; McClain Farms; and McClain Feedyard Inc. | 1.00 | 195.00 | 195.00 |
| 11-06-2024 | Laura Paz-Sanchez | Prepared the Texas Franchise Tax Report for the 2024 Report Year for McClain Feed Yard; prepared bankruptcy statement and transmittal letters to the Trustee and Comptroller's office. | 0.70 | 250.00 | 175.00 |
| 11-06-2024 | Laura Paz-Sanchez | Prepared the Texas Franchise Tax Report for the 2024 Report Year for 7M Cattle Feeders; prepared bankruptcy statement and transmittal letters to the Trustee and Comptroller's office. | 0.70 | 250.00 | 175.00 |
| 11-07-2024 | Brenda Puente | Revised 2023 2nd Quarter Forms 941. | 0.60 | 195.00 | 117.00 |
| 11-12-2024 | Brenda Puente | Created bankruptcy statements for Forms 941 per Ben Beckelman. | 0.20 | 195.00 | 39.00 |
| 11-13-2024 | Brenda Puente | Processed and mailed 2023 Forms 941. | 0.50 | 195.00 | 97.50 |
| 11-14-2024 | Laura Paz-Sanchez | Processed for transmittal to the Trustee for signature and further processing the 2024 Report Year Texas Franchise Tax Report for McClain Feed Yard, Inc. | 0.50 | 250.00 | 125.00 |
| 11-14-2024 | Laura Paz-Sanchez | Processed for transmittal to the Trustee for signature and further processing the 2024 Report Year Texas Franchise Tax Report for 7M Cattle Feeders, Inc. | 0.50 | 250.00 | 125.00 |
| | | | 7.90 | | 2,522.50 |
| **X - Client Time Non-Billed** | | | | | |
| 10-04-2024 | Scott Reese | Prepared summary of analysis of cattle sale activity for various Weddington family members. | 3.00 | 235.00 | No Charge |
| 10-04-2024 | Rick Cass | Various meetings with staff regarding case status and workplan. | 0.50 | 275.00 | No Charge |
| 10-04-2024 | Rick Cass | Met with Jason Rae and Aniza Rowe regarding check kiting cases; coordinate with staff on research of same. | 0.50 | 275.00 | No Charge |
| 10-04-2024 | Scott Reese | Continued preparation ██████████ various Weddington family mem████ | 2.50 | 235.00 | No Charge |
| 10-09-2024 | Scott Reese | Prepared summary of an█████████████ the Weddington entities. | 1.10 | 235.00 | No Charge |
| 10-10-2024 | Misty Berumen | Assisted with footnote search. | 1.70 | 295.00 | No Charge |
| 10-14-2024 | Jason Rae | Staff direction regarding fee application. | 0.50 | 500.00 | No Charge |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| **X - Client Time Non-Billed** | | | | | |
| 10-15-2024 | Rick Cass | Met with staff regarding 2nd interim fee application. | 1.20 | 275.00 | No Charge |
| 10-16-2024 | Rick Cass | Met with staff regarding 2nd interim fee application. | 1.00 | 275.00 | No Charge |
| 10-17-2024 | Scott Reese | Reviewed correspondence from Aniza Rowe in reference to transactions related to Gungoil, et al. | 0.10 | 235.00 | No Charge |
| 10-31-2024 | Laura Paz-Sanchez | Discussed preparation of tax returns for McClain Feed Yard, McClain Farm, and 7M Cattle Feeders with Dean Bielitz. | 0.30 | 250.00 | No Charge |
| 11-06-2024 | Ben Beckelman | Instructed staff to file three 2nd Qtr 941's. | 0.30 | 325.00 | No Charge |
| 11-06-2024 | Ben Beckelman | Reviewed three different McClain 2nd Qtr 2023 941's, and cover letters. | 0.40 | 325.00 | No Charge |
| 11-07-2024 | Ben Beckelman | Second review of McClain 2nd Quarter 2023 941's, and cover letters. | 0.30 | 325.00 | No Charge |
| 11-13-2024 | Rick Cass | Reviewed 2nd interim fee application. | 2.00 | 275.00 | No Charge |
| 11-13-2024 | Janice Oden | Began preparation on the second interim fee application. | 0.80 | 135.00 | No Charge |
| 11-14-2024 | Janice Oden | Continued to work on second interim fee application. | 0.50 | 135.00 | No Charge |
| 11-15-2024 | Rick Cass | Reviewed invoices provided by counsel. | 1.50 | 275.00 | No Charge |
| 11-15-2024 | Rick Cass | Reviewed invoices for 2nd interim fee application. | 2.00 | 275.00 | No Charge |
| 11-19-2024 | Rick Cass | Performed quality control review procedures on bank activity detail for Mechanics Bank accounts ending in 3070, 0197 and 0423. | 3.50 | 275.00 | No Charge |
| 11-20-2024 | Rick Cass | Performed quality control review procedures on bank activity detail for CFSB accounts ending in 6495 and 3786. | 2.50 | 275.00 | No Charge |
| 11-21-2024 | Rick Cass | Reviewed October invoice. | 1.00 | 275.00 | No Charge |
| 11-22-2024 | Rick Cass | Reviewed updates to October invoice. | 0.40 | 275.00 | No Charge |
| 12-06-2024 | Rick Cass | Reviewed and revised November invoice. | 0.50 | 275.00 | No Charge |
| 12-18-2024 | Karla Wortham | Discussed USDA claims with Rick Cass. | 0.20 | 250.00 | No Charge |
| 01-13-2025 | Brian Crisp | Met with staff regarding analysis of Chapter 5 claims. | 0.40 | 525.00 | No Charge |
| 01-14-2025 | Brian Crisp | Met with staff regarding analysis of Chapter 5 claims. | 1.00 | 525.00 | No Charge |
| | | | 29.70 | | 0.00 |

EXHIBIT A

| Date | Staff Member | Description | Hours | Rate | Amount |
|------|--------------|-------------|-------|------|--------|
| | | | | **Total** | 163,236.50 |

## Time Summary

| Staff Member | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Aniza Rowe | 112.90 | 280.78 | 31,700.00 |
| Ben Beckelman - No Charge | 1.00 | 0.00 | 0.00 |
| Brenda Puente | 2.30 | 195.00 | 448.50 |
| Brian Crisp - No Charge | 1.40 | 0.00 | 0.00 |
| Dean Bielitz | 2.10 | 440.00 | 924.00 |
| Janice Oden - No Charge | 1.30 | 0.00 | 0.00 |
| Jason Rae | 29.30 | 504.61 | 14,785.00 |
| Jason Rae - No Charge | 0.50 | 0.00 | 0.00 |
| Karla Wortham | 1.80 | 250.00 | 450.00 |
| Karla Wortham - No Charge | 0.20 | 0.00 | 0.00 |
| Kelly McCullough | 2.80 | 500.00 | 1,400.00 |
| Laura Paz-Sanchez | 2.40 | 250.00 | 600.00 |
| Laura Paz-Sanchez - No Charge | 0.30 | 0.00 | 0.00 |
| Misty Berumen | 1.90 | 305.26 | 580.00 |
| Misty Berumen - No Charge | 1.70 | 0.00 | 0.00 |
| Rick Cass | 407.00 | 276.04 | 112,349.00 |
| Rick Cass - No Charge | 16.60 | 0.00 | 0.00 |
| Scott Reese - No Charge | 6.70 | 0.00 | 0.00 |
| **Total** | 592.20 | | 163,236.50 |

| Activity | Hours | Rate | Amount |
|----------|-------|------|--------|
| Avoidance Actions - Individual File Review | 105.20 | 280.70 | 29,529.50 |
| Claims - Maintenance/Analysis | 2.20 | 254.55 | 560.00 |
| Document Management | 2.00 | 175.00 | 350.00 |
| Employment/Fee Application | 15.70 | 360.99 | 5,667.50 |
| Financial Analysis | 419.00 | 287.69 | 120,542.00 |
| Status Conferences/Meetings | 10.50 | 387.14 | 4,065.00 |
| Tax Services - Other Tax Services | 7.90 | 319.30 | 2,522.50 |
| X - Client Time Non-Billed | 29.70 | 0.00 | 0.00 |
| | | **Total Fees** | 163,236.50 |

## Expenses

| Expense | Description | Amount |
|---------|-------------|--------|
| PACER | PACER services (7/1/24 - 9/30/24) | 5.20 |
| Copies | November copies | 8.80 |
| Postage/Overnight Delivery | November postage | 5.46 |
| Courier Service | Special Delivery courier to LFC from Lynn Pinker Hurst et al | 14.89 |
| PACER | PACER services (10/1/24 - 12/31/24) | 3.60 |
| | **Total Expenses** | 37.95 |

## Expense Summary

| Expense | Amount |
|---------|--------|
| Copies | 8.80 |
| Courier Service | 14.89 |

EXHIBIT A

| Expense | Amount |
|---|---|
| PACER | 8.80 |
| Postage/Overnight Delivery | 5.46 |
| **Total Expenses** | 37.95 |

**Total for this Invoice**    163,274.45

EXHIBIT A