# FEE APPLICATION COVER SHEET

## Third Interim Fee Application of Lain, Faulkner & Co., P.C.

For the time period of October 1, 2024 through January 31, 2025

Capacity:   Forensic Accountants for Trustee         Chapter:    7

Debtor/Case: *McClain Feed Yard, Inc. et al*; Case No. 23-20084-rlj7

| | |
|---|---|
| Retainer Received:  $0.00 | Amount Previously Paid: $445,453.96 |
| **Amount Requested:** | **Reductions (unless contested):** |
| Fees: $163,236.50 | Non-Billed Hours:    29.70 |
| Expenses: $37.95 | Vol. Fee Reductions: $8,251.50 |
| Other:  $0.00 | Expense Reductions:  $     0.00 |
| **Total:      $163,274.45** | **Total Reductions:     $8,251.50** |

**Expenses:**

| | |
|---|---|
| Copies per page ($0.20):  $8.80 | PACER:  $8.80 |
| Courier Service: $14.89 | Postage/Overnight Delivery: $5.46 |
| Other: $0.00 | Faxes per page:  No Charge |

| **Hourly Rates:** | Professionals | Accountants/Staff |
|---|---|---|
| Highest Rates: | $500.00 | $250.00 |
| Hours Billed: | 585.90 | 6.30 |

Average:  $275.64


 */s/ Jason Rae*                                                                      March  , 2025
Signature                                                                              Date