# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6-1

**Case No.:** 23-20084  
**Case Name:** MCCLAIN FEED YARD, INC.  
**For Period Ending:** 03/31/2025

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 04/28/2023 (f)  
**§ 341(a) Meeting Date:** 06/14/2023  
**Claims Bar Date:** 09/13/2023

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | USDA Trust funds (u) | 0.00 | 0.00 | | 835,560.05 | 0.00 |
| 2 | Mechanics Bank account (u) | 0.00 | 0.00 | | 1,414,714.60 | FA |
| 3 | Accounts Receivables | Unknown | Unknown | | 0.00 | FA |
| 4 | Komatsu WA200 Wheel Loader | 62,500.00 | 62,500.00 | | 0.00 | FA |
| 5 | Feed Receivables | 4,000.00 | 4,000.00 | | 185,942.95 | FA |
| 6 | Cattle Feed Yard Facility NEC FM Rd 1057 CR 9 | 600,000.00 | 600,000.00 | | 0.00 | FA |
| 7 | 2010 GMC Half-Ton Pickup Truck | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 2008 Peterbilt Feed Truck | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 24x6 Gooseneck Stock Trailer | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Caterpillar 259D Compact Track Loader | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Kawasaki Mule 600 Side X Side | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Workers Compensation Insurance dividend (u) | 0.00 | 0.00 | | 4,299.82 | FA |
| 13 | Settlement with Goad/Moreland (u) | 0.00 | 3,000,000.00 | | 3,000,000.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$666,500.00** | **$3,666,500.00** | | **$5,440,517.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

Assets and claims for USDA dealer trust in process of determination and payment.

Multiple adversaries in process.

**Initial Projected Date Of Final Report (TFR):** 12/31/2026  **Current Projected Date Of Final Report (TFR):** 12/31/2026

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 6-2

**Case No.:** 23-20084  
**Case Name:** MCCLAIN FEED YARD, INC.

**For Period Ending:** 03/31/2025

**Trustee Name:** (631700) Kent Ries  
**Date Filed (f) or Converted (c):** 04/28/2023 (f)  
**§ 341(a) Meeting Date:** 06/14/2023  
**Claims Bar Date:** 09/13/2023

04/22/2025  
_____  
Date

/s/Kent Ries  
_____  
Kent Ries