HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

SPECIAL COUNSEL TO THE TRUSTEE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-SWE-7 |
| | § | |
| Debtors. | § | Jointly Administered |

## MOTION FOR APPROVAL OF EMPLOYMENT
## OF ACCOUNTING EXPERT FOR TRUSTEE

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT LUBBOCK CLERKS OFFICE AT 1205 TEXAS AVENUE, SUITE 306, LUBBOCK, TEXAS 79401-4002 BEFORE CLOSE OF BUSINESS ON MAY 16, 2025, WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

COMES NOW, Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy estates, and files this Motion for Approval of Employment of Accounting Expert for Trustee ("Accounting Expert"), and in support thereof would respectfully show unto the Court as follows:

1. Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code on April 28, 2023. Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estate.

2. Trustee asserts it is necessary to employ Accounting Expert, pursuant to 11 U.S.C. § 327, to provide expertise and consultation regarding the pre-petition accounting services provided to the Debtors, investigating records and information of the Debtors, and investigating and pursuing litigation claims of the Debtors' bankruptcy estates. The Trustee's investigation indicates that Debtors' pre-petition operations constituted a massive Ponzi scheme involving operations in Texas and Kentucky. The Debtor's records show several hundred million dollars flowing through Debtors in the years prior to the Petition date. Creditors of the Debtors, have asserted claims over $175 million against the Debtors estates. Having investigated the accounting services provided to the Debtor pre-petition, the Trustee believes Sibley LLC's capabilities will provide further assistance to the Trustee regarding potential litigation to benefit the estate.

3. Trustee desires that he be authorized to employ Sibley, LLC, 400 N. St. Paul, Suite 600, Dallas, Texas 75201 ("Sibley LLC"), with Ken Sibley as an accounting expert, and to pay the firm such compensation and reimbursement of expenses as is just pursuant to 11 U.S.C. § 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure. Ken Sibley's affidavit as required by 11 U.S.C. § 327 is attached hereto as **Exhibit A** and incorporated herein by reference for all purposes.

4. The normal rate for accounting services provided by Ken Sibley is $650.00 per hour, plus out-of-pocket expenses. Sibley LLC may utilize additional staff members to work on this matter under the direction of the Trustee. The range of fees for such professionals is outlined in the engagement letter attached hereto as **Exhibit B** and incorporated herein for all purposes.

WHEREFORE, PREMISES CONSIDERED, Kent Ries, Trustee herein, respectfully prays for an Order of this Court approving the employment of Sibley LLC to perform professional forensic accounting services in these cases, and for such other relief, at law or in equity, to which the Trustee may show himself justly entitled.

Respectfully submitted,

*/s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE

Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:   214-981-3800
Facsimile:    214-981-3839

SPECIAL COUNSEL TO THE TRUSTEE

## CERTIFICATE OF SERVICE

      I hereby certify that April 25, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on the debtors, debtors' counsel, the United States Trustee, and, all parties that have appeared and requested notice via the Court's ECF system.

                                              */s/ Hudson M. Jobe*
                                              Hudson M. Jobe