John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300; (806) 373-3454 FAX

*ATTORNEYS FOR SCARLET AND BLACK CATTLE, LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al., [1] | § | CASE NO. 23-20084-swe-7 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME Scarlet and Black Cattle, LLC and Colton Long, by and through their attorneys of record and file this Notice of Change of Address.  The case matrix should reflect the following address and all notices in this case should be sent to the following for both Scarlet and Black Cattle, LLC and Colton Long:

32 Mesa Drive
Canyon, Texas 79015

---

[1] The Debtors in these chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

1

Respectfully submitted,

John Massouh, SBN 24026866
John.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas  79105-5008
(806) 468-3300; (806) 373-3454 FAX

*/s/ John Massouh*
John Massouh
*ATTORNEYS FOR SCARLET AND BLACK CATTLE, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served via electronic and/or U.S. Mail on **May 13, 2025** upon all parties entitled to such notice as provided by the ECF filing system and via first class mail to all creditors.

*/s/ John Massouh*
John Massouh

2