

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed May 14, 2025

_____
**United States Bankruptcy Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| MCCLAIN FEED YARD, INC., et al.,[1]  § | CASE NO. 23-20084-swe-7 |
| § | |
| Debtors.  § | Jointly Administered |

### ORDER GRANTING THIRD INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF LAIN, FAULKNER & CO., P.C.

On this day came for consideration the *Third Interim Application for Allowance of Fees and Expenses of Lain, Faulkner & Co., P.C.* (Dkt. No. 340, the "Application") filed by the accounting firm *Lain, Faulkner & Co., P.C.* ("LainFaulker"), accountants to Kent Ries, Trustee ("Trustee") of the above-referenced Chapter 7 bankruptcy cases. The Court, after considering the record in this case and the representations of the movant, finds that notice of the Application was appropriate and sufficient under the circumstances, the amount

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe).

sought by LainFaulkner is reasonable compensation for actual and necessary services rendered to the Trustee pursuant to 11 U.S.C. §§ 330 and 331, and the Application should be granted as set forth below.

It is therefore ORDERED that LainFaulkner is hereby allowed, an interim basis, compensation in the amount of $163,236.50 for fees and $37.95 of expenses for the time period from October 1, 2024 through January 31, 2025.

It is further ORDERED that the Trustee shall be and hereby is authorized to immediately pay LainFaulkner the $163,274.45 approved herein from the funds remaining from the $3,000,000.00 of proceeds from the settlement agreement that was the subject of this Court's Order Granting Motion for Approval of Compromise and Settlement with Meagan B. Goad, Jed Goad, Kinsey Moreland, and Josh Moreland (Dkt. No. 166).

# # # End of Order # # #

Submitted by:
Hudson M. Jobe
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE

6466790.1