HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

SPECIAL COUNSEL TO THE KENT RIES,
TRUSTEE OF THE MCCLAIN DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-swe-7 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that the Court will hold a status conference in this case on June 30, 2025, at 10:00 a.m. before the Honorable Scott W. Everett, United States Bankruptcy Judge for the Northern District of Texas, in Courtroom 3 on the 14th Floor at 1100 Commerce Street, Dallas, Texas 75242.

PLEASE TAKE FURTHER NOTICE that parties my appear in person or via WebEx (by video or telephone via the Court's WebEx platform):

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe).

Page 1

- **For WebEx Video Appearance**: Link: https://us-courts.webex.com/meet/everett

- **For WebEx Telephonic Only Appearance**: 1-650-479-3207; Access code: 2304 017 9738

A copy of the WebEx Hearing Instructions is attached hereto as **Exhibit A.**

Respectfully submitted,

*/s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**SPECIAL COUNSEL TO THE TRUSTEE**

Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:     214-981-3800
Facsimile:     214-981-3839

**SPECIAL COUNSEL TO THE TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that June 5, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on the debtors, debtors' counsel, the United States Trustee, and all parties that have appeared and requested notice via the Court's ECF system.

*/s/ Hudson M. Jobe*
Hudson M. Jobe