NANCY E. LARSON
Acting United States Attorney
David G. Adams
Assistant United States Attorney
State Bar No. 00793227
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8807
david.g.adams@usdoj.gov
Attorneys for
United States of America
U.S. Department of Agriculture

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| In re: | |
| MCCLAIN FEED YARD, INC., | CASE NO. 23-20084-RLJ-7 |
| Debtor. | CHAPTER 7 |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to local civil rule 83.12, Assistant U.S. Attorney David G. Adams is hereby substituted for Assistant U.S. Attorney Dawn Whalen Theiss as counsel for U.S. Department of Agriculture.

    Respectfully submitted,

    NANCY E. LARSON
    Acting United States Attorney

    */s/ David G. Adams*
    David G. Adams
    Assistant United States Attorney
    State Bar No. 00793227
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242-1699
    Telephone: 214-659-8600
    Facsimile: 214-659-8807
    david.g.adams@usdoj.gov

    *Attorneys for U.S. Department of Agriculture*

**Notice of Substitution of Counsel – Page 1**

## CERTIFICATE OF SERVICE

On June 6, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ David G. Adams*
David G. Adams
Assistant United States Attorney