



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 4, 2025**

**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,**[1] | § | **CASE NO. 23-20084-SWE-7** |
| | § | |
| | § | |
| | § | |
| Debtors. | § | **Jointly Administered** |

---

### ORDER GRANTING THE TRUSTEE'S
### MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT WITH
### CARR, RIGGS & INGRAM, L.L.C. AND CRI ADVISORS, LLC

---

CAME ON FOR HEARING the *Trustee's Motion for Approval of Compromise and Settlement With Carr, Riggs & Ingram, L.L.C. and CRI Advisors, LLC* (the "Motion"), filed by Kent Ries, the duly-appointed Chapter 7 trustee (the "Trustee") for the estates (collectively, the

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-SWE), McClain Farms, Inc. (Case No. 23-20085-SWE), and 7M Cattle Feeders, Inc. (Case No. 23-20086-SWE).

1

"Estates") of McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ) (collectively, the "Debtors"), the debtors in the above styled and numbered Chapter 7 bankruptcy case (the "Bankruptcy Cases"), whereby the Trustee seeks approval of that certain settlement (the "Proposed Settlement") with Carr, Riggs & Ingram, L.L.C. ("CRI") pursuant to the *Settlement and Mutual Release Agreement* (the "Agreement") attached as Exhibit "A" to the Motion. Based on the evidence and the Court taking judicial notice where appropriate, the Court makes the following findings of fact and conclusions of law and enters the following Order.

1.      The Debtors filed voluntary petitions for relief under Chapter 7 of the Bankruptcy Code on April 28, 2023 (the "Petition Date"), thereby initiating the Bankruptcy Cases and creating the Estates.

2.      The Trustee is the duly appointed Chapter 7 trustee of the Estates with the authority, subject to the entry of this Order, to enter into the Proposed Settlement and the Agreement.

3.      CRI provided services for the Debtors from 2019 to 2022. Debtors and CRI entered into a series of engagement letters.

4.      The Trustee intended to assert the following claims against CRI: (i) knowing participating in breach of fiduciary duties; (ii) common law civil conspiracy; (iii) professional negligence; (iv) an insider preference under the Bankruptcy Code in the amount of $6,300.00 or to recharacterize such transfer as an equity distribution (the "Preference Claim"); and (v) fraudulent transfer claims (the "Fraudulent Transfer Claims") under state law and the Bankruptcy Code to avoid and recover the transfer of funds for the purported accounting services rendered.

5.      CRI has denied all liability alleged by the Trustee. Generally, CRI argues that Alabama law controls pursuant to an alleged contractual choice of law provision:

    a.   in Alabama, the *Hinkle* rule—which states a "[a] person cannot maintain a cause of action if, in order to establish it, he must rely in whole or part on an illegal or immoral act or transaction to which he is a party"—further bars the Trustee's claims, irrespective of the degree in which Debtors were involved in the wrong doing. *See Hinkle v. Railway Express Agency*, 242 Ala. 374, 378, 6 So. 2d 417, 421 (1942);

    b.   under Alabama's contributory negligence law, if the Debtors proximately caused the injury to any extent, they would be barred from recovery; and

    c.   professional negligence is a high bar, with CRI's role limited in scope with few professional standards governing its role.

6.    For the avoidance of doubt, the Proposed Settlement and the Agreement are not limited to these claims but instead encompass all claims and causes of action that the Estates may have against any of the CRI Parties (as defined in the Agreement), whether asserted or not, whether known or not, and whether suspect or not.

7.    CRI's engagement letters required pre-suit mediation, which the Trustee alleges do not apply here. In order to avoid any arguments concerning the application of same, on October 18, 2024, the Trustee served a mediation demand letter on CRI. The parties mediated their disputes on March 10, 2025 before Christopher Nolland. After a full day of mediation, Mr. Nolland made a mediator's proposal to compromise and settle all Estate claims for $5,450,000.00 (the "Settlement Payment"), and other general terms as otherwise reduced to writing and memorialized in the Agreement.

8.    By the Motion, the Trustee seeks approval of the Proposed Settlement, including the releases and other terms set forth therein, in exchange for the Settlement Payment and the other consideration under the Agreement.

9.    Notice of the Motion and the hearing thereon were sufficient and appropriate and all creditors and parties-in-interest in the Bankruptcy Case have been afforded sufficient process and sufficient time to understand, weigh, and object to the Proposed Settlement and the Agreement.

10.     The negotiations leading to the Proposed Settlement were extensive and at arms-length.

11.     There were no undisclosed agreements, payments, or understandings related to the Proposed Settlement that are not disclosed in the Motion or in the Agreement. There is no collusion. The Proposed Settlement is not a *sub rosa* plan.

12.     The Proposed Settlement and the Agreement are proposed in good faith.

13.     The Court has jurisdiction over this adversary proceeding under 28 U.S.C. §§157(a)- (b) and 1334. This is a core proceeding as defined under 28 U.S.C. § 157(b). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409.

14.     The Preference Claim is property of the Estates. *See* 11 U.S.C. §§ 541(a)(3) & 547. When the Preference Claim is settled, it is exhausted and no creditor has a hypothetical preference claim of its own because a preference claim does not exist outside of the Bankruptcy Code, except potentially as an insider fraudulent transfer preference which is a fraudulent transfer claim exhausted by a settlement as otherwise discussed immediately below.

15.     The Fraudulent Transfer Claim is property of the Estates. *See* 11 U.S.C. § 541(a)(3), 544 & 548; *In the Matter of MortgageAmerica Corp.*, 714 F.2d 1266, 1275-76 (5th Cir. 1983). When the Fraudulent Transfer Claim is settled, it is exhausted for the benefit of creditors and no creditor may maintain a fraudulent transfer claim of its own. *See In the Matter of Moore*, 608 F.3d 253, 260-62 (5th Cir. 2010); see also *Moore v. Bay*, 284 U.S. 4, 5 (1931).

16.     "If a cause of action alleges only indirect harm to a creditor (*i.e.*, an injury which derives from harm to the debtor), and the debtor could have raised a claim for its direct injury under the applicable law, then the cause of action belongs to the estate. Conversely, if the cause of action does not explicitly or implicitly allege harm to the debtor, then the cause of action could not

4

have been asserted by the debtor as of the commencement of the case, and thus is not property of

the estate." *Highland Cap. Mgmt. LP v. Chesapeake Energy Corp. (In re Seven Seas Petroleum,*

*Inc.)*, 522 F.3d 575, 584 (5th Cir. 2008) (quoting *Schertz-Cibolo-Universal City I.S.D. v. Wright*

*(In re Educators Grp. Health Trust)*, 25 F.3d 1281, 1284 (5th Cir. 1994)). The knowing

participating in breach of fiduciary duties, common law civil conspiracy, and professional

negligence claims are all property of the Estates subject to the Trustee's exclusive control. *See id.*;

*In the Matter of S.I. Acquisitions*, 817 F.2d 1142 (5th Cir. 1987) (finding that "the term 'all legal

and equitable interests of the debtor in property' is all-encompassing and includes rights of action

as bestowed by either federal or state law.").

17.     As remedies under state law, they are also remedies that the Trustee, for the Estates,

has under his "strong arm" powers of 11 U.S.C. § 544(a). When these claims are settled, they are

exhausted for the benefit of all creditors and no creditor may maintain such claims of its own.

18.     Accordingly, the Trustee has the sole and exclusive authority to pursue (on behalf

of the Estates and all parties-in-interest including creditors) all of the Estate Released Claims (as

that term is defined in the Agreement), as well as to settle and release the CRI Parties (as that term

is defined in the Agreement) from the Estate Released Claims, on behalf of the Estates and all

parties-in-interest including creditors.

19.     Bankruptcy Rule 9019 governs the Trustee's proposed settlement of estate causes

of action and the granting of an estate release. Under that Rule, the Court should approve a

settlement only if it is "fair and equitable and in the best interests of the estate." *In re Foster*

*Mortgage Corp.*, 68 F.3d 914, 917 (5th Cir. 1995). The factors to consider include "(1) the

probability of success in the litigation, with due consideration for the uncertainty in fact and law,

(2) the complexity and likely duration of the litigation and any attendant expense, inconvenience

and delay, and (3) all other factors bearing on the wisdom of the compromise." *Id*. Such other factors include the reasonable views of creditors, although such views are not binding, and "the extent to which the settlement is truly the product of arms-length bargaining, and not of fraud or collusion." *Id*. at 918. The Court need not conduct a mini-trial on the underlying claims; rather, the Court "must apprise itself of the relevant facts and law so that it can make an informed and intelligent decision." *In re Age Ref. Inc.*, 801 F.3d 530, 541 (5th Cir. 2015) (internal quotation omitted).

20.    The Court has apprised itself of the relevant facts and can make an informed and intelligent decision regarding all aspects of the Proposed Settlement. Based on the same, the foregoing factors are met: the Proposed Settlement is fair and equitable and in the Estates' best interests. There is no question concerning the complexity, expense, burden, and delay of the Trustee's claims, especially the Fraudulent Transfer Claims and the professional negligence claim, both of which involve substantial, disputed questions of fact and tests based on factors. Years of delays would likely follow. CRI disputes many, if not most, of the operative facts and law, and there is substantial uncertainty as to how the trier of fact may find those facts. The claims are likely to come down to a "battle of the experts," which is very difficult to predict.

21.    There is also no question that the Proposed Settlement is the product of extensive, arms-length bargaining and the result of a mediator's proposal made by a seasoned mediator with over thirty years' experience. There is no fraud or collusion.

22.    The Trustee has properly employed his business judgment in entering into the Proposed Settlement and the Agreement. The Settlement Amount is well within the range of reason and provides a material benefit to the Estates and their creditors.

6

23.      All of the relief requested in the Motion and provided in this Order is lawful and appropriate.

24.      With the approval of the Proposed Settlement, the execution of the Agreement, and the closing of the Agreement, all claims and causes of action of the Debtor and the Estates, including without limitation the Preference Claim, the Fraudulent Transfer Claim, and the knowing participation in breach of fiduciary duties, common law civil conspiracy, and professional negligence claims, as against any of the Released Parties, will be settled in full and exhausted such that no creditor of the Debtors or the Estate would have any remaining claim, if such creditor had any such claim at all, that could be asserted.

ACCORDINGLY, based on the foregoing findings of fact and conclusions of law, and all preconditions to the entry of this Order being satisfied, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Proposed Settlement and the Agreement are APPROVED in their entirety; it is further

ORDERED that the Trustee is authorized and directed to enter into the Agreement and to otherwise effectuate all provisions of the Agreement, and that the Agreement shall control and shall bind the Trustee, the Debtors, and the Estates, including all parties-in-interest; it is further

ORDERED that, subject to the Conditions Precedent set forth in the Agreement (including the Settlement Payment), all releases in the Agreement shall be in full force and effect and shall control according to their terms; it is further

ORDERED that all creditors and other parties-in-interest in the Bankruptcy Case are prohibited from asserting any of the Estate Released Claims (as that term is defined in the

Agreement) against the CRI Parties (as that term is defined in the Agreement) in this or any other proceeding; it is further

ORDERED that the Court shall retain jurisdiction to the maximum extent possible to interpret and enforce this Order and the Agreement.

**SO ORDERED.**

**# # # End of Order # # #**

**Order submitted by:**

Alan Dabdoub
  State Bar No. 24056836
  adabdoub@lynnllp.com
P. Campbell Sode
State Bar No. 24134507
csode@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
  2100 Ross Avenue, Suite 2700
  Dallas, Texas 75201
  Telephone:      214-981-3800
  Facsimile:      214-981-3839

Hudson M. Jobe
  State Bar No. 24041189
  hjobe@jobelawpllc.com
**JOBE LAW PLLC**
  6060 North Central Expressway, Suite 500
  Dallas, Texas 75206
  Telephone:  (214) 807-0563

***SPECIAL COUNSEL FOR THE TRUSTEE***

United States Bankruptcy Court
Northern District of Texas

In re:

McClain Feed Yard, Inc.

Debtor

Case No. 23-20084-swe

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-2

Date Rcvd: Jun 04, 2025

User: admin

Form ID: pdf012

Page 1 of 24

Total Noticed: 78

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | McClain Feed Yard, Inc., 4010 FM 1057, Hereford, TX 79045-7386 |
| aty | + | Lynn Pinker Hurst & Schwegmann, LLP, 2100 Ross Avenue, Stuite 2700, Dallas, TX 75201-2739 |
| aty | + | Matthew M. Cannon, Ray Quinney & Nebeker PC, 36 South State St., Suite 1400, Salt Lake City, UT 84111-1451 |
| cr | + | 2B Farms, a Texas General Partnership, and Terry a, c/o Todd J. Johnston, McWhorter, Cobb & Johnson, LLP, P.O. Box 2547, Lubbock, TX 79408-2547 |
| cr | + | AJ Jacques Living Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | AgTexas Farm Credit Services, AgTexas, PCA, and Th, c/o Kerry L. Haliburton and David LeBas, Naman, Howell, Smith & Lee, PLLC, 400 Austin Avenue, Suite 800, Waco, TX 76701-2145 |
| cr | + | Amy Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Arnold Braun Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | Bar D Ranch Land & Cattle LLC, 4458 S. U.S. Highway 441, Lake City, FL 32025-0306 |
| cr | + | Bryan Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Buss Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| op | + | Canyon Rim Consulting, LLC, 301 S Polk St., Ste 815, Amarillo, TX 79101-1408 |
| cr | + | Caterpillar Financial Services Corporation, c/o Dickinson Wright PLLC, ATTN: John Nelson, 607 W. 3rd Street, Ste. 2500, Austin, TX 78701 U.S.A. 78701-4713 |
| cr | + | Charles Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Citizens Bank NA, c/o Brady Law Firm, 6136 Frisco Square Blvd., Suite 400, Frisco, TX 75034-3251 |
| cr | + | Colby Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Cole Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Craig Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| intp | + | Crystal McClain, c/o Marcus H. Herbert, Attorney at Law, 416 South 5th Street, Paducah, KY 42003-1530 |
| cr | + | Curtis Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | David Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Dennis Buss, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Don Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | Dora Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Douglas Finley, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Dustin Johnson, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Eddie Bryant, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Eddie Stewart, 1571 Upper Zion Road, Brownsville, TN 38012-8064 |
| cr | + | Gary Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gene Brookshire Family, LP, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gray Brothers, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gungoll Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jan Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Janet Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Janice Lawhon, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jared Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jim Rininger, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jimmy Greer, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Joel Brookshire, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jordan Lesh, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Keeling Cattle Feeders Inc., c/o Kerry Haliburton and David LeBas, Naman, Howell, Smith & Lee, PLLC, 400 Austin Avenue, Suite 800, |

| District/off: 0539-2 | User: admin | Page 2 of 24 |
|---|---|---|
| Date Rcvd: Jun 04, 2025 | Form ID: pdf012 | Total Noticed: 78 |

Waco, TX 76701-2145

| cr | + | Kinsey Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
|---|---|---|
| intp | + | Kinsey Moreland, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |
| intp | + | Kristain McClain, 3728 Mayfield Hwy, Benton, KY 42025-5602 |
| acc | + | LainFaulkner, 400 N St. Paul, Ste 600, Dallas, TX 75201-6897 |
| cr | + | Leah Gungoll, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Lesh Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Lyndal Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| sp | + | Lynn Pinker Hurst & Schwegmann, 2100 Ross Avenue, Suite 2700, Dallas, TX 75201-7919 |
| intp | + | Meagan B. Goad, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |
| cr | + | Mechanics Bank, Husch Blackwell, 1900 N. Pearl Street, Suite 1800, Dallas, TX 75201-2467 |
| cr | + | Michael Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Miranda Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Morrison Cafe, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Nikki Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Northland Capital Financial Services, LLC, c/o Jenkins & Kling, P.C., 150 N. Meramec Ave., Suite 400, St. Louis, MO 63105-3753 |
| cr | + | Philip E Rapp, Eggleston King Davis, LLP, 102 Houston Avenue, Suite 300, Weatherford, TX 76086-4369 |
| intp | + | Piper Olivia Mcclain, 3728 Mayfield Hwy, Benton, KY 42025-5602 |
| cr | + | Priest Victory Investment LLC, 899 Rosenthal Road, Lorena, TX 76655-9665 |
| cr | + | Riley Livestock, Inc., P.O. Box 663, Mayfield, KY 42066-0033 |
| cr | + | Robert & Rachel Stewart, Lane & Countryman, 1045 Cheever Blvd., Ste. 103, San Antonio, TX 78217-6223 |
| cr | + | Robert Braun, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Robert E Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Robert Spring, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Ronnie Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Scarlet and Black Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Scott Livestock Company, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Shaw & Shaw Farms Partnership LLC, 11605 NW 140 St., Alachua, FL 32615-6435 |
| cr | + | Sherle Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steve Ryan, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steve T Scott Farm, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steven Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Susan Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | W. Robbie Russell Living Trust, 414 Preston Drive, Brownsville, TX 38012-2468 |
| cr | + | Wiley Roby Russell, Jr., 414 Preston Drive, Brownsville, TN 38012-2468 |

TOTAL: 75

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| res | ^ | MEBN | Jun 04 2025 21:37:11 | Quilling, Selander, Lownds, Winslet & Moser, 2001 Bryan Street, Ste 1800, Dallas, TX 75201-3070 |
| sp | ^ | MEBN | Jun 04 2025 21:37:10 | Quilling, Selander, Lownds, Winslet & Moser, P.C., QSLWM, P.C., Attn: Hudson Jobe, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | ^ | MEBN | Jun 04 2025 21:36:40 | Texas Comptroller of Public Accounts, Revenue Acco, Jamie Kirk, c/o Sherri Simpson, Paralegal, PO Box 12548, Austin, TX 78711-2548 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Jobe Law PLLC |
| cr | | Cory Jesko, 3970 FM 1057, Hereford |
| sp | | Jobe Law PLLC |
| cr | ##+ | Priest Cattle Company, Ltd., 899 Rosenthal Road, Lorena, TX 76655-9665 |

District/off: 0539-2                                        User: admin                                              Page 3 of 24
Date Rcvd: Jun 04, 2025                                   Form ID: pdf012                                       Total Noticed: 78

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Aaron Michael Kaufman | on behalf of Defendant Community Financial Services Bank akaufman@grayreed.com  mfowlkes@grayreed.com |
| Aaron Michael Kaufman | on behalf of Interested Party Community Financial Services Bank akaufman@grayreed.com  mfowlkes@grayreed.com |
| Abel Angel Leal | on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Steve T Scott Farm  Inc. abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Defendant A.J. Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Michael Evans abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Arnold Braun Trust abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Douglas Finley abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Douglas Finley abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Robert Braun abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Scarlet and Black Cattle  LLC abel@ssbtxlaw.com, abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Jared Lesh abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Amy Sutton abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Gray Brothers abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Plaintiff Craig Sutton abel@ssbtxlaw.com  abel@leal.law |
| Abel Angel Leal | on behalf of Creditor Scott Livestock Company  Inc. abel@ssbtxlaw.com, abel@leal.law |

District/off: 0539-2                           User: admin                                    Page 4 of 24
Date Rcvd: Jun 04, 2025                    Form ID: pdf012                              Total Noticed: 78

Abel Angel Leal

on behalf of Plaintiff Michael Evans abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Sherle Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Gray Brothers abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jimmy Greer abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Dustin Johnson abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Robert Braun abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Gary Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Dora Blackman abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Morrison Cafe  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Lesh Family Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Colby Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Robert Spring abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Buss Family Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Robert E Gray abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jared Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Janet Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Jordan Lesh  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Eddie Bryant abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Joel Brookshire abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff AJ Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Dennis Buss abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Ronnie Gray abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Charles Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Janice Lawhon abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Morrison Cafe  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Gungoll Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Steve T Scott Farm  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Miranda Evans abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Dora Blackman abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Scarlet and Black Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Gene Brookshire Family  LP abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Steve Ryan abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Scott Livestock Company  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Gene Brookshire Family  LP abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Craig Sutton abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Robert E Gray abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jordan Lesh  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Steve Ryan abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Susan Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Bryan Blackman abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Nikki Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Dennis Buss abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Leah Gungoll abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Creditor Gary Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Creditor Jan Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Plaintiff Jan Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Plaintiff Jim Rininger abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Creditor Jim Rininger abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Plaintiff Cole Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Plaintiff Lyndal Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Plaintiff Amy Sutton abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Creditor Robert Spring abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
          on behalf of Creditor Gungoll Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
          on behalf of Plaintiff Miranda Evans abel@ssbtxlaw.com  abel@leal.law

Alan Dabdoub
          on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. adabdoub@lynnllp.com,
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub
          on behalf of Trustee Kent Ries (Trustee) adabdoub@lynnllp.com
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub
          on behalf of Trustee Kent David Ries adabdoub@lynnllp.com
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub
          on behalf of Plaintiff Kent Ries adabdoub@lynnllp.com  kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub
          on behalf of U.S. Trustee United States Trustee adabdoub@lynnllp.com
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Amber Miller
          on behalf of Intervenor Big Seven Capital Partners  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
          on behalf of Intervenor Richard Carraway amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
          on behalf of Creditor Barry Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
          on behalf of Intervenor W. Robbie Russell Living Trust amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
          on behalf of Intervenor Priest Cattle Company  Ltd. amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
          on behalf of Creditor Scott Stewart amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Ridgefeld Capital Asset Management  LP amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Drew Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Andrew Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Carraway Cattle  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Ridgefield Capital Group  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Wiley Roby Russell Russell  Jr. amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Robert Ellis amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Eddie Stewart amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Barry Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Priest Victory Investment  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Big Seven Capital Partners  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Richard Carraway amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Robert Ellis amiller@cdmlaw.com  sboggs@cdmlaw.com

Austin C Nate
on behalf of Creditor Rabo AgriFinance  LLC anate@rqn.com, arollins@rqn.com;docket@rqn.com

Buffey E. Klein
on behalf of Creditor Mechanics Bank buffey.klein@huschblackwell.com
Tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;penny.keller@huschblackwell.com

Buffey E. Klein
on behalf of Defendant Mechanics Bank buffey.klein@huschblackwell.com
Tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;penny.keller@huschblackwell.com

Charity S Bird
on behalf of Defendant Meagan Goad cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charity S Bird
on behalf of Interested Party Kinsey Moreland cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charity S Bird
on behalf of Interested Party Meagan B. Goad cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charles Dunham Biles
on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust dunham@bileswilson.com,
jeremy@bileswilson.com,julia@bileswilson.com,kendra@bileswilson.com,jasmine@bileswilson.com

Dallas Flick
on behalf of Defendant Shawn Ragland dflick@cwl.law

Daniel P. Callahan
on behalf of Creditor Northland Capital Financial Services  LLC dpc@kesslercollins.com, gld@kesslercollins.com

David Weitman
on behalf of Interested Party David Weitman david.weitman@klgates.com

David Weitman
on behalf of Interested Party Consolidated Feeders LLC david.weitman@klgates.com

David L. LeBas
on behalf of Plaintiff AGTexas Farm Credit Services dlebas@namanhowell.com  jaucoin@namanhowell.com

David L. LeBas
on behalf of Creditor Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas

    on behalf of Creditor AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas

    on behalf of Creditor Thorlackson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas

    on behalf of Defendant Thorlakson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas

    on behalf of Creditor AgTexas Farm Credit Services AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas

    on behalf of Plaintiff AgTexas PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas

    on behalf of Creditor Keeling Cattle Feeders Inc. dlebas@namanhowell.com  jaucoin@namanhowell.com

David L. LeBas

    on behalf of Plaintiff AgTexas PCA dlebas@namanhowell.com  jaucoin@namanhowell.com

David L. LeBas

    on behalf of Plaintiff Thorlackson Diamond T Feeders LP dlebas@namanhowell.com, jaucoin@namanhowell.com

Dawn Whalen Theiss

    on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov
brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dawn Whalen Theiss

    on behalf of Interested Party mp U.S. Department of Agriculture dawn.theiss@usdoj.gov
brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dylan Tanner Franklin Ross

    on behalf of Creditor MAP Enterprises Inc. dylan.ross@reedsmith.com,
ddegree@reedsmith.com;gsaenz@reedsmith.com;DocketingECF@ReedSmith.com

Farsheed Fozouni

    on behalf of Plaintiff KENT RIES CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. ffozouni@lynnllp.com

Harrison Pavlasek

    on behalf of Creditor MAP Enterprises Inc. harrison.pavlasek@kellyhart.com

Hudson M. Jobe

    on behalf of Trustee Kent David Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Plaintiff KENT RIES CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. hjobe@jobelawpllc.com,
cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Attorney Jobe Law PLLC hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Trustee Kent Ries (Trustee) hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Spec. Counsel Quilling Selander, Lownds, Winslett & Moser, P.C. hjobe@jobelawpllc.com,
cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Plaintiff Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Defendant Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Trustee Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Jamie Kirk

    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov,
sherri.simpson@oag.texas.gov

Jeff P. Prostok

    on behalf of Creditor MAP Enterprises Inc. jeff.prostok@vhh.law,
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

District/off: 0539-2                     User: admin                              Page 9 of 24
Date Rcvd: Jun 04, 2025                  Form ID: pdf012                          Total Noticed: 78

                    on behalf of Defendant Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Defendant Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Intervenor-Plaintiff Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Plaintiff Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Intervenor-Plaintiff AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Intervenor-Plaintiff Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Plaintiff Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Plaintiff Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Intervenor-Plaintiff Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Defendant Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Intervenor-Plaintiff Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Plaintiff Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Plaintiff Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Defendant A.J. Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Plaintiff Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Plaintiff Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Defendant Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Intervenor-Plaintiff Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Plaintiff Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Plaintiff Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Intervenor-Plaintiff Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Intervenor-Plaintiff Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Defendant Arnold Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Intervenor-Plaintiff Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                    on behalf of Intervenor-Plaintiff Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Intervenor-Plaintiff Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Intervenor-Plaintiff Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Defendant Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Plaintiff Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Plaintiff Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Defendant Robert Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Plaintiff Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Defendant Lyndal VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Intervenor-Plaintiff Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Plaintiff Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Plaintiff Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Defendant Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Plaintiff Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Defendant Scarlet & Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Plaintiff Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Plaintiff Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Intervenor-Plaintiff Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Intervenor-Plaintiff Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Defendant Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Plaintiff Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Defendant Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Defendant Bradley Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
                   on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Janet VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Scott Livestock Company john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Robert J. Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Colton Long john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Colby VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Edwin D. Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Steve T Scott Farms  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Susan VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Plaintiff Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Intervenor-Plaintiff Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Defendant Gray Brothers Cattle john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
on behalf of Intervenor-Plaintiff Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John H. Lovell
on behalf of Defendant HTLF Bank john@lovell-law.net  tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell
on behalf of Plaintiff HTLF Bank  Successor-in-Interest to First Bank & Trust john@lovell-law.net,
tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell
on behalf of Debtor McClain Feed Yard  Inc. john@lovell-law.net,
tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell
on behalf of Creditor Cory Jesko john@lovell-law.net  tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell
on behalf of Creditor Lone Star Bank of West Texas john@lovell-law.net
tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell
on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust john@lovell-law.net,
tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John R. Lane, Jr.
on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com
mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com

John Robert Nelson
on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com  mdallaire@dickinsonwright.com

Joseph H Mattingly
on behalf of Defendant Don Ralph Barrett joe@mattinglylawoffices.com

Joseph H Mattingly
on behalf of Defendant Barrett's Livestock Inc. joe@mattinglylawoffices.com

Joseph H Mattingly
on behalf of Defendant Michael Acey joe@mattinglylawoffices.com

Joseph H Mattingly
on behalf of Defendant Acey Livestock  LLC joe@mattinglylawoffices.com

Joshua D. Kundert
on behalf of Defendant Sherle Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert
on behalf of Plaintiff Nikki Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert
on behalf of Plaintiff Dora Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert
on behalf of Intervenor-Plaintiff Charles Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert
on behalf of Intervenor-Plaintiff Lyndal Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert
on behalf of Plaintiff Ronnie Gray josh.kundert@sprouselaw.com

Joshua D. Kundert
on behalf of Plaintiff Bryan Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert
on behalf of Defendant Bryan Blackman josh.kundert@sprouselaw.com

District/off: 0539-2                    User: admin                    Page 16 of 24
Date Rcvd: Jun 04, 2025                 Form ID: pdf012                Total Noticed: 78

Joshua D. Kundert

on behalf of Defendant Dustin Johnson josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Janice Lawhon josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Michael Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Robert Spring josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Lyndal VanBuskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Janet Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Jordan Lesh  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jimmy Greer josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Lesh Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Gary Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Robert Spring josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Miranda Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Susan Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Lyndal Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Craig Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Colette Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Cole Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Sherle Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Morrison Cafe  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jared Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Craig Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Amy Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Dora Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Jan Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Michael Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Robert E Gray josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Dustin Johnson josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Lesh Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Defendant Dennis Buss josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Defendant Douglas Finley josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff AJ Jacques Living Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Bryan Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Lesh Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Amy Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Gray Brothers josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Sherle Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Dennis Buss josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Arnold Braun Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Steve T Scott Farm  Inc. josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Robert E Gray josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Janice Lawhon josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Robert Braun josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Steve T Scott Farm  Inc. josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Charles Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Cole Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Leah Gungoll josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Jan Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Defendant A.J. Jacques Living Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Colby Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Dustin Johnson josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Eddie Bryant josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Miranda Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Arnold Braun Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Dora Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Buss Family Trust josh.kundert@sprouselaw.com

District/off: 0539-2                                    User: admin                                    Page 18 of 24
Date Rcvd: Jun 04, 2025                              Form ID: pdf012                              Total Noticed: 78

Joshua D. Kundert

      on behalf of Defendant Susan VanBuskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Plaintiff Joel Brookshire josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Intervenor-Plaintiff Jordan Lesh  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Intervenor-Plaintiff Dennis Buss josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Defendant Bradley Gungoll josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Intervenor-Plaintiff Nikki Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Defendant Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Defendant Gary Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Plaintiff Gray Brothers josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Plaintiff Jared Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Plaintiff Eddie Bryant josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Defendant Janet VanBuskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Plaintiff Leah Gungoll josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Defendant Buss Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Intervenor-Plaintiff Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Defendant Eddie Bryant josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Defendant Charles Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Plaintiff Scott Livestock Company  Inc. josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Defendant Nikki Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Intervenor-Plaintiff Douglas Finley josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Intervenor-Plaintiff Colby Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Defendant Jan Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Plaintiff Jimmy Greer josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Defendant Arnold Braun josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Defendant Amy Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Plaintiff Jim Rininger josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Plaintiff Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

      on behalf of Plaintiff Steve Ryan josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Morrison Cafe  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Scott Livestock Company  Inc. josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Leah Gungoll josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Colby VanBuskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Robert Braun josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Douglas Finley josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jim Rininger josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Morrison Cafe  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Susan Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff AJ Jacques Living Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Robert Braun josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Cole Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Michael Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Edwin D. Buss josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gary Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Joel Brookshire josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Ronnie Gray josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Janet Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Scarlet & Black Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Janice Lawhon josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Joel Brookshire josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Craig Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Buss Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Steve Ryan josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Scarlet and Black Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Scarlet and Black Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Jared Lesh josh.kundert@sprouselaw.com

Keith James Larson

on behalf of Interested Party Community Financial Services Bank kjl@mpmfirm.com

Kenneth A. Hill

on behalf of Trustee Kent David Ries kenhill@qslwm.com  dcruz@qslwm.com

Kenneth A. Hill

on behalf of Spec. Counsel Quilling  Selander, Lownds, Winslett & Moser, P.C. kenhill@qslwm.com, dcruz@qslwm.com

Kenneth R. Netardus

on behalf of Creditor Open A Arena  LLC knetardus@sjblawfirm.com, rmcmurry@sjblawfirm.com

Kenneth R. Netardus

on behalf of Creditor Edward Lewis Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com

Kenneth R. Netardus

on behalf of Creditor Rieta May Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com

Kent David Ries

on behalf of Interested Party Law Office of Kent Ries kent@kentries.com

Kent David Ries

on behalf of Trustee Kent David Ries trustee@kentries.com  TX41@ecfcbis.com

Kent David Ries

trustee@kentries.com  TX41@ecfcbis.com

Kent David Ries

on behalf of Defendant Kent Ries kent@kentries.com

Kent David Ries

on behalf of Trustee Kent Ries kent@kentries.com

Kerry L. Haliburton

on behalf of Creditor AgTexas Farm Credit Services  AgTexas, PCA, and Thorlakson Diamond T Feeders, LP
haliburton@namanhowell.com, karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Kerry L. Haliburton

on behalf of Creditor Keeling Cattle Feeders Inc. haliburton@namanhowell.com
karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Kyle Weldon

on behalf of Intervenor Priest Cattle Company  Ltd. kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon

on behalf of Intervenor Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon

on behalf of Intervenor W. Robbie Russell Living Trust kyle@bradburycounsel.com

Kyle Weldon

on behalf of Intervenor Priest Victory Investment  LLC kyle@bradburycounsel.com

Kyle Weldon

on behalf of Intervenor Wiley Roby Russell Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor Priest Victory Investment LLC kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor Wiley Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor Wiley Roby Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor Priest Cattle Company  Ltd. kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor Robbie Russell kyle@bradburycounsel.com

Lynn Hamilton Butler

on behalf of Defendant Mechanics Bank lynn.butler@huschblackwell.com
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

District/off: 0539-2                                    User: admin                                    Page 21 of 24
Date Rcvd: Jun 04, 2025                              Form ID: pdf012                              Total Noticed: 78

Marcus Herbert

on behalf of Interested Party Kristain McClain herbertlaw@vci.net  marcus.herbertbk@gmail.com

Marcus Herbert

on behalf of Interested Party Crystal McClain herbertlaw@vci.net  marcus.herbertbk@gmail.com

Marcus Herbert

on behalf of Interested Party Piper Olivia Mcclain herbertlaw@vci.net  marcus.herbertbk@gmail.com

Matthew M. Cannon

on behalf of Plaintiff Rabo AgriFinance LLC mcannon@rqn.com  lbeidoun@rqn.com;docket@rqn.com

Matthew M. Cannon

on behalf of Defendant Rabo AgriFinance  LLC mcannon@rqn.com, lbeidoun@rqn.com;docket@rqn.com

Matthew S Merriott

on behalf of Cross Defendant First Bank & Trust mmerriott@mhba.com  lsteen@mhba.com

Matthew S Merriott

on behalf of Defendant HTLF Bank  Successor-in-Interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S Merriott

on behalf of Defendant HTLF Bank mmerriott@mhba.com  lsteen@mhba.com

Matthew S Merriott

on behalf of Plaintiff HTLF Bank  Successor-in-Interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S Merriott

on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S. Muckleroy

on behalf of Defendant Shawn Ragland mmuckleroy@cwl.law  paralegal2@cwl.law

Max Ralph Tarbox

on behalf of Debtor 7M Cattle Feeders  Inc. jessica@tarboxlaw.com,
tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox

on behalf of Debtor McClain Feed Yard  Inc. jessica@tarboxlaw.com,
tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox

on behalf of Debtor McClain Farms  Inc. jessica@tarboxlaw.com,
tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Michael R. Johnson

on behalf of Creditor Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson

on behalf of Defendant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson

on behalf of 3rd Pty Defendant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson

on behalf of Cross-Claimant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson

on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com  asanchez@rqn.com;docket@rqn.com

Michael S Duncan

on behalf of Plaintiff Thorlakson Diamond T Feeders  LP mduncan@namanhowell.com

Michael S Duncan

on behalf of Plaintiff AGTexas Farm Credit Services mduncan@namanhowell.com

Michael S Duncan

on behalf of Plaintiff AgTexas PCA mduncan@namanhowell.com

Michelle D. Esparza, I

on behalf of Creditor Caterpillar Financial Services Corporation michelle.esparza@kempsmith.com
Chelsea.Salgado@kempsmith.com

Nathaniel Anson Plemons

on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. nplemons@lynnllp.com, mgonzalez@lynnllp.com

Nathaniel Anson Plemons

on behalf of Trustee Kent David Ries nplemons@lynnllp.com  mgonzalez@lynnllp.com

Nicole E. Gorovsky

on behalf of Creditor Northland Capital Financial Services  LLC ngorovsky@jenkinskling.com, cwoods@jenkinskling.com

District/off: 0539-2                          User: admin                          Page 22 of 24
Date Rcvd: Jun 04, 2025                       Form ID: pdf012                       Total Noticed: 78

Peter Sode
                    on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
                    YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. csode@lynnllp.com, mspear@lynnllp.com

Rachel E Barr
                    on behalf of Creditor AgTexas PCA rbarr@namanhowell.com

Rachel E Barr
                    on behalf of Plaintiff AGTexas Farm Credit Services rbarr@namanhowell.com

Rachel E Barr
                    on behalf of Defendant Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com

Rachel E Barr
                    on behalf of Plaintiff AgTexas  PCA rbarr@namanhowell.com

Rachel E Barr
                    on behalf of Plaintiff Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com

Richard A. Illmer
                    on behalf of 3rd Pty Defendant Mechanics Bank rick.illmer@huschblackwell.com
                    karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com

Richard A. Illmer
                    on behalf of Defendant Mechanics Bank rick.illmer@huschblackwell.com
                    karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com

Shawn Kevin Brady
                    on behalf of Creditor Citizens Bank NA sgodwin@brady-law-firm.com  sbrady@brady-law-firm.com

Stephen Barnes
                    on behalf of Interested Party Chelsea McClain sbarnes@wgmfirm.com

Stephen Barnes
                    on behalf of Defendant CHELSEA MCCLAIN sbarnes@wgmfirm.com

Steven Lee Hoard
                    on behalf of Defendant Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                    on behalf of Defendant Hines Farms  LLC shoard@mhba.com,
                    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                    on behalf of Creditor Hines Cattle Company  LLC shoard@mhba.com,
                    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                    on behalf of Defendant Don Jones Farm  Inc. shoard@mhba.com,
                    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                    on behalf of Creditor Shaw & Shaw Farms Partnership LLC shoard@mhba.com
                    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                    on behalf of Creditor Don Jones Trucking  Inc. shoard@mhba.com,
                    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                    on behalf of Defendant Riley Livestock  Inc. shoard@mhba.com,
                    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                    on behalf of Defendant Hines Cattle Company  LLC shoard@mhba.com,
                    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                    on behalf of Creditor Curtis Jones Farms shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                    on behalf of Creditor Don Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                    on behalf of Creditor Hines Farms  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                    on behalf of Creditor Curtis Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                    on behalf of Creditor Don Jones Farms  Inc. shoard@mhba.com,
                    ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Steven Hines shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Riley Livestock  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Shaw & Shaw Farms Partnership LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Bar D Ranch Land & Cattle LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Don Jones Trucking  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Bar D Ranch Land & Cattle LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant N. Terry Dicks shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor David Hines shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Hines Farms shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Curtis Jones Farms shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Thomas C. Riney

on behalf of Plaintiff Rabo AgriFinance LLC tom.riney@uwlaw.com
hhendricks@rineymayfield.com;rduke@rineymayfield.com;jschulte@rineymayfield.com;colguin@rineymayfield.com;dfields@ri
neymayfield.com

Todd Farmer

on behalf of Interested Party Kinsey Moreland todd@farmerwright.com  stephanie@sfk-law.com

Todd Farmer

on behalf of Defendant Meagan Goad todd@farmerwright.com  stephanie@sfk-law.com

Todd Farmer

on behalf of Interested Party Meagan B. Goad todd@farmerwright.com  stephanie@sfk-law.com

Todd Jeffrey Johnston

on behalf of Counter-Claimant Rebecca Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Counter-Claimant 2B Farms tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Defendant Angie Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Creditor 2B Farms  a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com,
tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Defendant 2B Farms  a General Texas Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of 3rd Party Plaintiff Rebecca Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of 3rd Party Plaintiff 2B Farms  a General Texas Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Counter-Claimant Terry Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of 3rd Party Plaintiff Terry Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

Whitney A Davis

on behalf of Creditor Philip E Rapp whit@ekdlaw.com

William Adam Franklin

on behalf of Interested Party Kinsey Moreland bfranklin@bdflawfirm.com

William Adam Franklin

on behalf of Interested Party Chelsea McClain bfranklin@bdflawfirm.com

William Adam Franklin

on behalf of Interested Party Meagan B. Goad bfranklin@bdflawfirm.com

William Adam Franklin

on behalf of Defendant CHELSEA MCCLAIN bfranklin@bdflawfirm.com

William Heath Hendricks

on behalf of Creditor Rabo AgriFinance  LLC heath.hendricks@uwlaw.com,
roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

William Heath Hendricks

on behalf of Plaintiff Rabo AgriFinance LLC heath.hendricks@uwlaw.com
roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com


TOTAL: 565