

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 27, 2025**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-SWE-7 |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER GRANTING MOTION FOR APPROVAL OF EMPLOYMENT OF ACCOUNTING EXPERT FOR TRUSTEE

On this day came for consideration the Motion for Approval of Employment of Accounting Expert for Trustee (the "Motion") filed by Kent Ries, Trustee ("Trustee"). The Court finds that notice of the Motion was reasonable and sufficient under the circumstances. Based upon the

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe).

representations in the Motion, lack of objection, and prior record in this case, the Court finds that the Motion should be granted to the extent set forth herein. IT IS THEREFORE

ORDERED that the Trustee's employment of Sibley, LLC pursuant to the engagement agreement attached to the Motion is approved. IT IS FURTHER

ORDERED that this Order is without prejudice to whether Sibley, LLC constitutes a "professional person" for purposes of 11 U.S.C. § 327(a), provided however that any fees and expenses to be paid to Sibley, LLC shall remain subject to further Order of the Court.

# # # END OF ORDER # # #

Order submitted by:
Hudson M. Jobe
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE