**LIST OF USDA CLAIMANTS, COUNSEL CONTACT INFORMATION, AND FILED PROOFS OF CLAIMS:**

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| 2B Farms<br>Terry "Bo" Robinson<br>9397 CR 3114<br>Snyder, TX 79549    **$16,989,427.97** | Todd Johnston<br>McWhorter Cobb & Johnson, LLP<br>PO Box 2547<br>Lubbock, TX 79408<br>tjohnston@mcjllp.com | #47-1<br>9/12/23; #47-2<br>01/03/25<br>Amended | $19,789,446.70 | #48-1<br>9/12/23; #48-2<br>1/03/25<br>Amended | $19,789,446.70 | #42-1<br>9/12/23;#42-2<br>1/03/25<br>Amended | $19,789,446.70 |
| A.J. Jacques Living Trust<br>4025 W. Deer Crossing Dr.  **$393,051.49**<br>Stillwater, OK 74074 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #26<br>9/8/23 | $365,509.27 | #26<br>9/8/23 | $365,509.27 | #21<br>9/8/23 | $365,509.27 |
| Acey Livestock, LLC<br>211 Old Orchard Rd.  **$1,722,931.57**<br>Perryville, KY 40468 | Joseph Mattingly, III<br>P.O. Box 678<br>Levanon, KY 40033<br>joe@mattinglylawoffices.com | | | #22<br>8/23/23 | $1,722,931.57 | | |
| Amy & Craig Sutton<br>7130 Horizon Trail    **$518,382.21**<br>McKinney, TX 75071 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #43<br>9/12/23 **Craig &<br>Amy Sutton** | $400,109.56 | #44<br>9/12/23 Craig &<br>Amy Sutton | $400,109.56 | #38<br>9/12/23 Craig &<br>Amy Sutton | $400,109.56 |
| Angela (Angie) Robinson<br>9012 County Road 3114    **$200,729.43**<br>Snyder, TX 79549 | Todd Johnston<br>McWhorter Cobb & Johnson, LLP<br>PO Box 2547<br>Lubbock, TX 79408<br>tjohnston@mcjllp.com | #45<br>9/12/23 | $200,729.43 | #46<br>9/12/23 | $200,729.43 | #41<br>9/12/23 | $200,729.43 |
| Arnold Braun Trust<br>4932 E. SR 70<br>Grandview, IN 47615 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #27<br>9/10/23 | $562,232.17 | #27<br>9/10/23 | $562,232.17 | #22<br>9/10/23 | $562,232.17 |
| Audy Spell (University of Florida)<br>P.O. Box 110910    **$21,300.30**<br>Gainesville, FL 32611 | | | | | | | |
| Bar D Ranch Land & Cattle<br>4458 S US Hwy 441    **$92,053.76**<br>Lake City, FL | Steven Hoard<br>Mullin, Hoard & Brown, L.L.P.<br>P.O. Box 31656<br>Amarillo, TX 79120-1656<br>shoard@mhba.com | #7<br>5/25/23 | $92,053.76 | #5<br>5/25/23 | $92,053.76 | #6<br>5/25/23 | $92,053.76 |
| Barrett's Livestock Inc.<br>251 W Laurens School Rd.    **$96,862.41**<br>Dublin, GA 31021 | | | | | | | |

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| Barry Phillips 325 Pinewood Ln. **$416,216.47** Ridgeland, MS 39157 | Amber Miller Crenshaw, Dupree & Milam, LLP 4411 98th Street, Suite 400 Lubbock, TX 79424 amiller@cdmlaw.com | #76 9/13/23 | $416,216.47 | #81 9/13/23 | $416,216.47 | | |
| Bella Elegance LLC Job White **$269,634.83** 10216 SW 49th Lane Gainesville, FL 32608 | | #70 9/13/23 **Job E. White** | $144,642.08 | | | | |
| Big Seven Capital Partners, LLC 6809 Main Street, #101 **$594,403.47** Cincinnati, OH 45244 | Amber Miller Crenshaw, Dupree & Milam, LLP 4411 98th Street, Suite 400 Lubbock, TX 79424 amiller@cdmlaw.com | #80 9/13/23 | $594,403.47 | #85 9/13/23 | $594,403.47 | | |
| Brent Burnett 1612 Sanderson Rd. **$175,340.77** Melber, KY 42066 | | #17 6/27/23 **J Brent Burnett** | $175,340.77 | #16 6/27/23 | $175,340.77 | #15 6/27/23 | $175,340.77 |
| Bryan Blackman 4553 Texas Street Healdton, OK 73438 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #31 9/11/23 | $661,956.48 | #31 9/11/23 | $661,956.48 | #26 9/11/23 | $661,956.48 |
| Buss Family Trust Edwin D. Buss 2228 Crooked Oak Dr. **$487,511.05** Shawnee, OK 74804 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #54 9/13/23 **Buss Family Trust** | $380,090.19 | #55 9/13/23 | $380,090.19 | #49 9/13/23 | $380,090.19 |
| C Heart Ranch Colette Lesh **$2,610,399.51** 454 Daniels Lane Ardmore, OK 73401 | | | | | | | |
| Cameron Weddington 40 Plainsfield Place **$61,820.25** Jackson, TN 38305 | | | | | | | |
| Carraway Cattle, LLC 6809 Main Street, #101 **$489,298.48** Cincinnati, OH 45244 | Amber Miller Crenshaw, Dupree & Milam, LLP 4411 98th Street, Suite 400 Lubbock, TX 79424 amiller@cdmlaw.com | #78 9/13/23 | $489,298.48 | #83 9/13/23 | $489,298.48 | | |
| Charles Lockwood 30789E 1920 Rd. **$655,789.90** Ringling, OK 73456 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #46 9/12/23 | $1,948,696.94 | #47 9/12/23 | $1,948,696.94 | #40 9/12/23 | $1,948,696.94 |

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| Christopher Prince<br>206 Urbana Dr. $21,670.30<br>Blackwell, OK 74631 | | | | | | | |
| Cole Lockwood<br>P.O. Box 180<br>Canyon, TX 79015 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #49<br>9/12/23 | $576,533.01 | #50<br>9/12/23 | $576,533.01 | #44<br>9/12/23 | $576,533.01 |
| Cory Jesko<br>3970 FM 1057 $84,504.22<br>Hereford, TX 79045 | | #24<br>8/11/23 Cory &<br>Jeff Jesko | $106,050.00 | #21<br>8/11/23 | $106,050.00 | #20<br>8/11/23 | $106,050.00 |
| Curtis Jones Farms<br>1720 W 13th Ave. $2,208,532.93<br>Emporia, KS 66801 | Steven Hoard<br>Mullin, Hoard & Brown, L.L.P.<br>P.O. Box 31656<br>Amarillo, TX 79120-1656<br>shoard@mhba.com | #14<br>5/25/23 | $1,905,591.14 | #12<br>5/25/23 | $1,905,591.14 | #13<br>5/25/23 | $1,905,591.14 |
| DAC83 LLC<br>2200 4th Ave., #131 $187,032.15<br>Canyon, TX 79015 | | | | | | | |
| David Johnson<br>P.O. Box 180<br>Canyon, TX 79015 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | | | | | | |
| David Rainey<br>69 CR 640 $75,510.52<br>Corinth, MS 38834 | | | | | | | |
| Dennis Buss<br>403 E Grand $400,656.77<br>Tonkawa, OK 74653 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #38<br>9/12/23 | $308,873.53 | #39<br>9/12/23 | $308,873.53 | #33<br>9/12/23 | $308,873.53 |
| Don Jones Farm, Inc.<br>2434 Road Y $7,673,566.08<br>Reading, KS 66868 | Steven Hoard<br>Mullin, Hoard & Brown, L.L.P.<br>P.O. Box 31656<br>Amarillo, TX 79120-1656<br>shoard@mhba.com | #13<br>5/25/23 Don<br>Jones c/o Don<br>Jones Farm, Inc. | $7,069,139.14 | #11<br>5/25/23 | $7,069,139.14 | #12<br>5/25/23 | $7,069,139.14 |

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| Don Jones Trucking 2434 Road Y **$1,250,833.14** Reading, KS 66868 | Steven Hoard Mullin, Hoard & Brown, L.L.P. P.O. Box 31656 Amarillo, TX 79120-1656 shoard@mhba.com | #12 5/25/23 **Don Jones c/o Don Jones Trucking, Inc.** | $1,250,833.14 | #10 5/25/23 | $1,250,833.14 | #11 5/25/23 | $1,250,833.14 |
| Dora Blackman 25335 N. Midwest Blvd. **$53,651.36** Orlando, OK 73073 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #32 9/11/23 | $53,651.36 | #33 9/11/23 | $53,651.36 | #27 9/11/23 | $53,651.36 |
| Doug Finley 3321 South Louisville Tulsa, OK 74135 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #29 9/11/23 **Douglas Finley** | $99,921.28 | #29 9/11/23 | $99,921.28 | #24 9/11/23 | $99,921.28 |
| Drew Phillips 71 Calumet Dr. **$517,777.89** Jackson, TN 38305 | Amber Miller Crenshaw, Dupree & Milam, LLP 4411 98th Street, Suite 400 Lubbock, TX 79424 amiller@cdmlaw.com | #82 9/13/23 | $517,777.89 | #87 9/13/23 | $517,777.89 | | |
| Dufurrena Cutting Horses Ed Dufurrena **$469,800.00** 820 CR 133 Gainesville, TX 76240 | Kenneth R. Netardus Stockton Johnston Brown & Netardus, P.C. PO Box 3280 1030 N. Western Amarillo, TX 79116-3280 knetardus@sjblawfirm.com | | | | | | |
| Dustin Johnson 28081 Hwy. 12 **$213,446.78** McCool, MS 39108 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #50 9/12/23 | $201,446.78 | #51 9/12/23 | $201,446.78 | #45 9/12/23 | $201,446.78 |
| Dwight Jesko 3970 FM 1057 **$309,548.16** Hereford, TX 79045 | | #23 8/11/23 **Dwight & Patty Jesko** | $317,638.83 | #20 8/11/23 | $317,638.83 | #19 8/11/23 | $317,638.83 |
| Eddie Bryant 1000 Fox Bend Way **$282,119.21** Prosper, TX 75078 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #30 9/11/23 | $214,820.95 | #30 9/11/23 | $214,820.95 | #25 9/11/23 | $214,820.95 |

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| Eddie Stewart c/o Kyle Weldon **$317,266.34** 201 Main Street, Suite 600 Fort Worth, TX 76102 | Kyle Weldon James D. Bradbury, LLC 201 Main Street, Suite 600 Fort Worth, TX 76102 kyle@bradburycounsel.com | #61 9/13/23 | $317,266.34 | #65 9/13/23 | $317,266.34 | #58 9/13/23 | $317,266.34 |
| Edward Lewis Dufurrena 820 CR 133 **$380,360.08** Gainesville, TX 76240 | Kenneth R. Netardus Stockton Johnston Brown & Netardus, P.C. PO Box 3280 1030 N. Western Amarillo, TX 79116-3280 knetardus@sjblawfirm.com | #90 11/5/23 **Ed & Rieta Dufurrena** | $451,940.35 | #92 11/5/23 | $451,940.35 | | |
| Eric DeJarnatt 1115 CR 1024 **$67,011.56** Cunningham, KY 42035 | | #21 7/25/23 | $67,011.56 | #18 7/25/23 | $67,011.56 | #17 7/25/23 | $67,011.56 |
| Garwood Cattle Co. Justin Garwood **$4,343.898.59** 2538 Middleton Rd. Columbiana, OH 44408 | | | | | | | |
| Gene Brookshire Family, LP Joel Brookshire **$6,529,887.87** 907 Reidland Road Crosby, TX 77532 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #57 9/13/23 **Gene Brookshire Family, LP** | $6,500,000.00 | #58 9/13/23 | $6,500,000.00 | #51 9/13/23 | $6,500,000.00 |
| Gray Brothers Cattle Robert & Ronnie Gray 348500 E 3700 Rd. **$483,945.93** Ralston, OK 74650-5050 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #33 9/11/23 **Gray Brothers** | $436,533.90 | #34 9/11/23 | $436,533.90 | #28 9/11/23 | $436,533.90 |
| Gungoll Cattle, LLC Bradley Gungoll 3818 South Sangre Rd. **$495,648.89** Stillwater, OK 74074 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #41-2 Amended 9/13/23 **Gungoll Cattle Co, LLC** | $495,648.89 | #42 9/13/23 | $495,648.89 | #36 9/13/23 | $495,648.89 |
| Hines Cattle Company, LLC Steven Hines **$297,963.18** 12609 NW 298th St. High Springs, FL 32643 | Steven Hoard Mullin, Hoard & Brown, L.L.P. P.O. Box 31656 Amarillo, TX 79120-1656 shoard@mhba.com | #9 5/25/23 **Hines Cattle Company, LLC** | $307,954.18 | #7 5/25/23 | $307,954.18 | #8 5/25/23 | $307,954.18 |
| Hines Farms, LLC David Hines 1019 NE 90th Ave. **$307,963.19** High Springs, FL 32643 | Steven Hoard Mullin, Hoard & Brown, L.L.P. P.O. Box 31656 Amarillo, TX 79120-1656 shoard@mhba.com | #10 5/25/23 **Hines Farms, LLC** | $307,954.18 | #8 5/25/23 | $307,954.18 | #9 5/25/23 | $307,954.18 |

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| Jace Harrold<br>650 FM 163    **$230,024.34**<br>Cleveland, TX 77327 | | | | | | | |
| Jan & Gary Lesh<br>19700 County Road 200    **$323,769.84**<br>Perry, OK 73077 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #88<br>9/13/23 | $300,335.37 | #71<br>9/13/23 | $300,335.37 | #64<br>9/13/23 | $300,335.37 |
| Janet VanBuskirk<br>P.O. Box 778    **$484,475.35**<br>Ringling, OK 73456 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #83<br>9/13/23 **Janet Van Buskirk** | $484,475.35 | #88<br>9/13/23 | $484,475.35 | #72<br>9/13/23 | $484,475.35 |
| Janice E. Lawhon<br>912 S. 1st    **$189,965.10**<br>Blackwell, OK 74631 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #39<br>9/12/23 | $149,488.75 | #40<br>9/12/23 | $149,488.75 | #34<br>9/12/23 | $149,488.75 |
| Jared Lesh<br>10801 E Hwy 82    **$6,935790.27**<br>Whitesboro, TX 76273 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #62<br>9/13/23 | $7,699,133.66 | #66<br>9/13/23 | $7,699,133.66 | #59<br>9/13/23 | $7,699,133.66 |
| Jean Nix<br>P.O. Box 1527    **$287,773.85**<br>Mont Belvieu, TX 77580 | | | | | | | |
| Jim Rininger<br>P.O. Box 180    **$240,778.44**<br>Canyon, TX 79015 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #51<br>9/12/23 | $240,778.44 | #52<br>9/12/23 | $240,778.44 | #46<br>9/12/23 | $240,778.44 |

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| Jimmy Greer<br>3209 Wrather Road   **$354,918.73**<br>Murray, KY 42071 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #37<br>9/11/23 | $354,918.73 | #38<br>9/11/23 | $354,918.73 | #32<br>9/11/23 | $354,918.73 |
| JoAnn & Keith Brooks d.b.a. Brooks Farms<br>4778 Albert Owens Road   **$174,115.51**<br>South Fulton, TN 38257 | | | | | | | |
| Joe Burnett<br>187 Peachtree Rd.   **$206,442.05**<br>Melber, KY | | #18<br>6/27/23 | $206,442.05 | | | #16<br>6/27/23 | $206,442.05 |
| Joel Brookshire<br>907 Reidland Road   **$311,385.13**<br>Crosby, TX 77532 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #59<br>9/13/23 | $315,000.00 | #61<br>9/13/23 | $315,000.00 | #55-2 Amended<br>9/13/23 | $315,000.00 |
| John Tidwell<br>209 Duffers Lane   **$242,727.59**<br>Mayfield, KY 42066 | | | | #25-3 Amended<br>9/13/23 **John Dale Tidwell** | $242,727.59 | | |
| Jordan Lesh, LLC<br>10400 N. Perkins Road<br>Stillwater, OK 74075 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #87<br>9/13/23 **Jordan Lesh, LLC** | $342,301.95 | #62<br>9/13/23 | $342,301.95 | #56<br>9/13/23 | $342,301.95 |
| Justin Stuever<br>PO Box 22<br>Morrison, OK 73061 | | #5<br>5/18/23 | $43,279.47 | #4<br>5/18/23 | $43,279.47 | #5<br>5/18/23 | $43,279.47 |
| Keith Harris<br>703 Waller Cemetery Road<br>Benton, KY 42025 | | | | | | | |
| Kingdon Trust<br>James McCuan<br>6804 Poplar Corner Rd.   **$444,018.0**8<br>Bells, TN 38006 | | | | #91<br>9/19/23 **James McCuan** | $444,018.08 | | |
| Kinsey Jones<br>30308 S. Carlson Rd.   **$353,831.49**<br>Reading, KS 66868 | Steven Hoard<br>Mullin, Hoard & Brown, L.L.P.<br>P.O. Box 31656<br>Amarillo, TX 79120-1656<br>shoard@mhba.com | #11<br>5/25/23 | $353,831.49 | #9<br>5/25/23 | $353,831.49 | #10<br>5/25/23 | $353,831.49 |
| Larry Keith<br>Wytheville, VA 24382 | | | | | | | |

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| Leah Gungoll 3818 South Sangre Rd. **$150,582.24** Stillwater, OK 74074 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #42 9/12/23 | $150,852.24 | #43 9/12/23 | $150,852.24 | #37 9/12/23 | $150,852.24 |
| Lesh Family Trust Jan Lesh 19700 County Road 200 Perry, OK 73077 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #86 9/13/23 **Lesh Family Trust** | $776,745.49 | #90 9/13/23 | $776,745.49 | #74 9/13/23 | $776,745.49 |
| LFC Cattle P.O. Box 778 **$128,800.00** Ringling, OK 73456 | | | | | | | |
| Lyndal VanBuskirk P.O. Box 778 **$4,766,092.78** Ringling, OK 73456 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #71 9/13/23 **Lyndal Van Buskirk** | $494,432.51 | #78 9/13/23 | $494,432.51 | #68 9/13/23 | $494,432.51 |
| MAP Enterprises Mike Gourley **$9,155,847.81** P.O. Box 1045 Mayfield, KY 42066 | Jeff Prostok Forshey & Prostok, LLC 777 Main Street, Suite 1550 Fort Worth, TX 76102 jprostok@forsheyprostok.com | #40 9/12/23 **MAP Enterprise, Inc.** | $9,155,847.81 | #41 9/12/23 | $9,155,847.81 | #35 9/12/23 | $9,155,847.81 |
| Mark J. Reisz 514 Americas Way, PMB 13812 Box Elder, SD 57719 | | | | #17 7/10/23 | $269,083.31 | | |
| Michael Evans 155 Via Rd. **$200,812.14** Clinton, KY 42031 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #36 9/11/23 **Michael & Miranda Evans** | $200,812.14 | #37 9/11/23 | $200,812.14 | #31 9/11/23 | $200,812.14 |
| Morgan Perry & Cody Perry 8242 N. Main Street **$149,821.97** Braman, OK 74632 | | | | | | | |
| Morrison Café, LLC Jan Lesh P.O. Box 180 Canyon, TX 79015 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #66 9/13/23 **Morrison Café, LLC** | $789,452.20 | #69 9/13/23 | $789,452.20 | #61 9/13/23 | $789,452.20 |

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| Mykel Tidwell<br>66 Lake Terry Drive  **$501,987.04**<br>Mayfield, KY 42066 | | | | #23-2 Amended 9/13/23 **Mykel L. Tidwell** | $501,987.04 | | |
| Nancy F. Weddington<br>3486 Hwy 70 East  **$55,668.94**<br>Brownsville, TN 38012 | | | | | | | |
| Natalie Martus<br>111 Post Oak Dr.  **$153,680.58**<br>Krugerville, TX 76227 | | | | | | | |
| Nikki Lockwood<br>P.O. Box 180<br>Canyon, TX 79015 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #48 9/12/23 | $391,049.21 | #49 9/12/23 | $391,049.21 | #43 9/12/23 | $391,049.21 |
| Open A Arena LLC<br>19601 FM 1541  **$1,144,554.03**<br>Canyon, TX 79015 | Kenneth R. Netardus<br>Stockton Johnston Brown & Netardus, P.C.<br>PO Box 3280<br>1030 N. Western<br>Amarillo, TX 79116-3280<br>knetardus@sjblawfirm.com | #91 11/12/23 | $495,785.79 | #93 11/12/23 | $495,785.79 | #75 11/12/23 | $495,785.79 |
| Phillip E. Rapp<br>Eggleston King Davis, LLP<br>102 Houston Avenue , Suite 300<br>Weatherford, TX 76086 | Julian Whitley<br>Eggleston King Davis, LLP<br>102 Houston Ave., Suite 300<br>Weatherford, TX 76086<br>julian@ekdlaw.com | #25 08/16/23 | $375,273.07 | | | | |
| Phillip Sullivan<br>396 Neeley Rd.  **$190,000.00**<br>Mayfield, KY 42066 | | | | | | | |
| Priest Cattle Company, Ltd.<br>899 Rosenthal Rd.  **$709,680.77**<br>Lorena, TX 76655 | Kyle Weldon<br>James D. Bradbury, LLC<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102<br>kyle@bradburycounsel.com | #67 9/13/23 | $709,680.77 | #73 9/13/23 | $709,680.77 | #66 9/13/23 | $709,680.77 |
| Priest Victory Investment LLC<br>c/o Kyle Weldon<br>201 Main Street, Suite 600  **$628,326.52**<br>Fort Worth, TX 76102 | Kyle Weldon<br>James D. Bradbury, LLC<br>201 Main Street, Suite 600<br>Fort Worth, TX 76102<br>kyle@bradburycounsel.com | #65 9/13/23 | $639,861.35 | #70 9/13/23 | $639,861.35 | #63 9/13/23 | $639,861.35 |
| Producers Livestock Commission<br>Sonny Barthold<br>2501 Exchange Ave., 128<br>Oklahoma City, OK 73108 | | | | | | | |

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| Ralph Reisz<br>4062 Keller Road **$704,250.71**<br>Owensboro, KY 42301 | | | | #95   7/20/23 | $704,205.71 | | |
| Rapp Ranch<br>400 Smith Trail **$375,273.07**<br>Weatherford, TX 76088 | Julian Whitley<br>Eggleston King Davis, LLP<br>102 Houston Ave., Suite 300<br>Weatherford, TX 76086<br>julian@ekdlaw.com | | | | | | |
| Richard Brad Carraway<br>200 Rock Vista Run **$72,187.57**<br>Austin, TX 78737 | Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>amiller@cdmlaw.com | | | | | | |
| Richard Carraway<br>2427 Highway 51 South **$322,320.52**<br>Dyersburg, TN 38024 | Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>amiller@cdmlaw.com | #79<br>9/13/23 | $322,320.52 | #77<br>9/13/23 | $322,320.52 | | |
| Rick Rodgers<br>P.O. Box 931 **$1,816,097.61**<br>Mayfield, KY 42066 | | | | #32-2 Amended<br>9/18/23 | $1,816,097.61 | | |
| Ridgefield Capital Asset Management<br>Jim Giordano **$2,182,751.53**<br>P.O. Box 389<br>Ridgefield, CT 06877 | Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>amiller@cdmlaw.com | #74<br>9/13/23<br>**Ridgefield Capital Asset Management** | $2,182,751.53 | #79<br>9/13/23 | $2,182,751.53 | | |
| Rieta May Dufurrena<br>820 CR 133 **$134,960.07**<br>Gainesville, TX 76240 | Kenneth R. Netardus<br>Stockton Johnston Brown & Netardus, P.C.<br>PO Box 3280<br>1030 N. Western<br>Amarillo, TX 79116-3280<br>knetardus@sjblawfirm.com | #90<br>11/5/23 **Ed & Rieta Dufurrena** | $451,940.35 | #92<br>11/5/23 | $451,940.35 | | |
| Riley Livestock, Inc.<br>PO Box 663 **$694,059.28**<br>Mayfield, KY 42066 | Steven Hoard<br>Mullin, Hoard & Brown, L.L.P.<br>P.O. Box 31656<br>Amarillo, TX 79120-1656<br>shoard@mhba.com | #16<br>6/22/23 **Riley Livestock, Inc. attn: Mary Ann Hunter** | $694,059.28 | #13<br>6/22/23 | $694,059.28 | #14<br>6/22/23 | $694,059.28 |
| Robert & Rachel Stewart<br>1968 US Hwy 70 **$254,269.84**<br>East Brownsville, TN 38012 | John R. Lane, Jr.<br>John Lane & Associates<br>8526 N. Braunfels Avenue<br>San Antonio, TX 78217<br>johnlaneassociates@gmail.com | #22<br>8/10/23 **Robert Stewart & Rachel Conway Stewart** | $254,269.84 | #60<br>8/10/23 | $254,269.84 | #54<br>8/10/23 | $254,269.84 |

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| Robert Braun<br>12307 E. Co. Rd. 1160 N.<br>Evanston, IN47531 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #35<br>9/11/23 | $345,547.65 | #36<br>9/11/23 | $345,547.65 | #30<br>9/11/23 | $345,547.65 |
| Robert Ellis<br>7050 Old Schoolhouse Lane, Number Two<br>Easton, MD 21601    **$249,776.44** | Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>amiller@cdmlaw.com | #75<br>9/13/23 | $249,776.44 | #80<br>9/13/23 | $249,776.44 | | |
| Robert Gray<br>348500 E 3700 Rd.    **$260,225.00**<br>Ralston, OK 74650-5050 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #34<br>9/11/23 **Robert E. Gray** | $234,663.23 | #35<br>9/11/23 | $234,663.23 | #29<br>9/11/23 | $234,663.23 |
| Robert J. Spring<br>P.O. Box 2096    **$149,812.73**<br>Edmond, OK 73083 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #52<br>9/12/23 **Robert Spring** | $149,812.73 | #53<br>9/12/23 | $149,812.73 | #47<br>9/13/23 | $149,812.73 |
| Ronnie Gray<br>27 36th Street, Hwy. 18<br>Fairfax, OK 74637-5053    **$222,219.25** | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #28<br>9/11/23 | $200,450.00 | #28<br>9/11/23 | $200,450.00 | #23<br>9/11/23 | $200,450.00 |
| Scarlet & Black Cattle, LLC<br>Colton Long<br>5402 Walesa Ct.    **$3,707,039.52**<br>Amarillo, TX 79119 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #68<br>9/13/23 **Scarlet & Black Cattle, LLC** | $3,707,039.52 | #74<br>9/13/23 | $3,707,039.52 | #65<br>9/13/23 | $3,707,039.52 |
| Scott E. Stewart<br>3767 Montclair Drive    **$77,089.36**<br>Memphis, TN 38111 | Amber Miller<br>Crenshaw, Dupree & Milam, LLP<br>4411 98th Street, Suite 400<br>Lubbock, TX 79424<br>amiller@cdmlaw.com | #81<br>9/13/23 **Scott Stewart** | $77,089.36 | #86<br>9/13/23 | $77,089.36 | | |
| Scott Livestock Company<br>10150 Hwy. 47    **$5,059,256.37**<br>West Point, MS 39773 | John Massouh<br>Sprouse Shrader Smith, P.C.<br>Box 15008<br>Amarillo, TX 79101<br>John.massouh@sprouselaw.com | #55    9/13/23 **Scott Livestock Company, Inc.** | $252,689.84 | #56<br>9/13/23 | $252,689.84 | #50-2<br>9/13/23 | $252,689.84 |

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| Shaw & Shaw Farms Partnership LLC 11605 NW 140th St. **$120,911.37** Alachua, FL 32615 | Steven Hoard Mullin, Hoard & Brown, L.L.P. P.O. Box 31656 Amarillo, TX 79120-1656 shoard@mhba.com | #8 5/25/23 | $120,911.37 | #6 5/25/23 | $120,911.37 | #7 5/25/23 | $120,911.37 |
| Sherle Lockwood P.O. Box 180 Canyon, TX 79015 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #44 9/12/23 | $766,041.83 | #45 9/12/23 | $766,041.83 | #39 9/12/23 | $766,041.83 |
| Stan E. Ayers, Jr. 6200 Ross Rd. **$836,570.28** Rockford, OH 45882 | | | | | | | |
| Starnes Cattle Jeff Starnes 851 SW 6th Ave. **$30,006.43** Williston, FL 32696 | | | | | | | |
| Steve Ryan 4214 Topaz Cir. **$278,051.87** Yukon, OK 73099 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 | #53 9/13/23 | $251,609.07 | #54 9/13/23 | $251,609.07 | #48 9/12/23 | $251,609.07 |
| Steve T Scott Farms Inc. 10150 MS-47 West Point, MS 39773 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #58 9/13/23 | $4,806,566.53 | #59 9/13/23 | $4,806,566.53 | #53 9/13/23 | $4,806,566.53 |
| Susan & Colby VanBuskirk P.O. Box 778 **$601,206.21** Ringling, OK 73456 | John Massouh Sprouse Shrader Smith, P.C. Box 15008 Amarillo, TX 79101 John.massouh@sprouselaw.com | #84 9/13/23 **Colby Van Buskirk & Susan Van Buskirk** | $605,885.29 | #89 9/13/23 | $605,885.29 | #73 9/13/23 | $605,885.29 |
| Terry Burnett 210 Bethel Church Road **$194,489.97** Melber, KY 42069 | | | | | | | |
| TGF Ranch LLC Tom Frith **$1,159,266.05** 1585 E. M79 Hwy. Hastings, MI 49058 | | | | | | | |

| USDA CLAIMANT/ADDRESS | COUNSEL ADDRESS/EMAIL | POC FILED 23-20084 McClain Feed Yard, Inc. | POC AMOUNT 23-20084 McClain Feed Yard, Inc. | POC FILED 23-20085 McClain Farms, Inc. | POC AMOUNT 23-20085 McClain Farms, Inc. | POC FILED 23-20086 7M Cattle Feeders, Inc. | POC AMOUNT 23-20086 7M Cattle Feeders, Inc. |
|---|---|---|---|---|---|---|---|
| Thorlakson Diamond T Feeders, L.P. 2548 CR 15 Friona, TX 79035 **$9,997,067.88** | David LeBas Rachel Barr Naman, Howell, Smith & Lee, PLLC 8310 Capitol of Texas Highway Suite 490 Austin, TX 78731 dlebas@namanhowell.com | #64-2 Amended 9/13/23 | $9,997,068.00 | #68-2 Amended 9/13/23 | $9,997,068.00 | #62-2 Amended 9/13/23 | $9,997,068.00 |
| Tindal Truck Sales John Tindal 3484 State Route 45N Mayfield, KY 42066 **$647,866.68** | | | | | | | |
| Wildforest Cattle Company LLC 1206 Paris Rd. Mayfield, KY 42066 **$5,382,859.66** | | | | #24-2 Amended 9/11/23 | $5,382,859.66 | | |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust & Eddie Stewart c/o Kyle Weldon 201 Main Street, Suite 600 Fort Worth, TX 76102 **$2,176,356.36** | Kyle Weldon James D. Bradbury, LLC 201 Main Street, Suite 600 Fort Worth, TX 76102 kyle@bradburycounsel.com | #63 9/13/23 **W. Robbie Russell Living Trust and Eddie Stewart** | $2,176,357.46 | #67 9/13/23 | $2,176,357.46 | #60 9/13/23 | $2,176,357.46 |
| Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust c/o Kyle Weldon 201 Main Street, Suite 600 Fort Worth, TX 76102 **$1,500,713.12** | Kyle Weldon James D. Bradbury, LLC 201 Main Street, Suite 600 Fort Worth, TX 76102 kyle@bradburycounsel.com | #60 9/13/23 **W. Robbie Russell Living Trust** | $1,500,864.65 | #64 9/13/23 | $1,500,864.65 | #57 9/13/23 | $1,500,864.65 |
| William A. Weddington 3486 Hwy 70 East Brownsville, TN 38012 **$760,196.00** | | | | | | | |
| WJ Performance Horses Weston Raub 650 FM 163 Cleveland, TX 77327 **$643,660.37** | | | | | | | |
| **TOTAL AMOUNT OF CLAIMS:** | | | $101,744,804.55 | | $112,102,357.92 | | $95,471,374.54 |