



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 27, 2025**

**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,**[1] | § | **CASE NO. 23-20084-SWE-7** |
| | § | |
| | § | |
| Debtors. | § | **Jointly Administered** |

### ORDER GRANTING MOTION FOR APPROVAL OF EMPLOYMENT
### OF ACCOUNTING EXPERT FOR TRUSTEE

On this day came for consideration the Motion for Approval of Employment of Accounting

Expert for Trustee (the "Motion") filed by Kent Ries, Trustee ("Trustee"). The Court finds that

notice of the Motion was reasonable and sufficient under the circumstances. Based upon the

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. (Case No. 23-20086-swe).

**Page 1**

representations in the Motion, lack of objection, and prior record in this case, the Court finds that the Motion should be granted to the extent set forth herein.  IT IS THEREFORE

ORDERED that the Trustee's employment of Sibley, LLC pursuant to the engagement agreement attached to the Motion is approved.  IT IS FURTHER

ORDERED that this Order is without prejudice to whether Sibley, LLC constitutes a "professional person" for purposes of 11 U.S.C. § 327(a), provided however that any fees and expenses to be paid to Sibley, LLC shall remain subject to further Order of the Court.

# # # END OF ORDER # # #

Order submitted by:
Hudson M. Jobe
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE

United States Bankruptcy Court
Northern District of Texas

In re:                                                                                    Case No. 23-20084-swe
McClain Feed Yard, Inc.                                                                   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-2                          User: admin                              Page 1 of 22
Date Rcvd: Jun 27, 2025                       Form ID: pdf012                           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

**Recip ID                 Recipient Name and Address**
acc              +    Sibley, LLC, 400 N St Paul Suite 600, Dallas, TX 75201-6805

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2025                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:

**Name                        Email Address**

Aaron Michael Kaufman
                              on behalf of Defendant Community Financial Services Bank akaufman@grayreed.com  mfowlkes@grayreed.com

Aaron Michael Kaufman
                              on behalf of Interested Party Community Financial Services Bank akaufman@grayreed.com  mfowlkes@grayreed.com

Abel Angel Leal
                              on behalf of Plaintiff Sherle Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                              on behalf of Plaintiff Miranda Evans abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                              on behalf of Creditor Gray Brothers abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
                              on behalf of Plaintiff Jimmy Greer abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Dustin Johnson abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Robert Braun abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Gary Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Dora Blackman abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Morrison Cafe  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Lesh Family Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Colby Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Robert Spring abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Buss Family Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Robert E Gray abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jared Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Janet Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Jordan Lesh  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Eddie Bryant abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Joel Brookshire abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Steve T Scott Farm  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff AJ Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Dennis Buss abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Ronnie Gray abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Defendant A.J. Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Charles Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Janice Lawhon abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Michael Evans abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Morrison Cafe LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Gungoll Cattle LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Arnold Braun Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Douglas Finley abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Steve T Scott Farm Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Miranda Evans abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Dora Blackman abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Scarlet and Black Cattle LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Douglas Finley abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Gene Brookshire Family LP abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Steve Ryan abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Scott Livestock Company Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Gene Brookshire Family LP abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Craig Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Robert E Gray abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jordan Lesh LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Steve Ryan abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Susan Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Bryan Blackman abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Nikki Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Dennis Buss abel@ssbtxlaw.com abel@leal.law

District/off: 0539-2 User: admin Page 4 of 22
Date Rcvd: Jun 27, 2025 Form ID: pdf012 Total Noticed: 1

Abel Angel Leal

on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Leah Gungoll abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Gary Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Jan Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jan Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Robert Braun abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jim Rininger abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Jim Rininger abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Cole Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Scarlet and Black Cattle LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Lyndal Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Amy Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Jared Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Robert Spring abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Amy Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Gray Brothers abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Gungoll Cattle LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Craig Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Scott Livestock Company Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Michael Evans abel@ssbtxlaw.com abel@leal.law

Alan Dabdoub

on behalf of Plaintiff KENT RIES CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED

District/off: 0539-2            User: admin            Page 5 of 22

Date Rcvd: Jun 27, 2025            Form ID: pdf012            Total Noticed: 1

YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. adabdoub@lynnllp.com,
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub

on behalf of Trustee Kent Ries (Trustee) adabdoub@lynnllp.com
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub

on behalf of Trustee Kent David Ries adabdoub@lynnllp.com
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub

on behalf of Plaintiff Kent Ries adabdoub@lynnllp.com  kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub

on behalf of U.S. Trustee United States Trustee adabdoub@lynnllp.com
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Amber Miller

on behalf of Creditor Barry Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor W. Robbie Russell Living Trust amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Priest Cattle Company  Ltd. amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Creditor Scott Stewart amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Creditor Robert Ellis amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Ridgefeld Capital Asset Management  LP amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Drew Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Creditor Andrew Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Carraway Cattle  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Creditor Ridgefield Capital Group  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Wiley Roby Russell Russell  Jr. amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Robert Ellis amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Eddie Stewart amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Barry Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Big Seven Capital Partners  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Priest Victory Investment  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Creditor Big Seven Capital Partners  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller

on behalf of Creditor Richard Carraway amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller

on behalf of Intervenor Richard Carraway amiller@cdmlaw.com  sboggs@cdmlaw.com

Austin C Nate

on behalf of Creditor Rabo AgriFinance  LLC anate@rqn.com, arollins@rqn.com;docket@rqn.com

Buffey E. Klein

on behalf of 3rd Pty Defendant Mechanics Bank buffey.klein@huschblackwell.com
Tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;penny.keller@huschblackwell.com

Buffey E. Klein

on behalf of Creditor Mechanics Bank buffey.klein@huschblackwell.com
Tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;penny.keller@huschblackwell.com

Buffey E. Klein

on behalf of Defendant Mechanics Bank buffey.klein@huschblackwell.com
Tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;penny.keller@huschblackwell.com

Charity S Bird

on behalf of Defendant Meagan Goad cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charity S Bird

on behalf of Interested Party Kinsey Moreland cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charity S Bird

on behalf of Interested Party Meagan B. Goad cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charles Dunham Biles

on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust dunham@bileswilson.com,
jeremy@bileswilson.com,julia@bileswilson.com,kendra@bileswilson.com,jasmine@bileswilson.com

Dallas Flick

on behalf of Defendant Shawn Ragland dflick@cwl.law

Daniel P. Callahan

on behalf of Creditor Northland Capital Financial Services  LLC dpc@kesslercollins.com, gld@kesslercollins.com

David Weitman

on behalf of Interested Party David Weitman david.weitman@klgates.com

David Weitman

on behalf of Interested Party Consolidated Feeders LLC david.weitman@klgates.com

David G. Adams

on behalf of Creditor U.S. Department of Agriculture david.g.adams@usdoj.gov
southwestern.taxcivil@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

David L. LeBas

on behalf of Defendant Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas

on behalf of Creditor AgTexas Farm Credit Services AgTexas  PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas

on behalf of Plaintiff AgTexas  PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas

on behalf of Creditor Keeling Cattle Feeders Inc. dlebas@namanhowell.com  jaucoin@namanhowell.com

David L. LeBas

on behalf of Plaintiff AgTexas PCA dlebas@namanhowell.com  jaucoin@namanhowell.com

David L. LeBas

on behalf of Plaintiff Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas

on behalf of Plaintiff AGTexas Farm Credit Services dlebas@namanhowell.com  jaucoin@namanhowell.com

David L. LeBas

on behalf of Creditor Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas

on behalf of Creditor AgTexas  PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

David L. LeBas

on behalf of Creditor Thorlackson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

Dawn Whalen Theiss

on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov
brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dawn Whalen Theiss

on behalf of Interested Party mp U.S. Department of Agriculture dawn.theiss@usdoj.gov
brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

Dylan Tanner Franklin Ross

on behalf of Creditor MAP Enterprises  Inc. dylan.ross@reedsmith.com,
ddegree@reedsmith.com;gsaenz@reedsmith.com;DocketingECF@ReedSmith.com

Farsheed Fozouni

on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED

District/off: 0539-2                                    User: admin                                    Page 7 of 22
Date Rcvd: Jun 27, 2025                        Form ID: pdf012                          Total Noticed: 1

YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. ffozouni@lynnllp.com

Harrison Pavlasek

    on behalf of Creditor MAP Enterprises  Inc. harrison.pavlasek@kellyhart.com

Hudson M. Jobe

    on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
    YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. hjobe@jobelawpllc.com,
    cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Attorney Jobe Law PLLC hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Trustee Kent David Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Trustee Kent Ries (Trustee) hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Spec. Counsel Quilling  Selander, Lownds, Winslett & Moser, P.C. hjobe@jobelawpllc.com,
    cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Plaintiff Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Defendant Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Hudson M. Jobe

    on behalf of Trustee Kent Ries hjobe@jobelawpllc.com  cswoveland@jobelawpllc.com

Jamie Kirk

    on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov,
    sherri.simpson@oag.texas.gov

Jeff P. Prostok

    on behalf of Creditor MAP Enterprises  Inc. jeff.prostok@vhh.law,
    jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
    cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Gray Brothers Cattle john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Robert Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

District/off: 0539-2                        User: admin                        Page 8 of 22
Date Rcvd: Jun 27, 2025                     Form ID: pdf012                     Total Noticed: 1

John F. Massouh

    on behalf of Defendant Lyndal VanBuskirk john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Gungoll Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Scott Livestock Company Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Ronnie Gray john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Robert Braun john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Scarlet & Black Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Gray Brothers john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Gene Brookshire Family LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Arnold Braun Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Jared Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Gungoll Cattle LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Jim Rininger john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Craig Sutton john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Bradley Gungoll john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Janice Lawhon john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Dustin Johnson john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Morrison Cafe LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Michael Evans john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Steve T Scott Farm Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Gray Brothers john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Cole Lockwood john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

District/off: 0539-2                                    User: admin                                    Page 9 of 22
Date Rcvd: Jun 27, 2025                                Form ID: pdf012                               Total Noticed: 1

John F. Massouh

    on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

District/off: 0539-2                          User: admin                              Page 10 of 22
Date Rcvd: Jun 27, 2025                       Form ID: pdf012                          Total Noticed: 1

John F. Massouh

    on behalf of Defendant Joel Brookshire john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Janet VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Scott Livestock Company john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Robert J. Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Colton Long john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Colby VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Edwin D. Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Steve T Scott Farms  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Susan VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant A.J. Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Arnold Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John H. Lovell

on behalf of Plaintiff HTLF Bank  Successor-in-Interest to First Bank & Trust john@lovell-law.net,
tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

on behalf of Debtor McClain Feed Yard  Inc. john@lovell-law.net,
tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

on behalf of Creditor Cory Jesko john@lovell-law.net  tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

on behalf of Creditor Lone Star Bank of West Texas john@lovell-law.net
tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust john@lovell-law.net,
tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

|  |  |
|---|---|
|  | on behalf of Defendant HTLF Bank john@lovell-law.net tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net |
| John R. Lane, Jr. | on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com |
| John Robert Nelson | on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com mdallaire@dickinsonwright.com |
| Joseph H Mattingly | on behalf of Defendant Don Ralph Barrett joe@mattinglylawoffices.com |
| Joseph H Mattingly | on behalf of Defendant Barrett's Livestock Inc. joe@mattinglylawoffices.com |
| Joseph H Mattingly | on behalf of Defendant Michael Acey joe@mattinglylawoffices.com |
| Joseph H Mattingly | on behalf of Defendant Acey Livestock LLC joe@mattinglylawoffices.com |
| Joshua D. Kundert | on behalf of Plaintiff Janet Van Buskirk josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Plaintiff Jordan Lesh LLC josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Intervenor-Plaintiff Jimmy Greer josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Intervenor-Plaintiff Lesh Family Trust josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Plaintiff Gary Lesh josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Intervenor-Plaintiff Robert Spring josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Plaintiff Miranda Evans josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Plaintiff Susan Van Buskirk josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Plaintiff Lyndal Van Buskirk josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Plaintiff Craig Sutton josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Defendant Colette Lesh josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Plaintiff Scarlet and Black Cattle LLC josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Plaintiff Cole Lockwood josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Defendant Jared Lesh josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Intervenor-Plaintiff Sherle Lockwood josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Defendant Morrison Cafe LLC josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Intervenor-Plaintiff Jared Lesh josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Intervenor-Plaintiff Craig Sutton josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Plaintiff Amy Sutton josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Defendant Dora Blackman josh.kundert@sprouselaw.com |
| Joshua D. Kundert | on behalf of Plaintiff Jan Lesh josh.kundert@sprouselaw.com |

District/off: 0539-2                                    User: admin                                    Page 15 of 22
Date Rcvd: Jun 27, 2025                                Form ID: pdf012                                Total Noticed: 1

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Michael Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Robert E Gray josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Dustin Johnson josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Lesh Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Dennis Buss josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Douglas Finley josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff AJ Jacques Living Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Sherle Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Bryan Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Nikki Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Lesh Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Amy Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gray Brothers josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Sherle Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Dennis Buss josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Arnold Braun Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Steve T Scott Farm  Inc. josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Robert E Gray josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Janice Lawhon josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Robert Braun josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Steve T Scott Farm  Inc. josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Dora Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Charles Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Cole Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Leah Gungoll josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jan Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant A.J. Jacques Living Trust josh.kundert@sprouselaw.com

District/off: 0539-2                                  User: admin                                  Page 16 of 22
Date Rcvd: Jun 27, 2025                              Form ID: pdf012                              Total Noticed: 1

Joshua D. Kundert

on behalf of Plaintiff Colby Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Dustin Johnson josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Eddie Bryant josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Miranda Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Arnold Braun Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Dora Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Buss Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Susan VanBuskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Joel Brookshire josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jordan Lesh  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Dennis Buss josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Bradley Gungoll josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Nikki Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Charles Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Gary Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Gray Brothers josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Jared Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Eddie Bryant josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Janet VanBuskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Leah Gungoll josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Buss Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Eddie Bryant josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Charles Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Scott Livestock Company  Inc. josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Nikki Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Douglas Finley josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Colby Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Lyndal Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Jan Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Jimmy Greer josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Arnold Braun josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Amy Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Jim Rininger josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Steve Ryan josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Morrison Cafe  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Scott Livestock Company  Inc. josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Leah Gungoll josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Colby VanBuskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Robert Braun josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Douglas Finley josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jim Rininger josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Ronnie Gray josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Morrison Cafe  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Susan Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff AJ Jacques Living Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Robert Braun josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Cole Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Michael Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Edwin D. Buss josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gary Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Joel Brookshire josh.kundert@sprouselaw.com

District/off: 0539-2                                    User: admin                                    Page 18 of 22
Date Rcvd: Jun 27, 2025                              Form ID: pdf012                              Total Noticed: 1

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Ronnie Gray josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Janet Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Defendant Scarlet & Black Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Janice Lawhon josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Joel Brookshire josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Defendant Craig Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Buss Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Bryan Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Steve Ryan josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Intervenor-Plaintiff Scarlet and Black Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Defendant Bryan Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Defendant Dustin Johnson josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Defendant Janice Lawhon josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Michael Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Plaintiff Robert Spring josh.kundert@sprouselaw.com

Joshua D. Kundert

    on behalf of Defendant Lyndal VanBuskirk josh.kundert@sprouselaw.com

Keith James Larson

    on behalf of Interested Party Community Financial Services Bank kjl@mpmfirm.com

Kenneth A. Hill

    on behalf of Trustee Kent David Ries kenhill@qslwm.com  dcruz@qslwm.com

Kenneth A. Hill

    on behalf of Spec. Counsel Quilling  Selander, Lownds, Winslett & Moser, P.C. kenhill@qslwm.com, dcruz@qslwm.com

Kenneth R. Netardus

    on behalf of Creditor Open A Arena  LLC knetardus@sjblawfirm.com, rmcmurry@sjblawfirm.com

Kenneth R. Netardus

    on behalf of Creditor Edward Lewis Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com

Kenneth R. Netardus

    on behalf of Creditor Rieta May Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com

Kent David Ries

    on behalf of Defendant Kent Ries kent@kentries.com

Kent David Ries

    on behalf of Trustee Kent Ries kent@kentries.com

Kent David Ries

    on behalf of Interested Party Law Office of Kent Ries kent@kentries.com

Kent David Ries

    on behalf of Trustee Kent David Ries trustee@kentries.com  TX41@ecfcbis.com

Kent David Ries

    trustee@kentries.com  TX41@ecfcbis.com

Kerry L. Haliburton

    on behalf of Creditor AgTexas Farm Credit Services  AgTexas, PCA, and Thorlakson Diamond T Feeders, LP

haliburton@namanhowell.com, karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Kerry L. Haliburton

on behalf of Creditor Keeling Cattle Feeders Inc. haliburton@namanhowell.com
karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Kyle Weldon

on behalf of Creditor Robbie Russell kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon

on behalf of Intervenor Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon

on behalf of Intervenor W. Robbie Russell Living Trust kyle@bradburycounsel.com

Kyle Weldon

on behalf of Intervenor Priest Victory Investment  LLC kyle@bradburycounsel.com

Kyle Weldon

on behalf of Intervenor Priest Cattle Company  Ltd. kyle@bradburycounsel.com

Kyle Weldon

on behalf of Intervenor Wiley Roby Russell Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor Priest Victory Investment LLC kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor Wiley Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor Wiley Roby Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon

on behalf of Creditor Priest Cattle Company  Ltd. kyle@bradburycounsel.com

Lynn Hamilton Butler

on behalf of Defendant Mechanics Bank lynn.butler@huschblackwell.com
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Marcus Herbert

on behalf of Interested Party Crystal McClain herbertlaw@vci.net  marcus.herbertbk@gmail.com

Marcus Herbert

on behalf of Interested Party Piper Olivia Mcclain herbertlaw@vci.net  marcus.herbertbk@gmail.com

Marcus Herbert

on behalf of Interested Party Kristain McClain herbertlaw@vci.net  marcus.herbertbk@gmail.com

Matthew M. Cannon

on behalf of Plaintiff Rabo AgriFinance LLC mcannon@rqn.com  lbeidoun@rqn.com;docket@rqn.com

Matthew M. Cannon

on behalf of Defendant Rabo AgriFinance  LLC mcannon@rqn.com, lbeidoun@rqn.com;docket@rqn.com

Matthew S Merriott

on behalf of Cross Defendant First Bank & Trust mmerriott@mhba.com  lsteen@mhba.com

Matthew S Merriott

on behalf of Defendant HTLF Bank  Successor-in-Interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S Merriott

on behalf of Defendant HTLF Bank mmerriott@mhba.com  lsteen@mhba.com

Matthew S Merriott

on behalf of Plaintiff HTLF Bank  Successor-in-Interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S Merriott

on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S. Muckleroy

on behalf of Defendant Shawn Ragland mmuckleroy@cwl.law  paralegal2@cwl.law

Max Ralph Tarbox

on behalf of Debtor McClain Feed Yard  Inc. jessica@tarboxlaw.com,
tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

District/off: 0539-2                         User: admin                              Page 20 of 22
Date Rcvd: Jun 27, 2025                       Form ID: pdf012                          Total Noticed: 1

Max Ralph Tarbox

     on behalf of Debtor McClain Farms Inc. jessica@tarboxlaw.com,
tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox

     on behalf of Debtor 7M Cattle Feeders Inc. jessica@tarboxlaw.com,
tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Michael R. Johnson

     on behalf of Defendant Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson

     on behalf of 3rd Pty Defendant Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson

     on behalf of Cross-Claimant Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson

     on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com asanchez@rqn.com;docket@rqn.com

Michael R. Johnson

     on behalf of Creditor Rabo AgriFinance LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael S Duncan

     on behalf of Plaintiff Thorlakson Diamond T Feeders LP mduncan@namanhowell.com

Michael S Duncan

     on behalf of Plaintiff AGTexas Farm Credit Services mduncan@namanhowell.com

Michael S Duncan

     on behalf of Plaintiff AgTexas PCA mduncan@namanhowell.com

Michelle D. Esparza, I

     on behalf of Creditor Caterpillar Financial Services Corporation michelle.esparza@kempsmith.com
Chelsea.Salgado@kempsmith.com

Nathaniel Anson Plemons

     on behalf of Trustee Kent David Ries Nathaniel.Plemons@oag.texas.gov mgonzalez@lynnllp.com

Nathaniel Anson Plemons

     on behalf of Plaintiff KENT RIES CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. Nathaniel.Plemons@oag.texas.gov,
mgonzalez@lynnllp.com

Nicole E. Gorovsky

     on behalf of Creditor Northland Capital Financial Services LLC ngorovsky@jenkinskling.com, cwoods@jenkinskling.com

Peter Sode

     on behalf of Plaintiff KENT RIES CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. csode@lynnllp.com, mspear@lynnllp.com

Rachel E Barr

     on behalf of Creditor AgTexas PCA rbarr@namanhowell.com

Rachel E Barr

     on behalf of Plaintiff Thorlakson Diamond T Feeders LP rbarr@namanhowell.com

Rachel E Barr

     on behalf of Plaintiff AGTexas Farm Credit Services rbarr@namanhowell.com

Rachel E Barr

     on behalf of Defendant Thorlakson Diamond T Feeders LP rbarr@namanhowell.com

Rachel E Barr

     on behalf of Plaintiff AgTexas PCA rbarr@namanhowell.com

Richard A. Illmer

     on behalf of 3rd Pty Defendant Mechanics Bank rick.illmer@huschblackwell.com
karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com

Richard A. Illmer

     on behalf of Defendant Mechanics Bank rick.illmer@huschblackwell.com
karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com

Shawn Kevin Brady

     on behalf of Creditor Citizens Bank NA sgodwin@brady-law-firm.com sbrady@brady-law-firm.com

Stephen Barnes

     on behalf of Interested Party Chelsea McClain sbarnes@wgmfirm.com

Stephen Barnes

     on behalf of Defendant CHELSEA MCCLAIN sbarnes@wgmfirm.com

Steven G Gersten

on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. sgersten@lynnllp.com, sjohnston@lynnllp.com

Steven G Gersten

on behalf of Plaintiff Kent Ries sgersten@lynnllp.com  sjohnston@lynnllp.com

Steven Lee Hoard

on behalf of Creditor Hines Cattle Company  LLC shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Don Jones Farm  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Shaw & Shaw Farms Partnership LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Don Jones Trucking  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Riley Livestock  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Hines Cattle Company  LLC shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Curtis Jones Farms shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Don Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Hines Farms  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Curtis Jones Farms shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Curtis Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Don Jones Farms  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Steven Hines shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Riley Livestock  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Shaw & Shaw Farms Partnership LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Bar D Ranch Land & Cattle LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Don Jones Trucking  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Bar D Ranch Land & Cattle LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant N. Terry Dicks shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor David Hines shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Hines Farms shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

District/off: 0539-2
Date Rcvd: Jun 27, 2025

User: admin

Form ID: pdf012

Page 22 of 22

Total Noticed: 1

Steven Lee Hoard
on behalf of Defendant Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Defendant Hines Farms  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
on behalf of Creditor Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Thomas C. Riney
on behalf of Plaintiff Rabo AgriFinance LLC tom.riney@uwlaw.com hhendricks@rineymayfield.com;rduke@rineymayfield.com;jschulte@rineymayfield.com;colguin@rineymayfield.com;dfields@rineymayfield.com

Todd Farmer
on behalf of Interested Party Kinsey Moreland todd@farmerwright.com  stephanie@sfk-law.com

Todd Farmer
on behalf of Defendant Meagan Goad todd@farmerwright.com  stephanie@sfk-law.com

Todd Farmer
on behalf of Interested Party Meagan B. Goad todd@farmerwright.com  stephanie@sfk-law.com

Todd Jeffrey Johnston
on behalf of Counter-Claimant 2B Farms tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Defendant Angie Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Creditor 2B Farms  a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Defendant 2B Farms  a General Texas Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Counter-Claimant Rebecca Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of 3rd Party Plaintiff Rebecca Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of 3rd Party Plaintiff 2B Farms  a General Texas Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of Counter-Claimant Terry Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
on behalf of 3rd Party Plaintiff Terry Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Whitney A Davis
on behalf of Creditor Philip E Rapp whit@ekdlaw.com

William Adam Franklin
on behalf of Interested Party Kinsey Moreland bfranklin@bdflawfirm.com

William Adam Franklin
on behalf of Interested Party Chelsea McClain bfranklin@bdflawfirm.com

William Adam Franklin
on behalf of Interested Party Meagan B. Goad bfranklin@bdflawfirm.com

William Adam Franklin
on behalf of Defendant CHELSEA MCCLAIN bfranklin@bdflawfirm.com

William Heath Hendricks
on behalf of Creditor Rabo AgriFinance  LLC heath.hendricks@uwlaw.com, roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

William Heath Hendricks
on behalf of Plaintiff Rabo AgriFinance LLC heath.hendricks@uwlaw.com roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

TOTAL: 569