# IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF TEXAS AMARILLO DIVISION

| | |
|---|---|
| IN RE:<br><br>McCLAIN FEED YARD, INC., McCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC.,<br><br>Debtors. | Case No. 23-20084-swe7<br><br>Jointly Administered |

## AGREED STIPULATION REGARDING THE ORDER GRANTING THE TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE AND SETTLEMENT WITH CARR, RIGGS & INGRAM, L.L.C. AND CRI ADVISORS, LLC [DKT. 349]

TO THE HONORABLE JUDGE EVERETT:

Plaintiffs AgTexas Farm Credit Services, AgTexas PCA, and Thorlakson Diamond T. Feeders, LP and Intervenor-Plaintiffs[1] (collectively "Plaintiffs") and Kent Ries, Trustee ("Trustee") by and through their respective attorneys, hereby enter into this Stipulation regarding the Order Granting the Trustee's Motion for Approval of Compromise and Settlement with Carr, Riggs & Ingram, L.L.C. and CRI Advisors, LLC (Dkt. 349), entered on June 2, 2025 (the "CRI Settlement Order").

In support hereof, Plaintiffs and the Trustee stipulate and agree as follows:

---

[1] The Intervenor-Plaintiffs are Dennis Buss, Buss Family Trust, Eddie Bryant, Robert E Gray, Ronnie Gray, Gray Brothers, Craig Sutton, Amy Sutton, Steve Ryan, Janice Lawhon, AJ Jacques Living Trust, Gungoll Cattle, LLC, Leah Gungoll, Morrison Cafe, LLC, Gary Lesh, Jan Lesh, Lesh Family Trust, Jared Lesh, Jordan Lesh, LLC, Joel Brookshire, Gene Brookshire Family, LP, Douglas Finley, Scarlet and Black Cattle, LLC, Bryan Blackman, Steve T Scott Farm, Inc., Scott Livestock Company, Inc., Arnold Braun Trust, Robert Braun, Jim Rininger, Robert Spring, Michael Evans, Miranda Evans, Charles Lockwood, Cole Lockwood, Sherle Lockwood, Nikki Lockwood, Lyndal Van Buskirk, Janet Van Buskirk, Colby Van Buskirk, Susan Van Buskirk, Jimmy Greer, Dustin Johnson, Dora Blackman, Ridgefield Capital Asset Management, LP, Robert Ellis, Carraway Cattle, LLC, Big Seven Capital Partners, LLC, Richard Carraway, Drew Phillips, Barry Phillips, Priest Cattle Company, Ltd, Priest Victory Investment, LLC, Wiley Roby Russell, Jr., Trustee of the W. Robbie Russell Living Trust, and Eddie Stewart.

1. The CRI Settlement Order does not affect the issue of ownership of claims that are the subject of the Trustee's Motion to Intervene and Motion to Enforce Automatic Stay (ECF No. 40) in Adversary No. 24-20007 and partially the subject of Motions to Dismiss (ECF Nos. 114, 119, 121, 127, 128, 131, 133, 153) in Adversary No. 24-20007.

2. The CRI Settlement Order does not alter or affect any party's contention that the Trustee owns or does not own claims which is the subject of the briefing in ECF No. 40 and the responses thereto in Adversary No. 24-20007, which contentions shall be determined by the Court. Each party reserves all positions and arguments regarding pending standing disputes in Adversary No. 24-2007, as set forth in ECF Nos. 40, 114, 119, 121, 127, 128, 131, 133 and 153 in Adversary No. 24-20007, other than claims against CRI.

3. Nothing in this Stipulation has any effect on the Estates' settlement with CRI, the CRI settlement payment to the Estates, or the Estates' ownership of those settlement funds. The CRI Settlement Order remains a final and enforceable order as to the issues addressed expressly therein.

DATED this 3rd day of July, 2025.

Respectfully submitted,

**NAMAN HOWELL SMITH & LEE PLLC**
David L. LeBas, SBN 12098600
dlebas@namanhowell.com
Michael S. Duncan, SBN 24097628
mduncan@namanhowell.com
8310 N. Capital of Texas Highway, Ste. 490
Austin, Texas 78731
Ph. (512) 479-0300; Fax (512) 474-1901

By: */s/ David L. LeBas*
    David L. LeBas

*ATTORNEYS FOR AGTEXAS FARM CREDIT SERVICES AGTEXAS, PCA AND THORLAKSON DIAMOND T FEEDERS, LP*

**AND**

**SPROUSE SHRADER SMITH PLLC**
John Massouh, SBN 24026866
John.massouh@sprouselaw.com
Josh Kundert, SBN 24143877
Josh.kundert@sprouselaw.com
701 S. Taylor, Suite 500
P.O. Box 15008
Amarillo, Texas 79105-5008
(806) 468-3300; (806) 373-3454 FAX

--and--

**LEAL LAW FIRM, LLC**
Abel A. Leal, SBN 24026989
abel@leal.law
14180 N. Dallas Parkway, Suite 300
Dallas, Texas 75254
(214) 395-5325

By: */s/ John Massouh*
      John Massouh

*ATTORNEYS FOR DENNIS BUSS, BUSS FAMILY TRUST, EDDIE BRYANT, ROBERT E. GRAY, RONNIE GRAY, GRAY BROTHERS, CRAIG SUTTON, AMY SUTTON, STEVE RYAN, JANICE LAWHON, AJ JACQUES LIVING TRUST, GUNGOLL CATTLE, LLC, LEAH GUNGOLL, MORRISON CAFÉ, LLC, GARY LESH, JAN LESH, LESH FAMILY TRUST, JARED LESH, JORDAN LESH, LLC, JOEL BROOKSHIRE, GENE BROOKSHIRE FAMILY, LP, DOUGLAS FINLEY, SCARLET AND BLACK CATTLE, LLC, BRYAN BLACKMAN, STEVE T SCOTT FARM, INC., SCOTT LIVESTOCK COMPANY, INC., ARNOLD BRAUN TRUST, ROBERT BRAUN, JIM RININGER, ROBERT SPRING, MICHAEL EVANS, MIRANDA EVANS, CHARLES LOCKWOOD, COLE LOCKWOOD, SHERLE LOCKWOOD, NIKKI LOCKWOOD, LYNDAL VAN BUSKIRK,*

3

*JANET VAN BUSKIRK, COLBY VAN BUSKIRK, SUSAN VAN BUSKIRK, JIMMY GREER, DUSTIN JOHNSON AND DORA BLACKMAN*

**AND**

**CRENSHAW, DUPREE & MILAM, L.L.P.**
Amber S. Miller, SBN 24050320
amiller@cdmlaw.com
4411 98th Street, Suite 400
Lubbock TX 79424
(806) 762-5281
(806) 762-3510 (fax)

By: */s/ Amber S. Miller*
 Amber S. Miller

*ATTORNEY FOR RIDGEFIELD CAPITAL GROUP, DREW PHILLIPS, CARRAWAY CATTLE, ROBERT ELLIS, BARRY PHILLIPS, BIG SEVEN CAPITAL PARTNERS, RICHARD CARRAWAY*

**AND**

**JAMES D. BRADBURY, PLLC**
James D. Bradbury, SBN 02814500
jim@bradburycounsel.com
Kyle K. Weldon, SBN 24097192
kyle@bradburycounsel.com
201 Main Street, Suite 600
Fort Worth, Texas 76102
Telephone: 817-339-1105
Fax: 817-886-3495

By: */s/ James D. Bradbury*
 James D. Bradbury

*ATTORNEYS FOR PRIEST CATTLE COMPANY, LTD, PRIEST VICTORY INVESTMENT LLC, W. ROBBIE RUSSELL LIVING TRUST, AND EDDIE STEWART*

**AND**

Hudson M. Jobe
Texas Bar No. 24041189
**JOBE LAW PLLC**

4

6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

**And**

Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:   214-981-3800
Facsimile:   214-981-3839

By: */s/ Alan Dabdoub*
         Alan Dabdoub

*SPECIAL COUNSEL TO THE TRUSTEE*

### CERTIFICATE OF SERVICE

I hereby certify that on July 3rd, 2025, the foregoing document was filed with the Clerk of the Court in the foregoing case using the CM/ECF system, which sent notice of electronic filing to all electronic filing users in this case.

*/s/ David L. LeBas*
   David L. LeBas