

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed July 7, 2025

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MCCLAIN FEED YARD, INC., et al., | § § | CASE NO. 23-20084-SWE-7 |
| Debtors. | § § | Jointly Administered |

### ORDER GRANTING APPLICATION FOR ALLOWANCE OF CONTINGENCY FEE ON SETTLEMENT WITH CARR, RIGGS & INGRAM, L.L.C. OF LYNN PINKER HURST & SCHWEGMANN, LLP AND JOBE LAW PLLC, SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE

On this day came for consideration the Application for Allowance of Contingency Fee on Settlement with Carr, Riggs & Ingram, L.L.C. (the "Application") filed by Lynn Pinker Hurst & Schwegmann ("Lynn Pinker") and Jobe Law PLLC ("Jobe Law"), special counsel to Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy cases. Finding that service and notice of the Application was sufficient and appropriate and, having considered the Application and the record in these bankruptcy cases, it is hereby:

ORDERED that the Application is APPROVED; it is further

ORDERED that the $1,526,000.00 total contingency fee (with $915,600 to Lynn Pinker and $610,400 to Jobe Law) from the CRI Settlement Payment (as that term is defined in the Application) is approved and allowed; it is further

ORDERED that the Trustee is authorized and directed to pay the amount of $915,600 to Lynn Pinker and $610,400 to Jobe Law from the CRI Settlement Payment.

### # # #  END OF ORDER  # # #

Order submitted by:

Hudson M. Jobe
State Bar No. 24041189
hjobe@jobelawpllc.com
**Jobe Law PLLC**
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
Telephone: (214) 807-0563

**SPECIAL COUNSEL FOR THE TRUSTEE**