## INVICE

**Delphi Legal Technologies**
PO Box 133026
Dallas, TX 75313

bdbray@delphilegal.com
+1 (214) 969-6844
www.delphilegal.com



**Bill to**
Jobe Law PLLC
6060 N Central Expy
Dallas, TX 75206-5249 USA

**Ship to**
Jobe Law PLLC
6060 N Central Expy
Dallas, TX 75206-5249 USA

**Invoice details**
Invoice no.: 2508-503
Terms: Net 30
Invoice date: 08/11/2025
Due date: 09/10/2025

REF/CM/CASE: McClain
DELPHI CONTACT: Barry Bray
CLIENT CONTACT: Hudson Jobe

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | | *Re: McClain Mailing | | | |
| 2. | | **Printing** | Document Printing - Black & White | 10216 | $0.10 | $1,021.60 |
| 3. | | **Shipping** | Shipping - First Priority First Class | 1 | $827.84 | $827.84 |
| 4. | | **Case Management** | Case Management - Applying corresponding mailing address and return address, delivering to post office and certifying each envelope | 3.5 | $150.00 | $525.00 |
| 5. | | | *Reqested 8/7/25 | | | |

**Ways to pay**



Thank you for your business! We accept checks, ACH as well as credit cards. Tax ID#26-3612582

| | |
|---|---|
| Subtotal | $2,374.44 |
| Sales tax | $127.59 |
| **Total** | **$2,502.03** |

### Note to customer
PLEASE SEND ALL PAYMENTS TO:
P.O. Box 133026
Dallas, TX 75313-3026

View and pay