# INVOICE



Delphi Legal Technologies
PO Box 133026
Dallas, TX 75313

bdbray@delphilegal.com
+1 (214) 969-6844
www.delphilegal.com

**Bill to**
Jobe Law PLLC
6060 N Central Expy
Dallas, TX 75206-5249 USA

**Ship to**
Jobe Law PLLC
6060 N Central Expy
Dallas, TX 75206-5249 USA

**Invoice details**
Invoice no.: 2508-504
Terms: Net 30
Invoice date: 08/20/2025
Due date: 09/19/2025

REF/CM/CASE: McClain
DELPHI CONTACT: Barry Bray
CLIENT CONTACT: Hudson Jobe

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|-------------------|-------------|-----|------|--------|
| 1. | | | *Re: Additional McClain Mailing | | | |
| 2. | | **Printing** | Document Printing - Black & White | 864 | $0.10 | $86.40 |
| 3. | | **Shipping** | Shipping - First Priority First Class | 1 | $60.24 | $60.24 |
| 4. | | **Case Management** | Case Management - 2 Hours - Applying corresponding mailing address and return address, delivering to post office and certifying each envelope | 2 | $150.00 | $300.00 |
| 5. | | | *Requested 8/7/25 | | | |

|  |  |
|---|---|
| Subtotal | $446.64 |
| Sales tax | $31.88 |
| **Total** | **$478.52** |

**Ways to pay**

VISA  Mastercard  Discover  AMEX  BANK

Thank you for your business! We accept checks, ACH as well as credit cards. Tax ID#26-3612582

**Note to customer**
PLEASE SEND ALL PAYMENTS TO:
P.O. Box 133026
Dallas, TX 75313-3026