IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-swe7 |
| | § | |
| Debtors. | § | Jointly Administered |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE**
**PAYMENT OF SERVICE EXPENSES**

On this day came for consideration the Motion to Approve Payment of Service Expenses (the "Motion") filed by Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy cases (the "Bankruptcy Cases") seeking authority to pay the service fees of $2,980.55 for the service of the summons issued in Adversary Proceeding #: 25-02003-swe. The Court finds that notice of the Motion was reasonable and practical under the circumstances. Based upon the Motion, prior record in this case, arguments of counsel, and lack of objection, the Court finds that the Motion should be granted as set forth herein.

IT IS THEREFORE ORDERED that the Trustee is authorized to pay Delphi Legal

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-SWE), McClain Farms, Inc. (Case No. 23-20085-SWE), and 7M Cattle Feeders, Inc. (Case No. 23-20086-SWE).

Page 1

Technologies $2,980.55 for service fees in the Adversary Proceeding.

# # # END OF ORDER # # #

Order submitted by:

*/s/Hudson M. Jobe*
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE