Marcus H. Herbert
Attorney at Law
KY Bar #87617
IL Bar #6211376
416 South 5th Street
Paducah, KY 42002-2693
Telephone: (270) 443-0303
Email: marcus.herbertbk@gmail.com

*Attorney for Crystal McClain, Piper McClain and Kristin McClain*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| MCCLAIN FEED YARD, INC., et al.,[1] | ) | CASE NO. 23-20084-swe-7 |
| | ) | |
| Debtors. | ) | Jointly Administered |

| | | |
|---|---|---|
| KENT RIES, CHAPTER 7 TRUSTEE | ) | |
| FOR THE BANKRUPTCY ESTATE OF | ) | |
| MCCLAIN FEED YARD, INC., MCCLAIN | ) | |
| FARMS, INC., AND 7M CATTLE | ) | |
| FEEDERS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ADV. PROC. NO. 25-02003-swe |
| | ) | |
| CRYSTAL MCCLAIN, | ) | |
| PIPER MCCLAIN, | ) | |
| KRISTIN MCCLAIN et al., | ) | |
| | ) | |
| Defendants. | | |

**MOTION AND BRIEF TO WAIVE THE LOCAL COUNSEL REQUIREMENT
OF LOCAL RULE 2090-4**

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084), McClain Farms, Inc. (Case No. 23-20085), and 7M Cattle Feeders, Inc. (Case No. 23-20086).

NOW COMES Marcus H. Herbert, Attorney for Crystal McClain, Piper McClain and Kristin McClain, Defendants in Adversary Proceeding 25-02003, and requests that the Court waive the local counsel requirement for Pro Hac Vice admission. In furtherance hereof Movant states:

1. On June 12, 2023, the undersigned counsel filed a Request for Notice (Doc 54) in the underlying consolidated cases.

2. Since the filing of the Request for Notice, counsel has monitored the Jointly Administered cases via the ECF filing system, attending hearings conducted over WebEx, represented Crystal McClain during her July 15, 2024, Rule 2004 Examination in these cases, and has assisted Crystal McClain, Piper McClain and Kristin McClain in cooperating with the Trustee's initial discovery request and Rabo AgriFinance's document request.

3. Since June of 2023, the undersigned has contacted more than two dozen law firms and attorneys seeking local counsel and has not yet secured counsel that both does not have a conflict and is willing to assist in the capacity of co-counsel pursuant to an Application for Admission Pro Hac Vice.

4. The undersigned counsel for Movants, based on information sufficient to form a belief, believes it would be cost prohibitive to hire local counsel. The attorneys willing to consider acting as local counsel (that have not ruled it out on conflict of interest or other grounds) have indicated they would require substantial retainers and to bill against those at rates that exceed the undersigned's billing rate to these Defendants by 14.2% to 42.8%. Moreover, out of an abundance of caution they indicated they would feel compelled to review every pleading prepared relevant to

these Defendants whether that be filed by the Plaintiff or the undersigned Defendants' counsel, and to review the underlying statutes and case law in order to avoid Rule 11 sanctions for having their names affixed as co-counsel to any work prepared by Defendants' main counsel. So essentially, these Defendants would be forced to pay over double their present attorney's agreed upon rates.

5. It is now paramount that the undersigned enter his appearance on behalf of Crystal McClain, Piper McClain and Kristin McClain so that he may file pleadings in the associated Adversary Proceeding (case 25-02003).

6. On March 2, 2025, the Trustee filed his Adversary case number 25-2003 against numerous defendants. Among these defendants are the instant Movants, Crystal McClain and her two young adult daughters Kristin and Piper ("Defendants"). These Defendants were not served with the original Complaint.

7. On April 25, 2025, the Trustee filed his Amended Complaint and served Crystal McClain at her home by mail. It is disputed whether the Trustee properly served Kristin McClain and Piper McClain.

8. Counsel for the Trustee and these Defendants informally negotiated an agreement that if the undersigned would accept service of process for all three Defendants that the answer date would be extended to 60 days.

9. The undersigned contacted counsel for the Trustee, Attorney Hudson Jobe, on August 21, 2025, and informed him that he would accept service of process for the Defendants on that date.

10. Based on the agreement with the Trustee to extend the answer date to 60 days, the undersigned calculates the deadline to file a responsive pleading to be October 20, 2025, but does not have official confirmation of this fact.

11. With the answer date fast approaching it is imperative to be admitted Pro Hac Vice so an answer or responsive pleading may be filed.

12. Rule 2090-4(a) of the Local Bankruptcy Rules for the Northern District of Texas ("Local Rules") requires an attorney appearing in a case in the Northern District of Texas to retain local counsel if that attorney does not reside or maintain an office within 50 miles of the Northern District of Texas Federal District Bankruptcy Court.

13. Local Rule 2090-4(a) allows for attorneys to obtain leave from the Presiding Judge to proceed without local counsel.

14. The undersigned attorney, Marcus H. Herbert, is admitted to practice in the United States District Court, Western District of Kentucky and the United States Bankruptcy Court, Western District of Kentucky and is in good standing. See attached Certificate of Good Standing.

15. Should the Court require an in-person appearance, the undersigned is able to travel on short notice to the hearing location in Texas. Further, the ability to participate remotely at most hearings will allow Counsel to appear without the need for travel.

16. The undersigned believes he can provide the services required of local counsel.

17. The undersigned believes that good cause exists for a waiver of the Local Rule requirement.

18. A proposed order is attached.

WHEREFORE, the undersigned prays for an order waiving the local counsel requirement and granting the separately filed Motion for Admission Pro Hac Vice for these Jointly Administered cases and associated Adversary Proceeding.

Respectfully submitted,

Date: September 20, 2025

/s/ Marcus H. Herbert
MARCUS H. HERBERT

Marcus H. Herbert
Attorney at Law
KY Bar #87617
IL Bar #6211376
416 South 5th Street
Paducah, KY  42002-2693
(270) 443-0303
marcus.herbertbk@gmail.com

CERTIFICATE OF CONFERENCE

In accordance with L.B.R. 7007-1 Counsel for Defendants/Movants contacted Trustee Kent Ries and Hudson Jobe by email, provided them with a copy of this Motion and is presently unaware whether the Trustee will oppose this Motion.

/s/ Marcus H. Herbert
MARCUS H. HERBERT

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on the debtors, debtors' counsel, the United States Trustee, and, all parties that have appeared and requested notice via the Court's ECF system.

/s/ Marcus H. Herbert
MARCUS H. HERBERT

# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
(502) 564-3795
FAX (502) 564-3225
www.kybar.org

**OFFICERS**
W. Fletcher McMurry Schrock
President

Rhonda Jennings Blackburn
President-Elect

Todd V. McMurtry
Vice President

Amy D. Cubbage
Immediate Past President

Elizabeth A. Combs
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Allison I. Connelly
Matthew P. Cook
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Susan Montalvo-Gesser
Susan D. Phillips
James M. Ridings
Stephanie McGehee-Shacklette
James A. Sigler
Catherine D. Stavros
J. Tanner Watkins



*THIS IS TO CERTIFY THAT*

**MARCUS HAYES HERBERT**
*Marcus Herbert & Associates*
*416 South 5th Street*
*Paducah, Kentucky 42003*

*Membership No. 87617*

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 3rd day of April, 2024.*

*JOHN D. MEYERS*
*REGISTRAR*

By: *Michele Mogrotsky*
Michele M. Pogrotsky, Deputy Registrar