UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS, AMARILLO DIVISION

| | | | |
|---|---|---|---|
| In Re: | § | Chapter 7 | |
| | § | | |
| McClain Feed Yard, Inc., | § | Case No.: | 23-20084-7-swe |
| McClain Farms, Inc., and | § | | 23-20085-7-swe |
| 7M Cattle Feeders, Inc. | § | | 23-20086-7-swe |
| | § | | |
| Debtor(s) | § | | |

APPLICATION FOR ADMISSION *PRO HAC VICE*

1. Name:  Herbert, Marcus H.

2. Firm Name: Marcus Herbert & Associates

3. Address: 416 South 5th Street, Paducah, KY 42003

4. Phone: 618-549-9800 / 270-443-0303     Fax: 270-443-6345

    Email: marcus.herbertbk@gmail.com

5. Name used to sign all pleadings: Marcus H. Herbert

6. Retained by: Crystal McClain, Kristin McClain, and Piper Olivia McClain

7. Admitted on February 26, 1999, and presently a member in good standing of the bar of the highest court of the state of Kentucky and issued the bar license number of 87617.

8. Admitted to practice before the following courts:

| Court: | Admission Date: |
|---|---|
| Supreme Court of Illinois | 11/05/1992 |
| Supreme Court of Kentucky | 02/26/1999 |
| United States District Court, Southern District Illinois | 09/24/2010 |
| United States District Court, Western District Kentucky | 03/17/1999 |
| United States Bankruptcy Court, Southern District Illinois | 09/24/2010 |
| United States Bankruptcy Court, Western District Kentucky | 03/17/1999 |
| United States Court of Appeals, 7th Circuit | 01/15/1993 |

9. Are you presently a member in good standing of the bars of the courts listed above?

    \_\_\_\_X\_\_\_\_ Yes        _____ No

If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

    _____ Yes      ___X____ No

If "Yes," please provide details:


11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

    _____ Yes      ___X____ No

If "Yes," please provide details:


12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| Date of Application | Case No. and Style |
|---|---|
| N/A | |
| | |
| | |

13. Local counsel of record:

See attached Motion and Brief to Waive the Local Counsel Requirement of Local Rule 2090-4.

14. Local counsel's address:

N/A

    I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒ I am an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐ I am not an ECF filer. I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the $100.00 filing fee on _____.


Marcus H. Herbert                                    September 20, 2025
Printed Name of Applicant                        Date



/s/ Marcus H. Herbert
Signature of Applicant