# EXHIBIT A

# LYNN PINKER HURST & SCHWEGMANN, L.L.P.

2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Phone: 214.981.3800
www.lynnllp.com

Invoice # 20244989
Date: 12/10/2024
Due On: 01/09/2025

Kent Ries
Law Office of Kent Ries
P.O. Box 3100
Austin, TX 79116

## (5707-00001) Ries: In Re McClain Farms, Inc.; In Re McClain Feed Yard, Inc.; and In Re 7M Cattle Feeders, Inc.

## In Re McClain Farms, Inc.; In Re McClain Feed Yard, Inc.; and In Re 7M Cattle Feeders, Inc.

**Client Reference Number:**

### Services

| Date | TK | Description | Hours | Total |
|------|-----|-------------|-------|-------|
| 11/01/2024 | IAT | Review/analyze documents (e-discovery). | 1.50 | $562.50 |
| 11/02/2024 | ADL | Review Rabo documents and tag for issues. | 0.50 | $150.00 |
| 11/02/2024 | IAT | Review/analyze documents (e-discovery). | 1.00 | $375.00 |
| 11/02/2024 | AD | Attention to status and next steps. | 0.20 | $90.00 |
| 11/03/2024 | ADL | Review Rabo documents and tag for issues. | 2.00 | $600.00 |
| 11/03/2024 | IAT | Review/analyze documents (e-discovery). | 3.00 | $1,125.00 |
| 11/04/2024 | ADL | Review Rabo documents and tag for issues. | 6.70 | $2,010.00 |
| 11/04/2024 | AD | Edit complaint against Mechanics Bank. | 1.00 | $450.00 |
| 11/04/2024 | AD | Email to Mr. Jobe regarding conference with Michael Johnson. | 0.20 | $90.00 |

| 11/04/2024 | IAT | Review/analyze documents (e-discovery). | 1.00 | $375.00 |
|---|---|---|---|---|
| 11/05/2024 | ADL | Review Rabo documents and tag for issues. | 5.40 | $1,620.00 |
| 11/05/2024 | IAT | Review/analyze documents (e-discovery). | 2.00 | $750.00 |
| 11/05/2024 | FAF | Review and revise Mechanics Bank Complaint in accordance with Mr. Dabdoub's comments. | 1.00 | $350.00 |
| 11/06/2024 | ADL | Correspondence with Mr. Campbell regarding discovery; review, annotate and tag Rabo documents for issues; create and edit an Excel sheet with a list of Hot documents. | 5.70 | $1,710.00 |
| 11/06/2024 | IAT | Review/analyze documents (e-discovery). | 1.00 | $375.00 |
| 11/06/2024 | FAF | Correspondence with eDiscovery team regarding CRI document review status and next steps. | 0.10 | $35.00 |
| 11/07/2024 | PCS | Substantive analysis regarding whether Rabo timely provided materials as required by court order granting the Trustee's motion to compel (0.3).<br><br>Email correspondence with case team regarding next steps in connection with motion to compel Rabo (0.2).<br><br>Analyze eDiscovery team notes regarding existing Rabo production and related documents (0.9).<br><br>Email correspondence with case team regarding next steps in connection with existing Rabo production (0.2). | 1.60 | $560.00 |
| 11/07/2024 | ADL | Review and respond to correspondence from Mr. Sode regarding discovery; review and tag documents as instructed by Mr. Sode. | 0.30 | $90.00 |
| 11/07/2024 | AD | Telephone conference with Messrs. Ries, Jobe and Johnson regarding status and discovery. | 1.00 | $450.00 |
| 11/07/2024 | FAF | Correspondence with eDiscovery team regarding review of CRI documents. | 0.20 | $70.00 |
| 11/08/2024 | FAF | Correspondence with Mr. Jobe regarding Rabo's compliance with Court Order on Motion to Compel and next steps. | 0.10 | $35.00 |
| 11/11/2024 | PCS | Analyze feedback on Mechanics Bank complaint from Mr. Dabdoub, related discussion with case team (0.3).<br><br>Begin analyzing privilege log provided by Rabo (0.2).<br><br>Analyze Fifth Circuit caselaw on requirements for sufficient privilege log (0.6). | 1.10 | $385.00 |
| 11/11/2024 | WG | Attention to emails regarding draft complaint against Rabo Bank, add internal deadline for draft completion to the calendar. | 0.20 | $40.00 |
| 11/11/2024 | AD | Telephone conference with Messrs. Ries and Jobe regarding status. | 1.00 | $450.00 |

| 11/11/2024 | FAF | Correspondence with Messrs. Dabdoub and Sode regarding revisions to Mechanics Bank Complaint and sufficiency of Rabo's privilege log; correspondence with Mr. Rae regarding additional factual assertions to support draft Complaint. | 0.50 | $175.00 |
|---|---|---|---|---|
| 11/12/2024 | PCS | Continue analyzing legal authorities pertinent to privilege log requirements for purpose of potential briefing in connection with Rabo privilege log. | 1.20 | $420.00 |
| 11/12/2024 | FAF | Review privilege log and providing recommendations for next steps; prepare analysis of privilege log review, including brief research on same; correspondence with Messrs. Dabdoub and Sode regarding same; correspondence with Mr. Rae regarding additional factual assertions to support draft Complaint. | 1.50 | $525.00 |
| 11/13/2024 | PCS | Email correspondence with Mr. Fozouni regarding substantive privilege log requirements, contemporaneous case analysis (0.5).  Analyze revisions by Mr. Fozouni to draft Mechanic's Bank complaint (0.4) | 0.90 | $315.00 |
| 11/13/2024 | WG | Assemble and review all documents tagged as hot, maintain in the case file. | 1.00 | $200.00 |
| 11/13/2024 | AD | Exchange emails with Mr. Cobb regarding mediation. | 0.20 | $90.00 |
| 11/13/2024 | FAF | Prepare additional revisions to Mechanics Bank Complaint to ███████████████; review correspondence with counsel for CRI regarding mediation; correspondence with Messrs. Ries and Jobe regarding same. | 0.70 | $245.00 |
| 11/14/2024 | WG | Review Mr. Sode's substantive case outline of potential parties to pursue to determine list of action items, prepare case management chart and discuss with Mr. Sode regarding the same. | 0.70 | $140.00 |
| 11/14/2024 | PCS | Substantive email correspondence and discussions with case team regarding organization and management of cases against potential defendants and relevant claims against each defendant. | 0.60 | $210.00 |
| 11/15/2024 | WG | Review and respond to email from Hudson Jobe providing breakdown of emails pertaining to Rabo document productions and assemble emails for review (0.5); attention to requests for invoices pertaining to Disco, provide information to attorneys and confer with team to identify and share details of upcoming billing (0.8); prepare exhibits and finalize LPHS Fee Application, file with the Court (1.0). | 2.30 | $460.00 |
| 11/15/2024 | FAF | Assist in preparing final draft of Application for Attorneys' Fees. | 0.50 | $175.00 |
| 11/17/2024 | WG | Add deadline to file objections to fee applications to the calendar and ensure the hearing regarding the same reflects on the hearing entry. | 0.40 | $80.00 |
| 11/18/2024 | WG | Prepare Application for Compensation and letter address to | 0.40 | $80.00 |

| | | Judge Jones for mailing to the Court pursuant to Local Rules. | | |
|---|---|---|---|---|
| 11/20/2024 | PCS | Prepare for and participate in case team meeting regarding strategy matters and next steps as against potential bank and audit firm defendants. | 0.40 | $140.00 |
| 11/20/2024 | FAF | Case strategy conference with Mr. Sode regarding Mechanics Bank/Rabo Complaint strategy and next steps. | 0.40 | $140.00 |
| 11/21/2024 | PCS | Prepare for and participate in case team strategy meeting regarding next steps in various adversary proceedings. | 0.70 | $245.00 |
| 11/21/2024 | WG | Meet with Mr. Dabdoub, Mr. Sode and Mr. Fozouni to discuss strategy, identify key defendants and organization, add internal deadlines to calendar and check database for necessary records. | 1.50 | $300.00 |
| 11/21/2024 | FAF | Case strategy conference with Messrs. Dabdoub and Sode and Ms. Gillaspie regarding status of matter and finalization of complaints. | 0.60 | $210.00 |
| 11/21/2024 | AD | Edit complaint against Mechanics Bank. | 0.50 | $225.00 |
| 11/21/2024 | AD | Strategy meeting with LPHS team. | 0.30 | $135.00 |
| 11/21/2024 | AD | Telephone conference with Mr. Jobe regarding status. | 0.20 | $90.00 |
| 11/23/2024 | FAF | Review Rabo hot documents in preparation for drafting Rabo portion of adversary proceeding Complaint. | 3.00 | $1,050.00 |
| 11/24/2024 | FAF | Continue review of Rabo hot docs and other documents for preparing revised Complaint; begin preparing revised Complaint to include Rabo and additional factual allegations in support. | 4.80 | $1,680.00 |
| 11/25/2024 | PCS | Draft and revise combined Mechanics Bank-Rabo complaint received from Mr. Fozouni; substantive email correspondence regarding same with case team. | 2.30 | $805.00 |
| 11/25/2024 | WG | Check mediator Chris Nolland's schedule for potential mediation dates. | 0.30 | $60.00 |
| 11/25/2024 | AD | Telephone conference with Messrs. Ries and Jobe regarding update and next steps. | 1.00 | $450.00 |
| 11/25/2024 | AD | Email to Mr. Cobb regarding mediation with Mr. Nolan. | 0.10 | $45.00 |
| 11/25/2024 | FAF | Continue revising and preparing draft of Complaint against both Rabo and Mechanics Bank, including review of additional documents and analyses for factual allegations in support; review correspondence with CRI's counsel regarding mediation logistics. | 2.80 | $980.00 |
| 11/27/2024 | AD | Edit complaint against Rabo and Mechanic's Bank. | 1.50 | $675.00 |
| 11/27/2024 | FAF | Correspondence with Messrs. Ries and Jobe regarding updated Rabo/Mechanics Bank complaint; correspondence with Lain Faulkner regarding same. | 0.10 | $35.00 |

| | | | | | Services Subtotal | $23,127.50 |
|---|---|---|---|---|---|---|

**Expenses**

| Date | Description | | Quantity | Price | Total |
|---|---|---|---|---|---|
| 11/30/0024 | Disco data hosting. | | 1.00 | $555.94 | $555.94 |
| | | | | **Expenses Subtotal** | **$555.94** |

| Time Keeper | Position | Hours | Rate | Total |
|---|---|---|---|---|
| Alan Dabdoub | Partner | 7.2 | $450.00 | $3,240.00 |
| Farsheed Fozouni | Associate | 16.3 | $350.00 | $5,705.00 |
| A'Lys Lawrence | Attorney | 20.6 | $300.00 | $6,180.00 |
| Campbell Sode | Associate | 8.8 | $350.00 | $3,080.00 |
| Imran Tahir | Attorney | 9.5 | $375.00 | $3,562.50 |
| Whitney Gillaspie | Paralegal | 6.8 | $200.00 | $1,360.00 |
| | | | **Subtotal** | **$23,683.44** |
| | | | **Total** | **$23,683.44** |

# Detailed Statement of Account

## Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 20250407 | 02/12/2025 | $6,470.94 | $0.00 | $6,470.94 |
| 20250858 | 03/12/2025 | $16,007.58 | $0.00 | $16,007.58 |

## Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 20244989 | 01/09/2025 | $23,683.44 | $0.00 | $23,683.44 |
| | | | **Outstanding Balance** | **$46,161.96** |
| | | | **Total Amount Outstanding** | **$46,161.96** |

Please pay within 30 days.

**For ACH Transfers**:

| | |
|---|---|
| Bank: | JPMorgan |
| Routing: | 111000614 |
| Account No: | 0100112499 |
| Account Name: | Lynn Pinker Hurst & Schwegmann, LLP |

## Remittance Advice

| Checking Information | |
| --- | --- |
| **Remit checks to:** | Please make all amounts payable to: LYNN PINKER HURST & SCHWEGMANN, L.L.P.<br>Tax ID 75-2507536<br>2100 Ross Avenue, Suite 2700<br>Dallas, Texas 75201<br>United States |

| Wire Transfer Information | |
| --- | --- |
| **Bank Name/Address:** | JP Morgan Chase<br>2121 N Pearl St<br>Unit 150<br>Dallas, TX 75201<br>United States |
| **Bank ABA/Routing #:** | 021000021 |
| **Name/Account #:** | Lynn Pinker Hurst & Schwegmann, LLP<br>0100112499 |
| **SWIFT** | CHASUS33 |

Please include the invoice number 20244989 as an additional reference so we may accurately identify and apply your payment. Please note the difference in routing number for Wire vs ACH payment. Please provide adequate payment to cover the wire fees assessed by your financial institution. If you have any questions regarding payment instructions, please reach feel free to reach out sbrantman@lynnllp.com to confirm.