

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

The following constitutes the ruling of the court and has the force and effect therein described.

Signed September 24, 2025

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 23-20084 (swe)** |
| **McClain Feed Yard, Inc.,**[1] | § | |
| | § | **Chapter 7** |
| Debtor. | § | |
| | § | **(Jointly Administered)** |

---

[1] The Debtors in these jointly administered cases are: (1) McClain Feed Yard, Inc. (Case No. 23-20084); (2) McClain Farms, Inc. (Case No. 23-20885); and (3) 7M Cattle Feeders, Inc. (Case No. 23-20886). All three cases are being jointly administered under the case number for McClain Feed Yard, Inc.

| | |
|---|---|
| **In re:** § <br> § <br> **Kent Ries, Chapter 7 Trustee for the** § <br> **Bankruptcy Estates of McClain Feed** § <br> **Yard, Inc., McClain Farms, Inc., and 7M** § <br> **Cattle Feeders, Inc.,** § <br> § <br> *Plaintiff*, § <br> § <br> **v.** § <br> § <br> **Angela Robinson, *et. al.*,** § <br> § <br> *Defendants*. § | **Adv. Case No. 25-02003** |

### ORDER GRANTING DEFENDANT CRYSTAL MCCLAIN, PIPER MCCLAIN AND KRISTIN MCCLAIN MOTION TO WAIVE THE LOCAL COUNSEL REQUIREMENT OF LOCAL RULE 2090-4

Upon Consideration of the Motion of Crystal McClain, Piper McClain and Kristin McClain to waive the Local Counsel Requirement of Local Rule 2090-4 (the "Motion"), the Court finds that good and sufficient cause exists to grant the relief requested in the Motion and it is hereby **ORDERED THAT**:

1. The Motion is **GRANTED** as provided therein;

2. The requirement of Local Rule 2090-4 identifying local counsel as a condition of Pro Hac Vice admission is hereby waived, and Attorney Marcus H. Herbert may represent Crystal McClain, Piper McClain and Kristin McClain in the above-captioned bankruptcy case without retaining local counsel;

3. This Court, at any time, may require Attorney Marcus H. Herbert to comply with the requirements of Local Rule 2090-4.

# # # END OF ORDER # # #

Order submitted by:

/s/ Marcus H. Herbert
Marcus H. Herbert
Attorney at Law
KY Bar #87617
IL Bar #6211376
416 South 5th Street
Paducah, KY 42002-2693
Telephone: (270) 443-0303
Email: marcus.herbertbk@gmail.com