

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 24, 2025**

_____

**United States Bankruptcy Judge**

_____

BTXN 104b/105b (rev. 09/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:                                    §
McClain Feed Yard, Inc.                   §    Case No.:   23–20084–swe7
                                          §    Chapter No.:   7
                            Debtor(s)      §

## ORDER FOR ADMISSION *PRO HAC VICE*

The Court, having considered the Application for Admission *Pro Hac Vice* of **Marcus H. Herbert**, to represent Crystal McClain, Kristain McClain, Piper Olivia Mcclain, related to document 369, **ORDERS** this application be:

☑ *Granted* – The Clerk of the District Court for the Northern District of Texas shall deposit the application fee to the account of the Non–Appropriated Fund.

☐ *Denied* – The Clerk of the District Court for the Northern District of Texas shall return the admission fee to the applicant.

# # # End of Order # # #

United States Bankruptcy Court
Northern District of Texas

In re:

McClain Feed Yard, Inc.

Debtor

Case No. 23-20084-swe

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0539-2

Date Rcvd: Sep 24, 2025

User: admin

Form ID: pdf012

Page 1 of 28

Total Noticed: 80

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | McClain Feed Yard, Inc., 4010 FM 1057, Hereford, TX 79045-7386 |
| aty | + | Lynn Pinker Hurst & Schwegmann, LLP, 2100 Ross Avenue, Stuite 2700, Dallas, TX 75201-2739 |
| aty | + | Matthew M. Cannon, Ray Quinney & Nebeker PC, 36 South State St., Suite 1400, Salt Lake City, UT 84111-1451 |
| cr | + | 2B Farms, a Texas General Partnership, and Terry a, c/o Todd J. Johnston, McWhorter, Cobb & Johnson, LLP, P.O. Box 2547, Lubbock, TX 79408-2547 |
| cr | + | AJ Jacques Living Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | AgTexas Farm Credit Services, AgTexas, PCA, and Th, c/o Kerry L. Haliburton and David LeBas, Naman, Howell, Smith & Lee, PLLC, 400 Austin Avenue, Suite 800, Waco, TX 76701-2145 |
| cr | + | Amy Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Arnold Braun Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | | Bar D Ranch Land & Cattle LLC, 4458 S. U.S. Highway 441, Lake City, FL 32025-0306 |
| cr | + | Bryan Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Buss Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| op | + | Canyon Rim Consulting, LLC, 301 S Polk St., Ste 815, Amarillo, TX 79101-1408 |
| cr | + | Caterpillar Financial Services Corporation, c/o Dickinson Wright PLLC, ATTN: John Nelson, 607 W. 3rd Street, Ste. 2500, Austin, TX 78701 U.S.A. 78701-4713 |
| cr | + | Charles Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Citizens Bank NA, c/o Brady Law Firm, 6136 Frisco Square Blvd., Suite 400, Frisco, TX 75034-3251 |
| cr | + | Colby Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Cole Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Craig Sutton, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| intp | + | Crystal McClain, c/o Marcus H. Herbert, Attorney at Law, 416 South 5th Street, Paducah, KY 42003-1530 |
| cr | + | Curtis Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | David Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Dennis Buss, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Don Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| cr | + | Dora Blackman, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Douglas Finley, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Dustin Johnson, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Eddie Bryant, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Eddie Stewart, 1571 Upper Zion Road, Brownsville, TN 38012-8064 |
| cr | + | Gary Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gene Brookshire Family, LP, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gray Brothers, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Gungoll Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jan Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Janet Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Janice Lawhon, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jared Lesh, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jim Rininger, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jimmy Greer, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Joel Brookshire, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Jordan Lesh, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Keeling Cattle Feeders Inc., c/o Kerry Haliburton and David LeBas, Naman, Howell, Smith & Lee, PLLC, 400 Austin Avenue, Suite 800, |

Waco, TX 76701-2145

| | | |
|---|---|---|
| cr | + | Kinsey Jones, 1720 W. 13th Ave., Emporia, KS 66801-5659 |
| intp | + | Kinsey Moreland, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |
| intp | + | Kristain McClain, 3728 Mayfield Hwy, Benton, KY 42025-5602 |
| acc | + | LainFaulkner, 400 N St. Paul, Ste 600, Dallas, TX 75201-6897 |
| cr | + | Leah Gungoll, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Lesh Family Trust, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Lyndal Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| sp | + | Lynn Pinker Hurst & Schwegmann, 2100 Ross Avenue, Suite 2700, Dallas, TX 75201-7919 |
| intp | + | Meagan B. Goad, c/o Boerner, Dennis & Franklin, P.O. Box 1738, Lubbock, TX 79408-1738 |
| cr | + | Mechanics Bank, Husch Blackwell, 1900 N. Pearl Street, Suite 1800, Dallas, TX 75201-2467 |
| cr | + | Michael Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Miranda Evans, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Morrison Cafe, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Nikki Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Northland Capital Financial Services, LLC, c/o Jenkins & Kling, P.C., 150 N. Meramec Ave., Suite 400, St. Louis, MO 63105-3753 |
| cr | + | Philip E Rapp, Eggleston King Davis, LLP, 102 Houston Avenue, Suite 300, Weatherford, TX 76086-4369 |
| intp | + | Piper Olivia Mcclain, 3728 Mayfield Hwy, Benton, KY 42025-5602 |
| cr | + | Priest Victory Investment LLC, 899 Rosenthal Road, Lorena, TX 76655-9665 |
| cr | + | Riley Livestock, Inc., P.O. Box 663, Mayfield, KY 42066-0033 |
| cr | + | Robert & Rachel Stewart, Lane & Countryman, 1045 Cheever Blvd., Ste. 103, San Antonio, TX 78217-6223 |
| cr | + | Robert Braun, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Robert E Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Robert Spring, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Ronnie Gray, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Scarlet and Black Cattle, LLC, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Scott Livestock Company, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Shaw & Shaw Farms Partnership LLC, 11605 NW 140 St., Alachua, FL 32615-6435 |
| cr | + | Sherle Lockwood, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| acc | + | Sibley, LLC, 400 N St Paul Suite 600, Dallas, TX 75201-6805 |
| cr | + | Steve Ryan, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steve T Scott Farm, Inc., c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | Steven Hines, 12609 NW 298th St., High Springs, FL 32643-4911 |
| cr | + | Susan Van Buskirk, c/o John Massouh, PO Box 15008, Amarillo, TX 79105-5008 |
| cr | + | W. Robbie Russell Living Trust, 414 Preston Drive, Brownsville, TX 38012-2468 |
| cr | + | Wiley Roby Russell, Jr., 414 Preston Drive, Brownsville, TN 38012-2468 |

TOTAL: 76

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: dgrtrustee@comcast.net | Sep 24 2025 21:26:00 | David G Rogers, 4636 Lebanon Pike, #123, Hermitage, TN 37076-1316 |
| res | ^ | MEBN | Sep 24 2025 21:28:35 | Quilling, Selander, Lownds, Winslet & Moser, 2001 Bryan Street, Ste 1800, Dallas, TX 75201-3070 |
| sp | ^ | MEBN | Sep 24 2025 21:28:36 | Quilling, Selander, Lownds, Winslett & Moser, P.C., QSLWM, P.C., Attn: Hudson Jobe, 2001 Bryan Street, Suite 1800, Dallas, TX 75201-3070 |
| cr | ^ | MEBN | Sep 24 2025 21:26:55 | Texas Comptroller of Public Accounts, Revenue Acco, Jamie Kirk, c/o Sherri Simpson, Paralegal, PO Box 12548, Austin, TX 78711-2548 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Cory Jesko, 3970 FM 1057, Hereford |

District/off: 0539-2 | User: admin | Page 3 of 28
Date Rcvd: Sep 24, 2025 | Form ID: pdf012 | Total Noticed: 80

cr          ##+          Priest Cattle Company, Ltd., 899 Rosenthal Road, Lorena, TX 76655-9965

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2025          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2025 at the address(es) listed below:**

**Name** | **Email Address**

Aaron Michael Kaufman
on behalf of Defendant Community Financial Services Bank akaufman@grayreed.com

Aaron Michael Kaufman
on behalf of Interested Party Community Financial Services Bank akaufman@grayreed.com

Aaron Michael Kaufman
on behalf of Creditor Community Financial Services Bank akaufman@grayreed.com

Abel Angel Leal
on behalf of Creditor Colby Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Steve T Scott Farm  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
on behalf of Defendant A.J. Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
on behalf of Creditor Michael Evans abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Arnold Braun Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Douglas Finley abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
on behalf of Creditor Susan Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
on behalf of Creditor Douglas Finley abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Robert Braun abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Scarlet and Black Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal
on behalf of Creditor Jared Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
on behalf of Creditor Amy Sutton abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal
on behalf of Plaintiff Gray Brothers abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Janice Lawhon abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Craig Sutton abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Scott Livestock Company  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Michael Evans abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Sherle Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Gray Brothers abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jimmy Greer abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Dustin Johnson abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Robert Braun abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Janet Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Sherle Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Gary Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Dora Blackman abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Morrison Cafe  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Lesh Family Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Colby Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Robert Spring abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Bryan Blackman abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Nikki Lockwood abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Buss Family Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Robert E Gray abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jared Lesh abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Janet Van Buskirk abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Jordan Lesh  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Eddie Bryant abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Joel Brookshire abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Plaintiff AJ Jacques Living Trust abel@ssbtxlaw.com  abel@leal.law

Abel Angel Leal

on behalf of Creditor Dennis Buss abel@ssbtxlaw.com  abel@leal.law

District/off: 0539-2                          User: admin                              Page 5 of 28
Date Rcvd: Sep 24, 2025                   Form ID: pdf012                        Total Noticed: 80

Abel Angel Leal

on behalf of Plaintiff Ronnie Gray abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Charles Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Janice Lawhon abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Morrison Cafe  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Gungoll Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Steve T Scott Farm  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Miranda Evans abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Dora Blackman abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Scarlet and Black Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Cole Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Gene Brookshire Family  LP abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Steve Ryan abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Scott Livestock Company  Inc. abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Gene Brookshire Family  LP abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Craig Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Robert E Gray abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Charles Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jordan Lesh  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Creditor Steve Ryan abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Eddie Bryant abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Dustin Johnson abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Susan Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Ronnie Gray abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Bryan Blackman abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Nikki Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor AJ Jacques Living Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Dennis Buss abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Leah Gungoll abel@ssbtxlaw.com abel@leal.law

District/off: 0539-2 | User: admin | Page 6 of 28
Date Rcvd: Sep 24, 2025 | Form ID: pdf012 | Total Noticed: 80

Abel Angel Leal

on behalf of Creditor Arnold Braun Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Lyndal Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Leah Gungoll abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Gary Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Jan Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Defendant ARNOLD BRAUN abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Joel Brookshire abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jan Lesh abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Jim Rininger abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Jim Rininger abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Cole Lockwood abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Buss Family Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Lyndal Van Buskirk abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Amy Sutton abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Lesh Family Trust abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Jimmy Greer abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Robert Spring abel@ssbtxlaw.com abel@leal.law

Abel Angel Leal

on behalf of Creditor Gungoll Cattle  LLC abel@ssbtxlaw.com, abel@leal.law

Abel Angel Leal

on behalf of Plaintiff Miranda Evans abel@ssbtxlaw.com abel@leal.law

Alan Dabdoub

on behalf of Spec. Counsel Lynn Pinker Hurst & Schwegmann adabdoub@lynnllp.com
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub

on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. adabdoub@lynnllp.com,
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub

on behalf of Trustee Kent Ries (Trustee) adabdoub@lynnllp.com
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub

on behalf of Trustee Kent David Ries adabdoub@lynnllp.com
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub

on behalf of Plaintiff Kent Ries adabdoub@lynnllp.com  kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Alan Dabdoub

on behalf of U.S. Trustee United States Trustee adabdoub@lynnllp.com
kridenour@lynnllp.com;wgillaspie@lynnllp.com;csode@lynnllp.com

Amber Miller

on behalf of Intervenor Big Seven Capital Partners  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

District/off: 0539-2                                         User: admin                                         Page 7 of 28
Date Rcvd: Sep 24, 2025                                   Form ID: pdf012                                     Total Noticed: 80

Amber Miller
on behalf of Intervenor Richard Carraway amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Barry Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor W. Robbie Russell Living Trust amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Priest Cattle Company  Ltd. amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Scott Stewart amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Ridgefeld Capital Asset Management  LP amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Drew Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Andrew Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Carraway Cattle  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Ridgefield Capital Group  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Wiley Roby Russell Russell  Jr. amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Robert Ellis amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Eddie Stewart amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Barry Phillips amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Intervenor Priest Victory Investment  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Big Seven Capital Partners  LLC amiller@cdmlaw.com, sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Richard Carraway amiller@cdmlaw.com  sboggs@cdmlaw.com

Amber Miller
on behalf of Creditor Robert Ellis amiller@cdmlaw.com  sboggs@cdmlaw.com

Austin C Nate
on behalf of Creditor Rabo AgriFinance  LLC anate@rqn.com, arollins@rqn.com;docket@rqn.com

Buffey E. Klein
on behalf of 3rd Pty Defendant Mechanics Bank buffey.klein@huschblackwell.com
Tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;penny.keller@huschblackwell.com

Buffey E. Klein
on behalf of Creditor Mechanics Bank buffey.klein@huschblackwell.com
Tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;penny.keller@huschblackwell.com

Buffey E. Klein
on behalf of Defendant Mechanics Bank buffey.klein@huschblackwell.com
Tanya.adams@huschblackwell.com;buffey-klein-8494@ecf.pacerpro.com;penny.keller@huschblackwell.com

Charity S Bird
on behalf of Defendant Meagan Goad cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charity S Bird
on behalf of Interested Party Kinsey Moreland cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charity S Bird
on behalf of Interested Party Meagan B. Goad cbird@kaplanjohnsonlaw.com
hfrint@kaplanjohnsonlaw.com;charity-bird-9970@ecf.pacerpro.com;tyeager@kaplanjohnsonlaw.com

Charles Dunham Biles
on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust dunham@bileswilson.com,

jeremy@bileswilson.com,julia@bileswilson.com,kendra@bileswilson.com,jasmine@bileswilson.com

**Dallas Flick**

on behalf of Defendant Shawn Ragland dflick@cwl.law

**Daniel P. Callahan**

on behalf of Creditor Northland Capital Financial Services  LLC dpc@kesslercollins.com, gld@kesslercollins.com

**David Weitman**

on behalf of Interested Party David Weitman david.weitman@klgates.com

**David Weitman**

on behalf of Interested Party Consolidated Feeders LLC david.weitman@klgates.com

**David G. Adams**

on behalf of Creditor U.S. Department of Agriculture david.g.adams@usdoj.gov
southwestern.taxcivil@usdoj.gov;david.adams4@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

**David G. Adams**

on behalf of Interested Party mp U.S. Department of Agriculture david.g.adams@usdoj.gov
southwestern.taxcivil@usdoj.gov;david.adams4@usdoj.gov;brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

**David L. LeBas**

on behalf of Plaintiff AGTexas Farm Credit Services dlebas@namanhowell.com  jaucoin@namanhowell.com

**David L. LeBas**

on behalf of Creditor Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

**David L. LeBas**

on behalf of Creditor AgTexas  PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

**David L. LeBas**

on behalf of Creditor Thorlackson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

**David L. LeBas**

on behalf of Defendant Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

**David L. LeBas**

on behalf of Creditor AgTexas Farm Credit Services AgTexas  PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

**David L. LeBas**

on behalf of Plaintiff AgTexas  PCA dlebas@namanhowell.com, jaucoin@namanhowell.com

**David L. LeBas**

on behalf of Creditor Keeling Cattle Feeders Inc. dlebas@namanhowell.com  jaucoin@namanhowell.com

**David L. LeBas**

on behalf of Plaintiff AgTexas PCA dlebas@namanhowell.com  jaucoin@namanhowell.com

**David L. LeBas**

on behalf of Plaintiff Thorlakson Diamond T Feeders  LP dlebas@namanhowell.com, jaucoin@namanhowell.com

**Dawn Whalen Theiss**

on behalf of Creditor U.S. Department of Agriculture dawn.theiss@usdoj.gov
brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

**Dawn Whalen Theiss**

on behalf of Interested Party mp U.S. Department of Agriculture dawn.theiss@usdoj.gov
brooke.lewis@usdoj.gov;CaseView.ECF@usdoj.gov

**Dylan Tanner Franklin Ross**

on behalf of Creditor MAP Enterprises  Inc. dylan.ross@reedsmith.com,
amadu@reedsmith.com;gsaenz@reedsmith.com;DocketingECF@ReedSmith.com

**Farsheed Fozouni**

on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. ffozouni@lynnllp.com

**Flannery Nardone**

on behalf of Defendant JEFF JESKO fnardone@mhba.com

**Flannery Nardone**

on behalf of Defendant RICK RODGERS fnardone@mhba.com

**Flannery Nardone**

on behalf of Defendant CORY JESKO fnardone@mhba.com

**Flannery Nardone**

on behalf of Defendant KEITH HARRIS FARMS fnardone@mhba.com

**Flannery Nardone**

on behalf of Defendant J&S INVESTMENTS fnardone@mhba.com

Flannery Nardone

on behalf of Defendant MYKEL TIDWELL fnardone@mhba.com

Flannery Nardone

on behalf of Defendant BRENT BURNETT fnardone@mhba.com

Flannery Nardone

on behalf of Defendant PATRICIA JESKO fnardone@mhba.com

Flannery Nardone

on behalf of Defendant TGF RANCH fnardone@mhba.com

Flannery Nardone

on behalf of Defendant Tyler Pittman fnardone@mhba.com

Flannery Nardone

on behalf of Defendant DWIGHT JESKO fnardone@mhba.com

Flannery Nardone

on behalf of Defendant JOE BURNETT fnardone@mhba.com

Flannery Nardone

on behalf of Defendant THOMAS FRITH fnardone@mhba.com

Flannery Nardone

on behalf of Defendant CALEB LITTLE fnardone@mhba.com

Flannery Nardone

on behalf of Defendant John Tidwell fnardone@mhba.com

Flannery Nardone

on behalf of Defendant Keith A Myers fnardone@mhba.com

Flannery Nardone

on behalf of Defendant ERIC DEJARNATT fnardone@mhba.com

Flannery Nardone

on behalf of Defendant PITTMAN FARMS fnardone@mhba.com

Harrison Pavlasek

on behalf of Creditor MAP Enterprises  Inc. harrison.pavlasek@kellyhart.com

Hudson M. Jobe

on behalf of Trustee Kent David Ries hjobe@jobelawpllc.com
cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

Hudson M. Jobe

on behalf of Spec. Counsel Jobe Law PLLC hjobe@jobelawpllc.com
cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

Hudson M. Jobe

on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. hjobe@jobelawpllc.com,
cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

Hudson M. Jobe

on behalf of Attorney Jobe Law PLLC hjobe@jobelawpllc.com
cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

Hudson M. Jobe

on behalf of Trustee Kent Ries (Trustee) hjobe@jobelawpllc.com
cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

Hudson M. Jobe

on behalf of Spec. Counsel Quilling  Selander, Lownds, Winslett & Moser, P.C. hjobe@jobelawpllc.com,
cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

Hudson M. Jobe

on behalf of Plaintiff Kent Ries hjobe@jobelawpllc.com
cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

Hudson M. Jobe

on behalf of Defendant Kent Ries hjobe@jobelawpllc.com
cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

Hudson M. Jobe

on behalf of Trustee Kent Ries hjobe@jobelawpllc.com
cswoveland@jobelawpllc.com;9222306420@filings.docketbird.com;mberryman@jobelawpllc.com

Jamie Kirk

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov,
sherri.simpson@oag.texas.gov

Jarrod Martin

on behalf of Defendant WILLIAM WEDDINGTON jbmartin@bradley.com
vherrera@bradley.com;rabdelghani@bradley.com;aplayer@bradley.com;akhan@bradley.com;jbmartin@ecf.courtdrive.com

Jeff P. Prostok

on behalf of Creditor MAP Enterprises  Inc. jeff.prostok@vhh.law,
jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankrupt
cy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

John F. Massouh

on behalf of Intervenor-Plaintiff Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant SHERLE LOCKWOOD john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant SCOTT LIVESTOCK COMPANY  INC. john.massouh@sprouselaw.com,
sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant CARLA BROOKSHIRE john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant SCARLET & BLACK CATTLE  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant GARY LESH john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant A.J. Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

District/off: 0539-2                              User: admin                                    Page 11 of 28
Date Rcvd: Sep 24, 2025                        Form ID: pdf012                            Total Noticed: 80

on behalf of Defendant Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant JOEL BROOKSHIRE john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant BRADLEY GUNGOLL john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Arnold Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant SUSAN VANBUSKIRK john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Robert E Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant CHARLES LOCKWOOD john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant GENE BROOKSHIRE FAMILY LP john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant GRAY BROTHERS CATTLE john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant RED RAIDER CATTLE  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Robert Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

District/off: 0539-2                    User: admin                    Page 12 of 28
Date Rcvd: Sep 24, 2025               Form ID: pdf012                 Total Noticed: 80

John F. Massouh
    on behalf of Plaintiff Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant JAN LESH john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Lyndal VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Intervenor-Plaintiff Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant WILLIAM GUNGOLL john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant ARNOLD BRAUN john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant JIM RININGER john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Scarlet & Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Intervenor-Plaintiff Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Intervenor-Plaintiff Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Bradley Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant Perez Livestock LLC john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant JARED LESH COWHORSES  INC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant MORRISON CAFE john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Defendant ARNOLD BRAUN TRUST john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Intervenor-Plaintiff Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Plaintiff Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh
    on behalf of Creditor Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

District/off: 0539-2                                    User: admin                                    Page 13 of 28
Date Rcvd: Sep 24, 2025                                 Form ID: pdf012                               Total Noticed: 80

John F. Massouh

on behalf of Creditor Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant COLE LOCKWOOD john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Gray Brothers john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant GARY LESH TRUST john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant NIKKI LOCKWOOD john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant WYATT GUNGOLL john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant LESH TRUCKING john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Scott Livestock Company  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant EDWIN BUSS john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Cole Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Dennis Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Janet VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jan Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Steve T Scott Farm  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Scott Livestock Company john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant ROBERT BRUAN john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant JORDAN LESH john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Susan Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant JIMMY GREER john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Bryan Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Gungoll Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Dora Blackman john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Miranda Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant LESH FAMILY TRUST john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Robert J. Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant ROBERT GRAY john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant GRAY FAMILY TRUST john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Morrison Cafe  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Creditor Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Intervenor-Plaintiff Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant LYNDAL VANBUSKIRK john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Plaintiff Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

on behalf of Defendant Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

District/off: 0539-2                                    User: admin                                    Page 16 of 28
Date Rcvd: Sep 24, 2025                              Form ID: pdf012                              Total Noticed: 80

John F. Massouh

    on behalf of Intervenor-Plaintiff Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor AJ Jacques Living Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant KATIE LESH john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Scarlet and Black Cattle  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Buss Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Jared Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant COLBY VANBUSKIRK john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Arnold Braun Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant SAM VANBUSKIRK john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Colton Long john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Scott Long Colton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant WADE GUNGOLL john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Colby VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Jim Rininger john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant DUSTIN JOHNSON john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Amy Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant JANET VANBUSKIRK john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Janice Lawhon john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Robert Braun john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Robert Spring john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Colby Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Craig Sutton john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Edwin D. Buss john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant GUNGOLL CATTLE CO  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Buss Family Trust john.massouh@sprouselaw.com sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Douglas Finley john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Dustin Johnson john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Steve T Scott Farms  Inc. john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Lyndal Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant JARED LESH john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Jordan Lesh  LLC john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Janet Van Buskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant BRYAN BLACKMAN john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Ronnie Gray john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Charles Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Leah Gungoll john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Susan VanBuskirk john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Nikki Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Sherle Lockwood john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant PEGGY GREER john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Joel Brookshire john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Gary Lesh john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Jimmy Greer john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Plaintiff Michael Evans john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Eddie Bryant john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Lesh Family Trust john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant Gray Brothers Cattle john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Creditor Steve Ryan john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Intervenor-Plaintiff Gene Brookshire Family  LP john.massouh@sprouselaw.com, sherida.stone@sprouselaw.com

John F. Massouh

    on behalf of Defendant DENNIS BUSS john.massouh@sprouselaw.com  sherida.stone@sprouselaw.com

District/off: 0539-2                             User: admin                             Page 18 of 28

Date Rcvd: Sep 24, 2025                          Form ID: pdf012                          Total Noticed: 80

John H. Lovell

     on behalf of Defendant HTLF Bank john@lovell-law.net  tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

     on behalf of Plaintiff HTLF Bank  Successor-in-Interest to First Bank & Trust john@lovell-law.net,
     tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

     on behalf of Debtor McClain Feed Yard  Inc. john@lovell-law.net,
     tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

     on behalf of Creditor Cory Jesko john@lovell-law.net  tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

     on behalf of Creditor Lone Star Bank of West Texas john@lovell-law.net
     tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John H. Lovell

     on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust john@lovell-law.net,
     tiffany@lovell-law.net;trinity@lovell-law.net;courtney@lovell-law.net

John R. Lane, Jr.

     on behalf of Creditor Robert & Rachel Stewart johnlaneassociates@gmail.com
     mcountryman@jrl-law.com;rdaniel@jrl-law.com;johnlane@jrl-law.com

John Robert Nelson

     on behalf of Creditor Caterpillar Financial Services Corporation jnelson@dickinsonwright.com  mdallaire@dickinsonwright.com

Joseph H Mattingly

     on behalf of Defendant Don Ralph Barrett joe@mattinglylawoffices.com

Joseph H Mattingly

     on behalf of Defendant Barrett's Livestock Inc. joe@mattinglylawoffices.com

Joseph H Mattingly

     on behalf of Defendant Michael Acey joe@mattinglylawoffices.com

Joseph H Mattingly

     on behalf of Defendant Acey Livestock  LLC joe@mattinglylawoffices.com

Joshua D. Kundert

     on behalf of Defendant Sherle Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Plaintiff Nikki Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Plaintiff Dora Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Intervenor-Plaintiff Charles Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Intervenor-Plaintiff Lyndal Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Plaintiff Ronnie Gray josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Plaintiff Bryan Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Defendant Bryan Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Defendant Dustin Johnson josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Defendant Janice Lawhon josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Plaintiff Michael Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Plaintiff Robert Spring josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Defendant Lyndal VanBuskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

     on behalf of Plaintiff Janet Van Buskirk josh.kundert@sprouselaw.com

District/off: 0539-2                          User: admin                          Page 19 of 28
Date Rcvd: Sep 24, 2025                       Form ID: pdf012                       Total Noticed: 80

Joshua D. Kundert

on behalf of Plaintiff Jordan Lesh  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jimmy Greer josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Lesh Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Gary Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Robert Spring josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Miranda Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Susan Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Lyndal Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Craig Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Colette Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Cole Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Sherle Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Morrison Cafe  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jared Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Craig Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Amy Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Dora Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Jan Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Michael Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Robert E Gray josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Dustin Johnson josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Lesh Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Dennis Buss josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Douglas Finley josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff AJ Jacques Living Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Bryan Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Lesh Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Amy Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gray Brothers josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Sherle Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Dennis Buss josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Arnold Braun Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Steve T Scott Farm  Inc. josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Robert E Gray josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Janice Lawhon josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Robert Braun josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Steve T Scott Farm  Inc. josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Charles Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Cole Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Leah Gungoll josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jan Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant A.J. Jacques Living Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Colby Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Dustin Johnson josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Eddie Bryant josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Miranda Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Arnold Braun Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Dora Blackman josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Buss Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Susan VanBuskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Joel Brookshire josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jordan Lesh  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Dennis Buss josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Bradley Gungoll josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Nikki Lockwood josh.kundert@sprouselaw.com

District/off: 0539-2                          User: admin                                    Page 21 of 28
Date Rcvd: Sep 24, 2025                      Form ID: pdf012                              Total Noticed: 80

Joshua D. Kundert

on behalf of Defendant Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Gary Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Gray Brothers josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Jared Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Eddie Bryant josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Janet VanBuskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Leah Gungoll josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Buss Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Eddie Bryant josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Charles Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Scott Livestock Company  Inc. josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Nikki Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Douglas Finley josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Colby Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Jan Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Jimmy Greer josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Arnold Braun josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Amy Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Jim Rininger josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Gungoll Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Steve Ryan josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Morrison Cafe  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Scott Livestock Company  Inc. josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Leah Gungoll josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Colby VanBuskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Robert Braun josh.kundert@sprouselaw.com

District/off: 0539-2    User: admin    Page 22 of 28
Date Rcvd: Sep 24, 2025    Form ID: pdf012    Total Noticed: 80

Joshua D. Kundert

on behalf of Plaintiff Douglas Finley josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Jim Rininger josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Morrison Cafe  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Susan Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff AJ Jacques Living Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Robert Braun josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Cole Lockwood josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Michael Evans josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Edwin D. Buss josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Gene Brookshire Family  LP josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Gary Lesh josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Joel Brookshire josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Ronnie Gray josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Janet Van Buskirk josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Scarlet & Black Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Janice Lawhon josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Joel Brookshire josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Craig Sutton josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Buss Family Trust josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Steve Ryan josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Intervenor-Plaintiff Scarlet and Black Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Plaintiff Scarlet and Black Cattle  LLC josh.kundert@sprouselaw.com

Joshua D. Kundert

on behalf of Defendant Jared Lesh josh.kundert@sprouselaw.com

Keith James Larson

on behalf of Interested Party Community Financial Services Bank kjl@mpmfirm.com

Kenneth A. Hill

on behalf of Trustee Kent David Ries kenhill@qslwm.com  dcruz@qslwm.com

Kenneth A. Hill

on behalf of Spec. Counsel Quilling  Selander, Lownds, Winslett & Moser, P.C. kenhill@qslwm.com, dcruz@qslwm.com

Kenneth R. Netardus

on behalf of Creditor Open A Arena  LLC knetardus@sjblawfirm.com, rmcmurry@sjblawfirm.com

Kenneth R. Netardus

on behalf of Creditor Edward Lewis Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com

District/off: 0539-2 | User: admin | Page 23 of 28
Date Rcvd: Sep 24, 2025 | Form ID: pdf012 | Total Noticed: 80

Kenneth R. Netardus
on behalf of Creditor Rieta May Dufurrena knetardus@sjblawfirm.com  rmcmurry@sjblawfirm.com

Kent Hale
on behalf of Defendant GARWOOD CATTLE COMPANY khale@mhbg.com

Kent Hale
on behalf of Defendant STANLEY AYERS khale@mhbg.com

Kent Hale
on behalf of Defendant REINERT HAY CO khale@mhbg.com

Kent Hale
on behalf of Defendant PATRICK BAKER khale@mhbg.com

Kent David Ries
on behalf of Interested Party Law Office of Kent Ries kent@kentries.com

Kent David Ries
on behalf of Trustee Kent David Ries trustee@kentries.com  TX41@ecfcbis.com

Kent David Ries
trustee@kentries.com  TX41@ecfcbis.com

Kent David Ries
on behalf of Defendant Kent Ries kent@kentries.com

Kent David Ries
on behalf of Trustee Kent Ries kent@kentries.com

Kerry L. Haliburton
on behalf of Creditor AgTexas Farm Credit Services  AgTexas, PCA, and Thorlakson Diamond T Feeders, LP
haliburton@namanhowell.com, karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Kerry L. Haliburton
on behalf of Creditor Keeling Cattle Feeders Inc. haliburton@namanhowell.com
karen@namanhowell.com;raquel@namanhowell.com;belinda@namanhowell.com

Kyle Weldon
on behalf of Intervenor Priest Cattle Company  Ltd. kyle@bradburycounsel.com

Kyle Weldon
on behalf of Creditor W. Robbie Russell Living Trust kyle@bradburycounsel.com

Kyle Weldon
on behalf of Creditor Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon
on behalf of Intervenor Eddie Stewart kyle@bradburycounsel.com

Kyle Weldon
on behalf of Intervenor W. Robbie Russell Living Trust kyle@bradburycounsel.com

Kyle Weldon
on behalf of Intervenor Priest Victory Investment  LLC kyle@bradburycounsel.com

Kyle Weldon
on behalf of Intervenor Wiley Roby Russell Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon
on behalf of Creditor Priest Victory Investment LLC kyle@bradburycounsel.com

Kyle Weldon
on behalf of Creditor Wiley Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon
on behalf of Creditor Wiley Roby Russell  Jr. kyle@bradburycounsel.com

Kyle Weldon
on behalf of Creditor Priest Cattle Company  Ltd. kyle@bradburycounsel.com

Kyle Weldon
on behalf of Creditor Robbie Russell kyle@bradburycounsel.com

Lynn Hamilton Butler
on behalf of Defendant Mechanics Bank lynn.butler@huschblackwell.com
penny.keller@huschblackwell.com;christine.deacon@huschblackwell.com

Marcus Herbert
on behalf of Interested Party Kristain McClain herbertlaw@vci.net  marcus.herbertbk@gmail.com

Marcus Herbert
on behalf of Interested Party Crystal McClain herbertlaw@vci.net  marcus.herbertbk@gmail.com

Marcus Herbert
on behalf of Interested Party Piper Olivia Mcclain herbertlaw@vci.net  marcus.herbertbk@gmail.com

Matthew M. Cannon
on behalf of Plaintiff Rabo AgriFinance LLC mcannon@rqn.com  lbeidoun@rqn.com;docket@rqn.com

Matthew M. Cannon
on behalf of Defendant Rabo AgriFinance  LLC mcannon@rqn.com, lbeidoun@rqn.com;docket@rqn.com

Matthew M. Cannon
on behalf of Cross-Claimant Rabo AgriFinance  LLC mcannon@rqn.com, lbeidoun@rqn.com;docket@rqn.com

Matthew M. Cannon
on behalf of 3rd Pty Defendant Rabo AgriFinance  LLC mcannon@rqn.com, lbeidoun@rqn.com;docket@rqn.com

Matthew S Merriott
on behalf of Cross Defendant First Bank & Trust mmerriott@mhba.com  lsteen@mhba.com

Matthew S Merriott
on behalf of Defendant HTLF Bank  Successor-in-Interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S Merriott
on behalf of Defendant HTLF Bank mmerriott@mhba.com  lsteen@mhba.com

Matthew S Merriott
on behalf of Plaintiff HTLF Bank  Successor-in-Interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S Merriott
on behalf of Interested Party HTLF Bank  successor in interest to First Bank & Trust mmerriott@mhba.com, lsteen@mhba.com

Matthew S. Muckleroy
on behalf of Defendant Shawn Ragland mmuckleroy@cwl.law  paralegal2@cwl.law

Max Ralph Tarbox
on behalf of Debtor 7M Cattle Feeders  Inc. jessica@tarboxlaw.com,
tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox
on behalf of Debtor McClain Feed Yard  Inc. jessica@tarboxlaw.com,
tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Max Ralph Tarbox
on behalf of Debtor McClain Farms  Inc. jessica@tarboxlaw.com,
tami@tarboxlaw.com;bkecf_tarbox@bkexpress.info;rmr76455@notify.bestcase.com

Michael R. Johnson
on behalf of Creditor Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson
on behalf of Defendant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson
on behalf of 3rd Pty Defendant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson
on behalf of Cross-Claimant Rabo AgriFinance  LLC mjohnson@rqn.com, asanchez@rqn.com;docket@rqn.com

Michael R. Johnson
on behalf of Plaintiff Rabo AgriFinance LLC mjohnson@rqn.com  asanchez@rqn.com;docket@rqn.com

Michael S Duncan
on behalf of Plaintiff Thorlakson Diamond T Feeders  LP mduncan@namanhowell.com

Michael S Duncan
on behalf of Plaintiff AGTexas Farm Credit Services mduncan@namanhowell.com

Michael S Duncan
on behalf of Plaintiff AgTexas PCA mduncan@namanhowell.com

Michelle D. Esparza, I
on behalf of Creditor Caterpillar Financial Services Corporation michelle.esparza@kempsmith.com
Chelsea.Salgado@kempsmith.com

Nathaniel Anson Plemons
on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED
YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. Nathaniel.Plemons@oag.texas.gov,
mgonzalez@lynnllp.com

Nathaniel Anson Plemons
on behalf of Trustee Kent David Ries Nathaniel.Plemons@oag.texas.gov  mgonzalez@lynnllp.com

Nicole E. Gorovsky
on behalf of Creditor Northland Capital Financial Services  LLC ngorovsky@frankelrubin.com, cwoods@jenkinskling.com

Peter Sode
> on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. csode@lynnllp.com, mspear@lynnllp.com

Rachel E Barr
> on behalf of Plaintiff Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com

Rachel E Barr
> on behalf of Creditor AgTexas  PCA rbarr@namanhowell.com

Rachel E Barr
> on behalf of Plaintiff AGTexas Farm Credit Services rbarr@namanhowell.com

Rachel E Barr
> on behalf of Defendant Thorlakson Diamond T Feeders  LP rbarr@namanhowell.com

Rachel E Barr
> on behalf of Plaintiff AgTexas  PCA rbarr@namanhowell.com

Richard A. Illmer
> on behalf of 3rd Pty Defendant Mechanics Bank rick.illmer@huschblackwell.com karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com,Kerri.mata@huschblackwell.com,javon.johnson@huschblackwell.com

Richard A. Illmer
> on behalf of Defendant Mechanics Bank rick.illmer@huschblackwell.com karen.massey@huschblackwell.com,dee.baatz@huschblackwell.com,Kerri.mata@huschblackwell.com,javon.johnson@huschblackwell.com

Shawn Kevin Brady
> on behalf of Creditor Citizens Bank NA sgodwin@brady-law-firm.com  sbrady@brady-law-firm.com

Stephen Barnes
> on behalf of Interested Party Chelsea McClain sbarnes@wgmfirm.com

Stephen Barnes
> on behalf of Defendant CHELSEA MCCLAIN sbarnes@wgmfirm.com

Steven G Gersten
> on behalf of Plaintiff KENT RIES  CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF MCCLAIN FEED YARD, INC., MCCLAIN FARMS, INC., AND 7M CATTLE FEEDERS, INC. sgersten@lynnllp.com, sjohnston@lynnllp.com

Steven G Gersten
> on behalf of Trustee Kent Ries (Trustee) sgersten@lynnllp.com  sjohnston@lynnllp.com

Steven G Gersten
> on behalf of Plaintiff Kent Ries sgersten@lynnllp.com  sjohnston@lynnllp.com

Steven Lee Hoard
> on behalf of Defendant Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
> on behalf of Defendant Hines Farms  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
> on behalf of Defendant KEITH HARRIS FARMS shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
> on behalf of Creditor Hines Cattle Company  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
> on behalf of Defendant PITTMAN FARMS shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
> on behalf of Defendant RICK RODGERS shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
> on behalf of Defendant TYLER PITTMAN shoard@mhba.com ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
> on behalf of Defendant JEFF JESKO shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
> on behalf of Defendant Don Jones Farm  Inc. shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Shaw & Shaw Farms Partnership LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant ERIC DEJARNATT shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Don Jones Trucking  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant JOE BURNETT shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant PATRICIA JESKO shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Riley Livestock  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant CORY JESKO shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Hines Cattle Company  LLC shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant CALEB LITTLE shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Curtis Jones Farms shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant STANLEY KEITH MYERS shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Don Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Hines Farms  LLC shoard@mhba.com, ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Curtis Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant MYKEL TIDWELL shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Don Jones Farms  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant J&S INVESTMENTS shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Steven Hines shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant BRENT BURNETT shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Creditor Riley Livestock  Inc. shoard@mhba.com,
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Shaw & Shaw Farms Partnership LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant Bar D Ranch Land & Cattle LLC shoard@mhba.com
ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard

on behalf of Defendant John Tidwell shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

District/off: 0539-2                                          User: admin                                          Page 27 of 28
Date Rcvd: Sep 24, 2025                                       Form ID: pdf012                                      Total Noticed: 80

Steven Lee Hoard
                        on behalf of Defendant THOMAS FRITH shoard@mhba.com
                        ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                        on behalf of Defendant Don Jones Trucking  Inc. shoard@mhba.com,
                        ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                        on behalf of Creditor Bar D Ranch Land & Cattle LLC shoard@mhba.com
                        ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                        on behalf of Defendant N. Terry Dicks shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                        on behalf of Defendant TGF RANCH shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                        on behalf of Defendant DWIGHT JESKO shoard@mhba.com
                        ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                        on behalf of Creditor Hines Farms shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                        on behalf of Creditor David Hines shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                        on behalf of Defendant Curtis Jones Farms shoard@mhba.com
                        ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Steven Lee Hoard
                        on behalf of Creditor Kinsey Jones shoard@mhba.com  ssepulveda@mhba.com;eanderson@mhba.com;bbowen@mhba.com

Thomas C. Riney
                        on behalf of Plaintiff Rabo AgriFinance LLC tom.riney@uwlaw.com
                        hhendricks@rineymayfield.com;rduke@rineymayfield.com;jschulte@rineymayfield.com;colguin@rineymayfield.com;dfields@ri
                        neymayfield.com

Todd Farmer
                        on behalf of Interested Party Kinsey Moreland todd@farmerwright.com  stephanie@sfk-law.com

Todd Farmer
                        on behalf of Defendant Meagan Goad todd@farmerwright.com  stephanie@sfk-law.com

Todd Farmer
                        on behalf of Interested Party Meagan B. Goad todd@farmerwright.com  stephanie@sfk-law.com

Todd Jeffrey Johnston
                        on behalf of Counter-Claimant Rebecca Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
                        on behalf of Counter-Defendant Rebecca Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
                        on behalf of Defendant Angela Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
                        on behalf of Counter-Claimant 2B Farms tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
                        on behalf of Defendant Angie Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
                        on behalf of Creditor 2B Farms  a Texas General Partnership, and Terry and Rebecca Robinson tjohnston@mcjllp.com,
                        tlofgren@mcjllp.com

Todd Jeffrey Johnston
                        on behalf of Defendant 2B Farms  a General Texas Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston
                        on behalf of 3rd Party Plaintiff 2B Farms tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
                        on behalf of Defendant Terry Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston
                        on behalf of Counter-Defendant 2B Farms  a General Texas Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston
                        on behalf of Counter-Defendant Terry Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

District/off: 0539-2
Date Rcvd: Sep 24, 2025

User: admin

Form ID: pdf012

Page 28 of 28

Total Noticed: 80

Todd Jeffrey Johnston

on behalf of 3rd Party Plaintiff Rebecca Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of 3rd Party Plaintiff 2B Farms  a General Texas Partnership tjohnston@mcjllp.com, tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Defendant Rebecca Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of Counter-Claimant Terry Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

Todd Jeffrey Johnston

on behalf of 3rd Party Plaintiff Terry Robinson tjohnston@mcjllp.com  tlofgren@mcjllp.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

Whitney A Davis

on behalf of Defendant PHILIP RAPP whit@ekdlaw.com

Whitney A Davis

on behalf of Creditor Philip E Rapp whit@ekdlaw.com

Whitney A Davis

on behalf of Defendant Drake Cattle Company whit@ekdlaw.com

Whitney A Davis

on behalf of Defendant Joshua Ray Drake whit@ekdlaw.com

Whitney A Davis

on behalf of Defendant GALE FORCE QUARTER HORSES whit@ekdlaw.com

William Adam Franklin

on behalf of Interested Party Kinsey Moreland bfranklin@bdflawfirm.com

William Adam Franklin

on behalf of Interested Party Chelsea McClain bfranklin@bdflawfirm.com

William Adam Franklin

on behalf of Interested Party Meagan B. Goad bfranklin@bdflawfirm.com

William Adam Franklin

on behalf of Defendant CHELSEA MCCLAIN bfranklin@bdflawfirm.com

William Heath Hendricks

on behalf of Creditor Rabo AgriFinance  LLC heath.hendricks@uwlaw.com,
roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

William Heath Hendricks

on behalf of Plaintiff Rabo AgriFinance LLC heath.hendricks@uwlaw.com
roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

William Heath Hendricks

on behalf of Defendant Rabo AgriFinance  LLC heath.hendricks@uwlaw.com,
roberta.duke@uwlaw.com;isabel.esparza@uwlaw.com

TOTAL: 675