HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

SPECIAL COUNSEL TO THE TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § § | CASE NO. 23-20084-swe7 |
| Debtors. | § § | Jointly Administered |

## CERTIFICATE OF NO OBJECTIONS

I hereby certify that on September 9, 2025, I filed the *Trustee's Motion to Approve Payment of Service Expenses* [Docket No. 367] (the "Motion") which contained ten (10) day negative notice language. As of today's date, no responses or objections to the Motion have been filed.

Dated: October 6, 2025

    Respectfully submitted,

    */s/ Hudson M. Jobe*
    Hudson M. Jobe
    Texas Bar No. 24041189
    JOBE LAW PLLC
    6060 North Central Expressway, Suite 500
    Dallas, Texas 75206
    (214) 807-0563
    hjobe@jobelawpllc.com

    SPECIAL COUNSEL TO THE TRUSTEE

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-SWE), McClain Farms, Inc. (Case No. 23-20085-SWE), and 7M Cattle Feeders, Inc. (Case No. 23-20086-SWE).

**Page 1**

Alan Dabdoub
State Bar No. 24056836
adabdoub@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: 214-981-3800
Facsimile: 214-981-3839

SPECIAL COUNSEL TO THE TRUSTEE