ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

SPECIAL COUNSEL TO THE TRUSTEE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| McClain Feed Yard, Inc., et al., | § | Case No. 23-20084-swe7 |
| | § | |
| Debtors. | § | |
| | § | Jointly Administered |

## THE TRUSTEE'S MOTION TO SEAL EXHIBITS TO HIS MOTION TO COMPEL

Kent Ries, Chapter 7 Trustee of the bankruptcy estates of McClain Feed Yard, Inc. ("**MFY**") (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. ("**7M**") (Case No. 23-20086-swe) (the "**Trustee**"), respectfully moves the Court to seal Exhibits D and E (the "**Exhibits**") to a Motion to Compel filed by the Trustee and docketed as ECF No. 381 in the above-captioned action. The Court should grant the Trustee's Motion to Seal.

1. On October 20, 2025, the Trustee filed a Motion to Compel production of certain documents by Defendant Community Financial Services Bank ("**CFSB**") (*see* ECF No. 381).

2. After that Motion to Compel was filed, it came to the Trustee's attention that the Exhibits contain sensitive financial account information.

3. In the interests of collaboration with all parties about protection of confidential and sensitive information, the Trustee requests that the Court seal the Exhibits such that they are not accessible on the Court's public docket.

Respectfully submitted,

*/s/ Alan Dabdoub*
Alan Dabdoub
  State Bar No. 24056836
  adabdoub@lynnllp.com
Campbell Sode
  State Nar No. 24134507
  csode@lynnllp.com
Farsheed Fozouni
  State Bar No. 24097705
  ffozouni@lynnllp.com
Steven G. Gersten
  State Bar No. 24087579
  sgersten@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
  2100 Ross Avenue, Suite 2700
  Dallas, Texas 75201
  Telephone:    214-981-3800
  Facsimile:    214-981-3839

*/s/ Hudson M. Jobe*
Hudson M. Jobe
  Texas Bar No. 24041189
  hjobe@jobelawpllc.com
**JOBE LAW PLLC**
  6060 North Central Expressway, Suite 500
  Dallas, Texas 75206
  (214) 807-0563

**SPECIAL COUNSEL TO THE TRUSTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 21, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on all parties that have appeared and requested notice via the Court's ECF system.

*/s/ Alan Dabdoub*
Alan Dabdoub