ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

SPECIAL COUNSEL TO THE TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| McClain Feed Yard, Inc., et al., | § | Case No. 23-20084-swe7 |
| | § | |
| Debtors. | § | |
| | § | Jointly Administered |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Court shall hold a hearing on **November 19, 2025 at 10:30 a.m.** on *Trustee's Motion to Compel CFSB's Compliance with Rule 2004 Document Subpoena* (Docket No. 381) before the Honorable Scott W. Everett, United States Bankruptcy Judge for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242.

PLEASE TAKE FURTHER NOTICE that parties may appear in person or via WebEx (by video or telephone via the Court's WebEx platform):

**For WebEx Video Participation/Attendance**: Link: https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Only Participation/Attendance**: Dial-In: 1-650-479-3207 Access Code: 2304 017 9738

A copy of the WebEx Hearing Instructions is attached hereto as **Exhibit A**.

Dated this 23rd day of October 2025.

    Respectfully submitted,

    */s/ Alan Dabdoub*
    Alan Dabdoub
    State Bar No. 24056836
    adabdoub@lynnllp.com
    Campbell Sode
    State Nar No. 24134507
    csode@lynnllp.com
    Farsheed Fozouni
    State Bar No. 24097705
    ffozouni@lynnllp.com
    Steven G. Gersten
    State Bar No. 24087579
    sgersten@lynnllp.com
    **LYNN PINKER HURST & SCHWEGMANN LLP**
    2100 Ross Avenue, Suite 2700
    Dallas, Texas 75201
    Telephone: 214-981-3800
    Facsimile: 214-981-3839

    */s/ Hudson M. Jobe*
    Hudson M. Jobe
    Texas Bar No. 24041189
    hjobe@jobelawpllc.com
    **JOBE LAW PLLC**
    6060 North Central Expressway, Suite 500
    Dallas, Texas 75206
    Telephone: 214-807-0563

    **SPECIAL COUNSEL TO THE TRUSTEE**

### CERTIFICATE OF SERVICE

I hereby certify that, on October 23, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on all parties that have appeared and requested notice via the Court's ECF system.

    */s/ Alan Dabdoub*
    Alan Dabdoub