

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 31, 2025**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| McClain Feed Yard, Inc., et al., | § | Case No. 23-20084-swe7 |
| | § | |
| Debtors. | § | |
| | § | Jointly Administered |

### PROPOSED ORDER GRANTING THE TRUSTEE'S
### MOTION TO SEAL EXHIBITS TO HIS MOTION TO COMPEL

Before the Court is the Trustee's Motion to Seal Exhibits D and E to ECF No. 381 (the "**Exhibits**").

After considering the Trustee's Motion to Seal, the applicable authorities, and the material to be sealed, the Court **GRANTS** the Motion to Seal. The Clerk shall **SEAL** the Exhibits such that they are not accessible via the Court's public docket.

### END OF ORDER ###

Respectfully submitted,

*/s/ Alan Dabdoub*
Alan Dabdoub
  State Bar No. 24056836
  adabdoub@lynnllp.com
Campbell Sode
  State Nar No. 24134507
  csode@lynnllp.com
Farsheed Fozouni
  State Bar No. 24097705
  ffozouni@lynnllp.com
Steven G. Gersten
  State Bar No. 24087579
  sgersten@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
  2100 Ross Avenue, Suite 2700
  Dallas, Texas 75201
  Telephone: 214-981-3800
  Facsimile:  214-981-3839

*/s/ Hudson M. Jobe*
Hudson M. Jobe
  Texas Bar No. 24041189
  hjobe@jobelawpllc.com
**JOBE LAW PLLC**
  6060 North Central Expressway, Suite 500
  Dallas, Texas 75206
  (214) 807-0563

**SPECIAL COUNSEL TO THE TRUSTEE**

### CERTIFICATE OF SERVICE

I hereby certify that, on October 21, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on all parties that have appeared and requested notice via the Court's ECF system.

                                        */s/ Alan Dabdoub*
                                        Alan Dabdoub