ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

SPECIAL COUNSEL TO THE TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 7 |
| McClain Feed Yard, Inc., et al., | § § | Case No. 23-20084-swe7 |
| Debtors. | § § § | Jointly Administered |

## TRUSTEE'S MOTION TO SEAL EXHIBIT
## TO HIS AMENDED MOTION TO COMPEL

Kent Ries, Chapter 7 Trustee of the bankruptcy estates of McClain Feed Yard, Inc. ("**MFY**") (Case No. 23-20084-swe), McClain Farms, Inc. (Case No. 23-20085-swe), and 7M Cattle Feeders, Inc. ("**7M**") (Case No. 23-20086-swe) (the "**Trustee**"), respectfully moves the Court to seal Exhibit K (the "**Exhibit**") to a Motion to Compel filed by the Trustee and docketed as ECF No. 386-11 in the above-captioned action. The Court should grant the Trustee's Motion to Seal.

1. On November 5, 2025, the Trustee filed an Amended Motion to Compel production of certain documents by Defendant Community Financial Services Bank ("**CFSB**") (*see* ECF No. 386).

2. After that Motion to Compel was filed, it came to the Trustee's attention that the Trustee's Motion was filed with the Exhibit that contained individual names and full account numbers.

3. In the interests of collaboration with all parties about protection of confidential and sensitive information, the Trustee requests that the Court seal Exhibit K (ECF No. 386-11) such that it is not accessible on the Court's public docket.

Respectfully submitted,

*/s/ Alan Dabdoub*
Alan Dabdoub
 State Bar No. 24056836
 adabdoub@lynnllp.com
 Campbell Sode
 State Nar No. 24134507
 csode@lynnllp.com
Farsheed Fozouni
 State Bar No. 24097705
 ffozouni@lynnllp.com
Steven G. Gersten
 State Bar No. 24087579
 sgersten@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
 2100 Ross Avenue, Suite 2700
 Dallas, Texas 75201
 Telephone: 214-981-3800
 Facsimile: 214-981-3839

*/s/ Hudson M. Jobe*
Hudson M. Jobe
 Texas Bar No. 24041189
 hjobe@jobelawpllc.com
**JOBE LAW PLLC**
 6060 North Central Expressway, Suite 500
 Dallas, Texas 75206
 (214) 807-0563

**SPECIAL COUNSEL TO THE TRUSTEE**

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 6, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on all parties that have appeared and requested notice via the Court's ECF system.

/s/ *Alan Dabdoub*
Alan Dabdoub