

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed November 13, 2025**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| McClain Feed Yard, Inc., et al., | § | Case No. 23-20084-swe7 |
| | § | |
| Debtors. | § | |
| | § | Jointly Administered |

### ORDER GRANTING THE TRUSTEE'S MOTION TO
### SEAL EXHIBIT TO HIS AMENDED MOTION TO COMPEL

Before the Court is the Trustee's Motion to Seal Exhibit to ECF No. 386.

After considering the Trustee's Motion to Seal, the applicable authorities, and the material to be sealed, the Court **GRANTS** the Motion to Seal. The Clerk shall **SEAL** Exhibit K (ECF No. 386-11) such that it is not accessible via the Court's public docket.

### END OF ORDER ###

Respectfully submitted,

*/s/ Alan Dabdoub*
Alan Dabdoub
  State Bar No. 24056836
  adabdoub@lynnllp.com
Campbell Sode
  State Nar No. 24134507
  csode@lynnllp.com
Farsheed Fozouni
  State Bar No. 24097705
  ffozouni@lynnllp.com
Steven G. Gersten
  State Bar No. 24087579
  sgersten@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN LLP**
  2100 Ross Avenue, Suite 2700
  Dallas, Texas 75201
  Telephone:  214-981-3800
  Facsimile:   214-981-3839

*/s/ Hudson M. Jobe*
Hudson M. Jobe
  Texas Bar No. 24041189
  hjobe@jobelawpllc.com
**JOBE LAW PLLC**
  6060 North Central Expressway, Suite 500
  Dallas, Texas 75206
  (214) 807-0563

**SPECIAL COUNSEL TO THE TRUSTEE**

### CERTIFICATE OF SERVICE

I hereby certify that, on November 6, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on all parties that have appeared and requested notice via the Court's ECF system.

*/s/ Alan Dabdoub*
Alan Dabdoub