ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

SPECIAL COUNSEL TO THE TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| McClain Feed Yard, Inc., et al., | § | Case No. 23-20084-swe7 |
| | § | |
| Debtors. | § | |
| | § | Jointly Administered |

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Court shall hold a hearing on **December 11, 2025, at 3:00 p.m.** on *Trustee's Amended Motion to Compel CFSB's Compliance with Rule 2004 Document Subpoena* (Docket No. 386) before the Honorable Scott W. Everett, United States Bankruptcy Judge for the Northern District of Texas, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, Texas 75242.

PLEASE TAKE FURTHER NOTICE that parties may appear in person or via WebEx (by video or telephone via the Court's WebEx platform):

**For WebEx Video Participation/Attendance**: Link: https://us-courts.webex.com/meet/everett

**For WebEx Telephonic Only Participation/Attendance**: Dial-In: 1-650-479-3207 Access Code: 2304 017 9738

A copy of the WebEx Hearing Instructions is attached hereto as **Exhibit A**.

Dated this 14th day of November 2025.

        Respectfully submitted,

        */s/ Alan Dabdoub*
        Alan Dabdoub
        State Bar No. 24056836
        adabdoub@lynnllp.com
        Campbell Sode
        State Nar No. 24134507
        csode@lynnllp.com
        Farsheed Fozouni
        State Bar No. 24097705
        ffozouni@lynnllp.com
        Steven G. Gersten
        State Bar No. 24087579
        sgersten@lynnllp.com
        **LYNN PINKER HURST & SCHWEGMANN LLP**
        2100 Ross Avenue, Suite 2700
        Dallas, Texas 75201
        Telephone: 214-981-3800
        Facsimile: 214-981-3839

        */s/ Hudson M. Jobe*
        Hudson M. Jobe
        Texas Bar No. 24041189
        hjobe@jobelawpllc.com
        **JOBE LAW PLLC**
        6060 North Central Expressway, Suite 500
        Dallas, Texas 75206
        Telephone: 214-807-0563

        **SPECIAL COUNSEL TO THE TRUSTEE**

## CERTIFICATE OF SERVICE

I hereby certify that, on November 14, 2025, a true and correct copy of the foregoing was served via the Court's ECF system on all parties that have appeared and requested notice via the Court's ECF system.

*/s/ Alan Dabdoub*
Alan Dabdoub