

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

**Signed November 19, 2025**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al., | § | CASE NO. 23-20084-SWE-7 |
| | § | |
| Debtors. | § | Jointly Administered |

### ORDER GRANTING THIRD INTERIM APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES OF LYNN PINKER HURST & SCHWEGMANN, LLP SPECIAL COUNSEL FOR CHAPTER 7 TRUSTEE

On this day came for consideration the *Third Interim Application for Allowance of Fees and Expenses of Lynn Pinker Hurst & Schwegmann, LLP, Special Counsel for Chapter 7 Trustee* (the "Application"), filed by Lynn Pinker Hurst & Schwegmann, LLP ("Lynn Pinker"), special contingency counsel for Kent Ries (the "Trustee"), the duly appointed Chapter 7 trustee of the bankruptcy estate (the "Estate") of McClain Feed Yard, Inc.; McClain Farms, Inc.; and 7M Cattle Feeders, Inc. (the "Debtors") in the above-styled and numbered Bankruptcy case (the "Bankruptcy Case").

Finding that service and notice of the Application was sufficient and appropriate and, having considered the Application and the record, it is hereby:

ORDERED that the Application is APPROVED; it is further

ORDERED that Lynn Pinker is awarded, on an interim basis, fees for representing the Trustee in this Bankruptcy Case of $23,127.50 and expenses for representing the Trustee in this Bankruptcy of $555.94; it is further

ORDERED that the Trustee is authorized and directed to pay Lynn Pinker, on an interim basis, from the Estate the amount of $23,683.44.

### END OF ORDER ###