**EXHIBIT A-1**

# Attorney-Client Privilege

**From:** Rick Cass <fcass@lainfaulkner.com>
**Sent:** Wednesday, October 18, 2023 3:54 PM
**To:** Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Kent Ries <kent@kentries.com>; Hudson Jobe <hjobe@qslwm.com>
**Subject:** RE: "Caution" RE: [EXTERNAL] - RE: Community Financial Services Bank

Would it be possible for the bank to provide a CSV file of the bank activity now and send the bank statements/enclosures when she is finished?

Thanks for the update!

Frederick "Rick" F. Cass
**LainFaulkner**
400 N. Saint Paul
The Hartford Bldg.
Suite 600
Dallas, TX  75201
Direct: 214.777.0262
Main: 214.720.1929
Fax: 214.720.1450

**From:** Keith J. Larson <kjl@mpmfirm.com>

**Sent:** Wednesday, October 18, 2023 2:49 PM
**To:** Rick Cass <fcass@lainfaulkner.com>
**Cc:** Kent Ries <kent@kentries.com>; Hudson Jobe <hjobe@qslwm.com>
**Subject:** RE: "Caution" RE: [EXTERNAL] - RE: Community Financial Services Bank

The bank said they should have everything by Friday or Monday at the very latest. Apparently the woman who was pulling the documents together had been out of the office.

Thank you,

Keith

**From:** Rick Cass <fcass@lainfaulkner.com>
**Sent:** Wednesday, October 18, 2023 3:21 PM
**To:** Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Kent Ries <kent@kentries.com>; Hudson Jobe <hjobe@qslwm.com>
**Subject:** FW: "Caution" RE: [EXTERNAL] - RE: Community Financial Services Bank

Keith – can you send me ETA of this request?

Tks

Frederick "Rick" F. Cass
**LainFaulkner**
400 N. Saint Paul
The Hartford Bldg.
Suite 600
Dallas, TX  75201
Direct: 214.777.0262
Main: 214.720.1929
Fax: 214.720.1450

**From:** Rick Cass
**Sent:** Monday, October 2, 2023 1:16 PM
**To:** Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Kent Ries <kent@kentries.com>; Hudson Jobe <hjobe@qslwm.com>
**Subject:** RE: "Caution" RE: [EXTERNAL] - RE: Community Financial Services Bank

Following up on status of request.

Frederick "Rick" F. Cass
**LainFaulkner**
400 N. Saint Paul
The Hartford Bldg.
Suite 600
Dallas, TX  75201

Direct: 214.777.0262
Main: 214.720.1929
Fax: 214.720.1450

---

**From:** Keith J. Larson <kjl@mpmfirm.com>
**Sent:** Thursday, September 21, 2023 12:40 PM
**To:** Kent Ries <kent@kentries.com>; Hudson Jobe <hjobe@qslwm.com>
**Cc:** Rick Cass <fcass@lainfaulkner.com>
**Subject:** RE: "Caution" RE: [EXTERNAL] - RE: Community Financial Services Bank

Let me circle back with the bank and see about logistics on how to best get you this information. But, yes, we will start compiling this information.

Keith

---

**From:** Kent Ries <kent@kentries.com>
**Sent:** Thursday, September 21, 2023 1:37 PM
**To:** Hudson Jobe <hjobe@qslwm.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** "Caution" RE: [EXTERNAL] - RE: Community Financial Services Bank

Keith, please do that and send to the three of us, thanks.

Kent Ries
PO Box 3100
Amarillo, TX 79116
806-242-7437

---

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Thursday, September 21, 2023 12:26 PM
**To:** Kent Ries <kent@kentries.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** Re: [EXTERNAL] - RE: Community Financial Services Bank

Yes. Thanks for following up

Sent from my iPhone

> On Sep 21, 2023, at 12:04 PM, Kent Ries <kent@kentries.com> wrote:
>
> Hudson, Rick, let me know if this works for you.
>
> Kent Ries

PO Box 3100

Amarillo, TX 79116

806-242-7437

---

**From:** Keith J. Larson <kjl@mpmfirm.com>
**Sent:** Tuesday, August 29, 2023 1:17 PM
**To:** Kent Ries <kent@kentries.com>
**Cc:** Hudson Jobe <hjobe@qslwm.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** RE: Community Financial Services Bank

Good afternoon, Kent.

I have looked into your request for usernames and passwords for the debtors' depository accounts with CFSB. McClain Farms, Inc. had two depository accounts with CFSB. One closed on 06/28/2017 and another closed on 01/09/2023. Once an account is closed, the statements are no longer available through Online Banking. The account completely ceases in Online Banking. CFSB, however, wants to cooperate with the Trustee's request, so it can produce the statements for you and also put those statements into an Excel doc where they can be sorted, etc. Is that something you're interested in receiving?

Thank you,

Keith

---

**From:** Kent Ries <kent@kentries.com>
**Sent:** Monday, August 28, 2023 6:02 PM
**To:** Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Hudson Jobe <hjobe@qslwm.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** "Caution" RE: "Caution" RE: Community Financial Services Bank

Thank you. I appreciate it.  Just FYI, I have tracked 4 accounts since 2020, at least one of which was still very active this year.

Kent Ries

PO Box 3100

Amarillo, TX 79116

806-242-7437

---

**From:** Keith J. Larson <kjl@mpmfirm.com>
**Sent:** Monday, August 28, 2023 2:14 PM
**To:** Kent Ries <kent@kentries.com>
**Cc:** Hudson Jobe <hjobe@qslwm.com>; Rick Cass <fcass@lainfaulkner.com>

**Subject:** RE: "Caution" RE: Community Financial Services Bank

Good afternoon, Kent.

I have been in touch with the bank about your request and should have an answer to you tomorrow.

Thank you,

Keith

---

**From:** Kent Ries <kent@kentries.com>
**Sent:** Monday, August 28, 2023 1:20 PM
**To:** Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Hudson Jobe <hjobe@qslwm.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** "Caution" RE: Community Financial Services Bank

I really need to get this resolved today.  If I am not going to get a login/password by tomorrow, I will need to set up an emergency hearing with the Court by Wednesday. This is property of the estate, and my accountants are waiting on these documents. Thanks.

Kent Ries
PO Box 3100
Amarillo, TX 79116
806-242-7437

---

**From:** Kent Ries
**Sent:** Thursday, August 24, 2023 3:09 PM
**To:** Keith Larson <kjl@mpmfirm.com>
**Cc:** Hudson Jobe <hjobe@qslwm.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** Community Financial Services Bank

Thanks for our conversation earlier today.  As I said, I need to get a username and password for the debtor records for the McClain bankruptcy cases (see attached 341 notices for each of the three cases).  The debtor schedules only show the Bank having an account at McClain Farms, but I don't have much of a comfort level that those schedules are complete, so please have the Bank check out all three names and tax IDs on the attached notices.

I expect only bank statements would be online, but if anything else is online, that would be great.

As you can see from the attached schedules, little info was known on the bank account numbers or other details.

Thanks.

Kent Ries
PO Box 3100
Amarillo, TX 79116
806-242-7437

**Keith J. Larson** | Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200
Louisville, KY 40202
**Tel.** 502.560.6758 | **Fax** 502.585.3498
http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

**Keith J. Larson** | Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200
Louisville, KY 40202
**Tel.** 502.560.6758 | **Fax** 502.585.3498
http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

**Keith J. Larson** | Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200
Louisville, KY 40202
**Tel.** 502.560.6758 | **Fax** 502.585.3498
http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

**Keith J. Larson** | Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200
Louisville, KY 40202
**Tel.** 502.560.6758 | **Fax** 502.585.3498
http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

**Keith J. Larson** | Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200
Louisville, KY 40202
**Tel.** 502.560.6758 | **Fax** 502.585.3498
http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

**<u>EXHIBIT A-2</u>**

| | |
|---|---|
| **From:** | Aaron Kaufman |
| **To:** | Kent Ries; Hudson Jobe; David LeBas |
| **Cc:** | Keith J. Larson; Rick Cass; Jason Rae |
| **Subject:** | Re: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests |
| **Date:** | Friday, January 12, 2024 1:20:09 PM |
| **Attachments:** | image001.jpg |
| | logo_2ae552f4-f7fd-481b-9e82-8e233ab81b9e.jpg |

Kent - Perhaps its best if we discuss at 3 what documents you think my client has refused to turnover. I'm new to this matter and just catching up on the prior exchanges, but my impression was that CFSB has turned over all documents that Hudson and the Lain Faulkner team requested. If this impression is mistaken, it would be most prudent for all parties involved to go through the list this afternoon and make sure we handle this in one fell swoop so we're not continuing to be asked to answer piecemeal letters, emails and 2004 requests from multiple creditors.

---

**From:** Kent Ries <kent@kentries.com>

**Sent:** Friday, January 12, 2024 11:48 AM

**To:** Aaron Kaufman <akaufman@grayreed.com>; Hudson Jobe <hjobe@qslwm.com>; David LeBas <DLeBas@namanhowell.com>

**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>; Jason Rae <jrae@lainfaulkner.com>

**Subject:** RE: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

This is the bank that failed to provide me docs when I requested them from their prior attorney, Keith.  Also refused to give me internet access to the estate accounts.

My patience with them is well overdue.  If we cant get records that are property of the estate turned over promptly and voluntarily, we need to take action to do so involuntarily.

Kent Ries
PO Box 3100
Amarillo, TX 79116
806-242-7437

---

**From:** Aaron Kaufman <akaufman@grayreed.com>

**Sent:** Friday, January 12, 2024 11:38 AM

**To:** Hudson Jobe <hjobe@qslwm.com>; David LeBas <DLeBas@namanhowell.com>

**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>; Jason Rae <jrae@lainfaulkner.com>; Kent Ries <kent@kentries.com>

**Subject:** Re: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

Correct. I can do 3 pm and sounds like David can as well.

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Friday, January 12, 2024 11:23 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>; David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>; Jason Rae
<jrae@lainfaulkner.com>; Kent Ries <kent@kentries.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

3 pm?

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

---

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Friday, January 12, 2024 11:20 AM
**To:** Hudson Jobe <hjobe@qslwm.com>; David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>; Jason Rae
<jrae@lainfaulkner.com>; Kent Ries <kent@kentries.com>
**Subject:** Re: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

Unfortunately, no. I have a call scheduled at that time already.

---

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Friday, January 12, 2024 11:18 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>; David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>; Jason Rae
<jrae@lainfaulkner.com>; Kent Ries <kent@kentries.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

Aaron – thanks for putting this together.  I would like the Lain Faulkner guys to be able to participate
also.  We had a call for 230 today and can use that time slot for this – does 230 work for everyone?

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Friday, January 12, 2024 11:14 AM
**To:** David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Hudson Jobe <hjobe@qslwm.com>
**Subject:** [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests


Thanks. I would like Hudson to participate. Let's wait and see when he and Keith are available. I'll circulate a Teams invitation once we have a consensus.

**From:** David LeBas <DLeBas@namanhowell.com>
**Sent:** Friday, January 12, 2024 11:09 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Hudson M. Jobe (hjobe@qslwm.com) <hjobe@qslwm.com>
**Subject:** [EXTERNAL] RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

Aaron,

I can talk today at 3:00 even if the others cannot. We have used this process with other banks, and it has been accepted, but I will be happy to discuss this at your convenience.

**David L. LeBas**
Naman Howell Smith & Lee, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731 | 512.807.2460 | 806.679.6641 *cell* | 512.474.1901 *fax*
dlebas@namanhowell.com


**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Friday, January 12, 2024 10:49 AM
**To:** David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Hudson M. Jobe (hjobe@qslwm.com) <hjobe@qslwm.com>
**Subject:** McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests


David –

We have not had the pleasure to meet yet, but I look forward to the opportunity.
I've been retained by CFSB as local counsel in the above-referenced cases. Keith Larson forwarded me your letter dated 12/27/2023, which purports to request documents from CFSB with a waiver of AgTexas's obligation to file a Rule 2004 motion. That struck me as a procedurally awkward.
Before we can recommend CFSB take a position on your request, Keith and I would like to visit with you and the trustee's counsel (copied here) to better understand the nature of this request and how your client intends to use any documents CFSB has that may be responsive to your requests.

Would you please let me know a good time for a group call on this matter?  I can be available this afternoon after 3 pm CT, and I can find time next week.
Thanks,
amk

**Aaron Kaufman**
**Partner**
Tel 469.320.6050  | Fax 469.320.6886 | akaufman@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

## Disclaimer

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

**EXHIBIT A-3**

| | |
|---|---|
| **From:** | Keith J. Larson |
| **To:** | David LeBas; Aaron Kaufman; Kent Ries; Hudson Jobe |
| **Cc:** | Rick Cass; Jason Rae; Michele Smith |
| **Subject:** | [EXTERNAL] RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests |
| **Date:** | Friday, February 9, 2024 9:30:25 AM |
| **Attachments:** | image001.jpg |

All,

I write to follow-up on behalf of Community Financial Services Bank (CFSB) regarding the production of information we discussed during our January 12th conference call.

Per your request, my legal assistant Michele Smith will be sending you a link to the following documents:

- Documentation showing that the account ending x3786 was closed in January 2023. This document is bates-numbered "CFSB to Trustee 000001."
- Transaction detail for the x3786 statements – specifically: deposit tickets, cancelled checks, and wire transfer order.  These documents are numbered "CFSB to Trustee 000002 -- CFSB to Trustee 001541."

With respect to the letter request received from Mr. LeBas, and without waiving any objections as to the nature, propriety, or contents of said request, there are no kiting/fraud reports in the name of the Debtors between the period of 3/1/23 through 4/18/23 (date of McClain death). There are likewise no internal communications regarding activity identified on kiting/fraud reports during that period.

Please advise Michele if you have any trouble opening the documents.

Thank you,

Keith

---

**From:** David LeBas <DLeBas@namanhowell.com>
**Sent:** Wednesday, February 7, 2024 12:05 PM
**To:** Keith J. Larson <kjl@mpmfirm.com>; Aaron Kaufman <akaufman@grayreed.com>; Kent Ries <kent@kentries.com>; Hudson Jobe <hjobe@qslwm.com>
**Cc:** Rick Cass <fcass@lainfaulkner.com>; Jason Rae <jrae@lainfaulkner.com>
**Subject:** "Caution" RE: "Caution" RE: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

Ok, thank you.

**David L. LeBas**
Naman Howell Smith & Lee, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731│512.807.2460│806.679.6641 *cell* │512.474.1901 *fax*
dlebas@namanhowell.com

**From:** Keith J. Larson <kjl@mpmfirm.com>
**Sent:** Wednesday, February 7, 2024 10:27 AM
**To:** David LeBas <DLeBas@namanhowell.com>; Aaron Kaufman <akaufman@grayreed.com>; Kent Ries <kent@kentries.com>; Hudson Jobe <hjobe@qslwm.com>
**Cc:** Rick Cass <fcass@lainfaulkner.com>; Jason Rae <jrae@lainfaulkner.com>
**Subject:** RE: "Caution" RE: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

David, I will circulate back with the bank and be in touch with the group later in the week.

Keith

**From:** David LeBas <DLeBas@namanhowell.com>
**Sent:** Friday, February 2, 2024 2:01 PM
**To:** Aaron Kaufman <akaufman@grayreed.com>; Kent Ries <kent@kentries.com>; Hudson Jobe <hjobe@qslwm.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>; Jason Rae <jrae@lainfaulkner.com>
**Subject:** "Caution" RE: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

Aaron,

Please send us an update.

Thanks, David

**David L. LeBas**
Naman Howell Smith & Lee, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731│512.807.2460│806.679.6641 *cell* │512.474.1901 *fax*
dlebas@namanhowell.com

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Friday, January 12, 2024 1:20 PM
**To:** Kent Ries <kent@kentries.com>; Hudson Jobe <hjobe@qslwm.com>; David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>; Jason Rae <jrae@lainfaulkner.com>
**Subject:** Re: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

Kent - Perhaps its best if we discuss at 3 what documents you think my client has refused to turnover. I'm new to this matter and just catching up on the prior exchanges, but my impression was

that CFSB has turned over all documents that Hudson and the Lain Faulkner team requested. If this impression is mistaken, it would be most prudent for all parties involved to go through the list this afternoon and make sure we handle this in one fell swoop so we're not continuing to be asked to answer piecemeal letters, emails and 2004 requests from multiple creditors.

---

**From:** Kent Ries <kent@kentries.com>
**Sent:** Friday, January 12, 2024 11:48 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>; Hudson Jobe <hjobe@qslwm.com>; David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>; Jason Rae <jrae@lainfaulkner.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

This is the bank that failed to provide me docs when I requested them from their prior attorney, Keith.  Also refused to give me internet access to the estate accounts.

My patience with them is well overdue.  If we cant get records that are property of the estate turned over promptly and voluntarily, we need to take action to do so involuntarily.

Kent Ries
PO Box 3100
Amarillo, TX 79116
806-242-7437

---

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Friday, January 12, 2024 11:38 AM
**To:** Hudson Jobe <hjobe@qslwm.com>; David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>; Jason Rae <jrae@lainfaulkner.com>; Kent Ries <kent@kentries.com>
**Subject:** Re: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

Correct. I can do 3 pm and sounds like David can as well.

---

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Friday, January 12, 2024 11:23 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>; David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>; Jason Rae <jrae@lainfaulkner.com>; Kent Ries <kent@kentries.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

3 pm?

**Hudson Jobe**

**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

---

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Friday, January 12, 2024 11:20 AM
**To:** Hudson Jobe <hjobe@qslwm.com>; David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>; Jason Rae
<jrae@lainfaulkner.com>; Kent Ries <kent@kentries.com>
**Subject:** Re: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

Unfortunately, no. I have a call scheduled at that time already.

---

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Friday, January 12, 2024 11:18 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>; David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Rick Cass <fcass@lainfaulkner.com>; Jason Rae
<jrae@lainfaulkner.com>; Kent Ries <kent@kentries.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

Aaron – thanks for putting this together.  I would like the Lain Faulkner guys to be able to participate
also.  We had a call for 230 today and can use that time slot for this – does 230 work for everyone?

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

---

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Friday, January 12, 2024 11:14 AM
**To:** David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Hudson Jobe <hjobe@qslwm.com>
**Subject:** [EXTERNAL] - RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

Thanks.  I would like Hudson to participate.  Let's wait and see when he and Keith are available.  I'll
circulate a Teams invitation once we have a consensus.

**From:** David LeBas <DLeBas@namanhowell.com>
**Sent:** Friday, January 12, 2024 11:09 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Hudson M. Jobe (hjobe@qslwm.com) <hjobe@qslwm.com>
**Subject:** [EXTERNAL] RE: McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

Aaron,

I can talk today at 3:00 even if the others cannot. We have used this process with other banks, and it has been accepted, but I will be happy to discuss this at your convenience.

**David L. LeBas**
Naman Howell Smith & Lee, PLLC
8310 N. Capital of Texas Highway, Suite 490
Austin, Texas 78731 │ 512.807.2460 │ 806.679.6641 *cell* │512.474.1901 *fax*
dlebas@namanhowell.com

---

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Friday, January 12, 2024 10:49 AM
**To:** David LeBas <DLeBas@namanhowell.com>
**Cc:** Keith J. Larson <kjl@mpmfirm.com>; Hudson M. Jobe (hjobe@qslwm.com) <hjobe@qslwm.com>
**Subject:** McClain Feed Yard (23-20084-rlj-7) - Letter re discovery requests

David –

We have not had the pleasure to meet yet, but I look forward to the opportunity.
I've been retained by CFSB as local counsel in the above-referenced cases.  Keith Larson forwarded me your letter dated 12/27/2023, which purports to request documents from CFSB with a waiver of AgTexas's obligation to file a Rule 2004 motion.  That struck me as a procedurally awkward.
Before we can recommend CFSB take a position on your request, Keith and I would like to visit with you and the trustee's counsel (copied here) to better understand the nature of this request and how your client intends to use any documents CFSB has that may be responsive to your requests.
Would you please let me know a good time for a group call on this matter?  I can be available this afternoon after 3 pm CT, and I can find time next week.
Thanks,
amk

**Aaron Kaufman**
**Partner**
Tel 469.320.6050  | Fax 469.320.6886 | akaufman@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn

**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

## Disclaimer

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

## Disclaimer

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged, confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

**Keith J. Larson** | Morgan Pottinger McGarvey

401 South Fourth Street, Suite 1200

Louisville, KY 40202

**Tel.** 502.560.6758 | **Fax** 502.585.3498

http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

## Disclaimer

Important/Confidential: This communication and any files or documents attached to it are intended only for the use of the person or entity to which it is addressed. It contains information that may be privileged,

confidential and exempt from disclosure under applicable law. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you are not the intended recipient of this communication, you are hereby notified that the copying, distribution or other use of this communication is strictly prohibited. If you have received this communication by mistake, please notify the sender immediately by electronic mail and destroy all forms of this communication (electronic or paper). Thank you.

**Keith J. Larson** | Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200
Louisville, KY 40202
**Tel.** 502.560.6758 | **Fax** 502.585.3498
http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

**<u>EXHIBIT A-4</u>**

Hudson M. Jobe
Texas Bar No. 24041189
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

SPECIAL COUNSEL TO THE TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MCCLAIN FEED YARD, INC., et al.,[1] | § | CASE NO. 23-20084-RLJ-7 |
| | § | |
| | § | |
| Debtors. | § | Jointly Administered |

## TRUSTEE'S *EX PARTE* MOTION FOR RULE 2004 ORDER AUTHORIZING THE ISSUANCE OF DOCUMENT AND EXAMINATION SUBPOENAS TO VARIOUS THIRD PARTIES

**TO THE HONORABLE ROBERT L. JONES, BANKRUPTCY JUDGE:**

COMES NOW, Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy cases the "Bankruptcy Cases"), and files this his *Ex Parte* Motion for Rule 2004 Order Authorizing the Issuance of Document and Examination Subpoenas to Various Third Parties (the "Motion"), respectfully stating as follows:

### I.    SUMMARY

1.    This Motion seeks Court authorization to issue subpoenas to 3 categories of third-parties: (i) three parties that appear to have purchased and/or brokered the majority of the Debtors' cattle during certain times; (ii) three banks that played a material role in the Debtors' transactions during certain times and one bank consultant that analyzed various records and information of the

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

Debtors; and (iii) several accountants that appear to have performed outside accounting functions for the Debtors.

2.      The Trustee seeks authorization to issue a subpoena for documents, and if the Trustee deems appropriate, an examination of the party, consistent with the *ex parte* procedure previously allowed by this Court in connection with, for example, Order at Dkt. No. 157. The examinees shall have all rights to object under the applicable rules of procedure.

3.      Several of these examinees have already provided documents to other parties in connection with the Debtors' bankruptcy cases.  The Trustee nevertheless needs to issue his own subpoena for several reasons: (i) in several instances the Trustee seeks an additional scope of documents than has produced to these other parties; (ii) the Trustee is not certain what outstanding objections the examinees maintain to prior requests and whether all documents have been provided, and the Trustee arguably cannot compel compliance with another party's Rule 2004 subpoena, and (iii) the Trustee needs to have the presumption of authenticity of such documents produced by the examinee to the Trustee.  The Trustee will work in good faith with the parties to minimize duplication in a manner that ensures the Trustee has all rights of a requesting party.

## II.    BACKGROUND

4.      The Debtors filed for relief under Chapter 7 of the United States Bankruptcy Code on April 28, 2023 (the "Petition Date").  Kent Ries was subsequently appointed and qualified to serve as the Trustee over the bankruptcy estate.

5.      Each of the Debtors operated a cattle feedlot and/or growyard.  McClain Feed Yard, Inc. ("MFY") owned real property outside of Hereford, Texas; McClain Farms, Inc. ("MF") leased real property in Kentucky; and 7M Cattle Feeders, Inc. ("7M") owned real property outside of Friona, Texas (collectively, the "Debtors").

6.      The Debtors' business operations have significant overlap, including one major

secured creditor (Rabo AgriFinance LLC) whose alleged claim exceeds $53,000,000.00 pursuant to its recent motion for relief from the automatic stay. Rabo claims cross-collateralization and a blanket lien on substantially all of the Debtors' assets. Further, many of the same vendors, customers and investors did business with all three Debtors. Finally, the owner of all three Debtor entities was Brian McClain.

7. All of the Debtors' business operations were shut down prior to their bankruptcy filings. All cattle and other livestock were apparently sold by the Debtors or removed by their alleged owner's pre-petition.

8. As discussed in prior pleadings, based upon the Trustee's investigation thus far, the Debtors' prebankruptcy operations appear to have constituted a massive fraud involving two cattle operations in Texas (Hereford and Friona) and one in Benton, Kentucky. The asserted unpaid claims exceed $175M so far, and the Debtors' records show several hundred million dollars flowing through the Debtors in the 3 years before bankruptcy. These cases will involve over 100 parties and their attorneys based upon the service list thus far.

9. The Debtors' owner, Mr. McClain, committed suicide on April 18, 2023, less than 2 weeks after the appointment of a Chief Restructuring Officer that was investigating the Debtors' financial affairs. The Trustee's investigation thus far, including with the assistance of the pre-bankruptcy CRO, has been considerable and will be ongoing for some time due to, among other things, the Debtors' poor and unreliable records.

10. It appears that the Debtors' cattle operations included at least some actual cattle transactions whereby, in some instances, the Debtors' purchased cattle ("Cattle Purchases"), and in other instances, took possession of third-parties' cattle for the Debtors' to fatten/grow prior to sale ("Feed Yard Services"). In addition to Cattle Purchases and Feed Yard Services, it appears

that Mr. McClain also raised money from many "investors" pursuant to "partnership agreements" whereby the "investors" would advance funds to one of the Debtors to "purchase" unspecified cattle from the Debtor (that were purportedly already under a contract for sale in the future at a higher weight and price), the Debtor would continue to hold and feed the cattle at its expenses, and the investor and applicable Debtor intended to split the later profit 1/3 to the Debtor and 2/3 to the investor (the "Partnership Agreements").

11.    Over 100 claimants have asserted claims exceeding $100 million with the United States Department of Agriculture ("USDA") under the Dealer Trust Statute for allegedly unpaid amounts for Cattle Purchases, cattle that were dropped off for Feed Yard Services, investments under the Partnership Agreement, and possibly other transactions not yet specified by the claimants. Additionally, upon belief many of these claimants and possibly other parties ostensibly "reclaimed" millions of dollars of cattle in the chaotic period following Mr. McClain's death.

12.    The Trustee has spent considerable time and resources investigating the Debtors' pre-bankruptcy financial affairs, and the investigation is ongoing.  Based upon his investigation thus far, the Trustee believes that the Debtors' estates may have claims against investors, lenders, and other agricultural entities.

### III.    RELIEF REQUESTED

13.    Buyers/Brokers: Based upon his investigation thus far, the Trustee believes that the majority of the Debtors' cattle may have been purchased during certain times by "Cactus Feeders"[2] and Friona Industries, L.P.,[3] and that Riley Livestock, Inc. may have acted as broker and/or other

---

[2] With respect to "Cactus Feeders," the Trustee has reviewed records referencing Cactus Feeders Finance, LLC and Cactus Operating LLC.  Based upon his research, these entities appear to have various successor and affiliated entities. The Trustee seeks discovery from Cactus Feeders Finance, LLC and Cactus Operating LLC, including any of their successors, predecessors, and affiliates, including but not limited to Cactus Operating, Ltd., Cactus Feeders Finance, Ltd., Cactus Feeders, Inc., Cactus Feedyard, Ltd., Cactus Corporate Feeding Club, Inc., and Cactus Feeding Club, Inc.

[3] Based upon his research, this entity appears to have various successor and affiliated entities.  The Trustee seeks

intermediary in purchases and sales of livestock by the Debtors involving these companies. The Trustee further believes that Friona Industries, L.P. may have had financing or similar arrangements to fund the Debtors' cattle purchases during certain times.

14. <u>Banks and Bank Consultants</u>: Rabo AgriFinance LLC is the largest alleged secured creditor of the Debtors and appears to have maintained a large credit facility with the Debtors that included the routine sweeping of the Debtors' bank accounts. Rabo appears to have utilized Focus Management Group to process certain records and other information of the Debtors. Mechanics Bank appears to have acted as the primary banking institution for the Debtors during certain times. Community Financial Services Bank appears to have acted as the primary banking institution for certain parties that transacted significant amounts with the Debtors, and also acted as a lending and/or depository institution for the Debtors in the past.

15. <u>Accountants.</u> Carr, Riggs & Ingram CPAs and Angela Powell, including possibly in her individual capacity as well as on behalf of ADPOWELL, Inc. and/or H&R Block, Inc., appears to have acted as outside accountants for the Debtors during certain times.

16. Each of the foregoing parties (the "<u>Examinees</u>") may hold highly relevant and material financial information concerning the Debtors and their transactions. The Trustee requests authority to issue document subpoenas to these Examinees directing the Examinees to produce the documents and information identified in the subpoena riders attached hereto as <u>Exhibit A</u> as to the Buyers/Brokers, <u>Exhibit B</u> as to the Banks and Bank Consultants, and <u>Exhibit C</u> as to the Accountants. The Trustee also requests authority to conduct Rule 2004 examinations of the Examinees, if and to the extent the Trustee deems a Rule 2004 examination to be appropriate.

---

discovery from Friona Industries, L.P., including any of its successors, predecessors, and affiliates, including but not limited to Randall Feeders, L.P. and Friona Industries, Inc.

17. Rule 2004 provides that, "[o]n motion of any party in interest, the court may order the examination of any entity." Fed. R. Bankr. P. 2004(a) (emphasis added). *See also In re Fearn,* 96 B.R. 135, 138 (Bankr. S.D. Ohio 1989) (the "examination is not limited to the debtor or his agents, but may properly extend to creditors and third parties who have had dealings with the debtor"); *In re GHR Energy Corp.,* 35 B.R. 534, 537 (Bankr. D. Mass. 1983); *In re Maidman,* 2 B.R. 18, 18-19 (Bankr. S.D. Fla. 1979). The scope of the Rule 2004 examination "may relate only to the acts, conduct, or property or to the liabilities and financial condition of the debtor, or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge." Fed. R. Bankr. P. 2004(b). "The purpose of a Rule 2004 examination is to determine the condition, extent, and location of the debtor's estate in order to maximize distribution to unsecured creditors." *In re Lufkin,* 255 B.R. 204, 208 (Bankr. E.D. Tenn. 2000).

18. The scope of a Rule 2004 examination is "extremely broad," and has even been likened by some courts to a "lawful 'fishing expedition.'" *Id.* (*quoting Bank One, Columbus, N.A. v. Hammond (In re Hammond),* 140 B.R. 197, 201 (S.D. Ohio 1992)). "The scope of [a] Rule 2004 examination is 'unfettered and broad.' Its purpose is to facilitate the discovery of assets and the unearthing of frauds and has been likened to a quick 'fishing expedition' into general matters and issues regarding the administration of the bankruptcy case." *In re Bakalis,* 199 B.R. 443, 447 (Bankr. E.D.N.Y. 1996) (quoting *In re GHR Energy Corp.,* 33 B.R. 451, 453 (Bankr. D. Mass. 1983). The standard for granting a Rule 2004 examination is whether the movant has established "good cause." *In re Hammond,* 140 B.R. 197, 201 (S.D. Ohio 1992).

19. Here, good cause exists for ordering the Production. The Trustee needs to better understand the financial transactions involving the Debtors and their affiliates, and possible claims that may arise from same, which is a standard purpose behind Rule 2004.

20.     If the Court grants this Motion, the Trustee will compel the Examinees to produce records and documents through the issuance of a subpoena issued pursuant to Federal Rule of Bankruptcy Procedure 9016.

21.     The Trustee represents that the Examinees will all receive not less than 14 days' written notice of deadline to produce documents.

22.     With respect to the Examinees that have known counsel, the Trustee will coordinate and cooperate with counsel for the Examinees concerning both the production of documents and any subsequent Rule 2004 examinations.

### **PRAYER**

WHEREFORE, PREMISES CONSIDERED, the Trustee respectfully requests that the Court enter an Order: (i) authorizing the Trustee to issue subpoenas to the foregoing parties substantially in the same form as the subpoena riders attached as Exhibit A-C hereto; (ii) authorizing the Trustee to notice and conduct an examination of any of the Examinees; and (iii) granting the Trustee such other relief, general or special, at law or in equity, as may be appropriate.

Respectfully submitted,

By: */s/ Hudson M. Jobe*
Hudson M. Jobe
Texas Bar No. 24041189
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

SPECIAL COUNSEL TO THE TRUSTEE

## CERTIFICATE OF CONFERENCE

Pursuant to LBR 2004-1, the undersigned represents that after the subpoenas are served on the Examinees, the undersigned will cooperate with the Examinees, and their counsel if applicable, to establish a mutually agreeable date, place and time for the compliance with the document subpoenas and any subsequent examinations.

*/s/ Hudson M. Jobe*
Hudson M. Jobe

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2024, a true and correct copy of the foregoing was served via the Court's ECF system on the debtor, debtor's counsel, the United States Trustee, and, all parties that have appeared and requested notice.

*/s/ Hudson M. Jobe*
Hudson M. Jobe

**EXHIBIT A-5**





CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 6, 2024**

_____
**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,**[1] | § | **CASE NO. 23-20084-RLJ-7** |
| | § | |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**ORDER GRANTING TRUSTEE'S *EX PARTE* MOTION FOR RULE 2004 ORDER
AUTHORIZING THE ISSUANCE OF DOCUMENT AND EXAMINATION
<u>SUBPOENAS TO VARIOUS THIRD PARTIES</u>**

On this day came for consideration the *Ex Parte* Motion for Rule 2004 Order Authorizing

the Issuance of Document and Examination Subpoenas to Various Third Parties (the "<u>Motion</u>")

filed by Kent Ries, Trustee ("<u>Trustee</u>") of the referenced Chapter 7 bankruptcy cases. Having

considered the Motion and finding good cause to approve same, it is hereby

ORDERED that the Motion is GRANTED as provided for herein; it is further

---

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ)

PAGE 1

ORDERED that the Trustee shall be, and hereby is, authorized to issue document subpoenas to the following persons or entities for the compelled production of the records and documents in substantially the same form as the subpoena riders attached as Exhibit A − C to the Motion:

a. Cactus Feeders Finance, LLC for production of its own documents and electronically stored information, as well as any in its possession, custody, or control of its successors, predecessors, and affiliates, including, but not limited to, Cactus Operating LLC, Cactus Operating, Ltd., Cactus Feeders Finance, Ltd., Cactus Feeders, Inc., Cactus Feedyard, Ltd., Cactus Corporate Feeding Club, Inc., and Cactus Feeding Club, Inc.;

b. Cactus Operating LLC, for production of its own documents and electronically stored information, as well as any in its possession, custody, or control of its successors, predecessors, and affiliates, including, but not limited to, Cactus Feeders Finance, LLC, Cactus Operating, Ltd., Cactus Feeders Finance, Ltd., Cactus Feeders, Inc., Cactus Feedyard, Ltd., Cactus Corporate Feeding Club, Inc., and Cactus Feeding Club, Inc.;

c. Friona Industries, L.P., for production of its own documents and electronically stored information, as well as any in its possession, custody, or control of its successors, predecessors, and affiliates, including, but not limited to, Randall Feeders, L.P. and Friona Industries, Inc.;

d. Riley Livestock, Inc.;

e. Rabo AgriFinance LLC;

f. Focus Management Group;

g. Mechanics Bank;

h. Community Financial Services Bank;

i. Carr, Riggs & Ingram CPAs;

j. Angela Powell, individually

k. ADPOWELL, Inc.; and

l. H&R Block, Inc.

IT IS FURTHER

ORDERED that the Trustee shall provide each party served with a subpoena pursuant to this Order with at least 14 days' notice of the date and time for any required production of records, documents and things. IT IS FURTHER

ORDERED that the Trustee is also authorized, in his discretion, to issue subsequent subpoenas for Rule 2004 examinations to the foregoing parties. The Trustee shall coordinate with the foregoing parties, or their counsel, with respect to the date, time and location of any Rule 2004 examinations that he conducts.

# # # END OF ORDER # # #

Order submitted by:
Hudson M. Jobe
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
SPECIAL COUNSEL FOR TRUSTEE

**EXHIBIT A-6**

| From: | Gregory Sudbury |
|---|---|
| To: | Keith J. Larson; Hudson Jobe; Aaron Kaufman |
| Cc: | Heather Shlachtman; Nita Chancellor; Kent Ries; Jason Rae; Rick Cass |
| Subject: | RE: [EXTERNAL] - McClain Bankruptcy Case - Order on Rule 2004 Examination |
| Date: | Thursday, May 9, 2024 6:15:06 PM |
| Attachments: | image001.png |
| | image002.png |
| | image004.png |

Keith

Please let me know if you all are available next Tuesday, May 14 afternoon. I will send a dial in.

Thanks.

Gregory M. Sudbury
Attorney at Law
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street Suite 1800
Dallas, TX  75201
214-871-2100 (main)
214-880-1878 (direct)
214-871-2111 (fax)

**From:** Keith J. Larson <kjl@mpmfirm.com>
**Sent:** Thursday, May 09, 2024 2:15 PM
**To:** Hudson Jobe <hjobe@qslwm.com>; Aaron Kaufman <akaufman@grayreed.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

⊙ External email ›
⊙ First time sender ›
⊙ Contains topics of a financial nature ›

Hudson,

I will review the chart below and the subpoena with the Bank, so we can have a productive conversation about what else is in existence. Please let us know what times work next week.
Keith

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Thursday, May 9, 2024 12:41 PM
**To:** Aaron Kaufman <akaufman@grayreed.com>; Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

Thanks Aaron.  I am out of town remainder of next week, but this is something that we need to move along. My partner Gregory Sudbury will handle in my absence and be in touch with other days for next week.

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas, TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Thursday, May 9, 2024 11:17 AM
**To:** Hudson Jobe <hjobe@qslwm.com>; Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

I have sale hearings on Monday, so that won't work.  I'm flexible on Tuesday, but defer to Keith entirely.

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Thursday, May 9, 2024 11:15 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>; Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

Aaron – this is what we have.  The scope in the subpoena is larger as to possible account holders, time, communications, and other items.  Please review and compare to the below and let us know generally what else is in existence to discuss.

Does anytime Monday work for your side?  Thanks – hmj

| Institution | Company | Acct Num | Type | Bank Statements | Check Images | Deposits Slips |
|---|---|---|---|---|---|---|
| CFSB (Note 1) | McClain Farms Inc | 3786 | Checking | June 2015 thru Jan 2023 | Rec'd front side of ck image not back | Rec'd no images supporting deposits slips |
| CFSB (Note 2) | McClain Farms Inc | 8899 | Checking | Feb 2011 thru June 2017 | Rec'd front side of ck image not back | Rec'd no images supporting deposits slips |
| | | | | | | |
| **Note 1**:  CFSB account ending in #3786 opened in June 2015 and closed Jan. 2023. | | | | | | |
| **Note 2**:  CFSB account ending in #8899 account was opened prior to Feb 2011 and closed in June 2017. | | | | | | |

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
2001 Bryan Street, Suite 1800, Dallas TX 75201
Direct: (214) 880-1858 | Fax: (214) 871-2111
Email: hjobe@qslwm.com

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Wednesday, May 8, 2024 4:02 PM
**To:** Hudson Jobe <hjobe@qslwm.com>; Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

Understood.  Please propose some times that your team is available to walk through what's been produced and what's still outstanding.  Keep Keith copied as he is closer to the details than I am.

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Wednesday, May 8, 2024 3:42 PM
**To:** Aaron Kaufman <akaufman@grayreed.com>; Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

Aaron – appreciate the quick response and confirmation.  Please copy Jason and Rick on document-related emails because I am trying to be as efficient as possible with estate money and not duplicate communications with them.

Procedurally, I don't know that a motion to quash is required here.  In either event, we are not looking to force parties to spend time on a motion to quash while we are talking and sorting things out.  In the event that discussions hit a road block and a motion to quash is necessary, you can have 2 weeks from that time.  With respect to any objections, please provide those timely under the deadline in the subpoena.

Turning to the documents, the subpoena requests a larger scope than what has been provided thus far from CFSB, at least insofar as what we've obtained from various sources.  Let's schedule a time to discuss what's been produced and what hasn't, as well as your client's position on further production.

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
2001 Bryan Street, Suite 1800, Dallas TX 75201
Direct: (214) 880-1858 | Fax: (214) 871-2111
Email: hjobe@qslwm.com

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Wednesday, May 8, 2024 3:25 PM
**To:** Hudson Jobe <hjobe@qslwm.com>; Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

Hudson –

My client confirmed that they have already provided much (if not all) of what would be responsive to your subpoena.  I have authorization from my client to accept service on behalf of CFSB, but we will need to schedule a meet and confer in short order to assess what items remain outstanding.  We don't want to have to file a motion to quash, but we also don't want to duplicate our efforts.

I'm copying Keith Larson here so we can coordinate these matters efficiently.

-amk

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Wednesday, May 8, 2024 11:20 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

Aaron – we have followed the prior practice in the case which is to address conversations regarding the timing, scope, and any other objections in connection with the examinees' responses to the subpoena. We are happy to discuss once CFSB has had an opportunity to consider the request.  In the meantime, please let us know if you will agree to accept service, if your client would prefer to receive service per the attached prior acceptance, or if we need to go ahead and serve the bank directly.

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

**From:** Aaron Kaufman akaufman@grayreed.com
**Sent:** Wednesday, May 8, 2024 11:11 AM
**To:** Hudson Jobe hjobe@qslwm.com
**Cc:** Gregory Sudbury gsudbury@qslwm.com; Heather Shlachtman hshlachtman@qslwm.com; Nita Chancellor nchancellor@qslwm.com; Kent Ries kent@kentries.com; Jason Rae jrae@lainfaulkner.com; Rick Cass fcass@lainfaulkner.com
**Subject:** [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

Hudson – I was traveling earlier this week and didn't see your filing.  Did anyone reach out to my client or my attorney counterpart (Keith Larson) about this subpoena before filing the ex parte motion? I was under the impression that CFSB was already providing (or had already provided) this information to the trustee.  Regardless, I will respond as soon as I receive an answer from my client.

Thanks,
amk

**Aaron Kaufman**
**Partner**
Tel 469.320.6050  | Fax 469.320.6886 | akaufman@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn



CONFIDENTIALITY NOTICE: This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Wednesday, May 8, 2024 10:53 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** [EXTERNAL] McClain Bankruptcy Case - Order on Rule 2004 Examination

Aaron  – please let me know if you will agree to receive service of subpoena on behalf of CFSB in connection with the attached Order.

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

**Keith J. Larson** | Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200

Louisville, KY 40202

**Tel.** 502.560.6758 | **Fax** 502.585.3498

http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

**EXHIBIT A-7**

| | |
|---|---|
| **From:** | Heather Shlachtman |
| **To:** | Aaron Kaufman |
| **Cc:** | Gregory Sudbury; Nita Chancellor; Kent Ries; Hudson Jobe; Keith J. Larson |
| **Subject:** | RE: [EXTERNAL] - McClain Bankruptcy Case - Order on Rule 2004 Examination |
| **Date:** | Friday, May 10, 2024 2:47:48 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | 2024 0510 Subpoena to Community Financial Services Bank, Inc..pdf |

Mr. Kaufman,

Attached please find the Subpoena to Produce Documents directed to Community Financial
Services Bank.

---

**Heather Shlachtman** | Paralegal
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800, Dallas TX 75201
Direct: (214) 880-1830 | Fax: (214) 871-2111 | hshlachtman@qslwm.com

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Wednesday, May 8, 2024 3:25 PM
**To:** Hudson Jobe <hjobe@qslwm.com>; Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>;
Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

**⊚ External email >**

**⊚ Contains topics of a financial nature >**

Hudson –

My client confirmed that they have already provided much (if not all) of what would be responsive to
your subpoena. I have authorization from my client to accept service on behalf of CFSB, but we will
need to schedule a meet and confer in short order to assess what items remain outstanding. We
don't want to have to file a motion to quash, but we also don't want to duplicate our efforts.

I'm copying Keith Larson here so we can coordinate these matters efficiently.

-amk

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Wednesday, May 8, 2024 11:20 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>;
Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae
<jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

Aaron – we have followed the prior practice in the case which is to address conversations regarding the timing, scope, and any other objections in connection with the examinees' responses to the subpoena. We are happy to discuss once CFSB has had an opportunity to consider the request. In the meantime, please let us know if you will agree to accept service, if your client would prefer to receive service per the attached prior acceptance, or if we need to go ahead and serve the bank directly.

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

**From:** Aaron Kaufman akaufman@grayreed.com
**Sent:** Wednesday, May 8, 2024 11:11 AM
**To:** Hudson Jobe hjobe@qslwm.com
**Cc:** Gregory Sudbury gsudbury@qslwm.com; Heather Shlachtman hshlachtman@qslwm.com; Nita Chancellor nchancellor@qslwm.com; Kent Ries kent@kentries.com; Jason Rae jrae@lainfaulkner.com; Rick Cass fcass@lainfaulkner.com
**Subject:** [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

Hudson – I was traveling earlier this week and didn't see your filing. Did anyone reach out to my client or my attorney counterpart (Keith Larson) about this subpoena before filing the ex parte motion? I was under the impression that CFSB was already providing (or had already provided) this information to the trustee. Regardless, I will respond as soon as I receive an answer from my client.

Thanks,
amk

**Aaron Kaufman**
**Partner**
Tel 469.320.6050 | Fax 469.320.6886 | akaufman@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Wednesday, May 8, 2024 10:53 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>;
Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae
<jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** [EXTERNAL] McClain Bankruptcy Case - Order on Rule 2004 Examination

Aaron  – please let me know if you will agree to receive service of subpoena on behalf of CFSB
in connection with the attached Order.

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

**<u>EXHIBIT A-8</u>**

| | |
|---|---|
| **From:** | Keith J. Larson |
| **To:** | Heather Shlachtman; Aaron Kaufman |
| **Cc:** | Gregory Sudbury; Nita Chancellor; Kent Ries; Hudson Jobe |
| **Subject:** | RE: [EXTERNAL] - McClain Bankruptcy Case - Order on Rule 2004 Examination |
| **Date:** | Wednesday, May 22, 2024 2:06:26 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | 05.22.2024.Document Production Cover Letter and Objections.CFSB to Trustee in 23-20084-rlj-7.pdf |

Good afternoon, Hudson and Gregory.

Thank you for taking the time to speak last week about the Trustee's subpoena served upon CFSB. Attached please find CFSB's written objections to the Subpoena. We wanted to get these to you before the deadline to assert objections. Please let us know if you've reached any final decision on how the Trustee wishes to receive responsive documents.

In the meantime, per our 5/14 call, CFSB is preparing a list of responsive bank accounts along with an itemization of when each account was opened and closed. I should have that to you soon.

Thank you,

Keith

**From:** Heather Shlachtman <hshlachtman@qslwm.com>
**Sent:** Friday, May 10, 2024 3:47 PM
**To:** Aaron Kaufman <akaufman@grayreed.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Hudson Jobe <hjobe@qslwm.com>; Keith J. Larson <kjl@mpmfirm.com>
**Subject:** RE: [EXTERNAL] - McClain Bankruptcy Case - Order on Rule 2004 Examination

Mr. Kaufman,

Attached please find the Subpoena to Produce Documents directed to Community Financial Services Bank.

_____

**Heather Shlachtman** | Paralegal
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800, Dallas TX 75201
Direct: (214) 880-1830 | Fax: (214) 871-2111 | hshlachtman@qslwm.com

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Wednesday, May 8, 2024 3:25 PM
**To:** Hudson Jobe <hjobe@qslwm.com>; Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

⊙ External email ⟩

⊙ Contains topics of a financial nature ⟩

Hudson –

My client confirmed that they have already provided much (if not all) of what would be responsive to your subpoena.  I have authorization from my client to accept service on behalf of CFSB, but we will need to schedule a meet and confer in short order to assess what items remain outstanding.  We don't want to have to file a motion to quash, but we also don't want to duplicate our efforts.

I'm copying Keith Larson here so we can coordinate these matters efficiently.

-amk

---

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Wednesday, May 8, 2024 11:20 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>; Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** RE: [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination

Aaron – we have followed the prior practice in the case which is to address conversations regarding the timing, scope, and any other objections in connection with the examinees' responses to the subpoena. We are happy to discuss once CFSB has had an opportunity to consider the request.  In the meantime, please let us know if you will agree to accept service, if your client would prefer to receive service per the attached prior acceptance, or if we need to go ahead and serve the bank directly.

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

---

**From:** Aaron Kaufman akaufman@grayreed.com
**Sent:** Wednesday, May 8, 2024 11:11 AM
**To:** Hudson Jobe hjobe@qslwm.com
**Cc:** Gregory Sudbury gsudbury@qslwm.com; Heather Shlachtman hshlachtman@qslwm.com; Nita

Chancellor nchancellor@qslwm.com; Kent Ries kent@kentries.com; Jason Rae
jrae@lainfaulkner.com; Rick Cass fcass@lainfaulkner.com
**Subject:** [EXTERNAL] - RE: McClain Bankruptcy Case - Order on Rule 2004 Examination


Hudson – I was traveling earlier this week and didn't see your filing.  Did anyone reach out to my
client or my attorney counterpart (Keith Larson) about this subpoena before filing the ex parte
motion? I was under the impression that CFSB was already providing (or had already provided) this
information to the trustee.  Regardless, I will respond as soon as I receive an answer from my client.


Thanks,
amk


**Aaron Kaufman**
**Partner**
Tel 469.320.6050  | Fax 469.320.6886 | akaufman@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn



CONFIDENTIALITY NOTICE: This electronic transmission and any attachments constitute confidential information which is
intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please
contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of
this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Wednesday, May 8, 2024 10:53 AM
**To:** Aaron Kaufman <akaufman@grayreed.com>
**Cc:** Gregory Sudbury <gsudbury@qslwm.com>; Heather Shlachtman <hshlachtman@qslwm.com>;
Nita Chancellor <nchancellor@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae
<jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** [EXTERNAL] McClain Bankruptcy Case - Order on Rule 2004 Examination


Aaron  – please let me know if you will agree to receive service of subpoena on behalf of CFSB
in connection with the attached Order.


Thanks,


**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

**Keith J. Larson** | Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200
Louisville, KY 40202
**Tel.** 502.560.6758 | **Fax** 502.585.3498
http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.



# MORGAN
# POTTINGER
# MCGARVEY
Attorneys

**Keith J. Larson**
Direct Dial: 502.560.6758
kjl@mpmfirm.com

May 22, 2024

Mr. Hudson Jobe & Mr. Gregory Sudbury
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan Street
Suite 1800
Dallas TX 75201
*(Served via email to hjobe@qslwm.com and
gsudbury@qslwm.com)*

RE:   Community Financial Services Bank's Written Objections to May 10, 2024
      Subpoena to Produce Documents Propounded by Chapter 7 Trustee

      *In re: McClain Feed Yards, Inc., et al.*,
      N.D. Tx. Bankr. Case No. 23-20084-7-rlj-7 (Jointly Administered)[1]

Dear Mr. Jobe and Mr. Sudbury:

As you know, this law firm and Aaron Kaufman of Gray Reed represent Community Financial Services Bank ("CFSB") in connection with the *Subpoena to Produce Documents* (the "Subpoena") issued by Kent Ries, Trustee ("Trustee") of the above-referenced Chapter 7 bankruptcy cases (the "Bankruptcy Cases"). The Subpoena was served upon Mr. Kaufmann on May 10, 2024.

Pursuant to Fed. R. Civ. P. 45, made applicable to this bankruptcy case by Fed. R. Bankr. P. 9016, CFSB asserts the below timely objections (the "Objections") to the Subpoena. CFSB will be producing documents in response to the Subpoena subject to and without waiving the Objections. The Objections shall be deemed continuing until otherwise stated by CFSB. The production of any document, information, or object at a later date shall not be deemed a waiver of any of the Objections.

## GENERAL OBJECTIONS

A.    CFSB objects to each Subpoena Document Request (individually a "Request"/ collectively, the "Requests") to the extent it calls for privileged information or documents, including information and documents protected by the attorney-client privilege, investigative

---

[1] The Debtors in the Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23 -20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

**LOUISVILLE**
401 South Fourth Street | Suite 1200 | Louisville, KY 40202
502.589.2780 Phone | 502.585.3498 Fax | mpmfirm.com

**With offices in Louisville, Lexington, Bowling Green and New Albany**

privilege, consulting expert exemption, and work product protection. The identification of counsel and the involvement of counsel in response to the Requests shall not constitute a waiver of any privilege. CFSB also objects to each Request to the extent it calls for materials that may be protected by any other privilege or exemption from production or that are otherwise privileged or protected from disclosure, including but not limited to materials, documents, and information that financial institutions are protected and/or prohibited from disclosing under the Bank Secrecy Act and other laws and regulations. The production of such exempted, privileged, work-product, or other protected documents, electronically stored information, or other information, whether inadvertent or otherwise, is not a waiver of the privilege, exemption, or protection from discovery in this case or in any other federal or state proceeding and shall be subject to the maximum protection allowed by the Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure, Federal Rules of Evidence, and/or any other applicable rules, law, regulation, or authority.

B.      CFSB objects to each Request to the extent it attempts to impose a duty on CFSB to provide materials or information (*i*) already known by the Trustee or his counsel; (*ii*) available to the public or the Trustee or his counsel; (*iii*) already in The Trustee's or his counsel's possession; or (*iv*) beyond what is required by the Federal Rules of Bankruptcy Procedure, Federal Rules of Civil Procedure, Federal Rules of Evidence, and/or any other applicable rules, law, regulation, or authority.

C.      CFSB objects to each Request to the extent it is vague, ambiguous, overly broad, burdensome and oppressive, and seeks information that is not relevant to the subject matter of this bankruptcy case, is not related to the claims or defenses of the parties, or is not reasonably calculated to lead to the discovery of admissible evidence.

D.      CFSB objects to each Request to the extent it does not describe with reasonable particularity the nature of the information sought. CFSB has attempted to furnish reasonable information based on its understanding of any relevant information requested.

E.      CFSB objects to each definition provided in the Subpoena as beyond the scope of the Federal Rules of Civil Procedure made applicable by the Federal Rules of Bankruptcy Procedure. CFSB will respond to the Requests using a reasonable and common definition of the terms and a reasonable understanding of the Request.

F.      CFSB objects to each Request because none of the Requests state the relevant timeframe from which the Trustee seeks documents or information; as such, each Request is vague, ambiguous, overly broad, burdensome, and oppressive.

## **SPECIFIC OBJECTIONS**

1.      CFSB objects to Definition 1 to the extent it seeks to define "You" and/or "Your" as meaning officers, directors, members, employees, attorneys, agents, representatives, and/or anyone else acting on CFSB's behalf, as well as CFSB's predecessors, successors, assigns, and affiliates. Such a broad request is vague, ambiguous, overly broad, burdensome, and oppressive, and seeks information that is not relevant to the subject matter of this bankruptcy case, is not

2

related to the claims or defenses of the parties or is not reasonably calculated to lead to the discovery of admissible evidence. CFSB will respond to the Requests using a reasonable and common definition of the term "You" and/or "Your" and a reasonable understanding of the Request.

2. CFSB objects to Definition 2 to the extent it seeks to define "Debtors" as including all officers, directors, members, employees, attorneys, agents, and representatives of McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc. Such a broad request is vague, ambiguous, overly broad, burdensome, and oppressive, and seeks information that is not relevant to the subject matter of this bankruptcy case, is not related to the claims or defenses of the parties or is not reasonably calculated to lead to the discovery of admissible evidence. CFSB shall define "Debtors" as the three debtors in these consolidated bankruptcy cases; namely, McClain Feed Yard, Inc., McClain Farms, Inc., and 7M Cattle Feeders, Inc.

3. CFSB objects to Definition 3 to the extent it seeks to define "Debtor Affiliates" as officers, directors, members, employees, attorneys, agents, and representatives of the foregoing listed affiliates, as well as any other known affiliates of any of the Debtors. Such a broad request is vague, ambiguous, overly broad, burdensome, and oppressive, and seeks information that is not relevant to the subject matter of this bankruptcy case, is not related to the claims or defenses of the parties or is not reasonably calculated to lead to the discovery of admissible evidence.

4. CFSB objects to Definition 4 for the reasons stated in the above paragraphs 2 and 3 and hereby incorporates paragraphs 2 and 3 as if set forth herein.

5. CFSB objects to Definition 5 for the reasons stated in the above paragraphs 2 and 3 and hereby incorporates paragraphs 2 and 3 as if set forth herein.

6. CFSB objects to Definitions 8 and 9 to the extent they attempt to define the terms "documents or electronically stored information" or "Communication" beyond that permitted by Rule 34 of the Federal Rules of Civil Procedure.

7. CFSB objects to each Instruction provided in the Subpoena as beyond the scope of the Federal Rules of Civil Procedure made applicable by the Federal Rules of Bankruptcy Procedure. CFSB will respond to the Requests using a reasonable and common understanding of the Request.

8. CFSB objects to Request 1(d) through 1(l) to the extent each Request calls for materials that may be protected by any privilege or exemption from production or that are otherwise privileged or protected from disclosure, including but not limited to materials and information that financial institutions are protected and/or prohibited from disclosing under the Bank Secrecy Act and other laws and regulations. The production of such exempted, privileged, work-product, or other protected documents, electronically stored information, or other information, whether inadvertent or otherwise, is not a waiver of the privilege, exemption, or protection from discovery in this case or in any other federal or state proceeding and shall be subject to the maximum protection allowed by the Federal Rules of Bankruptcy Procedure, Federal

3

Rules of Civil Procedure, Federal Rules of Evidence, and/or any other applicable rules, law, regulation, or authority.

CFSB's failure to object to a Request on a particular ground(s) shall not be a waiver of its right to object on that or any other ground(s).

CFSB expressly reserves the right to amend, revise, correct, clarify, expand, or delete any part of the General Objections and documents produced.

\*\*\*   \*\*\*   \*\*\*

Based upon our call on May 14, 2024, in which you asked that CFSB not produce anything until the Trustee determines his preferred method for receiving documents, CFSB will not be producing anything responsive to the Subpoena unless and until your office advises us of how you want to receive documents. After we receive notice from you of the Trustee's preferred method for receiving documents, we will begin rolling out responsive documents to you subject to and without waiving these Objections.

Respectfully,

MORGAN POTTINGER MCGARVEY

Keith J. Larson

Copied via email:
Aaron Kaufman
GRAY REED
akaufman@grayreed.com
1601 Elm St., Suite 4600
Dallas, TX 75201
*Counsel for CFSB*

4

**<u>EXHIBIT A-9</u>**

| | |
|---|---|
| **From:** | Hudson Jobe |
| **To:** | Keith Larson |
| **Cc:** | Aaron Kaufman; Gregory Sudbury; Kent Ries; Jason Rae; Rick Cass |
| **Subject:** | [EXTERNAL] McClain - CFSB Production |
| **Date:** | Monday, June 24, 2024 12:42:59 PM |

Keith –

Per the conference on 5/14/24 and as stated in your 5/22/24 letter, CFSB was to be preparing responsive documents/information pending further instructions from the Trustee on how to submit. You have received a link from the Trustee's accountants, Lain Faulkner, to use for production. Please provide the documents/information by Friday, June 28. To the extent the production will be rolling, please prioritize providing all Debtor banking records (including all remote capture detail, copies of checks, etc.) and kiting reports from 2018 to the present.

Per the conference, CFSB was going to obtain and provide information re: (1) beginning of banking relationship (start dates for all responsive accounts); (2) how data is stored ; and (3) suggestions re: what needs to be included in protective order for Debtor Affiliates. Please advise of the name of account holder, account number, and beginning date of each Debtor and Debtor Affiliate Account or Loan. Please also advise of what steps CFSB has taken with respect to notifying the Debtor Affiliates, and the remainder of the items CFSB was to advise on following the 5/14/24 conference. I will be in touch separately to address the objections in the 5/22/24 letter.

Thanks,


**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

## **EXHIBIT A-10**

| | |
|---|---|
| **From:** | Keith J. Larson |
| **To:** | Hudson Jobe |
| **Cc:** | Aaron Kaufman; Gregory Sudbury; Kent Ries; Jason Rae; Rick Cass |
| **Subject:** | [EXTERNAL] RE: McClain - CFSB Production |
| **Date:** | Wednesday, June 26, 2024 3:18:07 PM |
| **Attachments:** | CFSB to Trustee 001542-001544.pdf |

Thank you for the email, Hudson.

If you will recall, we had previously produced documents numbered "CFSB to Trustee 000001 – CFSB to Trustee 001541." To ensure all documents are in the same location, we uploaded those documents to the link provided by Rick. We also uploaded the attached list you requested, which details the names of all the Debtor and Debtor-Affiliate accounts as well as account opening dates and account closing dates.

Subject to and without waiving the objections asserted in my 5/22/24 letter (the "Objections"), we will continue to upload additional Debtor bank records next week. The associate at the bank who has led the effort to produce documents is out of the office until Tuesday. We will convene with her when she returns and then begin the rolling production. Per your request, we will prioritize the Debtor bank records. Now that you have received the attached list of accounts, please send us a list of priority accounts and accounts you do not need at this time (if there are any).

As for the Affiliates, the bank sent a letter to the Debtor-Affiliates on 5/29/24, advising them that the bank received the Trustee's subpoena and that the bank intends to comply with the subpoena (subject to the Objections). The bank did not receive a response from the Debtor-Affiliates, so the bank plans to produce documents concerning the Debtor-Affiliates subject to the Objections.

As we discussed on the 5/14/24 conference call, the bank is concerned that the request for kiting reports falls under the umbrella of information financial institutions are protected and/or prohibited from disclosing under the Bank Secrecy Act. If you can point me to any legal authority to the contrary, we will certainly review and are happy to discuss this with you further. Without waiving the Objections and my stated concerns, at a minimum, we would need to enter into a protective order before producing any kiting reports.

I will be in touch next week about updates to the rolling production.

Please note I will be traveling tomorrow through July 5th, but I will be checking email periodically.

Thank you,

Keith

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Monday, June 24, 2024 1:42 PM
**To:** Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Aaron Kaufman <akaufman@grayreed.com>; Gregory Sudbury <gsudbury@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** McClain - CFSB Production

Keith –

Per the conference on 5/14/24 and as stated in your 5/22/24 letter, CFSB was to be preparing responsive documents/information pending further instructions from the Trustee on how to submit. You have received a link from the Trustee's accountants, Lain Faulkner, to use for production. Please provide the documents/information by Friday, June 28. To the extent the production will be rolling, please prioritize providing all Debtor banking records (including all remote capture detail, copies of checks, etc.) and kiting reports from 2018 to the present.

Per the conference, CFSB was going to obtain and provide information re: (1) beginning of banking relationship (start dates for all responsive accounts); (2) how data is stored ; and (3) suggestions re: what needs to be included in protective order for Debtor Affiliates. Please advise of the name of account holder, account number, and beginning date of each Debtor and Debtor Affiliate Account or Loan. Please also advise of what steps CFSB has taken with respect to notifying the Debtor Affiliates, and the remainder of the items CFSB was to advise on following the 5/14/24 conference. I will be in touch separately to address the objections in the 5/22/24 letter.

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

**Keith J. Larson** | Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200
Louisville, KY 40202
**Tel.** 502.560.6758 | **Fax** 502.585.3498
http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by

return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

| Account Holder | Acct # | Type | Open Date | Close Date |
|---|---|---|---|---|
| 7M Cattle Feeders | N/A | | | |
| Angela Powell | 104256 | Personal Checking | 9/17/1997 | Open |
| Angela Powell | 134155 | Personal Checking | 2/28/1996 | Open |
| Angela Powell | 217441 | Personal Checking | 2/24/2000 | Open |
| Angela Powell | 230049 | Personal Checking | 2/13/2021 | Open |
| Angela Powell | 391913 | Personal Checking | 2/15/2012 | 6/11/2018 |
| Angela Powell | 413925 | Business Savings | 7/31/1992 | Open |
| Angela Powell | 880120 | Personal Checking | 7/13/2015 | Open |
| Angela Powell | 1008630 | Angela Powell Rep Payee | 6/26/2020 | Open |
| Angela Powell | 1009760 | Personal Checking | 7/3/2020 | Open |
| Angela Powell | 1026228 | Personal Checking | 11/10/2020 | Open |
| Angela Powell | 2028956 | Business Checking | 7/1/1985 | Open |
| Angela Powell | 4721527 | Personal Checking | 5/17/1996 | Open |
| Angela Powell | 300265343 | Loan - Real Estate | 1/14/2008 | 3/23/2020 |
| Angela Powell | 300382790 | Loan - Auto | 8/8/2013 | 7/2/2018 |
| Angela Powell | 4000001435 | Safe Deposit Box | 7/17/2012 | Open |
| Angela Powell | 4504523903 | Loan - Line of Credit | 8/20/2010 | Open |
| Angela Powell | 4504532982 | Loan - Line of Credit | 8/17/2023 | Open |
| Brain McClain DBA USTPA Region 4 | 2121382 | Business Checking | 7/22/2016 | 2/12/2018 |
| Brian McClain | 300307743 | Loan - Real Estate | 10/22/2009 | 12/7/2020 |
| Brian McClain | 300326762 | Loan -Real Estate | 12/8/2010 | 7/14/2023 |
| Brian McClain | 300351339 | Loan - Ag Line of Credit | 1/25/2012 | 10/29/2019 |
| Brian McClain | 300428598 | Loan - Real Estate | 10/1/2015 | 11/4/2020 |
| Brian McClain | 300451572 | Loan - Vehicle Indirect | 7/20/2016 | 4/19/2021 |
| Brian McClain | 182923 | Personal Checking | 1/31/1997 | 4/20/2023 |
| Brian McClain | 182923 | Loan - Consumer Cash Reserve | 1/31/1997 | 4/20/2023 |
| Brian McClain | 453137 | Savings | 1/5/2000 | 4/21/2023 |
| Brian McClain | 993287 | Personal Checking | 1/31/2020 | 5/11/2023 |
| Brian McClain | 2226181 | Savings | 6/5/2015 | 4/21/2023 |
| Brian McClain | 300378310 | Loan - Vehicle | 5/10/2013 | 5/15/2018 |
| Brian McClain (Guarantor) | 300379374 | Loan - Ag Line of Credit | 6/17/2013 | 11/18/2019 |
| Brian McClain (Guarantor) | 300392667 | Loan - Vehicle | 2/24/2014 | 2/12/2019 |
| Brian McClain (Guarantor) | 300442535 | Loan - Real Estate | 5/9/2016 | 5/22/2018 |
| Brian McClain (Guarantor) | 300522482 | Loan - Real Estate | 12/3/2020 | 9/22/2021 |
| Chelsea McClain | 182923 | Personal Checking | 1/31/1997 | 4/20/2023 |
| Chelsea McClain | 883611 | Personal Checking | 8/27/2015 | Open |
| Chelsea McClain | 993287 | Personal Checking | 1/31/2020 | 5/11/2023 |
| Chelsea McClain | 2295202 | KYUTMA - Cade Cook | 8/28/2020 | Open |
| Chelsea McClain | 4313664501 | Simplified Employee Pension (SEP) | 7/16/2018 | Open |
| Crystal McClain | 956599 | Personal Checking | 4/20/2019 | Open |
| Crystal McClain | 1019918 | Personal Checking | 9/14/2020 | Open |
| Crystal McClain | 1071802 | Personal Checking | 12/30/2021 | Open |
| Crystal McClain | 1101854 | KYUTMA savings - Piper McClain | 12/28/2004 | 6/23/2022 |
| Crystal McClain | 1104292 | KYUTMA savings - Kristin McClain | 1/24/2007 | Open |
| Crystal McClain | 4310864 | Certificate of Deposit | 1/8/2024 | Open |
| Crystal McClain | 40000001521 | Safe Deposit Box | 6/29/2012 | Open |
| Crystal McClain | 300307743 | Loan - Real Estate | 10/22/2009 | 12/7/2020 |
| Crystal McClain | 300428598 | Loan - Real Estate | 10/1/2015 | 11/4/2020 |
| Crystal McClain | 4000001466 | Safe Deposit Box | 9/2/2016 | Open |
| Crystal McClain (Guarantor) | 300379374 | Loan - Ag Line of Credit | 6/17/2013 | 11/18/2019 |
| Crystal McClain (Guarantor) | 300442535 | Loan - Real Estate | 5/9/2016 | 5/22/2018 |
| Jed Goad | 1060219 | Presonal Checking | 8/31/2021 | 4/24/2023 |
| Jed Goad | 700046193 | Boat Loan | 5/28/2021 | 5/11/2023 |
| JLE Trucking | N/A | | | |
| JM Fiberoptics Inc | 2151157 | Business Checking | 11/12/2020 | 6/23/2023 |
| Joshua Moreland | 284149 | Personal Checking | 11/17/2006 | Open |
| Joshua Moreland | 962597 | Personal Checking | 6/4/2019 | Open |

CFSB to Trustee 001542

| | | | | |
|---|---|---|---|---|
| Joshua Moreland | 1137816 | Savings | 11/8/2007 | 1/20/2022 |
| Joshua Moreland | 2151157 | Business Checking | 11/12/2020 | 6/23/2023 |
| Joshua Moreland | 300446693 | Loan - UTV | 6/20/2016 | 5/10/2018 |
| Joshua Moreland | 300473160 | Loan - Vehicle Indirect | 1/11/2018 | 6/10/2019 |
| Joshua Moreland | 300479425 | Loan - Consumer | 8/7/2017 | 8/7/2019 |
| Joshua Moreland | 300502287 | Loan - Real Estate | 6/4/2019 | 5/31/2023 |
| Kinsey Moreland | 284149 | Personal Checking | 11/17/2006 | Open |
| Kinsey Moreland | 370649 | Personal Checking | 5/27/2011 | 3/27/2018 |
| Kinsey Moreland | 962597 | Construction Checking | 6/4/2019 | Open |
| Kinsey Moreland | 1137816 | Savings | 11/8/2007 | 1/20/2022 |
| Kinsey Moreland | 300473160 | Loan - Vehicle Indirect | 1/11/2018 | 6/10/2019 |
| Kinsey Moreland | 300502287 | Loan - Real Estate | 6/4/2019 | 5/31/2023 |
| Kinsey Moreland | 850101269 | Loan - Freddie Mac | 3/4/2015 | 5/15/2019 |
| Leslie White | 320595 | Personal Checking | 10/22/2007 | Open |
| Leslie White | 329363 | Personal Checking | 11/19/2008 | Open |
| Leslie White | 370649 | Personal Checking | 5/27/2011 | 3/27/2018 |
| Leslie White | 1137816 | Savings | 11/8/2007 | 1/20/2022 |
| Leslie White | 1000000174 | Safe Deposit Box | 10/27/2021 | Open |
| Leslie White | 871814 | Personal Checking | 3/24/2015 | Open |
| Leslie White | 917476 | Personal Checking | 12/22/2016 | Open |
| Leslie White | 99004681 | Health Savings Account | 11/19/2018 | Open |
| Leslie White | 85020030 | Loan - Freddie Mac | 4/17/2020 | Open |
| Leslie White | 300540416 | Loan - Consumer | 3/22/2022 | Open |
| Leslie White | 700034706 | Loan - Auto Indirect | 11/13/2020 | Open |
| Leslie White | 4504527192 | Loan - Consumer LOC | 6/25/2014 | Open |
| Leslie White | 4504527582 | Loan - RLOC | 4/8/2015 | Open |
| Leslie White | 1165623 | Savings | 1/20/2009 | Open |
| Leslie White | 2302073 | Savings | 1/6/2021 | Open |
| Leslie White | 3100857 | Savings | 8/14/2008 | Open |
| Leslie White | 11136496 | Savings - Christmas Club | 10/11/2017 | Open |
| Leslie White | 4717201 | Personal Checking | 6/28/1995 | 1/18/2018 |
| Leslie White | 850100961 | Loan - Freddie Mac | 11/28/2014 | 4/22/2020 |
| Leslie White | 924977 | Savings | 2/2/2017 | 12/5/2019 |
| Leslie White | 2208718 | Savings | 1/24/2014 | 12/5/2019 |
| Leslie White | 2232494 | Savings | 12/12/2015 | 12/6/2019 |
| Leslie White | 2261618 | Savings | 1/25/2019 | 12/6/2019 |
| Leslie White | 11124070 | KYUTMA - Leslie custodian | 6/23/2017 | 12/6/2019 |
| McClain Farms Inc | 2103786 | Business Checking | 6/25/2015 | 1/9/2023 |
| McClain Farms Inc | 300378310 | Loan - Vehicle | 5/10/2013 | 5/15/2018 |
| McClain Farms Inc | 300379374 | Loan - Ag Line of Credit | 6/17/2013 | 11/18/2019 |
| McClain Farms Inc | 300392667 | Loan - Vehicle | 2/24/2014 | 2/12/2019 |
| McClain Farms Inc | 300522482 | Loan - Real Estate | 12/3/2020 | 9/22/2021 |
| McClain Farms Inc | 4504522710 | Loan - Ag Line of Credit | 10/22/2009 | 9/22/2021 |
| McClain Farms Inc | 4504527726 | Loan - Ag Line of Credit | 6/25/2015 | 12/10/2020 |
| McClain Farms Inc | 46510700000012200 | Credit Card | | 5/3/2023 |
| McClain Farms Inc | 46510700000014400 | Credit Card | | 5/3/2023 |
| McClain Farms Inc  (Guarantor) | 300442535 | Loan - Real Estate | 5/9/2016 | 5/22/2018 |
| McClain Feedyard | 300442535 | Loan - Real Estate | 5/9/2016 | 5/22/2018 |
| McClain Feedyard | 4504522710 | Loan - Ag Line of Credit | 10/22/2009 | 9/22/2021 |
| Meagan Goad | 453137 | Savings | 1/5/2000 | 4/21/2023 |
| Meagan Goad | 905596 | Personal Checking | 7/7/2016 | Open |
| Meagan Goad | 1060219 | Personal Checking | 8/31/2021 | 4/24/2023 |
| Meagan Goad | 2142941 | Business Checking | 3/2/2020 | 9/1/2022 |
| Meagan Goad | 300351339 | Loan - Ag Line of Credit | 1/25/2012 | 10/29/2019 |
| Meagan Goad | 300435262 | Loan - Ag Line of Credit | 1/25/2012 | 10/29/2019 |
| Meagan Goad | 300435731 | Loan - Auto | 12/1/2015 | 6/13/2018 |
| Meagan Goad | 300485270 | Loan - RV | 2/13/2018 | 9/14/2018 |
| Meagan Goad | 300494258 | Loan - RV | 9/11/2018 | 6/18/2020 |

CFSB to Trustee 001543

| Meagan Goad | 1111328904 | Loan - PPP | 4/27/2021 | 8/12/2021 |
| Meagan Goad | 4504529628 | Loan - Ag Line of Credit | 6/29/2018 | 12/8/2020 |
| Meagan Goad | 4504531245 | Loan - Ag Line of Credit | 2/2/2021 | 5/3/2023 |
| Meagan Goad | 4504531245 | Loan - Ag Line of Credit | 2/2/2021 | 5/3/2023 |
| Meagan Goad | 7000005845 | Loan - Indirect Auto | 11/14/2018 | 2/26/2021 |
| Piper McClain | 956599 | Personal Checking | 4/20/2019 | Open |
| Piper McClain | 1101854 | KYUTMA savings - Piper McClain | 12/28/2004 | 6/23/2022 |
| Piper McClain | 2330918 | Savings | 6/22/2022 | Open |
| Piper McClain | 4310864 | Certificate of Deposit | 1/8/2024 | Open |
| Piper McClain | 4000001466 | Safe Deposit Box | 9/2/2016 | Open |

CFSB to Trustee 001544

**EXHIBIT A-11**

| | |
|---|---|
| **From:** | Keith J. Larson |
| **To:** | Hudson Jobe |
| **Cc:** | Aaron Kaufman; Gregory Sudbury; Kent Ries; Jason Rae; Rick Cass |
| **Subject:** | Re: [EXTERNAL] - RE: McClain - CFSB Production |
| **Date:** | Wednesday, June 26, 2024 4:39:04 PM |
| **Attachments:** | external.png |
| | finance_warning.png |

Hudson,

We should be able to produce the remote deposits from the Debtor accounts by Friday. I will let you know if anything changes.

Keith

**From:** Hudson Jobe <hjobe@qslwm.com>

**Sent:** Wednesday, June 26, 2024 4:32 PM

**To:** Keith J. Larson <kjl@mpmfirm.com>

**Cc:** Aaron Kaufman <akaufman@grayreed.com>; Gregory Sudbury <gsudbury@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>

**Subject:** Re: [EXTERNAL] - RE: McClain - CFSB Production

Keith - we need the remote detail ASAP for the 4 year period on the Debtor Accounts as discussed on 5/13. Will that be produced by 6/28?

Get Outlook for iOS

**From:** Keith J. Larson <kjl@mpmfirm.com>

**Sent:** Wednesday, June 26, 2024 3:16:52 PM

**To:** Hudson Jobe <hjobe@qslwm.com>

**Cc:** Aaron Kaufman <akaufman@grayreed.com>; Gregory Sudbury <gsudbury@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>

**Subject:** [EXTERNAL] - RE: McClain - CFSB Production



Thank you for the email, Hudson.

If you will recall, we had previously produced documents numbered "CFSB to Trustee 000001 – CFSB to Trustee 001541." To ensure all documents are in the same location, we uploaded those documents to the link provided by Rick. We also uploaded the attached list you requested, which details the names of all the Debtor and Debtor-Affiliate accounts as well as account opening dates and account closing dates.

Subject to and without waiving the objections asserted in my 5/22/24 letter (the "Objections"),

we will continue to upload additional Debtor bank records next week. The associate at the bank who has led the effort to produce documents is out of the office until Tuesday. We will convene with her when she returns and then begin the rolling production. Per your request, we will prioritize the Debtor bank records. Now that you have received the attached list of accounts, please send us a list of priority accounts and accounts you do not need at this time (if there are any).

As for the Affiliates, the bank sent a letter to the Debtor-Affiliates on 5/29/24, advising them that the bank received the Trustee's subpoena and that the bank intends to comply with the subpoena (subject to the Objections). The bank did not receive a response from the Debtor-Affiliates, so the bank plans to produce documents concerning the Debtor-Affiliates subject to the Objections.

As we discussed on the 5/14/24 conference call, the bank is concerned that the request for kiting reports falls under the umbrella of information financial institutions are protected and/or prohibited from disclosing under the Bank Secrecy Act. If you can point me to any legal authority to the contrary, we will certainly review and are happy to discuss this with you further. Without waiving the Objections and my stated concerns, at a minimum, we would need to enter into a protective order before producing any kiting reports.

I will be in touch next week about updates to the rolling production.

Please note I will be traveling tomorrow through July 5th, but I will be checking email periodically.

Thank you,

Keith

---

**From:** Hudson Jobe <hjobe@qslwm.com>
**Sent:** Monday, June 24, 2024 1:42 PM
**To:** Keith J. Larson <kjl@mpmfirm.com>
**Cc:** Aaron Kaufman <akaufman@grayreed.com>; Gregory Sudbury <gsudbury@qslwm.com>; Kent Ries <kent@kentries.com>; Jason Rae <jrae@lainfaulkner.com>; Rick Cass <fcass@lainfaulkner.com>
**Subject:** McClain - CFSB Production

Keith –

Per the conference on 5/14/24 and as stated in your 5/22/24 letter, CFSB was to be preparing responsive documents/information pending further instructions from the Trustee on how to submit. You have received a link from the Trustee's accountants, Lain Faulkner, to use for production. Please provide the documents/information by Friday, June 28. To the extent the production will be rolling, please prioritize providing all Debtor banking records (including all remote capture detail,

copies of checks, etc.) and kiting reports from 2018 to the present.

Per the conference, CFSB was going to obtain and provide information re: (1) beginning of banking relationship (start dates for all responsive accounts); (2) how data is stored ; and (3) suggestions re: what needs to be included in protective order for Debtor Affiliates.  Please advise of the name of account holder, account number, and beginning date of each Debtor and Debtor Affiliate Account or Loan.  Please also advise of what steps CFSB has taken with respect to notifying the Debtor Affiliates, and the remainder of the items CFSB was to advise on following the 5/14/24 conference. I will be in touch separately to address the objections in the 5/22/24 letter.

Thanks,

**Hudson Jobe**
**Board Certified Business Bankruptcy Attorney**
**Texas Board of Legal Specialization**
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
**2001 Bryan Street, Suite 1800, Dallas TX 75201**
**Direct: (214) 880-1858 | Fax: (214) 871-2111**
**Email: hjobe@qslwm.com**

**Keith J. Larson** | Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200
Louisville, KY 40202
**Tel.** 502.560.6758 | **Fax** 502.585.3498
http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

**Keith J. Larson** | Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200
Louisville, KY 40202
**Tel.** 502.560.6758 | **Fax** 502.585.3498
http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

**<u>EXHIBIT A-12</u>**

| **From:** | Hudson Jobe |
| **To:** | Aaron Kaufman |
| **Cc:** | Kent Ries; Alan Dabdoub |
| **Subject:** | [EXTERNAL] McClain: additional detail on CFSB transactions |
| **Date:** | Friday, March 7, 2025 12:51:01 PM |
| **Attachments:** | CFSB Bank Request-Updated.pdf |

Aaron –

The Trustee has not been able to locate detail on the attached transactions in the CFSB production. Pursuant to the prior discovery order, we should have received all documents related to these transactions, including front and back of check images, wire details and/or wire request, wire confirmations, etc.

We would appreciate if your client would provide these items within 10 days of today. Please confirm whether that is agreeable.

Thanks,

**Hudson Jobe**
**Board Certified in Business Bankruptcy**
**Texas Board of Legal Specialization**
**Direct: (214) 807-0563 | Cell: (214) 514-5656**
**hjobe@jobelawpllc.com**

**Jobe Law PLLC**
**6060 North Central Expressway, Suite 500**
**Dallas, Texas 75206 | www.jobelawpllc.com**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jobe Law PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

DRAFT FOR DISCUSSION PURPOSES ONLY
Privileged & Confidential

**McClain - CFSB Request**

| Items | Company | Bank | Acct Ending | Posted Date | Check # | Bank Description / Notes | Debit Amount (Payment) |
|---|---|---|---|---|---|---|---|
| 1 | McClain Farms | Community Financial Services Bank | 3786 | 04/20/18 | 21062 | BLANK CHECK / NOT LEGIBLE | (107,061.24) |
| 2 | McClain Farms | Community Financial Services Bank | 3786 | 04/05/19 | WIRE | NATIONAL FINANCIAL SERVICES | (376,761.92) |
| 3 | McClain Farms | Community Financial Services Bank | 3786 | 04/10/19 | | CASH | (24,249.34) |
| 4 | McClain Farms | Community Financial Services Bank | 3786 | 07/01/19 | 23635 | RIVER VALLEY AG CREDIT | (19,484.51) |
| 5 | McClain Farms | Community Financial Services Bank | 3786 | 11/19/19 | 24838 | RIVER VALLEY AG CREDIT | (7,000.00) |
| 6 | McClain Farms | Community Financial Services Bank | 3786 | 11/29/19 | 24995 | RIVER VALLEY AG CREDIT | (15,912.39) |
| 7 | McClain Farms | Community Financial Services Bank | 3786 | 12/09/19 | WIRE | NATIONAL FINANCIAL SERVICES | (90,372.96) |
| 8 | McClain Farms | Community Financial Services Bank | 3786 | 12/10/19 | 25095 | BLANK CHECK / NOT LEGIBLE | (13,442.95) |
| 9 | McClain Farms | Community Financial Services Bank | 3786 | 03/06/20 | | CASHIER CHECK | (58,000.00) |
| 10 | McClain Farms | Community Financial Services Bank | 3786 | 05/01/20 | 26237 | RIVER VALLEY AG CREDIT | (24,035.59) |
| 11 | McClain Farms | Community Financial Services Bank | 3786 | 05/01/20 | 26240 | RIVER VALLEY AG CREDIT | (2,017,103.82) |
| 12 | McClain Farms | Community Financial Services Bank | 3786 | 06/04/20 | 26468 | RIVER VALLEY AG CREDIT | (493,457.83) |
| 13 | McClain Farms | Community Financial Services Bank | 3786 | 06/24/20 | 26626 | RIVER VALLEY AG CREDIT | (19,484.51) |
| 14 | McClain Farms | Community Financial Services Bank | 3786 | 07/14/20 | 26741 | BLANK CHECK / NOT LEGIBLE | (20,000.00) |
| 15 | McClain Farms | Community Financial Services Bank | 3786 | 09/15/20 | 25526 | BLANK CHECK / NOT LEGIBLE | (50,000.00) |
| 16 | McClain Farms | Community Financial Services Bank | 3786 | 12/04/20 | | FUNDS TRANSFER DEBIT | (85,025.50) |
| 17 | McClain Farms | Community Financial Services Bank | 3786 | 12/23/20 | 28087 | RIVER VALLEY AG CREDIT | (2,558,492.16) |
| 18 | McClain Farms | Community Financial Services Bank | 3786 | 02/08/21 | 28416 | RIVER VALLEY AG CREDIT | (2,509,121.25) |

**EXHIBIT A-13**

| **From:** | Keith J. Larson |
| **To:** | Hudson Jobe; Aaron Kaufman |
| **Cc:** | Kent Ries; Alan Dabdoub |
| **Subject:** | [EXTERNAL] RE: McClain: additional detail on CFSB transactions |
| **Date:** | Thursday, March 13, 2025 12:50:40 PM |
| **Attachments:** | image001.jpg |
| | image002.png |
| | CFSB to Trustee 008152-008170.pdf |

Good afternoon, Hudson.

Subject to and without waiving the objections asserted in my 5/22/24 production letter, attached please find documents numbered CFSB to Trustee 008152 – CFSB to Trustee 008170.

Thank you,

**Keith J. Larson** | Morgan Pottinger McGarvey

401 South Fourth Street, Suite 1200

Louisville, KY 40202

**Tel.** 502.560.6758 | **Fax** 502.585.3498

http://www.mpmfirm.com



This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

---

**From:** Hudson Jobe <hjobe@jobelawpllc.com>
**Sent:** Friday, March 7, 2025 4:34 PM
**To:** Aaron Kaufman <akaufman@grayreed.com>
**Cc:** Kent Ries <kent@kentries.com>; Alan Dabdoub <adabdoub@lynnllp.com>; Keith J. Larson <kjl@mpmfirm.com>
**Subject:** RE: McClain: additional detail on CFSB transactions

Thanks sir, in due course.

**Hudson Jobe**

**Board Certified in Business Bankruptcy**
**Texas Board of Legal Specialization**

**Direct: (214) 807-0563 | Cell: (214) 514-5656**
**hjobe@jobelawpllc.com**

**Jobe Law PLLC**

**6060 North Central Expressway, Suite 500**

**Dallas, Texas 75206 | www.jobelawpllc.com**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jobe Law PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Friday, March 7, 2025 12:53 PM
**To:** Hudson Jobe <hjobe@jobelawpllc.com>
**Cc:** Kent Ries <kent@kentries.com>; Alan Dabdoub <adabdoub@lynnllp.com>; Keith J. Larson <kjl@mpmfirm.com>
**Subject:** Re: McClain: additional detail on CFSB transactions

Hudson- Adding Keith to this email thread. We'll review and respond in due course.

**Aaron Kaufman**
**Partner**
Tel 469.320.6050  | Fax 469.320.6886 | akaufman@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Hudson Jobe <hjobe@jobelawpllc.com>
**Sent:** Friday, March 7, 2025 12:51 PM
**To:** Aaron Kaufman <akaufman@grayreed.com>
**Cc:** Kent Ries <kent@kentries.com>; Alan Dabdoub <adabdoub@lynnllp.com>
**Subject:** [EXTERNAL] McClain: additional detail on CFSB transactions

Aaron –

The Trustee has not been able to locate detail on the attached transactions in the CFSB production. Pursuant to the prior discovery order, we should have received all documents related to these transactions, including front and back of check images, wire details and/or wire request, wire confirmations, etc.

We would appreciate if your client would provide these items within 10 days of today. Please confirm whether that is agreeable.

Thanks,

**Hudson Jobe**
**Board Certified in Business Bankruptcy**
**Texas Board of Legal Specialization**
**Direct: (214) 807-0563 | Cell: (214) 514-5656**
hjobe@jobelawpllc.com

**Jobe Law PLLC**
**6060 North Central Expressway, Suite 500**
**Dallas, Texas 75206 | www.jobelawpllc.com**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jobe Law PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**Keith J. Larson** | Morgan Pottinger McGarvey
401 South Fourth Street, Suite 1200
Louisville, KY 40202
**Tel.** 502.560.6758 | **Fax** 502.585.3498
http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.



MCCLAIN FARMS INC
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

CFSB

73  312/839   28416

2/5/2021

PAY TO THE
ORDER OF   River Valley AgCredit          **2,509,121.25
$

Two Million Five Hundred Nine Thousand One Hundred Twenty-One and 25/100************************   DOLLARS

River Valley AgCredit

AUTHORIZED SIGNATURE

Check: 28416 Amount: $2,509,121.25 Date: 2/8/2021
Run: 1001, Batch: 8, Seq: 166, PC: 19, Source: C21-From Fed

For Deposit Only
River Valley AgCredit, ACA
For Use and others

Check: 28416 Amount: $2,509,121.25 Date: 2/8/2021
Run: 1001, Batch: 8, Seq: 166, PC: 19, Source: C21-From Fed

| Credit | | Official Check | |
|---|---|---|---|

**Credit**

Bank: CFSB
Branch #: 1
Branch Name: BENTON BANKING CTR
Teller ID: DJONES
Drawer #: 118
Trans #: 28
Misc: Trn Official Check, Inst 330711

**Official Check**

Date/Time: 3/6/2020   3:21 PM
Workstation: RB2017T001
HIN #: ████████0077

SUBSTITUTE IMAGE / VIRTUAL DOCUMENT

Check Description: Cashier's Check
Payee Name: COLTON WALLACE

Fee Amount: $0.00
Remitter Name: MCCLAIN FARMS

| AUXILIARY | R/T | ACCOUNT | PC/TC | AMOUNT |
|---|---|---|---|---|
| 330711 | ███328 | 1002915 | 42 | $58,000.00 |

Check: 330711 Amount: $58,000.00 Date: 3/6/2020
Run: 1024, Batch: 19, Seq: 30, PC: 42, Source: C21-From Vertex



███328<  ████████
CFSB
Drawer#/Trans#: 00118/0028
HIN: ████████0077

Check: 330711 Amount: $58,000.00 Date: 3/6/2020
Run: 1024, Batch: 19, Seq: 30, PC: 42, Source: C21-From Vertex

Printed 3/13/2025

Community Financial Services Bank - Page 1 of 1
CFSB to Trustee 008153

CFSB  ADVICE OF CHARGE

| DATE | ACCOUNT NUMBER | TRAN CODE |
|------|----------------|-----------|
| 3-6-20 | 3786 | |

APPROVED BY
DJones

CODES
12____ 15____ 18____

WE DEBIT YOUR ACCOUNT AS FOLLOWS:

| | AMOUNT |
|---|--------|
| cashiers Check | 58,000 00 |

TOTAL $ 58000 05

McClain Farms
Kinsey Moreland
x Kinsey Moreland

⑆5501⑈0000⑈                     011



Check: 0 Amount: $58,000.00 Date: 3/6/2020
Run: 1024, Batch: 19, Seq: 31, PC: 11, Source: C21-From Vertex

Check: 0 Amount: $58,000.00 Date: 3/6/2020
Run: 1024, Batch: 19, Seq: 31, PC: 11, Source: C21-From Vertex

Printed 3/12/2025

Community Financial Services Bank - Page 1 of 1

CFSB to Trustee 008154



MCCLAIN FARMS INC
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

CFSB

23635

6-28-19

PAY TO THE ORDER OF   River Valley Ag Credit                    $ 19484.51

Nineteen thousand four hundred eighty four dollars + 51/100        DOLLARS

Kinse Moreland
AUTHORIZED SIGNATURE

For Deposit Only
River Valley AgCredit, Inc.
For itself and others

Check: 23635 Amount: $19,484.51 Date: 7/1/2019
Run: 1001, Batch: 1, Seq: 398, PC: 19, Source: C21-From Fed

Check: 23635 Amount: $19,484.51 Date: 7/1/2019
Run: 1001, Batch: 1, Seq: 398, PC: 19, Source: C21-From Fed

Printed 3/12/2025

Community Financial Services Bank - Page 1 of 1

CFSB to Trustee 008155



## OUTGOING WIRE TRANSFER ORDER

Date: 4/5/2019

**Client Information**     √ Domestic - $35.00     ☐ International - $65.00

Method Used to Identify Customer: ☐ SSN/DL  ☑ Known  ☐ Email  ☐ Fax  ☐ Phone

Debit Account Number: 2103786 _____ Collected Balance Verified By: GORR

Amount of Wire:          $ 376,761.92 __ US Dollars

Person Requesting This Wire: Meagan Powell

On Behalf Of: McClain Farms

Address: 824 Mullins Lane

City: Benton          State: KY          Zip: 42025

**Beneficiary**

Account Number ▓▓ 8221

Beneficiary: National Financial Services, LLC

Address:

City:          State:          Zip:

**Receiving Bank**     ABA Number: 021000021

Receiving Bank  JP Morgan Chase Bank

Address: One Chase Manhattan Plaza

City: New York City          State: NY          Zip:

Country (International Only):          Swift Code (Intl. Only):

Special Instructions / Memo / Further Credit To: Further credit to William A Weddington

HEZ-829013

Customer Signature: _Meagan Powell_          Date: 4/5/2019

| **For Financial Institution Use Only** |
|---|
| Prepared By: L.White          Officer Approval: _Shen/Ce. HP_ |
| ☐ Non in-person  ☐ Adjustment of fee  ☑ Uncollected balance—reason making deposit |
| Call Back (Only if forms were faxed/emailed) |
| Team Member:          Time/Date |
| Client spoken with: |

CFSB to Trustee 008156

CFSB  ADVICE OF CHARGE

DATE 4/10/19

ACCOUNT NUMBER  3786

TRAN CODE

APPROVED BY

CODES

12___ 15___ 16___

WE DEBIT YOUR ACCOUNT AS FOLLOWS:

Cash

AMOUNT  24249 34

TOTAL  $  24249 34

Kinsey Moreland

X Kinsey Moreland

⑃550 1ꟽ0000⑃                    011



Check: 0 Amount: $24,249.34 Date: 4/10/2019
Run: 1027, Batch: 31, Seq: 25, PC: 11, Source: C21-From Vertex

Check: 0 Amount: $24,249.34 Date: 4/10/2019
Run: 1027, Batch: 31, Seq: 25, PC: 11, Source: C21-From Vertex

Printed 3/12/2025

CFSB to Trustee 008157



MCCLAIN FARMS INC
424 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

CFSB

21062

4-12-18

PAY TO THE
ORDER OF _____ $ 107,061.24

One hdd Sun thousand Sixty one & 24 _____ DOLLARS

AUTHORIZED SIGNATURE

Check: 21062 Amount: $107,061.24 Date: 4/18/2018
Run: 1000, Batch: 3, Seq: 151, PC: 19, Source: C21-From Fed

Check: 21062 Amount: $107,061.24 Date: 4/18/2018
Run: 1000, Batch: 3, Seq: 151, PC: 19, Source: C21-From Fed

Printed 3/12/2025

Community Financial Services Bank - Page 1 of 1

CFSB to Trustee 008158



MCCLAIN FARMS INC
124 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

CFSB

73  532/690    26237

4/30/2020

PAY TO THE ORDER OF    River Valley AgCredit

**24,035.59
$

Twenty-Four Thousand Thirty-Five and 59/100********************************************************    DOLLARS

River Valley AgCredit

Meagan Powell
AUTHORIZED SIGNATURE

Check: 26237 Amount: $24,035.59 Date: 5/1/2020
Run: 1002, Batch: 5, Seq: 313, PC: 19, Source: C21-From Fed

Check: 26237 Amount: $24,035.59 Date: 5/1/2020
Run: 1002, Batch: 5, Seq: 313, PC: 19, Source: C21-From Fed



MCCLAIN FARMS INC
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0642

CFSB

73  73
830

26240

4/30/2020

PAY TO THE
ORDER OF    River Valley AgCredit                                    **2,017,103.82

Two Million Seventeen Thousand One Hundred Three and 82/100***************************    DOLLARS

River Valley AgCredit

Meagan Powell

For Deposit Only
River Valley AgCredit ACA

Check: 26240 Amount: $2,017,103.82 Date: 5/1/2020
Run: 1002, Batch: 5, Seq: 315, PC: 19, Source: C21-From Fed

Check: 26240 Amount: $2,017,103.82 Date: 5/1/2020
Run: 1002, Batch: 5, Seq: 315, PC: 19, Source: C21-From Fed

Printed 3/12/2025

Community Financial Services Bank - Page 1 of 1

CFSB to Trustee 008160



THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND OV WHITE PAPER, A VOID PANTOGRAPH AND MICROPRINTING

MCCLAIN FARMS INC
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

CFSB

73  270
     630

26468

6/3/2020

PAY TO THE
ORDER OF   River Valley AgCredit

**493,457.83

Four Hundred Ninety-Three Thousand Four Hundred Fifty-Seven and 83/100************************************************   DOLLARS

River Valley AgCredit

Check: 26468 Amount: $493,457.83 Date: 6/4/2020
Run: 1000, Batch: 6, Seq: 16, PC: 19, Source: C21-From Fed

Check: 26468 Amount: $493,457.83 Date: 6/4/2020
Run: 1000, Batch: 6, Seq: 16, PC: 19, Source: C21-From Fed

Printed 3/13/2025

Community Financial Services Bank - Page 1 of 1

CFSB to Trustee 008161



MCCLAIN FARMS INC
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

CFSB

73  | 26626

6-23-2020

PAY TO THE
ORDER OF   River Valley Ag Credit                    $ 19484.51

Nineteen thousand Four hundred eighty four & 51/100 ———— DOLLARS

AUTHORIZED SIGNATURE

For Deposit Only
River Valley Ag Credit-ACA
For itself and others

Check: 26626 Amount: $19,484.51 Date: 6/24/2020
Run: 1000, Batch: 6, Seq: 313, PC: 19, Source: C21-From Fed

Check: 26626 Amount: $19,484.51 Date: 6/24/2020
Run: 1000, Batch: 6, Seq: 313, PC: 19, Source: C21-From Fed

Printed 3/13/2025

Community Financial Services Bank - Page 1 of 1

CFSB to Trustee 008162



**MCCLAIN FARMS INC**
124 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

26741

7-8-20

$ 20,000

PAY TO THE ORDER OF

DOLLARS

AUTHORIZED SIGNATURE

Regions Bank > ████ 0019<

Check: 26741 Amount: $20,000.00 Date: 7/14/2020
Run: 1000, Batch: 5, Seq: 375, PC: 19, Source: C21-From Fed

Check: 26741 Amount: $20,000.00 Date: 7/14/2020
Run: 1000, Batch: 5, Seq: 375, PC: 19, Source: C21-From Fed





Check: 25526 Amount: $50,000.00 Date: 9/15/2020
Run: 1000, Batch: 11, Seq: 281, PC: 19, Source: C21-From Fed

Check: 25526 Amount: $50,000.00 Date: 9/15/2020
Run: 1000, Batch: 11, Seq: 281, PC: 19, Source: C21-From Fed



MCCLAIN FARMS INC
824 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

CFSB

24838

11/14/2019

PAY TO THE
ORDER OF   River Valley AgCredit                                    **7,000.00

Seven Thousand and 00/100********************************************************   DOLLARS

River Valley AgCredit

Megan Powell
AUTHORIZED SIGNATURE

Check: 24838 Amount: $7,000.00 Date: 11/19/2019
Run: 1002, Batch: 11, Seq: 117, PC: 19, Source: C21-From Fed

Check: 24838 Amount: $7,000.00 Date: 11/19/2019
Run: 1002, Batch: 11, Seq: 117, PC: 19, Source: C21-From Fed

Printed 3/12/2025

Community Financial Services Bank - Page 1 of 1
CFSB to Trustee 008165



MCCLAIN FARMS INC
424 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

CFSB

24995

11-27-19

PAY TO THE
ORDER OF   River Valley Ag                    $ 15912 39

Fifteen thousand nine hundred twelve 39/100                    DOLLARS

Meagan Powell
AUTHORIZED SIGNATURE

Check: 24995 Amount: $15,912.39 Date: 11/29/2019
Run: 1000, Batch: 10, Seq: 6, PC: 19, Source: C21-From Fed

Check: 24995 Amount: $15,912.39 Date: 11/29/2019
Run: 1000, Batch: 10, Seq: 6, PC: 19, Source: C21-From Fed

Printed 3/12/2025

Community Financial Services Bank - Page 1 of 1

CFSB to Trustee 008166

| 315 |  3786 DDA | 113 | 85,025.50 CWALLACE | QPADEV00BS | 14:02:09 FUNDS TRNSF-PER BRIAN MCCLAIN |
|---|---|---|---|---|---|
|     | MCCLAIN FARMS INC | | | | |
| 316 | 300307743 LOAN | 345 | 85,025.50 CWALLACE | QPADEV00BS | 14:02:09 |

CFSB to Trustee 008167



## OUTGOING WIRE TRANSFER ORDER

Date: 12/5/2019

**Client Information**

☐ Domestic - $35.00          ☐ International - $65.00

Method Used to Identify Customer: ☐ SSN/DL  ☑ Known  ☐ Email  ☐ Fax  ☐ Phone

Debit Account Number: ███786          Collected Balance Verified By: KWADDELL

Amount of Wire: $ 90,372.96   US Dollars

Person Requesting This Wire: Meagan Powell

On Behalf Of: McClain Farms

Address: 824 Mullins Lane

City: Benton          State: KY          Zip: 42025

**Beneficiary**

Account Number: ███221

Beneficiary: National Financial Services, LLC

Address:

City:          State:          Zip:

**Receiving Bank**          ABA Number: 021000021

Receiving Bank: JP Morgan Chase Bank

Address: One Chase Manhattan Plaza

City: New York City          State: NY          Zip:

Country (International Only):          Swift Code (Intl. Only):

Special Instructions / Memo / Further Credit To: Further credit to Susan H Foster

HEZ-000108

Customer Signature: _Meagan Powell_          Date: 12/5/2019

**For Financial Institution Use Only**

Prepared By: KATHERINE WADDELL          Officer Approval: _Wm M___  AVP

☐ Non In-person  ☐ Adjustment of fee  ☑ Uncollected balance—reason Just made deposit

Call Back (Only if forms were faxed/emailed)

Team Member: KATHERINE WADDELL          Time/Date 12-9-19   2:00 PM

Client spoken with: MEAGAN POWELL

CFSB to Trustee 008168





Check: 25095 Amount: $13,442.95 Date: 12/10/2019
Run: 1000, Batch: 5, Seq: 246, PC: 19, Source: C21-From Fed

Check: 25095 Amount: $13,442.95 Date: 12/10/2019
Run: 1000, Batch: 5, Seq: 246, PC: 19, Source: C21-From Fed



MCCLAIN FARMS INC
$24 MULLINS LN
BENTON, KY 42025-4702
PH (270) 527-0640

CFSB

28087

12/21/2020

PAY TO THE
ORDER OF    River Valley AgCredit                                    $ **2,558,492.16

Two Million Five Hundred Fifty-Eight Thousand Four Hundred Ninety-Two and 16/100************************ DOLLARS

River Valley AgCredit

Meagan Powell
AUTHORIZED SIGNATURE

For Deposit Only
River Valley AgCredit, ACA
For itself and others

Check: 28087 Amount: $2,558,492.16 Date: 12/23/2020
Run: 1000, Batch: 6, Seq: 30, PC: 19, Source: C21-From Fed

Check: 28087 Amount: $2,558,492.16 Date: 12/23/2020
Run: 1000, Batch: 6, Seq: 30, PC: 19, Source: C21-From Fed

Printed 3/13/2025

Community Financial Services Bank - Page 1 of 1

CFSB to Trustee 008170

**EXHIBIT A-14**

## Aaron Kaufman

| | |
|---|---|
| **From:** | Aaron Kaufman |
| **Sent:** | Tuesday, April 1, 2025 5:23 PM |
| **To:** | Alan Dabdoub; Keith J. Larson; Michael Johnson; Heath Hendricks; Matthew Cannon; John H. Lovell; Illmer, Rick; buffey.klein@huschblackwell.com; Johnson, Javon; Brakefield, Alex; Massey, Karen |
| **Cc:** | Hudson Jobe; Campbell Sode; Farsheed Fozouni; Nathaniel Plemons; Steven Gersten; Kay Ridenour; Whitney Gillaspie |
| **Subject:** | RE: Scheduling order |
| **Attachments:** | Ries v CFSB HTLF Mechanics Bank Rabo Agreed Scheduling Order (Gray Reed Comments).docx |

All –

Please see our preliminary comments to the draft scheduling order that Alan circulated last week.  Note that we've updated the caption to reflect the case reassignments this afternoon.

Given the agreed extensions to file responses in mid- to late-May, we think July 1 is a bit too optimistic to expect Judge Everett's rulings on the expected motions to dismiss.  We'd like the deadlines to run from the Court's ruling on those motions.

We've added a date for joinders/crossclaims, and we'd like the parties to agree to toll any statutes of limitations that may not have already run so we're not having to file claims while waiting on the Court to rule on MTDs.  Happy to work on wordsmithing the appropriate language to accomplish this in the order, but we don't see the value in filing any joinders or crossclaims before knowing which of the Trustee's claims are going to survive.

We noticed that you had dispositive motions due one day after discovery is completed.  That seems too quick.  We suggest at least 30 days after the end of discovery, and then pushing the remaining dates out to allow reasonable time for responses, replies, and the Court's ruling.

Let us know if we need to hop on a call to hammer out any additional details.

Thanks,
Amk


**Aaron Kaufman**
**Partner**
Tel 469.320.6050  | Fax 469.320.6886 | akaufman@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please

1

contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Alan Dabdoub <adabdoub@lynnllp.com>
**Sent:** Friday, March 28, 2025 4:59 PM
**To:** Aaron Kaufman <akaufman@grayreed.com>; Keith J. Larson <kjl@mpmfirm.com>; Michael Johnson <MJohnson@rqn.com>; Heath Hendricks <heath.hendricks@uwlaw.com>; Matthew Cannon <mcannon@rqn.com>; John H. Lovell <john@lovell-law.net>; Illmer, Rick <rick.illmer@huschblackwell.com>; buffey.klein@huschblackwell.com; Johnson, Javon <Javon.Johnson@huschblackwell.com>; Brakefield, Alex <Alex.Brakefield@huschblackwell.com>; Massey, Karen <Karen.Massey@huschblackwell.com>
**Cc:** Hudson Jobe <hjobe@jobelawpllc.com>; Campbell Sode <csode@lynnllp.com>; Farsheed Fozouni <ffozouni@lynnllp.com>; Nathaniel Plemons <nplemons@lynnllp.com>; Steven Gersten <sgersten@lynnllp.com>; Kay Ridenour <KRidenour@lynnllp.com>; Whitney Gillaspie <wgillaspie@lynnllp.com>
**Subject:** [EXTERNAL] Scheduling order

Greetings counsel:

Please see proposed scheduling order attached and let me know if you have any edits or comments. Our client may have comments to add and if so, we will let you know. Thank you in advance.

Regards,


**ALAN DABDOUB** | Partner
**Lynn**Pinker**Hurst**Schwegmann
Direct 214 981 3818
Cell 972 897 4354
Fax 214 981 3839
**adabdoub@lynnllp.com**

2100 Ross Avenue, Suite 2700
Dallas, Texas 75201

**https://www.lynnllp.com/lawyers/alan-dabdoub**

*Firm recognized as one of the Top 5 Commercial Litigation Firms in Texas – Chambers Benchmark Litigation Shortlist- Texas Firm of the Year 2023*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Lynn Pinker Hurst & Schwegmann, LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
~~AMARILLO~~ DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CHAPTER 7** |
| | § | |
| **MCCLAIN FEED YARD, INC., MCCLAIN** | § | **CASE NO. 23-20084-~~RLJ~~SWE** |
| **FARMS, INC., AND 7M CATTLE** | § | |
| **FEEDERS, INC.,** | § | **JOINTLY ADMINISTERED** |
| | § | |
| **Debtors.** | § | |
| | § | |
| **KENT RIES, CHAPTER 7 TRUSTEE** | § | |
| **FOR THE BANKRUPTCY ESTATES OF** | § | |
| **MCCLAIN FEED YARD, INC.,** | § | |
| **MCCLAIN FARMS, INC., AND 7M** | § | |
| **CATTLE FEEDERS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **ADV. PROC. NO.** |
| **25-02005-~~RLJ~~SWE** | | |
| | § | |
| **COMMUNITY FINANCIAL SERVICES** | § | |
| **BANK, HTLF BANK, MECHANICS** | § | |
| **BANK, AND RABO AGRIFINANCE, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

**AGREED SCHEDULING ORDER**

AGREED SCHEDULING ORDER – Page 1
4933-~~6666~~2192.1

The parties represent that they have agreed to the terms of this Agreed Scheduling Order. After considering the parties' positions, the record, and applicable law, the Court **ORDERS** that the following schedule shall be in effect until further order of this Court:

| Due Date | Case Event |
|---|---|
| Later of 7/1/2025, or 30 days after entry of orders on Defendants' Motions to Dismiss ("MTD") | Rule 26(f) Conference Deadline |
| Later of 7/15/2025, or 45 days after entry of orders on MTD | Initial Disclosures Due |
| [60] days after Amended Complaint, or denial of MTD | Deadline for Joinders / Crossclaims[1] |
| 5/6/2026 | Expert Reports Due |
| 5/20/2026 | Expert Rebuttal Reports Due |
| 6/17/2026 | Discovery Completed |
| 6/30/2026 | ~~Exchange Non-Impeachment Exhibits / List of Witnesses~~ ~~Witness and Exhibit Lists Filing Deadline~~ |
| 6/18/2026 7/17/2026 | Dispositive Motions Filing Deadline |
| 7/15/2026 8/17/2026 | Responses to Dispositive Motions Filing Deadline |
| 7/22/2026 9/1/2026 | Rebuttals to Dispositive Motions Filing Deadline |
| 7/29/2026 9/18/2026 | Deadline to Hear Dispositive Motions |
| 10/2/2026, or 14 days after Court's ruling on Dispositive Motions | Exchange Non-Impeachment Exhibits / List of Witnesses Witness and Exhibit Lists Filing Deadline |
| 8/5/2026 11/2/2026 | Written Proposed Findings of Fact / Conclusions of Law Filed Trial Briefs Addressing Contested Issues of Law Joint Pretrial Order |
| 8/12/2026 11/9/2026 | Deadline to object in writing to exhibits (other than relevance) Trial Docket Call (to start at 1:30 P.M.) |
| 8/17/2026 11/16/2026 | Trial Week |

**Commented [AK1]:** Seems potentially unnecessary to exchange exhibits before even filing dispositive motions. Move this out

**Commented [AK2]:** This seems out of order and a little too close to the 6/17 discovery completion. Suggest moving this to 30 days after completion of discovery, and then moving trial out at least 90 days after filing of dispositive motions to allow Court time to rule before ramping up for trial

**Commented [AK3]:** See prior comment. Trial date cannot be this close to the end of discovery.

---

[1] Agreed tolling of statutes of limitations by all parties

**IT IS FURTHER ORDERED** that, at Docket Call, all parties and their counsel must certify to full compliance with this Order. If a resetting is allowed by the Court, the Plaintiff's attorney shall notify all parties in interest and shall file with the Clerk a certificate of service indicating the manner, date and to whom the notice was given.

**IT IS FURTHER ORDERED** that sanctions may be imposed for failure to comply with this Order.

### END OF ORDER ###

DATED: April 1, 2025                              Respectfully submitted,

*/s/ Alan Dabdoub*
Alan Dabdoub
  Texas Bar No. 24056836
  adabdoub@lynnllp.com
**LYNN PINKER HURST & SCHWEGMANN, LLP**
  2100 Ross Avenue
  Suite 2700
  Dallas, Texas 75201
  Telephone: (214) 981-3000
  Facsimile: (214) 981-3839

***Special Counsel to Kent Ries, Chapter 7 Trustee for Debtors***


*/s/ Hudson Jobe*
Hudson Jobe
  Texas Bar No. 24041189
  hjobe@jobelawpllc.com
**JOBE LAW PLLC**
  6060 North Central Expressway, Suite 500
  Dallas, Texas 75206
  Phone: (214) 807-0563

AGREED SCHEDULING ORDER – Page 3
4933-6666-2192.1

*Special Counsel to Kent Ries, Chapter 7 Trustee
For Debtors*

/s/ Aaron Kaufman_____

Aaron Kaufman
  Texas Bar No. 24060067
  akaufman@grayreed.com
**GRAY REED LLP**
  1601 Elm Street, Suite 4600
  Dallas, Texas 75201
  Telephone: (469) 320-6050

*Attorney for Defendant Community Financial
Services Bank*

/s/ John H. Lovell_____

John H. Lovell
  Texas Bar No. 12609300
  john@lovell-law.net
**LOVELL, ISERN & FARABOUGH, LLP**
  112 West 8th Avenue, Suite 1000
  Amarillo, Texas 79101
  Telephone: (806) 373-1515
  Facsimile: (806) 379-7176

*Attorneys for Defendant HTLF Bank*

/s/ Rick Illmer_____

Rick Illmer
  Texas Bar No. 10388350
  Rick.illmer@huschblackwell.com
**HUSCH BLACKWELL LLP**
  1900 North Pearl Street, Suite 1800
  Dallas, Texas 75201
  Telephone: (214) 999-6112
  Facsimile: (214) 999-6170

*Attorneys for Defendant Mechanics Bank*

/s/ Michael R. Johnson
Michael R. Johnson
  Utah Bar No. 7070 (admitted *pro hac vice*)
  Mjohnson@rqn.com
**RAY QUINNEY & NEBEKER P.C.**
  36 South State Street, Suite 1400
  Salt Lake City, Utah 84111
  Telephone: (801) 323-3363
  Facsimile: (801) 532-7543

*Attorneys for Defendant Rabo AgriFinance LLC*

**EXHIBIT A-15**

| | |
|---|---|
| **From:** | Aaron Kaufman |
| **To:** | Hudson Jobe; Farsheed Fozouni; Keith J. Larson; Amber M. Carson |
| **Cc:** | Campbell Sode; Nathaniel Plemons; Kay Ridenour; Whitney Gillaspie; Steven Gersten; Alan Dabdoub |
| **Subject:** | RE: McClain: CFSB discovery |
| **Date:** | Friday, May 2, 2025 10:42:31 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | In re Buick.pdf |
| | In re Martino.pdf |
| | Snyder v Society Bank.pdf |
| | In re Enron Corp.pdf |
| | In re Bennett Funding Group Inc.pdf |
| | grayreed40thanniversary_776cb36b-8781-4a34-a4ad-ddc5f9a4202d.png |

Hudson – You asked for additional authority on the ability to continue discovery under Rule 2004 once an adversary proceeding has been filed.  I was unable to find a case that addresses the narrow issue you are raising – i.e., that a pre-litigation subpoena issued under Rule 2004 is still enforceable and may form the basis for a motion to compel.  I trust you too have come up empty in your research of this narrow issue.

What I was able to find is the overwhelming consensus among courts holding that use of Rule 2004 for issues related to a pending adversary proceeding is inappropriate.  See attached and below.  This is from the Enron case (attached), but has been followed by an overwhelming majority of courts, including SD Tex and ND Tex.  The only room for distinction seems to be when litigation has not yet been filed or where litigation is filed in other jurisdictions.  Neither of those possible exceptions would apply here.

> Courts have imposed limits on the use of Rule 2004 examinations where the purpose of the examination is to abuse or harass, *In re Mittco, Inc.,* 44 B.R. 35, 36 (Bankr.E.D.Wis.1984), **or under the well recognized rule that once an adversary proceeding or contested matter is commenced, discovery should be pursued under the Federal Rules of Civil Procedure and not by Rule 2004**. *Bennett Funding,* 203 B.R. at 28; *accord 2435 Plainfield Ave., Inc. v. Township of Scotch Plains (In re 2435 Plainfield Ave., Inc.),* 223 B.R. 440, 455–56 (Bankr.D.N.J.1998) (collecting cases); *cf. In re Buick,* 174 B.R. 299, 306 (Bankr.D.Col.1994) (recognizing that this limitation does not apply to parties not affected by, and issues not raised in, pending adversary proceedings).
>
> The basis for this latter proscription "lies in the distinction between the broad ... nature of the Rule 2004 exam and the **\*841** more restrictive nature of discovery under [the Federal Rules of Civil Procedure]." *2435 Plainfield,* 223 B.R. at 456 (internal citations omitted); *see also In re Dinubilo,* 177 B.R. 932, 939–40 & n. 12 (E.D.Cal.1993) (contrasting the substantive differences between Rule 2004 examinations and discovery under the Federal Rules); *In re Duratech Indus., Inc.,* 241 B.R. 291, 296 (Bankr.E.D.N.Y.) (characterizing the vigor and breadth of Rule 2004 exams as a "free-and-easy practice"), *aff'd,* 241 B.R. 283 (E.D.N.Y.1999). For example, under Rule 2004: "the witness has no right to be represented by counsel except at the discretion of the court; there is only a limited right to object to immaterial or improper questions; there is no general right to cross-examine witnesses; and no right to have issues defined beforehand." *Dinubilo,* 177 B.R. at 939–940.

Based on Rule 2004's substantive differences, courts have expressed concern that Rule 2004 examinations not be used as a tactic to circumvent the safeguards of the Federal Rules of Civil Procedure. *See 2435 Plainfield,* 223 B.R. at 456 (quoting Norton Bankruptcy Law & Practice for the proposition that "courts will usually not allow a 2004 exam where an adversary proceeding is pending, because the party requesting an examination is likely seeking to avoid the procedural safeguards of [the Federal Rules of Civil Procedure]"); *Bennett Funding,* 203 B.R. at 28 ("[C]ourts are wary of attempts to utilize Fed. R. Bankr.P. 2004 to avoid the restrictions of the Fed.R.Civ.P. in the context of adversary proceedings"); *In re Valley Forge Plaza Assocs.,* 109 B.R. 669, 675 (Bankr.E.D.Pa.1990) ("Many courts have expressed distaste for efforts of parties to utilize [Rule] 2004 examinations to circumvent the restrictions of the [Federal Rules of Civil Procedure] in the context of adversary proceedings or contested matters").

Let's discuss this morning, and I would appreciate it if you could share any contrary authority on this rule.  If you have nothing more than your own interpretation of Rule 2004, we will just have to agree to disagree and let Judge Everett decide.   All rights reserved.

---

**From:** Hudson Jobe <hjobe@jobelawpllc.com>
**Sent:** Tuesday, April 29, 2025 5:12 PM
**To:** Aaron Kaufman <akaufman@grayreed.com>; Farsheed Fozouni <ffozouni@lynnllp.com>; Keith J. Larson <kjl@mpmfirm.com>; Amber M. Carson <acarson@grayreed.com>
**Cc:** Campbell Sode <csode@lynnllp.com>; Nathaniel Plemons <nplemons@lynnllp.com>; Kay Ridenour <KRidenour@lynnllp.com>; Whitney Gillaspie <wgillaspie@lynnllp.com>; Steven Gersten <sgersten@lynnllp.com>; Alan Dabdoub <adabdoub@lynnllp.com>
**Subject:** [EXTERNAL] RE: McClain: CFSB discovery

This rule applies to attempts to seek 2004 discovery after an adversary has been filed.  Do you have any cases saying that a party no longer has to comply with prior proper 2004 discovery order and subpoena after an AP is filed?

**Hudson Jobe**
**Board Certified in Business Bankruptcy**
**Texas Board of Legal Specialization**
**Direct: (214) 807-0563 | Cell: (214) 514-5656**
hjobe@jobelawpllc.com

**Jobe Law PLLC**
**6060 North Central Expressway, Suite 500**
**Dallas, Texas 75206 | www.jobelawpllc.com**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jobe Law PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us

immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

---

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Tuesday, April 29, 2025 5:07 PM
**To:** Farsheed Fozouni <ffozouni@lynnllp.com>; Keith J. Larson <kjl@mpmfirm.com>; Hudson Jobe <hjobe@jobelawpllc.com>; Amber M. Carson <acarson@grayreed.com>
**Cc:** Campbell Sode <csode@lynnllp.com>; Nathaniel Plemons <nplemons@lynnllp.com>; Kay Ridenour <KRidenour@lynnllp.com>; Whitney Gillaspie <wgillaspie@lynnllp.com>; Steven Gersten <sgersten@lynnllp.com>; Alan Dabdoub <adabdoub@lynnllp.com>
**Subject:** RE: McClain: CFSB discovery

Good here. Thanks.  Send a link.

Also, take a look at the attached opinion, which I found while multitasking on another call.  Please do your own research before we speak.  The law on this is pretty clear.

---

**From:** Farsheed Fozouni <ffozouni@lynnllp.com>
**Sent:** Tuesday, April 29, 2025 4:49 PM
**To:** Keith J. Larson <kjl@mpmfirm.com>; Aaron Kaufman <akaufman@grayreed.com>; Hudson Jobe <hjobe@jobelawpllc.com>; Amber M. Carson <acarson@grayreed.com>
**Cc:** Campbell Sode <csode@lynnllp.com>; Nathaniel Plemons <nplemons@lynnllp.com>; Kay Ridenour <KRidenour@lynnllp.com>; Whitney Gillaspie <wgillaspie@lynnllp.com>; Steven Gersten <sgersten@lynnllp.com>; Alan Dabdoub <adabdoub@lynnllp.com>
**Subject:** [EXTERNAL] Re: McClain: CFSB discovery

I can do Friday morning up until 11:30 as well. Let me know a time that works for you then.

---

**From:** Keith J. Larson <kjl@mpmfirm.com>
**Date:** Tuesday, April 29, 2025 at 4:48 PM
**To:** Aaron Kaufman <akaufman@grayreed.com>, Farsheed Fozouni <ffozouni@lynnllp.com>, Hudson Jobe <hjobe@jobelawpllc.com>, Amber M. Carson <acarson@grayreed.com>
**Cc:** Campbell Sode <csode@lynnllp.com>, Nathaniel Plemons <nplemons@lynnllp.com>, Kay Ridenour <KRidenour@lynnllp.com>, Whitney Gillaspie <wgillaspie@lynnllp.com>, Steven Gersten <sgersten@lynnllp.com>, Alan Dabdoub <adabdoub@lynnllp.com>
**Subject:** RE: McClain: CFSB discovery

I am also flexible on Friday. Please send some times that work on your end.

Keith

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Tuesday, April 29, 2025 5:45 PM
**To:** Farsheed Fozouni <ffozouni@lynnllp.com>; Hudson Jobe <hjobe@jobelawpllc.com>; Keith J. Larson <kjl@mpmfirm.com>; Amber M. Carson <acarson@grayreed.com>
**Cc:** Campbell Sode <csode@lynnllp.com>; Nathaniel Plemons <nplemons@lynnllp.com>; Kay Ridenour <KRidenour@lynnllp.com>; Whitney Gillaspie <wgillaspie@lynnllp.com>; Steven Gersten <sgersten@lynnllp.com>; Alan Dabdoub <adabdoub@lynnllp.com>
**Subject:** RE: McClain: CFSB discovery

Deferring to Keith. I'm in hearings Thursday and am on calls tomorrow afternoon to prepare for it. Am flexible Friday late morning and beyond. You all really need to read the rules, though. You're not going to win on a motion to compel, and our client will be very unhappy if we have to waste money defending it.

**From:** Farsheed Fozouni <ffozouni@lynnllp.com>
**Sent:** Tuesday, April 29, 2025 4:43 PM
**To:** Aaron Kaufman <akaufman@grayreed.com>; Hudson Jobe <hjobe@jobelawpllc.com>; Keith J. Larson <kjl@mpmfirm.com>; Amber M. Carson <acarson@grayreed.com>
**Cc:** Campbell Sode <csode@lynnllp.com>; Nathaniel Plemons <nplemons@lynnllp.com>; Kay Ridenour <KRidenour@lynnllp.com>; Whitney Gillaspie <wgillaspie@lynnllp.com>; Steven Gersten <sgersten@lynnllp.com>; Alan Dabdoub <adabdoub@lynnllp.com>
**Subject:** [EXTERNAL] Re: McClain: CFSB discovery

Aaron,

I'm happy to discuss the matter with you in more detail. I can either do later tomorrow afternoon from 3:30 pm onward or Thursday pretty much anytime. Let me know.

Thanks,

Farsheed

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Date:** Tuesday, April 29, 2025 at 4:37 PM
**To:** Hudson Jobe <hjobe@jobelawpllc.com>, Keith J. Larson <kjl@mpmfirm.com>, Amber M. Carson <acarson@grayreed.com>
**Cc:** Campbell Sode <csode@lynnllp.com>, Nathaniel Plemons <nplemons@lynnllp.com>, Kay Ridenour <KRidenour@lynnllp.com>, Whitney Gillaspie <wgillaspie@lynnllp.com>, Steven Gersten <sgersten@lynnllp.com>, Farsheed Fozouni <ffozouni@lynnllp.com>, Alan Dabdoub <adabdoub@lynnllp.com>
**Subject:** RE: McClain: CFSB discovery

I thought I was clear that we're open to discussions – did you send me times?

**From:** Hudson Jobe <hjobe@jobelawpllc.com>
**Sent:** Tuesday, April 29, 2025 4:33 PM
**To:** Aaron Kaufman <akaufman@grayreed.com>; Keith J. Larson <kjl@mpmfirm.com>; Amber M. Carson <acarson@grayreed.com>
**Cc:** Campbell Sode <csode@lynnllp.com>; Nathaniel Plemons <nplemons@lynnllp.com>; Kay Ridenour <KRidenour@lynnllp.com>; Whitney Gillaspie <wgillaspie@lynnllp.com>; Steven Gersten <sgersten@lynnllp.com>; Farsheed Fozouni <ffozouni@lynnllp.com>; Alan Dabdoub <adabdoub@lynnllp.com>
**Subject:** [EXTERNAL] RE: McClain: CFSB discovery

Aaron – this is a different situation given that this is Debtor banking information that we need information involving transactions with third parties.  And because we have a properly issued Order and subpoena prior to the adversary proceeding.  Is it CFSB's position that it does not have to further comply with the prior subpoena now that an adversary proceeding against it has been filed?  Please confirm and we can just proceed to the Motion to Compel on this legal issue.

Sincerely,

**Hudson Jobe**
**Board Certified in Business Bankruptcy**
**Texas Board of Legal Specialization**
**Direct: (214) 807-0563 │ Cell: (214) 514-5656**
**hjobe@jobelawpllc.com**

**Jobe Law PLLC**
**6060 North Central Expressway, Suite 500**
**Dallas, Texas 75206 │ www.jobelawpllc.com**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jobe Law PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**From:** Aaron Kaufman <akaufman@grayreed.com>
**Sent:** Tuesday, April 29, 2025 4:27 PM
**To:** Hudson Jobe <hjobe@jobelawpllc.com>; Keith J. Larson <kjl@mpmfirm.com>; Amber M. Carson <acarson@grayreed.com>
**Cc:** Campbell Sode <csode@lynnllp.com>; Nathaniel Plemons <nplemons@lynnllp.com>; Kay Ridenour <KRidenour@lynnllp.com>; Whitney Gillaspie <wgillaspie@lynnllp.com>; Steven Gersten <sgersten@lynnllp.com>; Farsheed Fozouni <ffozouni@lynnllp.com>; Alan Dabdoub

<adabdoub@lynnllp.com>
**Subject:** RE: McClain: CFSB discovery

Hudson –

We've already responded to your Rule 2004 examination.  That resulted in the lawsuit that you filed last month.  The adversary rules now supersede Bankruptcy Rule 2004—you don't get to take Rule 2004 discovery anymore.  That said, I'm happy to visit with you to discuss how this new discovery request might fit into the pending adversary proceeding, particularly once CFSB has been dismissed.  My client is entitled some due process and we're not interested in responding to a fishing expedition in the main case before there's been a Rule 26 conference or entry of an agreed scheduling order in the adversary.

Let me know some times that your group is available to discuss.

Thanks,
amk

**Aaron Kaufman**
**Partner**
Tel 469.320.6050  | Fax 469.320.6886 | akaufman@grayreed.com
1601 Elm St., Suite 4600 | Dallas, TX 75201
grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

**From:** Hudson Jobe <hjobe@jobelawpllc.com>
**Sent:** Tuesday, April 29, 2025 4:20 PM
**To:** Aaron Kaufman <akaufman@grayreed.com>; Keith J. Larson <kjl@mpmfirm.com>; Amber M. Carson <acarson@grayreed.com>
**Cc:** Campbell Sode <csode@lynnllp.com>; Nathaniel Plemons <nplemons@lynnllp.com>; Kay Ridenour <KRidenour@lynnllp.com>; Whitney Gillaspie <wgillaspie@lynnllp.com>; Steven Gersten <sgersten@lynnllp.com>; Farsheed Fozouni <ffozouni@lynnllp.com>; Alan Dabdoub <adabdoub@lynnllp.com>
**Subject:** [EXTERNAL] McClain: CFSB discovery

Amber/Aaron/Keith –

As you know, CFSB was a depository bank for the Debtors and at least in the past had loans to the Debtors. The Trustee needs further production from CFSB regarding the McClain and affiliate banking accounts in order to further understand and investigate various case issues, including potential claims against third parties, unrelated to the pending claims against CFSB in the adversary proceeding.

The Trustee previously obtained the attached 2004 Order, served the attached subpoena, and received the attached objections/responses.  The documents produced by CFSB are summarized in the attached document.  In short, CFSB produced documents on Debtor accounts during a limited time period, no non-Debtor account documents, and limited communications.

My recollection is that CFSB suggested it had additional responsive accounts and other responsive documents, but wanted a protective order in place, which I don't think we have all followed up on from there.

The Trustee needs additional documents produced - additional time periods for Debtor accounts, documents on responsive non-Debtor accounts, communications, etc.  I understand that we need to discuss a PO.   Additionally, we cannot tell who the payees are on the checks below.  Can CFSB please provide additional payee detail – such as the banking and account information where these funds were deposited?

Lynn Pinker will be assisting the Trustee with further handling of the PO and obtaining this further information, so please copy everyone here on any follow up on these discovery issues.  Thanks – hmj

| Items | Company | Bank | Acct Ending | Posted Date | Check # | Bank Description / Notes | Debit Amount (Payment) |
|---|---|---|---|---|---|---|---|
| 1 | McClain Farms | Community Financial Services Bank | 3786 | 04/20/18 | 21062 | BLANK CHECK / NOT LEGIBLE | (107,061.24) |
| 2 | McClain Farms | Community Financial Services Bank | 3786 | 04/10/19 | | CASH | (24,249.34) |
| 3 | McClain Farms | Community Financial Services Bank | 3786 | 03/06/20 | | CASHIER CHECK | (58,000.00) |
| 4 | McClain Farms | Community Financial Services Bank | 3786 | 07/14/20 | 26741 | BLANK CHECK / NOT LEGIBLE | (20,000.00) |
| 5 | McClain Farms | Community Financial Services Bank | 3786 | 09/15/20 | 25526 | BLANK CHECK / NOT LEGIBLE | (50,000.00) |
| 6 | McClain Farms | Community Financial Services Bank | 3786 | 12/04/20 | | FUNDS TRANSFER DEBIT | (85,025.50) |

**Hudson Jobe**

**Board Certified in Business Bankruptcy**
**Texas Board of Legal Specialization**

**Direct: (214) 807-0563 | Cell: (214) 514-5656**

hjobe@jobelawpllc.com

**Jobe Law PLLC**

**6060 North Central Expressway, Suite 500**

**Dallas, Texas 75206 | www.jobelawpllc.com**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Jobe Law PLLC. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail, and destroy this communication and all copies thereof, including all attachments.

**Keith J. Larson** | Morgan Pottinger McGarvey

401 South Fourth Street, Suite 1200

Louisville, KY 40202

**Tel.** 502.560.6758 | **Fax** 502.585.3498

http://www.mpmfirm.com

This message and attachments (if any) contain confidential information and may be protected from disclosure by attorney-client privilege. If you are not an intended recipient of this message, please notify the sender promptly by return email and delete this message. Unauthorized use, dissemination, or reproduction of this message or any attachment in whole or part is strictly prohibited.

**<u>EXHIBIT A-16</u>**

| | |
|---|---|
| **From:** | Aaron Kaufman |
| **To:** | Campbell Sode; Michael Johnson; Matthew Cannon; W. Heath Hendricks - Underwood Law Firm (heath.hendricks@uwlaw.com); John H. Lovell; Illmer, Rick; buffey.klein@huschblackwell.com; Johnson, Javon; Brakefield, Alex; Massey, Karen; Keith J. Larson |
| **Cc:** | Alan Dabdoub; Farsheed Fozouni; Steven Gersten; Whitney Gillaspie; Hudson Jobe; Chad Swoveland |
| **Subject:** | RE: McClain Matter: Proposed Scheduling Order |
| **Date:** | Tuesday, May 6, 2025 3:54:25 PM |
| **Attachments:** | grayreed40thanniversary_776cb36b-8781-4a34-a4ad-ddc5f9a4202d.png
2025-05-05 Ries v CFSB HTLF Mechanics Bank Rabo Agreed Scheduling Order.docx
RE Scheduling order.msg |

Campbell –

Thank you for re-raising the issue of the scheduling order.  To complete the discussion, I'm attaching my April 1 e-mail, which included our proposed "track changes" against the draft scheduling order that your team circulated to this group on March 28.

As a threshold matter, can you explain the sudden urgency of the need for fact discovery before the Court has ruled on the defendants' to-be-filed motions to dismiss?  In March, the Trustee entered stipulations with the four defendants agreeing to answer dates in mid- to late-May, and then days later, on March 28, we received a draft scheduling order that proposed a Rule 26(f) conference date of 7/1 and initial disclosure date of 7/15.

What has changed in this lawsuit over the last 30 days that would require such a dramatic expediting of these two initial deadlines?  Is it fair to assume that this shift is related to our discussions last week regarding the inapplicability of Bankruptcy Rule 2004 as a discovery tool in this adversary proceeding?

As my prior mark-up shows, we had accepted your prior proposals, but tied to the later of your proposed dates or an agreed period after the Court rules on the defendants' motions to dismiss.  We are willing to discuss a shorter period than the 45 and 30 days we proposed, but we cannot agree to your new proposal of May 16, which is only 10 days from today and over 6 weeks sooner than your prior proposal.   The claims asserted against CFSB are far too broad for us to meaningfully confer on a reasonable discovery plan before the Court rules on which, if any, of the claims can survive against CFSB.

The other differences between our proposed timelines and yours seem to be manageable discussion points, but it probably makes sense to resolve this new gating issue first.  Can we resolve this issue without seeking court intervention?

Thanks,
amk

**Aaron Kaufman**
**Partner**
Tel 469.320.6050  | Fax 469.320.6886 | akaufman@grayreed.com

1601 Elm St., Suite 4600 | Dallas, TX 75201

grayreed.com | Connect with me on LinkedIn



**CONFIDENTIALITY NOTICE:** This electronic transmission and any attachments constitute confidential information which is intended only for the named recipient(s) and may be legally privileged. If you have received this communication in error, please contact the sender immediately. Any disclosure, copying, distribution or the taking of any action concerning the contents of this communication by anyone other than the named recipient(s) is strictly prohibited.

---

**From:** Campbell Sode <csode@lynnllp.com>

**Sent:** Monday, May 5, 2025 8:28 AM

**To:** Michael Johnson <MJohnson@rqn.com>; Matthew Cannon <mcannon@rqn.com>; W. Heath Hendricks - Underwood Law Firm (heath.hendricks@uwlaw.com) <heath.hendricks@uwlaw.com>; John H. Lovell <john@lovell-law.net>; Illmer, Rick <rick.illmer@huschblackwell.com>; buffey.klein@huschblackwell.com; Johnson, Javon <Javon.Johnson@huschblackwell.com>; Brakefield, Alex <Alex.Brakefield@huschblackwell.com>; Massey, Karen <Karen.Massey@huschblackwell.com>; Aaron Kaufman <akaufman@grayreed.com>; Keith J. Larson <kjl@mpmfirm.com>

**Cc:** Alan Dabdoub <adabdoub@lynnllp.com>; Farsheed Fozouni <ffozouni@lynnllp.com>; Campbell Sode <csode@lynnllp.com>; Steven Gersten <sgersten@lynnllp.com>; Whitney Gillaspie <wgillaspie@lynnllp.com>; Hudson Jobe <hjobe@jobelawpllc.com>; Chad Swoveland <cswoveland@jobelawpllc.com>

**Subject:** [EXTERNAL] McClain Matter: Proposed Scheduling Order

Counsel,

Pursuant to the court's May 2, 2025, order, I am following up on some housekeeping and case administration matters.

1. Attached is a proposed agreed scheduling order that largely reflects the version circulated in late March, with some slight modifications to dates and case events.  Upon careful evaluation of previous redlines, the Trustee cannot agree to scheduling proposals that delay fact discovery until resolution of Rule 12 motions at some indeterminate time in the future.  The Trustee's objective is to secure expeditious relief for creditors affected by the *McClain* bankruptcy, so the Trustee intends to promptly move fact discovery forward for the benefit of creditors.

   - The dates in the current scheduling proposal are staggered to avoid conflicts with major holidays to the extent possible.  If alternative dates are preferable

because of scheduling conflicts or timing factors, the Trustee is open to those discussions. The Trustee also asks that all parties be copied on scheduling-related correspondence to ensure that each party is up to date on developments.

- If your client's preference is to postpone discussions about scheduling pending resolution of case administrative matters, please advise the Trustee in writing (and specify the relevant administrative matters) so the Trustee can proceed accordingly.

2. Per the attached proposed agreed scheduling order, the Trustee would like to complete the Rule 26(f) conference process by May 16, 2025.

- If you are agreeable to holding a Rule 26(f) conference by that date, please reply directly to the Trustee's counsel with dates and times that work for you to help facilitate scheduling of those conferences.

- If your preference is to delay your client's Rule 26(f) conference for some reason, please inform the Trustee in writing so the Trustee can timely interface with the court about setting a case status conference.

Thanks for your consideration.

**Campbell Sode**

Attorney

csode@lynnllp.com

**LynnPinkerHurstSchwegmann**

2100 Ross Avenue, Suite 2700

Dallas, Texas 75201

www.lynnllp.com

*– Ranked Band 1 Firm, Texas Commercial Litigation, Chambers 2024*