

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 25, 2026**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,1** | § | **CASE NO. 23-20084-swe7** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

### ORDER GRANTING TRUSTEE'S EXPEDITED MOTION TO APPROVE
### PAYMENT OF MEDIATION EXPENSES

On this day came for consideration the Expedited Motion to Approve Payment of Mediation Expenses (the "Motion") filed by Kent David Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy cases (the "Bankruptcy Cases") seeking authority to pay mediation fees of $6,775 to JAMS in Adversary Proceeding #: 25-02003-SWE. The Court finds that notice of the Motion was reasonable and practical under the circumstances. Based upon the Motion, prior record in this case, arguments of counsel, and lack of objection, the Court finds that the Motion should be granted as set forth herein.

IT IS THEREFORE ORDERED that the Trustee is authorized to pay the mediation fee of $6,775 to JAMS for a mediation with Defendant MAP Enterprises in Adversary Proceeding #: 25-02003-SWE.

_____

1 The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-SWE), McClain Farms, Inc. (Case No. 23-20085-SWE), and 7M Cattle Feeders, Inc. (Case No. 23-20086-SWE).

**Page 1**

# # # END OF ORDER # # #


Order submitted by:

*/s/Alan Dabdoub*
Alan Dabdoub
State Bar No. 24056836 adabdoub@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: 214-981-3800
Facsimile: 214-981-3839

SPECIAL COUNSEL TO THE TRUSTEE

Hudson Jobe
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE