HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

SPECIAL COUNSEL TO THE TRUSTEE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,1** | § | **CASE NO. 23-20084-swe7** |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF THE TRUSTEE'S MOTION TO APPROVE PAYMENT OF EXPENSES (DKT. NO. 424) AND MOTION TO APPROVE PAYMENT OF EXPERT EXPENSES (DKT. NO. 426)

Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy cases (the "Bankruptcy Cases"), files this Notice of Withdrawal Without Prejudice of the Trustee's Motion to Approve Payment of Expenses (Dkt. No. 424) and Motion to Approve Payment of Expert Expenses (Dkt. No. 426).

**Page 1**

Dated: February 27, 2026                     Respectfully submitted,


                                             */s/ Alan Dabdoub*
                                             Alan Dabdoub
                                             State Bar No. 24056836
                                             adabdoub@lynnllp.com
                                             **Lynn Pinker Hurst & Schwegmann LLP**
                                             2100 Ross Avenue, Suite 2700
                                             Dallas, Texas 75201
                                             Telephone: (214) 981-3800
                                             Facsimile:  (214) 981-3839

                                             Hudson M. Jobe
                                             Texas Bar No. 24041189
                                             JOBE LAW PLLC
                                             6060 North Central Expressway, Suite 500
                                             Dallas, Texas 75206
                                             (214) 807-0563
                                             hjobe@jobelawpllc.com

                                             SPECIAL COUNSEL TO THE TRUSTEE

**CERTIFICATE OF SERVICE**

I hereby certify that February 27, 2026, a true and correct copy of the foregoing was served via the Court's ECF system on the debtors, debtors' counsel, the United States Trustee, and, all parties that have appeared and requested notice via the Court's ECF system.

                                             */s/ Alan Dabdoub*
                                             Alan Dabdoub