**Form 1**

Page: 7-1

# Individual Estate Property Record and Report
## Asset Cases

**Case No.:**   23-20084

**Case Name:**   MCCLAIN FEED YARD, INC.

**For Period Ending:**   03/31/2026

**Trustee Name:**   (631700) Kent Ries

**Date Filed (f) or Converted (c):**   04/28/2023 (f)

**§ 341(a) Meeting Date:**   06/14/2023

**Claims Bar Date:**   09/13/2023

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | USDA Trust funds (u) | 0.00 | 0.00 | | 835,560.05 | 0.00 |
| 2 | Mechanics Bank account (u) | 0.00 | 0.00 | | 1,414,714.60 | FA |
| 3 | Accounts Receivables | Unknown | 0.00 | | 0.00 | FA |
| 4 | Komatsu WA200 Wheel Loader | 62,500.00 | 62,500.00 | | 0.00 | FA |
| 5 | Feed Receivables | 4,000.00 | 4,000.00 | | 185,942.95 | FA |
| 6 | Cattle Feed Yard Facility NEC FM Rd 1057 CR 9 | 600,000.00 | 600,000.00 | | 0.00 | FA |
| 7 | 2010 GMC Half-Ton Pickup Truck | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 2008 Peterbilt Feed Truck | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 24x6 Gooseneck Stock Trailer | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Caterpillar 259D Compact Track Loader | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Kawasaki Mule 600 Side X Side | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Workers Compensation Insurance dividend (u) | 0.00 | 0.00 | | 4,299.82 | FA |
| 13 | Settlement with Goad/Moreland (u) | 0.00 | 3,000,000.00 | | 3,000,000.00 | FA |
| 14 | Settlement with Carr Riggs, CPAs (u) | 0.00 | 5,500,000.00 | | 5,450,000.00 | FA |
| 15 | Adversary 25-2003 with investors and others (u) | 0.00 | 0.00 | | 0.00 | 1.00 |
| 16 | Adversary 24-2007 with financial instituions (u) | 0.00 | 0.00 | | 0.00 | 1.00 |
| 17 | Settlement with Chelsea McClain (u) | 0.00 | 425,000.00 | | 210,000.00 | 215,000.00 |
| 18 | Settlement with William Weddington (u) | 0.00 | 42,000.00 | | 42,000.00 | FA |
| 18 | **Assets      Totals**      (Excluding unknown values) | **$666,500.00** | **$9,633,500.00** | | **$11,142,517.42** | **$215,002.00** |

# Form 1

Page:  7-2

## Individual Estate Property Record and Report

## Asset Cases

**Case No.:**   23-20084

**Case Name:**   MCCLAIN FEED YARD, INC.

**For Period Ending:**   03/31/2026

**Trustee Name:**   (631700) Kent Ries

**Date Filed (f) or Converted (c):**   04/28/2023 (f)

**§ 341(a) Meeting Date:**   06/14/2023

**Claims Bar Date:**   09/13/2023

**Major Activities Affecting Case Closing:**

Assets and claims for USDA dealer trust in process of determination and payment.

Multiple adversaries in process, no trial dates are set, likely 2027 settings.

**Initial Projected Date Of Final Report (TFR):**   12/31/2026          **Current Projected Date Of Final Report (TFR):**   12/31/2027

04/20/2026

Date

/s/Kent Ries

Kent Ries