BTXN 191 (rev. 12/24)

## AUDIO / TRANSCRIPT ORDER

| 1. ORDER REQUEST: ☐ AUDIO   ☒ TRANSCRIPT | 2. DATE OF ORDER: 04/27/2026 | |
|---|---|---|

| 3. NAME: **Hudson M. Jobe** | 4. PHONE NUMBER: (214) 807-0563 | 5. EMAIL ADDRESS: hjobe@jobelawpllc.com |
|---|---|---|

| 6. MAILING ADDRESS: 6060 North Central Expressway, Suite 500 | 7. CITY: **Dallas** | 8. STATE: TX | 9. ZIP CODE: 75206 |
|---|---|---|---|

| 10. CASE NUMBER: 23-20084-swe7 | 11. CASE NAME: McClain Feed Yard, Inc. | 12. JUDICIAL OFFICIAL: **Scott W. Everett** | 13. DATE OF PROCEEDING: FROM: 03 / 18 / 2024 |
|---|---|---|---|

14. ORDER:

| | ORDINARY | 7 DAY EXPEDITED | DAILY | HOURLY |
|---|---|---|---|---|
| A. | ☒ | ☐ | ☐ | ☐ |

| | 14 DAY EXPEDITED | 3 DAY EXPEDITED |
|---|---|---|
| | ☐ | ☐ |

15. AUDIO/TRANSCRIPT REQUESTED  Specify portion(s) and date(s) of proceeding(s):

| PORTION(S) | |
|---|---|
| ☒ Entire Hearing | |
| ☐ Court Ruling | |
| ☐ Witness Testimony | |
| ☐ Other: (Specify) | |
| | |

| CERTIFICATION

By signing 16. & 17, I certify that I will pay all charges (deposit plus additional as specified by the assigned transcriber). | 16. SIGNATURE: **/s/Hudson M. Jobe** |
|---|---|
| | 17. DATE: **April 27, 2026** |