HUDSON M. JOBE
JOBE LAW PLLC
6060 NORTH CENTRAL EXPRESSWAY,
SUITE 500
DALLAS, TEXAS 75206

ALAN DABDOUB
LYNN PINKER HURST & SCHWEGMANN LLP
2100 ROSS AVENUE, SUITE 2700
DALLAS, TEXAS 75201

SPECIAL COUNSEL TO THE TRUSTEE

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,**[1] | § | **CASE NO. 23-20084-swe7** |
| | § | |
| **Debtors.** | § | **Jointly Administered** |

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT GEORGE MAHON FEDERAL BUILDING, 1205 TEXAS AVE., RM 306, LUBBOCK, TEXAS 79401-4002, BEFORE CLOSE OF BUSINESS ON MAY 26, 2026, WHICH IS AT LEAST 10 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

---

1 The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-RLJ), McClain Farms, Inc. (Case No. 23-20085-RLJ), and 7M Cattle Feeders, Inc. (Case No. 23-20086-RLJ).

**TRUSTEE'S MOTION TO APPROVE PAYMENT OF CASE EXPENSES**

Kent Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy cases (the "Bankruptcy Cases"), files his Motion to Approve Payment of Case Expenses as follows:

1.     On January 8, 2025, this Court entered its Order Granting Trustee's Application to Retain Contingency Litigation Counsel Under 11 U.S.C. § 328(a) (Dkt. No. 325) (the "Retention Order").  Pursuant to the Retention Order, the Debtors' estates are to pay all Case Expenses, and approval of payment and/or reimbursement of all Case Expenses may be sought on 10-days' notice, no more frequently than monthly.

2.     From October 24, 2025 to March 31, 2026, the Trustee incurred Case Expenses in the amount of $19,724.37 with respect to Lynn Pinker's representation in Adversary Proceeding #: 24-02007-SWE.

3.     The fees and costs are detailed in Exhibit A, which includes all invoices for expenses incurred by Lynn Pinker in securing transcripts of court hearings, deposition logistics and transcripts, travel related to depositions and hearings, Westlaw research, document production data storage services, courier services, postage, and copy charges, with total fees of $19,724.37. The fees represent the actual out of pocket costs of the Trustee for and include ongoing expenses associated with litigation such as those listed above. The associated charges are within the approvable range set by the United States Trustee Professional Fee Guidelines.

4.     By this Motion, the Trustee requests the Court to approve the payment of the $19,724.37 in expenses pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b) to Lynn Pinker to pay these Case Expenses.

May 15, 2026                                    Respectfully submitted,


                                               */s/ Alan Dabdoub*_____
                                               Alan Dabdoub
                                               State Bar No. 24056836
                                               adabdoub@lynnllp.com
                                               **Lynn Pinker Hurst & Schwegmann LLP**
                                               2100 Ross Avenue, Suite 2700
                                               Dallas, Texas 75201
                                               Telephone: (214) 981-3800
                                               Facsimile:  (214) 981-3839

                                               Hudson M. Jobe
                                               Texas Bar No. 24041189
                                               JOBE LAW PLLC
                                               6060 North Central Expressway, Suite 500
                                               Dallas, Texas 75206
                                               (214) 807-0563
                                               hjobe@jobelawpllc.com

                                               SPECIAL COUNSEL TO THE TRUSTEE


## CERTIFICATE OF SERVICE

I hereby certify that May 15, 2026, a true and correct copy of the foregoing was served via the Court's ECF system on the debtors, debtors' counsel, the United States Trustee, and, all parties that have appeared and requested notice via the Court's ECF system.

                                               */s/ Alan Dabdoub*_____
                                               Alan Dabdoub