

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON
THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 17, 2026**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MCCLAIN FEED YARD, INC., et al.,**[1] | § | **CASE NO. 23-20084-swe7** |
| | § | |
| Debtors. | § | **Jointly Administered** |

**ORDER GRANTING TRUSTEE'S MOTION
TO APPROVE PAYMENT OF EXPERT EXPENSES**

On this day came for consideration the Motion to Approve Payment of Expert Expenses [Doc 449] (the "Motion") filed by Kent David Ries, Trustee ("Trustee") of the referenced Chapter 7 bankruptcy cases (the "Bankruptcy Cases") seeking authority to pay expert fees of $45,350.00 in Adversary Proceeding #: 25-02007-SWE. The Court finds that notice of the Motion was reasonable and practical under the circumstances. Based upon the Motion, prior record in this case, arguments of counsel, and lack of objection, the Court finds that the Motion should be granted as set forth herein.

IT IS THEREFORE ORDERED that the Trustee is authorized to pay the invoice attached as Exhibit A to the Motion in the total amount of $45,350.00 to SEDA Experts.

_____

[1] The Debtors in these Chapter 7 cases are: McClain Feed Yard, Inc. (Case No. 23-20084-SWE), McClain Farms, Inc. (Case No. 23-20085-SWE), and 7M Cattle Feeders, Inc. (Case No. 23-20086-SWE).

# # # END OF ORDER # # #


Order submitted by:

*/s/Alan Dabdoub*
Alan Dabdoub
State Bar No. 24056836 adabdoub@lynnllp.com
LYNN PINKER HURST & SCHWEGMANN LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: 214-981-3800
Facsimile: 214-981-3839

SPECIAL COUNSEL TO THE TRUSTEE

Hudson Jobe
Texas Bar No. 24041189
JOBE LAW PLLC
6060 North Central Expressway, Suite 500
Dallas, Texas 75206
(214) 807-0563
hjobe@jobelawpllc.com

SPECIAL COUNSEL TO THE TRUSTEE


4926-4642-8073, v. 1